# EXHIBIT 4

# EXHIBIT 4-A



**ADMINISTRATION FOR**
# CHILDREN & FAMILIES

**Office of the Assistant Secretary** | 330 C Street, S.W., Suite 4034
Washington, DC 20201 | www.acf.gov

December 12, 2025

Governor Tim Walz
Office of the Governor
130 State Capitol
75 Rev. Dr. Martin Luther King Jr. Blvd.
Saint Paul, Minnesota 55155

Dear Governor Walz,

Recent reports indicating extensive and systemic fraud within Minnesota social service programs
that rely on federal funding have raised serious concerns for the Administration for Children and
Families (ACF). These reports include public statements from hundreds of Minnesota
Department of Human Services employees alleging that clear warnings of fraud were repeatedly
disregarded, that whistleblowers faced retaliation, and that widespread misuse of federal funds
may have persisted for years under your leadership. These concerns have been heightened by
recent federal prosecutions and additional allegations that substantial portions of federal
resources were fraudulently diverted away from the American families they were intended to
assist.

The Trump Administration has made clear its commitment to rooting out fraud, protecting
taxpayer dollars, and ensuring program integrity across all federal benefit programs. In light of
the seriousness and  volume of recent reports, and given ACF's responsibility for oversight of the
Child Care and Development Fund (CCDF), I am writing to request that the State of Minnesota
provide the complete universe of CCDF administrative data that exist and are in the state's
possession for all recipients for all available years, and at least 2022 to 2025. This includes
recipient name, address, Social Security Number (if collected), date of birth, A-number (as
applicable), and any state identification numbers used for program administration. This
information, requested pursuant to 45 C.F.R. § 98.90, is necessary for ACF to conduct a
thorough review of program operations and to assess the extent of any irregularities that may
have occurred.

ACF also requests documentation demonstrating that the State of Minnesota has verified the
eligibility of all CCDF applicants and recipients in accordance with the requirements of the
Personal Responsibility and Work Opportunity Reconciliation Act, 8 U.S.C. § 1611, which
limits CCDF eligibility to United States citizens and qualified aliens. This documentation should

include the policies, procedures, system controls, and verification records used by Minnesota to confirm citizenship or qualified alien status during the application and recertification processes.

In addition to individual-level recipient data, ACF is requesting a comprehensive list of all organizations, subcontractors, service providers, local agencies, community groups, and any other entities that received CCDF funds from the state of Minnesota, directly or indirectly, during the period from 2019 through 2025. For each organization, to the extent the information exists and is in the state's possession, I request the amount of CCDF funding provided, the purpose for which the funds were awarded, and documentation describing the state's oversight mechanisms, monitoring activities, and verification processes used to ensure proper use of CCDF dollars.

I request that this information be transmitted to ACF by December 26, 2025. My staff will coordinate directly with the appropriate state officials to establish a secure transfer method and confirm technical specifications.

Thank you for your attention to this critical matter. Please contact my office with any questions or to arrange next steps.

Sincerely,

Alex J. Adams
Assistant Secretary
Administration for Children and Families
U.S. Department of Health and Human Services

CC: Tikki Brown, Commissioner, Department of Children, Youth, and Families
Cindi Yang, Director, Child Care Services

# EXHIBIT 4-B

December 30, 2025

The Honorable Tim Walz
Governor of Minnesota
Saint Paul, Minnesota

Dear Governor Walz:

On December 12, the Administration for Children and Families (ACF) formally requested that the State of Minnesota provide comprehensive administrative data and related documentation for the Child Care and Development Fund (CCDF) no later than December 26, 2025. As of today, your office has failed to provide the required information, instead delaying in the form of an extension request. Given the seriousness of the allegations surrounding Minnesota's administration of federal programs. I am troubled by your lack of timely response.

Yesterday, Assistant Secretary for Family Support Alex Adams spoke with the Director of the Minnesota Child Care Services, copied below. She could not confirm whether the perceived fraud is isolated to specific counties or rampant throughout your state.

In contrast to your Administration's actions, HHS is committed to ensuring the integrity of federal programs. ACF will be assessing the scope and source of any irregularities. I am expanding our prior request, as authorized by 45 CFR 98.90(c). I demand transparency of your state's use of federal welfare dollars.

