# EXHIBIT 5

# EXHIBIT 5-A



**ADMINISTRATION FOR CHILDREN & FAMILIES**
Office of the Assistant Secretary | 330 C Street, S.W., Suite 4034
Washington, DC 20201 | www.acf.gov

December 12, 2025

Governor Tim Walz
Office of the Governor
130 State Capitol
75 Rev. Dr. Martin Luther King Jr. Blvd.
Saint Paul, Minnesota 55155

Dear Governor Walz,

Recent reports indicating extensive and systemic fraud within Minnesota social service programs that rely on federal funding have raised serious concerns for the Administration for Children and Families (ACF). These reports include public statements from hundreds of Minnesota Department of Human Services employees alleging that clear warnings of fraud were repeatedly disregarded, that whistleblowers faced retaliation, and that widespread misuse of federal funds may have persisted for years under your leadership. These concerns have been heightened by recent federal prosecutions and additional allegations that substantial portions of federal resources were fraudulently diverted away from the American families they were intended to assist.

The Trump Administration has made clear its commitment to rooting out fraud, protecting taxpayer dollars, and ensuring program integrity across all federal benefit programs. In light of the seriousness and volume of recent reports, and given ACF's responsibility for oversight of the Social Services Block Grant (SSBG) program, I am writing to request that the State of Minnesota provide the complete universe of SSBG administrative data that exist and are in the state's possession for all grantees, their recipients and subrecipients, for all available years and at least 2022 through 2025. This includes recipient name, address, Social Security Number (if collected), date of birth, A-number (as applicable), and any state identification numbers used for program administration. This information is necessary for ACF to conduct a thorough review of program operations and to assess the extent of any irregularities that may have occurred.

ACF also requests documentation demonstrating that the State of Minnesota has verified the eligibility of all recipients and subrecipients of SSBG-funded entities in accordance with the requirements of the Personal Responsibility and Work Opportunity Reconciliation Act, 8 U.S.C. § 1611, which limits the eligibility of public benefits to United States citizens and qualified aliens. This documentation should include the policies, procedures, system controls, and

verification records used by Minnesota to confirm citizenship or qualified alien status during the application and recertification processes.

ACF is requesting a comprehensive list of all organizations, subcontractors, service providers, local agencies, community groups, and any other entities that received SSBG funds from the state of Minnesota, directly or indirectly, during the period from 2019 through 2025. For each organization, to the extent the information exists and is in the state's possession, I request the amount of SSBG funding provided, the purpose for which the funds were awarded, and documentation describing the state's oversight mechanisms, monitoring activities, and verification processes used to ensure proper use of SSBG dollars.

I request that this information be transmitted to ACF by December 26, 2025. My staff will coordinate directly with the appropriate state officials to establish a secure transfer method and confirm technical specifications.

Thank you for your attention to this critical matter. Please contact my office with any questions or to arrange next steps.

Sincerely,

*[signature]*

Alex J. Adams
Assistant Secretary
Administration for Children and Families
U.S. Department of Health and Human Services


CC: Shireen Gandhi, Temporary Commissioner, Minnesota Department of Human Services
Andrew J. Richter, Communications Specialist, Child Safety and Permanency Division

# EXHIBIT 5-B



January 6, 2026

Governor Tim Walz
Office of the Governor
130 State Capitol
75 Rev. Dr. Martin Luther King Jr. Blvd.
Saint Paul, Minnesota 55155

Dear Governor Walz,

The Trump Administration has made clear its commitment to rooting out fraud, protecting taxpayer dollars, and ensuring program integrity across all federal benefit programs. On December 12, 2025, ACF sent a letter to your office requesting individual recipient data, eligibility verification, and a comprehensive list of all organizations, subcontractors, service providers, local agencies, community groups, and any other entities that receive SSBG funds from Minnesota. In Assistance Commissioner Rebecca St. George's response your office stated that the Minnesota Department of Children, Youth, and Families (DCYF) would provide a response by January 9, 2026.

While ACF appreciates the initial response, your office has failed to sufficiently address concerns of misuse of funds, including unlawfully providing illegal aliens with benefits. Moreover, your office has not demonstrated that the state has effective mechanisms in place to prevent fraud. ACF will be conducting a thorough review of the State's use of funding.  As a result, ACF is notifying your office that the State is not authorized to further draw down SSBG funding until this review is complete.

The State of Minnesota will be placed on a temporary restricted drawdown for all SSBG funds provided by ACF until further notice, pending successful and satisfactory review of all of the requested information.

Thank you for your attention to this critical matter. Please contact my office with any additional questions.

Sincerely,

Alex J. Adams
Assistant Secretary
Administration for Children and Families
U.S. Department of Health and Human Services

CC: Shireen Gandhi, Temporary Commissioner, Minnesota Department of Human Services
Andrew J. Richter, Communications Specialist, Child Safety and Permanency Division