UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF ILLINOIS, and STATE OF MINNESOTA,<br><br>                    Plaintiffs,<br><br>     v.<br><br>ADMINISTRATION FOR CHILDREN AND FAMILIES; ALEX J. ADAMS, in his official capacity as the ASSISTANT SECRETARY OF THE ADMINISTRATION FOR CHILDREN AND FAMILIES; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; and ROBERT F. KENNEDY, JR., in his official capacity as the SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>                    Defendants. | Case No. 26-cv-00172<br><br>NOTICE OF MOTION |

**PLEASE TAKE NOTICE** that Plaintiffs the State of New York, the State of California, the State of Colorado, the State of Illinois, and the State of Minnesota will move this Court at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, NY 10007, on a date set by the Court, for an order pursuant to Federal Rule of Civil Procedure 65(b) and 5 U.S.C. § 705 granting immediate relief against Defendants the Administration for Children and Families; Alex J. Adams, in his official capacity as the Assistant Secretary of the Administration for Children and Families; the U.S. Department of Health and Human Services; and Robert F. Kennedy, Jr., in his official capacity as the Secretary of the U.S. Department of

Health and Human Services, and such other and further relief as the Court deems necessary and appropriate.

Dated: New York, New York
January 8, 2026

        **LETITIA JAMES**
        Attorney General of New York

        By: /s Rabia Muqaddam
        Rabia Muqaddam
        *Chief Counsel for Federal Initiatives*
        Jessica Ranucci
        *Special Counsel*
        Molly Thomas-Jensen
        *Special Counsel*
        28 Liberty Street
        New York, NY 10005
        (212) 416-8883
        rabia.muqaddam@ag.ny.gov

        *Counsel for the State of New York*