**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STATE OF NEW YORK, STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF ILLINOIS; and STATE OF MINNESOTA,<br><br>      Plaintiffs,<br><br>      v.<br><br>ADMINISTRATION FOR CHILDREN AND FAMILIES; ALEX J. ADAMS, in his official capacity as the ASSISTANT SECRETARY OF THE ADMINISTRATION FOR CHILDREN AND FAMILIES; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; and ROBERT F. KENNEDY, JR., in his official capacity as the SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>      Defendants. | Case No. 26-cv-00172 |

**AFFIRMATION OF JESSICA RANUCCI**

JESSICA RANUCCI, an attorney duly admitted to practice before this Court, does hereby state the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1.      I am Special Counsel for Federal Initiatives in the Office of the New York State Attorney General, Letitia James, who appears on behalf of the State of New York in this action.

2.      I submit this affirmation in support of Plaintiff's motion for immediate injunctive relief pursuant to Rule 65(b) of the Federal Rules of Civil Procedure and/or 5 U.S.C. § 705. The facts set forth herein are based upon my personal knowledge and/or a review of the files in my possession.

3.      As articulated in Plaintiff's memorandum of law in support of its motion for a temporary restraining order, Plaintiff's request for an temporary restraining order is necessary to prevent Plaintiff from suffering irreparable harm.

4.      Counsel has contacted the Department of Justice about this matter and has been notified that the Department is working on assigning this matter. Counsel will share by email copies of this and the other simultaneously filed documents with attorneys at the Department of Justice.

5.      Attached as Exhibit 1 is a true and correct copy of the Declaration of Priya Khatkhate, the Deputy for Programs at the Illinois Department of Human Services.

6.      Attached as Exhibit 2 is a true and correct copy of the Declaration of Mary Alice Cohen, Chief Program Officer and Child Care Development Fund Administrator at the Colorado Department of Early Childhood.

7.      Attached as Exhibit 3 is a true and correct copy of the Declaration of Ian McMahon, Director for the Division of Economic and Workforce Support at the Colorado Department of Human Services.

8.      Attached as Exhibit 4 is a true and correct copy of the Declaration of Joseph Homlar, Director of the Division of Child Welfare at the Colorado Department of Human Services.

9.      Attached as Exhibit 5 is a true and correct copy of the Declaration of Amy Miller, Director of Aging and Adult Protective Services at the Colorado Department of Human Services.

10.      Attached as Exhibit 6 is a true and correct copy of the Declaration of Kira Younger, Chief Financial Officer and Deputy Director of the Finance and Accounting Division at the California Department of Social Services.

Dated: January 8, 2026
    New York, NY

*/s/ Jessica Ranucci*
Jessica Ranucci
(929) 736-3392
jessica.ranucci@ag.ny.gov
