# EXHIBIT 2

## DECLARATION OF MARY ALICE COHEN, CHIEF PROGRAM OFFICER AND CHILD CARE DEVELOPMENT FUND ADMINISTRATOR

## COLORADO DEPARTMENT OF EARLY CHILDHOOD

I, Mary Alice Cohen, pursuant to 28 U.S.C. § 1746 declare as follows:

1. I am a resident of the State of Colorado. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I am currently the Chief Program Officer and Child Care Development Fund Administrator at the Colorado Department of Early Childhood (CDEC). As Chief Program Officer and Child Care Development Fund Administrator, I oversee all Department programs to include Colorado Child Care Assistance Program. I began working for the Office of Early Childhood in 2015 and as the Office Director in 2020. When this Office transitioned to the Colorado Department of Early Childhood in July of 2022, I continued to oversee Colorado's early childhood programming for the new Department. The Department's vision is to streamline access to programs for families and providers, ensuring that every child in Colorado has a healthy and thriving start. The Department acts as a lead agency for early childhood policy and administration in Colorado to include Child Care Development Fund, Universal Preschool Management, licensing and regulatory oversight, early intervention and support, workforce development, and system integrations.

3. More recently, in state government, I have driven systemic change by designing the first Family Voice Council, launching the 2GO Two-Generation pilot programs, and managing $700 million in stimulus funds to stabilize the early childhood

sector. My leadership includes serving as a 2023 Aspen Fellow and national advocate for two-generation work, founding an award-winning children's museum in Washington, and directing operations at the Mountain Resource Center, where I scaled the Parents as Teachers program and the 2Gen Center for Family Opportunity. I hold a B.A. from UC Santa Barbara and an M.Ed. from the University of San Francisco.

4. I submit this declaration in connection with Plaintiff States' Motion for a Temporary Restraining Order (TRO) and Complaint for Injunctive and Declaratory Relief pertaining to the January 6, 2026 directive letter from the United States Department of Health and Human Services (HHS) Administration for Children and Families (ACF) restricting the State of Colorado's access to Child Care Development Fund (CCDF) funds (Exhibit 1). I have personal knowledge of the matters set forth below, or with respect to matters for which I do not have personal knowledge, I have reviewed information gathered from CDEC records by others within the organization.

5. CDEC's mission is to ensure the delivery of a comprehensive, community-informed, data-driven, high quality and equitable early childhood system that supports the care, education and well-being of all Colorado's young children, their families and early childhood professionals in all settings.

6. CDEC is responsible for licensing and oversight of all fewer-than 24-hour child care facilities for the State of Colorado, which includes over 4,600 child care facilities across the state.

7. CDEC is the sole state agency for administering the state plan for the Colorado Child Care Assistance Program (CCCAP). CDEC administers the program by

2

distributing funds to the Colorado county departments of human services. The counties then verify a family's eligibility and pay eligible and participating child care providers for CCCAP-eligible children enrolled in their facilities. All counties are required to enter into an agreement with CDEC to receive CCCAP funds. Providers are paid weekly, once the attendance of CCCAP-eligible children is dually verified by the provider and the family in CDEC's Attendance Tracking System.

8. CDEC contracts with vendors to ensure quality and workforce initiatives throughout the State. This includes an average monthly spend of $1.2 million that supports the early childhood workforce through coaching, professional development, and technical assistance; helps connect families to a portfolio of early childhood services and programs; and provides support for caregivers of young children. These quality initiatives reach across the entire spectrum of children and families by supporting large centers, small centers, family child care homes, and family, friend, and neighbor providers.

9. The Child Care and Development Fund (CCDF) is a federal funding stream that helps states ensure families can access safe, reliable child care while parents work, attend school, or participate in job training.

10. CDEC receives approximately $138 million annually in CCDF funding, representing approximately 22% of CDEC's total funding. This support plays a crucial role in enabling Colorado parents and caregivers to work, pursue education, or participate in job training while their children are cared for in safe, nurturing learning environments.

11. CCDF supports:

    a. The Colorado Child Care Assistance Program (CCCAP), which helps eligible families afford child care;

    b. Child care quality investments, including coaching, professional development, and learning materials;

    c. Infant and toddler quality supports; and

    d. Program administration and oversight, including licensing and monitoring of all less than 24-hour child care facilities.

12. CCDF is crucial to supporting working families, and promoting children's health, safety, and development by maintaining child care providers' operations.

