# EXHIBIT 4

# DECLARATION OF JOSEPH HOMLAR, DIRECTOR OF DIVISION OF CHILD WELFARE

## COLORADO DEPARTMENT OF HUMAN SERVICES

I, Joseph Homlar, pursuant to 28 U.S.C. § 1746 declare as follows:

1.      I am a resident of the State of Colorado. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2.      I am currently the Director of the Division of Child Welfare (DCW) at the Colorado Department of Human Services (CDHS). I have served in my current role for over 6 years and I have over 25 years of experience as a social worker and almost 19 years of professional experience specific to child welfare in many roles, including direct service and leadership, at both CDHS and in two different county departments of human services. As the Director of DCW, I oversee the delivery and quality of child welfare services throughout Colorado as administered by county departments of human services through their directors and boards of social services. Among funding sources utilized by CDHS and county departments of human services is the federal Social Services Block Grant (SSBG) which is utilized, in part, to provide funding to counties to deliver child maltreatment prevention and child protection services.

3.      I submit this declaration in connection with Plaintiff States' Motion for a Temporary Restraining Order and Complaint for Injunctive and Declaratory Relief

pertaining, in part, to the January 6, 2026 directive letter from the United States Department of Health and Human Services (HHS) Administration for Children and Families (ACF) restricting the State of Colorado's access to Social Services Block Grant (SSBG) funding (the SSBG Letter). A copy of the SSBG letter is attached as Exhibit 1.

4.     I have personal knowledge of the matters set forth below, or with respect to matters for which I do not have personal knowledge, I have reviewed information gathered from CDHS records by others within the organization.

**Federal Funding Relied Upon by Colorado**

5.     In Colorado, CDHS provides child welfare services through a state supervised-county administered service model, under which CDHS establishes practice standards, provides training and technical assistance, and issues subawards for programmatic funding under several federal grant programs, including the SSBG program established pursuant to 42 U.S.C. § 1397 *et seq.*, to county departments of human/social services.    CDHS has complied with the statutory requirements to receive SSBG funds, with its most recent Intended Use Plan (IUP) submitted on June 27, 2025 and set to expire on March 31, 2027.

6.     Under the SSBG, CDHS receives approximately $27 million annually. Of the total SSBG allotment, DCW receives approximately $24 million.

7.     Funding is authorized on a quarterly basis, via a Notice of Award providing a quarterly credit allotment, with the most recent Notice of Award having been issued by ACF on December 10, 2025. Funding is then drawn down on a daily

basis, as authorized expenditures are incurred, against the quarterly credit allowance.

**Communications from ACF**

8.    On January 6, 2026, ACF issued the SSBG Letter to Colorado Governor Jared Polis, indicating that Colorado "is not authorized to further draw down SSBG without complying with the terms of a temporary restricted drawn down[,]" until ACF completes a review of "the complete universe of SSBG administrative data that exist and are in the state's possession for all grantees, their recipients and subrecipients, for all available years and at least 2022 through 2025.

9.    The same day, HHS issued an immediate press release stating that it "froze access" to SSBG grant funds for Colorado, and several other states.

10.    As of the time of this declaration, no further communication, clarification, or guidance has been received from ACF, compounding the uncertainty facing Colorado.

**Harm to Colorado**

11.    Colorado is currently and will continue to experience harm as a result of the SSBG letter, ACF's public communications, and the restrictions being placed on Colorado's access to SSBG funding.

12.    Of the approximately $24 million in SSBG annual funding, DCW distributes approximately $18 million directly to child protection services through county departments of human services. These funds are then utilized to support

adoption services, child welfare case management, and child placement and maltreatment prevention services.

13.    In Colorado, child protection services are mandatory. When a county agency receives a report of concern, and the statutory criteria for child protection involvement is met, counties are required to investigate and provide services where necessary.

