# EXHIBIT 5

**DECLARATION OF AMY MILLER, DIRECTOR OF DIVISION OF AGING**

**AND ADULT PROTECTIVE SERVICES**

**COLORADO DEPARTMENT OF HUMAN SERVICES**

I, Amy Miller, pursuant to 28 U.S.C. § 1746 declare as follows:

1. I am a resident of the State of Colorado. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I am currently the Director of Aging and Adult Protective Services (AAPS) at the Colorado Department of Human Services (CDHS). As the Director of AAPS, I oversee staff and operations for the State Unit on Aging as well as Adult Protective Services. I also oversee the 64 county departments of social/human services in the administration of their Adult Protective Services programs and the sixteen Area Agencies on Aging in the administration of programs and services funded by the Older Americans Act and State Funding for Senior Services. I am a Licensed Clinical Social Worker and have worked in the field of aging for more than fifteen years.

3. I submit this declaration in connection with Plaintiff States' Motion for a Temporary Restraining Order and Complaint for Injunctive and Declaratory Relief pertaining, in part, to the January 6, 2026 directive letter from the United States Department of Health and Human Services (HHS) Administration for Children and Families (ACF) restricting the State of Colorado's access to Social Services Block

Grant (SSBG) funding (the SSBG Letter). A copy of the SSBG letter is attached as Exhibit 1.

4. I have personal knowledge of the matters set forth below, or with respect to matters for which I do not have personal knowledge, I have reviewed information gathered from CDHS records by others within the organization.

**Federal Funding Relied Upon by Colorado**

5. In Colorado, adult protection services are provided through a state supervised-county administered service model, under which CDHS establishes practice standards, provides training and technical assistance, and issues subawards for programmatic funding under several federal grant programs, including the SSBG program established pursuant to 42 U.S.C. § 1397 *et seq.*, to county departments of human/social services. County departments then conduct investigations, coordinate services, and engage directly with APS clients. CDHS has complied with the statutory requirements to receive SSBG funds, with its most recent Intended Use Plan (IUP) submitted on June 27, 2025 and set to expire on March 31, 2027.

6. Under the SSBG, CDHS receives approximately $27 million annually. Of the total SSBG allotment APS receives approximately $2 million.

7. Funding is authorized on a quarterly basis, via a Notice of Award providing for a quarterly credit allotment, with the most recent Notice of Award having been issued by ACF on December 10, 2025. Funding is then drawn down on

a daily basis, as authorized expenditures are incurred, against the quarterly credit allowance.

**Communications from ACF**

8. On January 6, 2026, ACF issued the SSBG Letter to Colorado Governor Jared Polis, indicating that Colorado "is not authorized to further draw down SSBG without complying with the terms of a temporary restricted drawn down[,]" until ACF completes a review of "the complete universe of SSBG administrative data that exist and are in the state's possession for all grantees, their recipients and subrecipients, for all available years and at least 2022 through 2025.

9. The same day, HHS issued an immediate press release stating that it "froze access" to SSBG grant funds for Colorado, and several other states.

10. ACF did not communicate any concerns related to Colorado's use of SSBG funding, including allegedly providing benefits to undocumented aliens with SSBG funds, or request to review SSBG related data or records prior to the issuance of the SSBG Letter or HHS's press release stating it was "freezing" Colorado's SSBG fund.

11. As of the time of this declaration, no further communication, clarification, or guidance has been received from ACF, compounding the uncertainty Colorado faces.

**Harm to Colorado**

12. Colorado is currently and will continue to experience harm as a result of the SSBG letter, ACF's public communications, and the restrictions being placed on Colorado's access to SSBG funding.

13. APS utilizes SSBG funding to provide direct support to county adult protection services programs. County programs, in turn, are charged with investigating reports of physical and sexual abuse, caretaker neglect, exploitation, and self-neglect of at-risk adults. Where appropriate, counties then provide support and case coordination services, such as connection to services such as nutrition programs; caregiver support; transportation providers; or support transitioning to a higher level of care. In rare circumstances an APS worker may serve as guardian of an at-risk adult, if no other options are available.

14. These services ensure the safety and well-being of Colorado's most vulnerable populations, including the elderly and developmentally disabled.

15. In Colorado, adult protection services are mandatory. When a county agency receives a report of concern, and the statutory criteria for adult protection involvement is met, counties are required to investigate and provide services where necessary.

16. For context, in Colorado state fiscal year 2025, county agencies received more than 35,000 adult protection reports. Further, county agencies managed approximately 9,000 adult mistreatment cases with ongoing need for services,

approximately 7,000 of which stemmed from investigations commenced during that year.

17. Based on state fiscal year 2025 data and existing funding sources, suspension of SSBG funding represents more than a 10% reduction in funding for county adult protection agencies to provide vital services for vulnerable Coloradans. These services include intake and evaluation of reports of self-neglect and mistreatment; assignment of response priority; investigation of eligible reports; client risk/safety assessments; case planning; service coordination, and community education and outreach.

18. As adult protection services are mandatory, CDHS and its county partners must ensure that necessary services are provided regardless of funding availability. Loss of previously awarded SSBG funding would likely result in budgetary short falls, creating the potential for reductions in county APS staff and the efficacy of services. Any failure by the counties to provide quality APS services caused by reductions in county staff would force AAPS to receive and investigate resulting complaints, and potentially take on other APS functions such as investigations and supportive services. AAPS does not have the ability to absorb these additional duties. Loss of SSBG funding would have similar potential consequences to other state and county programs, whose funds would potentially be depleted to ensure adequate funding levels for adult protection services are maintained.

