UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF ILLINOIS; and STATE OF MINNESOTA,<br><br>Plaintiffs,<br><br>v.<br><br>ADMINISTRATION FOR CHILDREN AND FAMILIES; ALEX J. ADAMS, in his official capacity as the ASSISTANT SECRETARY OF THE ADMINISTRATION FOR CHILDREN AND FAMILIES; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; and ROBERT F. KENNEDY, JR., in his official capacity as the SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendants. | Case No. 26-cv-00172<br><br>**[Proposed] ORDER TO SHOW CAUSE ON REQUEST FOR TEMPORARY RESTRAINING ORDER UNDER FEDERAL RULE OF CIVIL PROCEDURE 65(b)** |

Upon the annexed affirmation of Jessica Ranucci and accompanying exhibits, dated January 8, 2026, in support of Plaintiffs' motion for immediate injunctive relief pursuant to Rule 65(b) of the Federal Rules of Civil Procedure and 5 U.S.C. § 705, Plaintiffs' memorandum of law, and Plaintiffs' complaint, it is:

ORDERED, that good cause having been shown for the issuance of a temporary restraining order under Rule 65(b) of the Federal Rules of Civil Procedure and a stay under 5 U.S.C. § 705, the above-named Defendants are:

a)  Directed to restrain and stayed from implementing the ACF Funding Freeze, which

cut off all federal funding for the Child Care Development Fund, Temporary Assistance to Needy Families, and Social Services Block Grants programs to Plaintiff States, including the entirety of the letters sent to Plaintiffs on January 5 and 6;

b) Directed to immediately remove any restrictions, outside of permitted statutory authority, on Plaintiffs' ability to draw down funds under the Child Care Development Fund, Temporary Assistance to Needy Families, and Social Services Block Grants programs; and it is further:

ORDERED that Plaintiffs are not required to post security; and it is further

ORDERED that service of a copy of this order by electronic mail on counsel for Defendants shall be deemed good and sufficient service thereof; and it is further

ORDERED, that the above-named Defendants appear before _____, United States District Judge, Room ____. United States Courthouse, 500 Pearl Street, New York, NY 10007, on _____, at _____ thereof, or as soon thereafter as counsel may be heard, for a scheduling conference on Plaintiffs' anticipated request for a preliminary injunction.

By the Court:

_____                               _____
Dated                                                United States District Judge