UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| State of New York et al., | |
| Plaintiffs, | |
| -against- | 26-CV-172 |
| Administration for Children and Families et al., | ORDER |
| Defendants. | |

ARUN SUBRAMANIAN, United States District Judge:

    The Court will hold a telephonic hearing on the application for a temporary restraining order at 2 p.m. ET this afternoon. Interested parties may join by calling (646) 453-4442 and entering the Conference ID 167 005 118, followed by the pound sign (#).

      SO ORDERED.

Dated: January 9, 2026
      New York, New York

_____
    ARUN SUBRAMANIAN
    United States District Judge