UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF ILLINOIS; and STATE OF MINNESOTA,<br><br>Plaintiffs,<br><br>v.<br><br>ADMINISTRATION FOR CHILDREN AND FAMILIES; ALEX J. ADAMS, in his official capacity as the ASSISTANT SECRETARY OF THE ADMINISTRATION FOR CHILDREN AND FAMILIES; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; and ROBERT F. KENNEDY, JR., in his official capacity as the SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendants. | Case No. 26-cv-00172 |

**DECLARATION REGARDING SERVICE OF PROCESS**

I hereby depose and state as follows:

1. I am over the age of eighteen and am Special Counsel for the Office of the New York State Attorney General.

2. This office received summonses directed to defendants Administration for Children and Families, Assistant Secretary Alex J. Adams, U.S. Department of Health and Human Services, and Secretary Robert F. Kennedy Jr. on January 9, 2026.

3. On January 9, 2026, I caused copies of the summonses described in the preceding paragraph, along with copies of the complaint to be sent via certified mail to the defendants as follows:

| Entity/Individual Served | Address |
|---|---|
| Administration for Children and Families | Administration for Children and Families<br>Mary E. Switzer Building<br>330 C Street, S.W.<br>Washington, D.C. 20201 |
| Assistant Secretary Alex J. Adams | Alex J. Adams<br>Administration for Children and Families<br>Mary E. Switzer Building<br>330 C Street, S.W.<br>Washington, D.C. 20201 |
| U.S. Department of Health and Human Services | U.S. Department of Health and Human Services<br>Hubert H. Humphrey Building<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201 |
| Secretary Robert F. Kennedy, Jr. | Robert F. Kennedy, Jr.<br>U.S. Department of Health and Human Services<br>Hubert Humphrey Building<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201 |
| Attorney General Pamela Bondi | Attorney General Pamela Bondi<br>U.S. Department of Justice<br>950 Pennsylvania Ave., N.W.<br>Washington, DC 20530-0001 |
| U.S. Attorney's Office for the Southern District of New York | Civil Process Clerk<br>United States Attorney's Office<br>Southern District of New York<br>86 Chambers Street, 3rd Floor<br>New York, NY 10007 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/9/2026

_____

Molly Thomas-Jensen