```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
State of New York, et al.,                                  :
                                                            :
                                   Plaintiffs,              :
                                                            :        26-cv-172 (VSB)
                        -against-                           :
                                                            :           ORDER
                                                            :
Administration for Children and Families, et                :
al.,                                                        :
                                  Defendants.               :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

On January 8, 2026, Plaintiffs filed an emergency motion for a temporary restraining order, seeking to preserve the status quo pending the resolution of their forthcoming motion for a preliminary injunction. (Doc. 7.) On January 9, 2026, Judge Arun Subramanian, sitting as the Part I Judge, granted Plaintiffs' motion. (Doc. 22.) The temporary restraining order is currently set to expire 14 days after Judge Subramanian's order, subject to any further order from this Court. (*Id.*)

Accordingly, it is hereby ORDERED that the parties shall attend a telephonic scheduling conference on Monday, January 12, 2026, at 4:30 p.m. EST. The dial-in number is 1-855-244-8681, and the access code is 2309 3085 835. There is no attendee ID. The parties should be prepared to address a proposed briefing schedule for the preliminary injunction motion.

SO ORDERED.

Dated:   January 9, 2026
         New York, New York

Vernon S. Broderick
United States District Judge

2