```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
State of New York, et al.,                               :
                                                         :
                              Plaintiffs,                :
                                                         :         26-cv-172 (VSB)
               -against-                                 :
                                                         :             ORDER
                                                         :
Administration for Children and Families, et             :
al.,                                                     :
                              Defendants.                :
                                                         :
---------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

On January 9, 2026, I scheduled a telephonic conference for Monday, January 12, 2026, at 4:30 p.m. EST.  (Doc. 23.)  In light of a scheduling conflict, it is hereby:

ORDERED that the telephonic scheduling conference for January 12, 2026 shall be adjourned until tomorrow, January 13, 2026, at 11:00 a.m. EST.  The dial-in number is 1-855-244-8681, and the access code is 2309 3085 835.  There is no attendee ID.  The parties should be prepared to address a proposed briefing schedule for the preliminary injunction motion.

SO ORDERED.

Dated:   January 12, 2026
         New York, New York

                                                         _____
                                                         Vernon S. Broderick
                                                         United States District Judge