UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                             :
State of New York, et al.,                                      :

                                        Plaintiffs,    :
                                                              :              26-cv-172 (VSB)
                               -against-                   :
                                                              :                 **ORDER**
Administration for Children and Families, et   :
al.,                                                                  :
                                    Defendants.   :
                                                                   :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       On January 13, 2026 at 11:00 a.m., I held a telephonic conference with the parties to discuss their proposed briefing schedules for the anticipated preliminary injunction motion. Accordingly, it is hereby ORDERED that:

- Plaintiffs shall file their preliminary injunction motion by January 15, 2026;

- Defendants shall file their opposition to the preliminary injunction motion no later than January 20, 2026;

- Plaintiffs shall have the opportunity to file their reply by January 22, 2026;

- This matter shall be heard by the Court on January 23, 2026 in the Thurgood Marshall United States Courthouse, Courtroom 518, 40 Foley Square, New York, NY, 10007.  The time of the January 23, 2026 hearing will be issued in a forthcoming order.

       IT IS FURTHER ORDERED that the parties shall comply with a 35-page limit for the preliminary injunction motion and the opposition brief, and a 15-page limit for the reply brief. By January 14, 2026 at 12:00 p.m. EST, Plaintiffs shall also inform this Court of the parties' respective positions regarding Plaintiffs' proposal to file additional and oversized declarations and affidavits accompanying their preliminary injunction motion.

SO ORDERED.

Dated: January 13, 2026
New York, New York

_____
Vernon S. Broderick
United States District Judge