

**Office of the New York State Attorney General**  **Letitia James Attorney General**

January 13, 2026

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  1/13/2026

Honorable Vernon S. Broderick
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Broderick,

Following the discussion at today's scheduling conference, I write on behalf of all Plaintiffs in this action to follow up on Plaintiffs' request to exceed the number and page limits set forth in Your Honor's Individual Practice Rule 4.D in connection with declarations to be filed in support of Plaintiffs' forthcoming motion for a preliminary injunction. Plaintiffs intend to submit no more than sixteen declarations (in total for all Plaintiffs) and intend that the declarations will be substantially of the same length and character as those submitted in support of Plaintiffs' Emergency Motion for a Temporary Restraining Order, ECF Nos. 9-1 to 9-6— that is, approximately ten to twenty substantive pages dependent on the scope of topics covered. Plaintiffs seek the Court's leave for this request.

We have conferred with Defendants and they take no position on this request.

                Sincerely,
                Jessica Ranucci
                *Attorney for Plaintiff State of New York*