# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF ILLINOIS; and STATE OF MINNESOTA<br><br>Plaintiffs,<br><br>v.<br><br>ADMINISTRATION FOR CHILDREN AND FAMILIES, *et al.*,<br><br>Defendants. | Case No. 26-cv-172 |

I, Harald H. Kirn, being duly sworn, hereby depose and say as follows:

1. I am a Deputy Attorney General with the California Department of Justice.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of California.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in *New York v. Administration for Children and Families* (Case No. 26-cv-172) for the State of California.

Date: 1/12/26

**NOTARIZED**



Signature of Movant:

Office: California Department of Justice
Address: 1300 I Street, Sacramento, CA 95818
Email: harald.kirn@doj.ca.gov
Phone: (916) 215-5576