## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF ILLINOIS; and STATE OF MINNESOTA<br><br>Plaintiffs,<br><br>v.<br><br>ADMINISTRATION FOR CHILDREN AND FAMILIES, *et al.,*<br><br>Defendants. | Case No. 26-cv-172<br><br>**MOTION FOR ADMISSION *PRO HAC VICE*** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Michael M. Tresnowski, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for the State of Illinois in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Illinois and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: January 15, 2026

Respectfully Submitted,

 */s/ Michael M. Tresnowski*
Michael M. Tresnowski
Assistant Attorney General
115 S. LaSalle St.
Chicago, IL 60603
(773) 758-4496
Michael.tresnowski@ilag.gov
*Attorney for the State of Illinois*