UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF ILLINOIS; and STATE OF MINNESOTA<br><br>Plaintiffs,<br><br>v.<br><br>ADMINISTRATION FOR CHILDREN AND FAMILIES, et al.,<br><br>Defendants. | Case No. 26-cv-172 |

I, Michael M. Tresnowski, being duly sworn, hereby depose and say as follows:

1. I am a(n) Assistant Attorney General with Office of the Illinois Attorney General.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of Illinois.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this case for State of Illinois.

Date: /-/5-2026

**NOTARIZED**

OFFICIAL SEAL
KATHLEEN A. TEDESCO
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 02-10-2026

*Kathleen T Tedesco*

Signature of Movant:

MICHAEL M. TRESNOWSKI
Assistant Attorney General
115 S. LaSalle Street
Chicago, IL 60603
773-758-4496
Michael.tresnowski@ilag.gov
*Attorney for the State of Illinois*