UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
State of New York, et al.,                              :
                                                        :
                            Plaintiffs,                 :
                                                        :       26-cv-172 (VSB)
            -against-                                   :
                                                        :       **ORDER**
Administration for Children and Families, et            :
al.,                                                    :
                            Defendants.                 :
                                                        :
-------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

On January 13, 2026, I issued an order in this matter explaining that "[t]he time of the January 23, 2026 [preliminary injunction motion] hearing will be issued in a forthcoming order." (Doc. 25.) Accordingly, it is hereby ORDERED that this matter shall be heard by the Court on January 23, 2026 at 10:00 a.m. in the Thurgood Marshall United States Courthouse, Courtroom 518, 40 Foley Square, New York, NY, 10007.

SO ORDERED.

Dated:   January 15, 2026
         New York, New York

*(signature)*
Vernon S. Broderick
United States District Judge