UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

New York, et al.,

       Plaintiff,

-against-

Administration for Children and Families, et al.,

       Defendant.

26 Civ. 00172 (AS)

MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, David Moskowitz hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff State of Colorado in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Colorado and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: January 15, 2026

Respectfully Submitted,

Applicant Signature: /s/ David Moskowitz

Applicant's Name: David Moskowitz

Firm Name: Colorado Department of Law

Address: 1300 Broadway, 10th Floor

City/State/Zip: Denver, CO 80203

Telephone/Fax: (720) 508-6000

Email: David.Moskowitz@coag.gov