UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------

State of New York, et al.,

                Plaintiff(s),

v.

Administration for Children and Families, et al.,

                Defendant(s).

-----------------------------------------------------------

26-cv-00172

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

I, David Moskowitz, being duly sworn, hereby depose and say as follows:

1. I am a(n) Deputy Solicitor General with the law firm of the Colorado Department of Law.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of Colorado, District of Columbia, and New York.
4. There are no pending disciplinary proceedings against me in any state or federal court
5. I have not been convicted of a felony. If you have, please describe facts and circumstances.
6. I have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.
7. Attorney Registration Number(s) if applicable: 61336
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 26-cv-00172 for Plaintiff State of Colorado.

Date 1/13/2026

Signature of Movant
Firm Name Colorado Department of Law
Address 1300 Broadway, 10th Floor
Denver, CO 80203

Email david.moskowitz@coag.gov
Phone (720) 508-6000

**NOTARIZED**

MARIE XAN SEROCKI
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20104036466
MY COMMISSION EXPIRES SEPTEMBER 13, 2026

1/13/2026