UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

New York et al.,

                        Plaintiff,

      -against-

Administration for Children and Families et al.,

                        Defendant.

26 cv 00172    ( AS )

ORDER FOR ADMISSION
PRO HAC VICE

The motion of David Moskowitz, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of Colorado; and that his/her contact information is as follows (please print):

    Applicant's Name: David Moskowitz
    Firm Name: Colorado Department of Law
    Address: 1300 Broadway, 10th Floor
    City / State / Zip: Denver, CO 80203
    Telephone / Fax: (720) 508-6000

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff State of Colorado in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____    _____

                                                        United States District / Magistrate Judge