

**STATE OF COLORADO, ss:**

I, **Cheryl Stevens**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**David Zachary Moskowitz**

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that this name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **20th** day of **February** A.D. **2025** and that at the date hereof the said **David Zachary Moskowitz** is in good standing at this Bar.



**IN WITNESS WHEREOF**, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **15th** day of **January** A.D. **2026**

*Cheryl Stevens*
Clerk

By _____
Deputy Clerk