AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| State of New York, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 26-cv-172 |
| Administration for Children and Families, et al., ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, State of Illinois                                                                                        .

Date:   01/15/2026

s/ Michael M. Tresnowski
*Attorney's signature*

Michael M. Tresnowski (IL Bar No: 6324767)
*Printed name and bar number*
Office of the Illinois Attorney General
115 S. LaSalle Street
Chicago, IL 60603

*Address*

michael.tresnowski@ilag.gov
*E-mail address*

(773) 758-4496
*Telephone number*

(312) 814-4452
*FAX number*