## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF ILLINOIS, and STATE OF MINNESOTA,<br><br>     Plaintiffs,<br><br>  v.<br><br>ADMINISTRATION FOR CHILDREN AND FAMILIES; ALEX J. ADAMS, in his official capacity as the ASSISTANT SECRETARY OF THE ADMINISTRATION FOR CHILDREN AND FAMILIES; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; and ROBERT F. KENNEDY, JR., in his official capacity as the SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>     Defendants. | Case No. 26-cv-00172<br><br>**NOTICE OF MOTION FOR PRELIMINARY INJUNCTION** |

  **PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law and supporting declarations and exhibits, Plaintiffs move this Court for an order pursuant to Federal Rule of Civil Procedure 65(a) and 5 U.S.C. § 705 granting their motion for a preliminary injunction and § 705 stay against Defendants the Administration for Children and Families; Alex J. Adams, in his official capacity as the Assistant Secretary of the Administration for Children and Families; the U.S. Department of Health and Human Services; and Robert F. Kennedy, Jr., in his official capacity as the Secretary of the U.S. Department of Health and Human Services, and such other and further relief as the Court deems necessary and appropriate. A proposed order is attached.

Dated: New York, New York
      January 15, 2026

 

**LETITIA JAMES**
Attorney General of New York

By: <u>*/s Jessica Ranucci*</u>
Jessica Ranucci
Molly Thomas-Jensen
*Special Counsel*
Rabia Muqaddam
*Chief Counsel for Federal Initiatives*
28 Liberty Street
New York, NY 10005
(212) 416-8883
rabia.muqaddam@ag.ny.gov

*Counsel for the State of New York*