**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STATE OF NEW YORK, STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF ILLINOIS; and STATE OF MINNESOTA,<br><br><br>Plaintiffs,<br><br>v.<br><br>ADMINISTRATION FOR CHILDREN AND FAMILIES; ALEX J. ADAMS, in his official capacity as the ASSISTANT SECRETARY OF THE ADMINISTRATION FOR CHILDREN AND FAMILIES; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; and ROBERT F. KENNEDY, JR., in his official capacity as the SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendants. | Case No. 26-cv-00172<br><br>**[Proposed] ORDER GRANTING PRELIMINARY INJUNCTION AND 5 U.S.C. § 705 STAY** |

After consideration of the Plaintiff States' motion and accompanying memorandum of law and exhibits, and for good cause shown, it is hereby **ORDERED** that the Plaintiffs' motion for a preliminary injunction and stay pursuant to 5 U.S.C. § 705 is **GRANTED**.

It is hereby ORDERED, that, good cause having been shown for the issuance of a preliminary injunction under Rule 65(b) of the Federal Rules of Civil Procedure and a stay under 5 U.S.C. § 705, the above-named Defendants are, until a decision on the merits in this case:

a) Enjoined and stayed from implementing the ACF Funding Freeze, which cut off all federal funding for the Child Care Development Fund, Temporary Assistance to Needy Families, and Social Services Block Grants programs to Plaintiff States, including the

entirety of the letters sent to Plaintiffs on January 5 and 6;

b) Directed to immediately remove any restrictions, outside of permitted statutory authority, on Plaintiffs' ability to draw down funds under the Child Care Development Fund, Temporary Assistance to Needy Families, and Social Services Block Grants programs; and they are further enjoined and stayed from reimposing such restrictions; and it is further

ORDERED that Defendants shall provide notice of this Order of Preliminary Injunction within 24 hours of entry to all Defendants, their employees, and anyone acting in concert with them and that Defendants shall file a status report with this Court within 72 hours of the entry of this Order describing the notice they have provided; and it is further

ORDERED Plaintiffs are not required to post a bond.

This Order shall become effective immediately upon entry by this Court.

**SO ORDERED**.

_____

Honorable Vernon Broderick
U.S. District Court Judge