UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF ILLINOIS; and STATE OF MINNESOTA,<br><br>    Plaintiffs,<br><br>    v.<br><br>ADMINISTRATION FOR CHILDREN AND FAMILIES; ALEX J. ADAMS, in his official capacity as the ASSISTANT SECRETARY OF THE ADMINISTRATION FOR CHILDREN AND FAMILIES; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; and ROBERT F. KENNEDY, JR., in his official capacity as the SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>    Defendants. | Case No. 26-cv-00172 |

**AFFIRMATION OF JESSICA RANUCCI**

JESSICA RANUCCI, an attorney duly admitted to practice before this Court, does hereby state the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1.   I am Special Counsel in the Office of the New York State Attorney General, Letitia James, who appears on behalf of the State of New York in this action.

2.   I submit this declaration in support of Plaintiff States' Motion for a Preliminary Injunction pursuant to Federal Rule of Civil Procedure 65 and 5 U.S.C. § 705 stay. The facts set forth herein are based upon my personal knowledge and/or a review of the files in my possession.

3.      Attached as Exhibit 1 are true and correct copies of four letters sent to each of Plaintiff States New York, California, Colorado, and Illinois, from Defendant Alex J. Adams, Assistant Secretary of the Administration for Children and Families, dated January 6, 2026, concerning the Child Care and Development Fund (CCDF) program.

4.      Attached as Exhibit 2 are true and correct copies of five letters sent to each of Plaintiff States New York, California, Colorado, Illinois, and Minnesota, from Defendant Alex J. Adams, Assistant Secretary of the Administration for Children and Families, dated January 6, 2026, concerning the Temporary Assistance for Needy Families (TANF) program.

5.      Attached as Exhibit 3 are true and correct copies of four letters sent to each of Plaintiff States New York, California, Colorado, and Illinois, from Defendant Alex J. Adams, Assistant Secretary of the Administration for Children and Families, dated January 6, 2026, concerning the Social Services Block Grant (SSBG) program.

6.      Attached as Exhibit 4 are true and correct copies of three letters sent to Plaintiff State Minnesota concerning the Child Care and Development Fund (CCDF) program. The first, dated December 12, 2025, and the third, dated January 5, 2026, are from Defendant Alex J. Adams, Assistant Secretary of the Administration for Children and Families. The second, dated December 30, 2025, is from James O'Neill, Deputy Secretary of the U.S. Department of Health and Human Services.

7.      Attached as Exhibit 5 are true and correct copies of two letters sent to Plaintiff State Minnesota, from Defendant Alex J. Adams, Assistant Secretary of the Administration for Children and Families, concerning the Social Services Block Grant (SSBG) program. The first letter is dated December 12, 2025, and the second letter is dated January 6, 2026.

8. Attached as Exhibit 6 is a true and correct copy of the January 6, 2026 Administration for Children and Families press release, titled "HHS Freezes Child Care and Family Assistance Grants in Five States," available at https://acf.gov/media/press/2026/hhs-freezes-child-care-family-assistance-grants-five-states and preserved at https://perma.cc/9BTG-WL8S.

9. Attached as Exhibit 7 are true and correct copies of social media posts, as downloaded on January 13, 2026 and detailed in the chart below.

10. Attached as Exhibit 8 are true and correct copies of news articles, published between the dates of December 31, 2025 and January 13, 2026, and detailed in the chart below.

11. Attached as Exhibit 9 is a true and correct copy of a transcript of the January 9, 2026 hearing on Plaintiffs' Emergency Motion for a Temporary Restraining Order in this matter.

12. Attached as Exhibit 10 is a true and correct copy of the First Amended Declaration of Mary Alice Cohen of the Colorado Department of Early Childhood.

13. Attached as Exhibit 11 is a true and correct copy of the First Amended Declaration of Ian McMahon of the Colorado Department of Human Services.

14. Attached as Exhibit 12 is a true and correct copy of the Amended Declaration of Joseph Homlar of the Colorado Department of Human Services.

15. Attached as Exhibit 13 is a true and correct copy of the Amended Declaration of Amy Miller of the Colorado Department of Human Services.

16. Attached as Exhibit 14 is a true and correct copy of the Supplemental Declaration of Priya Khatkhate of the Illinois Department of Human Services.

17. Attached as Exhibit 15 is a true and correct copy of the Declaration of Rajni Chawla of the New York State Office of Temporary and Disability Assistance.

18. Attached as Exhibit 16 is a true and correct copy of the Declaration of Laura Darman of the New York State Office of Children and Family Services.

19. Attached as Exhibit 17 is a true and correct copy of the Declaration of Molly Park of the New York City Department of Social Services.

20. Attached as Exhibit 18 is a true and correct copy of the Declaration of Simone C. Hawkins of the New York City Public Schools.

