# EXHIBIT 7

# EXHIBIT 7-A

← **Post**

**Deputy Secretary Jim O'Neill** ✓
@HHS_Jim

We have frozen all child care payments to the state of Minnesota.

You have probably read the serious allegations that the state of Minnesota has funneled millions of taxpayer dollars to fraudulent daycares across Minnesota over the past decade.

Today we have taken three actions against the blatant fraud that appears to be rampant in Minnesota and across the country:

1. I have activated our defend the spend system for all ACF payments. Starting today, all ACF payments across America will require a justification and a receipt or photo evidence before we send money to a state.

2. Alex Adams and I have identified the individuals in @nickshirleyy's excellent work. I have demanded from @GovTimWalz a comprehensive audit of these centers. This includes attendance records, licenses, complaints, investigations, and inspections.

3. We have launched a dedicated fraud-reporting hotline and email address at childcare.gov Whether you are a parent, provider, or member of the general public, we want to hear from you.

We have turned off the money spigot and we are finding the fraud. @ACFHHS @HHSGov



Last edited 5:51 PM · Dec 30, 2025 · **13.7M** Views

💬 12K    🔁 30K    ♡ 153K    🔖 7.5K

# EXHIBIT 7-B



← **Truth Details**
7772 replies

**Donald J. Trump** ✓
@realDonaldTrump

Minnesota's Corrupt Governor will possibly leave office before his Term is up but, in any event, will not be running again because he was caught, REDHANDED, along with Ilhan Omar, and others of his Somali friends, stealing Tens of Billions of Taxpayer Dollars. I feel certain the facts will come out, and they will reveal a seriously unscrupulous, and rich, group of "SLIMEBALLS." Governor Walz has destroyed the State of Minnesota, but others, like Governor Gavin Newscum, JB Pritzker, and Kathy Hochul, have done, in my opinion, an even more dishonest and incompetent job. NO ONE IS ABOVE THE LAW!

**16.1k** ReTruths  **64.9k** Likes                Jan 05, 2026, 2:13 PM



# EXHIBIT 7-C



← **Truth Details**
5763 replies



**Donald J. Trump**
@realDonaldTrump

California, under Governor Gavin Newscum, is more corrupt than Minnesota, if that's possible??? The Fraud Investigation of California has begun. Thank you for your attention to this matter! President DONALD J. TRUMP

**13.6k** ReTruths  **59.1k** Likes                    Jan 06, 2026, 8:21 AM

# EXHIBIT 7-D

← **Post**

**HHS General Counsel Mike Stuart** ✓
@HHSGCMikeStuart

Follow

It's unfortunate that these Attorney Generals from these Democrat-led states are less focused on reducing fraud and more focused on partisan political stunts.

HHS stands by its decision to take this action to defend American taxpayers. We identified serious concerns in these states that warranted immediate review and action.

These same officials were complicit in this perpetuation of this fraud and allowing it to happen. Waste, fraud, and abuse will not be tolerated in the Trump administration.



5 blue states sue Trump admin over $10 billion child care funding freeze

From axios.com

10:15 PM · Jan 8, 2026 · **2,161** Views

💬 4    🔁 14    ♡ 51    🔖 2    ↗

# EXHIBIT 7-E



# EXHIBIT 7-F

