# EXHIBIT 8

# EXHIBIT 8-A

# An Intense White House Response From a Single Viral Video

A video purporting to expose extensive fraud at child care centers in Minnesota shows the relationship between the Trump administration and self-described citizen journalists.

---

▶ **Listen to this article · 10:26 min**  <u>Learn more</u>

 

**By Ken Bensinger and Ernesto Londoño**

Dec. 31, 2025

A 43-minute video posted online in the past week, purporting to expose extensive fraud at Somali-run child care centers in Minnesota, has been viewed by millions of people. It has also set off a series of events that show the symbiotic relationship between the Trump administration and self-described citizen journalists.

It was posted to X and YouTube the day after Christmas by Nick Shirley, a 23-year-old who has made a name for himself in the past two years by producing viral content that aligns with MAGA policies. In the video, Mr. Shirley is accompanied by a man identified only as David, who claims to have uncovered fraud worse than "anywhere else ever in history."

Specifically, the man says he has identified dozens of child care and autism centers receiving millions of dollars in state funding without caring for any children.

The New York Times could not verify the claims made in the video. Mainstream news sites have reported on cases of social services fraud in Minnesota for years, including a 2,200-word article in The Times last month. But Mr. Shirley's video hit a nerve, generating attention from conservative media outlets like Fox News and

praise from top Republican officials. "This dude has done far more useful journalism than any of the winners of the 2024 @pulitzercenter prizes," Vice President JD Vance posted on X on Saturday.

On Monday, the Department of Homeland Security launched an investigation into the centers. On Tuesday evening, Jim O'Neill, the deputy secretary of health and human services, said on X that the federal government had "frozen all child care payments to the state of Minnesota."



Nick Shirley interviewing protesters in Manhattan during a visit by Benjamin Netanyahu, the Israeli prime minister, in September.  John Taggart/EPA/Shutterstock

The scale of the reaction to Mr. Shirley's video has few precedents, but it highlights the way the White House seeds narratives about key issues, then rewards sympathetic creators who deliver viral content. That content need not be new, or even particularly revelatory, to succeed.

Equipped with little more than iPhones, Mr. Shirley and other right-wing YouTubers and livestreamers zigzag around the country — and overseas — in search of politically charged footage. In many cases, these digital activists pick up on themes that have circulated for months, or even years, but still generate online outrage and action from a government primed to jump into the fray.

"It's mutual back-scratching," said Darren L. Linvill of the Media Forensics Hub at Clemson University, who tracks how social media is used to disseminate propaganda. "They all have goals that align, and they're all pointed in the same direction."

Over the past two years, pro-Trump content creators have covered dozens of protests, political rallies and natural disasters; marched with anti-Muslim activists; and embedded with immigration officials on raids.

An example of the feedback loop in action: Days after President Trump announced on Truth Social in late September that he would deploy "all necessary Troops" to defend "War ravaged Portland," Nick Sortor, a popular livestreamer, flew to Oregon to cover the protests.

After arriving, he was accused of disorderly conduct and briefly arrested. Attorney General Pam Bondi called him upon his release to say she had ordered a civil rights investigation of Portland's police department for "viewpoint discrimination." A few days later, he went on a ride-along in Portland with Kristi Noem, the homeland security secretary.

The next week, Mr. Sortor was one of a dozen content creators invited to the White House for a discussion of the antifa movement attended by Mr. Trump; Ms. Bondi; Ms. Noem; Kash Patel, the director of the Federal Bureau of Investigation; Susie Wiles, the White House chief of staff; and Stephen Miller, a deputy chief of staff. Mr. Trump called the attendees "very brave patriots," adding that he would consider awarding them "some very important medals and honors."



Mr. Shirley was among the content creators who joined President Trump, Secretary Kristi Noem and other officials at the White House in October for a discussion of the antifa movement.   Anna Rose Layden for The New York Times

Mr. Shirley, who did not respond to requests for comment for this article, was also at that event.

