# EXHIBIT 10

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF ILLINOIS; and STATE OF MINNESOTA, <br><br> Plaintiffs, <br> v. <br><br> ADMINISTRATION FOR CHILDREN AND FAMILIES; ALEX J. ADAMS, in his official capacity as the ASSISTANT SECRETARY OF THE ADMINISTRATION FOR CHILDREN AND FAMILIES; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; and ROBERT F. KENNEDY, JR., in his official capacity as the SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> Defendants. | Case No. 26-cv-00172 <br><br> **FIRST AMENDED DECLARATION OF MARY ALICE COHEN** |

## FIRST AMENDED DECLARATION OF MARY ALICE COHEN, CHIEF PROGRAM OFFICER AND CHILD CARE DEVELOPMENT FUND ADMINISTRATOR

## COLORADO DEPARTMENT OF EARLY CHILDHOOD

I, Mary Alice Cohen, pursuant to 28 U.S.C. § 1746 declare as follows:

1. I am a resident of the State of Colorado. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I am currently the Chief Program Officer and Child Care Development Fund Administrator at the Colorado Department of Early Childhood (CDEC). As Chief Program Officer and Child Care Development Fund Administrator, I oversee all Department programs including the Colorado Child Care Assistance Program. I began working for the Office of Early Childhood in 2015 and as the Office Director in 2020. When this Office transitioned to the Colorado Department of Early Childhood in July of 2022, I continued to oversee Colorado's early childhood programming for the new Department. The Department's vision is to streamline access to programs for families and providers, ensuring that every child in Colorado has a healthy and thriving start. The Department acts as a lead agency for early childhood policy and administration in Colorado to include Child Care Development Fund, Universal Preschool Management, licensing and regulatory oversight, early intervention and support, workforce development, and system integrations.

3. More recently, in state government, I have driven systemic change by designing the first Family Voice Council, launching the 2GO Two-Generation pilot programs, and managing $700 million in stimulus funds to stabilize the early childhood

sector. My leadership includes serving as a 2023 Aspen Fellow and national advocate for two-generation work, founding an award-winning children's museum in Washington, and directing operations at the Mountain Resource Center, where I scaled the Parents as Teachers program and the 2Gen Center for Family Opportunity. I hold a B.A. from UC Santa Barbara and an M.Ed. from the University of San Francisco.

4. I submit this declaration in connection with Plaintiff States' Motion for a Preliminary Injunction (PI) pertaining to the January 6, 2026 directive letter from the United States Department of Health and Human Services (HHS) Administration for Children and Families (ACF) restricting the State of Colorado's access to Child Care Development Fund (CCDF) funds. The Court issued a temporary restraining order (TRO) on January 9, 2026, requiring ACF to remove any restrictions, outside of those permitted by statute, on CDEC's ability to draw down funds under CCDF. I have personal knowledge of the matters set forth below, or with respect to matters for which I do not have personal knowledge, I have reviewed information gathered from CDEC records by others within the organization.

5. CDEC's mission is to ensure the delivery of a comprehensive, community-informed, data-driven, high quality and equitable early childhood system that supports the care, education and well-being of all Colorado's young children, their families and early childhood professionals in all settings.

6. CDEC is responsible for licensing and oversight of all fewer-than 24-hour child care facilities for the State of Colorado, which includes over 4,600 child care facilities across the state.

7. CDEC is the sole state agency for administering the state plan for the Colorado Child Care Assistance Program (CCCAP). CDEC administers the program by

2

distributing funds to the Colorado county departments of human services. The counties then verify a family's eligibility and the eligible and participating child care providers for CCCAP-eligible children enrolled in their facilities are paid the appropriate amount. All counties are required to enter into an agreement with CDEC to receive CCCAP funds. Providers are paid weekly, once the attendance of CCCAP-eligible children is dually verified by the provider and the family in CDEC's Attendance Tracking System.

