# EXHIBIT 17

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF ILLINOIS; and STATE OF MINNESOTA,<br><br>Plaintiffs,<br>v.<br><br>ADMINISTRATION FOR CHILDREN AND FAMILIES; ALEX J. ADAMS, in his official capacity as the ASSISTANT SECRETARY OF THE ADMINISTRATION FOR CHILDREN AND FAMILIES; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; and ROBERT F. KENNEDY, JR., in his official capacity as the SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendants. | Case No. 26-cv-00172 |

## DECLARATION OF MOLLY PARK

1. I am a resident of the State of New York. I am over the age of 18. If called as a witness, I could and would testify competently to the matters set forth below.

### Professional and Agency Background

2. The New York City Department of Social Services (NYC DSS) is comprised of the Human Resources Administration (HRA), which administers essential benefits such as food assistance and cash assistance, emergency rental arrears or utility assistance, services for survivors of domestic violence, and adult protective services, as well as the Department of Homeless Services (DHS), which provides emergency shelter and outreach services to unhoused individuals

1

and families in New York City. The New York City Department of Social Services is responsible for providing these services within the City of New York (the City), which includes Bronx County, New York County, Kings County, Queens County, and Richmond County.

3. I am the Commissioner of NYC DSS. As the Commissioner, I am responsible for overseeing and implementing programs that are funded by Temporary Assistance for Needy Families (TANF) and the Social Services Block Grant (SSBG) (together, the ACF Funds). I make this declaration in my capacity as Commissioner in consultation with my staff. I am familiar with the matters set forth herein, based on my personal knowledge and observations, conversations with NYC DSS staff, and review of documents provided to me.

4. In 2023, I was appointed Commissioner of NYC DSS. Prior to my appointment as Commissioner, I was First Deputy Commissioner for DHS from 2019 to 2023. Before joining DHS, I was the Deputy Commissioner for Development at the Department of Housing Preservation and Development (HPD) from 2016 to 2019. Before that role, I served as the Chief Operating Officer of Settlement Housing Fund. From 2010 to 2014, I also served as HPD's Deputy Commissioner of Budget, Fiscal, and Performance Management. I am a graduate of Amherst College and hold a Master's in Public Policy from the University of California-Berkeley Goldman School of Public Policy.

**ACF Funds**

5. The ACF Funds help the City and NYC DSS provide food, shelter, childcare and other critical services to hundreds of thousands of vulnerable New Yorkers—including children, the elderly, domestic violence survivors, and lower-income families. ACF Funds are administered

to eligible households for critical services through either direct assistance to the household or through in-kind provision of services. ACF Funds are utilized to provide:

- direct assistance to families on a monthly basis to cover their basic needs,
- emergency cash assistance to address a crisis such as rental arrears or utility arrears,
- temporary emergency shelter for homeless families,
- emergency shelter for domestic violence survivors,
- non-residential services for domestic violence survivors such as counseling, including crisis intervention counseling, advocacy, information, referrals, and legal services,
- assessment and case management services for vulnerable adults who cannot manage their own affairs,
- education and training services to help eligible families obtain higher quality jobs,
- legal representation to those facing eviction in housing court, and
- homelessness prevention services and aftercare for families facing housing instability.

6. ACF Funds are a critical component of the social safety net in the City. They ensure families have a place to sleep, they ensure that families facing a loss of income can buy basic toiletries and clothes for their kids, and they facilitate access to safe housing and counseling services to families fleeing domestic violence to aid in their ability to rebuild their lives. New York City families rely on ACF funds; they cannot wait for services when they are in crisis.

## TANF

      7. TANF is a block grant program that provides over $16.5 billion nationwide annually in federal funding to States, territories, and tribal governments, who in turn provide cash assistance and non-cash benefits to low-income families with children. It is one of the largest sources of cash assistance to low-income American families. TANF was created through the Personal Responsibility and Work Opportunity Reconciliation Act of 1996 (Public Law 104-193). TANF offers significant flexibility to states to design their own programs to assist low-income families. Pursuant to federal regulations, each state submits a plan to the Administration for Children and Families (ACF), a division of the U.S. Department of Health and Human Services. New York State's plan outlines the goals of New York's program, eligibility requirements, and the structure of benefits, among other things. This plan is published on the website of the State of New York's Office of Temporary and Disability Assistance (OTDA).

      8. TANF funds first go to the State of New York, which then distributes them to local social services districts by appropriating them through the legislative state budget process. For TANF direct assistance funds, they are administered pursuant to OTDA's plan, and each social services district can claim eligible TANF expenses with OTDA for reimbursement. The TANF Flexible Funds for Family Services (TANF-FFFS) allocation is distributed pursuant to plans approved by either OTDA or the State of New York's Office of Child and Family Services (OCFS) and the New York State budget director. The funds are proportionally allocated based on population and other factors. Eligible expenses for TANF-FFFS are claimed against each social service district's allocation.

