# EXHIBIT 18

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

STATE OF NEW YORK; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF ILLINOIS, and STATE OF MINNESOTA,

Plaintiffs,

v.

ADMINISTRATION FOR CHILDREN AND FAMILIES; ALEX J. ADAMS, in his official capacity as the ASSISTANT SECRETARY OF THE ADMINISTRATION FOR CHILDREN AND FAMILIES; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; and ROBERT F. KENNEDY, JR., in his official capacity as the SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,

Defendants.

Case No. 26-cv-172

## DECLARATION OF SIMONE C. HAWKINS

1.      I currently serve as Deputy Chancellor of the Division of Early Childhood Education ("DECE") at the Board of Education of the City School District of the City of New York, operating as New York City Public Schools ("NYCPS"). I have held this position since July 2024, when I rejoined NYCPS from the NYC Department of Health and Mental Hygiene, where, most recently, I served as Chief Equity Officer and Deputy Commissioner for the Center for Health Equity and Community Wellness from May 2024 – July 2024. At NYCPS, I previously held the title of Chief Executive of Early Childhood Operations from March 2022 through October 2022.

2.      I am a resident of the State of New York, and am over the age of 18. I am familiar with the information in the statements set forth below through personal knowledge, consultation

1

with NYCPS staff, or from my review of relevant documents and information. I submit this Declaration to put before the Court certain testimony and documents relevant to the relief requested in Plaintiffs' Motion for Preliminary Injunction. If called as a witness, I could and would testify competently to the matters set forth below.

**<u>Professional and Agency Background</u>**

3.      NYCPS is the nation's largest school system, with almost a million students attending over 1,600 schools.  NYCPS is charged with ensuring that our schools provide rigorous academic and real-world learning experiences so that students graduate with the knowledge, skills, and confidence to succeed in their careers and communities.

4.      In my role as Deputy Chancellor for Early Childhood Education, I oversee the DECE's early childhood system, which includes programs providing early care and education services to infants and toddlers, three-year-olds ("3-K"), and four-year-olds ("Pre-K").

**<u>NYCPS's Early Childhood Learning Programs</u>**

5.      Through DECE, NYCPS serves the children and families of New York City by providing high-quality early childhood education for children from six weeks to five years old.

<u>Background on 3-K and Pre-K Programs</u>

6.      NYCPS guarantees a Pre-K seat for every four-year-old living in the City. Additionally, 3-K programs are available in every school district, with every three-year-old City resident eligible to apply.

7.      NYCPS 3-K and Pre-K seats are located in a variety of setting types: 1) NYCPS-operated schools and Pre-K centers; 2) charter schools (Pre-K only); 3) NYC Early Education Centers ("NYCEECs"), which include private center-based daycares, community-based organizations, and private schools that offer early childhood education; and 4) Family Child Care

("FCC") programs (for 3-K only), which include Group Family Day Cares ("GFDCs") and Family Day Cares ("FDCs"), and offer early childhood education services in home-based settings.

8.    NYCPS administers its programs in NYCEECs by contracting directly with those providers. For FCCs, NYCPS contracts with Family Child Care Networks ("FCCNs"), which in turn affiliate with GFDC and FDC providers by entering into contracts for the provision of services. NYCPS also contracts directly with some GFDCs.

9.    All students who participate in full-day NYCPS 3-K or Pre-K are entitled to receive early childhood services for the duration of the school day, 6 hours and 20 minutes, for free during the school year. This is true for all students, regardless of their income status.

10.    However, to meet its commitment to families, and to support low-income families needing extended-hour options for 3-K and Pre-K services, NYCPS offers an additional program model: extended day and year ("EDY") programs enable eligible children to receive 8-10 hours of child care each day, year-round.

11.    EDY programs are possible in New York City because they are backed by funds made available through the Child Care and Development Block Grant Act ("CCDBG"); CCDBG funds pay for the hours and months of service that go beyond the core school day and year.

12.    Since all children served in 3-K and Pre-K EDY programs funded by CCDBG have been certified as low-income, we understand this population to have particular need for support.

13.    3-K EDY programs are offered in NYCEECs and FCCs. Based on data from December 2025, 1,971 children are enrolled in 3-K EDY seats in NYCEECs, and 1,692 children are enrolled in 3-K EDY seats in FCCs. This means that approximately 3,663 children are receiving 3-K EDY services in New York City because of CCDBG funding.

14.     Pre-K EDY programs are offered in NYCEECs. Based on data from December 2025, 2,091 children are receiving Pre-K EDY services in New York City because of CCDBG funding.

Background on Infant/Toddler Programs

15.     NYCPS also offers early childhood education to infants and toddlers. With the exception of a small pilot program underway that is open to all families, the vast majority of NYCPS seats for infants and toddlers are available only to qualifying, low-income children. These programs are funded by CCDBG and enable eligible infants and toddlers to receive services for 8-10 hours per day, year-round ("Infant/Toddler").

16.     Since all children served in Infant/Toddler programs funded by CCDBG have been certified as low-income, we understand this population to have particular need for support.

