# EXHIBIT 21

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

STATE OF NEW YORK; STATE OF CALIFORNIA;
STATE OF COLORADO; STATE OF ILLINOIS;
and STATE OF MINNESOTA,

Plaintiffs,

v.

ADMINISTRATION FOR CHILDREN AND
FAMILIES; ALEX J. ADAMS, in his official
capacity as the ASSISTANT SECRETARY OF
THE ADMINISTRATION FOR CHILDREN
AND FAMILIES; U.S. DEPARTMENT OF
HEALTH AND HUMAN SERVICES; and
ROBERT F. KENNEDY, JR., in his official
capacity as the SECRETARY OF THE U.S.
DEPARTMENT OF HEALTH AND HUMAN
SERVICES,

Defendants.

C.A. No. 26-cv-172

---

**DECLARATION OF JOHN R. BEFUS**

1.        I am a resident of the State of New York. I am over the age of 18 and have personal

knowledge of all the facts stated herein, except to those matters stated upon information and belief;

as to those matters, I believe them to be true. If called as a witness, I could and would testify

competently to the matters set forth below.


**Professional and Agency Background**

2.        I am First Deputy Commissioner for the Westchester County Department of Social

Services ("the Department"), responsible for financial administration for the Department and have

held this position since 2018. I have been employed with the Department since 2006. In the

financial administration division of the department, with a professional staff of 68, I am responsible

1

for overseeing and implementing programs that are funded by the Child Care and Development Fund (CCDF); Temporary Assistance for Needy families (TANF); and the Social Services Block Grant (SSBG) (together, the "ACF Funds").

3.      Prior to my employment with the Department, I was a Senior Director for a nonprofit substance abuse treatment provider and Program Director for a state juvenile justice agency.

4.      The mission of the Westchester County Department of Social Services is to empower its customers to become independent and to ensure the health, safety and protection of vulnerable adults and children.

## Background on CCDF, TANF, and SSBG

5.      The ACF Funds help Westchester County provide food, shelter, childcare and other critical services to thousands of vulnerable New Yorkers—including children, the elderly, domestic violence victims, and lower-income families. These funds are essential to the safety and well-being of low income children and families in the community, providing important support for food, shelter, and childcare in order to promote employment and self-sufficiency among the residents it serves.

        a.      **CCDF**

6.      The CCDF program provides over $12 billion nationwide annually in federal funding to support State, territorial, and tribal programs that provide low-income families with funding for childcare, so that those families can work or go to school. CCDF funds also support teacher training and development, as well as programming and consumer education that educates

parents about childcare options. CCDF is comprised of two separate funding streams: Child Care and Development Block Grant (CCDBG) and Child Care Entitlement to States (CCES).

7.      CCDF funds first go to the State of New York, which then distributes them to local social services districts by annual notice of allocation and monthly expenditure claims.

8.      To receive CCDF funds, Westchester County must determine eligibility and provide child care funding to qualifying agencies providing care. Westchester County last submitted a monthly claim on December 20, 2025.

9.      In Westchester County, CCDF is administered by the Westchester County Department of Social Services.

10.     For FY 2025, Westchester County was allocated approximately $ 65.1 million in CCDF funding (comprising CCDBG and CCES funds combined).

11.     In FY 2025, Westchester County's CCDF program served an average of 4,524 child care slots per month for New Yorkers. The funding was used to provide child care through qualifying providers to eligible children and families to promote employment and self-sufficiency.

12.     CCDF funds are claimed monthly from New York State based on actual qualifying expenditures from the previous month.

b.     **TANF**

13.     TANF is a block grant program that provides over $16.5 billion nationwide annually in federal funding to States, territories, and tribal governments, who in turn provide cash assistance and non-cash benefits to low-income families with children. It is one of the largest sources of cash assistance to low-income American families. TANF was created through the Personal Responsibility and Work Opportunity Reconciliation Act of 1996 (PRWORA, P.L. 104-193).

3

14.    TANF funds first go to the State of New York, which then distributes them to local social services districts by both annual notice of allocation and monthly utilization and expenditure claims.

15.    TANF funds are allocated to States according to a mandatory formula based on the share each State had of TANF funding in 2002. Westchester County currently receives approximately $ 81.4 million annually in TANF funds.

16.    In 2025, approximately an average of 1,374 family cases per month in Westchester County received cash assistance funded by TANF. In addition, TANF funds provide qualifying services including child welfare, employment, adult protective, and domestic violence services.

17.    TANF funds are claimed monthly from New York State based on actual qualifying expenditures from the previous month.

c.    **SSBG**

18.    The SSBG program provides $1.7 billion nationwide annually in federal funding to States, providing them with "flexibility" and funding to support social services in one of five categories: (1) "achieving or maintaining economic self-support"; (2) "achieving or maintaining self-support"; (3) addressing neglect, abuse, or exploitation of children and vulnerable adults; (4) preventing institutional care and supporting community-based care; and (5) where institutional care is needed, supporting application and admission and providing services to institutionalized individuals. 42 U.S.C. § 1397.

19.    Congress has provided that SSBG funds must be allocated based on each State's percentage of the national population, based on census data. 42 U.S.C. § 1397b(b).

4

20.     As with CCDF and TANF, funds first go to the State of New York, which then distributes them to local social services districts by an annual notice of allocation and monthly expenditure claims.

21.     SSBG funds support several social service programs, all of which are administered locally by counties. These programs include: Qualifying Adult Protective, Domestic Violence, and Child Welfare programs.

22.     In FY 2025, many qualifying residents of Westchester County received SSBG-funded services.

23.     SSBG funds are claimed monthly from New York State based on actual qualifying expenditures from the previous month.

### Harms associated with Funding Freeze

24.     Any inability to access these funds would severely impair our ability to provide essential services to Westchester County residents resulting in increased unemployment and homelessness, negative educational and emotional outcomes for children, and increased poverty. It would also further dismantle local community providers responsible for delivering these mandated and essential services to residents.

25.     With a heavy tax burden already, inability to access these funds would further burden local tax payers to fill gaps and ensure the stability of residents and County government, leading to higher borrowing costs.

26.    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

January 13, 2026
White Plains, New York

John R. Befus, First Deputy Commissioner