# EXHIBIT 22

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF ILLINOIS; and STATE OF MINNESOTA,<br><br>    Plaintiffs,<br>    v.<br><br>ADMINISTRATION FOR CHILDREN AND FAMILIES; ALEX J. ADAMS, in his official capacity as the ASSISTANT SECRETARY OF THE ADMINISTRATION FOR CHILDREN AND FAMILIES; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; and ROBERT F. KENNEDY, JR., in his official capacity as the SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>    Defendants. | Case No. 26-cv-00172<br><br>**DECLARATION OF MASON MATTHEWS** |

# DECLARATION OF MASON MATTHEWS

I, Mason Matthews, declare as follows:

1. I am a resident of the State of California. I am over the age of 18 and have personal knowledge of all the facts stated herein, except as to those matters stated upon information and belief, as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am currently employed by the County of Los Angeles (County), Chief Executive Office, Budget and Operations Management Branch as Chief Budget and Financial Officer. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

3. The County is the nation's largest county government with more residents than most states serving the needs of about 10 million diverse residents. The County has a budget that exceeds $52 billion in federal, State, and local funds to support a range of vital commitments including, but not limited to, healthcare, public safety operations, public benefits, workforce development, foster care, child support, housing and emergency management.

4. Congress enacted three critical and mandatory funding programs that are fundamental to the execution of the County's programs to support low-income families: the Child Care and Development Fund (CCDF); Temporary Assistance for Needy Families (TANF); and the Social Services Block Grant (SSBG) (together, the Administration for Children and Families (ACF Funds)). The County was notified on January 7, 2026, that the federal government had frozen all ACF Funds. I have reviewed the communication from January 7, 2026, and it is my understanding that the federal government will no longer distribute ACF Funds to certain named states which I understand to directly impact the County in an immediate and adverse manner. This freeze will hinder the County's ability to operate critical programs, the specifics of which are outlined below.

5. The amounts referenced in this declaration are approximate and reflect the best estimates available to me of federal funds expected by the County since the ACF Funds freeze

HOA.105753545.1                               -1-

provided effectively no notice to the County. Based on my understanding of the funding freeze, I made a good faith attempt to identify County programs that rely on this funding.

6. The County expects to receive roughly $1 billion for this fiscal year from ACF Funds to provide services to residents (administration costs and actual benefits to residents). ACF Funds plays a crucial role in the County's ability to support a range of vital commitments. This declaration includes a sampling, but by no means an exhaustive list, of the harmful impacts the freeze will have on the County's delivery of services.

CCDF

7. The CCDF was created in 1996, to help low-income workers better afford childcare. The fund is comprised of two financing mechanisms: CCDBG and Child Care Entitlement to States (CCES). CCDF combines CCDBG discretionary funds and CCES mandatory and matching funds into block grants for states, tribes, and territories to subsidize the cost of childcare.

8. The CCDF funding is provided to California Department of Social Services (CDSS), which re-grants the funding across California.

9. The Department of Children and Family Services (DCFS) is the child protective agency of the County, and it is the largest locally administered child protective agency in the United States of America.

10. In fiscal year 2021-2022 through 2022-2023, DCFS used $24,996,120 in CCDF funds, and DCFS's fiscal year 2022-2023 through 2023-2024 allocation totaled $41,619,733.

11. DCFS serves approximately 1,500 families on a monthly basis with the CCDF funds it receives from the federal government.

12. The CCDF funds are used to pay childcare service providers, and those childcare services are critical in keeping children safe from potential abuse and neglect by allowing their families to access competent childcare.

13. Childcare services for foster children have already been reduced in the County, and the federal freeze will curtail DCFS's recent efforts to increase enrollment and expand the number of families to whom these services are offered. The continued low level of childcare services will

foreseeably generate placement instability, meaning that children currently in their family homes may not be able to remain there safely. In all likelihood, that will increase the number of foster children taken from their family homes and placed in foster homes.

14. The Office for the Advancement of Early Care and Education, a County program focusing on high-quality, affordable early care and education system accessible to all families, receives $4,078,307 that is block granted from ACF to the CDSS. This funding supports the Local Child Care and Development Planning Council and the Workforce Pathways LA. Approximately $420 million in CCDF funding is provided to childcare providers in the County to serve 27,000 children with early childhood education services. There are 146 CCDF funded contracts with service providers that could lose their funding streams.

15. Another example of the impact on the County from freezing ACF Funds is Workforce Pathways LA. This program increases the qualifications of early educators working in child development centers and family childcare homes – in which most children are subsidized by the California Department of Education. The program provides these educators directly with stipends and advisement to support their professional development and early education workforce quality in the County. The fiscal year 2025-2026 budget for Workforce Pathways LA is $3,634,000. Depending on the length and scope of a potential freeze, approximately 1,100 childcare providers each year may not receive funding to support them with professional development and college courses. The $420 million in CCDF funding that is distributed by the State directly to organizations that the County helps to programmatically manage would be lost. This could slow or altogether halt the County's childcare provider network. Parents who do not have childcare options may not be able to participate in the workforce and will face greater economic strain.

TANF

16. TANF is a block grant program that provides over $16.5 billion nationwide annually in federal funding to states, territories and tribal governments, who in turn, provide time-limited assistance, including cash aid and other benefits to needy families with children.

///

17. State CalWORKs funding comes from a mix of federal, State, and county sources, primarily anchored by the federal TANF block grant, with California receiving about $3.7 billion annually, plus required State/local "maintenance of effort" funds. CalWORKs funds are all channeled to counties for aid and services (e.g., child-care, job training, and mental health support).

