

**Office of the New York State Attorney General**   **Letitia James Attorney General**

January 16, 2026

Honorable Vernon S. Broderick
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Broderick,

I write on behalf of all Plaintiffs in this action to request that the Court provide a telephonic call-in line that would allow counsel for all Plaintiff States to listen to the Preliminary Injunction hearing scheduled for January 23, 2026 at 10:00a.m. at the Thurgood Marshall United States Courthouse, *see* ECF No. 30. We have conferred with Defendants and they take no position on this request.

                                                Sincerely,
                                                Jessica Ranucci
                                                *Attorney for Plaintiff State of New York*