UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF ILLINOIS; and STATE OF MINNESOTA<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>ADMINISTRATION FOR CHILDREN AND FAMILIES, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 26-cv-172 |

I, Alexis M. Piazza, being duly sworn, hereby depose and say as follows:

1. I am a Deputy Attorney General with the California Department of Justice, Office of the Attorney General.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the State of California.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in *State of New York, et al. v. Administration for Children and Families, et al.*, Case No. 26-cv-172, for the State of California.

Date: January 15, 2026

Signature of Movant:

[signature]

**NOTARIZED BY:**

[Notary seal: EVERTH J. MANDUJANO, COMM. # 2405002, NOTARY PUBLIC • CALIFORNIA, LOS ANGELES COUNTY, Comm. Exp. MAY 21, 2026]

Alexis M. Piazza
Deputy Attorney General
California Department of Justice
Office of the Attorney General
300 South Spring Street, Suite #1700
Los Angeles, CA 90013-1230
(213) 269-6552
alexis.piazza@doj.ca.gov

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____Los Angeles_____ )

On __January 15, 2026__ before me, __Everth Mandujano, Notary Public__
(insert name and title of the officer)

personally appeared __Alexis Martin Piazza__,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

EVERTH J. MANDUJANO
COMM. # 2405002
NOTARY PUBLIC • CALIFORNIA
LOS ANGELES COUNTY
Comm. Exp. MAY 21, 2026

Signature _____  (Seal)