

# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### <u>ALEXIS MARTIN PIAZZA</u>

I, JORGE E. NAVARRETE, Clerk and Executive Officer of the Supreme Court of the State of California, do hereby certify that ALEXIS MARTIN PIAZZA, #316047, was on the 14th day of June 2017, duly admitted to practice as an attorney and counselor at law in all the courts of this state and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court on the 14th day of January 2026.

JORGE E. NAVARRETE
Clerk and Executive Officer of the Supreme Court

By: _____
D. Urzua, Deputy Clerk