

**Office of the New York State Attorney General**

**Letitia James
Attorney General**

January 16, 2026

Honorable Vernon S. Broderick
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Broderick,

I write on behalf of all Plaintiffs in this action to request that the Court provide a telephonic call-in line that would allow counsel for all Plaintiff States to listen to the Preliminary Injunction hearing scheduled for January 23, 2026 at 10:00a.m. at the Thurgood Marshall United States Courthouse, *see* ECF No. 30. We have conferred with Defendants and they take no position on this request.

Sincerely,
Jessica Ranucci
*Attorney for Plaintiff State of New York*

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.   January 20, 2026

The Court will provide a telephonic call-in line for the Preliminary Injunction hearing on January 23, 2026. The dial-in number is 1-855-244-8681, and the access code is 2309 3085 835. There is no attendee ID.

The Capitol, Albany NY 12224  |  1-800-771-7755  |  Fax 518-650-9401  |  ag.ny.gov