UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF ILLINOIS; and STATE OF MINNESOTA<br><br>Plaintiffs,<br><br>v.<br><br>ADMINISTRATION FOR CHILDREN AND FAMILIES, *et al.,*<br><br>Defendants. | Case No. 26-cv-172<br><br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE*** |

The motion of Vikas Didwania for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar of the state of Illinois; and that his contact information is as follows (please print):

Applicant's Name: Vikas Didwania

Firm Name: Office of the Illinois Attorney General

Address: 115 S. LaSalle St.

City/ State/ Zip: Chicago, IL 60603

Telephone/ Fax: 872-272-0756

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the State of Illinois in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____          _____

United States District/ Magistrate Judge