UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF ILLINOIS; and STATE OF MINNESOTA<br><br>Plaintiffs,<br><br>v.<br><br>ADMINISTRATION FOR CHILDREN AND FAMILIES, *et al.,*<br><br>Defendants. | Case No. 26-cv-172-VSB |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, James R. Bowen hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff the State of California in the above-captioned action.

I am in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: January 9, 2026                Respectfully Submitted,

_____

Applicant Signature: /s/ *James R. Bowen*

Applicant's Name: James R. Bowen

Firm Name: California Department of Justice

Address: 300 South Spring Street, Suite 1702

City/State/Zip: Los Angeles, California, 90013-1230

Telephone: (213) 269-6079

Email: james.bowen@doj.ca.gov