UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF ILLINOIS; and STATE OF MINNESOTA<br><br>Plaintiffs,<br><br>v.<br><br>ADMINISTRATION FOR CHILDREN AND FAMILIES, *et al.*,<br><br>Defendants. | Case No. 26-cv-172-VSB |

I, James R. Bowen, being duly sworn, hereby depose and say as follows:

1. I am a Deputy Attorney General with the State of California Department of Justice, Office of the Attorney General.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the state of California.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in the above-captioned matter, *State of New York et al. v. Administration for Children and Families et al.*, Case No. 26-cv-172-VSB, for Plaintiff State of California.

Date: 1/9/2026

**NOTARIZED**

Signature of Movant:

Office: California Department of Justice,
Office of the Attorney General
Address: 300 South Spring Street, Suite 1702
Email: james.bowen@doj.ca.gov
Phone: (213) 269-6079

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Orange

Subscribed and sworn to (or affirmed) before me on this 9 day of January, 2026 by James Ryan Bowen, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

(Seal)

MARISOL RUVALCABA
COMM. #2538392
Notary Public - California
ORANGE COUNTY
My Comm. Expires
NOVEMBER 7, 2029

Signature _____