UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF ILLINOIS; and STATE OF MINNESOTA<br><br>Plaintiffs,<br><br>v.<br><br>ADMINISTRATION FOR CHILDREN AND FAMILIES, *et al.*,<br><br>Defendants. | Case No. 26-cv-172 |

I, Jesse P. Basbaum, being duly sworn, hereby depose and say as follows:

1. I am a Deputy Attorney General with the California Department of Justice, Office of the Attorney General.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the State of California.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in *State of New York, et al. v. Administration for Children and Families, et al.*, Case No. 26-cv-172, for the State of California.

Date: January 20, 2026

Signature of Movant:

*/s/ Jesse P. Basbaum*

Jesse P. Basbaum
Deputy Attorney General
California Department of Justice
Office of the Attorney General
1515 Clay Street
Oakland, CA 94612-1499
(510) 879-0280
jesse.basbaum@doj.ca.gov

**NOTARIZED BY:**

*Please see attached (cs)*

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____Alameda_____ )

On January 20, 20__ before me, Christine Soo, Notary Public
(insert name and title of the officer)

personally appeared Jesse Phillip Basbaum,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

CHRISTINE SOO
COMM. # 2521844
NOTARY PUBLIC ● CALIFORNIA
ALAMEDA COUNTY
Comm. Exp. JUNE 28, 2029

Signature _Christine S___ (Seal)

\* United States District Court for the Southern District of New York (Affidavit)