

# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

CERTIFICATE OF THE CLERK OF THE SUPREME COURT

OF THE

STATE OF CALIFORNIA

<u>**JESSE P BASBAUM**</u>

*I, JORGE E. NAVARRETE, Clerk and Executive Officer of the Supreme Court of the State of California, do hereby certify that JESSE P BASBAUM,  #273333, was on the 1st day of December 2010, duly admitted to practice as an attorney and counselor at law in all the courts of this state and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 14th day of January 2026.*

JORGE E. NAVARRETE
Clerk and Executive Officer of the Supreme Court

By: _____
D. Urzua, Deputy Clerk