UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF ILLINOIS; and STATE OF MINNESOTA<br><br>Plaintiffs,<br><br>v.<br><br>ADMINISTRATION FOR CHILDREN AND FAMILIES, *et al.,*<br><br>Defendants. | Case No. 26-cv-172 |

The motion of Jesse P. Basbaum for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of California; and that his contact information is as follows:

>Jesse P. Basbaum
>Deputy Attorney General
>California Department of Justice
>Office of the Attorney General
>1515 Clay Street
>Oakland, CA 94612-1499
>Tel: (510) 879-0280/Fax: (916) 732-7920
>jesse.basbaum@doj.ca.gov

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for the State of California in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
United States District/ Magistrate Judge