AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| State of New York, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:26-cv-00172-VSB |
| Administration for Children and Families, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of California                                       .

Date:     01/20/2026

s/ Alexis M. Piazza
*Attorney's signature*

Alexis M. Piazza, SBN# 316047
*Printed name and bar number*

California Department of Justice
Office of the Attorney General
300 South Spring Street, Suite #1700
Los Angeles, CA 90013-1230
*Address*

alexis. piazza@doj.ca.gov
*E-mail address*

(213) 269-6552
*Telephone number*

(916) 732-7920
*FAX number*