AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| State of New York, et al., | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 26 Civ. 172 (VSB) |
| Administration for Children and Families, et al., | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all defendants.

Date:  01/20/2026

/s/ Mallika Balachandran
*Attorney's signature*

AUSA Mallika Balachandran
*Printed name and bar number*

United States Attorney's Office
Southern District of New York
86 Chambers Street, 3rd Floor
New York, New York 10007
*Address*

mallika.balachandran@usdoj.gov
*E-mail address*

(212) 637-2781
*Telephone number*

*FAX number*