UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF ILLINOIS, and STATE OF MINNESOTA,<br><br>                  Plaintiffs,<br><br>     v.<br><br>ADMINISTRATION FOR CHILDREN AND FAMILIES; ALEX J. ADAMS, in his official capacity as the ASSISTANT SECRETARY OF THE ADMINISTRATION FOR CHILDREN AND FAMILIES; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; and ROBERT F. KENNEDY, JR., in his official capacity as the SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>                  Defendants. | No. 26-cv-172 (VSB) |

**DECLARATION OF MELISSA BRUCE**

    I, Melissa Bruce, make the following declaration in lieu of an affidavit, as permitted by Section 1746 of Title 28 of the United States Code. I am aware that this declaration will be filed with the United States District Court of the Southern District of New York and that it is the legal equivalent of a statement under oath. I make this declaration to the best of my knowledge and belief, based on my personal knowledge and information made available to me in my official capacity.

1

1. I am the Deputy Assistant Secretary for the Program Support Center ("PSC") within the Office of the Assistant Secretary for Administration, a component of the U.S. Department of Health and Human Services ("HHS").

2. In this role, I oversee the Payment Management System ("PMS"), the largest federal grant payment system.

3. This declaration is based upon my personal knowledge and information acquired by me in the course of performing my official duties, including but not limited to information conveyed to me by others, such as information contained in PMS.

## Overview of the Payment Management System

4. Several agencies, including HHS, use PMS to process grant payment requests and submit them to the Department of the Treasury for disbursement by the Federal Reserve to grantees. Grant recipients, including States and State entities, submit payment requests directly to PMS and request drawdowns of federal funds against existing open grant awards. PMS is the Federal Government's largest Grant disbursing system.

5. PMS also interacts with a system called Defend the Spend ("DTS"). A description of the DTS system and how the two systems interact is provided in the Declaration of Cody Inman dated January 20, 2026.

6. PMS offers a self-service portal which provides recipients with tools to manage users and associated permissions to submit payment requests. The PSC within HHS manages federal grant payments and cash flow through the PMS.

7. Users with appropriate permissions may request drawdown of funds for one or more grants issued to their organization as often as needed. States may seek to drawdown funds from multiple grant awards using one payment request. For example, they may submit one

payment request seeking drawdowns from both the Child Care and Development Fund grant ("CCDF"), and the Social Services Block Grant ("SSBG").

8. PMS reviews requests for payment and disburses payments through standardized internal control checks during payment processing which may trigger conditions that result in additional layers of review and approval. More recently, since the implementation of the DTS system, if no exceptions are identified, payment requests are then sent to the DTS system for payment justification review and further approval by the Awarding Agency (*e.g.,* Administration for Children and Families ("ACF")). Processing times for payment requests can vary depending on whether or not exceptions are identified and the number of subaccounts from which a payment is requested.

9. The payment review processes and processing timelines are the same for all grant programs at issue in this litigation (e.g. CCDF, SSBG, and the Temporary Assistance for Needy Families ("TANF") funds). The type of program fund from which a State might request a drawdown does not change the PMS processing mechanics used or the length of time it may take to process a request. An exception would be if a "flag" is identified in the PMS system.

## ACF Implementation of Defend the Spend

10. As part of its implementation of Executive Order 14222 — Implementing the President's "Department of Government Efficiency" Cost Efficiency Initiative — PMS began designing and implementing a new field in the payment request screen for PMS in March 2025. This field, limited to 1,000 characters, requests and captures a justification from the Grant Recipient explaining the purpose of the payment.

11. HHS communicated this new written justification requirement to grantees in mid-March 2025 through an official communication to all PMS Users:

https://mailchi.mp/psc.hhs.gov/update-hhs-payment-management-system-new-mandatory-field?e=4678e7d399. PMS Users were told the justification could be brief or more detailed.

12. Since the implementation of DTS in March 2025, payment requests originated through PMS are reviewed by PMS's internal control processes and after passing these controls, the written justification from the grantee is routed by PMS to the DTS system where designated Awarding Agency staff are tasked to review the written justification, determine whether it is supportable, and approve, reject, or seek further clarification from the grantee regarding the payment request.

13. Once a payment request is approved, the approval in DTS triggers a transmission of the request back to PMS and that approved request is added to the twice- per- weekday scheduled payments. A "batched request" occurs when a PMS User submits a request for funds for multiple grants in a single request (not uncommon for States). When PMS receives a batched request, transactions are held in DTS until all requests associated with that transaction are approved.  For example, if a State submits one batched request for payment that includes a request for funds for CCDF and a request for funds for SSBG, to the extent that the CCDF is approved in DTS before the SSBG request is approved, or, for example, the SSBG request requires clarification from the recipient, the approval of the payment request for CCDF will be delayed under the SSBG request is approved as they are part of one batched request submitted by the PMS User.  PMS does not require a State to submit batched requests.

14. When a payment justification is approved by the awarding agency in DTS, that approval from DTS feeds back to PMS. PMS then uploads the approved payment transactions to Department of the Treasury, Bureau of the Fiscal Service via the Secure Payment System, which disburses the funds.

**Implementation of Defend the Spend for Non-Discretionary Awards**

15. On December 30, 2025, HHS began applying DTS to non-discretionary awards, including those programs at issue in this lawsuit.

16. As stated in the Declaration of Cody Inman dated January 20, 2026, Minnesota's CCDF drawdown requests were rejected between January 5 and January 14, 2026, but that did not result in Minnesota's TANF and SSBG drawdown requests being rejected between January 5, 2026, and January 14, 2026.

   a. For example, on January 12, 2026, Minnesota requested to drawdown funds from SSBG. Those funds were dispersed on January 14, 2026.

17. Between January 6, 2026, and January 14, 2026, funding requests made by California, Colorado, and Illinois for TANF and SSBG were dispersed:

   a. On January 6, 2026, California requested to drawdown funds from TANF. Those funds were dispersed on January 7, 2026.

   b. On January 6, 2026, Colorado requested to drawdown funds from TANF. Those funds were dispersed on January 12, 2026.

   c. On January 6, 2026, Illinois requested to drawdown funds from SSBG. Those funds were dispersed on January 8, 2026.

18. In the absence of a temporary restraining order, PMS will continue to process requests for payment and disburse payments in the ordinary course, to the extent that states continue to submit the requested documentation pursuant to DTS.

Executed on January 20, 2026.

                                                            Melissa Bruce
                                           Deputy Assistant Secretary for
                                           the Program Support Center