UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF ILLINOIS; and STATE OF MINNESOTA<br><br>Plaintiffs,<br><br>v.<br><br>ADMINISTRATION FOR CHILDREN AND FAMILIES, *et al.,*<br><br>Defendants. | Case No. 26-cv-172-VSB |

The motion of James R. Bowen, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows (please print):

Applicant's Name: James R. Bowen

Firm Name: California Department of Justice, Office of the Attorney General

Address: 300 South Spring Street, Suite 1702

City/ State/ Zip: Los Angeles, California, 90013-1230

Telephone: (213) 269-6079

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff the State of California in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

Hon. Vernon S. Broderick

United States District Judge