AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

State of New York, et al. )
*Plaintiff* )
v. ) Case No. 26-cv-172
Administration for Children and Families, et al., )
*Defendant* )

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, State of Illinois    .

Date:   01/21/2026

s/ Vikas Didwania
*Attorney's signature*

Vikas Didwania (IL Bar No: 6299645)
*Printed name and bar number*
Office of the Illinois Attorney General
115 S. LaSalle Street
Chicago, IL 60603

*Address*

vikas.didwania@ilag.gov
*E-mail address*

(872) 272-0756
*Telephone number*

(312) 814-5022
*FAX number*