AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| State of New York, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:26-cv-00172-VSB |
| Administration for Children and Families, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of California                                                                                                       .

Date:     01/21/2026                                                  s/ Jesse P. Basbaum
                                                                                    *Attorney's signature*

                                                                          Jesse P. Basbaum, SBN# 273333
                                                                              *Printed name and bar number*

                                                                          California Department of Justice
                                                                          Office of the Attorney General
                                                                          1515 Clay Street
                                                                          Oakland, CA 94612-1499
                                                                                            *Address*

                                                                          jesse.basbaum@doj.ca.gov
                                                                                    *E-mail address*

                                                                          (510) 879-0280
                                                                                *Telephone number*

                                                                          (916) 732-7920
                                                                                    *FAX number*