U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 23, 2026

**Via ECF**
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *State of New York et al v. Administration for Children and Families et al*, 26 Civ. 172 (VSB)

Dear Judge Broderick:

    This Office represents Defendants in the above-referenced action. As raised during the January 23, 2026 hearing, Defendants are respectfully submitting an amended version of the Declaration of Cody Inman dated January 20, 2026. The only change to this amended version is the removal of Paragraph 25; the declaration is otherwise the same.

    We thank the Court for its attention to this matter.

Respectfully submitted,

JAY CLAYTON
United States Attorney
Southern District of New York
*Attorney for Defendants*

By:   /s/ *Kamika S. Shaw*
KAMIKA S. SHAW
MALLIKA BALACHANDRAN
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: 212-637-2768/2781
Email: Kamika.shaw@usdoj.gov
    mallika.balachandran@usdoj.gov

cc: All counsel of record (via ECF)