AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

State of New York et al. )
*Plaintiff* )
v. ) Case No. 1:26-cv-00172
Administration for Children and Families et al. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of New York .

Date: 02/05/2026

/s/ Philip J. Levitz
*Attorney's signature*

Philip J. Levitz / 5090824
*Printed name and bar number*
Office of the New York State Attorney General
28 Liberty St.
New York, NY 10005

*Address*

philip.levitz@ag.ny.gov
*E-mail address*

(212) 416-6325
*Telephone number*

*FAX number*