UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
State of New York, et al.,                                  :
:
                Plaintiffs,                      :
:      26-cv-172 (VSB)
            -against-                                  :
:      **ORDER**
Administration for Children and Families, et   :
al.,                                                        :
                Defendants.                    :
:
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      For reasons to be stated in a forthcoming opinion, Plaintiffs' motion for a preliminary injunction and stay pursuant to 5 U.S.C. § 705, (Doc. 38), is GRANTED. Until a decision on the merits in this case, it is hereby ORDERED that Defendants are:

1. Enjoined and stayed from implementing ACF's funding policy at issue, which restricted or cut off federal funding for the Child Care Development Fund, Temporary Assistance to Needy Families, and Social Services Block Grants programs to Plaintiff States, including the entirety of the letters sent to Plaintiffs on January 5, 2026 and January 6, 2026;

2. Directed to immediately remove any restrictions, outside of permitted statutory authority, on Plaintiffs' ability to draw down funds under the Child Care Development Fund, Temporary Assistance to Needy Families, and Social Services Block Grants programs; and they are further enjoined and stayed from reimposing such restrictions.

      IT IS FURTHER ORDERED that Plaintiffs are not required to post a bond. Defendants shall provide notice of this Order of Preliminary Injunction by February 10, 2026 to all

Defendants, their employees, and anyone acting in concert with them and Defendants shall file a status report with this Court by February 13, 2026 describing the notice they have provided.

SO ORDERED.

Dated:    February 6, 2026
          New York, New York

_____
Vernon S. Broderick
United States District Judge