**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 13, 2026

**Via ECF**
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *State of New York et al v. Administration for Children and Families et al*, 26 Civ. 172 (VSB)

Dear Judge Broderick:

      This Office represents Defendants in the above-referenced action. We write in accordance with the last paragraph of the Preliminary Injunction Order entered by the Court on February 6, 2026 (ECF No. 71), which provides:

> Defendants shall provide notice of this Order of Preliminary Injunction by February 10, 2026 to all Defendants, their employees, and anyone acting in concert with them and Defendants shall file a status report with this Court by February 13, 2026 describing the notice they have provided.

      By email sent on February 10, 2026, the Department of Health and Human Services disseminated to all its employees and contractors, a copy of the Preliminary Injunction Order, provided a summary of the Order's provisions, and advised that "the Court's order is in effect and must be complied with until further notice.  Importantly, this injunction supersedes and overrides any existing internal guidance that restricts the Plaintiffs from making draw down requests."  The email notification also provided contact information for any inquiries regarding the Order.

      We thank the Court for its attention to this matter.

Respectfully submitted,

JAY CLAYTON
United States Attorney
Southern District of New York
*Attorney for Defendants*


By:     /s/ *Mallika Balachandran*
KAMIKA S. SHAW
MALLIKA BALACHANDRAN
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: 212-637-2768/2781
Email:Kamika.shaw@usdoj.gov
         mallika.balachandran@usdoj.gov

cc: All counsel of record (via ECF)