## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

STATE OF NEW YORK, et al.

              Plaintiffs,

v.

ADMINISTRATION FOR CHILDREN
AND FAMILIES, et al.

              Defendants.

Case No. 26-cv-00172

## <u>NOTICE OF APPEARANCE</u>

**PLEASE TAKE NOTICE** that the undersigned hereby appears in this action on behalf of Plaintiff State of New York. Please serve all papers and direct all further correspondence and/or electronic notices to the undersigned.

Dated: New York, New York
      February 17, 2026

LETITIA JAMES
Attorney General
State of New York

By: */s/ Stephen Thompson*
Stephen C. Thompson
Special Counsel
28 Liberty Street
New York, NY 10005
(212) 416-6183
Stephen.Thompson@ag.ny.gov

*Attorney for Plaintiff State of New York*