

**Office of the New York State Attorney General**

**Letitia James
Attorney General**

February 26, 2026

Honorable Vernon S. Broderick
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *New York v. Administration for Children and Families*, Case No. 26-cv-00172

Dear Judge Broderick,

    I write on behalf of all Parties to provide a joint update to the Court following Plaintiffs' request for an emergency status report, ECF No. 72, and Defendants' status report, ECF No. 76. The Parties are pleased to report that Second Quarter TANF funds have now been made available for all states to draw down and that Plaintiff States have been able to access these funds.

                                        Sincerely,

                                        Jessica Ranucci
                                        *Attorney for Plaintiff State of New York*

The Capitol, Albany NY 12224  /  1-800-771-7755  /  Fax 518-650-9401  /  ag.ny.gov