

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

March 6, 2026

Honorable Vernon S. Broderick
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *New York v. Administration for Children and Families, Case No. 26-cv-00172*

Dear Judge Broderick,

I write on behalf of all Parties to jointly request that the Court order the following schedule, to which the Parties have agreed:

- Defendants' deadline to answer Plaintiffs' Complaint is adjourned *sine die*;
- Defendants will produce the Administrative Record no later than April 1, 2026; and
- The Parties will file a joint status report no later than April 17, 2026 setting forth the Parties' respective views as to next steps in this action.

We appreciate the Court's attention to this matter.

Sincerely,

Jessica Ranucci
*Attorney for Plaintiff State of New York*