# monitor

VERB

## Etymology

### Summary

Formed within English, by conversion.

< **monitor** *n.*

## Meaning & use

1. † *transitive*. To guide as a monitor. *Obsolete*.   1818

   Apparently an isolated use.

   | 1818 | In that same void white Chastity shall sit, And  monitor  me nightly to lone slumber. |
   |---|---|
   | | J. Keats, *Endymion: A Poetic Romance* iv. 202 |

2.a. *transitive*. To check or regulate the technical quality of (a sound recording, radio transmission, television signal, etc.) without causing any interruption or disturbance.   1924–

   | 1924 | implied in: A third requirement relates to  monitoring  facilities. [at **monitoring** *n.*] |
   |---|---|
   | | *Proceedings IRE* vol. 12 561 |
   | 1929 | During the recording, the mixer operator  monitors  the record through the light valves, thereby assuring himself that no record is lost. |
   | | G. Allighan, *Romance of Talkies* 64 |
   | 1958 | The output from the analyser can be  monitored  with headphones. |
   | | *Times Review of Industry* August 9/3 |
   | 1962 | The signal is  monitored  by the limiter and any wave which exceeds a certain volume causes a corresponding increase in feedback, which reduces the signal. |
   | | A. Nisbett, *Technique of Sound Studio* 258 |
   | 1982 | Simply connect the input to the line to be  monitored . |
   | | *The Giant Book of Electronics Projects* iii. 127 |

broadcasting

Cited in New York v. Admin for Child. 26CV172 Decided 3/10/26 Archived on 3/12/25 This document is protected by copyright. Further reproduction is prohibited without permission.

**2.b.** *transitive*. To listen to and report on (radio broadcasts, esp. from a foreign country). Also: to eavesdrop on (a telephone conversation).                                                                                        1939–

> **1939**   About 150 news bulletins alone, in many different languages, are monitored each day.
> *Times* 2 November 5/3
>
> **1948**   From secret radios, constructed and hidden by British prisoners, the B.B.C.'s broadcasts were monitored.
> *American Speech* vol. 23 219
>
> **1955**   A telephonist had illegitimately monitored a conversation.
> F. Swinnerton, *Sumner Intrigue* xi. 85
>
> **1971**   If I were running Ziauddin's operation, I'd be monitoring every newscast in Asia.
> R. Dentry, *Encounter at Kharmel* v. 92
>
> **1990**   The police watched Colonel Christie's house, monitored his phone calls and followed him to his office.
> *Meridian* (Midland Group) Spring 60

radio   telephony

**2.c.** *transitive*. *gen*. To observe, supervise, or keep under review; to keep under observation; to measure or test at intervals, esp. for the purpose of regulation or control.                                                    1944–

> **1944**   American and British control officers work at the same desks throughout the 24 hours, 'monitoring' the aircraft as they travel across the 3,000 miles of ocean.
> *Times* 20 March 5/7
>
> **1947**   We must monitor the cooling water to be sure that it contains no dangerous activities.
> C. Goodman, *Science & Engineering of Nuclear Power* vol. I. 255
>
> **1959**   The committee was set up in November, 1956, to initiate and monitor a programme of research design.
> *Daily Telegraph* 14 April 1/6
>
> **1966**   Pulse-rate and blood-pressure were closely monitored.
> *Lancet* 24 December 1387/1
>
> **1979**   It called for a cease-fire and stand-still to be monitored by UN representatives.
> H. Kissinger, *White House Years* xxi. 905
>
> **1989**   Investment managers are trained to monitor the market and buy when the price is right.
> *What Investm.* January 83/3

# Pronunciation

BRITISH ENGLISH        U.S. ENGLISH

Cited in New York v. Admin for Child.
26-CV-172 Decided 3/10/26
Archived on 3/12/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

/ˈmɒnɪtə/           /ˈmɑnədər/

MON-uh-tuh           MAH-nuh-duhr

▶                    ▶

Pronunciation keys

# Frequency

*monitor* is one of the 5,000 most common words in modern written English. It is similar in frequency to words like *acceptable*, *burden*, *commission*, *professor*, and *wash*.

It typically occurs about 30 times per million words in modern written English.

Frequency data is computed programmatically, and should be regarded as an estimate.

### Frequency of *monitor*, v., 1810–2010

* Occurrences per million words in written English

Cited in New York v. Admin for Child 26CV172 Decided 3/10/26
Archived on 3/12/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

Historical frequency series are derived from Google Books Ngrams (version 2), a data set based on the Google Books corpus of several million books printed in English between 1500 and 2010.

The overall frequency for a given word is calculated by summing frequencies for the main form of the word, any plural or inflected forms, and any major spelling variations.

For sets of homographs (distinct entries that share the same word-form, e.g. *mole*, n.¹, *mole*, n.², *mole*, n.³, etc.), we have estimated the frequency of each homograph entry as a fraction of the total Ngrams frequency

monitor, v. meanings, etymology and more | Oxford English Dictionary
for the word-form. This may result in inaccuracies.

## Frequency of *monitor, v.*, 2017–2025

\* Occurrences per million words in written English

Modern frequency series are derived from a corpus of 20 billion words, covering the period from 2017 to the present. The corpus is mainly compiled from online news sources, and covers all major varieties of World English.

## Compounds & derived words

Sort by  Date (oldest first)

**unmonitored, adj.**     1837–
Not monitored.

**monitoring, adj.**     1907–
That acts as a monitor (in various senses); that…

**monitoring, n.**     1924–
The action of monitor, v.; overseeing…

**monitored, adj.**     1940–

Cited in New York v. Admin for Child. 26CV172 Decided 3/10/26
Archived on 3/12/26
This document is Protected by copyright.
Further reproduction is prohibited without permission.

3/12/26, 12:09 PM
Case 1:26-cv-00172-VSB    Document 82    Filed 03/16/26    Page 5 of 5
monitor, v. meanings, etymology and more | Oxford English Dictionary

That has been listened to; eavesdropped upon, bugged.

**monitorable, adj.**   1975–

That can be monitored or checked.

| | |
|---|---|
| About OED | How to use the OED |
| Historical Thesaurus | Purchasing |
| Editorial policy | Help with access |
| Updates | World Englishes |
| Institutional account management | Contribute |
| Accessibility | Oxford University Press |
| Contact us | Oxford Languages |
| Upcoming events | Oxford Academic |
| Case studies | Oxford Dictionary of National Biography |
| Media enquiries | |

*Oxford University Press is a department of the University of Oxford. It furthers the University's objective of excellence in research, scholarship, and education by publishing worldwide*

Cookie policy    Privacy policy    AI terms of use    Legal notice

Copyright © 2026 Oxford University Press