## INDEX TO THE ADMINISTRATIVE RECORD DOCUMENTS
## PRODUCED ON April 1, 2026[1]

*State of New York, et. al., v. Administration for Children and Families, et al.*
Case No. 26 Civ. 172 (VSB)

| Number | Document Description | Begin Bates Number | End Bates Number |
|---|---|---|---|
| 1 | Letter dated January 6, 2026, from ACF Assistant Secretary Alex J. Adams to California Governor Gavin Newsom regarding CCDF drawdown restriction | ACF 000001 | ACF 000003 |
| 2 | Letter dated January 6, 2026, from ACF Assistant Secretary Alex J. Adams to California Governor Gavin Newsom regarding SSBG drawdown restriction | ACF 000004 | ACF 000005 |
| 3 | Letter dated January 6, 2026, from ACF Assistant Secretary Alex J. Adams to California Governor Gavin Newsom regarding TANF drawdown restriction | ACF 000006 | ACF 000007 |
| 4 | Letter dated January 6, 2026, from ACF Assistant Secretary Alex J. Adams to Colorado Governor Jared Polis regarding CCDF drawdown restriction | ACF 000008 | ACF 000009 |
| 5 | Letter dated January 6, 2026, from ACF Assistant Secretary Alex J. Adams to Colorado Governor Jared Polis regarding SSBG drawdown restriction | ACF 000010 | ACF 000011 |
| 6 | Letter dated January 6, 2026, from ACF Assistant Secretary Alex J. Adams to Colorado Governor Jared Polis regarding TANF drawdown restriction | ACF 000012 | ACF 000013 |
| 7 | Letter dated January 6, 2026, from ACF Assistant Secretary Alex J. Adam to Illinois Governor JB Pritzker regarding CCDF drawdown restriction | ACF 000014 | ACF 000015 |

---

[1]    This index has been prepared for the convenience of the Court and the parties.  The index is not part of the administrative record.

| 8 | Letter dated January 6, 2026, from ACF Assistant Secretary Alex J. Adams to Illinois Governor JB Pritzker regarding SSBG drawdown restriction | ACF 000016 | ACF 000017 |
|---|---|---|---|
| 9 | Letter dated January 6, 2026, from ACF Assistant Secretary Alex J. Adams to Illinois Governor JB Pritzker regarding TANF drawdown restriction | ACF 000018 | ACF 000019 |
| 10 | Letter dated January 5, 2026, from ACF Assistant Secretary Alex J. Adams to Minnesota Governor Tim Walz regarding CCDF drawdown restriction | ACF 000020 | ACF 000022 |
| 11 | Letter dated January 6, 2026, from ACF Assistant Secretary Alex J. Adams to Minnesota Governor Tim Walz regarding SSBG drawdown restriction | ACF 000023 | ACF 000024 |
| 12 | Letter dated January 6, 2026, from ACF Assistant Secretary Alex J. Adams to Minnesota Governor Tim Walz regarding TANF drawdown restriction | ACF 000025 | ACF 000026 |
| 13 | Letter dated January 6, 2026, from ACF Assistant Secretary Alex J. Adams to New York Governor Kathy Hochul regarding CCDF drawdown restriction | ACF 000027 | ACF 000028 |
| 14 | Letter dated January 6, 2026, from ACF Assistant Secretary Alex J. Adams to New York Governor Kathy Hochul regarding SSBG drawdown restriction | ACF 000029 | ACF 000030 |
| 15 | Letter dated January 6, 2026, from ACF Assistant Secretary Alex J. Adams to New York Governor Kathy Hochul regarding TANF drawdown restriction | ACF 000031 | ACF 000032 |
| 16 | Decision Memorandum dated January 6, 2026, to Secretary Robert F. Kennedy, Jr., concerning CCDF, TANF, and SSBG Temporary Restricted Drawdown for the State of Minnesota | ACF 000033 | ACF 000037 |

| 17 | Minnesota CCDF State Plan, Appendix 1: Lead Agency Implementation Plan for FFY 2025-2027 [Tab A of MN Decision Memo ] | ACF 000038 | ACF 000052 |
|---|---|---|---|
| 18 | Minnesota SSBG Intended Use Plan for FY 2026 [Tab A of MN Decision Memo ] | ACF 000053 | ACF 000087 |
| 19 | Minnesota SSBG Pre-Expenditure Report for FY 2026 [Tab A of MN Decision Memo ] | ACF 000088 | ACF 000110 |
| 20 | Minnesota TANF State Plan for PYS 2024-2027 [Tab A of MN Decision Memo ] | ACF 000111 | ACF 000135 |
| 21 | Letter dated December 4, 2025, from  ACF Assistant Secretary Alex J. Adams to Minnesota Governor Tim Walz regarding TANF fraud reports and data request [Tab A of MN Decision Memo ] | ACF 000136 | ACF 000137 |
| 22 | Letter dated December 12, 2025, from  ACF Assistant Secretary Alex J. Adams to Minnesota Governor Tim Walz regarding SSBG fraud reports and data request [Tab A of MN Decision Memo ] | ACF 000138 | ACF 000139 |
| 23 | Letter dated December 12, 2025, from ACF Assistant Secretary Alex J. Adams to Minnesota Governor Tim Walz regarding CCDF fraud reports and data request [Tab A of MN Decision Memo ] | ACF 000140 | ACF 000141 |
| 24 | Letter dated December 30, 2025, from HHS Deputy Secretary James O'Neill to Minnesota Governor Tim Walz regarding additional CCDF data request [Tab A of MN Decision Memo ] | ACF 000142 | ACF 000144 |
| 25 | Report dated March 13, 2019, of the Minnesota Office of the Legislative Auditor titled, "Child Care Asssistance Program: Assessment of Fraud Allegations" | ACF 000145 | ACF 000208 |

| | | | |
|---|---|---|---|
| 26 | Report dated May 2025, of the HHS Office of Inspector General titled "Minnesota Could Better Ensure That Childcare Assistance Providers Comply With Attendance Requirements" (A-05-24-00001) | ACF 000209 | ACF 000228 |
| 27 | Decision Memorandum dated January 6, 2026, to Secretary Robert F. Kennedy, Jr., concerning CCDF, TANF, and SSBG Temporary Restricted Drawdown for the States of California, Colorado, Illinois, and New York | ACF 000229 | ACF 000232 |
| 28 | Reports of various dates of Child Care Fraud and Fraud Indicators Reported by the California Department of Education [Tab A of Other States Decision Memo] | ACF 000233 | ACF 000246 |
| 29 | Press Release dated March 13, 2025 from the San Francisco District Attorney titled, "Woman and City Employee Charged in Connection to Section 8 and Childcare Fraud Scheme" [Tab A of Other States Decision Memo] | ACF 000247 | ACF 000249 |
| 30 | California Senate Bill No. 54, approved by Governor October 5, 2017, "An Act to amend Sections 7282 and 7282.5 of, and to add Chapter 17.25 (commencing with Section 7284) to Division 7 of Title 1 of, the Government Code, and to repeal Section 11369 of the Health and Safety Code, relating to law enforcement." [Tab A of Other States Decision Memo] | ACF 000250 | ACF 000257 |
| 31 | California SSBG Pre-Expenditure Report for FY 2026 [Tab A of Other States Decision Memo] | ACF 000258 | ACF 000272 |
| 32 | California SSBG Intended Use Plan for FY 2026 [Tab A of Other States Decision Memo] | ACF 000273 | ACF 000283 |
| 33 | California TANF State Plan effective October 1, 2022 [Tab A of Other States Decision Memo] | ACF 000284 | ACF 000318 |

| 34 | Letter dated July 18, 2024, from Julie L. Siegel, Director, Division of State TANF Policy, ACF Office of Family Assistance, to Kim Johnson, Director of California Department of Social Services regarding TANF state plan [Tab A of Other States Decision Memo] | ACF 000319 | ACF 000319 |
|---|---|---|---|
| 35 | California CCDF State Plan, Appendix 1: Lead Agency Implementation Plan for FFY 2025-2027 [Tab A of Other States Decision Memo] [Note: This version is from the OCC website (https://acf.gov/occ/form/approved-ccdf-plans-fy-2025-2027) and does not contain any of California's responses] | ACF 000320 | ACF 000339 |
| 36 | California CCDF State Plan, Appendix 1: Lead Agency Implementation Plan for FFY 2025-2027 [Tab A of Other States Decision Memo] [Note: This version contains California's responses.] | ACF 000340 | ACF 000370 |
| 37 | Letter dated August 22, 2024, from Ann C. Flagg, Director of the ACF Office of Family Assistance to Colorado Governor Jard Polis regarding TANF state plan [Tab B of Other States Decision Memo] | ACF 000371 | ACF 000372 |
| 38 | Colorado TANF State Plan for PYS 2024-2027 [Tab B of Other States Decision Memo] | ACF 000373 | ACF 000397 |
| 39 | Colorado SSBG Pre-Expenditure Report for FY 2026 [Tab B of Other States Decision Memo] | ACF 000398 | ACF 000404 |
| 40 | Colorado SSBG Intended Use Plan for FY 2026 [Tab B of Other States Decision Memo] | ACF 000405 | ACF 000439 |
| 41 | Colorado CCDF State Plan, Appendix 1: Lead Agency Implementation Plan for FFY 2025-2027 [Tab B of Other States Decision Memo] | ACF 000440 | ACF 000447 |
| 42 | Illinois SSBG Pre-Expenditure Report for FY 2026 [Tab C of Other States Decision Memo] | ACF 000448 | ACF 000452 |

| 43 | Illinois SSBG Intended Use Plan for FY 2026 [Tab C of Other States Decision Memo] | ACF 000453 | ACF 000508 |
|----|----|----|----|
| 44 | Press Release dated April 8, 2024 from the U.S. Attorney's Office for the Northern District of Illinois titled, "Owner of Chicago-Area Child Care Centers Sentenced to Four Years in Prison for Fraudulently Obtaining More Than $3.3 Million in State Subsidies" [Tab C of Other States Decision Memo] | ACF 000509 | ACF 000512 |
| 45 | Press Release dated October 13, 2020 from the U.S. Attorney's Office for the Central District of Illinois titled, "Four Chicago Women Indicted for Allegedly Defrauding Child Care Subsidy Program of More Than $1 Million" [Tab C of Other States Decision Memo] | ACF 000513 | ACF 000517 |
| 46 | Press Release dated August 17, 2023 from the U.S. Attorney's Office for the Northern District of Illinois titled, "Former Illinois Department of Children and Family Services Employee and 14 Others Charged in $3.2 Million Fraud Scheme" [Tab C of Other States Decision Memo] | ACF 000518 | ACF 000521 |
| 47 | 5 ILCS 805, Illinois TRUST Act, P.A. 100-463, effective 8-28-17  [Tab C of Other States Decision Memo] | ACF 000522 | ACF 000524 |
| 48 | Illinois TANF State Plan effective January 1, 2023 - June 30, 2025 [Tab C of Other States Decision Memo] | ACF 000525 | ACF 000574 |
| 49 | Letter dated August 15, 2024, from Julie L. Siegel, Director, Division of State TANF Policy, ACF Office of Family Assistance, to Terri Kulhan, Bureau Chief, Illinois Department of Human Services regarding TANF state plan [Tab C of Other States Decision Memo] | ACF 000575 | ACF 000575 |

| 50 | Illinois CCDF State Plan, Appendix 1: Lead Agency Implementation Plan for FFY 2025-2027 [Tab C of Other States Decision Memo] | ACF 000576 | ACF 000602 |
|---|---|---|---|
| 51 | Amendment to New York Executive Order 170 - State Policy Concerning Immigrant Access to State Services and Buildings, dated April 25, 2018 [Tab D of Other States Decision Memo] | ACF 000603 | ACF 000604 |
| 52 | Continuation of New York Executive Order 170, dated January 16, 2025 [Tab D of Other States Decision Memo] | ACF 000605 | ACF 000608 |
| 53 | Press Release dated January 11, 2023, from the U.S. Attorney's Office for the Southern District of New York titled, "Five Defendants Arrested for Stealing Millions From Government-Funded Childcare Programs For Low Income Families" [Tab D of Other States Decision Memo] | ACF 000609 | ACF 000615 |
| 54 | New York SSBG Pre-Expenditure Report for FY 2026 [Tab D of Other States Decision Memo] | ACF 000616 | ACF 000621 |
| 55 | Letter dated May 15, 2024, from Julie L. Siegel, Director, Division of State TANF Policy, ACF Office of Family Assistance, to Barbara C. Guinn, Acting Commissioner of New York State Office of Temporary and Disability Assistance regarding TANF state plan [Tab D of Other States Decision Memo] | ACF 000622 | ACF 000622 |
| 56 | New York TANF State Plan effective January 1, 2024 [Tab D of Other States Decision Memo] | ACF 000623 | ACF 000729 |
| 57 | New York CCDF State Plan, Appendix 1: Lead Agency Implementation Plan for FFY 2025-2027 [Tab D of Other States Decision Memo] | ACF 000730 | ACF 000736 |

| 58 | "I Investigated Minnesota's Billion Dollar Fraud Scandal," video by Nick Shirley, uploaded to YouTube.com on December 26, 2025, available at https://youtu.be/r8AulCA1aOQ?si=RLDksGI-F1KjmgNd. | ACF 000737 | ACF 000737 |
|----|----|----|----|



**ADMINISTRATION FOR**
# CHILDREN & FAMILIES

**Office of the Assistant Secretary** | 330 C Street, S.W., Suite 4034
Washington, DC 20201 | www.acf.gov

January 6, 2026

Governor Gavin Newsom
Office of the Governor
1021 O Street, Suite 9000
Sacramento, CA 95814

Dear Governor Newsom,

The Trump Administration has made clear its commitment to rooting out fraud, protecting taxpayer dollars, and ensuring program integrity across all federal benefit programs. The Administration for Children and Families (ACF) is concerned by the potential for extensive and systemic fraud in California Child Care and Development Fund (CCDF) services that rely on federal funding. These concerns have been heightened by recent federal prosecutions and additional allegations that substantial portions of federal resources were fraudulently diverted away from the American families they were intended to assist. Additionally, ACF has reason to believe that the State of California is illicitly providing illegal aliens with CCDF benefits intended for American citizens and lawful permanent residents.

ACF will be conducting a thorough review of the State's use of funding for compliance and alignment with statutory requirements.  ACF is placing the State on temporarily restricted drawdown of CCDF funds until additional fiscal accountability requirements are implemented and necessary information is provided for ACF to complete its review.

Specifically, to facilitate a timely review, ACF requests that the State of California immediately begin implementing additional fiscal accountability requirements to improve compliance with relevant statutes and program regulations.  For the CCDF program, the State must always have sufficient fiscal controls and accounting procedures to establish that funds have not been used in violation of the Child Care and Development Block Grant (CCDBG) Act of 1990, as amended (42 U.S.C. §§ 9857 *et seq.*), and the CCDF regulations at 45 C.F.R. Part 98.  45 C.F.R. § 98.67(c)(2).  Enhancements of fiscal accountability requirements are clearly necessary to mitigate fraudulent activity.  These additional fiscal accountability requirements now requested by ACF must include submission of verified attendance documentation for subsidized child care services to the State prior to further draw down of federal CCDF funding through the Payment Management System (PMS).  This verified attendance documentation must, at least, establish: (1) actual units of service delivered (e.g., days, hours, or other units consistent with the Lead Agency's approved payment practices); and (2) contemporaneous payment information maintained by the provider or State.  The State must ensure this verified

ACF 000001

attendance documentation is sufficient for ACF to determine that the drawdown amount is reasonable, allowable, and allocable.

Until ACF determines that the State has established and implemented these and other internal controls sufficient to ensure that all future drawdown requests are supported by reliable, non-identifiable attendance documentation, the State must report this verified attendance information to ACF in an aggregated, non-identifiable format prior to further drawing down CCDF funding. This information will facilitate ACF's review of the State's compliance with the CCDF program, grant terms, and federal law.

To maintain strong protections for every child involved, the State must aggregate or otherwise de-identify such verifiable attendance documentation so that no personally identifiable information (PII) or identifiable child-level data is disclosed, consistent with the confidentiality protections required under the CCDBG Act. Such information and data include the names of children or parents, Social Security numbers, dates of birth, addresses, and any other information that directly identifies an individual child or family.

CCDF funds shall be temporarily placed on restricted drawdown until these additional fiscal accountability requirements are implemented. ACF must be able to determine that the attendance documentation submitted adequately supports the amount requested, demonstrates that services were delivered to eligible children consistent with the CCDBG Act, and meets all applicable federal fiscal control and accounting requirements.

My staff will coordinate directly with the appropriate state officials to establish a secure reporting method and confirm technical specifications.

The State of California will be placed on this temporary restricted drawdown for all CCDF funds provided by ACF until further notice, pending successful and satisfactory review of the requested information. These additional fiscal accountability requirements may help avoid delayed drawdowns, disallowances, or other corrective actions necessary to further mitigate fraud in the CCDF program.

Thank you for your attention to this critical matter. Please contact my office with any questions or to arrange next steps.

Sincerely,

Alex J. Adams
Assistant Secretary
Administration for Children and Families
U.S. Department of Health and Human Services

CC: Kim Johnson, Secretary, California Health & Human Services Agency
Jennifer Troia, Director, California Department of Social Services
Lupe Jaime-Mileham, of Fresno, Deputy Director, Child Care and Development Division



ADMINISTRATION FOR
**CHILDREN & FAMILIES**
Office of the Assistant Secretary | 330 C Street, S.W., Suite 4034
Washington, DC 20201 | www.acf.gov

January 6, 2026

Governor Gavin Newsom
Office of the Governor
1021 O Street, Suite 9000
Sacramento, CA 95814

Dear Governor Newsom,

The Trump Administration has made clear its commitment to rooting out fraud, protecting taxpayer dollars, and ensuring program integrity across all federal benefit programs. The Administration for Children and Families (ACF) is concerned by the potential for extensive and systemic fraud in Social Services Block Grant (SSBG) programs that rely on federal funding. These concerns have been heightened by recent federal prosecutions and additional allegations that substantial portions of federal resources were fraudulently diverted away from the American families they were intended to assist. Additionally, ACF has reason to believe that the State of California is illicitly providing illegal aliens with SSBG benefits intended for American citizens and lawful permanent residents.

ACF will be conducting a thorough review of the State's use of funding. As a result, ACF is notifying your office that the State is not authorized to further draw down SSBG funding without complying with the terms of a temporary restricted draw down until this review is complete.

To aid ACF in a timely review, I am requesting that the State of California provide the complete universe of SSBG administrative data that exist and are in the state's possession for all grantees, their recipients and subrecipients, for all available years and at least 2022 through 2025. This includes recipient name, address, Social Security Number (if collected), date of birth, A-number (as applicable), and any state identification numbers used for program administration. This information is necessary for ACF to conduct a thorough review of program operations and to assess the extent of any irregularities that may have occurred.

ACF also requests documentation demonstrating that the State of California has verified the eligibility, where applicable, of all recipients and subrecipients of SSBG-funded entities in accordance with the requirements of the Personal Responsibility and Work Opportunity Reconciliation Act, 8 U.S.C. §1611, which limits the eligibility of federal public benefits to United States citizens and qualified aliens. This documentation should include the policies, procedures, system controls, and verification records used by Minnesota to confirm citizenship or qualified alien status during the application and recertification processes.

ACF 000004

ACF is requesting a comprehensive list of all organizations, subcontractors, service providers, local agencies, community groups, and any other entities that received SSBG funds from the State of California, directly or indirectly, during the period from 2019 through 2025. For each organization, to the extent the information exists and is in the state's possession, I request the amount of SSBG funding provided, the purpose for which the funds were awarded, and documentation describing the state's oversight mechanisms, monitoring activities, and verification processes used to ensure proper use of SSBG dollars.

I request that this information be transmitted to ACF by January 20, 2026. My staff will coordinate directly with the appropriate state officials to establish a secure transfer method and confirm technical specifications.

The State of California will be placed on a temporary restricted drawdown for all SSBG funds provided by ACF until further notice, pending successful and satisfactory review of the requested information.

Thank you for your attention to this critical matter. Please contact my office with any questions or to arrange next steps.

Sincerely,

Alex J. Adams
Assistant Secretary
Administration for Children and Families
U.S. Department of Health and Human Services


CC: Kim Johnson, Secretary, California Health & Human Services Agency
Jennifer Troia, Director, California Department of Social Services

ACF 000005



**ADMINISTRATION FOR**
**CHILDREN & FAMILIES**
**Office of the Assistant Secretary** | 330 C Street, S.W., Suite 4034
Washington, DC 20201 | www.acf.gov

January 6, 2026

Governor Gavin Newsom
Office of the Governor
1021 O Street, Suite 9000
Sacramento, CA 95814

Dear Governor Newsom,

The Trump Administration has made clear its commitment to rooting out fraud, protecting taxpayer dollars, and ensuring program integrity across all federal benefit programs. The Administration for Children and Families (ACF) is concerned by the potential for extensive and systemic fraud in Temporary Assistance for Needy Families (TANF) services that rely on federal funding. These concerns have been heightened by recent federal prosecutions and additional allegations that substantial portions of federal resources were fraudulently diverted away from the American families they were intended to assist. Additionally, ACF has reason to believe that the State of California is illicitly providing illegal aliens with TANF benefits intended for American citizens and lawful permanent residents.

Effective today, ACF is reviewing California's TANF State Plan for completeness and for program compliance with applicable laws. As a result, ACF is placing the state TANF program on a restricted drawdown in accordance with 2 C.F.R. § 200.339.

To aid ACF in a timely review, I am requesting that the State of California provide the complete universe of TANF administrative data that exist and are in the state's possession for all recipients for all available years, and at least 2022 to 2025. This includes recipient name, address, Social Security Number (if collected), date of birth, A-number (as applicable), and any state identification numbers used for program administration. This information, requested pursuant to 45 C.F.R. § 98.90, is necessary for ACF to conduct a thorough review of program operations and to assess the extent of any irregularities that may have occurred.

ACF also requests documentation demonstrating that the State of California has verified the eligibility of all TANF applicants and recipients in accordance with the requirements of the Personal Responsibility and Work Opportunity Reconciliation Act, 8 U.S.C. § 1611, which limits TANF eligibility to United States citizens and qualified aliens. This documentation should include the policies, procedures, system controls, and verification records used by California to confirm citizenship or qualified alien status during the application and recertification processes.

ACF 000006

In addition to individual-level recipient data, ACF is requesting a comprehensive list of all organizations, subcontractors, service providers, local agencies, community groups, and any other entities that received TANF funds from the State of California, directly or indirectly, during the period from 2019 through 2025. For each organization, to the extent the information exists and is in the state's possession, I request the amount of TANF funding provided, the purpose for which the funds were awarded, and documentation describing the State's oversight mechanisms, monitoring activities, and verification processes used to ensure proper use of TANF dollars.

I request that this information be transmitted to ACF by January 20, 2026. My staff will coordinate directly with the appropriate state officials to establish a secure transfer method and confirm technical specifications.

The State of California is placed on a temporary restricted drawdown for all TANF funds provided by ACF until further notice, pending review of the state's current TANF plan for completeness and ACF confirming compliance with applicable laws.

Thank you for your attention to this critical matter. Please contact my office with any questions or to arrange next steps.

Sincerely,

Alex J. Adams
Assistant Secretary
Administration for Children and Families
U.S. Department of Health and Human Services


CC: Kim Johnson, Secretary, California Health & Human Services Agency
Jennifer Troia, Director, California Department of Social Services

ACF 000007



Office of the Assistant Secretary | 330 C Street, S.W., Suite 4034
Washington, DC 20201 | www.acf.gov

January 6, 2026

Governor Jared Polis
Office of the Governor
State Capitol Building
200 E. Colfax Ave., Rm. 136
Denver, CO 80203

Dear Governor Polis,

The Trump Administration has made clear its commitment to rooting out fraud, protecting taxpayer dollars, and ensuring program integrity across all federal benefit programs. The Administration for Children and Families (ACF) is concerned by the potential for extensive and systemic fraud in Colorado Child Care and Development Fund (CCDF) services that rely on federal funding. These concerns have been heightened by recent federal prosecutions and additional allegations that substantial portions of federal resources were fraudulently diverted away from the American families they were intended to assist. Additionally, ACF has reason to believe that the State of Colorado is illicitly providing illegal aliens with CCDF benefits intended for American citizens and lawful permanent residents.

ACF will be conducting a thorough review of the State's use of funding for compliance and alignment with statutory requirements. ACF is placing the State on temporarily restricted drawdown of CCDF funds until additional fiscal accountability requirements are implemented and necessary information is provided for ACF to complete its review.

Specifically, to facilitate a timely review, ACF requests that the State of Colorado immediately begin implementing additional fiscal accountability requirements to improve compliance with relevant statutes and program regulations. For the CCDF program, the State must always have sufficient fiscal controls and accounting procedures to establish that funds have not been used in violation of the Child Care and Development Block Grant (CCDBG) Act of 1990, as amended (42 U.S.C. §§ 9857 *et seq.*), and the CCDF regulations at 45 C.F.R. Part 98. 45 C.F.R. § 98.67(c)(2). Enhancements of fiscal accountability requirements are clearly necessary to mitigate fraudulent activity. These additional fiscal accountability requirements now requested by ACF must include submission of verified attendance documentation for subsidized child care services to the State prior to further draw down of federal CCDF funding through the Payment Management System (PMS). This verified attendance documentation must, at least, establish: (1) actual units of service delivered (e.g., days, hours, or other units consistent with the Lead Agency's approved payment practices); and (2) contemporaneous payment information maintained by the provider or State. The State must ensure this verified

ACF 000008

attendance documentation is sufficient for ACF to determine that the drawdown amount is reasonable, allowable, and allocable.