## 1. Specific data for child care centers flagged as fraudulent

Recent viral reports indicate prolonged gross mismanagement of federal child care funds awarded to your state. These funds are entrusted to you and your Administration for disbursement to local providers. Yet, reports have come to ACF's attention that your Administration has failed to ensure fidelity of public funds. To address these allegations, please provide the total amount of CCDF or TANF child care funds received by each of the following centers between 2022-2025:

- Quality Learning "Learing" [sic] Center
- Mako Child Care
- Mini Childcare Center
- ABC Learning Center
- Future Leaders Early Learning Center

For any of the above centers that did receive TANF or CCDF funds, also provide the following:
- All attendance records for the same period,
- All licensing, inspection, and monitoring reports including annual inspections,
- All complaints, investigations, referrals, or enforcement actions related to these centers, and
- Any internal state assessments or communications referencing these centers, including fraud concerns, irregularities, or discrepancies in reported enrollment or operations.

## 2.  Complete CCDF Administrative Data (all available years; minimum 2022-2025)

I now demand the information we requested on December 12th: the full CCDF administrative data in the state's possession for all recipients including the following:
- Name, address, social security number, date of birth, and any state-issued identification numbers used for program administration.

## 3.  Information related to alleged fraud networks and oversight failures

Due to the volume of allegations involving fraudulent child care centers and organized networks exploiting CCAP, provide the following:
- Internal state assessments of fraud risks,
- Records of referrals to law enforcement or federal agencies,
- Anti-fraud measures submitted in Minnesota's CCDF State Plans (2022-2025), and
- Any evidence that political considerations, community pressures, or DEI-related directives influenced or constrained fraud prevention or enforcement activities.

## 4.  Comprehensive list of all CCDF Funded Providers and intermediaries (2022-2025)

Provide a complete list of all entities receiving CCDF funds directly or indirectly, including child care providers, subcontractors, service providers, local agencies, and community organizations. For each entity, include:
- Total CCDF funding received (2022 -2025),
- The purpose of funding,
- Documentation of oversight, monitoring, inspection, and verification activities, and
- Any corrective actions, sanctions, or investigations undertaken.

In addition, provide the total number of subsidized children in care at each provider receiving federal assistance, including any vacant slots at directly funded providers. This should include both authorized and paid amounts, broken out by year, to allow for a full reconciliation of claimed capacity.

The Honorable Tim Walz
Page 3

The accumulating allegations suggest that your Administration's improper use of federal funds is severe, widespread, and costly. While these funds were intended to support Americans in need, your Administration, through negligence or malice, may have propagated the biggest welfare fraud in American history.

The families who rely on these programs and the taxpayers who fund them deserve accountability and corrective action. I expect your Administration's full cooperation in determining the scope of misuse of federal resources.

HHS demands the information no later than January 9, 2026. If you fail to provide satisfactory responses to the above questions, we may withhold CCDF funds to the state of Minnesota and impose the penalties specified in 45 CFR 98.92 and 45 CFR 262.1.

The State of Minnesota will be placed on a temporary restricted drawdown for all CCDF funds provided by ACF until further notice, with specific instructions for these restrictions to be provided by January 5th, 2026.

Happy new year.

Sincerely,

James O'Neill
Deputy Secretary

# EXHIBIT 4-C



**ADMINISTRATION FOR**
**CHILDREN & FAMILIES**
Office of the Assistant Secretary | 330 C Street, S.W., Suite 4034
Washington, DC 20201 | www.acf.gov

January 5, 2025

The Honorable Tim Walz
Governor
State of Minnesota
130 State Capitol
75 Rev. Dr. Martin Luther King Jr. Blvd.
Saint Paul, Minnesota 55155

Dear Governor Walz:

This letter provides directions the Temporary Drawdown Restriction issued to the State of Minnesota pursuant to the Child Care and Development Block Grant (CCDBG) Act of 1990, as amended, and the implementing regulations at 45 C.F.R. Part 98.