13. In FY 2024-25:

    a. CCCAP helped 27,598 children from 18,348 families access child care so parents can continue to contribute to the local economy by pursuing education, work, or participating in training programs. These services are delivered through a statewide network of 2,517 providers.

    b. 421 providers participated in CCDF-funded quality improvement initiatives.

    c. CCDF funded 928 quality improvement grants distributed through Early Childhood Councils.

    d. CCDF funded 1,695 hours of infant–toddler quality coaching to an estimated 496 early childhood professionals.

14. CCDF funding for Quality Incentives (QI) is focused on coaching, professional development, and educational materials, averaging $3,500 per provider.

15. CCDF funds also funded minor improvement grants for providers that averaged $7,000 for physical space improvements (e.g., opening a new toddler classroom).

16. Should the Administration for Children and Families (ACF) not reimburse Colorado for any remaining CCDF expenses this year, the potential shortfall could be approximately $91 million over the remainder of this fiscal year, and would impact programs as soon as January 31, 2026.

17. Due to the restricted drawdown of CCDF, CDEC has a limited buffer, not to exceed a few weeks. CDEC expects the following impacts:

   a. CCCAP is one of the most critical local economic support programs. CCCAP families and providers will be devastated in the absence of these funds as CCCAP is the only thing that allows many working families to continue in the workforce, and many providers will likely have to close their doors and let staff go. CCCAP families will likely no longer able to afford child care and exit the workforce in order to care for children in their homes;

   b. County departments of human services, monitored by CDEC, are responsible for verifying a family's eligibility for CCCAP. The lack of CCDF CCCAP funding will likely cause county departments to reduce staff and no longer conduct their critical services;

    c. Licensing specialists and contractors that conduct statewide licensing inspections of all 4,600+ licensed child care facilities will likely lose their contracts and funding, and be placed in an unsustainable financial position, likely resulting in closures and layoffs. CDEC will no longer be able to adequately supervise the 4,600+ licensed child care providers in Colorado without licensing specialists, reducing CDEC's ability to enforce regulatory standards for all licensing facilities and increasing risks to the health, safety, and welfare of children in care;

    d. Early Childhood Councils, Early Childhood Mental Health Consultants, Child Care Resource and Referrals specialists, ratings contractors, and other workforce and quality contractors will likely have similar devastating effects with the lack of funding. The inability of these professionals to complete their work reduces quality within CCDF-funded programs and will decrease access for families to critical early childhood programs and services; and

    e. Funding for critical CDEC staff positions will likely result in furloughs and other mandatory reductions due to the lack of CCDF funding.

18. CDEC estimates the following fiscal impacts if ACF does not reimburse Colorado:

    a. CCCAP – Without federal funding, $27.5 million remains to fund CCCAP. The Colorado general fund appropriates $25 million, and counties contribute 10.9%, totaling $27.5 million. Without any

additional funding, CDEC estimates that this will cover the expenses for December and January. By January 31, 2026, CDEC will have exhausted all CCCAP funds.

b. Other CCDF Funded Programs will be fully expended by February 15, 2026. The average monthly expenditure for these services is $3.4 million per month, impacting 120 CDEC staff positions.

19. At a minimum, the restrictions create operational and budgetary uncertainty, making administration and basic planning for the future nearly impossible.

20. Prior to receipt of the January 6, 2026 letter from ACF, CDEC was not made aware of any ACF investigations into its management of CCDF funds or its fraud prevention systems.

21. Previous routine, periodic reviews conducted by ACF's Office of Child Care, ACF did not inform CDEC of any issues with its fraud prevention systems; CDEC was in compliance with all federal regulations regarding fraud prevention. In fact, Colorado has fraud and child attendance tracking systems that go above and beyond what is legally required by CCDF regulations.

22. As previously stated, CDEC currently exceeds federal regulation requirements for fraud prevention for child care assistance payments and has the following controls and protections in place for CCCAP:

a. Annual, unannounced inspections of all licensed child care programs;

  b. Investigation of all complaints, including fraud allegations, typically within seven or fewer business-days;

  c. Authority to impose adverse actions, including demotion of a permanent license to probationary and suspension and revocation of a license;

  d. Daily child attendance tracking through the Attendance Tracking System that is verified by both providers and families;

  e. Required paper or electronic sign-in/sign-out records retained for multiple years;

  f. County-level fraud prevention plans approved and monitored by CDEC;

  g. Monthly provider and case reviews by counties, with CDEC oversight;

  h. Intentional Program Violation (IPV) process for families found to have fraudulently received CCCAP, including disqualification from the program when fraud is confirmed through an adjudication process;

  i. Recovery of funds when improper payments are identified;

  j. Eligibility verification for income, activity, residency, and child information; and

  k. State-level random audits of family and provider files maintained by the counties.