14.    For context, during the Colorado state fiscal year ending June 30, 2025, county departments of human services received more than 118,000 child welfare referrals. Of these referrals, approximately 31,200 met criteria for child maltreatment investigations. Pursuant to these investigations, county child welfare services provided placement prevention and intervention services for approximately 14,400 children and youth, and out-of-home placement support for approximately 6,000 children and youth.

15.    Based on state fiscal year 2025 data and existing funding sources, suspension of SSBG funding will reduce funding for county human services departments to provide vital services to children and families in need. These services include:

   a.  Responding to reports of child abuse and neglect;

   b.  Meeting with children and their families to assess child safety, parental protective capacity, and the  willingness of parents and families to maintain and  ensure a safe home environment;

c.  In situations where a vulnerable child's safety cannot be assured, assuming legal custody of that child and placing that child into protective care;

d.  Providing rehabilitative and supportive services to families in an effort to reunify families;

e.  When reunification with a child's primary caregivers or kin is not possible, ensuring permanency for a child through adoption or other means in a safe, loving family home environment.

16.    As child protection services are mandatory, CDHS and its county partners must ensure that necessary services are provided regardless of funding availability. Loss of previously awarded SSBG funding would likely result in budgetary shortfalls for county departments providing child protection services, create the potential for reduction in staff and the efficacy of services, and may have potential consequences to other state and county programs to ensure adequate funding levels for child protection services are maintained.

17.    Furthermore, SSBG funding is utilized to support child welfare related education, training, and information technology costs. This includes delivery of more than 500 vital trainings for approximately 6,500 new child protection caseworkers, casework supervisors, and foster parents and other caregivers.

18.    SSBG funding also supports Colorado's statewide child protection information system, Trails. Trails is used by approximately 6,000 caseworkers and case managers by collecting critical data on children and youth involved in child

welfare and youth services to ensure appropriate services are delivered, families are strengthened, and children and youth can safely grow and thrive within the foster care and juvenile justice systems.

19.    DCW also applies SSBG funds towards allowable administrative costs, such as personnel services, Colorado Public Employees' Retirement Association (PERA), information technology, operating expenses, workers' compensation, risk management, legal services, and utilities.

20.    I expect the ACF's freeze to impact the above services and programs. In addition, ACF's actions have created a significant administrative burden on DCW. SSBG funds are utilized by departments of human services serving all 64 Colorado counties. Each department requires notice and direction on the status and availability of funds. This burden is exacerbated by the cryptic and inconsistent communications from ACF, and the uncertainty as to whether funding remains available for restricted draw downs or if it is wholly inaccessible.

21.    At a minimum, a restricted draw down creates operational and budgetary uncertainty, making administration and basic planning for the future nearly impossible.

22.    As to the stated basis for ACF's actions, I am unaware of any reports or concerns of systemic fraud in the use of SSBG funding. SSBG funds are not provided as a direct client benefit, but rather are provided to counties for operational, personnel, and out-of-home placement costs. Deliberate misuse of child welfare services by clients is seldom heard of. Additionally, end-user client benefits

received through child welfare programming are not easily exploited. These benefits are largely rehabilitative, therapeutic, and often court-ordered.

23.    Furthermore, CDHS maintains multiple layers of oversight to monitor county practices and ensure lawful and appropriate use of state and federal funding.  At the top, CDHS maintains a Public Assistance Cost Allocation Plan (PACAP) that carefully allocates expenditures to ensure SSBG and other federal grant funds are expended appropriately and for their lawful and intended purposes. This PACAP undergoes review and approval by both state and federal agencies, including ACF.

24.    When expenditures are made against SSBG funds, they are subject to multiple levels of internal review and statewide financial audits.

25.    At the individual case level, CDHS maintains an Administrative Review Division (ARD) to serve as an independent third-party review entity. ARD ARD reviews all cases involving children in out-of-home care and conducts semiannual audits of in-home and assessment cases.

26.    The child protection system already faces financial strain, which is further emblematic of Colorado's interest in preventing fraud and misuse of child welfare funding. Allegations of fraud and funding misuse are serious, thoroughly investigated, and appropriate action is taken if needed.