19. ACF's actions have also created a significant administrative burden. SSBG funds are utilized by departments of human services APS programs in all 64 Colorado counties, and each program requires notice and direction on the status and availability of SSBG funds. This burden is exacerbated by the cryptic and inconsistent communications from ACF, and the uncertainty as to whether and when funding will be available for restricted draw downs or if it is wholly inaccessible.

20. At a minimum, a restricted draw down creates operational and budgetary uncertainty, making administration and basic planning for the future nearly impossible.

21. As to the stated basis for ACF's actions, I am unaware of any reports or concerns of systemic fraud in the use of SSBG funding. Contrary to the suggestions in the SSBG letter, SSBG funding is not allocated as a direct client benefit and instead is issued to county agencies as subrecipients to support their APS operations. Furthermore, CDHS maintains multiple layers of oversight to monitor county practice and ensure lawful and appropriate use of state and federal funding.

22. At the top, CDHS maintains a Public Assistance Cost Allocation Plan (PACAP) that carefully allocates expenditures to ensure SSBG and other federal grant funds are expended appropriately and for their lawful and intended purposes. This PACAP undergoes review and approval by both state and federal agencies, including ACF.

23. When expenditures are made against SSBG funds, they are subject to multiple levels of internal review and statewide financial audits by CDHS.

24. At the individual case level, CDHS maintains an Administrative Review Division (ARD) to serve as an independent third-party review entity. Within APS, ARD conducts annual quality assurance reviews of Adult Protective Services cases in each county, including assessment and investigation reviews, service provision reviews, and county-held guardianship reviews, ensuring program integrity and accountability.

25. Further, working alongside the Colorado Office of the State Auditor, CDHS maintains a fraud, waste, and abuse hotline to detect and investigate alleged misuse of state and federal funding.

26. ACF's directives and communications directly harm vulnerable Coloradans. When APS' ability to provide the level of investigation and services needed suffers as a result of inadequate or delayed funding, Colorado's at-risk adults are at greater risk for mistreatment and self-neglect. When APS cannot respond in an adequate or timely manner due to lack of resources, at-risk adults experiencing mistreatment or self-neglect are left in dangerous situations for longer periods of time, increasing the risk of negative outcomes, including poorer physical and mental health, loss of financial resources due to exploitation, and even death. Premature case closures or incomplete investigations caused by lack of adequate resources puts clients at continued risk of future abuse and allows perpetrators continued access to at-risk adults.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 8, 2026, in Denver, Colorado.

Amy Miller
Digitally signed by Amy Miller
Date: 2026.01.08 15:35:25 -07'00'

_____
Amy Miller
Director, Aging and Adult Protective Services
Colorado Department of Human Services



January 6, 2026

Governor Jared Polis
Office of the Governor
State Capitol Building
200 E. Colfax Ave., Rm. 136
Denver, CO 80203

Dear Governor Polis,

The Trump Administration has made clear its commitment to rooting out fraud, protecting taxpayer dollars, and ensuring program integrity across all federal benefit programs. The Administration for Children and Families (ACF) is concerned by the potential for extensive and systemic fraud in Social Services Block Grant (SSBG) programs that rely on federal funding. These concerns have been heightened by recent federal prosecutions and additional allegations that substantial portions of federal resources were fraudulently diverted away from the American families they were intended to assist. Additionally, ACF has reason to believe that the State of Colorado is illicitly providing illegal aliens with SSBG benefits intended for American citizens and lawful permanent residents.

ACF will be conducting a thorough review of the State's use of funding.  As a result, ACF is notifying your office that the State is not authorized to further draw down SSBG without complying with the terms of a temporary restricted draw down until this review is complete.

To aid ACF in a timely review, I am requesting that the State of Colorado provide the complete universe of SSBG administrative data that exist and are in the state's possession for all grantees, their recipients and subrecipients, for all available years and at least 2022 through 2025. This includes recipient name, address, Social Security Number (if collected), date of birth, A-number (as applicable), and any state identification numbers used for program administration. This information is necessary for ACF to conduct a thorough review of program operations and to assess the extent of any irregularities that may have occurred.

ACF also requests documentation demonstrating that the State of Colorado has verified the eligibility, where applicable, of all recipients and subrecipients of SSBG-funded entities in accordance with the requirements of the Personal Responsibility and Work Opportunity Reconciliation Act, 8 U.S.C. §1611, which limits the eligibility of federal public benefits to United States citizens and qualified aliens. This documentation should include the policies,

procedures, system controls, and verification records used by Minnesota to confirm citizenship or qualified alien status during the application and recertification processes.

ACF is requesting a comprehensive list of all organizations, subcontractors, service providers, local agencies, community groups, and any other entities that received SSBG funds from the State of Colorado, directly or indirectly, during the period from 2019 through 2025. For each organization, to the extent the information exists and is in the state's possession, I request the amount of SSBG funding provided, the purpose for which the funds were awarded, and documentation describing the state's oversight mechanisms, monitoring activities, and verification processes used to ensure proper use of SSBG dollars.

I request that this information be transmitted to ACF by January 20, 2026. My staff will coordinate directly with the appropriate state officials to establish a secure transfer method and confirm technical specifications.

The State of Colorado will be placed on a temporary restricted drawdown for all SSBG funds provided by ACF until further notice, pending successful and satisfactory review of the requested information.

Thank you for your attention to this critical matter. Please contact my office with any questions or to arrange next steps.

Sincerely,

*[signature: Alex J. Adams]*

Alex J. Adams
Assistant Secretary
Administration for Children and Families
U.S. Department of Health and Human Services


CC: Marie De Cambra, Executive Director, Colorado Department of Local Affairs