21. Attached as Exhibit 19 is a true and correct copy of the Declaration of Kira Younger of the California Department of Social Services.

22. Attached as Exhibit 20 is a true and correct copy of the Declaration of Stephen J. Acquario of the New York State Association of Counties.

23. Attached as Exhibit 21 is a true and correct copy of the Declaration of John R. Befus of the Westchester County Department of Social Services.

24. Attached as Exhibit 22 is a true and correct copy of the Declaration of Mason Matthews of the County of Los Angeles.

25. Attached as Exhibit 23 is a true and correct copy of the Declaration of Kathryn Weeks of the Minnesota Department of Children, Youth, and Families.

26. Attached as Exhibit 24 is a true and correct copy of the Motion Order in *New York v. United States Dep't of Educ.*, No. 25-1424 (2d Cir. June 20, 2025), Dkt. 40.1.

27. The chart on the following pages includes a list of the exhibits attached to this declaration in summary form.

| Chart of All Attached Exhibits | | |
|---|---|---|
| Ex. # | Sub-Ex. # | Title |
| 1 | | CCDF Letters |
| | 1-A | New York CCDF Letter |
| | 1-B | California CCDF Letter |
| | 1-C | Colorado CCDF Letter |
| | 1-D | Illinois CCDF Letter |
| 2 | | TANF Letters |
| | 2-A | New York TANF Letter |
| | 2-B | California TANF Letter |
| | 2-C | Colorado TANF Letter |
| | 2-D | Illinois TANF Letter |
| | 2-E | Minnesota TANF Letter |
| 3 | | SSBG Letters |
| | 3-A | New York SSBG Letter |
| | 3-B | California SSBG Letter |
| | 3-C | Colorado SSBG Letter |
| | 3-D | Illinois SSBG Letter |
| 4 | | Minnesota CCDF Letters |
| | 4-A | December 12, 2025 Letter |
| | 4-B | December 30, 2025 Letter |
| | 4-C | January 5, 2026 Letter |
| 5 | | Minnesota SSBG Letters |
| | 5-A | December 12, 2025 Letter |
| | 5-B | January 6, 2026 Letter |
| 6 | | HHS Press Release |
| 7 | | Social media posts |
| | 7-A | December 30, 2025 X post by @HHS_Jim |
| | 7-B | January 5, 2026 Truth Social post by @realDonaldTrump |
| | 7-C | January 6, 2026 Truth Social post by @realDonaldTrump |
| | 7-D | January 8, 2026 X post by @HHSGCMikeStuart |

|  | 7-E | January 7, 2026 X post by @HHSGov |
|---|---|---|
|  | 7-F | January 9, 2026 X post by @HHS_Jim |
| 8 |  | News stories |
|  | 8-A | Ken Bensinger & Ernesto Londoño, *An Intense White House Response from a Single Viral Video*, N.Y. TIMES, Dec. 31, 2025 |
|  | 8-B | *HHS freezing childcare payments to all states until they prove funds 'being spent legitimately'*, ABC News, Dec. 31, 2024 |
|  | 8-C | Adora Brown & Raymond Fernandez, *Trump Admin. to Freeze $10B in Social Programs to New York and Other Dem States*, THE CITY, Jan. 6, 2026 |
|  | 8-D | Anna Wolfe, *Welfare director texted wrestler who was his high-paid aide about 'money bags,' testimony shows*, Mississippi Today, Jan. 13, 2026. |
|  | 8-E | Transcript of relevant portion of President Trump's January 4, 2026 remarks https://www.youtube.com/watch?v=9XVjd3R2T3g&t=1157s. |
| 9 |  | Transcript of January 9, 2026 hearing on Plaintiffs' Motion for a Temporary Restraining Order |
| 10 |  | Declaration of Mary Alice Cohen (CO) |
| 11 |  | Declaration of Ian McMahon (CO) |
| 12 |  | Declaration of Joseph Homlar (CO) |
| 13 |  | Declaration of Amy Miller (CO) |
| 14 |  | Declaration of Priya Khatkhate (IL) |
| 15 |  | Declaration of Rajni Chawla (NY) |
| 16 |  | Declaration of Laura Darman (NY) |
| 17 |  | Declaration of Molly Park (NY) |
| 18 |  | Declaration of Simone C. Hawkins (NY) |
| 19 |  | Declaration of Kira Younger (CA) |
| 20 |  | Declaration of Stephen J. Acquario (NY) |
| 21 |  | Declaration of John R. Befus (NY) |
| 22 |  | Declaration of Mason Matthews (CA) |
| 23 |  | Declaration of Kathryn Weeks (MN) |
| 24 |  | Mot. Order, *New York v. United States Dep't of Educ.*, No. 25-1424 (2d Cir. June 20, 2025) |

Dated: New York, New York          /s/ Jessica Ranucci
      January 15, 2026                    Jessica Ranucci