His aspiration for YouTube fame dated back to high school in Utah, where he grew up outside Salt Lake City. He stopped posting on the platform four years ago, when he traveled to Chile as a young missionary for the Church of Jesus Christ of Latter-day Saints. Until then, his videos were mostly goofy — sneaking into exclusive events, pranking friends and jumping off perilously tall objects.

But weeks after his return to the United States, in late 2023, Mr. Shirley pivoted to more political content, applying a distinctively low-key, nuance-free tone to hot-button issues like immigration, pro-Gaza demonstrations on college campuses and L.G.B.T.Q. issues. The videos took off. Within six months, he had surpassed 100,000 subscribers on YouTube.

He started with posts from the Mexican border and a few months later traveled to El Salvador, where he said he was the first American to film inside the notorious Terrorism Confinement Center, a prison known as CECOT. He roamed the streets of Springfield, Ohio, amplifying false rumors, spread by Mr. Trump, that Haitian immigrants there had been eating dogs and cats.

Mr. Shirley has filmed immigration protests in Los Angeles, Portland and Chicago and embedded with the U.S. Marshals Service. In September, he confronted a group of men selling what appear to be counterfeit watches in Lower Manhattan, calling them "illegal scammers." Less than a month later, the Immigration and Customs Enforcement agency arrested several of the same men in a targeted raid.

Little has proved as viral as his portrayal of Somalis in Minnesota. Mr. Shirley traveled to the state in July to cover what he called "the rise of Islam" with on-the-street interviews of Somali Americans. He returned soon after Mr. Trump, during a televised cabinet meeting early this month, called members of the diaspora "garbage" who had "ripped off" taxpayers.

Mr. Shirley's latest video appears to have been filmed on Dec. 17 in and around Minneapolis, where he knocks on the doors of numerous child care and autism centers. In some cases, there is no answer. When someone does open up, Mr. Shirley demands to see whether there are children inside but is never shown any.

At each stop, Mr. Shirley, citing state billing records, announces that the operation is fraudulent because he does not see any children. All told, he claims to have personally uncovered $110 million in fraud.

Prosecutors have exposed financial abuses in Minnesota's social safety net programs for years. They brought charges in 2022 and have since said they believe more than $9 billion was stolen across several of the programs. To date, 98 people have been charged, nearly all of them Somali Americans.

According to the state's Department of Children, Youth and Families, one of the locations Mr. Shirley visited, Mako Childcare Center, has been out of business for three years. Another location, Quality Learning Center, got particular attention

because Mr. Shirley noticed that a sign over its door misspelled "Learning" as "Learing." State regulators have documented several lapses at the business for years, including failure to keep hazardous items away from children and inadequate record keeping. None were related to fraud.

"We don't know if children were or were not present at the time the video was taken," the Department of Children, Youth and Families said in a statement regarding the video. "When our licensers have conducted visits to the buildings," it added, "there have been children present."

At a news conference this week, the head of the department said regulators had conducted unannounced visits at all of the sites in the video this year and found no evidence of fraud. The businesses have not been mentioned in any of the recent criminal cases.



State regulators have documented issues at Quality Learning Center in Minneapolis over the years, but none appear related to fraud.  Jenn Ackerman for The New York Times

Mr. Shirley first posted a clip from a child care center on X on Dec. 23 and published the full video on Friday. It has racked up more than 128 million views, according to the platform's statistics.

On Monday, Ms. Noem posted that Homeland Security Investigations agents were "on the ground in Minneapolis right now conducting a massive investigation on childcare and other rampant fraud." Mr. Patel chimed in, announcing an F.B.I. surge in the state. "We will continue to follow the money and protect children," he wrote on X.

In a statement, Abigail Jackson, a White House spokeswoman, said that "the country should be deeply appreciative to Shirley for shining a light on this issue — the legacy media should take notes." (Among the news organizations that have covered the issue extensively are The Minnesota Star Tribune, The Minnesota Reformer, Sahan Journal, Minnesota Public Radio and local television stations.)

Mr. Trump had largely ignored the issue until last month, after City Journal, a publication affiliated with the Manhattan Institute, a conservative research group, made the jarring and unsubstantiated claim that money from the fraud schemes was a major funding source for Al Shabab, a terrorist group.