8. CDEC contracts with vendors to ensure quality and workforce initiatives throughout the State. This includes an average monthly spend of $1.2 million that supports the early childhood workforce through coaching, professional development, and technical assistance; helps connect families to a portfolio of early childhood services and programs; and provides support for caregivers of young children. These quality initiatives reach across the entire spectrum of children and families by supporting large centers, small centers, family child care homes, and family, friend, and neighbor providers.

9. The Child Care and Development Fund (CCDF) is a federal funding stream that helps states ensure families can access safe, reliable child care while parents engage in eligible activities such as, work, attend school, or participate in job training.

10. CDEC receives approximately $138 million annually in CCDF funding, representing approximately 22% of CDEC's total funding. This support plays a crucial role in enabling Colorado parents and caregivers to work, pursue education, or participate in job training while their children are cared for in safe, nurturing learning environments.

11. CCDF supports:

    a. The Colorado Child Care Assistance Program (CCCAP), which helps eligible families afford child care;

    b. Child care quality investments, including coaching, professional development, and learning materials;

    c. Infant and toddler quality supports; and

    d. Program administration and oversight, including licensing and monitoring of all less than 24-hour child care facilities.

12. CCDF is crucial to supporting working families, and promoting children's health, safety, and development by maintaining child care providers' operations.

13. In FY 2024-25:

    a. CCCAP helped 27,598 children from 18,348 families access child care so parents can continue to contribute to the local economy by pursuing education, work, or participating in training programs. These services are delivered through a statewide network of 2,503 providers.

    b. 421 providers participated in CCDF-funded quality improvement initiatives.

    c. CCDF funded 928 quality improvement grants distributed through Early Childhood Councils.

    d. CCDF funded 1,695 hours of infant–toddler quality coaching to an estimated 496 early childhood professionals.

14. CCDF funding for Quality Incentives (QI) is focused on coaching, professional development, and educational materials, averaging $3,500 per provider.

15. CCDF funds also funded minor improvement grants for providers that averaged $7,000 for physical space improvements (e.g., opening a new toddler classroom).

16. Should the Administration for Children and Families (ACF) not reimburse Colorado for any remaining CCDF expenses this year, the potential shortfall could be approximately $91 million over the remainder of this fiscal year, and would impact programs as soon as January 31, 2026.

17. Due to the restricted drawdown of CCDF, CDEC has a limited buffer, not to exceed a few weeks. CDEC expects the following impacts:

   a. CCCAP is one of the most critical local economic support programs. CCCAP families and providers will be devastated in the absence of these funds as CCCAP is the only thing that allows many working families to continue in the workforce, and many providers will likely have to close their doors and let staff go. CCCAP families will likely no longer be able to afford child care and exit the workforce in order to care for children in their homes;

   b. County departments of human services, monitored by CDEC, are responsible for verifying a family's eligibility for CCCAP. The lack of CCDF CCCAP funding will likely cause county departments to reduce staff and no longer conduct their critical services;

   c. Licensing specialists and contractors that conduct statewide licensing inspections of all 4,500+ licensed child care facilities will likely lose their contracts and funding, and be placed in an unsustainable financial position, likely resulting in closures and layoffs. CDEC will no longer

5

be able to adequately supervise the 4,500+ licensed child care providers in Colorado without licensing specialists, reducing CDEC's ability to enforce regulatory standards for all licensing facilities and increasing risks to the health, safety, and welfare of children in care;

d. Early Childhood Councils, Early Childhood Mental Health Consultants, Child Care Resource and Referrals specialists, ratings contractors, and other workforce and quality contractors will likely have similar devastating effects with the lack of funding. The inability of these professionals to complete their work reduces quality within CCDF-funded programs and will decrease access for families to critical early childhood programs and services; and

e. Funding for critical CDEC staff positions will likely result in furloughs and other mandatory reductions due to the lack of CCDF funding.