9. TANF funds are allocated to States according to a mandatory formula based on the share each State had of TANF funding in 2002. NYC DSS currently anticipates approximately $1.79 billion annually in TANF funds.

**SSBG**

10. The SSBG program provides $1.7 billion nationwide annually in federal funding to States, providing them with "flexibility" and funding to support social services in one of five categories: (1) "achieving or maintaining economic self-support"; (2) "achieving or maintaining self-sufficiency"; (3) addressing neglect, abuse, or exploitation of children and vulnerable adults; (4) preventing institutional care and supporting community-based care; and (5) where institutional care is needed, supporting application and admission and providing services to institutionalized individuals. 42 U.S.C. § 1397.

11. Congress has provided that SSBG funds must be allocated based on each State's percentage of the national population, based on census data. 42 U.S.C. § 1397b(b). NYC DSS receives approximately $48 million in SSBG funds annually.

12. As with TANF, SSBG funds first go to the State of New York, which then distributes them to local social services districts by appropriating them through the legislative state budget process. The SSBG allocation is distributed pursuant to a plan approved by OCFS and the New York State budget director, and is proportionally allocated based on population and other factors. Eligible expenses for SSBG are claimed against each social service district's allocation.

13. SSBG funds support several social service programs, all of which are administered locally by counties. These programs include: adult protective services, which provides assessment and case management services for vulnerable adults being exploited or unable to manage their

5

affairs, emergency shelter for domestic violence survivors who are not eligible for cash assistance, non-residential services for domestic violence survivors, including therapeutic services, as well as training of NYC DSS staff that serve vulnerable adults and domestic violence survivors.

## Harms Associated with Funding Freeze

14. NYC DSS will face imminent harm if federal dollars are not available to reimburse TANF and SSBG eligible expenses. In the event of a funding freeze, City households that rely on critical support, whether through cash assistance or in-kind programs, will face immediate uncertainty and confusion. The households that receive TANF and SSBG funded services are some of the neediest in the City and rely on these services.

15. All of the aforementioned services are funded through a blend of local, state, and federal dollars. NYC DSS contracts for or provides the benefits and services using City dollars and then seeks federal reimbursement from OTDA or OCFS as appropriate. NYC DSS submits monthly claims to its state counterparts and receives a monthly influx of federal dollars to reimburse NYC DSS for its expenses.

16. In FY25, approximately 300,000 City residents (in about 110,000 households), including 180,000 children, received TANF funded cash assistance. TANF funds 85% of NYC DSS' total costs of providing cash assistance to eligible families.

17. NYC DHS provided emergency shelter services to approximately 39,000 individuals (in about 15,000 households) funded in whole or in part by TANF in FY25. TANF funds 46% of NYC DHS's cost of providing shelter to families.

18. In FY 25, approximately 5,200 residents of the City—received SSBG-funded Adult Protective Services through NYC DSS. Federal funds from the SSBG block grant accounted for

41% of NYC DSS' total cost of Adult Protective Services in FY25 and the agency expects federal funds to comprise a similar portion of its budget in FY26.

19. Domestic violence services receive both TANF and SSBG funding. In each month of FY25, approximately 3,400 residents of the City—including approximately 2,100 City children—were residing in TANF and SSBG-funded Domestic Violence Emergency Shelter Services through NYC DSS. In each month of FY25, approximately 1400 City residents were receiving domestic violence non-residential services. In FY25, TANF and SSBG funds provided 48% of the funding for domestic violence services, and the agency expects federal funds to comprise a similar portion of its budget in FY26.

20. NYC DSS also contracts directly with not-for-profit partners to provide many TANF and SSBG funded services on behalf of the City, including emergency shelter services for families who are homeless or fleeing domestic violence, non-residential domestic violence services, education and training services, legal representation for those facing eviction, and homelessness prevention services. The not-for-profit partners we contract with have expertise and experience in their respective fields and add significant value to our provision of services to those in need.

21. The impact of a federal funding freeze will be acutely felt by these not-for-profit partners, who outlay expenses before seeking reimbursement. These critical partners, lacking cash reserves, rely on timely and full payments to pay their workers and operate the programs. Freezing federal funding could delay or stop the City's ability to reimburse these providers, which threaten their ability to continue operations.

22. Additionally, the uncertainty around federal funding freezes of programs makes it harder for NYC DSS to contract for the services and for not-for-profits to finance projects that rely

on City contracts for these services. This leaves both NYC DSS and its not-for-profit partners in an untenable position, where they cannot reliably plan for the future to ensure the uninterrupted provision of consistent services to holistically address the needs of the City's most vulnerable families.

23. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 14, 2026, at New York, New York.

Molly Park