17.     Infant/Toddler programs are offered in NYCEECs and FCCs. Based on data from December 2025, 1,110 students are enrolled in Infant/Toddler seats in NYCEECs, and 4,741 students are enrolled in seats in FCCs. This means that approximately 5,851 children are being served in New York City in Infant/Toddler programs funded by CCDBG.

CCDBG Funding

18.     By law, CCDBG has requirements relating to its use, including as to who may benefit from services supported by those funds. Accordingly, families in New York City must demonstrate their children's eligibility to qualify for programs funded by CCDBG (e.g., Infant/Toddler seats, and 3-K and Pre-K EDY), consistent with the requirements of CCDBG.

19.     CCDBG funding in New York State is administered by the NYS Office of Children and Family Services ("OCFS"), which oversees funds distributed to localities.

20.     At the city level, the Administration for Children's Services ("ACS") both administers this funding directly through its child care voucher program and oversees NYCPS's administration of the funding through NYCPS's contracted early childhood programs.

<u>NYCPS Contracted Payment and Claiming</u>

21.     Pursuant to their contracts, NYCEECs and FCCs provide services to NYCPS students, and submit certified invoices documenting the services rendered, consistent with their contracts and approved budgets.

22.     NYCPS provides information about its contractual payments to ACS.

23.     ACS submits claims to OCFS, based on enrollment in NYCPS's CCDBG-funded programs.

24.     NYCPS relies on approximately $125 million in CCDBG funding annually to support the approximately 11,600 EDY 3-K, EDY Pre-K, and Infants/Toddlers that we serve. This funding also creates additional seat capacity to meet new demand as it arises. Currently, approximately 263 community-based providers and 1,629 FCCs deliver NYCPS's contracted services with CCDBG funds.

<u>Benefits of NYCPS Early Childhood Education Programs</u>

25.     NYCPS is proud of its approach to early childhood education. NYCPS programs are required to use a single, uniform curriculum and to incorporate developmental screening tools and authentic assessment systems. These tools enable early childhood educators to track student growth across a number of areas (social-emotional development, language and communication, cognition, physical and health development, and approaches to learning) and to refine their instructional practices based on children's learning.

26.     There is strong research-supported evidence showing that early childhood education is foundational to children's future success. Quality early childhood programs have been

shown to be associated with higher academic achievement, reduced grade retention, and a greater likelihood of graduating high school on time.

27.     Infant/Toddler and 3-K/Pre-K EDY programs are particularly impactful because they serve some of New York City's most vulnerable families. The lengthened school day and year-round service model maximizes educational opportunities for children and helps prevent summer learning loss.

28.     The educational opportunities offered by these programs benefit not only the individual students enrolled, but also their future elementary schools, teachers, and classmates. It helps NYCPS schools and teachers when every student enters elementary school prepared to succeed.

29.     Moreover—consistent with the purpose of CCDBG—these early childhood programs offering year-round extended day care support families in their professional and educational pursuits. Most regulated afterschool programs operate under a New York State school-aged child care license and therefore cannot serve children younger than age five; in this way, EDY programs help meet a need in New York City for after-school care for younger children.

30.     Longitudinal research confirms that public early childhood programs benefit families economically. For example, access to such programs has been associated with increases in maternal employment and meaningful reduction in material hardship, demonstrating that such programs can enhance families' well-being alongside children's development.

31.     These findings underscore that early childhood education is not only an investment in children's cognitive, social, and emotional skills but also a lever for family stability and opportunity, creating ripple effects that extend far beyond the classroom.

**Harms Associated with Funding Freeze**

32.     A federal freeze in the approximately $125 million on CCDBG funding that NYPCS relies upon, and the resulting loss of reimbursements, would create a significant shortfall that the agency cannot absorb within its current budget, leading to the potential disruption of services and harm to families, contracted providers, and NYCPS's ability to deliver on its stated commitments.

33.     For families, loss of CCDBG-funded care would remove the option of extended care for some of the City's poorest and most vulnerable infant, toddler, 3-K and Pre-K families, limiting their access to affordable, licensed child care and forcing difficult choices that affect employment and family stability. Disruptions in early care also risk the loss of consistent learning environments and early identification of developmental needs, undermining school readiness and long-term educational outcomes.

34.     For New York City's provider community, the inability to access CCDBG funds— even temporarily—could create immediate, potentially fatal operational challenges.  As noted above, approximately 263 community-based organizations and 1,629 FCCs depend on this funding. Because these providers rely on CCDBG funding for the provision of high-quality early childhood services, payroll, facilities costs, and compliance with mandated staffing ratios and health and safety requirements, any interruption to this funding threatens the provisions of services and may result in staff layoffs, reduced capacity, and program closures.

35.     As to NYCPS's broader portfolio of birth-to-five services, because of the critical role CCDBG-funded care plays as a key component for New York City children and families, inability to claim CCDBG reimbursements and uncertainty around continued availability of CCDBG funding threatens to upend NYCPS's established system of contracted early childhood

education in the middle of the school year. Further, it frustrates the NYCPS's ability to plan for the

equitable provision of high-quality early care and education services to NYC children and families

for the following program year and beyond.

36.    I declare under penalty of perjury under the laws of the United States that the

foregoing is true and correct.

Executed on January 14, 2026 at New York, New York.

_____

SIMONE C. HAWKINS