18. California receives federally funded TANF funds and implements most of those TANF funds through its CalWORKs program. CDSS oversees this program, and the County administers the program by providing temporary cash assistance for a family's basic needs. This program also provides education, employment, training programs, supportive services, and childcare subsidies to assist the family's progress toward self-sufficiency.

19. TANF funds also supports several other service programs, including financial aid for low-income college students.

20. The total amount of CalWORKs funding that the County receives via the State is about $2 billion annually, which covers administrative costs, critical support services such as childcare, and the cash assistance itself. The federal TANF contribution is $880 million – nearly 44 percent of the overall funding. Each month, the County distributes approximately $109 million in cash assistance, with each family receiving on average $1,000 per month in support. Additionally, $16 million is issued each month to meet their childcare needs via community agencies that make payments to childcare providers.

21. Freezing TANF funds would have a devastating impact on the 112,000 families that the County serves through the TANF program. These families include 270,000 individuals, 200,000 of whom are children.

22. The abrupt withholding of CalWORKs funding – even for a short time – will cause an economic crisis for each family, needlessly putting their well-being at risk. Money for childcare, housing, essential purchases for children such as diapers and clothing along with all the other critical support needed to sustain a family will disappear. This unprecedented action will also impact childcare providers themselves, creating further economic turmoil.

///

23. If TANF funds are frozen, funding that supports 21 County Department of Public Health full-time employees and 39 community-based organizers will be disrupted or eliminated across programs like the Domestic Violence Supportive Services (DVSS) and the Home Visiting Program (HVP). In fiscal year 2025-2026, DVSS expects to receive $20.5 million and HVP is slated to receive $22.6 million.

24. Moreover, freezing TANF funds would suspend critical long-term home visiting services that address maternal and child health, child development, and linkage to community resources for more than 2,100 low income pregnant and parenting individuals, and 1,670 families each year. For families, these investments translate into regular in-home coaching on prenatal and infant care, positive parenting, and child safety, as well as assistance navigating health coverage, social services, and basic needs supports such as material goods that support healthy and safe development of children as well as promoting and protecting maternal health. Funds also enable wraparound supports, including coordination with services like doula care, insurance navigation, self-efficacy building, and child abuse prevention resources. Losing these services will reduce healthy development and economic stability for these families and children.

25. In fiscal year 2022-2023, DCFS used $45,558,313 in TANF funds, and DCFS's fiscal year 2023-2024 allocation totaled $36,387,140.

26. DCFS funds approximately 1,500 foster care placements with TANF funds it receives from the federal grantor. The TANF funds are used to pay caregivers of foster children.

27. Importantly, DCFS also receives administrative TANF funds, and those are used pay for a portion of the costs of operating the Child Protection Hotline and emergency response investigations.

28. When persons know, or reasonably suspect, that a child is being abused or neglected, they may call DCFS's Child Protection Hotline to report their concerns. The Child Protection Hotline operates 24 hours around the clock, 7 days a week, 365 days a year, in order to take calls from members of the public who know, or reasonably suspect, that children are being abused or neglected.

///

29. When someone calls the Child Protection Hotline, a DCFS social worker takes and evaluates the calls. DCFS social workers, in conjunction with their supervisors, assign emergency response children's social workers to investigate credible allegations that articulate a reasonable suspicion of child abuse or neglect.

30. The investigating social worker then contacts the family and investigates the allegations.

31. If the allegations of child abuse or neglect are deemed to be inconclusive, or if the allegations are substantiated but can be remedied through the provision of reasonable services to the family, DCFS social workers will typically work cooperatively with the family to manage and remedy the situation that has placed the child at risk of abuse or neglect. Remedying the situation will almost always involve providing the family with services intended to assist them and keep the child safe and stable in the home.

32. If the allegations of child abuse or neglect are substantiated and the provision of reasonable services will not prevent or eliminate the risk of abuse or neglect, DCFS may need to take the child into protective custody and initiate a juvenile dependency court case. Generally speaking, the goal of juvenile dependency cases is to remedy the cause of the child's abuse or neglect, within a reasonable period of time, and allow the child and parents to reunify safely. Remedying the cause of the child's abuse or neglect will almost always involve providing the family with services intended to assist them and keep the child safe.

33. So, the entire menu of services that DCFS provides is necessary to achieve its mission to keep children safe and preserve families.

34. To the extent that there are fewer services available for DCFS to use, the risk to the safety of abused and neglected children grows and the risk that families will be fragmented also grows.

35. If administrative TANF funds are frozen, DCFS may need to reduce its workforce at its Child Protection Hotline and its emergency response social work staff.

///

///

SSBG

36. In fiscal year 2022-2023, DCFS used $37,926,155 in SSBG funds, and DCFS's fiscal year 2023-2024 allocation totaled $40,087,000.

37. Those SSBG funds indirectly support abused and neglected children and their families; consequently, the federal freeze of those funds will require that DCFS absorb the losses through curtailment of services or by somehow locating other funding sources. Because abused and neglected children are especially vulnerable, a freeze of SSBG funds and the service curtailments it will foreseeably require, will increase the danger already faced by these vulnerable children. The risk of foster children being abused and neglected will foreseeably increase.

38. If the federal funding remains paused, blocked or delayed, I am concerned that the County will not be able to meet the needs of families who rely on these programs and that the impacts on their well-being and economic stability will be significant.

39. This declaration is illustrative rather than an exhaustive list of the types of assistance the County receives from the federal government to care for its residents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 15, 2026, at Los Angeles, California.

/s/ Mason Matthews
Mason Matthews