Until ACF determines that the State has established and implemented these and other internal controls sufficient to ensure that all future drawdown requests are supported by reliable, non-identifiable attendance documentation, the State must report this verified attendance information to ACF in an aggregated, non-identifiable format prior to further drawing down CCDF funding.  This information will facilitate ACF's review of the State's compliance with the CCDF program, grant terms, and federal law.

To maintain strong protections for every child involved, the State must aggregate or otherwise de-identify such verifiable attendance documentation so that no personally identifiable information (PII) or identifiable child-level data is disclosed, consistent with the confidentiality protections required under the CCDBG Act.  Such information and data include the names of children or parents, Social Security numbers, dates of birth, addresses, and any other information that directly identifies an individual child or family.

CCDF funds shall be temporarily placed on restricted drawdown until these additional fiscal accountability requirements are implemented.  ACF must be able to determine that the attendance documentation submitted adequately supports the amount requested, demonstrates that services were delivered to eligible children consistent with the CCDBG Act, and meets all applicable federal fiscal control and accounting requirements.

My staff will coordinate directly with the appropriate state officials to establish a secure reporting method and confirm technical specifications.

The State of Colorado will be placed on this temporary restricted drawdown for all CCDF funds provided by ACF until further notice, pending successful and satisfactory review of the requested information.  These additional fiscal accountability requirements may help avoid delayed drawdowns, disallowances, or other corrective actions necessary to further mitigate fraud in the CCDF program.

Thank you for your attention to this critical matter. Please contact my office with any questions or to arrange next steps.

Sincerely,

Alex J. Adams
Assistant Secretary
Administration for Children and Families
U.S. Department of Health and Human Services

CC: Lisa Roy, Executive Director, Colorado Department of Early Childhood



ADMINISTRATION FOR
**CHILDREN & FAMILIES**
**Office of the Assistant Secretary** | 330 C Street, S.W., Suite 4034
Washington, DC 20201 | www.acf.gov

January 6, 2026

Governor Jared Polis
Office of the Governor
State Capitol Building
200 E. Colfax Ave., Rm. 136
Denver, CO 80203

Dear Governor Polis,

The Trump Administration has made clear its commitment to rooting out fraud, protecting taxpayer dollars, and ensuring program integrity across all federal benefit programs. The Administration for Children and Families (ACF) is concerned by the potential for extensive and systemic fraud in Social Services Block Grant (SSBG) programs that rely on federal funding. These concerns have been heightened by recent federal prosecutions and additional allegations that substantial portions of federal resources were fraudulently diverted away from the American families they were intended to assist. Additionally, ACF has reason to believe that the State of Colorado is illicitly providing illegal aliens with SSBG benefits intended for American citizens and lawful permanent residents.

ACF will be conducting a thorough review of the State's use of funding.  As a result, ACF is notifying your office that the State is not authorized to further draw down SSBG without complying with the terms of a temporary restricted draw down until this review is complete.

To aid ACF in a timely review, I am requesting that the State of Colorado provide the complete universe of SSBG administrative data that exist and are in the state's possession for all grantees, their recipients and subrecipients, for all available years and at least 2022 through 2025. This includes recipient name, address, Social Security Number (if collected), date of birth, A-number (as applicable), and any state identification numbers used for program administration. This information is necessary for ACF to conduct a thorough review of program operations and to assess the extent of any irregularities that may have occurred.

ACF also requests documentation demonstrating that the State of Colorado has verified the eligibility, where applicable, of all recipients and subrecipients of SSBG-funded entities in accordance with the requirements of the Personal Responsibility and Work Opportunity Reconciliation Act, 8 U.S.C. §1611, which limits the eligibility of federal public benefits to United States citizens and qualified aliens. This documentation should include the policies,

procedures, system controls, and verification records used by Minnesota to confirm citizenship or qualified alien status during the application and recertification processes.

ACF is requesting a comprehensive list of all organizations, subcontractors, service providers, local agencies, community groups, and any other entities that received SSBG funds from the State of Colorado, directly or indirectly, during the period from 2019 through 2025. For each organization, to the extent the information exists and is in the state's possession, I request the amount of SSBG funding provided, the purpose for which the funds were awarded, and documentation describing the state's oversight mechanisms, monitoring activities, and verification processes used to ensure proper use of SSBG dollars.

I request that this information be transmitted to ACF by January 20, 2026. My staff will coordinate directly with the appropriate state officials to establish a secure transfer method and confirm technical specifications.

The State of Colorado will be placed on a temporary restricted drawdown for all SSBG funds provided by ACF until further notice, pending successful and satisfactory review of the requested information.

Thank you for your attention to this critical matter. Please contact my office with any questions or to arrange next steps.

Sincerely,

Alex J. Adams
Assistant Secretary
Administration for Children and Families
U.S. Department of Health and Human Services


CC: Marie De Cambra, Executive Director, Colorado Department of Local Affairs



Office of the Assistant Secretary | 330 C Street, S.W., Suite 4034
Washington, DC 20201 | www.acf.gov

January 6, 2026

Governor Jared Polis
Office of the Governor
State Capitol Building
200 E. Colfax Ave., Rm. 136
Denver, CO 80203

Dear Governor Polis,

The Trump Administration has made clear its commitment to rooting out fraud, protecting taxpayer dollars, and ensuring program integrity across all federal benefit programs. The Administration for Children and Families (ACF) is concerned by the potential for extensive and systemic fraud in Temporary Assistance for Needy Families (TANF) services that rely on federal funding. These concerns have been heightened by recent federal prosecutions and additional allegations that substantial portions of federal resources were fraudulently diverted away from the American families they were intended to assist. Additionally, ACF has reason to believe that the State of Colorado is illicitly providing illegal aliens with TANF benefits intended for American citizens and lawful permanent residents.

Effective today, ACF is reviewing Colorado's TANF State Plan for completeness and for program compliance with applicable laws. As a result, ACF is placing the state TANF program on a restricted drawdown in accordance with 2 C.F.R. § 200.339.

To aid ACF in a timely review, I am requesting that the State of Colorado provide the complete universe of TANF administrative data that exist and are in the state's possession for all recipients for all available years, and at least 2022 to 2025. This includes recipient name, address, Social Security Number (if collected), date of birth, A-number (as applicable), and any state identification numbers used for program administration. This information, requested pursuant to 45 C.F.R. § 98.90, is necessary for ACF to conduct a thorough review of program operations and to assess the extent of any irregularities that may have occurred.

ACF also requests documentation demonstrating that the State of Colorado has verified the eligibility of all TANF applicants and recipients in accordance with the requirements of the Personal Responsibility and Work Opportunity Reconciliation Act, 8 U.S.C. § 1611, which limits TANF eligibility to United States citizens and qualified aliens. This documentation should include the policies, procedures, system controls, and verification records used by Colorado to confirm citizenship or qualified alien status during the application and recertification processes.

ACF 000012

In addition to individual-level recipient data, ACF is requesting a comprehensive list of all organizations, subcontractors, service providers, local agencies, community groups, and any other entities that received TANF funds from the State of Colorado, directly or indirectly, during the period from 2019 through 2025. For each organization, to the extent the information exists and is in the state's possession, I request the amount of TANF funding provided, the purpose for which the funds were awarded, and documentation describing the State's oversight mechanisms, monitoring activities, and verification processes used to ensure proper use of TANF dollars.

I request that this information be transmitted to ACF by January 20, 2026. My staff will coordinate directly with the appropriate state officials to establish a secure transfer method and confirm technical specifications.

The State of Colorado is placed on a temporary restricted drawdown for all TANF funds provided by ACF until further notice, pending review of the state's current TANF plan for completeness and ACF confirming compliance with applicable laws.

Thank you for your attention to this critical matter. Please contact my office with any questions or to arrange next steps.

Sincerely,

Alex J. Adams
Assistant Secretary
Administration for Children and Families
U.S. Department of Health and Human Services


CC: Michelle Barnes, Executive Director, Colorado Department of Human Services
Ian McMahon, Director, Division of Economic and Workforce Support



Office of the Assistant Secretary | 330 C Street, S.W., Suite 4034
Washington, DC 20201 | www.acf.gov

January 6, 2026

Governor JB Pritzker
Office of the Governor
401 S. Spring St.
Springfield, IL 62704

Dear Governor Pritzker,

The Trump Administration has made clear its commitment to rooting out fraud, protecting taxpayer dollars, and ensuring program integrity across all federal benefit programs. The Administration for Children and Families (ACF) is concerned by the potential for extensive and systemic fraud in Illinois Child Care and Development Fund (CCDF) services that rely on federal funding. These concerns have been heightened by recent federal prosecutions and additional allegations that substantial portions of federal resources were fraudulently diverted away from the American families they were intended to assist. Additionally, ACF has reason to believe that the State of Illinois is illicitly providing illegal aliens with CCDF benefits intended for American citizens and lawful permanent residents.

ACF will be conducting a thorough review of the State's use of funding for compliance and alignment with statutory requirements.  ACF is placing the State on temporarily restricted drawdown of CCDF funds until additional fiscal accountability requirements are implemented and necessary information is provided for ACF to complete its review.

Specifically, to facilitate a timely review, ACF requests that the State of Illinois immediately begin implementing additional fiscal accountability requirements to improve compliance with relevant statutes and program regulations.  For the CCDF program, the State must always have sufficient fiscal controls and accounting procedures to establish that funds have not been used in violation of the Child Care and Development Block Grant (CCDBG) Act of 1990, as amended (42 U.S.C. §§ 9857 *et seq.*), and the CCDF regulations at 45 C.F.R. Part 98.  45 C.F.R. § 98.67(c)(2).  Enhancements of fiscal accountability requirements are clearly necessary to mitigate fraudulent activity.  These additional fiscal accountability requirements now requested by ACF must include submission of verified attendance documentation for subsidized child care services to the State prior to further draw down of federal CCDF funding through the Payment Management System (PMS).  This verified attendance documentation must, at least, establish: (1) actual units of service delivered (e.g., days, hours, or other units consistent with the Lead Agency's approved payment practices); and (2) contemporaneous payment information maintained by the provider or State.  The State must ensure this verified attendance documentation is sufficient for ACF to determine that the drawdown amount is reasonable, allowable, and allocable.

ACF 000014

Until ACF determines that the State has established and implemented these and other internal controls sufficient to ensure that all future drawdown requests are supported by reliable, non-identifiable attendance documentation, the State must report this verified attendance information to ACF in an aggregated, non-identifiable format prior to further drawing down CCDF funding. This information will facilitate ACF's review of the State's compliance with the CCDF program, grant terms, and federal law.

To maintain strong protections for every child involved, the State must aggregate or otherwise de-identify such verifiable attendance documentation so that no personally identifiable information (PII) or identifiable child-level data is disclosed, consistent with the confidentiality protections required under the CCDBG Act. Such information and data include the names of children or parents, Social Security numbers, dates of birth, addresses, and any other information that directly identifies an individual child or family.

CCDF funds shall be temporarily placed on restricted drawdown until these additional fiscal accountability requirements are implemented. ACF must be able to determine that the attendance documentation submitted adequately supports the amount requested, demonstrates that services were delivered to eligible children consistent with the CCDBG Act, and meets all applicable federal fiscal control and accounting requirements.

My staff will coordinate directly with the appropriate state officials to establish a secure reporting method and confirm technical specifications.

The State of Illinois will be placed on this temporary restricted drawdown for all CCDF funds provided by ACF until further notice, pending successful and satisfactory review of the requested information. These additional fiscal accountability requirements may help avoid delayed drawdowns, disallowances, or other corrective actions necessary to further mitigate fraud in the CCDF program.

Thank you for your attention to this critical matter. Please contact my office with any questions or to arrange next steps.

Sincerely,

Alex J. Adams
Assistant Secretary
Administration for Children and Families
U.S. Department of Health and Human Services

CC: Grace B. Hou, Secretary, Illinois Department of Human Services
Bethany Patten, Associate Director, Office of Early Childhood.

ACF 000015



Office of the Assistant Secretary | 330 C Street, S.W., Suite 4034
Washington, DC 20201 | www.acf.gov

January 6, 2026

Governor JB Pritzker
Office of the Governor
401 S. Spring St.
Springfield, IL 62704

Dear Governor Pritzker,

The Trump Administration has made clear its commitment to rooting out fraud, protecting taxpayer dollars, and ensuring program integrity across all federal benefit programs. The Administration for Children and Families (ACF) is concerned by the potential for extensive and systemic fraud in Social Services Block Grant (SSBG) programs that rely on federal funding. These concerns have been heightened by recent federal prosecutions and additional allegations that substantial portions of federal resources were fraudulently diverted away from the American families they were intended to assist. Additionally, ACF has reason to believe that the State of Illinois is illicitly providing illegal aliens with SSBG benefits intended for American citizens and lawful permanent residents.

ACF will be conducting a thorough review of the State's use of funding. As a result, ACF is notifying your office that the State is not authorized to further draw down SSBG without complying with the terms of a temporary restricted draw down until this review is complete.

To aid ACF in a timely review, I am requesting that the State of Illinois provide the complete universe of SSBG administrative data that exist and are in the state's possession for all grantees, their recipients and subrecipients, for all available years and at least 2022 through 2025. This includes recipient name, address, Social Security Number (if collected), date of birth, A-number (as applicable), and any state identification numbers used for program administration. This information is necessary for ACF to conduct a thorough review of program operations and to assess the extent of any irregularities that may have occurred.

ACF also requests documentation demonstrating that the State of Illinois has verified the eligibility, where applicable, of all recipients and subrecipients of SSBG-funded entities in accordance with the requirements of the Personal Responsibility and Work Opportunity Reconciliation Act, 8 U.S.C. §1611, which limits the eligibility of federal public benefits to United States citizens and qualified aliens. This documentation should include the policies, procedures, system controls, and verification records used by Minnesota to confirm citizenship or qualified alien status during the application and recertification processes.

ACF 000016

ACF is requesting a comprehensive list of all organizations, subcontractors, service providers, local agencies, community groups, and any other entities that received SSBG funds from the State of Illinois, directly or indirectly, during the period from 2019 through 2025. For each organization, to the extent the information exists and is in the state's possession, I request the amount of SSBG funding provided, the purpose for which the funds were awarded, and documentation describing the state's oversight mechanisms, monitoring activities, and verification processes used to ensure proper use of SSBG dollars.

I request that this information be transmitted to ACF by January 20, 2026. My staff will coordinate directly with the appropriate state officials to establish a secure transfer method and confirm technical specifications.

The State of Illinois will be placed on a temporary restricted drawdown for all SSBG funds provided by ACF until further notice, pending successful and satisfactory review of the requested information.

Thank you for your attention to this critical matter. Please contact my office with any questions or to arrange next steps.

Sincerely,

Alex J. Adams
Assistant Secretary
Administration for Children and Families
U.S. Department of Health and Human Services


CC: Grace B. Hou, Secretary, Illinois Department of Human Services

ACF 000017



Office of the Assistant Secretary | 330 C Street, S.W., Suite 4034
Washington, DC 20201 | www.acf.gov

January 6, 2026

Governor JB Pritzker
Office of the Governor
401 S. Spring St.
Springfield, IL 62704

Dear Governor Pritzker,

The Trump Administration has made clear its commitment to rooting out fraud, protecting taxpayer dollars, and ensuring program integrity across all federal benefit programs. The Administration for Children and Families (ACF) is concerned by the potential for extensive and systemic fraud in Temporary Assistance for Needy Families (TANF) services that rely on federal funding. These concerns have been heightened by recent federal prosecutions and additional allegations that substantial portions of federal resources were fraudulently diverted away from the American families they were intended to assist. Additionally, ACF has reason to believe that the State of Illinois is illicitly providing illegal aliens with TANF benefits intended for American citizens and lawful permanent residents.

Effective today, ACF is reviewing Illinois's TANF State Plan for completeness and for program compliance with applicable laws. As a result,  ACF is placing the state TANF program on a restricted drawdown in accordance with 2 C.F.R. § 200.339.

To aid ACF in a timely review, I am requesting that the State of Illinois provide the complete universe of TANF administrative data that exist and are in the state's possession for all recipients for all available years, and at least 2022 to 2025. This includes recipient name, address, Social Security Number (if collected), date of birth, A-number (as applicable), and any state identification numbers used for program administration. This information, requested pursuant to 45 C.F.R. § 98.90, is necessary for ACF to conduct a thorough review of program operations and to assess the extent of any irregularities that may have occurred.

ACF also requests documentation demonstrating that the State of Illinois has verified the eligibility of all TANF applicants and recipients in accordance with the requirements of the Personal Responsibility and Work Opportunity Reconciliation Act, 8 U.S.C. § 1611, which limits TANF eligibility to United States citizens and qualified aliens. This documentation should include the policies, procedures, system controls, and verification records used by Illinois to confirm citizenship or qualified alien status during the application and recertification processes.

ACF 000018

In addition to individual-level recipient data, ACF is requesting a comprehensive list of all organizations, subcontractors, service providers, local agencies, community groups, and any other entities that received TANF funds from the State of Illinois, directly or indirectly, during the period from 2019 through 2025. For each organization, to the extent the information exists and is in the state's possession, I request the amount of TANF funding provided, the purpose for which the funds were awarded, and documentation describing the State's oversight mechanisms, monitoring activities, and verification processes used to ensure proper use of TANF dollars.

I request that this information be transmitted to ACF by January 20, 2026. My staff will coordinate directly with the appropriate state officials to establish a secure transfer method and confirm technical specifications.

The State of Illinois is placed on a temporary restricted drawdown for all TANF funds provided by ACF until further notice, pending review of the state's current TANF plan for completeness and ACF confirming compliance with applicable laws.

Thank you for your attention to this critical matter. Please contact my office with any questions or to arrange next steps.

Sincerely,

Alex J. Adams
Assistant Secretary
Administration for Children and Families
U.S. Department of Health and Human Services


CC: Grace B. Hou, Secretary, Illinois Department of Human Services
Elizabeth M. Whitehorn, Director, Illinois Department of Health and Families Services

ACF 000019



**ADMINISTRATION FOR CHILDREN & FAMILIES**

Office of the Assistant Secretary | 330 C Street, S.W., Suite 4034
Washington, DC 20201 | www.acf.gov

January 5, 2025

The Honorable Tim Walz
Governor
State of Minnesota
130 State Capitol
75 Rev. Dr. Martin Luther King Jr. Blvd.
Saint Paul, Minnesota 55155

Dear Governor Walz:

This letter provides directions the Temporary Drawdown Restriction issued to the State of Minnesota pursuant to the Child Care and Development Block Grant (CCDBG) Act of 1990, as amended, and the implementing regulations at 45 C.F.R. Part 98.

As stated in the Department's correspondence dated December 30, 2025, the Administration for Children and Families (ACF) has placed the State of Minnesota on a restricted drawdown status for all Child Care and Development Fund (CCDF) awards administered by your office. This action was taken in response to the State's failure to provide required administrative data, the seriousness of the allegations regarding misuse of federal child care funds, and the need to ensure the integrity of federal program expenditures.

The enclosed Temporary Drawdown Restriction Directions outline the conditions that Minnesota must meet before any further CCDF funds may be accessed through the Payment Management System (PMS). These requirements, including the submission of aggregated, non-identifiable attendance documentation supporting each drawdown request, are mandatory conditions precedent to the release of federal funds. They will remain in effect until ACF determines that the State has implemented adequate internal controls to ensure full compliance with federal fiscal accountability standards.

Pursuant to the Child Care and Development Block Grant (CCDBG) Act of 1990, as amended (42 U.S.C. §§ 9857–9858q), and the implementing regulations at 45 C.F.R. Part 98, including but not limited to the fiscal accountability requirements under §§ 98.60, 98.65, and 98.67, the following condition is hereby imposed on the State of Minnesota ("Lead Agency") as a prerequisite to the drawdown of federal Child Care and Development Fund (CCDF) grant funds from the Administration for Children and Families (ACF):

ACF 000020

1. **Requirement to Submit Attendance Documentation Prior to Drawdown**

Before any federal CCDF funds may be drawn from the Payment Management System (PMS), the Lead Agency shall submit to ACF sufficient documentation demonstrating that the amounts requested for drawdown are supported by verifiable attendance records for subsidized child care services.

2. **Nature and Form of Required Documentation**

The attendance documentation submitted must:
> (a) Reflect actual units of service delivered (e.g., days, hours, or other units consistent with the Lead Agency's approved payment practices);
> (b) Be contemporaneous records maintained by providers or the Lead Agency or its subrecipients that substantiate the basis for payment;
> (c) Be aggregated or otherwise deidentified such that no personally identifiable information (PII) or identifiable child level data is disclosed, consistent with the confidentiality protections required under the CCDBG Act; and
> (d) Be sufficient for ACF to determine that the drawdown amount is reasonable, allowable, and allocable under federal law.

3. **Prohibition on Child Identifiable Data**

Consistent with the CCDBG Act's confidentiality provisions at 42 U.S.C. § 9858i(a)(1)(E), the Lead Agency shall **not** submit any documentation containing:
> • Names of children or parents;
> • Social Security numbers;
> • Dates of birth;
> • Addresses; or
> • Any other information that directly identifies an individual child or family.

Attendance documentation must be provided in an aggregated, non-identifiable format.

4. **Condition Precedent to Accessing Federal Funds**

No drawdown request shall be approved, and no federal CCDF funds shall be released, unless and until ACF determines that the attendance documentation submitted:
> • Adequately supports the amount requested; and
> • Demonstrates that services were delivered to eligible children consistent with the CCDBG Act.

5. **Ongoing Compliance**

This drawdown restriction shall remain in effect until ACF determines that the Lead Agency has established and implemented internal controls sufficient to ensure that all

ACF 000021

future drawdown requests are supported by reliable attendance documentation consistent with federal and state law.

Before submitting records in compliance with the foregoing drawdown requirements, the state representative will acknowledge that a knowing false statement relating to compliance with the above requirements and/or eligibility for programs funded under CCDF may result in liability under the False Claims Act, 31 U.S.C. § 3729, and/or criminal liability, including under 18 U.S.C. §§ 287 and 1001.

Failure to comply with all conditions may result in delayed drawdowns, disallowances, or other enforcement actions authorized under 45 C.F.R. § 98.92.

The families who rely on these programs and the taxpayers who fund them deserve transparency and accountability, and ACF expects the State's full cooperation.

Please ensure that all relevant state agencies, officials, and financial officers receive and adhere to the enclosed directions immediately. If Minnesota intends to submit documentation in response to these requirements, such submissions must be complete, accurate, and fully compliant with federal confidentiality protections.

ACF will provide further technical instructions regarding the restricted drawdown process as requested. We expect your Administration's prompt attention to these matters.

Sincerely,

Alex J. Adams
Assistant Secretary
Administration for Children and Families

CC: Tikki Brown, Commissioner, Department of Children, Youth & Families

ACF 000022



Office of the Assistant Secretary | 330 C Street, S.W., Suite 4034
Washington, DC 20201 | www.acf.gov

January 6, 2026

Governor Tim Walz
Office of the Governor
130 State Capitol
75 Rev. Dr. Martin Luther King Jr. Blvd.
Saint Paul, Minnesota 55155

Dear Governor Walz,

The Trump Administration has made clear its commitment to rooting out fraud, protecting taxpayer dollars, and ensuring program integrity across all federal benefit programs. On December 12, 2025, ACF sent a letter to your office requesting individual recipient data, eligibility verification, and a comprehensive list of all organizations, subcontractors, service providers, local agencies, community groups, and any other entities that receive SSBG funds from Minnesota. In Assistance Commissioner Rebecca St. George's response your office stated that the Minnesota Department of Children, Youth, and Families (DCYF) would provide a response by January 9, 2026.

While ACF appreciates the initial response, your office has failed to sufficiently address concerns of misuse of funds, including unlawfully providing illegal aliens with benefits. Moreover, your office has not demonstrated that the state has effective mechanisms in place to prevent fraud. ACF will be conducting a thorough review of the State's use of funding.  As a result, ACF is notifying your office that the State is not authorized to further draw down SSBG funding until this review is complete.

The State of Minnesota will be placed on a temporary restricted drawdown for all SSBG funds provided by ACF until further notice, pending successful and satisfactory review of all of the requested information.

Thank you for your attention to this critical matter. Please contact my office with any additional questions.

Sincerely,

Alex J. Adams
Assistant Secretary
Administration for Children and Families
U.S. Department of Health and Human Services

ACF 000023

CC: Shireen Gandhi, Temporary Commissioner, Minnesota Department of Human Services
Andrew J. Richter, Communications Specialist, Child Safety and Permanency Division



**Office of the Assistant Secretary** | 330 C Street, S.W., Suite 4034
Washington, DC 20201 | www.acf.gov

January 6, 2026

Governor Tim Walz
Office of the Governor
130 State Capitol
75 Rev. Dr. Martin Luther King Jr. Blvd.
Saint Paul, Minnesota 55155

Dear Governor Walz,

The Trump Administration has made clear its commitment to rooting out fraud, protecting taxpayer dollars, and ensuring program integrity across all federal benefit programs. The Administration for Children and Families (ACF) is concerned by the potential for extensive and systemic fraud in Temporary Assistance for Needy Families (TANF) services that rely on federal funding. These concerns have been heightened by recent federal prosecutions and additional allegations that substantial portions of federal resources were fraudulently diverted away from the American families they were intended to assist. Additionally, ACF has reason to believe that the State of Minnesota is illicitly providing illegal aliens with TANF benefits intended for American citizens and lawful permanent residents.

Effective today, ACF is reviewing Minnesota's TANF State Plan for completeness and for program compliance with applicable laws. As a result,  ACF is placing the state TANF program on a restricted drawdown in accordance with 2 C.F.R. § 200.339.

To aid ACF in a timely review, I am requesting that the State of Minnesota provide the complete universe of TANF administrative data that exist and are in the state's possession for all recipients for all available years, and at least 2022 to 2025. This includes recipient name, address, Social Security Number (if collected), date of birth, A-number (as applicable), and any state identification numbers used for program administration. This information, requested pursuant to 45 C.F.R. § 98.90, is necessary for ACF to conduct a thorough review of program operations and to assess the extent of any irregularities that may have occurred.