As stated in the Department's correspondence dated December 30, 2025, the Administration for Children and Families (ACF) has placed the State of Minnesota on a restricted drawdown status for all Child Care and Development Fund (CCDF) awards administered by your office. This action was taken in response to the State's failure to provide required administrative data, the seriousness of the allegations regarding misuse of federal child care funds, and the need to ensure the integrity of federal program expenditures.

The enclosed Temporary Drawdown Restriction Directions outline the conditions that Minnesota must meet before any further CCDF funds may be accessed through the Payment Management System (PMS). These requirements, including the submission of aggregated, non-identifiable attendance documentation supporting each drawdown request, are mandatory conditions precedent to the release of federal funds. They will remain in effect until ACF determines that the State has implemented adequate internal controls to ensure full compliance with federal fiscal accountability standards.

Pursuant to the Child Care and Development Block Grant (CCDBG) Act of 1990, as amended (42 U.S.C. §§ 9857–9858q), and the implementing regulations at 45 C.F.R. Part 98, including but not limited to the fiscal accountability requirements under §§ 98.60, 98.65, and 98.67, the following condition is hereby imposed on the State of Minnesota ("Lead Agency") as a prerequisite to the drawdown of federal Child Care and Development Fund (CCDF) grant funds from the Administration for Children and Families (ACF):

1. **Requirement to Submit Attendance Documentation Prior to Drawdown**

Before any federal CCDF funds may be drawn from the Payment Management System (PMS), the Lead Agency shall submit to ACF sufficient documentation demonstrating that the amounts requested for drawdown are supported by verifiable attendance records for subsidized child care services.

2. **Nature and Form of Required Documentation**

The attendance documentation submitted must:
> (a) Reflect actual units of service delivered (e.g., days, hours, or other units consistent with the Lead Agency's approved payment practices);
> (b) Be contemporaneous records maintained by providers or the Lead Agency or its subrecipients that substantiate the basis for payment;
> (c) Be aggregated or otherwise deidentified such that no personally identifiable information (PII) or identifiable child level data is disclosed, consistent with the confidentiality protections required under the CCDBG Act; and
> (d) Be sufficient for ACF to determine that the drawdown amount is reasonable, allowable, and allocable under federal law.

3. **Prohibition on Child Identifiable Data**

Consistent with the CCDBG Act's confidentiality provisions at 42 U.S.C. § 9858i(a)(1)(E), the Lead Agency shall **not** submit any documentation containing:
- Names of children or parents;
- Social Security numbers;
- Dates of birth;
- Addresses; or
- Any other information that directly identifies an individual child or family.

Attendance documentation must be provided in an aggregated, non-identifiable format.

4. **Condition Precedent to Accessing Federal Funds**

No drawdown request shall be approved, and no federal CCDF funds shall be released, unless and until ACF determines that the attendance documentation submitted:
- Adequately supports the amount requested; and
- Demonstrates that services were delivered to eligible children consistent with the CCDBG Act.

5. **Ongoing Compliance**

This drawdown restriction shall remain in effect until ACF determines that the Lead Agency has established and implemented internal controls sufficient to ensure that all

future drawdown requests are supported by reliable attendance documentation consistent with federal and state law.

Before submitting records in compliance with the foregoing drawdown requirements, the state representative will acknowledge that a knowing false statement relating to compliance with the above requirements and/or eligibility for programs funded under CCDF may result in liability under the False Claims Act, 31 U.S.C. § 3729, and/or criminal liability, including under 18 U.S.C. §§ 287 and 1001.

Failure to comply with all conditions may result in delayed drawdowns, disallowances, or other enforcement actions authorized under 45 C.F.R. § 98.92.

The families who rely on these programs and the taxpayers who fund them deserve transparency and accountability, and ACF expects the State's full cooperation.

Please ensure that all relevant state agencies, officials, and financial officers receive and adhere to the enclosed directions immediately. If Minnesota intends to submit documentation in response to these requirements, such submissions must be complete, accurate, and fully compliant with federal confidentiality protections.

ACF will provide further technical instructions regarding the restricted drawdown process as requested. We expect your Administration's prompt attention to these matters.

Sincerely,

Alex J. Adams
Assistant Secretary
Administration for Children and Families

CC: Tikki Brown, Commissioner, Department of Children, Youth & Families