23.  CDEC does not distribute CCDF quality funds directly to providers before ensuring that the recipients have an active license and have signed agreements outlining the quality improvement fund expectations.

24. Since ACF's January 6, 2026 letter was issued, CDEC has been contacted by providers and families; providers are concerned that they may have to close their facilities if CCCAP funding is no longer available and families are inquiring whether they will receive CCCAP benefits after January 2026. Additionally, counties and CDEC staff members have notified staff members of potential furloughs.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 8, 2026, in Denver, Colorado.

/s/ *Mary Alice Cohen*
MARY ALICE COHEN
Chief Program Officer and CCDF
  Administrator
Colorado Department of Early Childhood



January 6, 2026

Governor Jared Polis
Office of the Governor
State Capitol Building
200 E. Colfax Ave., Rm. 136
Denver, CO 80203

Dear Governor Polis,

The Trump Administration has made clear its commitment to rooting out fraud, protecting taxpayer dollars, and ensuring program integrity across all federal benefit programs. The Administration for Children and Families (ACF) is concerned by the potential for extensive and systemic fraud in Colorado Child Care and Development Fund (CCDF) services that rely on federal funding. These concerns have been heightened by recent federal prosecutions and additional allegations that substantial portions of federal resources were fraudulently diverted away from the American families they were intended to assist. Additionally, ACF has reason to believe that the State of Colorado is illicitly providing illegal aliens with CCDF benefits intended for American citizens and lawful permanent residents.

ACF will be conducting a thorough review of the State's use of funding for compliance and alignment with statutory requirements.  ACF is placing the State on temporarily restricted drawdown of CCDF funds until additional fiscal accountability requirements are implemented and necessary information is provided for ACF to complete its review.

Specifically, to facilitate a timely review, ACF requests that the State of Colorado immediately begin implementing additional fiscal accountability requirements to improve compliance with relevant statutes and program regulations.  For the CCDF program, the State must always have sufficient fiscal controls and accounting procedures to establish that funds have not been used in violation of the Child Care and Development Block Grant (CCDBG) Act of 1990, as amended (42 U.S.C. §§ 9857 *et seq.*), and the CCDF regulations at 45 C.F.R. Part 98.  45 C.F.R. § 98.67(c)(2).  Enhancements of fiscal accountability requirements are clearly necessary to mitigate fraudulent activity.  These additional fiscal accountability requirements now requested by ACF must include submission of verified attendance documentation for subsidized child care services to the State prior to further draw down of federal CCDF funding through the Payment Management System (PMS).  This verified attendance documentation must, at least, establish: (1) actual units of service delivered (e.g., days, hours, or other units consistent with the Lead Agency's approved payment practices); and (2) contemporaneous payment information maintained by the provider or State.  The State must ensure this verified

attendance documentation is sufficient for ACF to determine that the drawdown amount is reasonable, allowable, and allocable.

Until ACF determines that the State has established and implemented these and other internal controls sufficient to ensure that all future drawdown requests are supported by reliable, non-identifiable attendance documentation, the State must report this verified attendance information to ACF in an aggregated, non-identifiable format prior to further drawing down CCDF funding. This information will facilitate ACF's review of the State's compliance with the CCDF program, grant terms, and federal law.

To maintain strong protections for every child involved, the State must aggregate or otherwise de-identify such verifiable attendance documentation so that no personally identifiable information (PII) or identifiable child-level data is disclosed, consistent with the confidentiality protections required under the CCDBG Act. Such information and data include the names of children or parents, Social Security numbers, dates of birth, addresses, and any other information that directly identifies an individual child or family.

CCDF funds shall be temporarily placed on restricted drawdown until these additional fiscal accountability requirements are implemented. ACF must be able to determine that the attendance documentation submitted adequately supports the amount requested, demonstrates that services were delivered to eligible children consistent with the CCDBG Act, and meets all applicable federal fiscal control and accounting requirements.

My staff will coordinate directly with the appropriate state officials to establish a secure reporting method and confirm technical specifications.

The State of Colorado will be placed on this temporary restricted drawdown for all CCDF funds provided by ACF until further notice, pending successful and satisfactory review of the requested information. These additional fiscal accountability requirements may help avoid delayed drawdowns, disallowances, or other corrective actions necessary to further mitigate fraud in the CCDF program.

Thank you for your attention to this critical matter. Please contact my office with any questions or to arrange next steps.

Sincerely,

Alex J. Adams
Assistant Secretary
Administration for Children and Families
U.S. Department of Health and Human Services

CC: Lisa Roy, Executive Director, Colorado Department of Early Childhood