27.    ACF's actions directly harm Colorado children and families. CDHS and its county partners have a legal duty to ensure the appropriate delivery of protective services for children suffering from maltreatment. Any reduction in

resources to counties hinders their efforts to protect Colorado's children, and causes harm on an individual human level. Funding reductions limit placement and prevention services, result in greater need for out-of-home placement, further increasing funding needs and preventing reunification of families and permanency for children.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 8, 2026, in Denver, Colorado.

Joseph Homlar
Director, Division of Child Welfare
Colorado Department of Human Services

Declaration of J. Homlar- Exhibit 1



**ADMINISTRATION FOR**
# CHILDREN & FAMILIES

**Office of the Assistant Secretary** | 330 C Street, S.W., Suite 4034
Washington, DC 20201 | www.acf.gov

January 6, 2026

Governor Jared Polis
Office of the Governor
State Capitol Building
200 E. Colfax Ave., Rm. 136
Denver, CO 80203

Dear Governor Polis,

The Trump Administration has made clear its commitment to rooting out fraud, protecting taxpayer dollars, and ensuring program integrity across all federal benefit programs. The Administration for Children and Families (ACF) is concerned by the potential for extensive and systemic fraud in Social Services Block Grant (SSBG) programs that rely on federal funding. These concerns have been heightened by recent federal prosecutions and additional allegations that substantial portions of federal resources were fraudulently diverted away from the American families they were intended to assist. Additionally, ACF has reason to believe that the State of Colorado is illicitly providing illegal aliens with SSBG benefits intended for American citizens and lawful permanent residents.

ACF will be conducting a thorough review of the State's use of funding.  As a result, ACF is notifying your office that the State is not authorized to further draw down SSBG without complying with the terms of a temporary restricted draw down until this review is complete.

To aid ACF in a timely review, I am requesting that the State of Colorado provide the complete universe of SSBG administrative data that exist and are in the state's possession for all grantees, their recipients and subrecipients, for all available years and at least 2022 through 2025. This includes recipient name, address, Social Security Number (if collected), date of birth, A-number (as applicable), and any state identification numbers used for program administration. This information is necessary for ACF to conduct a thorough review of program operations and to assess the extent of any irregularities that may have occurred.

ACF also requests documentation demonstrating that the State of Colorado has verified the eligibility, where applicable, of all recipients and subrecipients of SSBG-funded entities in accordance with the requirements of the Personal Responsibility and Work Opportunity Reconciliation Act, 8 U.S.C. §1611, which limits the eligibility of federal public benefits to United States citizens and qualified aliens. This documentation should include the policies,

Declaration of J. Homlar- Exhibit 1

procedures, system controls, and verification records used by Minnesota to confirm citizenship or qualified alien status during the application and recertification processes.

ACF is requesting a comprehensive list of all organizations, subcontractors, service providers, local agencies, community groups, and any other entities that received SSBG funds from the State of Colorado, directly or indirectly, during the period from 2019 through 2025. For each organization, to the extent the information exists and is in the state's possession, I request the amount of SSBG funding provided, the purpose for which the funds were awarded, and documentation describing the state's oversight mechanisms, monitoring activities, and verification processes used to ensure proper use of SSBG dollars.

I request that this information be transmitted to ACF by January 20, 2026. My staff will coordinate directly with the appropriate state officials to establish a secure transfer method and confirm technical specifications.

The State of Colorado will be placed on a temporary restricted drawdown for all SSBG funds provided by ACF until further notice, pending successful and satisfactory review of the requested information.

Thank you for your attention to this critical matter. Please contact my office with any questions or to arrange next steps.

Sincerely,

Alex J. Adams
Assistant Secretary
Administration for Children and Families
U.S. Department of Health and Human Services

CC: Marie De Cambra, Executive Director, Colorado Department of Local Affairs