Renee DiResta, a social media researcher at Georgetown University, said Mr. Shirley's story appeared to have all the elements embraced by the administration and sympathetic influencers: fraud, immigration, Islam and race, all wrapped up in a blue state run by the latest Democratic nominee for vice president, Gov. Tim Walz, who is running for re-election.

"They have the political goal of cultivating the energy from these things," she said. "They seed the allegations; all it takes is for someone to go and try to find evidence to support it."

Mr. Shirley has enjoyed a huge boost as a result of the attention, adding about 170,000 YouTube subscribers in the past week and pushing his total above 1.25 million, according to Social Blade, a tracking site. After Andrew Tate, a manosphere

influencer, asked on social media how he could donate money, Mr. Shirley posted addresses for two crypto wallets. Mr. Shirley has in recent days posted multiple times calling for Mr. Walz to be prosecuted.

On Monday night, another Trump-supporting creator, Anthony Rubin, posted a video showing himself knocking on the door of a child care center in Columbus, Ohio, that he said was "associated with the Somali community." Nobody answered.

"We're just getting started," he said.

**Ken Bensinger** covers media and politics for The Times.

**Ernesto Londoño** is a Times reporter based in Minnesota, covering news in the Midwest and drug use and counternarcotics policy.

A version of this article appears in print on , Section A, Page 1 of the New York edition with the headline: Conservative Social Influencers Give Trump's Team an Amplifier

# EXHIBIT 8-B

 24/7 Live                                                                    67°

FRAUD

# HHS freezing child care payments to all states until they prove funds 'being spent legitimately'

By ABC NEWS 

Wednesday, December 31, 2025



An HHS official says the agency has "frozen all child care payments" to Minnesota after allegations of fraudulent day care centers there.

---

WASHINGTON -- An official with the Department of Health and Human Services said Wednesday the Trump administration is freezing federal child care funding to all states, not just Minnesota.

The official said the funds will be released "only when states prove they are being spent legitimately."

HHS spokesperson Andrew Nixon told ABC News that recipients of funding who are "not suspected of fraudulent activity" are required to send HHS their "administrative data" for review.

Nixon said that recipients of federal funding in Minnesota and those "suspected of fraudulent activity" have to provide HHS additional records that include "attendance records, licensing, inspection and monitoring reports, complaints and investigations."

"It's the onus of the state to make sure that these funds, these federal dollars, taxpayer dollars, are being used for legitimate purposes," Nixon told ABC news.

An official with the Department of Health and Human Services said Tuesday the agency has "frozen all child care payments" to the state of Minnesota after allegations of fraudulent day care centers there.

HHS said Tuesday it was tightening requirements for payments from the Administration for Children and Families to all states, requiring a justification and a receipt or photo evidence, Deputy HHS Secretary Jim O'Neill said in a post on social media Tuesday.

The move comes after an unverified online video from conservative influencer Nick Shirley alleging fraud in child care in Somali communities in Minneapolis. Minnesota officials had disputed the allegations.

In the post, O'Neill wrote the agency was taking steps to address "blatant fraud that appears to be rampant in Minnesota and across the country" and said HHS was demanding Democratic Minnesota Gov. Tim Walz conduct a "comprehensive audit" of day care centers identified in the viral video.

In a post on social media, Walz responded to the move by HHS, writing: "This is Trump's long game. We've spent years cracking down on fraudsters. It's a serious issue - but this has been his plan all along. He's politicizing the issue to defund programs that help Minnesotans."

Earlier this week, Minnesota officials had also pushed back on the claims made in the video that went viral last week.

Conservative influencer Nick Shirley posted a 40-minute-long video alleging fraud in childcare in Somali communities in Minneapolis. In the video, Shirley allegedly visited daycares that he said have taken public funds, but there were no children when he visited.

ABC News has not independently verified any of his claims. Unrelated allegations of fraud have been under investigation by state officials dating back to the time of the Biden administration.

According to Minneapolis-St. Paul ABC News affiliate KSTP, Tikki Brown, the commissioner of the state Department of Children, Youth and Families, raised concerns about the video, including whether videos were taken during times when the businesses were scheduled to be open.