18. CDEC makes drawdowns for CCDF funds on the below basis and estimates the following fiscal impacts if ACF does not reimburse Colorado:

a. CCCAP – Without federal funding, $27.5 million remains to fund CCCAP. The Colorado general fund appropriates $25 million, and counties contribute 10.9%, totaling $27.5 million. Without any additional funding, CDEC estimates that this will cover the expenses for December and January. By January 31, 2026, CDEC will have exhausted all CCCAP funds.

b. Other CCDF Funded Programs will be fully expended by February 15, 2026. The average monthly expenditure for these services is $3.4 million per month, impacting 120 CDEC staff positions.

6

    c. CDEC generally submits the following requests for drawdowns for CCDF funds to support CDEC staff positions, quality initiatives, and CCCAP funding.

        i. CCDF funds for CCCAP are typically requested once per month based on processing child attendance records.

        ii. CCDF funds for CDEC staff positions and quality initiatives are generally requested two times per week based on payroll schedules and vendor invoice submissions.

    d. Prior to the January 6, 2026 letter, it was common practice for CDEC to receive CCDF funds for all purposes within two days of submitting the drawdown request.

    e. CDEC submitted drawdown requests from three CCDF grants on January 7, 2026, totaling $184,573.45, for CCDF quality improvement funds that support CDEC staff salaries. CDEC provided the required documentation on January 7 and 8, 2026 and was not provided the funds until after the issuance of the January 9, 2026 TRO. CDEC had previously not been required to submit additional documents to support CCDF drawdowns, it only provided a justification statement with its drawdown requests. CDEC received the CCDF funds as of January 12, 2026.

    f. CDEC also submitted a drawdown request on January 13, 2026 for $589,333.24, and that request has not been fulfilled as of the time of this Declaration.

19. At a minimum, the restrictions create operational and budgetary uncertainty, making administration and basic planning for the future nearly impossible.

20. Prior to receipt of the January 6, 2026 letter from ACF, CDEC was not made aware of any ACF investigations into its management of CCDF funds or its fraud prevention systems.

21. Previous routine, periodic reviews conducted by ACF's Office of Child Care, ACF did not inform CDEC of any issues with its fraud prevention systems; CDEC was in compliance with all federal regulations regarding fraud prevention. In fact, Colorado has fraud and child attendance tracking systems that go above and beyond what is legally required by CCDF regulations.

22. As previously stated, CDEC currently exceeds federal regulation requirements for fraud prevention for child care assistance payments and has the following controls and protections in place for CCCAP:

    a. Annual, unannounced inspections of all licensed child care programs;

    b. Investigation of all complaints, including fraud allegations, typically within seven or fewer business-days;

    c. Authority to impose adverse actions, including demotion of a permanent license to probationary and suspension and revocation of a license;

    d. Daily child attendance tracking through the Attendance Tracking System that is verified by both providers and families;

    e. Required paper or electronic sign-in/sign-out records retained for multiple years;

    f. County-level fraud prevention plans approved and monitored by CDEC;

  g. Monthly provider and case reviews by counties, with CDEC oversight;

  h. Intentional Program Violation (IPV) process for families found to have fraudulently received CCCAP, including disqualification from the program when fraud is confirmed through an adjudication process;

  i. Recovery of funds when improper payments are identified;

  j. Eligibility verification for income, activity, residency, and child information; and

  k. State-level random audits of family and provider files maintained by the counties.

23. CDEC does not distribute CCDF quality funds directly to providers before ensuring that the recipients have an active license and have signed agreements outlining the quality improvement fund expectations.

24. Since ACF's January 6, 2026 letter was issued, CDEC has been contacted by providers and families; providers are concerned that they may have to close their facilities if CCCAP funding is no longer available, and families are inquiring whether they will receive CCCAP benefits after January 2026. Additionally, counties and CDEC staff members have notified staff members of potential furloughs. CDEC continues to receive inquiries from concerned families, providers, and county departments even after the issuance of the January 9, 2026 TRO.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

  Executed on January 13, 2026, in Denver, Colorado.

9

        _/s/ *Mary Alice Cohen*_____

Mary Alice Cohen

Chief Program Officer and CCDF Administrator

Colorado Department of Early Childhood