ACF also requests documentation demonstrating that the State of Minnesota has verified the eligibility of all TANF applicants and recipients in accordance with the requirements of the Personal Responsibility and Work Opportunity Reconciliation Act, 8 U.S.C. § 1611, which limits TANF eligibility to United States citizens and qualified aliens. This documentation should include the policies, procedures, system controls, and verification records used by Minnesota to confirm citizenship or qualified alien status during the application and recertification processes.

ACF 000025

In addition to individual-level recipient data, ACF is requesting a comprehensive list of all organizations, subcontractors, service providers, local agencies, community groups, and any other entities that received TANF funds from the State of Minnesota, directly or indirectly, during the period from 2019 through 2025. For each organization, to the extent the information exists and is in the state's possession, I request the amount of TANF funding provided, the purpose for which the funds were awarded, and documentation describing the State's oversight mechanisms, monitoring activities, and verification processes used to ensure proper use of TANF dollars.

I request that this information be transmitted to ACF by January 20, 2026. My staff will coordinate directly with the appropriate state officials to establish a secure transfer method and confirm technical specifications.

The State of Minnesota is placed on a temporary restricted drawdown for all TANF funds provided by ACF until further notice, pending review of the state's current TANF plan for completeness and ACF confirming compliance with applicable laws.

Thank you for your attention to this critical matter. Please contact my office with any questions or to arrange next steps.

Sincerely,

Alex J. Adams
Assistant Secretary
Administration for Children and Families
U.S. Department of Health and Human Services


CC: Tikki Brown, Commissioner, Department of Children, Youth, and Families
Shaneen Moore, Assistant Commissioner, Family Well-Being Administration

ACF 000026



**Office of the Assistant Secretary** | 330 C Street, S.W., Suite 4034
Washington, DC 20201 | www.acf.gov

January 6, 2026

Governor Kathy Hochul
Office of the Governor
NYS State Capitol Building
Albany, NY 12224

Dear Governor Hochul,

The Trump Administration has made clear its commitment to rooting out fraud, protecting taxpayer dollars, and ensuring program integrity across all federal benefit programs. The Administration for Children and Families (ACF) is concerned by the potential for extensive and systemic fraud in New York Child Care and Development Fund (CCDF) services that rely on federal funding. These concerns have been heightened by recent federal prosecutions and additional allegations that substantial portions of federal resources were fraudulently diverted away from the American families they were intended to assist. Additionally, ACF has reason to believe that the State of New York is illicitly providing illegal aliens with CCDF benefits intended for American citizens and lawful permanent residents.

ACF will be conducting a thorough review of the State's use of funding for compliance and alignment with statutory requirements.  ACF is placing the State on temporarily restricted drawdown of CCDF funds until additional fiscal accountability requirements are implemented and necessary information is provided for ACF to complete its review.

Specifically, to facilitate a timely review, ACF requests that the State of New York immediately begin implementing additional fiscal accountability requirements to improve compliance with relevant statutes and program regulations.  For the CCDF program, the State must always have sufficient fiscal controls and accounting procedures to establish that funds have not been used in violation of the Child Care and Development Block Grant (CCDBG) Act of 1990, as amended (42 U.S.C. §§ 9857 *et seq.*), and the CCDF regulations at 45 C.F.R. Part 98.  45 C.F.R. § 98.67(c)(2).  Enhancements of fiscal accountability requirements are clearly necessary to mitigate fraudulent activity.  These additional fiscal accountability requirements now requested by ACF must include submission of verified attendance documentation for subsidized child care services to the State prior to further draw down of federal CCDF funding through the Payment Management System (PMS).  This verified attendance documentation must, at least, establish: (1) actual units of service delivered (e.g., days, hours, or other units consistent with the Lead Agency's approved payment practices); and (2) contemporaneous payment information maintained by the provider or State.  The State must ensure this verified attendance documentation is sufficient for ACF to determine that the drawdown amount is reasonable, allowable, and allocable.

ACF 000027

Until ACF determines that the State has established and implemented these and other internal controls sufficient to ensure that all future drawdown requests are supported by reliable, non-identifiable attendance documentation, the State must report this verified attendance information to ACF in an aggregated, non-identifiable format prior to further drawing down CCDF funding.  This information will facilitate ACF's review of the State's compliance with the CCDF program, grant terms, and federal law.

To maintain strong protections for every child involved, the State must aggregate or otherwise de-identify such verifiable attendance documentation so that no personally identifiable information (PII) or identifiable child-level data is disclosed, consistent with the confidentiality protections required under the CCDBG Act.  Such information and data include the names of children or parents, Social Security numbers, dates of birth, addresses, and any other information that directly identifies an individual child or family.

CCDF funds shall be temporarily placed on restricted drawdown until these additional fiscal accountability requirements are implemented.  ACF must be able to determine that the attendance documentation submitted adequately supports the amount requested, demonstrates that services were delivered to eligible children consistent with the CCDBG Act, and meets all applicable federal fiscal control and accounting requirements.

My staff will coordinate directly with the appropriate state officials to establish a secure reporting method and confirm technical specifications.

The State of New York will be placed on this temporary restricted drawdown for all CCDF funds provided by ACF until further notice, pending successful and satisfactory review of the requested information.  These additional fiscal accountability requirements may help avoid delayed drawdowns, disallowances, or other corrective actions necessary to further mitigate fraud in the CCDF program.

Thank you for your attention to this critical matter. Please contact my office with any questions or to arrange next steps.

Sincerely,

Alex J. Adams
Assistant Secretary
Administration for Children and Families
U.S. Department of Health and Human Services

CC: DaMia Harris-Madden, Commissioner, Office of Children and Family Services
Nora Yates, Deputy Commissioner, Division of Child Care Services

ACF 000028



**ADMINISTRATION FOR CHILDREN & FAMILIES**

**Office of the Assistant Secretary** | 330 C Street, S.W., Suite 4034
Washington, DC 20201 | www.acf.gov

January 6, 2026

Governor Kathy Hochul
Office of the Governor
NYS State Capitol Building
Albany, NY 12224

Dear Governor Hochul,

The Trump Administration has made clear its commitment to rooting out fraud, protecting taxpayer dollars, and ensuring program integrity across all federal benefit programs. The Administration for Children and Families (ACF) is concerned by the potential for extensive and systemic fraud in Social Services Block Grant (SSBG) programs that rely on federal funding. These concerns have been heightened by recent federal prosecutions and additional allegations that substantial portions of federal resources were fraudulently diverted away from the American families they were intended to assist. Additionally, ACF has reason to believe that the State of New York is illicitly providing illegal aliens with SSBG benefits intended for American citizens and lawful permanent residents.

ACF will be conducting a thorough review of the State's use of funding.  As a result, ACF is notifying your office that the State is not authorized to further draw down SSBG funding without complying with the terms of a temporary restricted draw down until this review is complete.

To aid ACF in a timely review, I am requesting that the State of New York provide the complete universe of SSBG administrative data that exist and are in the state's possession for all grantees, their recipients and subrecipients, for all available years and at least 2022 through 2025. This includes recipient name, address, Social Security Number (if collected), date of birth, A-number (as applicable), and any state identification numbers used for program administration. This information is necessary for ACF to conduct a thorough review of program operations and to assess the extent of any irregularities that may have occurred.

ACF also requests documentation demonstrating that the State of New York has verified the eligibility, where applicable, of all recipients and subrecipients of SSBG-funded entities in accordance with the requirements of the Personal Responsibility and Work Opportunity Reconciliation Act, 8 U.S.C. §1611, which limits the eligibility of federal public benefits to United States citizens and qualified aliens. This documentation should include the policies, procedures, system controls, and verification records used by Minnesota to confirm citizenship or qualified alien status during the application and recertification processes.

ACF 000029

ACF is requesting a comprehensive list of all organizations, subcontractors, service providers, local agencies, community groups, and any other entities that received SSBG funds from the State of New York, directly or indirectly, during the period from 2019 through 2025. For each organization, to the extent the information exists and is in the state's possession, I request the amount of SSBG funding provided, the purpose for which the funds were awarded, and documentation describing the state's oversight mechanisms, monitoring activities, and verification processes used to ensure proper use of SSBG dollars.

I request that this information be transmitted to ACF by January 20, 2026. My staff will coordinate directly with the appropriate state officials to establish a secure transfer method and confirm technical specifications.

The State of New York will be placed on a temporary restricted drawdown for all SSBG funds provided by ACF until further notice, pending successful and satisfactory review of the requested information.

Thank you for your attention to this critical matter. Please contact my office with any questions or to arrange next steps.

Sincerely,

Alex J. Adams
Assistant Secretary
Administration for Children and Families
U.S. Department of Health and Human Services


CC: DaMia Harris-Madden, Commissioner, Office of Children and Family Services
Jess Dannhauser, Commissioner, NYC Administration for Children's Services

ACF 000030



**ADMINISTRATION FOR**
**CHILDREN &  FAMILIES**
Office of the Assistant Secretary | 330 C Street, S.W., Suite 4034
Washington, DC 20201 | www.acf.gov

January 6, 2026

Governor Kathy Hochul
Office of the Governor
NYS State Capitol Building
Albany, NY 12224

Dear Governor Hochul,

The Trump Administration has made clear its commitment to rooting out fraud, protecting taxpayer dollars, and ensuring program integrity across all federal benefit programs. The Administration for Children and Families (ACF) is concerned by the potential for extensive and systemic fraud in Temporary Assistance for Needy Families (TANF) services that rely on federal funding. These concerns have been heightened by recent federal prosecutions and additional allegations that substantial portions of federal resources were fraudulently diverted away from the American families they were intended to assist. Additionally, ACF has reason to believe that the State of New York is illicitly providing illegal aliens with TANF benefits intended for American citizens and lawful permanent residents.

Effective today, ACF is reviewing New York's TANF State Plan for completeness and for program compliance with applicable laws. As a result, ACF is placing the state TANF program on a restricted drawdown in accordance with 2 C.F.R. § 200.339.

To aid ACF in a timely review, I am requesting that the State of New York provide the complete universe of TANF administrative data that exist and are in the state's possession for all recipients for all available years, and at least 2022 to 2025. This includes recipient name, address, Social Security Number (if collected), date of birth, A-number (as applicable), and any state identification numbers used for program administration. This information, requested pursuant to 45 C.F.R. § 98.90, is necessary for ACF to conduct a thorough review of program operations and to assess the extent of any irregularities that may have occurred.

ACF also requests documentation demonstrating that the State of New York has verified the eligibility of all TANF applicants and recipients in accordance with the requirements of the Personal Responsibility and Work Opportunity Reconciliation Act, 8 U.S.C. § 1611, which limits TANF eligibility to United States citizens and qualified aliens. This documentation should include the policies, procedures, system controls, and verification records used by New York to confirm citizenship or qualified alien status during the application and recertification processes.

ACF 000031

In addition to individual-level recipient data, ACF is requesting a comprehensive list of all organizations, subcontractors, service providers, local agencies, community groups, and any other entities that received TANF funds from the State of New York, directly or indirectly, during the period from 2019 through 2025. For each organization, to the extent the information exists and is in the state's possession, I request the amount of TANF funding provided, the purpose for which the funds were awarded, and documentation describing the State's oversight mechanisms, monitoring activities, and verification processes used to ensure proper use of TANF dollars.

I request that this information be transmitted to ACF by January 20, 2026. My staff will coordinate directly with the appropriate state officials to establish a secure transfer method and confirm technical specifications.

The State of New York is placed on a temporary restricted drawdown for all TANF funds provided by ACF until further notice, pending review of the state's current TANF plan for completeness and ACF confirming compliance with applicable laws.

Thank you for your attention to this critical matter. Please contact my office with any questions or to arrange next steps.

Sincerely,

Alex J. Adams
Assistant Secretary
Administration for Children and Families
U.S. Department of Health and Human Services

CC: Barbara C. Guinn, Commissioner, Office of Temporary and Disability Assistance

ACF 000032



**ADMINISTRATION FOR CHILDREN & FAMILIES**

Office of the Assistant Secretary | 330 C Street, S.W., Suite 4034
Washington, D.C. 20201 | www.acf.hhs.gov

**DATE:** January 6, 2026

**TO:** Robert F. Kennedy Jr., Secretary

**Through:** Liesl Fowler, Executive Secretary

**FROM:** Alex J. Adams, Assistant Secretary for Children and Families

**SUBJECT:** DECISION –Child Care and Development Fund (CCDF), Temporary Assistance for Needy Families (TANF), and Social Services Block Grant (SSBG) Temporary Restricted Drawdown for the State of Minnesota

## ACTION REQUESTED

The Immediate Office of the Assistant Secretary (IOAS) requests the Assistant Secretary's review and decision on placing the State of Minnesota on Temporary Restricted Drawdown for the Child Care and Development Fund (CCDF), Temporary Assistance for Needy Families (TANF), and Social Services Block Grant (SSBG) programs.

## BLUF

IOAS requests the Assistant Secretary's approval of the Temporary Restricted Drawdown of funds. The Administration for Children and Families (ACF) has temporarily withheld the State of Minnesota from further unrestricted drawdown for all Child Care and Development Fund (CCDF), and Social Services Block Grant (SSBG) awards. The Temporary Restricted Drawdown of CCDF, TANF, and SSBG funds for Minnesota will continue until such time that ACF determines that the State has implemented adequate internal controls to ensure compliance with federal and state fiscal accountability standards.

## TARGET RELEASE DATE

January 6, 2026

## RATIONALE FOR EXPEDITED RELEASE

This temporary action is needed to ensure fidelity of federal funds and demonstrate compliance with federal requirements for CCDF, TANF, and SSBG funds. This action is intended to be temporary and will be lifted upon completion of a thorough review.

ACF 000033

## RECOMMENDATION

I recommend approval of the Temporary Restricted Drawdown for Minnesota, specific to CCDF, TANF, and SSBG funds.

## EXECUTIVE SUMMARY

ACF has temporarily restricted the drawdown of funds for the State of Minnesota for the Child Care and Development Fund (CCDF) program and is proposing to extend the restriction to Temporary Assistance for Needy Families (TANF) and Social Services Block Grant (SSBG) awards. This action was taken in response to the seriousness of the allegations regarding misuse of federal funds and the need to ensure the integrity of federal program expenditures with administrative data.

A forensic review of Minnesota's records should be conducted in light of these serious allegations. To that end, ACF proposes to send letters to the State of Minnesota requesting information about their fiscal control and accounting procedures.  While that review is underway, ACF recommends imposing temporary restricted drawdown that would require the state to provide additional supporting documentation before any further CCDF, TANF, or SSBG funds may be accessed through the Payment Management System (PMS). This temporary restriction will remain in effect until ACF determines that the State has implemented adequate internal controls to ensure compliance with federal and state fiscal accountability.

CCDF, TANF, and SSBG were selected for this temporary restriction because child care is an allowable expense under these programs. While child care is an important service impacting families nationwide, this temporary restriction is necessary to ensure federal dollars are actually benefiting families in need. Given the troubling reports from Minnesota, an enhanced review is both justified and essential.

**Background:**

***CCDF***
The Child Care and Development Fund (CCDF) is a federal program **that funds child care for low-income working families** so parents can work or pursue education and training. Administered by the Office of Child Care within HHS, CCDF provides grants to states, territories, and tribes to subsidize child care and improve the quality and safety of child care services. The program also promotes child development and school readiness by supporting health, safety, and early learning standards.

***TANF***
The Temporary Assistance for Needy Families (TANF) program provides flexible federal funding to states, territories, and tribes to support low-income families and promote economic stability and work participation. States may use TANF **funds to help families afford child care** either directly through the TANF block grant or through funds transferred to the CCDF program under 42 USC § 604(d)(1)(B). so parents can work, participate in job training, or meet work requirements, either directly or by transferring funds to the Child Care and Development Fund (CCDF). This flexibility allows TANF to complement child care subsidies and support family self-sufficiency while ensuring children are cared for in safe and stable settings.

2

ACF 000034

*SSBG*

The Social Services Block Grant (SSBG) provides flexible federal funding to states and territories to support a wide range of social services for vulnerable children, adults, and families. SSBG **funds may be used to help provide or supplement child care services** that enable parents to work, participate in training, or address family needs not fully met by other programs. This permits states to use SSBG to fill gaps, support special populations, and complement programs like CCDF and TANF in strengthening child and family well-being.

*In response to elevated concerns regarding Minnesota's fiscal oversight, ACF has direct evidence to suggest that a restricted drawdown is necessary. This direct evidence includes* Non-Compliance with Federal Data Requests:

- On December 12, 2025, the Administration for Children and Families (ACF) requested complete administrative data and documentation from Minnesota by December 26, 2025, regarding funds used for child care.
- On December 23, 2025, Minnesota declined to provide a material response to address ACF's concerns. Instead, the state requested a delay. As of today, that state has provided no meaningful response to ACF's inquiries, raising concerns about transparency and potential concealment of irregularities in violation of 45 CFR 98.90(c).
- On December 30, 2025, HHS issued a subsequent demand letter insisting on transparency about the use of federal funds, with an expanded request under 45 CFR 98.90(c) for (1) specific data for child care centers flagged as fraudulent; (2) comprehensive CCDF administrative data; (3) information related to alleged fraud networks and oversight failures; and (4) comprehensive list of all CCDF funded providers and intermediaries. ACF also asked for the total number of subsidized children in care at each provider receiving federal assistance, including any vacant slots at directly funded providers.
- The lack of a material response is especially troubling in light of the specific oversight requirements outlined in Minnesota's approved FY 2025-2027 CCDF State Plan, which require an annual state audit of block grant funds conducted by the State Auditor's Office and an audit of each local agency conducted by the Minnesota Department of Children, Youth and Families. This basic information should be immediately available to the state to respond to federal requests.

*Direct Evidence.* Inability to Confirm Fraud Scope:

- On December 29, 2025, ACF leadership spoke directly with the Director of Minnesota Child Care Services and state officials. No state official on the call could confirm whether the alleged fraud is isolated to specific counties or rampant statewide, nor could they answer questions about the child care funds, meaning basic questions are unanswered: ACF cannot confirm what centers , including those specifically named in reports, were being inspected, or what funding sources (TANF, CCDF, SSBG, or state) were used at these centers. This indicates a severe lack of oversight and awareness regarding the security of federal funds.

*Independent Report.* Evidence of Funds to Inactive or Non-Compliant Centers:

- Specific centers, such as Quality Learning Center (received nearly $2 million in CCAP funds in one year despite 95 licensing violations from 2019-2023, including missing child records and hazardous materials; appeared inactive during site visits), Mako Child Care and Mini Child Care Center (over $6.4 million from 2020-2025 for 120 children, yet buildings empty and locked during advertised hours), ABC Learning Center ($2.8 million from 2023-2025 for 40 children, with no visible activity and refused entry), and Future Leaders Early

3

Learning Center ($3.7 million in 2025 for 90 children, nearly empty with staff unable to explain absences), received substantial federal funds despite apparent inactivity, mismatches in enrollment/capacity, and ongoing violations. (https://licensinglookup.dhs.state.mn.us/)

Due to the extensive questions of fraud and misuse in the child care space, it is necessary to implement a temporary restriction on Minnesota's drawdown of federal funds for CCDF, TANF, and SSBG until a thorough analysis can be completed. This action will allow ACF to assess and review the expenditures of federal dollars awarded to the State of Minnesota to ensure conformity with all applicable laws and regulations.

**Notable Timing Factors and Administration Priorities**:
This action is needed immediately due to increasing reports of misuse and fraud.

**Novel Elements to Consider**:
N/A

I have attached for your review reports documenting state-specific concerns with regard to child care fraud. See Tab A which also contains the relevant state plans for each program in addition to the reported fraud concerns. It also includes copies of our prior correspondence with Minnesota previously documenting some of our specific concerns.

## RECOMMENDATION

Approve Temporary Restricted Drawdown for the State of Minnesota, specific to CCDF, TANF, and SSBG.

The Temporary Restricted Drawdown for the State of Minnesota will restrict State access to CCDF, TANF, and SSBG funds in the Payment Management System (PMS).
Approval of the Temporary Restricted Drawdown
- Helps to ensure that the State has implemented adequate internal controls to ensure compliance with federal and state fiscal accountability standards.
- Without approved Temporary Restricted Drawdown, ACF will not be able to act upon its ability to monitor funds and ensure compliance with applicable fiscal accountability standards.

**Outstanding Questions:** N/A

## FAMILY IMPACT STATEMENT

N/A

## ROLLOUT

ACF will send a letter to the Governor of Minnesota with the approved CCDF, TANF, and SSBG Temporary Restricted Drawdown and request information regarding their fiscal control and accounting procedures.

4

ACF 000036

**For questions, please contact:**  Alex J. Adams, Assistant Secretary for Children and Families

_(signature: Alex J. Adams)_

## DECISION

Approve CCDF, TANF, and SSBG Temporary Restricted Drawdown for the State of Minnesota until a thorough review can be conducted.

Approved [     ]
Disapproved [     ]
Briefing Needed [     ]
Additional Comments:

/S/ Robert F. Kennedy, Jr.,                                              Date

5

OMB Control No: 0970-0114

Expiration date: 03/31/2027

THE PAPERWORK REDUCTION ACT OF 1995 (Pub. L. 104–13)

The purpose of this information collection is the application for CCDF funds and provides ACF and the public with a description of, and assurance about, the States' and Territories' child care programs. Public reporting burden for this collection of information is estimated to average 150 hours per response, including the time for reviewing instructions, gathering, and maintaining the data needed, and completing the form. This is a mandatory collection of information (Pub. L. 113–186), and 42 U.S.C. 9858.

An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information subject to the requirements of the Paperwork Reduction Act of 1995, unless it displays a currently valid OMB control number. The OMB # is 0970-0114 and the expiration date is 03/31/2027. If you have any comments on this collection of information, please contact ACF's Office of Child Care.



**Appendix 1: Lead Agency Implementation Plan**
**for**
**State/Territory Minnesota**

**FFY 2025 – 2027**

**Version: Initial Plan**

**Plan Status:  Approved as of 2024-11-09 00:25:06 GMT**

For each non-compliance, Lead Agencies must describe the following:

- Action Steps: List the action steps needed to correct the finding (e.g., update policy manual, legislative approval, IT system changes, etc.). For each action step list the:
  o   Expected Completion Date: List the expected completion date for the action step.
- Overall Target Date for Compliance: List date Lead Agency anticipates completing implementation, achieving full compliance with all aspects of the findings. (Note: Compliance will not be determined until the FFY 2025-2027 CCDF Plan is amended and approved).

ELIGIBILITY AND ENROLLMENT:CONTINUITY OF CARE (12-MONTH ELIGIBILITY)

Reason(s) for non-compliance:

• The Lead Agency does not always provide a minimum 12-month eligibility period for each child, as required by 98.21(a)(1). (Plan Questions 2.5.2a and 2.5.2c)
• The Lead Agency does not allow for all permissible temporary changes to parents' work, education, or training status, as required by 98.21(a)(1)(ii)(D). (Plan Question 2.5.2b)
• The Lead Agency does not appropriately limit what families must report during the 12-month eligibility period to allowable information, as required by 98.21(h)(2). (Plan Question 2.5.4)

Overall Target Completion Date: 03/02/2026

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | Develop legislative proposal and engage with partners. | 02/01/2025 |
| 2 | Manage legislative process and advocate for passage. | 05/19/2025 |
| 3 | Work on electronic system changes (if legislation is passed). | 02/01/2026 |
| 4 | Enact policy change | 03/02/2026 |

EQUAL ACCESS:AFFORDABILITY

Reason(s) for non-compliance:

• The Lead Agency does not limit all family co-payments to seven percent or less of family income, as required by 98.45(l)(3). (Plan Question 3.1.1a). Please note the Lead Agency has an approved waiver for this requirement through October 13, 2025.
• The Lead Agency does not provide data on the extent to which CCDF providers charge families additional amounts above the required co-payment (including data on the size and frequency of such amounts), as required by 98.45(b)(5). (Plan Question 3.1.2eii)

ACF 000039

Overall Target Completion Date: 10/13/2025

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | Develop legislative proposal and engage with partners for seven percent copay item. | 02/01/2025 |
| 2 | Manage legislative process and advocate for passage for seven percent copay item. | 05/19/2025 |
| 3 | Work on electronic system changes (if legislation is passed) for seven percent copay item. | 09/01/2025 |
| 4 | Enact policy change for seven percent copay item | 10/13/2025 |
| 5 | Minnesota submitted a clarifying question to federal Office of Child Care for the data item. | 12/12/2024 |
| 6 | After response is receive for data item, Minnesota will develop a plan to achieve compliance | 03/01/2025 |

## EQUAL ACCESS:PAYMENT PRACTICES

Reason(s) for non-compliance:

• The Lead Agency does not pay all provider types prospectively or alternatively does not demonstrate that it is not a generally-accepted practice for all provider types, as required by 98.45(m)(1). (Plan Question 4.4.1a). Please note the Lead Agency has an approved waiver for this requirement through August 1, 2026.
• The Lead Agency does not pay based on enrollment or alternatively does not provide justification that this is impracticable or is not a generally-accepted practice, as required by 98.45(m)(2). (Plan Question 4.4.1b). Please note the Lead Agency has an approved waiver for this requirement through August 1, 2026.