"While we have questions about some of the methods that were used in the video, we do take the concerns that the video raises about fraud very seriously," Brown said on Monday.



Read More

00:00                                                                          02:00

"Each of the facilities mentioned in the video has been visited at least once in the last six months as part of our typical licensing process, and in fact, our staff are out in the community today to visit each of these sites again so that we can look into the concerns that were raised in the video," she added.

Brown noted that children were present during the unannounced visits by the state at all the visits.

The Minnesota Department of Children, Youth and Families did not immediately respond to ABC News' request for comment on the video or the allegations of fraud.

After the video Shirley posted to social media went viral, Homeland Security Secretary Kristi Noem said in an X post that her department was conducting a "massive investigation on childcare and other rampant fraud." Similarly, FBI Director Kash Patel said the agency had already surged resources into Minnesota and that he believed alleged fraud already uncovered on federal food aid during COVID was "just the tip of a very large iceberg."

"To date, the FBI dismantled a $250 million fraud scheme that stole federal food aid meant for vulnerable children during COVID," FBI Director Kash Patel said in a Sunday

evening X post. "The investigation exposed sham vendors, shell companies, and large-scale money laundering tied to the Feeding Our Future network."

AD



The COVID fraud scheme was uncovered during the Biden administration, but charges have been brought as late as this year.

At a cabinet meeting earlier this month, President Donald Trump criticized the U.S. Somali community, citing allegations of fraud in Minnesota.

One of the most senior career prosecutors at the U.S. Attorney's Office in Minnesota commented on massive amounts of alleged fraud in the state at a press conference earlier this month.

"The magnitude of fraud in Minnesota cannot be overstated. It's staggering amounts of money that's been lost," prosecutor Joe Thompson said on Dec. 18.

Report a correction or typo

Copyright © 2026 ABC News Internet Ventures.

**Related Topics**

POLITICS     FRAUD     U.S. & WORLD     EDUCATION     DAY CARE     CHILD CARE

ABC NEWS     NATIONAL

# EXHIBIT 8-C



DONATE

SOCIAL SERVICES

# Trump Admin. to Freeze $10B in Social Programs to New York and Other Dem States

*The administration is targeting the Temporary Assistance for Needy Families program, the Child Care and Development Fund and the Social Services Block Grant program.*

BY **ADORA BROWN, NOTUS** AND **RAYMOND FERNÁNDEZ, NOTUS**    |
JAN. 6, 2026, 1:52 P.M.

REPUBLISH



Toddlers attend the Little Scholars daycare in Chelsea, Dec. 11, 2025. Credit: Ben Fractenberg/THE CITY

The Trump administration is poised to freeze approximately $10 billion in funding for several programs supporting child care, social services grants and cash assistance in several Democratic-led states.

Minnesota, California, Colorado, New York and Illinois would lose access to billions in funding through the Temporary Assistance for Needy Families program, the Child Care and Development Fund, and the Social Services Block Grant program, a spokesperson for the White House Office of Management and Budget confirmed to NOTUS. Outlets including The New York Times and the New York Post were first to report the news.

The Department of Health and Human Services did not answer questions from NOTUS about how the cuts would affect families.

"For too long, Democrat-led states and Governors have been complicit in allowing massive amounts of fraud to occur under their watch," Emily Hilliard, a spokesperson for HHS, said in a statement on Tuesday. "Under the Trump Administration, we are ensuring that federal taxpayer dollars are being used for legitimate purposes. We will ensure these states are following the law and protecting hard-earned taxpayer money."

A fraud scandal involving social service spending in Minnesota has turned into a political firestorm, and the state's governor, Tim Walz, announced he would not seek reelection on Monday. The Trump administration initially announced it would freeze federal funding for child care services to the state as the president latched onto the controversy.

But now his administration appears to be broadening the scope of the freeze and using the same justification — though HHS did not provide NOTUS with evidence of fraud in the other states.

Democratic officials from the targeted states criticized the move, which they said would leave many of their constituents in uncertainty.