Overall Target Completion Date: 10/12/2026

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | Develop legislative proposal and engage with partners | 02/01/2025 |
| 2 | Manage legislative process and advocate for passage. | 05/19/2025 |

ACF 000040

| 3 | Work on electronic system changes (if legislation is passed.) | 09/01/2026 |
| 4 | Enact policy change. | 10/12/2026 |

## EQUAL ACCESS:PAYMENT RATES

Reason(s) for non-compliance:

• The Lead Agency's market rate survey was not developed and conducted within two years of the date of submission of the CCDF Plan and therefore does not certify the percentiles reported in their CCDF Plan are based on their most recent MRS or ACF pre-approved Alternative Methodology, as required by 98.45(c)(1) and 98.45(f)(2)(i). (Plan Questions 4.2.1ai and 4.3.2b)
• The Lead Agency's payment rates for infants in center-based care, infants in family child care homes, preschoolers in center-based care, and preschoolers in family child care homes are not sufficient to ensure equal access, as required by 98.45(a). (Plan Question 4.3.2a)

Overall Target Completion Date: 01/06/2025

| Action Step Number | Action Step Description | Target Completion Date |
| --- | --- | --- |
| 1 | Implement new maximum rates based on most recent market rate survey. | 01/06/2025 |
| 2 | Minnesota submitted evidence on January 6, 2025; compliance determination is pending formal approval from Office of Child Care. | 01/06/2025 |

## EQUAL ACCESS:PROVIDER OPTIONS FOR PARENTS

Reason(s) for non-compliance:

• The Lead Agency does not provide grants or contracts for direct services for infants and toddlers, for children in underserved geographic areas, and for children with disabilities, as required by 98.30(b)(1). (Plan Questions 4.1.1c and 4.5.1i)

ACF 000041

Overall Target Completion Date: 03/01/2025

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | Minnesota currently meets this requirement through the Migrant Child Care program, through which Minnesota contracts with Tri-Valley Opportunity Council to provide direct care services to migrant children, including infants and toddlers, children in underserved geographic areas, and children with disabilities. | 07/01/2024 |
| 2 | Minnesota will submit an amendment indicating how compliance with this item is currently being met. | 03/01/2025 |

HEALTH AND SAFETY:ADMINISTRATION OF MEDICATION

Reason(s) for non-compliance:

• The Lead Agency has not established a standard for the administration of medication consistent with standards for parental consent for license-exempt family child care homes or license-exempt in-home care, as required by 98.41(a)(1)(iii). (Plan Questions 5.3.3av, 5.3.3avi, 5.3.3bv, and 5.3.3bvi)
• The Lead Agency does not require an annual inspection for license-exempt family child care providers for compliance with a standard for administration of medication consistent with standards for parental consent, as required by 98.42(b)(2)(ii). (Plan Question 5.5.2bi)

Overall Target Completion Date: 04/28/2025

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | Engage with partners regarding possible changes. | 02/01/2025 |
| 2 | Draft new document/form and make updates to existing documents/forms. | 03/01/2025 |
| 3 | New document/form created and/or updated; plain language and accessibility standards met. Begin using document/form. | 04/28/2025 |

ACF 000042

HEALTH AND SAFETY:BUILDING AND PHYSICAL PREMISES SAFETY

Reason(s) for non-compliance:

• The Lead Agency has not established a standard for building and physical premises safety, including the identification of and protection from hazards, bodies of water, and vehicular traffic for license-exempt family child care homes or license-exempt in-home care, as required by 98.41(a)(1)(v). (Plan Questions 5.3.5av, 5.3.5avi, 5.3.5bv, 5.3.5bvi, 5.3.5cv, and 5.3.5cvi)
• The Lead Agency does not require an annual inspection for license-exempt family child care providers for compliance with a standard for building and physical premises safety, including the identification of and protection from hazards, bodies of water, and vehicular traffic, as required by 98.42(b)(2)(ii). (Plan Question 5.5.2bi)

Overall Target Completion Date: 04/28/2025

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | Engage with partners regarding possible changes | 02/01/2025 |
| 2 | Draft new document/form and make updates to existing documents/forms | 03/01/2025 |
| 3 | New document/form created and/or updated; plain language and accessibility standards met. Begin using document/form. | 04/28/2025 |

HEALTH AND SAFETY:EMERGENCY PREPAREDNESS AND RESPONSE PLANNING

Reason(s) for non-compliance:

• The Lead Agency standard for emergency preparedness and response planning does not include all the required elements for license-exempt family child care homes or license-exempt in-home care, as required by 98.41(a)(1)(vii). (Plan Questions 5.3.7i-x)
• The Lead Agency does not require an annual inspection for license-exempt family child care providers for compliance with a standard for emergency preparedness and response planning, as required by 98.42(b)(2)(ii). (Plan Question 5.5.2bi)

ACF 000043

Overall Target Completion Date: 04/28/2025

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | Engage with partners regarding possible changes. | 02/01/2025 |
| 2 | Draft new document/form and make updates to existing documents/forms. | 03/01/2025 |
| 3 | New document/form created and/or updated; plain language and accessibility standards met. Begin using document/form. | 04/28/2025 |

HEALTH AND SAFETY:HANDLING AND STORAGE OF HAZARDOUS MATERIALS AND DISPOSAL OF BIOCONTAMINANTS

Reason(s) for non-compliance:

• The Lead Agency has not established a standard for the handling and storage of hazardous materials or the appropriate disposal of biocontaminants for license-exempt family child care homes or license-exempt in-home care, as required by 98.41(a)(1)(viii). (Plan Questions 5.3.8av, 5.3.8avi, 5.3.8bv, and 5.3.8bvi)
• The Lead Agency does not require an annual inspection for license-exempt family child care providers for compliance with a standard for handling and storage of hazardous materials and disposal of biocontaminants, as required by 98.42(b)(2)(ii). (Plan Question 5.5.2bi)

Overall Target Completion Date: 04/28/2025

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | Engage with partners regarding possible changes. | 02/01/2025 |
| 2 | Draft new document/form and make updates to existing documents/forms | 03/01/2025 |
| 3 | New document/form created and/or updated; plain language and accessibility standards met. Begin using document/form. | 04/28/2025 |

ACF 000044

HEALTH AND SAFETY:IDENTIFICATION AND REPORTING OF CHILD ABUSE

Reason(s) for non-compliance:

• The Lead Agency does not require an annual inspection for license-exempt family child care providers for compliance with a standard for identification and reporting of child abuse, as required by 98.42(b)(2)(ii). (Plan Question 5.5.2bi)

Overall Target Completion Date: 04/28/2025

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | Engage with partners regarding possible changes. | 02/01/2025 |
| 2 | Draft new document/form and make updates to existing documents/forms. | 03/01/2025 |
| 3 | New document/form created and/or updated; plain language and accessibility standards met. Begin using document/form. | 04/28/2025 |

HEALTH AND SAFETY:ONGOING TRAINING

Reason(s) for non-compliance:

• The Lead Agency does not require an annual unannounced inspection for licensed centers and licensed family child care providers or an annual inspection for license-exempt centers and license-exempt family child care providers for compliance with ongoing training requirements, as required by 98.42(b)(2)(i)(B) and 98.42(b)(2)(ii). (Plan Questions 5.5.1aii, 5.5.1bii, 5.5.2ai, and 5.5.2bi)

Overall Target Completion Date: 10/01/2025

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | Develop legislative proposal and engage with partners. | 02/01/2025 |
| 2 | Manage legislative process and advocate for policy change. | 05/19/2025 |

ACF 000045

| 3 | Enact policy change, if legislation is passed.<br><br>NOTE: Target Completion Date is August 1, 2025 for licensed centers, licensed family child care providers, license-exempt centers and October 1, 2025, for license-exempt family child care providers. | 10/01/2025 |

## HEALTH AND SAFETY:PEDIATRIC FIRST AID AND PEDIATRIC CPR

Reason(s) for non-compliance:

• The Lead Agency does not require an annual inspection for license-exempt family child care providers for compliance with a standard for pediatric first aid and pediatric CPR, as required by 98.42(b)(2)(ii). (Plan Question 5.5.2bi)

Overall Target Completion Date: 04/28/2025

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | Engage with partners regarding possible changes. | 02/01/2025 |
| 2 | Draft new document/form and make updates to existing documents/forms. | 03/01/2025 |
| 3 | New document/form created and/or updated; plain language and accessibility standards met. Begin using document/form. | 04/28/2025 |

## HEALTH AND SAFETY:POSTING INSPECTION REPORTS

Reason(s) for non-compliance:

• The Lead Agency does not post full monitoring and inspection reports that include all areas of compliance and non-compliance for licensed centers, licensed family child care providers, license-exempt centers, license-exempt family child care providers, and license-exempt in-home providers, as required by 98.33(a)(4)(ii). (Plan Question 5.5.4aiii). Please note the Lead Agency has an approved waiver for portions of this

ACF 000046

requirement through August 1, 2026.
• The Lead Agency does not post pre-licensing inspection reports for licensed centers or licensed family child care providers, as required by 98.33(a)(4). (Plan Question 5.5.4ai)

Overall Target Completion Date: 08/01/2026

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | Develop legislative proposal and engage with partners regarding changes. | 01/14/2025 |
| 2 | Create development requirements, introduce legislation to secure funding, and advocate for passage. | 05/19/2025 |
| 3 | Develop system changes and engage partners for feedback. | 08/01/2026 |
| 4 | Communicate system changes to partners. | 08/01/2026 |

## HEALTH AND SAFETY:PRECAUTIONS IN TRANSPORTING CHILDREN

Reason(s) for non-compliance:

• The Lead Agency has not established a standard for precautions in transporting children for license-exempt family child care homes or license-exempt in-home care, as required by 98.41(a)(1)(ix). (Plan Questions 5.3.9v and 5.3.9vi)
• The Lead Agency does not require an annual inspection for license-exempt family child care providers for compliance with a standard for precautions in transporting children, as required by 98.42(b)(2)(ii). (Plan Question 5.5.2bi)

Overall Target Completion Date: 04/28/2025

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | Engage with partners regarding possible changes. | 02/01/2025 |
| 2 | Draft new document/form and make updates to existing documents/forms. | 03/01/2025 |

ACF 000047

| 3 | New document/form created and/or updated; plain language and accessibility standards met. Begin using document/form | 04/28/2025 |

## HEALTH AND SAFETY:PREVENTION AND CONTROL OF INFECTIOUS DISEASES

Reason(s) for non-compliance:

• The Lead Agency has not established a standard for the prevention and control of infectious diseases for all license-exempt family child care homes or license-exempt in-home care, as required by 98.41(a)(1)(i). (Plan Questions 5.3.1av and 5.3.1avi)
• The Lead Agency does not require an annual inspection for license-exempt family child care providers for compliance with a standard for prevention and control of infectious diseases, as required by 98.42(b)(2)(ii). (Plan Question 5.5.2bi)

Overall Target Completion Date: 04/28/2025

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | Engage with partners regarding possible changes. | 02/01/2025 |
| 2 | Draft new document/form and make updates to existing documents/forms. | 03/01/2025 |
| 3 | New document/form created and/or updated; plain language and accessibility standards met. Begin using document/form. | 04/28/2025 |

## HEALTH AND SAFETY:PREVENTION AND RESPONSE TO EMERGENCIES FROM FOOD AND ALLERGIC REACTIONS

Reason(s) for non-compliance:

• The Lead Agency has not established a standard for the prevention of and response to emergencies due to food and allergic reactions for license-exempt family child care homes or license-exempt in-home care, as required by 98.41(a)(1)(iv). (Plan Questions 5.3.4av, 5.3.4avi, 5.3.4bv, and 5.3.4bvi)
• The Lead Agency does not require an annual inspection for license-exempt family child care providers for compliance with a standard for prevention of and response to

ACF 000048

emergencies from food and allergic reactions, as required by 98.42(b)(2)(ii). (Plan Question 5.5.2bi)

Overall Target Completion Date: 04/28/2025

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | Engage with partners regarding possible changes | 02/01/2025 |
| 2 | Draft new document/form and make updates to existing documents/forms. | 03/01/2025 |
| 3 | New document/form created and/or updated; plain language and accessibility standards met. Begin using document/form. | 04/28/2025 |

HEALTH AND SAFETY:PREVENTION OF SHAKEN BABY SYNDROME, ABUSIVE HEAD TRAUMA, AND CHILD MALTREATMENT

Reason(s) for non-compliance:

• The Lead Agency has not established a standard for the prevention of shaken baby syndrome, abusive head trauma, and child maltreatment for license-exempt family child care homes or license-exempt in-home care, as required by 98.41(a)(1)(vi). (Plan Questions 5.3.6av, 5.3.6avi, 5.3.6bv, and 5.3.6bvi)
• The Lead Agency does not require an annual inspection for license-exempt family child care providers for compliance with a standard for prevention of shaken baby syndrome, abusive head trauma, and child maltreatment, as required by 98.42(b)(2)(ii). (Plan Question 5.5.2bi)

Overall Target Completion Date: 04/28/2025

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | Engage with partners regarding possible changes. | 02/01/2025 |
| 2 | Draft new document/form and make updates to existing documents/forms. | 03/01/2025 |

| 3 | New document/form created and/or updated; plain language and accessibility standards met. Begin using document/form. | 04/28/2025 |

HEALTH AND SAFETY:SUDDEN INFANT DEATH SYNDROME AND SAFE SLEEP

Reason(s) for non-compliance:

• The Lead Agency has not established a standard for the prevention of sudden infant death syndrome and safe sleep practices for license-exempt family child care homes or license-exempt in-home care, as required by 98.41(a)(1)(ii). (Plan Questions 5.3.2v and 5.3.2vi)
• The Lead Agency does not require an annual inspection for license-exempt family child care providers for compliance with a standard for sudden infant death syndrome and safe sleep practices, as required by 98.42(b)(2)(ii). (Plan Question 5.5.2bi)

Overall Target Completion Date: 04/28/2025

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | Engage with partners regarding possible changes. | 02/01/2025 |
| 2 | Draft new document/form and make updates to existing documents/forms. | 03/01/2025 |
| 3 | New document/form created and/or updated; plain language and accessibility standards met. Begin using document/form. | 04/28/2025 |

COMPREHENSIVE BACKGROUND CHECK:PRE-SERVICE CHECK REQUIREMENTS (PROVISIONAL HIRE)

Reason(s) for non-compliance:

• The Lead Agency does not require a qualifying result from an FBI criminal background check or an in-state criminal background check with fingerprints before a prospective staff member begins work, as required by 98.43(d)(4). (Plan Questions 5.7.12a and 5.7.12b)

ACF 000050

Overall Target Completion Date: 01/15/2026

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | Develop legislative budget proposal and engage with county licensing agencies and provider entities | 02/01/2025 |
| 2 | Introduce legislation and advocate for passage. | 03/01/2025 |
| 3 | Develop and work on system software change requirements for NETStudy 2.0 (if legislation is passed.) | 08/01/2025 |
| 4 | Conduct User Acceptance Testing (UAT) pertinent to NETStudy 2.0 system development changes. | 11/01/2025 |
| 5 | Develop and send communications to announce changes to comply with final rule to counties and provider entities. | 12/01/2025 |
| 6 | Enact policy and deploy NETStudy 2.0 system changes. | 01/15/2026 |

## CONSUMER EDUCATION:WEBSITE AND RESOURCES FOR PARENTS

Reason(s) for non-compliance:

• The Lead Agency does not include aggregate data for the total number of children in care by provider category and licensing status when posting data on serious injuries, fatalities, and substantiated cases of child abuse in care, as required by 98.33(a)(5)(iv). (Plan Question 9.2.5aiv)

Overall Target Completion Date: 03/01/2025

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | Minnesota submitted a clarifying question to federal Office of Child Care. | 12/12/2024 |
| 2 | After response is received, Minnesota will develop a plan to achieve compliance. | 03/01/2025 |

ACF 000051

QUALITY IMPROVEMENT AND SUPPORT FOR CHILD CARE WORKFORCE:PROFESSIONAL DEVELOPMENT

Reason(s) for non-compliance:

• The Lead Agency does not have an annual requirement for a minimum number of hours of ongoing professional development for substitutes in licensed child care centers, licensed family child care homes, or license-exempt centers, as required by 98.44(b)(2). (Plan Questions 6.3.1a, 6.3.1b, and 6.3.1c)
• The Lead Agency does not have an annual requirement for a minimum number of hours of ongoing professional development for all staff in license-exempt family child care homes or license-exempt in-home providers, as required by 98.44(b)(2). (Plan Questions 6.3.1d and 6.3.1f)

Overall Target Completion Date: 10/01/2025

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | Develop legislative proposal and engage with partners. | 02/01/2025 |
| 2 | Manage legislative process and advocate for passage. | 05/19/2025 |
| 3 | Enact policy change, if legislation passes.<br><br>NOTE: Completion date is August 1, 2025, for licensed  centers, licensed family child care providers, and license-exempt centers. Completion date is<br>October 1, 2025, for license-exempt family child care providers. | 10/01/2025 |

ACF 000052



OMB #0970-0234
Exp. Date:

# Division of Social Services
# Social Services Block Grant
## *Intended Use Plan*

The Paperwork Reduction Act of 1995 (Pub. L. 104-13). STATEMENT OF PUBLIC BURDEN: Through this information collection, ACF is identifying plans for State use of Social Services Bock Grant (SSBG) Funding. The purpose of this information is to identify estimated SSBG expenditures and recipients, as well as the intended geographic location and eligibility considerations for planned services. Information will be used to gain insight on the administration of the SSBG program and to provide support to grantees related to the administration of their SSBG program. Public reporting burden for this collection of information is estimated to average 40 hours per response, including the time for reviewing instructions, gathering and maintaining the data needed, and reviewing the collection of information. This is a mandatory collection of information and is required to retain a benefit [45 C.F.R. §96.74.]. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information subject to the requirements of the Paperwork Reduction Act of 1995, unless it displays a currently valid OMB control number. The OMB # is 0970-0234 and the expiration date is _____. If you have any comments on this collection of information, please contact the Office of Community Services, Social Services Block Grant Program via email: SSBG@acf.hhs.gov.

ACF 000053

**I. General Information**

   **1. State** _____    **2. Fiscal Year** _____

   **3. State Official Contact Information**

   **4. SSBG Contact Information**

   **5. SSBG Award from Previous Year** _____

   **6. SSBG Expenditures Planned for Current Year** _____

   **7. TANF Funds Transferred into SSBG** _____

   **8. Consolidate Block Grant Funds Included in SSBG Budget: YES      NO**
     *Provide the amount of funding for each applicable funding source for the consolidated block grant.*

| a. Funding Source(s) for the Consolidated Block Grant | b. Amount of Funding from Each Program |
| --- | --- |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

ACF 000054

9.  **SSBG Carryover Funding from the Previous Year:  YES        NO**

| a.   Source(s) of Carryover Funding | b. Amount of Carryover from Each Source |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

ACF 000055

**II.  Administrative Operations**

    **1.  Administering Agency** _____

    **2.  Location** _____

    **3.  Mission/Goals of Agency**

    **4.  Description of Financial Operations Systems**

ACF 000056

**III. Program Planning**

    **1. Planning for Distribution and Use of Funds**

    *Describe the planning process for determining the State's use and distribution of SSBG funds.*

    **2. Describe the Characteristics of Individuals to be Served**

    *Include definitions for child, adult, and family; eligibility criteria; and income guidelines.*

    **3. Public Inspection of Pre-Expenditure Report**

    *Describe how the State made available for public inspection and comment the current Pre-Expenditure Report or revision to the report. Supporting documentation for public inspection is also required. (See V. Appendices, Appendix A: Documentation of public Hearing).*

ACF 000057

## IV. Program Operations

*Complete one table for each service category provided by the state during the reporting period.*

### 1. Program Operations – Adoption Services

| | |
|---|---|
| **a. Service Category (use uniform definition)** – Adoption Services | |
| **b. SSBG Goal** | |
| **c. Description of Services** | |
| **d. Description of Recipients (eligibility considerations)** | |
| **e. Method of Delivery and Geographic Area** | |
| **f. Partnering State Agency** | |
| **g. Subgrantee / Service Providers** | |

ACF 000058

**2. Program Operations – Case Management Services**

| |
|---|
| **a.  Service Category (use uniform definition)** – Case Management Services |
| **b.  SSBG Goal** |
| **c.  Description of Services** |
| **d.  Description of Recipients (eligibility considerations)** |
| **e.  Method of Delivery and Geographic Area** |
| **f.  Partnering State Agency** |
| **g.  Subgrantee / Service Providers** |

ACF 000059

3.  **Program Operations – Congregate Meals**

| |
|---|
| a.  **Service Category (use uniform definition)** – Congregate Meals |
| b.  **SSBG Goal** |
| c.  **Description of Services** |
| d.  **Description of Recipients (eligibility considerations)** |
| e.  **Method of Delivery and Geographic Area** |
| f.  **Partnering State Agency** |
| g.  **Subgrantee / Service Providers** |

ACF 000060

**4. Program Operations – Counseling Services**

| a. **Service Category (use uniform definition)** – Counseling Services |
|---|
| b. **SSBG Goal** |
| c. **Description of Services** |
| d. **Description of Recipients (eligibility considerations)** |
| e. **Method of Delivery and Geographic Area** |
| f. **Partnering State Agency** |
| g. **Subgrantee / Service Providers** |

ACF 000061

5.  **Program Operations –** Day Care Services – Adults

| |
|---|
| a.  **Service Category (use uniform definition)** – Day Care Services – Adults |
| b.  **SSBG Goal** |
| c.  **Description of Services** |
| d.  **Description of Recipients (eligibility considerations)** |
| e.  **Method of Delivery and Geographic Area** |
| f.  **Partnering State Agency** |
| g.  **Subgrantee / Service Providers** |

ACF 000062

**6.  Program Operations – Day Care Services – Children**

| |
|---|
| **a.  Service Category (use uniform definition)** – Day Care Services – Children |
| **b.  SSBG Goal** |
| **c.  Description of Services** |
| **d.  Description of Recipients (eligibility considerations)** |
| **e.  Method of Delivery and Geographic Area** |
| **f.  Partnering State Agency** |
| **g.  Subgrantee / Service Providers** |

ACF 000063

**7.   Program Operations – Education and Training Services**

| |
|---|
| **a.   Service Category (use uniform definition)** – Education and Training Services |
| **b.   SSBG Goal** |
| **c.   Description of Services** |
| **d.   Description of Recipients (eligibility considerations)** |
| **e.   Method of Delivery and Geographic Area** |
| **f.   Partnering State Agency** |
| **g.   Subgrantee / Service Providers** |

ACF 000064

8. **Program Operations – Employment Services**

| | |
|---|---|
| a. **Service Category (use uniform definition)** – Employment Services | |
| b. **SSBG Goal** | |
| c. **Description of Services** | |
| d. **Description of Recipients (eligibility considerations)** | |
| e. **Method of Delivery and Geographic Area** | |
| f. **Partnering State Agency** | |
| g. **Subgrantee / Service Providers** | |

ACF 000065

9.  **Program Operations – Family Planning Services**

| |
|---|
| a.  **Service Category (use uniform definition)** – Family Planning Services |
| b.  **SSBG Goal** |
| c.  **Description of Services** |
| d.  **Description of Recipients (eligibility considerations)** |
| e.  **Method of Delivery and Geographic Area** |
| f.  **Partnering State Agency** |
| g.  **Subgrantee / Service Providers** |

**10. Program Operations – Foster Care Services for Adults**

| |
|---|
| **a.  Service Category (use uniform definition)** – Foster Care Services for Adults |
| **b.  SSBG Goal** |
| **c.  Description of Services** |
| **d.  Description of Recipients (eligibility considerations)** |
| **e.  Method of Delivery and Geographic Area** |
| **f.  Partnering State Agency** |
| **g.  Subgrantee / Service Providers** |

ACF 000067

**11.  Program Operations – Foster Care Services for Children**

| | |
|---|---|
| **a.   Service Category (use uniform definition)** – Prevention and Intervention Services | |
| **b.   SSBG Goal** | |
| **c.   Description of Services** | |
| **d.   Description of Recipients (eligibility considerations)** | |
| **e.   Method of Delivery and Geographic Area** | |
| **f.   Partnering State Agency** | |
| **g.   Subgrantee / Service Providers** | |

ACF 000068

**12. Program Operations – Health Related and Home Health Services**

| |
|---|
| **a.** **Service Category (use uniform definition)** – Health Related and Home Health Services |
| **b.** **SSBG Goal** |
| **c.** **Description of Services** |
| **d.** **Description of Recipients (eligibility considerations)** |
| **e.** **Method of Delivery and Geographic Area** |
| **f.** **Partnering State Agency** |
| **g.** **Subgrantee / Service Providers** |

ACF 000069

**13. Program Operations – Home Based Services**

| |
|---|
| a. **Service Category (use uniform definition)** – Home Based Services |
| b. **SSBG Goal** |
| c. **Description of Services** |
| d. **Description of Recipients (eligibility considerations)** |
| e. **Method of Delivery and Geographic Area** |
| f. **Partnering State Agency** |
| g. **Subgrantee / Service Providers** |

ACF 000070

**14. Program Operations – Home Delivered Meals**

| |
|---|
| a. **Service Category (use uniform definition)** – Home Delivered Meals |
| b. **SSBG Goal** |
| c. **Description of Services** |
| d. **Description of Recipients (eligibility considerations)** |
| e. **Method of Delivery and Geographic Area** |
| f. **Partnering State Agency** |
| g. **Subgrantee / Service Providers** |

ACF 000071

**15. Program Operations – Housing Services**

| | |
|---|---|
| **a.** | **Service Category (use uniform definition)** – Housing Services |
| **b.** | **SSBG Goal** |
| **c.** | **Description of Services** |
| **d.** | **Description of Recipients (eligibility considerations)** |
| **e.** | **Method of Delivery and Geographic Area** |
| **f.** | **Partnering State Agency** |
| **g.** | **Subgrantee / Service Providers** |

ACF 000072

**16. Program Operations – Independent and Transitional Living Services**

| | |
|---|---|
| **a.  Service Category (use uniform definition)** – Independent and Transitional Living Services | |
| **b.  SSBG Goal** | |
| **c.  Description of Services** | |
| **d.  Description of Recipients (eligibility considerations)** | |
| **e.  Method of Delivery and Geographic Area** | |
| **f.  Partnering State Agency** | |
| **g.  Subgrantee / Service Providers** | |