"These resources support families in need and help them access food and much more. If true, it would be awful to see the federal government targeting the most needy families and children this way," Shelby Wieman, a spokesperson for Colorado Gov. Jared Polis, told NOTUS.

His office added that as of Tuesday, the state had not received notice of the funding freeze and only knew about it through news reports.

Some lawmakers were also concerned and called on the administration to reverse course.

"It's our job to serve the people most in need and most at risk — no matter what state they live in or what political party their family or elected representatives belong to," said Sen. Kirsten Gillibrand in a statement Tuesday. "To use the power of the government to harm the neediest Americans is immoral and indefensible. This has nothing to do with fraud and everything to do with political retribution that punishes poor children in need of assistance."

*This story was produced as part of a partnership between **NOTUS** and THE CITY.*

© 2026 THE CITY REPORT, INC. ALL RIGHTS RESERVED

POWERED BY NEWSPACK

# EXHIBIT 8-D



Donate     Free Newsletters

About Our Nonprofit Newsroom

**WELFARE SCANDAL**

# Welfare director texted wrestler who was his high-paid aide about 'money bags,' testimony shows

 by **Anna Wolfe**
January 13, 2026



Former Mississippi Department of Human Services director John Davis heads to the Thad Cochran United States Courthouse, Tuesday, Jan. 13, 2026, in Jackson. Credit: Vickie D. King/Mississippi Today



  ▶  Welfare director texted wrestler who was his high-p        0:00 / 7:17     1x     📊 Everlit

The audio version of this story is AI generated and is not human reviewed. It may contain errors or inaccuracies.

Mississippi's former welfare director and his former professional wrestler buddy sometimes discussed how their ideas – funded with millions of federal public safety-net funds – might help the lives of others.

But they mostly talked about their own prosperity, exhibits read in federal court Monday demonstrated.

"Man you get me excited with all those money bags," former Mississippi Human Services Department Director John Davis once texted former WWE star Ted "Teddy" DiBiase Jr.

DiBiase is standing trial for his alleged role in a broader welfare fraud scandal that auditors found resulted in the loss of roughly $100 million in federal funds meant to assist the needy from 2016 to 2020. And Davis, who pleaded guilty in 2022 and is cooperating with the prosecution as he awaits sentencing, finished his second day testifying against the wrestler Monday.



Ted DiBiase Jr. and his wife Kristen Tynes, enter the Thad Cochran United States Courthouse, Friday, Jan. 9, 2026, in Jackson. Credit: Vickie D. King/Mississippi Today

The trial deals specifically with the charges against DiBiase – 13 counts ranging from conspiracy, wire fraud, theft and money laundering. The trial could last weeks. But five days in, testimony and exhibits have at times touched on the broader network of people at play.

"I have seen first hand with my own eyes what a letter with the state seal & endorsement from the Governor himself can do," DiBiase texted Davis, according to a government exhibit displayed in court. "What's crazy is when you put that letter in a quazi (sic) educated quazi (sic) celebrity's hands who genuinely and sincerely wants to change the world. The doors of the decision makers and gold brick shares fly open off the hinges. Like a Baptist church when their 60min Jesus fix is up and they got football and chicken waiting at home."

Several inquiries begged to be explored, such as when the prosecutor asked Davis to identify the eight different agency employees or attorney general's office lawyers who reviewed and authorized one of the agreements used as a vehicle to pay DiBiase.

Or when Davis explained that a federal director from the U.S. Department of Health and Human Services



Davis is set to return to the witness stand for cross-examination by the defense Tuesday.

**MORE TRIAL COVERAGE:**

**DAY 4: Feds ask disgraced former welfare director 'million-dollar question': Why? Loneliness and love**

**DAY 3: Wrestler's multimillion dollar 'self-help curriculum' helped crack open a wider welfare scandal**

**DAY 2: Opening statements in welfare scandal trial paint former director as villain who doled out millions over infatuation**

**DAY 1: 83 witnesses could enter the ring in Mississippi welfare scandal trial**

**TRIAL PREVIEW: Ex-WWE wrestler faces feds in first – and potentially only – criminal trial in Mississippi welfare scandal**

The first day of Davis testimony lingered on the bizarre and sentimental relationship between the two men, who bonded quickly and intensely over their shared religiosity and elaborate plans for their futures.