ACF 000073

**17. Program Operations – Information and Referral**

| |
|---|
| **a. Service Category (use uniform definition)** – Information and Referral |
| **b. SSBG Goal** |
| **c. Description of Services** |
| **d. Description of Recipients (eligibility considerations)** |
| **e. Method of Delivery and Geographic Area** |
| **f. Partnering State Agency** |
| **g. Subgrantee / Service Providers** |

ACF 000074

**18. Program Operations – Legal Services**

| | |
|---|---|
| a. **Service Category (use uniform definition)** – Legal Services | |
| b. **SSBG Goal** | |
| c. **Description of Services** | |
| d. **Description of Recipients (eligibility considerations)** | |
| e. **Method of Delivery and Geographic Area** | |
| f. **Partnering State Agency** | |
| g. **Subgrantee / Service Providers** | |

ACF 000075

**19. Program Operations – Pregnancy and Parenting Services for Young Parents**

| | |
|---|---|
| **a.  Service Category (use uniform definition)** – | Pregnancy and Parenting Services for Young Parents |
| **b.  SSBG Goal** | |
| **c.  Description of Services** | |
| **d.  Description of Recipients (eligibility considerations)** | |
| **e.  Method of Delivery and Geographic Area** | |
| **f.  Partnering State Agency** | |
| **g.  Subgrantee / Service Providers** | |

**20. Program Operations – Prevention and Intervention Services**

| |
|---|
| a.   **Service Category (use uniform definition)** – Prevention and Intervention Services |
| b.   **SSBG Goal** |
| c.   **Description of Services** |
| d.   **Description of Recipients (eligibility considerations)** |
| e.   **Method of Delivery and Geographic Area** |
| f.   **Partnering State Agency** |
| g.   **Subgrantee / Service Providers** |

ACF 000077

**21. Program Operations – Protective Services for Adults**

| |
|---|
| **a.  Service Category (use uniform definition)** – Protective Services for Adults |
| **b.  SSBG Goal** |
| **c.  Description of Services** |
| **d.  Description of Recipients (eligibility considerations)** |
| **e.  Method of Delivery and Geographic Area** |
| **f.  Partnering State Agency** |
| **g.  Subgrantee / Service Providers** |

ACF 000078

**22. Program Operations – Protective Services for Children**

| | |
|---|---|
| **a.  Service Category (use uniform definition)** – Protective Services for Children | |
| **b.  SSBG Goal** | |
| **c.  Description of Services** | |
| **d.  Description of Recipients (eligibility considerations)** | |
| **e.  Method of Delivery and Geographic Area** | |
| **f.  Partnering State Agency** | |
| **g.  Subgrantee / Service Providers** | |

ACF 000079

**23. Program Operations – Recreational Services**

| |
|---|
| a.   **Service Category (use uniform definition)** – Recreational Services |
| b.   **SSBG Goal** |
| c.   **Description of Services** |
| d.   **Description of Recipients (eligibility considerations)** |
| e.   **Method of Delivery and Geographic Area** |
| f.   **Partnering State Agency** |
| g.   **Subgrantee / Service Providers** |

ACF 000080

**24. Program Operations – Residential Treatment Services**

| | |
|---|---|
| **a.  Service Category (use uniform definition)** – Residential Treatment Services | |
| **b.  SSBG Goal** | |
| **c.  Description of Services** | |
| **d.  Description of Recipients (eligibility considerations)** | |
| **e.  Method of Delivery and Geographic Area** | |
| **f.  Partnering State Agency** | |
| **g.  Subgrantee / Service Providers** | |

ACF 000081

**25. Program Operations – Special Services for Persons with Developmental or Physical**

| | |
|---|---|
| **a. Service Category (use uniform definition)** – | Special Services for Persons with Developmental or Physical |
| **b. SSBG Goal** | |
| **c. Description of Services** | |
| **d. Description of Recipients (eligibility considerations)** | |
| **e. Method of Delivery and Geographic Area** | |
| **f. Partnering State Agency** | |
| **g. Subgrantee / Service Providers** | |

ACF 000082

**26. Program Operations –   Special Services for Youth Involved in or at Risk of Involvement with Criminal Activity**

| | |
|---|---|
| **a.   Service Category (use uniform definition)** – | Special Services for Youth Involved in or at Risk of Involvement with Criminal Activity |
| **b.   SSBG Goal** | |
| **c.   Description of Services** | |
| **d.   Description of Recipients (eligibility considerations)** | |
| **e.   Method of Delivery and Geographic Area** | |
| **f.   Partnering State Agency** | |
| **g.   Subgrantee / Service Providers** | |

ACF 000083

**27. Program Operations – Substance Abuse Services**

| |
|---|
| a. **Service Category (use uniform definition)** – Substance Abuse Services |
| b. **SSBG Goal** |
| c. **Description of Services** |
| d. **Description of Recipients (eligibility considerations)** |
| e. **Method of Delivery and Geographic Area** |
| f. **Partnering State Agency** |
| g. **Subgrantee / Service Providers** |

ACF 000084

**28. Program Operations – Transportation Services**

| | |
|---|---|
| **a.   Service Category (use uniform definition)** – Transportation Services | |
| **b.   SSBG Goal** | |
| **c.   Description of Services** | |
| **d.   Description of Recipients (eligibility considerations)** | |
| **e.   Method of Delivery and Geographic Area** | |
| **f.   Partnering State Agency** | |
| **g.   Subgrantee / Service Providers** | |

ACF 000085

**29. Program Operations – Other Services**

| |
|---|
| **a.  Service Category (use uniform definition)** – Other Services |
| **b.  SSBG Goal** |
| **c.  Description of Services** |
| **d.  Description of Recipients (eligibility considerations)** |
| **e.  Method of Delivery and Geographic Area** |
| **f.  Partnering State Agency** |
| **g.  Subgrantee / Service Providers** |

ACF 000086

## V.  Appendices

**Appendix A: Documentation of Public Hearing**
*Attach documentation of public hearing, such as public hearing notices, websites, electronic correspondence, letters, newspaper articles, etc.*

**Appendix B: Certifications**
*Attach signed copies of the following certifications*

1. Drug-Free Workplace Requirements
2. Environmental Tobacco Smoke
3. Lobbying
4. Debarment, Suspension and Other Responsibility Matters

**Appendix C: Proof of Audit**
Federal regulations state that: "Each State shall, not less often than every two years, audit its expenditures from amounts received (or transferred for use) under this title…Within 30 days following the completion of each audit, the State shall submit a copy of that audit to the legislature of the State and to the Secretary." (Sec. 2006 [42 U.S.C. 1397a, Sec. 2006]).

*Provide a copy or link to the most recent audit, or a description of the audit that specifies when the audit occurred and summarizes the results of the audit.*

**Appendix D: SF 424M**
*Scanned copy must be uploaded with application*

**Appendix E: Federal Financial Report (FFR) For SF-425 Federal Financial Reporting (FFR) Form SF-425**
*Scanned copy must be uploaded with the Intended Use Plan*

**Appendix F: TANF ACF-196R form**
*Scanned copy must be uploaded with the Intended Use Plan*

# SSBG Pre-Expenditure Report

### Year: 2026  Group: Minnesota

## Contacts

| Contact Type Name | First Name | Last Name | Title | Agency | Street1 | Street2 | City | State Name | Zip | Phone Number | Fax Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| State CFO Contact Info | Ashley | Reisenauer | Chief Financial Officer | Minnesota Department of Children, Youth, and Families | 444 Lafayette Rd | | St. Paul | Minnesota | 55155 | 651-539-7702 | |
| State SSBG Contact Info | Andrew | Richter | Communications Coordinator | Minnesota Department of Children, Youth, and Families | 444 Lafayette Rd | | St. Paul | Minnesota | 55155 | 651-539-7771 | |
| State Official Contact Info | Tikki | Brown | Commissioner | Minnesota Department of Children, Youth, and Families | 444 Lafayette Rd | | St. Paul | Minnesota | 55155 | 651-539-7997 | |

## Definitions

| | |
|---|---|
| Child | The definition of a child [Minn. Stat. §260C.007, subd. 4] is an individual under 18 years of age. A child also includes individuals under age 21 who are in foster care, pursuant to Minn. Stat. §260C.451. |
| Adult | An adult is age 18 and older. |
| Family | "Family or household members" means spouses, former spouses, parents and children, persons related by blood, and persons who are presently residing together or who have resided together in the past, and persons who have a child in common regardless of whether they have been married or have lived together at any time [Minn. Stat. §260C.007, subd. 17]. |

## Assurances

| Assurance Name | Yes | No | Comment |
|---|---|---|---|
| Is the total amount of funds transferred from TANF to SSBG equal to the amount reported for the related period in the TANF financial report (ACF196R)? | X | | |
| The grantee certifies that funds transferred from TANF to SSBG comply with the statutory requirements described in Section 404(d) of the Social Security Act. | X | | |
| The grantee certifies that no carryover extends beyond the two year expenditure period outlined in the code Sec.2002 42 U.S.C. 1397a (c) | X | | |
| Was the actual use of funds transferred from TANF to SSBG reflected in the pre-expenditurereport? | X | | |

## Expenditures and Recipients

Source: SSBG Data Collection System
For technical assistance, please contact the SSBG Technical Team at support@ssbgportal.net.

ACF 000088

# SSBG Pre-Expenditure Report

Year: 2026  Group: Minnesota

| Service Categories | Current Year SSBG and CBG Allocation Expenditures | Carried Over SSBG and CBG Allocation Expenditures | Funds Transferred into SSBG | Carry Over of Funds Transferred into SSBG from Previous FY | Expenditures of All Other Federal, State, and Local Funds | Total Expenditures | Public | Private | Include All | Children | Adults Age 59 Years & Younger | Adults Age 60 years & Older | Adults of Unknown Age | Total Adults | Total Recipients | Actual | Estimated | Sampled | Duplicated | Unduplicated | Eligibility Comment | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1) Adoption Services | $259,428 | $0 | $52,917 | $0 | $9,185,324 | $9,497,669 | X | X | X | 3,312 | 240 | 14 | 1 | 255 | 3,567 | X | | | X | | This category includes services provided in support of adoption and transfers of permanent legal and physical custody. The following are eligible for services: children without legally responsible parents that will secure a social and legal family membership, legal parents making an adoptive plan for their child, children whose permanency plan is to undergo a transfer of permanent legal and physical custody (TPLPC) to a relative, minors and their adoptive parents or relative | |

Source: SSBG Data Collection System
For technical assistance, please contact the SSBG Technical Team at support@ssbgportal.net.

ACF 000089

# SSBG Pre-Expenditure Report

Year: 2026  Group: Minnesota

| Service Categories | Current Year SSBG and CBG Allocation Expenditures | Carried Over SSBG and CBG Allocation Expenditures | Funds Transferred into SSBG | Carry Over of Funds Transferred into SSBG from Previous FY | Expenditures of All Other Federal, State, and Local Funds | Total Expenditures | Public | Private | Include All | Children | Adults Age 59 Years & Younger | Adults Age 60 years & Older | Adults of Unknown Age | Total Adults | Total Recipients | Actual | Estimated | Sampled | Duplicated | Unduplicated | Eligibility Comment | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | custodians, and adopted adults seeking information about their history or birth parents, and Northstar Care commissioner transitions. | |
| 2) Case Management | $6,394,405 | $0 | $1,304,291 | $0 | $191,699,081 | $199,397,777 | X | X | X | 56,058 | 32,657 | 25,889 | 113 | 58,659 | 114,717 | X | | | X | | This category includes services for vulnerable children and adults with multiple needs who require a systematic process to serve their needs for ongoing assessment, planning, referral, service coordination, monitoring, consultation and advocacy assistance. | |

Source: SSBG Data Collection System
For technical assistance, please contact the SSBG Technical Team at support@ssbgportal.net.

ACF 000090

# SSBG Pre-Expenditure Report

Year: 2026  Group: Minnesota

| Service Categories | Current Year SSBG and CBG Allocation Expenditures | Carried Over SSBG and CBG Allocation Expenditures | Funds Transferred into SSBG | Carry Over of Funds Transferred into SSBG from Previous FY | Expenditures of All Other Federal, State, and Local Funds | Total Expenditures | Public | Private | Include All | Children | Adults Age 59 Years & Younger | Adults Age 60 years & Older | Adults of Unknown Age | Total Adults | Total Recipients | Actual | Estimated | Sampled | Duplicated | Unduplicated | Eligibility Comment | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3) Congregate Meals | $6,369 | $0 | $0 | $0 | $2,142 | $8,511 | X | X | X | 0 | 0 | 0 | 0 | 0 | 0 | X | | | | | Preparing and making available nutritionally adequate hot meals at a center used for serving congregate meals in an environment providing opportunities for socialization and nutrition education. | |
| 4) Counseling Services | $187,835 | $0 | $38,313 | $0 | $3,106,833 | $3,332,981 | X | X | X | 633 | 598 | 30 | 2 | 630 | 1,263 | X | | | X | | This category includes counseling services for children or adults or family members of children and adults receiving CAC/CADI/BI Family Support Services in order to maintain the child or adult in their home or for any child or family of a child at risk of removal from the home. | |

Source: SSBG Data Collection System
For technical assistance, please contact the SSBG Technical Team at support@ssbgportal.net.

ACF 000091

# SSBG Pre-Expenditure Report

### Year: 2026  Group: Minnesota

| Service Categories | Current Year SSBG and CBG Allocation Expenditures | Carried Over SSBG and CBG Allocation Expenditures | Funds Transferred into SSBG | Carry Over of Funds Transferred into SSBG from Previous FY | Expenditures of All Other Federal, State, and Local Funds | Total Expenditures | Public | Private | Include All | Children | Adults Age 59 Years & Younger | Adults Age 60 years & Older | Adults of Unknown Age | Total Adults | Total Recipients | Actual | Estimated | Sampled | Duplicated | Unduplicated | Eligibility Comment | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **5) Day Care - Adults** | $5,582 | $0 | $0 | $0 | $0 | $5,582 | X | X | X | 0 | 2 | 0 | 0 | 2 | 2 | X | | | X | | Services in this category provide personal care and assistance with health, physical, social and daily living needs of functionally-impaired adults for less than 24 hours a day to maintain their ability to live in the community. | |
| **6) Day Care - Children** | $273,408 | $0 | $0 | $0 | $0 | $273,408 | X | X | X | 570 | 0 | 0 | 0 | 0 | 570 | X | | | X | | Children whose parents, guardian or current caretakers have changed residence in the past 24 months, either between states or from county to county, within the state; in order to obtain employment in a temporary or seasonal agricultural activities. | |

Source: SSBG Data Collection System
For technical assistance, please contact the SSBG Technical Team at support@ssbgportal.net.

ACF 000092

# SSBG Pre-Expenditure Report

Year: 2026  Group: Minnesota

| Service Categories | Current Year SSBG and CBG Allocation Expenditures | Carried Over SSBG and CBG Allocation Expenditures | Funds Transferred into SSBG | Carry Over of Funds Transferred into SSBG from Previous FY | Expenditures of All Other Federal, State, and Local Funds | Total Expenditures | Public | Private | Include All | Children | Adults Age 59 Years & Younger | Adults Age 60 years & Older | Adults of Unknown Age | Total Adults | Total Recipients | Actual | Estimated | Sampled | Duplicated | Unduplicated | Eligibility Comment | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **7) Education and Training Services** | $1,003,640 | $0 | $204,716 | $0 | $19,886,279 | $21,094,635 | X | X | X | 1,691 | 984 | 166 | 3 | 1,153 | 2,844 | X | | | X | | This category includes activities designed to educate the general public or special high-risk target individuals and their families about problems associated with mental illness, chemical dependency, developmental disabilities, child maltreatment, or other social problems, as well as services to provide education or training unrelated to employment, for individuals with school adjustment problems in need of special education assistance, and services to a family in the home or in a service | |

Source: SSBG Data Collection System
For technical assistance, please contact the SSBG Technical Team at support@ssbgportal.net.

ACF 000093

# SSBG Pre-Expenditure Report

Year: 2026  Group: Minnesota

| Service Categories | Current Year SSBG and CBG Allocation Expenditures | Carried Over SSBG and CBG Allocation Expenditures | Funds Transferred into SSBG | Carry Over of Funds Transferred into SSBG from Previous FY | Expenditures of All Other Federal, State, and Local Funds | Total Expenditures | Public | Private | Include All | Children | Adults Age 59 Years & Younger | Adults Age 60 years & Older | Adults of Unknown Age | Total Adults | Total Recipients | Actual | Estimated | Sampled | Duplicated | Unduplicated | Eligibility Comment | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | provider's home including: teaching family parenting skills, consumer education, money management, communication and home management skills to prevent placement of a child outside of the home or so that a child can be returned home. | |

Source: SSBG Data Collection System
For technical assistance, please contact the SSBG Technical Team at support@ssbgportal.net.

ACF 000094

# SSBG Pre-Expenditure Report

Year: 2026  Group: Minnesota

| Service Categories | Current Year SSBG and CBG Allocation Expenditures | Carried Over SSBG and CBG Allocation Expenditures | Funds Transferred into SSBG | Carry Over of Funds Transferred into SSBG from Previous FY | Expenditures of All Other Federal, State, and Local Funds | Total Expenditures | Public | Private | Include All | Children | Adults Age 59 Years & Younger | Adults Age 60 years & Older | Adults of Unknown Age | Total Adults | Total Recipients | Actual | Estimated | Sampled | Duplicated | Unduplicated | Eligibility Comment | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8) Employment Services | $7,117 | $0 | $0 | $0 | $59,230 | $66,347 | X | X | X | 0 | 1 | 0 | 0 | 1 | 1 | X | | | X | | Provision of assistance to obtain, maintain, or improve employment through the use of vocational counseling, employability testing, job-finding assistance, vocational and college training and special employment services for individuals who are disabled because of some social, economic, or mental/physical condition. | |
| 9) Family Planning Services | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |

Source: SSBG Data Collection System
For technical assistance, please contact the SSBG Technical Team at support@ssbgportal.net.

ACF 000095

# SSBG Pre-Expenditure Report

Year: 2026  Group: Minnesota

| Service Categories | Current Year SSBG and CBG Allocation Expenditures | Carried Over SSBG and CBG Allocation Expenditures | Funds Transferred into SSBG | Carry Over of Funds Transferred into SSBG from Previous FY | Expenditures of All Other Federal, State, and Local Funds | Total Expenditures | Public | Private | Include All | Children | Adults Age 59 Years & Younger | Adults Age 60 years & Older | Adults of Unknown Age | Total Adults | Total Recipients | Actual | Estimated | Sampled | Duplicated | Unduplicated | Eligibility Comment | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10) Foster Care Services - Adults | $275,345 | $0 | $0 | $0 | $5,349,198 | $5,624,543 | X | X | X | 0 | 1,858 | 934 | 192 | 2,984 | 2,984 | X | | | X | | Services in this category include a licensed, adult-appropriate, sheltered living arrangement for functionally impaired adults in a family-like environment. | |
| 11) Foster Care Services - Children | $3,826,353 | $0 | $780,476 | $0 | $89,797,885 | $94,404,714 | X | X | X | 12,951 | 11,473 | 2,042 | 52 | 13,567 | 26,518 | X | | | X | | Services in this category include the 24-hour-a-day care of a child following placement by a county, tribe, or a licensed child-placing agency with legal responsibility pursuant to a court order or voluntary placement agreement and where a county or American Indian Child Welfare Initiative tribe has financial responsibility. This care | |

Source: SSBG Data Collection System
For technical assistance, please contact the SSBG Technical Team at support@ssbgportal.net.

ACF 000096

# SSBG Pre-Expenditure Report

Year: 2026  Group: Minnesota

| Service Categories | Current Year SSBG and CBG Allocation Expenditures | Carried Over SSBG and CBG Allocation Expenditures | Funds Transferred into SSBG | Carry Over of Funds Transferred into SSBG from Previous FY | Expenditures of All Other Federal, State, and Local Funds | Total Expenditures | Public | Private | Include All | Children | Adults Age 59 Years & Younger | Adults Age 60 years & Older | Adults of Unknown Age | Total Adults | Total Recipients | Actual | Estimated | Sampled | Duplicated | Unduplicated | Eligibility Comment | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | is provided in family foster homes licensed under Minnesota Rules, parts 2960.3000 to 2960.3100, and foster residences (corporate foster care) settings that meet the additional requirements in parts 2960.3200, and family foster homes licensed or approved by a tribe. Foster care includes an emergency placement of a child in the home of a relative who has not yet completed the licensure process and extended foster care for youth, age 18 up to 21 who reside in a family foster | |

Source: SSBG Data Collection System
For technical assistance, please contact the SSBG Technical Team at support@ssbgportal.net.

# SSBG Pre-Expenditure Report

Year: 2026  Group: Minnesota

| Service Categories | Current Year SSBG and CBG Allocation Expenditures | Carried Over SSBG and CBG Allocation Expenditures | Funds Transferred into SSBG | Carry Over of Funds Transferred into SSBG from Previous FY | Expenditures of All Other Federal, State, and Local Funds | Total Expenditures | Public | Private | Include All | Children | Adults Age 59 Years & Younger | Adults Age 60 years & Older | Adults of Unknown Age | Total Adults | Total Recipients | Actual | Estimated | Sampled | Duplicated | Unduplicated | Eligibility Comment | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | home. This may include the initial 60-day clothing allowance. | |
| 12) Health-Related Services | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |

Source: SSBG Data Collection System
For technical assistance, please contact the SSBG Technical Team at support@ssbgportal.net.

# SSBG Pre-Expenditure Report

Year: 2026  Group: Minnesota

| Service Categories | Current Year SSBG and CBG Allocation Expenditures | Carried Over SSBG and CBG Allocation Expenditures | Funds Transferred into SSBG | Carry Over of Funds Transferred into SSBG from Previous FY | Expenditures of All Other Federal, State, and Local Funds | Total Expenditures | Public | Private | Include All | Children | Adults Age 59 Years & Younger | Adults Age 60 years & Older | Adults of Unknown Age | Total Adults | Total Recipients | Actual | Estimated | Sampled | Duplicated | Unduplicated | Eligibility Comment | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **13) Home-Based Services** | $114,794 | $0 | $23,415 | $0 | $3,090,310 | $3,228,519 | X | X | X | 97 | 443 | 806 | 0 | 1,249 | 1,346 | X | | | X | | Services designed to support and maintain children in the home. Services include medically-oriented tasks prescribed by a physician, supervised by a registered nurse, and written in a plan of care, and the provision or teaching of home management skills to individuals and families by a trained homemaker when the individual usually responsible for those activities is temporarily absent or unable to manage the home and care | |

Source: SSBG Data Collection System
For technical assistance, please contact the SSBG Technical Team at support@ssbgportal.net.

ACF 000099

# SSBG Pre-Expenditure Report

Year: 2026  Group: Minnesota

| Service Categories | Current Year SSBG and CBG Allocation Expenditures | Carried Over SSBG and CBG Allocation Expenditures | Funds Transferred into SSBG | Carry Over of Funds Transferred into SSBG from Previous FY | Expenditures of All Other Federal, State, and Local Funds | Total Expenditures | Public | Private | Include All | Children | Adults Age 59 Years & Younger | Adults Age 60 years & Older | Adults of Unknown Age | Total Adults | Total Recipients | Actual | Estimated | Sampled | Duplicated | Unduplicated | Eligibility Comment | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14) Home-Delivered Meals | $25,178 | $0 | $0 | $0 | $253,716 | $278,894 | X | X | X | 0 | 5 | 11 | 0 | 16 | 16 | X | | | X | | Preparation and delivery of one or more nutritionally adequate hot meals daily to homes of people who are physically unable to prepare their own nourishing meals. | |
| 15) Housing Services | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |

Source: SSBG Data Collection System
For technical assistance, please contact the SSBG Technical Team at support@ssbgportal.net.

ACF 000100

# SSBG Pre-Expenditure Report

### Year: 2026  Group: Minnesota

| Service Categories | Current Year SSBG and CBG Allocation Expenditures | Carried Over SSBG and CBG Allocation Expenditures | Funds Transferred into SSBG | Carry Over of Funds Transferred into SSBG from Previous FY | Expenditures of All Other Federal, State, and Local Funds | Total Expenditures | Public | Private | Include All | Children | Adults Age 59 Years & Younger | Adults Age 60 years & Older | Adults of Unknown Age | Total Adults | Total Recipients | Actual | Estimated | Sampled | Duplicated | Unduplicated | Eligibility Comment | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **16) Independent/Transitional Living Services** | $199,309 | $0 | $40,654 | $0 | $4,030,531 | $4,270,494 | X | X | X | 772 | 553 | 7 | 0 | 560 | 1,332 | X | | | X | | The Successful Transition to Adulthood for Youth (STAY) program services and funding assists eligible youth, ages 14 up to 23, in preparing for independent living and successful transition to adulthood. Services include an independent living skills assessment, development of an independent living plan, and service coordination or referral by a case manager. | |

Source: SSBG Data Collection System
For technical assistance, please contact the SSBG Technical Team at support@ssbgportal.net.