The second day, the prosecution kept pummeling the jury with text messages that suggested Davis and DiBiase aimed to use their access to the nation's welfare delivery system to generate lifelong security for themselves and their families.

While DiBiase was receiving large payments totaling more than $3 million from the state's welfare and food assistance programs, the two men were discussing buying property and starting a compound together in order to "enjoy life the way it's meant to be," one text read.

Some seemed like passive fantasies, while others were more specific: Should Davis buy the orange Kubota or the green John Deere tractor? Had DiBiase seen this property for sale on Magnolia Drive? Davis said he'd give up the main house for a cottage in the lower 40.

Meanwhile, in one of the most poverty-stricken states in the nation, Davis' department was denying up to 98% of people applying for cash assistance from the same pot of funds they were using. Out of the roughly $86.5 million Mississippi receives annually from the federal Temporary Assistance for Needy Families program, it doles out about $4 million to families in need.



Donate        Free Newsletters

Davis had worked for the department, starting out as a county-level eligibility worker assisting welfare applicants, for over two decades by the time DiBiase came along. When they met, Davis was also working as an adjunct professor and DiBiase was vice president of business development for a Christian insurance company called One Life America.

Both of their roles dealt with leadership development, Davis said. They texted about their desire to go into business together, combine the training concepts they'd devised and shop the product to businesses and other states as consultants. They pumped each other up.

"Your vision is so crystal clear and synergistic with mine that it's got to be illegal," DiBiase texted Davis.



"Fear is INEVITABLE," reads screenshot from a power point former Mississippi Department of Human Services Director John Davis and wrestler Ted DiBiase Jr. used during their leadership training program called Law of 16.

When asked what DiBiase was doing alongside Davis on a day- to-day basis, Davis described him as "being a shadow and a person who could take notes and keep things straight."

"Taking meetings, going to things with the governor, the Governor's Mansion, governor's office," Davis said. "… Anything I went to, he went to."

While he was paid sporadically, DiBiase received an average of about $30,000 per week.

Some employees at MDHS were earning annual salaries of $18,000, Davis testified Monday, about $350 a week.

Davis said his boss, then-Gov. Phil Bryant, had been receiving complaints about those workers delivering poor customer service, and that's why Davis hired DiBiase to deliver talks to encourage them.

Bryant, a Republican, was in his second and final term when he nominated Davis to lead MDHS in January 2016, and Davis was later confirmed by the state Senate. Davis resigned in July 2019.



**Anna Wolfe**  🐦

Jackson Editor

Anna Wolfe is Mississippi Today's Jackson Editor, leading coverage of the capital city and reporting on poverty, equity and economic justice. A Pulitzer Prize–winning investigative reporter, her work includes "The Backchannel" series on Mississippi's welfare scandal and stories on modern-day debtor's prisons; in 2025, her reporting contributed to the release of four women imprisoned for pregnancy-related offenses. Named to TIME100 Next (2024), Wolfe joined Mississippi Today in 2018 after serving as a watchdog reporter at the Clarion Ledger.

**More about Anna →**

Republish our articles for free, online or in print, under a Creative Commons license.

**Republish This Story**

© 2026 Deep South Today

Terms of Service   Privacy Policy

# EXHIBIT 8-E

**President Trump Gaggles with Press on Air Force One, Jan. 4, 2026**

https://www.youtube.com/watch?v=9XVjd3R2T3g&t=1157s

[21:10] But what they are doing is stealing money from the American taxpayers, and every one of them should be forced to leave this country, including Ilhan Omar, who's a total crook. And she's one of the leaders of it. Not the only, because she's not that smart. But think of it, $19 billion at least, they've stolen from Minnesota, and from the United States. It's actually more from the United States, because Minnesota puts in, and we're not going to pay it anymore. We're going to have Walz go pay. We're not going to pay them, and we're not going to pay California, and we're not going to pay Illinois, with the big slob of a governor that they have.