ACF 000101

# SSBG Pre-Expenditure Report

Year: 2026  Group: Minnesota

| Service Categories | Current Year SSBG and CBG Allocation Expenditures | Carried Over SSBG and CBG Allocation Expenditures | Funds Transferred into SSBG | Carry Over of Funds Transferred into SSBG from Previous FY | Expenditures of All Other Federal, State, and Local Funds | Total Expenditures | Public | Private | Include All | Children | Adults Age 59 Years & Younger | Adults Age 60 years & Older | Adults of Unknown Age | Total Adults | Total Recipients | Actual | Estimated | Sampled | Duplicated | Unduplicated | Eligibility Comment | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17) Information and Referral | $3,761,385 | $0 | $767,224 | $0 | $67,005,763 | $71,534,372 | X | X | X | 14,451 | 12,408 | 6,262 | 143 | 18,813 | 33,264 | X | | | X | | Provision of information to individuals on social and human services, and assistance in making contact with a resource that can respond to their needs or problems. | |
| 18) Legal Services | $606,132 | $0 | $95,079 | $0 | $10,668,628 | $11,369,839 | X | X | X | 16 | 335 | 117 | 0 | 452 | 468 | X | | | X | | This category includes services to assist vulnerable children and adults in resolving civil legal matters and the protection of legal rights. | |
| 19) Pregnancy and Parenting | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |

ACF 000102

# SSBG Pre-Expenditure Report

Year: 2026  Group: Minnesota

| Service Categories | Current Year SSBG and CBG Allocation Expenditures | Carried Over SSBG and CBG Allocation Expenditures | Funds Transferred into SSBG | Carry Over of Funds Transferred into SSBG from Previous FY | Expenditures of All Other Federal, State, and Local Funds | Total Expenditures | Public | Private | Include All | Children | Adults Age 59 Years & Younger | Adults Age 60 years & Older | Adults of Unknown Age | Total Adults | Total Recipients | Actual | Estimated | Sampled | Duplicated | Unduplicated | Eligibility Comment | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **20) Prevention and Intervention** | $3,359,639 | $0 | $685,278 | $0 | $89,118,137 | $93,163,054 | X | X | X | 92,513 | 27,973 | 3,985 | 450 | 32,408 | 124,921 | X | | | X | | This category includes voluntary early intervention services to address the needs of families at risk of child maltreatment, as well as family assessment services for children with screened-in child protection reports, permanency planning for children placed in out-of-home care, court-related services, and family crisis services for children at risk of placement. | |

Source: SSBG Data Collection System
For technical assistance, please contact the SSBG Technical Team at support@ssbgportal.net.

ACF 000103

# SSBG Pre-Expenditure Report

Year: 2026  Group: Minnesota

| Service Categories | Current Year SSBG and CBG Allocation Expenditures | Carried Over SSBG and CBG Allocation Expenditures | Funds Transferred into SSBG | Carry Over of Funds Transferred into SSBG from Previous FY | Expenditures of All Other Federal, State, and Local Funds | Total Expenditures | Public | Private | Include All | Children | Adults Age 59 Years & Younger | Adults Age 60 years & Older | Adults of Unknown Age | Total Adults | Total Recipients | Actual | Estimated | Sampled | Duplicated | Unduplicated | Eligibility Comment | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21) Protective Services - Adults | $1,223,358 | $0 | $0 | $0 | $25,035,112 | $26,258,470 | X | X | X | 0 | 8,789 | 17,230 | 1,207 | 27,226 | 27,226 | X | | | X | | This category includes any services provided through the intake, assessment and investigation of maltreatment reports for vulnerable adults, including a short-term residential protective setting for adults in a crisis situation. This may include their children. | |

Source: SSBG Data Collection System
For technical assistance, please contact the SSBG Technical Team at support@ssbgportal.net.

ACF 000104

# SSBG Pre-Expenditure Report

Year: 2026  Group: Minnesota

| Service Categories | Current Year SSBG and CBG Allocation Expenditures | Carried Over SSBG and CBG Allocation Expenditures | Funds Transferred into SSBG | Carry Over of Funds Transferred into SSBG from Previous FY | Expenditures of All Other Federal, State, and Local Funds | Total Expenditures | Public | Private | Include All | Children | Adults Age 59 Years & Younger | Adults Age 60 years & Older | Adults of Unknown Age | Total Adults | Total Recipients | Actual | Estimated | Sampled | Duplicated | Unduplicated | Eligibility Comment | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **22) Protective Services - Children** | $1,987,215 | $0 | $405,340 | $0 | $53,778,392 | $56,170,947 | X | X | X | 27,375 | 3,930 | 91 | 106 | 4,127 | 31,502 | X | | | X | | This category includes any services provided through the assessment and investigation of maltreatment reports for vulnerable children, including services for group residential facilities for time-limited placements of 90 days or less. | |

Source: SSBG Data Collection System
For technical assistance, please contact the SSBG Technical Team at support@ssbgportal.net.

ACF 000105

# SSBG Pre-Expenditure Report

Year: 2026  Group: Minnesota

| Service Categories | Current Year SSBG and CBG Allocation Expenditures | Carried Over SSBG and CBG Allocation Expenditures | Funds Transferred into SSBG | Carry Over of Funds Transferred into SSBG from Previous FY | Expenditures of All Other Federal, State, and Local Funds | Total Expenditures | Public | Private | Include All | Children | Adults Age 59 Years & Younger | Adults Age 60 years & Older | Adults of Unknown Age | Total Adults | Total Recipients | Actual | Estimated | Sampled | Duplicated | Unduplicated | Eligibility Comment | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23) Recreation Services | $42,615 | $0 | $8,692 | $0 | $716,397 | $767,704 | X | X | X | 534 | 163 | 9 | 0 | 172 | 706 | X | | | X | | This category includes services that provide opportunities for personal growth and development which enable vulnerable children and adults to participate in age and culturally-appropriate recreational and leisure time activities that maintain physical and mental vitality. | |

Source: SSBG Data Collection System
For technical assistance, please contact the SSBG Technical Team at support@ssbgportal.net.

ACF 000106

# SSBG Pre-Expenditure Report

Year: 2026  Group: Minnesota

| Service Categories | Current Year SSBG and CBG Allocation Expenditures | Carried Over SSBG and CBG Allocation Expenditures | Funds Transferred into SSBG | Carry Over of Funds Transferred into SSBG from Previous FY | Expenditures of All Other Federal, State, and Local Funds | Total Expenditures | Public | Private | Include All | Children | Adults Age 59 Years & Younger | Adults Age 60 years & Older | Adults of Unknown Age | Total Adults | Total Recipients | Actual | Estimated | Sampled | Duplicated | Unduplicated | Eligibility Comment | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **24) Residential Treatment** | $1,022,744 | $0 | $208,613 | $0 | $23,231,562 | $24,462,919 | X | X | X | 1,027 | 72 | 0 | 1 | 73 | 1,100 | X | | | X | | This service category includes the provision of substitute 24-hour care in a licensed facility (Minnesota Rules, parts 2960.0130 – 2960.0220) which provides services for a group of children who are unable to live in their own homes, and a variety of coordinated services tailored to each person's needs that enables them to remain in a self-contained housing environment such as an apartment building or board and lodging. | |

Source: SSBG Data Collection System
For technical assistance, please contact the SSBG Technical Team at support@ssbgportal.net.

ACF 000107

# SSBG Pre-Expenditure Report

Year: 2026  Group: Minnesota

| Service Categories | Current Year SSBG and CBG Allocation Expenditures | Carried Over SSBG and CBG Allocation Expenditures | Funds Transferred into SSBG | Carry Over of Funds Transferred into SSBG from Previous FY | Expenditures of All Other Federal, State, and Local Funds | Total Expenditures | Public | Private | Include All | Children | Adults Age 59 Years & Younger | Adults Age 60 years & Older | Adults of Unknown Age | Total Adults | Total Recipients | Actual | Estimated | Sampled | Duplicated | Unduplicated | Eligibility Comment | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25) Special Services - Disabled | $121,092 | $0 | $24,700 | $0 | $7,571,023 | $7,716,815 | X | X | X | 269 | 1,249 | 379 | 0 | 1,628 | 1,897 | X | | | X | | This category includes training, counseling, instruction, supervision and assistance provided to a person with developmental disabilities or a related condition who has been determined not to be at risk of placement in an intermediate care facility for persons with developmental disabilities, as well as services for a family caring for their child up to 21 who has a disability requiring an institutional level of care. | |
| 26) Special Services - Youth at Risk | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 27) Substance Abuse Services | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |

Source: SSBG Data Collection System
For technical assistance, please contact the SSBG Technical Team at support@ssbgportal.net.

ACF 000108

# SSBG Pre-Expenditure Report

Year: 2026  Group: Minnesota

| Service Categories | Current Year SSBG and CBG Allocation Expenditures | Carried Over SSBG and CBG Allocation Expenditures | Funds Transferred into SSBG | Carry Over of Funds Transferred into SSBG from Previous FY | Expenditures of All Other Federal, State, and Local Funds | Total Expenditures | Public | Private | Include All | Children | Adults Age 59 Years & Younger | Adults Age 60 years & Older | Adults of Unknown Age | Total Adults | Total Recipients | Actual | Estimated | Sampled | Duplicated | Unduplicated | Eligibility Comment | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28) Transportation | $736,822 | $0 | $150,292 | $0 | $15,071,019 | $15,958,133 | X | X | X | 1,603 | 7,391 | 2,064 | 17 | 9,472 | 11,075 | X | | | X | | Provision of travel and escort to and from community resources and facilities. This might include transit cards, mileage reimbursement, and taxis. | |
| 29) Other Services | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 30) SUM OF EXPENDITURES FOR SERVICES | $25,439,765 | $0 | $4,790,000 | $0 | $618,656,562 | $648,886,327 | | | | 213,872 | 111,124 | 60,036 | 2,287 | 173,447 | 387,319 | X | | | X | | | |
| 31) Administrative Costs | $1,871,804 | $0 | $0 | $0 | | $1,871,804 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 32) SUM OF EXPENDITURES FOR SERVICES AND ADMINISTRATIVE COSTS | $27,311,569 | $0 | $4,790,000 | $0 | $618,656,562 | $650,758,131 | | | | 213,872 | 111,124 | 60,036 | 2,287 | 173,447 | 387,319 | X | | | X | | | |
| 33) Total SSBG Expenditures | $32,101,569 | | | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 34) Remaining funds to be carried over into the next fiscal year | $0 | $0 | | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |

Comments

Source: SSBG Data Collection System
For technical assistance, please contact the SSBG Technical Team at support@ssbgportal.net.

ACF 000109

Case 1:26-cv-00172-VSB   Document 85   Filed 04/01/26   Page 118 of 152

# SSBG Pre-Expenditure Report

### Year: 2026  Group: Minnesota

| | |
|---|---|
| **From which block grant(s) were these funds transferred:** | TANF |
| **\*\*Please list the sources of these funds:** | Fed = IV-E, CW-TCM, MA Waivers, Alternative Response Grants<br>Child Care grants, MA Admin, MH grants, MA Waiver Case Mgmt<br>State = MA Waivers, Alternative Response, Child Care grants, MFIP Employment Chemical Dependency Admin, MH grants, DD grants, Adult grants<br>Local = tax levy, state aids (revenue in lieu of levy) |
| **\*\*\*Please list other services:** | N/A |
| **Additional Comments** | |

Source: SSBG Data Collection System
For technical assistance, please contact the SSBG Technical Team at support@ssbgportal.net.

ACF 000110

MINNESOTA PYS 2024-2027 - TEMPORARY ASSISTANCE FOR NEEDY
FAMILIES PROGRAM

ACF 000111

# CONTENTS

Minnesota PYs 2024-2027 - Temporary Assistance for Needy Families Program ............................. 1

Temporary Assistance for Needy Families (TANF) ...................................................................... 4

a. Conduct a program designed to serve all political subdivisions in the State (not necessarily in a uniform manner) that provides assistance to needy families with (or expecting) children and provides parents with job preparation, work, and support services to enable them to leave the program, specifically cash assistance, and become self-sufficient (section 402(a)(1)(A)(i) of the Social Security Act) ................................................................. 4

b. Require a parent or caretaker receiving assistance to engage in work (defined by the State) once the State determines the parent or caretaker is ready to engage in work, or once he or she has received 24 months of assistance, whichever is earlier, consistent with the child care exception at 407(e)(2) (section 402(a)(1)(A)(ii) of the Social Security Act) ............. 6

c. Ensure that parents and caretakers receiving assistance engage in work in accordance with section 407 (section 402(a)(1)(A)(iii) of the Social Security Act). Consistent with the required strategic elements discussed in section II (a)(2) herein, provide a specific analysis of how the State's workforce development activities are addressing employment and training services for parents or caretakers receiving assistance ......................................... 8

d. Take such reasonable steps as the State deems necessary to restrict the use and disclosure of information about individuals and families receiving assistance under the program attributable to funds provided by the Federal Government (section 402(a)(1)(A)(iv) of the Social Security Act) ................................................................................ 9

e. Establish goals and take action to prevent and reduce out-of-wedlock pregnancies, with special emphasis on teenage pregnancies (section 402(a)(1)(A)(v) of the Social Security Act) ......................................................................................................................................... 9

f. Conduct a program designed to reach State and local law enforcement officials, the education system, and relevant counseling services, that provides education and training on the problem of statutory rape so that teenage pregnancy prevention programs may be expanded to include men (section 402(a)(1)(A)(vi) of the Social Security Act) ......................... 11

g. Implement policies and procedures as necessary to prevent access to assistance provided under the State program funded under this part through any electronic fund transaction in an automated teller machine or point-of-sale device located in a place described in section 408(a)(12), including a plan to ensure that recipients of the assistance have adequate access to their cash assistance (section 402(a)(1)(A)(vii) of the Social Security Act) ............. 12

h. Ensure that recipients of assistance provided under the State program funded under this part have the ability to use or withdraw assistance with minimal fees or charges, including an opportunity to access assistance with no fee or charges, and are provided information on applicable fees and surcharges that apply to electronic fund transactions involving the assistance, and that such information is made publicly available (section 402(a)(1)(A)(viii) of the Social Security Act) .................................................................................................................. 14

ACF 000112

i. Indicate whether it intends to treat families moving from another State differently from other families under the program, and if so how (section 402(a)(1)(B)(i) of the Social Security Act).................................................................................................................................................... 14

j. Indicate whether it intends to provide assistance to non-citizens, and if so include an overview of the assistance (section 402(a)(1)(B)(ii) of the Social Security Act) ...................... 15

k. Set forth objective criteria for the delivery of benefits and the determination of eligibility and for fair and equitable treatment, including an explanation of how it will provide opportunities for recipients who have been adversely affected to be heard in a State administrative or appeal process (section 402(a)(1)(B)(iii) of the Social Security Act) ........ 16

l. Indicate whether the State intends to assist individuals to train for, seek, and maintain employment (Section 402(a)(1)(B)(v) of the Social Security Act)— ............................................... 19

m. Provide for all MOE-funded services the following information: the name of the program benefit or service, and the financial eligibility criteria that families must meet in order to receive that benefit or service. In addition, for TANF MOE-funded services (co-mingled or segregated MOE) describe the program benefit provided to eligible families (SSP services do not have to include a description but the Department of Health and Human Services encourages it) (§263.2(b)(3) & §263.2(c) preamble pages 17826-7)............................................. 19

TANF Certifications................................................................................................................................ 23

ACF 000113

TEMPORARY ASSISTANCE FOR NEEDY FAMILIES (TANF)

States that include TANF in the Combined State Plan must outline how the State will meet the requirements of section 402 of the Social Security Act including how it will:

(OMB Control Number: 0970-0145)

A. CONDUCT A PROGRAM DESIGNED TO SERVE ALL POLITICAL SUBDIVISIONS IN THE STATE (NOT NECESSARILY IN A UNIFORM MANNER) THAT PROVIDES ASSISTANCE TO NEEDY FAMILIES WITH (OR EXPECTING) CHILDREN AND PROVIDES PARENTS WITH JOB PREPARATION, WORK, AND SUPPORT SERVICES TO ENABLE THEM TO LEAVE THE PROGRAM, SPECIFICALLY CASH ASSISTANCE, AND BECOME SELF-SUFFICIENT (SECTION 402(A)(1)(A)(I) OF THE SOCIAL SECURITY ACT)

*Beginning July 1, 2024, multiple divisions of Children and Families Services, currently within the Department of Human Services, will transition to a newly created Department of Children, Youth, and Families (DCYF). Minnesota's TANF program, Minnesota Family Investment Program (MFIP) will be administered from DCYF effective July 1, 2024. Minnesota Statute Chapter 70, Children and Families, Article 12, Sections 1 – 35 outlines this statutory change.*

*Effective March 1, 2024, U-Visa holders will be eligible for state-funded MFIP with a state-funded food portion. This is referenced in Section 44, section 256J.11, subdivision 1.*

The Minnesota Family Investment Program (MFIP), Minnesota's Temporary Assistance for Needy Families (TANF) program, provides temporary (60 months or less) cash and food assistance to:

- Families with children under age 18 (up to age 19 if in secondary education or vocational school full-time), and pregnant women with their spouses when financially eligible.

- Grandparents, aunts, uncles, cousins, or other relatives who take responsibility for children whose parents cannot or will not. These adult relatives may receive assistance through MFIP for children in their care and may choose to be on the MFIP grant or to apply for a child-only grant. When the non- parental caregiver receives assistance only for children, the income and assets of the relative caregivers are not considered and the case is not subject to the 60-month lifetime limit.

MFIP helps families work toward economic stability and greater self-sufficiency. MFIP provides help with childcare costs, employment services, opportunities for education and training for workforce preparation, and a grant to supplement family income. MFIP encourages employment by providing work incentives and promotes personal responsibility by expecting families to actively pursue employment. Some of the family's earned income is disregarded before calculating the MFIP grant. The monthly disregard amount is $65 of earned income per wage earner plus 50 percent of the remaining earned income of the assistance unit. The remaining

Page 4

ACF 000114

earnings are subtracted from the Family Wage Level grant standard, which is 10 percent higher than the standard allowed for families who receive only unearned income. For applicants, the Family Wage is the single standard used when determining MFIP eligibility regardless of if the applicant has earnings or not.

Childcare is a key component in Minnesota's strategy to help families leave and remain off public assistance. In Minnesota, the Child Care Assistance Program provides financial assistance to families to support access to childcare that is affordable so that parents can work and/or attend school, and children are well cared for and ready for school.

Minnesota Family Investment Program families who participate in work activities such as work, job search, education, or social services activities that are approved in their employment plans are eligible to receive childcare assistance. In addition, Transition Year childcare is available to eligible families for a full year after their MFIP case closes to help families move toward economic stability. MFIP childcare and Transition Year childcare assistance are fully forecasted in the state's budget.

The Basic Sliding Fee program is available for non-MFIP/DWP income-eligible families and is funded through a capped allocation. If a family finishes their Transition Year childcare assistance and there is a waiting list in their county for the Basic Sliding Fee program, the Transition Year bridge program will continue to provide them childcare assistance until they reach their turn for Basic Sliding Fee childcare assistance.

Families receiving MFIP benefits and/or services are encouraged to apply for health care coverage at the same time they apply for MFIP. Families receiving cash assistance and those not receiving cash assistance can apply for the Medical Assistance program and the MinnesotaCare program (Minnesota's health care program for the uninsured).

Families who receive MFIP must cooperate with their local child support agency to establish and enforce their child support orders. In federal fiscal year 2021, the child support program collected more than $550 million in child support. Through the child support pass-through, the program collected and distributed to MFIP families more than $9.7 million in child support. Minnesota passes through 100 percent of current child support payments made to the families receiving MFIP. Child support payments are treated as unearned income when calculating MFIP eligibility and benefits. Up to $100 per month in child support payments for a family with one child, and up to $200 per month for a family with two or more children is excluded from unearned income budgets when calculating a household's income for benefit determination.

MFIP combines cash and food benefits per the provisions of a waiver from the United States Department of Agriculture, Food and Nutrition Services. Families who are not eligible for MFIP can apply for the federal Supplemental Nutrition Assistance Program (SNAP).

*Diversionary Work Program (DWP)*

ACF 000115

The Diversionary Work Program provides help to families in crisis who are new to public assistance by supporting them in their efforts to immediately obtain and retain employment. DWP may be provided to families in crisis for a maximum of four months once in a 12-month period. Families with children under age 18 (up to age 19 if in secondary or vocational school full-time), or pregnant women and their spouses are eligible for DWP if they have not received cash assistance in the previous 12 months.

Eligibility for DWP begins the date a signed application form is received by the county agency. State statute requires financial workers to hold the interview for an applicant who appears to be eligible for DWP within five working days of the receipt of the application. If it appears that childcare is necessary to enable a parent to work or look for work, and the parent has not applied for childcare, the application for childcare assistance must be completed before the interview with the financial worker is completed.

As soon as possible, but no later than 10 working days before being notified by the county agency that the applicant is financially eligible for DWP, the employment services provider must meet with the applicant and develop an employment plan. The county agency must issue DWP benefits within one working day after receiving notice that an employment plan has been signed

DWP supports families during a crisis situation and is not intended to meet recurrent needs. The short- term supports provided may include temporary help with rent, utilities or other housing costs and a personal allowance. Other supports for which families might be eligible are Supplemental Nutrition Assistance Program, health care and childcare assistance. After four months of DWP, a family without a job or very low income may apply for MFIP. Families also may be eligible to continue Supplemental Nutrition Assistance Program, health care and childcare assistance.

Families who receive DWP are required to cooperate with their local child support agency to establish and enforce their child support orders. Although families on DWP are required to cooperate with their child support agency, child support is not assigned to the state. All child support is passed through to the family. Up to $100 in child support payments for a family with one child, and up to $200 for a family with two or more children is excluded from unearned income budgets when calculating a household's income for benefit determination.

DWP is a non-recurrent short-term benefit available for a maximum of four consecutive months. Because DWP benefits are meant to address the family's crisis and divert them from long-term assistance, receipt of DWP does not count against the 60-month TANF time limit.

B. REQUIRE A PARENT OR CARETAKER RECEIVING ASSISTANCE TO ENGAGE IN WORK (DEFINED BY THE STATE) ONCE THE STATE DETERMINES THE PARENT OR CARETAKER IS READY TO ENGAGE IN WORK, OR ONCE HE OR SHE HAS RECEIVED 24

Page 6

ACF 000116

MONTHS OF ASSISTANCE, WHICHEVER IS EARLIER, CONSISTENT WITH THE CHILD CARE EXCEPTION AT 407(E)(2) (SECTION 402(A)(1)(A)(II) OF THE SOCIAL SECURITY ACT)

*Minnesota Family Investment Program (MFIP*)

Caregivers must begin participating in work activities within 30 days of being determined eligible for MFIP. Counties have the option of requiring that work activities begin sooner.

MFIP uses a combination of work incentives and required work activities such as job search, short-term training, or subsidized work. Sanctions enforce work activity requirements and include grant reductions, vendor payments of shelter costs from the grant, and even case closure (when there are seven occurrences of noncompliance). When a case is closed, the financial worker re-determines the family's continued eligibility for the Supplemental Nutrition Assistance Program. MFIP must remain closed for a minimum of one full month when closed for sanction reasons. Before ending a family's assistance, because of sanction, the county agency must review the case to determine if the employment plan is still appropriate and must attempt to meet with the participant face-to-face.

*Diversionary Work Program (DWP)*

The goal of the Diversionary Work Program is to provide short-term, necessary services and supports to families, which will lead to unsubsidized employment, increased economic stability, and reduced risk of those families needing longer term assistance under MFIP. All parents, including both parents in a two- parent family, are required to develop and sign an employment plan before the family is approved for DWP. Most parents must seek full-time work immediately when approved. Employment services can help the family identify and address issues that may prevent the parents from obtaining or retaining employment. DWP employment service providers help parents find work that fits with the employment plan. The employment plan may include limited training that can be completed in four or fewer months.

Minnesota stresses work as the means to address the family's ongoing needs and places a high priority on starting to work or increasing the number of hours a person is employed. That is why the childcare application must be completed during the DWP interview process and why the applicant must develop an employment plan prior to receiving any cash benefits.

When a participant fails to comply with the DWP employment plan or with child support enforcement without good cause, the DWP case is closed. The family is not eligible for MFIP during the DWP disqualification period and the case remains closed unless the parent comes into compliance within the four consecutive months of the DWP eligibility period. The disqualification of the family from DWP does not affect receipt of Supplemental Nutrition Assistance Program or health care benefits.

ACF 000117

C. ENSURE THAT PARENTS AND CARETAKERS RECEIVING ASSISTANCE ENGAGE IN WORK IN ACCORDANCE WITH SECTION 407 (SECTION 402(A)(1)(A)(III) OF THE SOCIAL SECURITY ACT). CONSISTENT WITH THE REQUIRED STRATEGIC ELEMENTS DISCUSSED IN SECTION II (A)(2) HEREIN, PROVIDE A SPECIFIC ANALYSIS OF HOW THE STATE'S WORKFORCE DEVELOPMENT ACTIVITIES ARE ADDRESSING EMPLOYMENT AND TRAINING SERVICES FOR PARENTS OR CARETAKERS RECEIVING ASSISTANCE

*Minnesota Family Investment Program (MFIP)*

Minnesota ensures that parents receiving assistance through MFIP engage in work activities through three mechanisms: requiring all adults receiving MFIP assistance to develop an individualized employment plan that identifies the activities the adult will participate in and that meets the hours required for participation (256J.561, subd.2); imposing sanctions if the participant does not comply with the work requirements (256J.46); and offering employment services to all adults receiving assistance.

Minnesota requires parents and caregivers to submit pay stubs and documentation verifying participation in work activities as detailed in the State's Work Verification Plan. *DCYF* and DEED jointly operate MFIP employment and training services. *DCYF* also releases regular management indicator reports to counties in order for the counties to track state-mandated performance measures for MFIP.

Childcare assistance is available to all MFIP participants who engage in work activities in an approved employment plan.

Minor caregivers under the age of 18 who have not received a high school diploma, or its equivalent are required to engage in appropriate educational programs and are provided with childcare assistance and supportive services to enable successful participation. Caregivers ages 18 and 19 can choose whether they want to complete their high school education or participate in work activities leading to employment. Whichever choice is made, childcare assistance is available to enable the parents to participate in the chosen activity.

Bilingual employment and training services and work literacy language programs may be available for those lacking English proficiency, although the lack of proficiency in English is not necessarily presumed to be a barrier to employment. Interpreter services are provided when necessary.

*Diversionary Work Program (DWP)*

DWP stresses that work is the means for families to meet their ongoing needs and provides support services as needed to help participants in crisis obtain and retain employment. After

Page 8

ACF 000118

establishing financial eligibility, participants must meet with an employment counselor and develop an employment plan in order to be found eligible to receive assistance through DWP. Work activities available for participants include, but are not limited to job search, job readiness assessment, job readiness assistance, job clubs, job counseling, job coaching, job skills training, work experience, subsidized employment, on-the-job training, job placement, educational programs, and post-employment follow-up services. Education for DWP recipients is allowed, but the education program must be completed within the four-month DWP period or an education activity cannot be approved as part of the employment plan. Participants who do not comply with their employment plans have their cases closed.

## D. TAKE SUCH REASONABLE STEPS AS THE STATE DEEMS NECESSARY TO RESTRICT THE USE AND DISCLOSURE OF INFORMATION ABOUT INDIVIDUALS AND FAMILIES RECEIVING ASSISTANCE UNDER THE PROGRAM ATTRIBUTABLE TO FUNDS PROVIDED BY THE FEDERAL GOVERNMENT (SECTION 402(A)(1)(A)(IV) OF THE SOCIAL SECURITY ACT)

Minnesota Family Investment Program, and Diversionary Work Program and Work Benefit Program

Data on recipients is classified as private and may not be disclosed pursuant to Minnesota Statutes, Chapter 13. Access to Minnesota's eligibility computer system (MAXIS) is defined by a security role that is attached to a worker's ID, and access to information is defined and limited by worker job responsibilities. A personal logon ID cannot be issued until the worker completes a state-developed orientation course. The orientation includes a review of data privacy and ethics as they pertain to client information. All county, state and contracted agency staff working in the Minnesota Family Investment Program must complete annually two data privacy courses designed to increase compliance with data practices and security and meet federal training requirements for all those with access to *DCYF* information and networks. Mastery of these courses is now required prior to receiving access to *DCYF* systems including the new eligibility system, MMIS, MAXIS and MEC2. In addition, printed reports distributed by the state are reviewed individually to ensure data provided to the requestor are appropriate for the recipient of the report.

## E. ESTABLISH GOALS AND TAKE ACTION TO PREVENT AND REDUCE OUT-OF-WEDLOCK PREGNANCIES, WITH SPECIAL EMPHASIS ON TEENAGE PREGNANCIES (SECTION 402(A)(1)(A)(V) OF THE SOCIAL SECURITY ACT)

Minnesota's female population ages 15 to 44 in 2018 was estimated at 1,074,005. Of the total resident births (67,348), 45,869 were to married women, 21,467 were to women who were not married, and 12 were unknown. Thus, the out-of-wedlock birth rate in Minnesota for 2018 was 20.0/1000 for women ages 15 to 44. The out-of-wedlock birth rate in Minnesota for 2017 was 20.6/1000, for 2016 was 21.3/1000, for 2015 was 21.3/1000, for 2014 it was 21.4/1000, and for 2013 it was 21.7/1000 women. The out-of-wedlock birth rate for Minnesota has remained relatively stable over the last several years with a slight trend downward. Minnesota continues to face significant challenges in trying to lower its out-of-wedlock birth rate.

Minnesota has focused significant attention on reducing unintended pregnancies, particularly those occurring to teens and young adults who are less likely to be married or prepared to care

Page 9

for a child. While Minnesota's teen pregnancy rate compares well to national rates, it masks significant and persistent racial and ethnic disparities. African American and American Indian youth are three to four times more likely to have a child when they are a teen than is a white youth. In an effort to address these disparities, the Minnesota legislature provided the Minnesota Department of Health (MDH) with $2 million annually in TANF funds that support non-profit and government agencies in reducing the disparities in teen pregnancy rates in Minnesota.

Minnesota Department of Health receives $999,106 annually in federal a Title V Abstinence Education Grant (AEGP) funding to support evidenced based efforts to delay sexual activity in youth. Minnesota's program is a coordinated countywide approach in St. Paul-Ramsey County, Hennepin County, Watonwan County, Beltrami County, and other rural and urban American Indian communities.  The program has three components: direct service to youth in schools and community settings through Teen Outreach Program, *Making a Difference*, Project *AIM andLive it!* Curriculum; reaching out to parents in the community through *It's That Easy: A Guide to Raising Sexually Healthy Children Parent Education* Training; and the *Making Authentic Connectio*ns Program, which trains parents and others in making authentic connections in relationships with youth.

Minnesota Department of Health also receives a federal Personal Responsibility Education Program (PREP) grant ($887,189 annually). The MN PREP sub-awardees serve male and female youth in the following target populations: the juvenile justice system; attending area learning centers (ALC); in or aging out of foster care; runaway and homeless; with HIV/AIDS; pregnant, mothers' and fathers' who are under 21 years of age; Lesbian, Gay, Bisexual, Transgender and Queer/Questioning (LGBTQ); American Indians; youth experiencing racial and ethnic disparities; culturally underrepresented; out of school; at risk of being trafficked for commercial sexual exploitation; and residing in areas of high teen birth rates. The overarching goals of this program are to decrease teen pregnancies and STI rates among participating teens, focusing on ages 15-19, and to increase healthy youth behaviors and life-skills in teens 10-19 years of age. This is accomplished through the implementation of high quality, medically accurate and evidence-based programs. It also assists high- risk adolescents to successfully transition from youth to adulthood by providing supplemental adult preparation topics such as adolescent development, heathy life skills, healthy relationships, and financial literacy.

Efforts are also directed at increasing access to family planning services for individuals who are low- income and at high risk for unintended pregnancies. Minnesota's Family Planning Special Projects (FPSP) grant program is administered by MDH. Funded through the state Legislature, the current two-year grant cycle made available $12,706,000 (including $2,312,000 in TANF funding) to 27 community family planning clinics across the state. Grantees include one county-operated clinic and one university-operated clinic, ten local public health agencies, and fifteen non-profit organizations. In State Fiscal Year 2017, FPSP provided family planning counseling services to 34,682 women, 6,468 men, and 109 client who identified as Transgender or Gender Nonconforming who were low-income and at risk for unintended pregnancy. FPSP grantees

Page 10

ACF 000120

provided 30,813 men and women and those identified as Transgender or Gender Nonconforming with a contraceptive method – 24 percent of whom were age 19 or younger. To assist individuals in accessing subsidized family planning services, Minnesota Department of Health also funds a 1-800 family planning hotline. In State Fiscal Year 2017, the hotline responded to 3,600 inquiries.

Federal Title X funds totaling $3.1 million comes to Minnesota through direct grants to Planned Parenthood of Minnesota, North Dakota and South Dakota, and Ramsey Public Health. Access to subsidized family planning services has also been increased through the Minnesota Family Planning Program.  The Minnesota Family Planning Program (MFPP) increases access to family planning services for low-income Minnesotans and helps reduce the number of unintended pregnancies. The program is available to people who are not enrolled in Medical Assistance. In 2016, the program served more than 21,000 people, with a monthly average enrollment of about 12,000.  Total spending for the program was just over $9 million. Federal Medicaid funding for most services is at a 90-percent matching rate.  The MFPP was implemented beginning July 1, 2006, as a federal waiver demonstration project approved by the Centers for Medicare & Medicaid Services (CMS). The Affordable Care Act (ACA) established a new Medicaid eligibility group and the option for states to provide family planning services under the Medicaid State Plan.  The 2014 Minnesota Legislature directed *DCYF* to seek federal authority to operate the MFPP under the Minnesota Medicaid State Plan. Effective January 1, 2017, the MFPP became a Medicaid State Plan program.

Other state efforts supporting reducing unintended pregnancies include The Family Home Visiting Program administered by MDH.  Approximately $8 million in federal TANF funds are directed to the Family Home Visiting Program.  The Family Home Visiting program administered by MDH provides funding to all of Minnesota's local public health agencies and to nine of the 11 tribal governments to support home visiting services to families at or below 200 percent of poverty. The goal of the program is to prevent child abuse and neglect, reduce juvenile delinquency, promote positive parenting and resiliency in children and promote family health and economic self-sufficiency. The program has a strong focus on providing family supports that reduce the risk of teen pregnancies and working with pregnant or parenting teens to delay subsequent pregnancies.

These family home visiting efforts are augmented by receipt of approximately $9.2 million (FFY18) in federal Maternal, Infant, and Early Childhood Home Visiting Program funds. Beginning in July 2019, a total of $18.7 million in Minnesota state funding will support implementation of the evidence-based home visiting models such as Nurse Family Partnership, Healthy Families America and Family Spirit, Parents as Teachers and Family Connects.

F. CONDUCT A PROGRAM DESIGNED TO REACH STATE AND LOCAL LAW ENFORCEMENT OFFICIALS, THE EDUCATION SYSTEM, AND RELEVANT COUNSELING SERVICES, THAT PROVIDES EDUCATION AND TRAINING ON THE PROBLEM OF STATUTORY RAPE SO THAT TEENAGE PREGNANCY PREVENTION PROGRAMS MAY BE

Page 11

EXPANDED TO INCLUDE MEN (SECTION 402(A)(1)(A)(VI) OF THE SOCIAL SECURITY ACT)

The state of Minnesota considers sexual violence, including statutory rape, a public health problem. Sexual violence is defined as any of the following conditions: statutory rape, date/acquaintance rape, same-sex assault, child sexual abuse, incest, pornography, prostitution, sexual exploitation by professionals, stalking, sexual harassment, and any other sexual activity in which a person is forced, coerced, or manipulated without her/his consent.

In order to address this problem, the state passed provisions that outline consequences for sexual violence including age of consent laws (for further details, see Minnesota Statute 609.342 at https://www.revisor.mn.gov/statutes/?id=609.342)

In addition, statewide partnerships approach sexual violence in a holistic manner that work towards the elimination of violent sexual behaviors including statutory rape.

These efforts are provided under the leadership of a statewide stakeholder workgroup involving the following organizations and grassroots advocacy entities:

- Minnesota Department of Health (MDH)

- Minnesota Department of Human Services (DHS)

- Department of Corrections (DOC)

- Representatives of county and local legal, health, law enforcement and abuse prevention organizations and workgroups

- MDE and representatives of local school districts

- Minnesota Coalition Against Sexual Assault

- The MN Men's Action Network (Alliance to Prevent Sexual and Domestic Violence)

- Department of Children Youth and Families (DCYF)

These statewide public/private collaborative efforts support and fund annual conferences, periodic meetings, and ad hoc taskforces to shape the development of sexual violence prevention curriculum that is available and distributed to communities, youth, and professionals. To this end, a collaborative effort between MDH, Men as Peacemakers in Duluth and the Gender Violence Institute in Clearwater had been created to develop a network of men and male leaders involved in primary prevention practices. These efforts are currently coordinated by Minnesota Department of Health, the Bush Foundation, and the Minnesota Department of Public Safety.

G. IMPLEMENT POLICIES AND PROCEDURES AS NECESSARY TO PREVENT ACCESS TO ASSISTANCE PROVIDED UNDER THE STATE PROGRAM FUNDED UNDER THIS PART THROUGH ANY ELECTRONIC FUND TRANSACTION IN AN AUTOMATED TELLER MACHINE OR POINT-OF-SALE DEVICE LOCATED IN A PLACE DESCRIBED IN SECTION

ACF 000122

408(A)(12), INCLUDING A PLAN TO ENSURE THAT RECIPIENTS OF THE ASSISTANCE HAVE ADEQUATE ACCESS TO THEIR CASH ASSISTANCE (SECTION 402(A)(1)(A)(VII) OF THE SOCIAL SECURITY ACT)

The State of Minnesota has taken several steps to ensure the requirements of Section 4004 of the Middle-Class Tax Relief and Job Creation Act of 2012 are as follows:

1. Enforcing a complementary state law (MN Statute 256.987, Subdivision 2) which prohibits the purchase of tobacco products and liquor with any EBT transactions in specific prohibited spaces, Minnesota developed an EBT brochure that carries this warning: "***It is illegal for an EBT user to buy or attempt to buy tobacco products or alcoholic beverages with the EBT card. If you do, it is fraud, and you will be removed from the program. Do not use an EBT card at a gambling establishment or at a retail establishment that provides adult-oriented entertainment in which performers disrobe or perform in an unclothed state.***" Minnesota also developed plain language brochures that explain how to access benefits through an EBT card or EFT so clients can choose which option works for them. These brochures provide guidance and resources for applicants and recipients on how to access and how to problem-solve by calling toll-free phone numbers anytime they encounter access issues no matter where they live across the state.

Families and individuals have an option to access their benefits either as a direct deposit or EBT so they can meet their basic needs. These basic needs include food, shelter, clothing, utilities, and transportation. These funds are given either as direct deposit or until families and individuals can support themselves. Furthermore, counties/tribes that deliver MFIP/TANF benefits and services are instructed to communicate to all program participants state expectations around EBT card use restrictions at both application and at recertification stages.

2. A search is done quarterly through the EBT Data Warehouse system, specifically narrowed to include search fields of retailer name and/or Point of Sale machine names, and location of retailers that clients should not be accessing their cash benefits at. The results are further reviewed to see if the cash withdrawal transactions are done at a retailer that has an assigned Food and Consumer Services (FCS) number that indicates they are a registered retailer with US Food and Nutrition Service (FNS). The results without a FCS number affiliated with the retailer/Point of Sale machine are submitted to Fidelity National Information Services, Inc. (FIS) to review further and block ongoing cash withdrawals if possible. The known locations are reviewed monthly to see if they have been successfully blocked for usage.

3. Ongoing monitoring occurs by generating quarterly reports. Prohibited retailers and POS machines are continuously identified and blocked as needed.

4. Findings of noncompliance at the retailer level are resolved by blocking the ability to conduct EBT transactions. At the participant level, findings of non-compliance are addressed through fraud investigations at the county level who have the ability to prosecute such offenses for fraud and unlawful EBT use. The disqualification of the EBT cardholder from the program he/she was participating may also occur.

Page 13

ACF 000123

H. ENSURE THAT RECIPIENTS OF ASSISTANCE PROVIDED UNDER THE STATE PROGRAM FUNDED UNDER THIS PART HAVE THE ABILITY TO USE OR WITHDRAW ASSISTANCE WITH MINIMAL FEES OR CHARGES, INCLUDING AN OPPORTUNITY TO ACCESS ASSISTANCE WITH NO FEE OR CHARGES, AND ARE PROVIDED INFORMATION ON APPLICABLE FEES AND SURCHARGES THAT APPLY TO ELECTRONIC FUND TRANSACTIONS INVOLVING THE ASSISTANCE, AND THAT SUCH INFORMATION IS MADE PUBLICLY AVAILABLE (SECTION 402(A)(1)(A)(VIII) OF THE SOCIAL SECURITY ACT)

While there are client restrictions regarding EBT access and use of TANF benefits, Minnesota is required by federal law to ensure that applicants and recipients are provided adequate access to cash assistance with minimal or no fees or charges for withdrawal. Clients pay electronic fees similar to non-TANF clients. Clients get four free EBT cash withdrawals per month, and eFunds then charges $1 for subsequent cash withdrawals. This fee is not charged until the client's fifth cash withdrawal. Clients are given the EBT Training Brochure by county workers and/or County Card Issuers (DHS-3315A). Furthermore, if clients request training in addition to the brochure, counties provide an EBT training video to walk clients through the process.

I. INDICATE WHETHER IT INTENDS TO TREAT FAMILIES MOVING FROM ANOTHER STATE DIFFERENTLY FROM OTHER FAMILIES UNDER THE PROGRAM, AND IF SO HOW (SECTION 402(A)(1)(B)(I) OF THE SOCIAL SECURITY ACT)

An applicant for MFIP or for DWP must meet the eligibility requirements specified in Minnesota Statutes Sections 256J.01 through 256J.95 before receiving benefits and services. All requirements under Section 408 of the Social Security Act, as amended by the Personal Responsibility and Work Opportunity Reconciliation Act of 1996, are included in Minnesota law.

Assistance is provided equitably to all program recipients in accordance with state and federal law. Neither MFIP nor DWP requires basis of eligibility tests, such as the previous Aid to Families with Dependent Children 100-hour rule requirement for two-parent families.

The asset limit for both programs is $10,000 for applicants and $10,000 for participants. One vehicle per assistance member age 16 or older is not counted towards the asset limit. Other assets that do not count towards the asset limit include personal goods and savings in a tax-free ABLE account, up to $14,000 per year. For MFIP and DWP, statewide payment standards are based on the number of eligible persons in the assistance unit.

Persons convicted of a drug offense committed after July 1, 1997 may receive cash assistance subject to the conditions set forth in Minnesota Statutes 256J.26.

*Minnesota Family Investment Program (MFIP)*

*Time Limits*

Page 14

ACF 000124

There is a 60-month lifetime limit for receiving MFIP assistance with exceptions in certain situations. Time limit exceptions apply to the months in which individuals are living in Indian country (as defined in Section 1151 of Title 18, U.S.C.) or a Native Alaskan Village where the not-employed rate is over 50 percent per the provisions under 45 CFR 264.1((b)(1)(ii)).

Under the MFIP program, some families are funded with segregated state funds and are exempt from the 60-month lifetime limit. Included are caregivers age 60 and over as well as minor caregivers under the age of 18 and caregivers 18 or 19 who are complying with education requirements. The months a person received cash assistance as part of the MFIP field trials are also exempted from the 60-month time limit.

*Hardship Extensions*

Extensions of the 60-month time limit are possible if any of the following hardship conditions are met:

- The participant is suffering from an illness, injury or incapacity which has been certified by a qualified professional when the illness, injury or incapacity is expected to continue for more than 30 days, and severely limits the participant's ability to obtain or maintain suitable employment.

- The participant is a caregiver whose presence in the home is required because of an illness, injury or incapacity of another member in the assistance unit, a relative in the household, or a foster child in the household when the illness or incapacity and the need for a person to provide assistance in the home has been certified by a qualified professional and is expected to continue for more than 30 days.

To be eligible for MFIP or DWP, an assistance unit must have established residency in Minnesota. An assistance unit is considered to have established residency in Minnesota when a child or caregiver has resided in this state for at least 30 consecutive days with the intention of making the person's home here and not for any temporary purpose. A county must waive the 30-day residency requirement when unusual hardship would result from denial of assistance. Families that have move from other states to Minnesota, and who establish state residency, are treated the same as all the other MFIP participants.

## J. INDICATE WHETHER IT INTENDS TO PROVIDE ASSISTANCE TO NON-CITIZENS, AND IF SO INCLUDE AN OVERVIEW OF THE ASSISTANCE (SECTION 402(A)(1)(B)(II) OF THE SOCIAL SECURITY ACT)

Persons who are either United States citizens or qualified non-citizens are eligible for TANF benefits per the provisions of section 431 of the PRWORA, as amended (8 U.S.C. 1641) if they

Page 15

ACF 000125

meet all other program eligibility criteria. Qualified non-citizens who entered the United States before Aug. 22, 1996, are considered to be eligible for federally funded cash assistance if they are Lawful Permanent Residents (LPRs); paroled for one year or more; victims of battery and/or cruelty; or conditional entrants prior to April 1, 1980. Qualified non-citizens who entered on or after Aug. 22, 1996, are considered to be ineligible for federally funded MFIP/DWP cash assistance for five years. The following non-citizens may be eligible for federal funding without considering the date of admission to the U.S. if they meet all other program requirements: refugees, asylees, veterans and persons on active duty in the U.S. Armed Forces, their spouses or unmarried dependent children, non-citizens whose deportation/removal is being withheld, Cuban or Haitian entrants and certain Amerasians.

All lawfully residing non-citizens who are not eligible for federal funding may be eligible for state funding if they meet other program eligibility requirements for state funded cash assistance. LPRs age 18 through 69 who are funded under state dollars and who have been in the country for four or more years must meet one of the following requirements to remain eligible:  Enrollment in literacy, English as a second language or citizenship classes; applied for admission to such classes and on a waiting list; applied for a waiver from U.S. Citizenship and Immigration Services (USCIS) of the English language or civics requirements of the citizenship test; submitted an application for citizenship to USCIS and waiting for a testing date or swearing-in ceremony; or have been denied citizenship due to failure to pass the test after two or more attempts or because of an inability to understand the rights and responsibilities of becoming a U.S. citizen as documented by the USCIS or the county agency.

## K. SET FORTH OBJECTIVE CRITERIA FOR THE DELIVERY OF BENEFITS AND THE DETERMINATION OF ELIGIBILITY AND FOR FAIR AND EQUITABLE TREATMENT, INCLUDING AN EXPLANATION OF HOW IT WILL PROVIDE OPPORTUNITIES FOR RECIPIENTS WHO HAVE BEEN ADVERSELY AFFECTED TO BE HEARD IN A STATE ADMINISTRATIVE OR APPEAL PROCESS (SECTION 402(A)(1)(B)(III) OF THE SOCIAL SECURITY ACT)

An applicant for MFIP or for DWP must meet the eligibility requirements specified in Minnesota Statutes Sections 256J.01 through 256J.95 before receiving benefits and services. All requirements under Section 408 of the Social Security Act, as amended by the Personal Responsibility and Work Opportunity Reconciliation Act of 1996, are included in Minnesota law.

Assistance is provided equitably to all program recipients in accordance with state and federal law. Neither MFIP nor DWP requires basis of eligibility tests, such as the previous Aid to Families with Dependent Children 100-hour rule requirement for two-parent families.

The asset limit for both programs is $10,000 for applicants and $10,000 for participants. One vehicle per assistance member age 16 or older is not counted towards the asset limit. Other assets that do not count towards the asset limit include personal goods and savings in a tax-free ABLE account, up to $14,000 per year. For MFIP and DWP, statewide payment standards are based on the number of eligible persons in the assistance unit.

Persons convicted of a drug offense committed after July 1, 1997 may receive cash assistance subject to the conditions set forth in Minnesota Statutes 256J.26.

ACF 000126

*Minnesota Family Investment Program (MFIP)*

*Time Limits*

There is a 60-month lifetime limit for receiving MFIP assistance with exceptions in certain situations. Time limit exceptions apply to the months in which individuals are living in Indian country (as defined in Section 1151 of Title 18, U.S.C.) or a Native Alaskan Village where the not-employed rate is over 50 percent per the provisions under 45 CFR 264.1((b)(1)(ii)).

Under the MFIP program, some families are funded with segregated state funds and are exempt from the 60-month lifetime limit. Included are caregivers age 60 and over as well as minor caregivers under the age of 18 and caregivers 18 or 19 who are complying with education requirements. The months a person received cash assistance as part of the MFIP field trials are also exempted from the 60-month time limit.

*Hardship Extensions*

Extensions of the 60-month time limit are possible if any of the following hardship conditions are met:

- The participant is suffering from an illness, injury or incapacity which has been certified by a qualified professional when the illness, injury or incapacity is expected to continue for more than 30 days, and severely limits the participant's ability to obtain or maintain suitable employment.

- The participant is a caregiver whose presence in the home is required because of an illness, injury or incapacity of another member in the assistance unit, a relative in the household, or a foster child in the household when the illness or incapacity and the need for a person to provide assistance in the home has been certified by a qualified professional and is expected to continue for more than 30 days.

- The participant is a caregiver with a child or an adult in the assistance unit who meets the disability or medical criteria for home care services or waivered services or meets the criteria for severe emotional disturbance under Minnesota statutes.

Page 17

ACF 000127

- The participant is a caregiver who is employed the number of hours required by *DCYF* with a household income that does not exceed program standards.

- The participant is determined to be hard-to-employ because the individual belongs to any of the following groups:

- A person diagnosed by a qualified professional as a person with developmental disability or mental illness, and the condition severely limits the person's ability to obtain or maintain suitable employment.

- A person assessed by a vocational specialist or the county agency to be unemployable.

- A person assessed to have an IQ below 80 assessed by a vocational specialist or a county agency to be employable, but the condition severely limits the person's ability to obtain or maintain suitable employment.

- A person who is determined by a qualified professional to be Learning Disabled and the condition severely limits the person's ability to obtain or maintain suitable employment. The initial approval of a learning disability extension must have been or confirmed within the previous 12 months. Learning disabilities do not include learning problems that are primarily the result of visual, hearing or motor handicaps, mental retardation and emotional disturbance or due to environmental, cultural or economic disadvantage.

- A person assessed to have an IQ below 80 assessed by a vocational specialist or a county agency to be employable, but the condition severely limits the person's ability to obtain or maintain suitable employment.

- A person who is determined by a qualified professional to be Learning Disabled and the condition severely limits the person's ability to obtain or maintain suitable employment. The initial approval of a learning disability extension must have been or confirmed within the previous 12 months. Learning disabilities do not include learning problems that are primarily the result of visual, hearing or motor handicaps, mental retardation and emotional disturbance or due to environmental, cultural or economic disadvantage.

Appeals

Applicants and recipients of MFIP and DWP are notified in writing of their rights and the process to follow to secure a fair hearing. When an applicant is denied services, or a participant disagrees with a county or tribal agency decision, the applicant or participant may submit a

ACF 000128

request for a hearing to the county or tribal agency or directly to the DHS Appeals Office. State Human Services judges will conduct a hearing in person at the county office or by telephone. Decisions are issued by the Commissioner within 90 days of the request for a hearing. Under certain conditions, a participant may continue to receive benefits pending an appeal decision. Reasonable expenses incurred by a recipient because of the appeal are reimbursed upon request (Minnesota Statute 256.045, Administrative and Judicial Review of Human Services Matters).

L. INDICATE WHETHER THE STATE INTENDS TO ASSIST INDIVIDUALS TO TRAIN FOR, SEEK, AND MAINTAIN EMPLOYMENT (SECTION 402(A)(1)(B)(V) OF THE SOCIAL SECURITY ACT)—

1. PROVIDING DIRECT CARE IN A LONG-TERM CARE FACILITY (AS SUCH TERMS ARE DEFINED UNDER SECTION 1397J OF THIS TITLE); OR

2. IN OTHER OCCUPATIONS RELATED TO ELDER CARE, HIGH-DEMAND OCCUPATIONS, OR OCCUPATIONS EXPECTED TO EXPERIENCE LABOR SHORTAGES AS, DETERMINED APPROPRIATE BY THE STATE FOR WHICH THE STATE IDENTIFIES AN UNMET NEED FOR SERVICE PERSONNEL, AND, IF SO, SHALL INCLUDE AN OVERVIEW OF SUCH ASSISTANCE.

M. PROVIDE FOR ALL MOE-FUNDED SERVICES THE FOLLOWING INFORMATION: THE NAME OF THE PROGRAM BENEFIT OR SERVICE, AND THE FINANCIAL ELIGIBILITY CRITERIA THAT FAMILIES MUST MEET IN ORDER TO RECEIVE THAT BENEFIT OR SERVICE. IN ADDITION, FOR TANF MOE-FUNDED SERVICES (CO-MINGLED OR SEGREGATED MOE) DESCRIBE THE PROGRAM BENEFIT PROVIDED TO ELIGIBLE FAMILIES (SSP SERVICES DO NOT HAVE TO INCLUDE A DESCRIPTION BUT THE DEPARTMENT OF HEALTH AND HUMAN SERVICES ENCOURAGES IT) (§263.2(B)(3) & §263.2(C) PREAMBLE PAGES 17826-7)

1. Minnesota Family Investment Program (MFIP) Pregnant women or a caregiver with a child under age 18, or under age 19 if the child is in secondary education. The resource limit is $2,000 for applicants and $5,000 for participants. Income eligibility is with 115 percent of FPG adjusted for family size. Participants must be citizens or legal non-citizens

2. Employment and Training Services To be eligible for the program, the recipient must be an adult or minor caregiver receiving an MFIP or a DWP grant.

3. Basic Child Care Sliding Fee (BSF) Families may enter the BSF program if their income is less than or equal to 175% of the federal poverty guidelines, adjusted for family size. Families moving from Transition Year to BSF are considered to have met the income entry requirement in the first subprogram in which they participated. Families may receive child care assistance until their income reaches 250% of the federal poverty guidelines, adjusted for family size. Eligible families may receive BSF child care assistance for children under the age of 13 or, for children with a disability, under the age of 15. Parents must be working, looking for work, or in an authorized education/training activity.

5. Minnesota Working Credit A family that qualifies for the federal Earned Income Credit also qualifies for the MN Working Family Credit.

Page 19

ACF 000129

6. Consolidated Fund Emergency Needs Families with a minor child, a pregnant woman, or a non-custodial parent of a minor child receiving assistance with an income below 200% of the federal poverty guideline for a family of the applicable size are eligible for services funded under the Consolidated Fund.

7. State Administration State staff administers TANF program rules and regulations by supervising county administration of TANF funds

8. County Administration County staff administers the TANF program rules and regulations under federal and state guidelines.

9. Credit for K-12 Education Expenses The maximum credit of $1,000 times the number of children in kindergarten through grade 12 is allowed to taxpayers with total household income of $33,500 or less. For taxpayers with one or two children, the maximum credit is phased out for household income between $33,500 and $37,500. For taxpayers with more than two children, the phase-out range for the maximum credit is increased by $2,000 for each additional child.


M. GIVE A DESCRIPTION OF THE STRATEGIES AND PROCEDURES IN PLACE IN MINNESOTA TO ENSURE THAT VICTIMS OF DOMESTIC VIOLENCE RECEIVE APPROPRIATE ALTERNATIVE SERVICES. THE STATE MUST DESCRIBE HOW IT:


- *Screens and identifies individuals receiving TANF and MOE assistance with a history of domestic violence while maintaining confidentiality of the individuals;*


- *Refers the individuals to counseling and supportive services, and*


- *Provides waivers, pursuant to a determination of good cause of normal program requirements for as long as necessary where compliance would make it more difficult to escape domestic violence.*


Minnesota has adopted the Family Violence Option under Subpart B of part 260 that meets the requirements at 260.52(c) and 260.55 for a federally recognized good cause domestic violence waiver. At application for cash benefits, recertification, and when referred to employment services or child support, MFIP and DWP clients are provided with a self-administered screening form which allows them to self-disclose domestic abuse. This form also includes referral information about how to seek help from the county clients who apply for the family violence waiver must offer one of five forms of documentation verifying the abuse (256J.545). Counties must have staff trained in domestic violence matters available to help develop and review employment plans for applicants and recipients claiming the domestic violence waiver. Those employment plans must be developed to ensure the safety of the parent and children. If there are any disagreements about the contents of the employment plan, the client must be able

Page 20

ACF 000130

to receive assistance from a person trained in domestic violence advocacy. Any activities that the advocate identifies as appropriate must be included in the plan.

The Domestic Violence Employment Plan is reviewed at least every six months or more often if appropriate. A participant may be granted a "good cause" exemption from cooperating with child support based on documentation of domestic violence if the pursuit of child support is likely to place the person at risk of further abuse.

N. CERTIFICATION THAT THE STATE WILL PROVIDE INFORMATION TO VICTIMS OF SEXUAL HARASSMENT OR SURVIVORS OF DOMESTIC VIOLENCE, SEXUAL ASSAULT, OR STALKING (Section 402 (a) (8) OF THE SOCIAL SECURITY ACT) –

(A) *In general. A certification by the chief executive officer of the State that the State has established and is enforcing standards and procedures to:*

(i) Ensure that applicants and potential applicants for assistance under the State program funded under this part are notified of assistance made available by the State to victims of sexual harassment and survivors of domestic violence, sexual assault, or stalking;

*(ii) Ensure that case workers and other agency personnel responsible for administering the State program funded under this part are trained in:*

1. *the nature and dynamics of sexual harassment and domestic violence, sexual assault, and stalking;*

2. *State standards and procedures relating to the prevention of, and assistance for, individuals who are victims of sexual harassment, or survivors of domestic violence, sexual assault, or stalking; and*

3. *Methods of ascertaining and ensuring confidentiality of personal information and documentation related applicants for assistance and their children who provided notice about their experiences of sexual harassment, domestic violence, sexual assault, or stalking; and*

Minnesota's current application form (The Combined Application Form) contains language to inform all applicants and potential applicants to talk to their case worker if in danger from situations of domestic violence, sexual harassment or stalking.  It also includes guarantees of confidentiality. In addition, at the interview stage, workers are trained to explain to the applicants good cause exemption from program rules and resources that are available for families and children in their situation via written information that includes how to get help and how their information will be kept confidential.

All workers who directly work with applicants must take a state designed and delivered training that covers the nature and dynamics of sexual harassment and domestic violence, sexual assault and stalking.  This training content is also offered on demand and at state conferences as

Page 21

ACF 000131

appropriate. The content includes the policy and rules that govern family violence, sexual harassment or stalking requirements, associated long-term risks, available community resources, and an explanation of the state expectations for ensuring that such families are afforded good cause options and find support to overcome the barriers they face as they try to put behind them the social and economic burdens they face as a result of domestic violence, sexual harassment and stalking.  Details of the specific process and guidance on how to serve and support applicants and recipients in these situations is also listed in in the Minnesota TANF employment services manual.

Furthermore, Minnesota provides Safe At Home (SAH) Program, which is a statewide address confidentiality program that assists survivors of domestic violence, sexual assault, stalking and others who fear for their safety by providing a substitute address for people who move or are about to move to a new location unknown to their aggressors.

O. INDICATE WHETHER THE STATE INTENDS TO ASSIST INDIVIDUALS TO TRAIN FOR, SEEK, AND MAINTAIN EMPLOYMENT (SECTION 402(A) (1) (B) (V) OF THE SOCIAL SECURITY ACT)—

*(1) Providing direct care in a long-term care facility (as such terms are defined under section 1397j of this title); or*

*(2) In other occupations related to elder care, high-demand occupations, or occupations expected to experience labor shortages as, determined appropriate by the state for which the state identifies an unmet need for service personnel, and, if so, shall include an overview of such assistance.*

Minnesota intends to assist individuals in training, seeking and maintaining employment as a result of the Patient Protection and Affordable Care Act of 2010 (ACA).  Minnesota uses its Pathways to Prosperity program initiatives to create career pathways programs in high-demand career fields. The Pathways to Prosperity program provides grants to local partners to operate as part of the state's employment services system. Funding is available to low income families on MFIP to assist with compliance with their work requirements.

At the end of the training, MFIP participants are considered to be work ready for the Universal Health Care classification that allows entry to local long-term care facilities as Certified Nurse Assistants with a focus on elder care. While in training, participants are considered Adult Basic Education (ABE) students. Allowable work activities focus on retention by reducing barriers to successful employment once the training is complete. The lead state agencies in the Pathways to Prosperity program initiative include the Minnesota State Colleges and Universities, Minnesota Department of Education Adult Basic Education Office, and Minnesota Department of Employment and Economic Development.  Other key state level collaborators include Minnesota Department of Human Services, Minnesota Department of Labor and Industry, the Office of Higher Education, Greater Twin Cities United Way, Minnesota Workforce Council Association, and the Governor's Workforce Development Council.

ACF 000132

TANF CERTIFICATIONS

States that include TANF in the Combined State Plan must provide a certification by the chief executive officer of that State, that during the fiscal year, the State will:

| The State Plan must include | Include |
|---|---|
| 1. Operate a child support enforcement program under the State Plan approved under part D. (section 402(a)(2) of the Social Security Act); | Yes |
| 2. Operate a foster care and adoption assistance program under the State Plan approved under part E, and that the state will take such actions as are necessary to ensure that children receiving assistance under such part are eligible for medical assistance under the State Plan under title XIX. (section 402(a)(3) of the Social Security Act); | Yes |
| 3. Specify which state agency or agencies will administer and supervise the program referred to in paragraph (1) for the fiscal year, which shall include assurances that local governments and private sector organizations (section 402(a)(4) of the Social Security Act)— | |
| 3. (A) have been consulted regarding the plan and design of welfare services in the state so that services are provided in a manner appropriate to local populations; and | Yes |
| 3. (B) have had at least 45 days to submit comments on the plan and the design of such services; | Yes |
| 4. Provide each member of an Indian tribe, who is domiciled in the state and is not eligible for assistance under a tribal family assistance plan approved under section 412, with equitable access to assistance under the state program funded under this part attributable to funds provided by the Federal Government. (section 402(a)(5) of the Social Security Act); | Yes |
| 5. Establish and enforce standards and procedures to ensure against program fraud and abuse, including standards and procedures concerning nepotism, conflicts of interest | Yes |

Page 23

ACF 000133

| The State Plan must include | Include |
|---|---|
| among individuals responsible for the administration and supervision of the state program, kickbacks, and the use of political patronage. (section 402(a)(6) of the Social Security Act); | |
| 6. (optional) Establish and Enforcing standards and procedures to (section 402(a)(7) of the Social Security Act).— | |
| 6. (A) screen and identify individuals receiving assistance under this part with a history of domestic violence while maintaining the confidentiality of such individuals; | Yes |
| 6. (B) refer such individuals to counseling and supportive services; and | Yes |
| 6. (C) waive, pursuant to a determination of good cause, other program requirements such as time limits (for so long as necessary) for individuals receiving assistance, residency requirements, child support cooperation requirements, and family cap provisions, in cases where compliance with such requirements would make it more difficult for individuals receiving assistance under this part to escape domestic violence or unfairly penalize such individuals who are or have been victimized by such violence, or individuals who are at risk of further domestic violence (section 402(a)(7) of the Social Security Act). | Yes |
| 7 Establish and enforce standards and procedures to*— | |
| 7. (A) ensure that applicants and potential applicants for assistance under the state program funded under this part are notified of assistance made available by the state to victims of sexual harassment and survivors of domestic violence, sexual assault, or stalking; | Yes |
| 7. (B) ensure that case workers and other agency personnel responsible for administering the state program funded under this part are | |

Page 24

ACF 000134

| The State Plan must include | Include |
|---|---|
| trained in— | |
| 7. (B) 1. the nature and dynamics of sexual harassment and domestic violence, sexual assault, and stalking; | No |
| 7. (B) 2. state standards and procedures relating to the prevention of, and assistance for, individuals who are victims of sexual harassment or survivors of domestic violence, sexual assault, or stalking; and | Yes |
| 7. (B) 3. methods of ascertaining and ensuring the confidentiality of personal information and documentation related to applicants for assistance and their children who have provided notice about their experiences of sexual harassment, domestic violence, sexual assault, or stalking; and | Yes |
| 7. (C) ensure that, if a state has elected to establish and enforce standards and procedures regarding the screening for, and identification of, domestic violence, sexual assault, or stalking pursuant to paragraph (7)— | |
| 7. (C) 1. the state program funded under this part provides information about the options under this part to current and potential beneficiaries; and | Yes |
| 7. (C) 2. case workers and other agency personnel responsible for administering the state programs funder under this part are provided with training regarding state standards and procedures pursuant to paragraph (7). | Yes |

Page 25

ACF 000135



**ADMINISTRATION FOR**

# CHILDREN & FAMILIES

Office of the Assistant Secretary | 330 C Street, S.W., Suite 4034
Washington, D.C. 20201 | www.acf.hhs.gov

December 4, 2025

Governor Tim Walz
Office of the Governor
130 State Capitol
75 Rev. Dr. Martin Luther King Jr. Blvd.
Saint Paul, Minnesota 55155

Dear Governor Walz,

Recent reports indicating extensive and systemic fraud within Minnesota social service programs that rely on federal funding have raised serious concerns for the Administration for Children and Families (ACF). These reports include public statements from hundreds of Minnesota Department of Human Services employees alleging that clear warnings of fraud were repeatedly disregarded, that whistleblowers faced retaliation, and that widespread misuse of federal funds may have persisted for years under your leadership. These concerns have been heightened by recent federal prosecutions and additional allegations that substantial portions of federal resources were fraudulently diverted away from the American families they were intended to assist.

The Trump Administration has made clear its commitment to rooting out fraud, protecting taxpayer dollars, and ensuring program integrity across all federal benefit programs. In light of the seriousness and volume of recent reports, and given ACF's responsibility for oversight of the Temporary Assistance for Needy Families (TANF) program, I am writing to request that the State of Minnesota provide the complete universe of TANF administrative data for all recipients from 2019 through 2025. This includes recipient name, address, Social Security Number, date of birth, A-number (as applicable), and any state identification numbers used for program administration. This information is necessary for ACF to conduct a thorough review of program operations and to assess the extent of any irregularities that may have occurred.

ACF also requests documentation demonstrating that the State of Minnesota has verified the eligibility of all TANF applicants and recipients in accordance with the requirements of the Personal Responsibility and Work Opportunity Reconciliation Act, which limits TANF eligibility to United States citizens and qualified aliens, and the Income Eligibility Verification Requirments in 42 U.S.C. § 1320b-7(d). This documentation should include the policies, procedures, system controls, and verification records used by Minnesota to confirm citizenship or qualified alien status during the application and recertification processes.

In addition to individual-level recipient data, ACF is requesting a comprehensive list of all organizations, subcontractors, service providers, local agencies, community groups, and any other entities that received TANF funds from the state of Minnesota, directly or indirectly, during the period from 2019 through 2025. For each organization, I request the amount of TANF funding provided, the purpose for which the funds were awarded, and documentation describing the state's oversight mechanisms, monitoring activities, and verification processes used to ensure proper use of TANF dollars.

I request that this information be transmitted to ACF by December 19, 2025. My staff will coordinate directly with the appropriate state officials to establish a secure transfer method and confirm technical specifications.

Thank you for your attention to this critical matter. Please contact my office with any questions or to arrange next steps.

Sincerely,

Alex J. Adams
Assistant Secretary
Administration for Children and Families
U.S. Department of Health and Human Services

CC: Tikki Brown, Commissioner, Department of Children, Youth, and Families
Shaneen Moore, Assistant Commissioner, Family Well-Being Administration

ACF 000137



**ADMINISTRATION FOR CHILDREN & FAMILIES**

**Office of the Assistant Secretary** | 330 C Street, S.W., Suite 4034
Washington, DC 20201 | www.acf.gov

December 12, 2025

Governor Tim Walz
Office of the Governor
130 State Capitol
75 Rev. Dr. Martin Luther King Jr. Blvd.
Saint Paul, Minnesota 55155

Dear Governor Walz,

Recent reports indicating extensive and systemic fraud within Minnesota social service programs that rely on federal funding have raised serious concerns for the Administration for Children and Families (ACF). These reports include public statements from hundreds of Minnesota Department of Human Services employees alleging that clear warnings of fraud were repeatedly disregarded, that whistleblowers faced retaliation, and that widespread misuse of federal funds may have persisted for years under your leadership. These concerns have been heightened by recent federal prosecutions and additional allegations that substantial portions of federal resources were fraudulently diverted away from the American families they were intended to assist.

The Trump Administration has made clear its commitment to rooting out fraud, protecting taxpayer dollars, and ensuring program integrity across all federal benefit programs. In light of the seriousness and volume of recent reports, and given ACF's responsibility for oversight of the Social Services Block Grant (SSBG) program, I am writing to request that the State of Minnesota provide the complete universe of SSBG administrative data that exist and are in the state's possession for all grantees, their recipients and subrecipients, for all available years and at least 2022 through 2025. This includes recipient name, address, Social Security Number (if collected), date of birth, A-number (as applicable), and any state identification numbers used for program administration. This information is necessary for ACF to conduct a thorough review of program operations and to assess the extent of any irregularities that may have occurred.

ACF also requests documentation demonstrating that the State of Minnesota has verified the eligibility of all recipients and subrecipients of SSBG-funded entities in accordance with the requirements of the Personal Responsibility and Work Opportunity Reconciliation Act, 8 U.S.C. § 1611, which limits the eligibility of public benefits to United States citizens and qualified aliens. This documentation should include the policies, procedures, system controls, and

ACF 000138

verification records used by Minnesota to confirm citizenship or qualified alien status during the application and recertification processes.

ACF is requesting a comprehensive list of all organizations, subcontractors, service providers, local agencies, community groups, and any other entities that received SSBG funds from the state of Minnesota, directly or indirectly, during the period from 2019 through 2025. For each organization, to the extent the information exists and is in the state's possession, I request the amount of SSBG funding provided, the purpose for which the funds were awarded, and documentation describing the state's oversight mechanisms, monitoring activities, and verification processes used to ensure proper use of SSBG dollars.

I request that this information be transmitted to ACF by December 26, 2025. My staff will coordinate directly with the appropriate state officials to establish a secure transfer method and confirm technical specifications.

Thank you for your attention to this critical matter. Please contact my office with any questions or to arrange next steps.

Sincerely,

Alex J. Adams
Assistant Secretary
Administration for Children and Families
U.S. Department of Health and Human Services


CC: Shireen Gandhi, Temporary Commissioner, Minnesota Department of Human Services
Andrew J. Richter, Communications Specialist, Child Safety and Permanency Division

ACF 000139



**ADMINISTRATION FOR**
**CHILDREN & FAMILIES**

**Office of the Assistant Secretary** | 330 C Street, S.W., Suite 4034
Washington, DC 20201 | www.acf.gov

December 12, 2025

Governor Tim Walz
Office of the Governor
130 State Capitol
75 Rev. Dr. Martin Luther King Jr. Blvd.
Saint Paul, Minnesota 55155

Dear Governor Walz,

Recent reports indicating extensive and systemic fraud within Minnesota social service programs that rely on federal funding have raised serious concerns for the Administration for Children and Families (ACF). These reports include public statements from hundreds of Minnesota Department of Human Services employees alleging that clear warnings of fraud were repeatedly disregarded, that whistleblowers faced retaliation, and that widespread misuse of federal funds may have persisted for years under your leadership. These concerns have been heightened by recent federal prosecutions and additional allegations that substantial portions of federal resources were fraudulently diverted away from the American families they were intended to assist.

The Trump Administration has made clear its commitment to rooting out fraud, protecting taxpayer dollars, and ensuring program integrity across all federal benefit programs. In light of the seriousness and  volume of recent reports, and given ACF's responsibility for oversight of the Child Care and Development Fund (CCDF), I am writing to request that the State of Minnesota provide the complete universe of CCDF administrative data that exist and are in the state's possession for all recipients for all available years, and at least 2022 to 2025. This includes recipient name, address, Social Security Number (if collected), date of birth, A-number (as applicable), and any state identification numbers used for program administration. This information, requested pursuant to 45 C.F.R. § 98.90, is necessary for ACF to conduct a thorough review of program operations and to assess the extent of any irregularities that may have occurred.

ACF also requests documentation demonstrating that the State of Minnesota has verified the eligibility of all CCDF applicants and recipients in accordance with the requirements of the Personal Responsibility and Work Opportunity Reconciliation Act, 8 U.S.C. § 1611, which limits CCDF eligibility to United States citizens and qualified aliens. This documentation should

include the policies, procedures, system controls, and verification records used by Minnesota to confirm citizenship or qualified alien status during the application and recertification processes.

In addition to individual-level recipient data, ACF is requesting a comprehensive list of all organizations, subcontractors, service providers, local agencies, community groups, and any other entities that received CCDF funds from the state of Minnesota, directly or indirectly, during the period from 2019 through 2025. For each organization, to the extent the information exists and is in the state's possession, I request the amount of CCDF funding provided, the purpose for which the funds were awarded, and documentation describing the state's oversight mechanisms, monitoring activities, and verification processes used to ensure proper use of CCDF dollars.

I request that this information be transmitted to ACF by December 26, 2025. My staff will coordinate directly with the appropriate state officials to establish a secure transfer method and confirm technical specifications.

Thank you for your attention to this critical matter. Please contact my office with any questions or to arrange next steps.

Sincerely,

Alex J. Adams
Assistant Secretary
Administration for Children and Families
U.S. Department of Health and Human Services


CC: Tikki Brown, Commissioner, Department of Children, Youth, and Families
Cindi Yang, Director, Child Care Services

ACF 000141

December 30, 2025

The Honorable Tim Walz
Governor of Minnesota
Saint Paul, Minnesota

Dear Governor Walz:

On December 12, the Administration for Children and Families (ACF) formally requested that the State of Minnesota provide comprehensive administrative data and related documentation for the Child Care and Development Fund (CCDF) no later than December 26, 2025. As of today, your office has failed to provide the required information, instead delaying in the form of an extension request. Given the seriousness of the allegations surrounding Minnesota's administration of federal programs. I am troubled by your lack of timely response.

Yesterday, Assistant Secretary for Family Support Alex Adams spoke with the Director of the Minnesota Child Care Services, copied below. She could not confirm whether the perceived fraud is isolated to specific counties or rampant throughout your state.

In contrast to your Administration's actions, HHS is committed to ensuring the integrity of federal programs. ACF will be assessing the scope and source of any irregularities. I am expanding our prior request, as authorized by 45 CFR 98.90(c). I demand transparency of your state's use of federal welfare dollars.

1. **Specific data for child care centers flagged as fraudulent**

Recent viral reports indicate prolonged gross mismanagement of federal child_care funds awarded to your state. These funds are entrusted to you and your Administration for disbursement to local providers. Yet, reports have come to ACF's attention that your Administration has failed to ensure fidelity of public funds. To address these allegations, please provide the total amount of CCDF or TANF child care funds received by each of the following centers between 2022-2025:
- Quality Learning "Learing" [sic] Center
- Mako Child Care
- Mini Childcare Center
- ABC Learning Center
- Future Leaders Early Learning Center

ACF 000142

For any of the above centers that did receive TANF or CCDF funds, also provide the following:
- All attendance records for the same period,
- All licensing, inspection, and monitoring reports including annual inspections,
- All complaints, investigations, referrals, or enforcement actions related to these centers, and
- Any internal state assessments or communications referencing these centers, including fraud concerns, irregularities, or discrepancies in reported enrollment or operations.

## 2. Complete CCDF Administrative Data (all available years; minimum 2022-2025)

I now demand the information we requested on December 12th: the full CCDF administrative data in the state's possession for all recipients including the following:
- Name, address, social security number, date of birth, and any state-issued identification numbers used for program administration.

## 3. Information related to alleged fraud networks and oversight failures

Due to the volume of allegations involving fraudulent child care centers and organized networks exploiting CCAP, provide the following:
- Internal state assessments of fraud risks,
- Records of referrals to law enforcement or federal agencies,
- Anti-fraud measures submitted in Minnesota's CCDF State Plans (2022-2025), and
- Any evidence that political considerations, community pressures, or DEI-related directives influenced or constrained fraud prevention or enforcement activities.

## 4. Comprehensive list of all CCDF Funded Providers and intermediaries (2022-2025)

Provide a complete list of all entities receiving CCDF funds directly or indirectly, including child care providers, subcontractors, service providers, local agencies, and community organizations. For each entity, include:
- Total CCDF funding received (2022 -2025),
- The purpose of funding,
- Documentation of oversight, monitoring, inspection, and verification activities, and
- Any corrective actions, sanctions, or investigations undertaken.

In addition, provide the total number of subsidized children in care at each provider receiving federal assistance, including any vacant slots at directly funded providers. This should include both authorized and paid amounts, broken out by year, to allow for a full reconciliation of claimed capacity.

The Honorable Tim Walz<br>Page 3

The accumulating allegations suggest that your Administration's improper use of federal funds is severe, widespread, and costly. While these funds were intended to support Americans in need, your Administration, through negligence or malice, may have propagated the biggest welfare fraud in American history.

The families who rely on these programs and the taxpayers who fund them deserve accountability and corrective action. I expect your Administration's full cooperation in determining the scope of misuse of federal resources.

HHS demands the information no later than January 9, 2026. If you fail to provide satisfactory responses to the above questions, we may withhold CCDF funds to the state of Minnesota and impose the penalties specified in 45 CFR 98.92 and 45 CFR 262.1.

The State of Minnesota will be placed on a temporary restricted drawdown for all CCDF funds provided by ACF until further notice, with specific instructions for these restrictions to be provided by January 5th, 2026.

Happy new year.

Sincerely,

James O'Neill
Deputy Secretary

ACF 000144