

California DEPARTMENT OF **EDUCATION**

Home / Specialized Programs / Early Education / Contractor Information

# Child Care Fraud Indicators, Table 4 of 5

Child care fraud indicators submitted by county departments of social services. [1]

| Fraud Indicators for Both Parents and Providers | Number of Counties Reporting the Indicator |
|---|---|
| Provider signs over check to parent | 2 |
| Provider's operational hours do not conform to claim | 3 |
| Check mailed to third party address or Post Office Box | 3 |
| Billing received after case closed | 1 |
| Income insufficient for daily living or work hours | 1 |
| Provider charges subsidized more than private families | 2 |
| Provider receiving In-Home Supportive Services or Supplemental Security Income | 2 |
| Inconsistent info. given for cash aid and child care | 4 |
| Reporting over 160 hours in job search | 1 |
| Income and Eligibility Verification System does not show work during period of child care | 1 |
| Provider claims more than 25 days per month | 1 |

[1] These 21 counties responded to the survey; Butte, Colusa, Contra Costa, Glenn, Imperial, Kern, Lake, Los Angeles, Monterey, Orange, Riverside, Sacramento, San Bernardino, San Diego, San Francisco, Santa Clara, Sonoma, Stanislaus, Tulare, Tuolumne, and Yuba counties.

Related pages

ACF 000243

- Table 1: Definition of Child Care Fraud Caused by Parents
- Table 2: Definition of Fraud Caused by Providers or Both Parents and Providers
- Table 3: Fraud Indicators, Parents and Providers
- Table 4: Fraud Indicators, Parents and Providers
- Table 5: Fraud Indicators, Parents and Providers
- Table 7: Fraud Indicators, Parents and Providers

**Questions:** CDMIS Office | CDMIS@cde.ca.gov

Last Reviewed: Tuesday, June 10, 2025

ACF 000244



Home / Specialized Programs / Early Education / Contractor Information

# Child Care Fraud Indicators, Table 5 of 5

**Important Notice: Programs Moved to CDSS**

While the California Department of Education continues to operate the California State Preschool Program, the Early Childhood Development Act of 2020 (Senate Bill (SB) 98, Chapter 24, Statutes of 2020) authorized the transfer of many childcare programs from the California Department of Education to the California Department of Social Services (CDSS) effective July 1, 2021. The content on this page may include programs that have moved to CDSS. For additional assistance you can either visit the CDSS Child Care Transition web page ☑ or call 1-833-559-2420 for more information.

Child care fraud indicators submitted by county departments of social services. [1]

| Fraud Indicators for Both Parents and Providers | Number of Counties Reporting the Indicator |
|---|---|
| Parent works for provider as assistant | 2 |
| Parent grade point average below 2 or no report card | 1 |
| Parent or provider incarcerated for more than a weekend | 2 |
| Parent discontinued and resumes cash aid | 1 |
| Retroactive payment requested without explanation | 1 |
| Parent reports mailing address as a Post Office Box | 1 |
| Provider completes attendance instead of parent | 1 |
| Provider receives cash aid or food stamps | 1 |
| Inconsistent transportation info. or lack of license and auto insurance | 1 |

ACF 000245

[1] These 21 counties responded to the survey. Butte, Colusa, Contra Costa, Glenn, Imperial, Kern, Lake, Los Angeles, Monterey, Orange, Riverside, Sacramento, San Bernardino, San Diego, San Francisco, Santa Clara, Sonoma, Stanislaus, Tulare, Tuolumne, and Yuba counties.

Related pages

- Table 1: Definition of Child Care Fraud Caused by Parents
- Table 2: Definition of Fraud Caused by Providers or Both Parents and Providers
- Table 3: Fraud Indicators, Parents and Providers
- Table 4: Fraud Indicators, Parents and Providers
- Table 5: Fraud Indicators, Parents and Providers
- Table 6: Fraud Indicators, Parents and Providers
- Table 7: Fraud Indicators, Parents and Providers

**Questions:   Early Education Division | 916-322-6233**

Last Reviewed: Tuesday, December 9, 2025

ACF 000246



< https://sfdistrictattorney.org>

SF District Attorney

# ess Releases

# WOMAN AND CITY EMPLOYEE CHARGED IN CONNECTION TO SECTION 8 AND CHILDCARE FRAUD SCHEME

📅 March 13, 2025 **< https://sfdistrictattorney.org/2025/03/13/>**

 

**San Francisco, CA –** Today, San Francisco District Attorney Brooke Jenkins announced that Maggie Pasigan, 49, and Daisy Avalos, 47, both of San Francisco, were charged for defrauding various public benefits providers of over $500,000. They were both arraigned on March 13, 2025, and each pleaded not guilty. Ms. Pasigan and Ms. A

🇺🇸 EN

ACF 000247

SF District Attorney

<https://sfdistrictattorney.org>

...rged with grand theft, welfare fraud, money laundering, and ...cy.

...ke to thank the US Department of Housing and Urban ...nent, the San Francisco Human Services Agency, and the San ...Housing Authority for their hard work and collaboration in this ...San Francisco Police and the San Francisco Sheriff's Office to ...is fraud," said **District Attorney Brooke Jenkins**.  "My office ...action to ensure the integrity of our benefits systems and seek ...ose accountable who would defraud the system for their own ...gain."

...ording to court records, in 2023 the San Francisco Human Services Agency began investigating Ms. Pasigan for fraud involving her receipt of public benefits.  Specifically, that she had not disclosed that Ms. Avalos was her registered domestic partner, nor Ms. Avalos' income as a City employee.  Such income would have disqualified the household for public benefits, which are intended to assist only low-income families.

"The defendants' fraudulent actions diverted over $375,000 in taxpayer funds from multiple federal programs, including HUD-assisted housing programs designed to provide safe and affordable housing for low-income families," said **Special Agent-in-Charge Robert Lawler, U.S. Department of Housing and Urban Development (OIG), Office of Inspector General (OIG).**  "HUD OIG remains committed to collaborating with its prosecutorial and law enforcement partners to aggressively pursue individuals who seek to exploit HUD-funded programs for personal gain."

Additionally, investigators learned that Ms. Pasigan and Ms ... receiving over $30,000 per month in childcare subsidies from a nonprofit

EN

SF District Attorney

<https://sfdistrictattorney.org>

r stewarding public dollars to childcare and early education for alleged child care they were providing.  Through tion it was learned that Ms. Pasigan and Ms. Avalos were not, oviding childcare as they claimed. Over months of surveillance, s no evidence of child drop-offs, pick-ups, or other signs of though the women claimed to be providing care for as children during the same period.

ecution is the result of a joint investigation by several agencies the US Department of Housing and Urban Development Office pector General, San Francisco Human Services Agency, and cisco Housing Authority.  The San Francisco Police Department and San Francisco Sheriff's Office also provided considerable and critical support to investigators throughout the two-year investigation.

The next court date for Ms. Pasigan and Ms. Avalos is April 22, 2025, to set a date for the preliminary hearing in this matter.

Although charges have been filed, this remains an active investigation. To make a report that someone may be receiving public benefits to which they are not entitled to, contact SFHSA's Welfare Fraud Hotline at (415) 557-5771.

**Court Numbers**:
25005141 Pasigan
25005136 Avalos

### 

 EN

ACF 000249



Home    Bill Information    California Law    Publications    Other Resources    My Subscriptions    My Favorites

## SB-54 Law enforcement: sharing data. (2017-2018)

 SHARE THIS: ⓕ 𝕏                                Date Published: 10/05/2017 09:00 PM

### Senate Bill No. 54

### CHAPTER 495

An act to amend Sections 7282 and 7282.5 of, and to add Chapter 17.25 (commencing with Section 7284) to Division 7 of Title 1 of, the Government Code, and to repeal Section 11369 of the Health and Safety Code, relating to law enforcement.

[ Approved by Governor  October 05, 2017. Filed with Secretary of State October 05, 2017. ]

### LEGISLATIVE COUNSEL'S DIGEST

SB 54, De León. Law enforcement: sharing data.

Existing law provides that when there is reason to believe that a person arrested for a violation of specified controlled substance provisions may not be a citizen of the United States, the arresting agency shall notify the appropriate agency of the United States having charge of deportation matters.

This bill would repeal those provisions.

Existing law provides that whenever an individual who is a victim of or witness to a hate crime, or who otherwise can give evidence in a hate crime investigation, is not charged with or convicted of committing any crime under state law, a peace officer may not detain the individual exclusively for any actual or suspected immigration violation or report or turn the individual over to federal immigration authorities.

This bill would, among other things and subject to exceptions, prohibit state and local law enforcement agencies, including school police and security departments, from using money or personnel to investigate, interrogate, detain, detect, or arrest persons for immigration enforcement purposes, as specified, and would, subject to exceptions, proscribe other activities or conduct in connection with immigration enforcement by law enforcement agencies. The bill would apply those provisions to the circumstances in which a law enforcement official has discretion to cooperate with immigration authorities. The bill would require, by October 1, 2018, the Attorney General, in consultation with the appropriate stakeholders, to publish model policies limiting assistance with immigration enforcement to the fullest extent possible for use by public schools, public libraries, health facilities operated by the state or a political subdivision of the state, and courthouses, among others. The bill would require, among others, all public schools, health facilities operated by the state or a political subdivision of the state, and courthouses to implement the model policy, or an equivalent policy. The bill would state that, among others, all other organizations and entities that provide services related to physical or mental health and wellness, education, or access to justice, including the University of California, are encouraged to adopt the model policy. The bill would require that a law enforcement agency that chooses to participate in a joint law enforcement task force, as defined, submit a report annually pertaining to task force operations to the

ACF 000250

Department of Justice, as specified. The bill would require the Attorney General, by March 1, 2019, and annually thereafter, to report on the types and frequency of joint law enforcement task forces, and other information, as specified, and to post those reports on the Attorney General's Internet Web site. The bill would require law enforcement agencies to report to the department annually regarding transfers of persons to immigration authorities. The bill would require the Attorney General to publish guidance, audit criteria, and training recommendations regarding state and local law enforcement databases, for purposes of limiting the availability of information for immigration enforcement, as specified. The bill would require the Department of Corrections and Rehabilitation to provide a specified written consent form in advance of any interview between a person in department custody and the United States Immigration and Customs Enforcement regarding civil immigration violations.

This bill would state findings and declarations of the Legislature relating to these provisions.

By imposing additional duties on public schools and local law enforcement agencies, this bill would impose a state-mandated local program.

The California Constitution requires the state to reimburse local agencies and school districts for certain costs mandated by the state. Statutory provisions establish procedures for making that reimbursement.

This bill would provide that, if the Commission on State Mandates determines that the bill contains costs mandated by the state, reimbursement for those costs shall be made pursuant to the statutory provisions noted above.

Vote: majority   Appropriation: no   Fiscal Committee: yes   Local Program: yes

## THE PEOPLE OF THE STATE OF CALIFORNIA DO ENACT AS FOLLOWS:

**SECTION 1.** Section 7282 of the Government Code is amended to read:

**7282.** For purposes of this chapter, the following terms have the following meanings:

(a) "Conviction" shall have the same meaning as subdivision (d) of Section 667 of the Penal Code.

(b) "Eligible for release from custody" means that the individual may be released from custody because one of the following conditions has occurred:

(1) All criminal charges against the individual have been dropped or dismissed.

(2) The individual has been acquitted of all criminal charges filed against him or her.

(3) The individual has served all the time required for his or her sentence.

(4) The individual has posted a bond.

(5) The individual is otherwise eligible for release under state or local law, or local policy.

(c) "Hold request," "notification request," and "transfer request" have the same meanings as provided in Section 7283. Hold, notification, and transfer requests include requests issued by the United States Immigration and Customs Enforcement or the United States Customs and Border Protection as well as any other immigration authorities.

(d) "Law enforcement official" means any local agency or officer of a local agency authorized to enforce criminal statutes, regulations, or local ordinances or to operate jails or to maintain custody of individuals in jails, and any person or local agency authorized to operate juvenile detention facilities or to maintain custody of individuals in juvenile detention facilities.

(e) "Local agency" means any city, county, city and county, special district, or other political subdivision of the state.

(f) "Serious felony" means any of the offenses listed in subdivision (c) of Section 1192.7 of the Penal Code and any offense committed in another state which, if committed in California, would be punishable as a serious felony as defined by subdivision (c) of Section 1192.7 of the Penal Code.

(g) "Violent felony" means any of the offenses listed in subdivision (c) of Section 667.5 of the Penal Code and any offense committed in another state which, if committed in California, would be punishable as a violent felony

ACF 000251

as defined by subdivision (c) of Section 667.5 of the Penal Code.

**SEC. 2.** Section 7282.5 of the Government Code is amended to read:

**7282.5.** (a) A law enforcement official shall have discretion to cooperate with immigration authorities only if doing so would not violate any federal, state, or local law, or local policy, and where permitted by the California Values Act (Chapter 17.25 (commencing with Section 7284)). Additionally, the specific activities described in subparagraph (C) of paragraph (1) of subdivision (a) of, and in paragraph (4) of subdivision (a) of, Section 7284.6 shall only occur under the following circumstances:

(1) The individual has been convicted of a serious or violent felony identified in subdivision (c) of Section 1192.7 of, or subdivision (c) of Section 667.5 of, the Penal Code.

(2) The individual has been convicted of a felony punishable by imprisonment in the state prison.

(3) The individual has been convicted within the past five years of a misdemeanor for a crime that is punishable as either a misdemeanor or a felony for, or has been convicted within the last 15 years of a felony for, any of the following offenses:

(A) Assault, as specified in, but not limited to, Sections 217.1, 220, 240, 241.1, 241.4, 241.7, 244, 244.5, 245, 245.2, 245.3, 245.5, 4500, and 4501 of the Penal Code.

(B) Battery, as specified in, but not limited to, Sections 242, 243.1, 243.3, 243.4, 243.6, 243.7, 243.9, 273.5, 347, 4501.1, and 4501.5 of the Penal Code.

(C) Use of threats, as specified in, but not limited to, Sections 71, 76, 139, 140, 422, 601, and 11418.5 of the Penal Code.

(D) Sexual abuse, sexual exploitation, or crimes endangering children, as specified in, but not limited to, Sections 266, 266a, 266b, 266c, 266d, 266f, 266g, 266h, 266i, 266j, 267, 269, 288, 288.5, 311.1, 311.3, 311.4, 311.10, 311.11, and 647.6 of the Penal Code.

(E) Child abuse or endangerment, as specified in, but not limited to, Sections 270, 271, 271a, 273a, 273ab, 273d, 273.4, and 278 of the Penal Code.

(F) Burglary, robbery, theft, fraud, forgery, or embezzlement, as specified in, but not limited to, Sections 211, 215, 459, 463, 470, 476, 487, 496, 503, 518, 530.5, 532, and 550 of the Penal Code.

(G) Driving under the influence of alcohol or drugs, but only for a conviction that is a felony.

(H) Obstruction of justice, as specified in, but not limited to, Sections 69, 95, 95.1, 136.1, and 148.10 of the Penal Code.

(I) Bribery, as specified in, but not limited to, Sections 67, 67.5, 68, 74, 85, 86, 92, 93, 137, 138, and 165 of the Penal Code.

(J) Escape, as specified in, but not limited to, Sections 107, 109, 110, 4530, 4530.5, 4532, 4533, 4534, 4535, and 4536 of the Penal Code.

(K) Unlawful possession or use of a weapon, firearm, explosive device, or weapon of mass destruction, as specified in, but not limited to, Sections 171b, 171c, 171d, 246, 246.3, 247, 417, 417.3, 417.6, 417.8, 4574, 11418, 11418.1, 12021.5, 12022, 12022.2, 12022.3, 12022.4, 12022.5, 12022.53, 12022.55, 18745, 18750, and 18755 of, and subdivisions (c) and (d) of Section 26100 of, the Penal Code.

(L) Possession of an unlawful deadly weapon, under the Deadly Weapons Recodification Act of 2010 (Part 6 (commencing with Section 16000) of the Penal Code).

(M) An offense involving the felony possession, sale, distribution, manufacture, or trafficking of controlled substances.

(N) Vandalism with prior convictions, as specified in, but not limited to, Section 594.7 of the Penal Code.

(O) Gang-related offenses, as specified in, but not limited to, Sections 186.22, 186.26, and 186.28 of the Penal Code.

(P) An attempt, as defined in Section 664 of, or a conspiracy, as defined in Section 182 of, the Penal Code, to commit an offense specified in this section.

ACF 000252

(Q) A crime resulting in death, or involving the personal infliction of great bodily injury, as specified in, but not limited to, subdivision (d) of Section 245.6 of, and Sections 187, 191.5, 192, 192.5, 12022.7, 12022.8, and 12022.9 of, the Penal Code.

(R) Possession or use of a firearm in the commission of an offense.

(S) An offense that would require the individual to register as a sex offender pursuant to Section 290, 290.002, or 290.006 of the Penal Code.

(T) False imprisonment, slavery, and human trafficking, as specified in, but not limited to, Sections 181, 210.5, 236, 236.1, and 4503 of the Penal Code.

(U) Criminal profiteering and money laundering, as specified in, but not limited to, Sections 186.2, 186.9, and 186.10 of the Penal Code.

(V) Torture and mayhem, as specified in, but not limited to, Section 203 of the Penal Code.

(W) A crime threatening the public safety, as specified in, but not limited to, Sections 219, 219.1, 219.2, 247.5, 404, 404.6, 405a, 451, and 11413 of the Penal Code.

(X) Elder and dependent adult abuse, as specified in, but not limited to, Section 368 of the Penal Code.

(Y) A hate crime, as specified in, but not limited to, Section 422.55 of the Penal Code.

(Z) Stalking, as specified in, but not limited to, Section 646.9 of the Penal Code.

(AA) Soliciting the commission of a crime, as specified in, but not limited to, subdivision (c) of Section 286 of, and Sections 653j and 653.23 of, the Penal Code.

(AB) An offense committed while on bail or released on his or her own recognizance, as specified in, but not limited to, Section 12022.1 of the Penal Code.

(AC) Rape, sodomy, oral copulation, or sexual penetration, as specified in, but not limited to, paragraphs (2) and (6) of subdivision (a) of Section 261 of, paragraphs (1) and (4) of subdivision (a) of Section 262 of, Section 264.1 of, subdivisions (c) and (d) of Section 286 of, subdivisions (c) and (d) of Section 288a of, and subdivisions (a) and (j) of Section 289 of, the Penal Code.

(AD) Kidnapping, as specified in, but not limited to, Sections 207, 209, and 209.5 of the Penal Code.

(AE) A violation of subdivision (c) of Section 20001 of the Vehicle Code.

(4) The individual is a current registrant on the California Sex and Arson Registry.

(5) The individual has been convicted of a federal crime that meets the definition of an aggravated felony as set forth in subparagraphs (A) to (P), inclusive, of paragraph (43) of subsection (a) of Section 101 of the federal Immigration and Nationality Act (8 U.S.C. Sec. 1101), or is identified by the United States Department of Homeland Security's Immigration and Customs Enforcement as the subject of an outstanding federal felony arrest warrant.

(6) In no case shall cooperation occur pursuant to this section for individuals arrested, detained, or convicted of misdemeanors that were previously felonies, or were previously crimes punishable as either misdemeanors or felonies, prior to passage of the Safe Neighborhoods and Schools Act of 2014 as it amended the Penal Code.

(b) In cases in which the individual is arrested and taken before a magistrate on a charge involving a serious or violent felony, as identified in subdivision (c) of Section 1192.7 or subdivision (c) of Section 667.5 of the Penal Code, respectively, or a felony that is punishable by imprisonment in state prison, and the magistrate makes a finding of probable cause as to that charge pursuant to Section 872 of the Penal Code, a law enforcement official shall additionally have discretion to cooperate with immigration officials pursuant to subparagraph (C) of paragraph (1) of subdivision (a) of Section 7284.6.

SEC. 3. Chapter 17.25 (commencing with Section 7284) is added to Division 7 of Title 1 of the Government Code, to read:

**CHAPTER 17.25. Cooperation with Immigration Authorities**

7284. This chapter shall be known, and may be cited, as the California Values Act.

ACF 000253

**7284.2.** The Legislature finds and declares the following:

(a) Immigrants are valuable and essential members of the California community. Almost one in three Californians is foreign born and one in two children in California has at least one immigrant parent.

(b) A relationship of trust between California's immigrant community and state and local agencies is central to the public safety of the people of California.

(c) This trust is threatened when state and local agencies are entangled with federal immigration enforcement, with the result that immigrant community members fear approaching police when they are victims of, and witnesses to, crimes, seeking basic health services, or attending school, to the detriment of public safety and the well-being of all Californians.

(d) Entangling state and local agencies with federal immigration enforcement programs diverts already limited resources and blurs the lines of accountability between local, state, and federal governments.

(e) State and local participation in federal immigration enforcement programs also raises constitutional concerns, including the prospect that California residents could be detained in violation of the Fourth Amendment to the United States Constitution, targeted on the basis of race or ethnicity in violation of the Equal Protection Clause, or denied access to education based on immigration status. See Sanchez Ochoa v. Campbell, et al. (E.D. Wash. 2017) 2017 WL 3476777; Trujillo Santoya v. United States, et al. (W.D. Tex. 2017) 2017 WL 2896021; Moreno v. Napolitano (N.D. Ill. 2016) 213 F. Supp. 3d 999; Morales v. Chadbourne (1st Cir. 2015) 793 F.3d 208; Miranda-Olivares v. Clackamas County (D. Or. 2014) 2014 WL 1414305; Galarza v. Szalczyk (3d Cir. 2014) 745 F.3d 634.

(f) This chapter seeks to ensure effective policing, to protect the safety, well-being, and constitutional rights of the people of California, and to direct the state's limited resources to matters of greatest concern to state and local governments.

(g) It is the intent of the Legislature that this chapter shall not be construed as providing, expanding, or ratifying any legal authority for any state or local law enforcement agency to participate in immigration enforcement.

**7284.4.** For purposes of this chapter, the following terms have the following meanings:

(a) "California law enforcement agency" means a state or local law enforcement agency, including school police or security departments. "California law enforcement agency" does not include the Department of Corrections and Rehabilitation.

(b) "Civil immigration warrant" means any warrant for a violation of federal civil immigration law, and includes civil immigration warrants entered in the National Crime Information Center database.

(c) "Immigration authority" means any federal, state, or local officer, employee, or person performing immigration enforcement functions.

(d) "Health facility" includes health facilities as defined in Section 1250 of the Health and Safety Code, clinics as defined in Sections 1200 and 1200.1 of the Health and Safety Code, and substance abuse treatment facilities.

(e) "Hold request," "notification request," "transfer request," and "local law enforcement agency" have the same meaning as provided in Section 7283. Hold, notification, and transfer requests include requests issued by United States Immigration and Customs Enforcement or United States Customs and Border Protection as well as any other immigration authorities.

(f) "Immigration enforcement" includes any and all efforts to investigate, enforce, or assist in the investigation or enforcement of any federal civil immigration law, and also includes any and all efforts to investigate, enforce, or assist in the investigation or enforcement of any federal criminal immigration law that penalizes a person's presence in, entry, or reentry to, or employment in, the United States.

(g) "Joint law enforcement task force" means at least one California law enforcement agency collaborating, engaging, or partnering with at least one federal law enforcement agency in investigating federal or state crimes.

(h) "Judicial probable cause determination" means a determination made by a federal judge or federal magistrate judge that probable cause exists that an individual has violated federal criminal immigration law and that authorizes a law enforcement officer to arrest and take into custody the individual.

(i) "Judicial warrant" means a warrant based on probable cause for a violation of federal criminal immigration law and issued by a federal judge or a federal magistrate judge that authorizes a law enforcement officer to arrest

ACF 000254

and take into custody the person who is the subject of the warrant.

(j) "Public schools" means all public elementary and secondary schools under the jurisdiction of local governing boards or a charter school board, the California State University, and the California Community Colleges.

(k) "School police and security departments" includes police and security departments of the California State University, the California Community Colleges, charter schools, county offices of education, schools, and school districts.

7284.6. (a) California law enforcement agencies shall not:

(1) Use agency or department moneys or personnel to investigate, interrogate, detain, detect, or arrest persons for immigration enforcement purposes, including any of the following:

(A) Inquiring into an individual's immigration status.

(B) Detaining an individual on the basis of a hold request.

(C) Providing information regarding a person's release date or responding to requests for notification by providing release dates or other information unless that information is available to the public, or is in response to a notification request from immigration authorities in accordance with Section 7282.5. Responses are never required, but are permitted under this subdivision, provided that they do not violate any local law or policy.

(D) Providing personal information, as defined in Section 1798.3 of the Civil Code, about an individual, including, but not limited to, the individual's home address or work address unless that information is available to the public.

(E) Making or intentionally participating in arrests based on civil immigration warrants.

(F) Assisting immigration authorities in the activities described in Section 1357(a)(3) of Title 8 of the United States Code.

(G) Performing the functions of an immigration officer, whether pursuant to Section 1357(g) of Title 8 of the United States Code or any other law, regulation, or policy, whether formal or informal.

(2) Place peace officers under the supervision of federal agencies or employ peace officers deputized as special federal officers or special federal deputies for purposes of immigration enforcement. All peace officers remain subject to California law governing conduct of peace officers and the policies of the employing agency.

(3) Use immigration authorities as interpreters for law enforcement matters relating to individuals in agency or department custody.

(4) Transfer an individual to immigration authorities unless authorized by a judicial warrant or judicial probable cause determination, or in accordance with Section 7282.5.

(5) Provide office space exclusively dedicated for immigration authorities for use within a city or county law enforcement facility.

(6) Contract with the federal government for use of California law enforcement agency facilities to house individuals as federal detainees, except pursuant to Chapter 17.8 (commencing with Section 7310).

(b) Notwithstanding the limitations in subdivision (a), this section does not prevent any California law enforcement agency from doing any of the following that does not violate any policy of the law enforcement agency or any local law or policy of the jurisdiction in which the agency is operating:

(1) Investigating, enforcing, or detaining upon reasonable suspicion of, or arresting for a violation of, Section 1326(a) of Title 8 of the United States Code that may be subject to the enhancement specified in Section 1326(b)(2) of Title 8 of the United States Code and that is detected during an unrelated law enforcement activity. Transfers to immigration authorities are permitted under this subsection only in accordance with paragraph (4) of subdivision (a).

(2) Responding to a request from immigration authorities for information about a specific person's criminal history, including previous criminal arrests, convictions, or similar criminal history information accessed

ACF 000255

through the California Law Enforcement Telecommunications System (CLETS), where otherwise permitted by state law.

(3) Conducting enforcement or investigative duties associated with a joint law enforcement task force, including the sharing of confidential information with other law enforcement agencies for purposes of task force investigations, so long as the following conditions are met:

(A) The primary purpose of the joint law enforcement task force is not immigration enforcement, as defined in subdivision (f) of Section 7284.4.

(B) The enforcement or investigative duties are primarily related to a violation of state or federal law unrelated to immigration enforcement.

(C) Participation in the task force by a California law enforcement agency does not violate any local law or policy to which it is otherwise subject.

(4) Making inquiries into information necessary to certify an individual who has been identified as a potential crime or trafficking victim for a T or U Visa pursuant to Section 1101(a)(15)(T) or 1101(a)(15)(U) of Title 8 of the United States Code or to comply with Section 922(d)(5) of Title 18 of the United States Code.

(5) Giving immigration authorities access to interview an individual in agency or department custody. All interview access shall comply with requirements of the TRUTH Act (Chapter 17.2 (commencing with Section 7283)).

(c) (1) If a California law enforcement agency chooses to participate in a joint law enforcement task force, for which a California law enforcement agency has agreed to dedicate personnel or resources on an ongoing basis, it shall submit a report annually to the Department of Justice, as specified by the Attorney General. The law enforcement agency shall report the following information, if known, for each task force of which it is a member:

(A) The purpose of the task force.

(B) The federal, state, and local law enforcement agencies involved.

(C) The total number of arrests made during the reporting period.

(D) The number of people arrested for immigration enforcement purposes.

(2) All law enforcement agencies shall report annually to the Department of Justice, in a manner specified by the Attorney General, the number of transfers pursuant to paragraph (4) of subdivision (a), and the offense that allowed for the transfer, pursuant to paragraph (4) of subdivision (a).

(3) All records described in this subdivision shall be public records for purposes of the California Public Records Act (Chapter 3.5 (commencing with Section 6250)), including the exemptions provided by that act and, as permitted under that act, personal identifying information may be redacted prior to public disclosure. To the extent that disclosure of a particular item of information would endanger the safety of a person involved in an investigation, or would endanger the successful completion of the investigation or a related investigation, that information shall not be disclosed.

(4) If more than one California law enforcement agency is participating in a joint task force that meets the reporting requirement pursuant to this section, the joint task force shall designate a local or state agency responsible for completing the reporting requirement.

(d) The Attorney General, by March 1, 2019, and annually thereafter, shall report on the total number of arrests made by joint law enforcement task forces, and the total number of arrests made for the purpose of immigration enforcement by all task force participants, including federal law enforcement agencies. To the extent that disclosure of a particular item of information would endanger the safety of a person involved in an investigation, or would endanger the successful completion of the investigation or a related investigation, that information shall not be included in the Attorney General's report. The Attorney General shall post the reports required by this subdivision on the Attorney General's Internet Web site.

(e) This section does not prohibit or restrict any government entity or official from sending to, or receiving from, federal immigration authorities, information regarding the citizenship or immigration status, lawful or unlawful, of an individual, or from requesting from federal immigration authorities immigration status information, lawful or unlawful, of any individual, or maintaining or exchanging that information with any other federal, state, or local government entity, pursuant to Sections 1373 and 1644 of Title 8 of the United States Code.

ACF 000256

(f) Nothing in this section shall prohibit a California law enforcement agency from asserting its own jurisdiction over criminal law enforcement matters.

**7284.8.** (a) The Attorney General, by October 1, 2018, in consultation with the appropriate stakeholders, shall publish model policies limiting assistance with immigration enforcement to the fullest extent possible consistent with federal and state law at public schools, public libraries, health facilities operated by the state or a political subdivision of the state, courthouses, Division of Labor Standards Enforcement facilities, the Agricultural Labor Relations Board, the Division of Workers Compensation, and shelters, and ensuring that they remain safe and accessible to all California residents, regardless of immigration status. All public schools, health facilities operated by the state or a political subdivision of the state, and courthouses shall implement the model policy, or an equivalent policy. The Agricultural Labor Relations Board, the Division of Workers' Compensation, the Division of Labor Standards Enforcement, shelters, libraries, and all other organizations and entities that provide services related to physical or mental health and wellness, education, or access to justice, including the University of California, are encouraged to adopt the model policy.

(b) For any databases operated by state and local law enforcement agencies, including databases maintained for the agency by private vendors, the Attorney General shall, by October 1, 2018, in consultation with appropriate stakeholders, publish guidance, audit criteria, and training recommendations aimed at ensuring that those databases are governed in a manner that limits the availability of information therein to the fullest extent practicable and consistent with federal and state law, to anyone or any entity for the purpose of immigration enforcement. All state and local law enforcement agencies are encouraged to adopt necessary changes to database governance policies consistent with that guidance.

(c) Notwithstanding the rulemaking provisions of the Administrative Procedure Act (Chapter 3.5 (commencing with Section 11340) of Part 1 of Division 3 of Title 2), the Department of Justice may implement, interpret, or make specific this chapter without taking any regulatory action.

**7284.10.** (a) The Department of Corrections and Rehabilitation shall:

(1) In advance of any interview between the United States Immigration and Customs Enforcement (ICE) and an individual in department custody regarding civil immigration violations, provide the individual with a written consent form that explains the purpose of the interview, that the interview is voluntary, and that he or she may decline to be interviewed or may choose to be interviewed only with his or her attorney present. The written consent form shall be available in English, Spanish, Chinese, Tagalog, Vietnamese, and Korean.

(2) Upon receiving any ICE hold, notification, or transfer request, provide a copy of the request to the individual and inform him or her whether the department intends to comply with the request.

(b) The Department of Corrections and Rehabilitation shall not:

(1) Restrict access to any in-prison educational or rehabilitative programming, or credit-earning opportunity on the sole basis of citizenship or immigration status, including, but not limited to, whether the person is in removal proceedings, or immigration authorities have issued a hold request, transfer request, notification request, or civil immigration warrant against the individual.

(2) Consider citizenship and immigration status as a factor in determining a person's custodial classification level, including, but not limited to, whether the person is in removal proceedings, or whether immigration authorities have issued a hold request, transfer request, notification request, or civil immigration warrant against the individual.

**7284.12.** The provisions of this act are severable. If any provision of this act or its application is held invalid, that invalidity shall not affect other provisions or applications that can be given effect without the invalid provision or application.

**SEC. 4.** Section 11369 of the Health and Safety Code is repealed.

**SEC. 5.** If the Commission on State Mandates determines that this act contains costs mandated by the state, reimbursement to local agencies and school districts for those costs shall be made pursuant to Part 7 (commencing with Section 17500) of Division 4 of Title 2 of the Government Code.

ACF 000257

# SSBG Pre-Expenditure Report

Year: 2026  Group: California

## Contacts

| Contact Type Name | First Name | Last Name | Title | Agency | Street1 | Street2 | City | State Name | Zip | Phone Number | Fax Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| State CFO Contact Info | Kira | Younger | Chief Financial Officer | California Department of Social Services | 744 P Street | | Sacramento | California | 95814 | (916)657-3397 | |
| State SSBG Contact Info | Jerome | Zapanta | Budget Analyst | California Department of Social Services | 744 P Street | | Sacramento | California | 95814 | (916)956-2492 | |
| State Official Contact Info | Jerome | Zapanta | Budget Analyst | California Department of Social Services | 744 P Street | | Sacramento | California | 95814 | (916)956-2492 | |

## Definitions

| | |
|---|---|
| Child | The definition of "child" for most programs is a person who is under eighteen years of age. For the purposes of foster care services to children, "child" also includes the following:  A "non-minor" dependent who is a foster child between the ages of 18 and 21 and meets the criteria in subdivision (v) of Section 11400 of the Welfare and Institutions Code (W&IC); A "child with special health needs," who is a child or a person who is 22 years of age or younger and meets the criteria specified in subdivision (a) of Section 17710 of the W&IC |
| Adult | The definition of "adult" is a person who is eighteen years of age or older. |
| Family | The definition of "family" means parents or adults fulfilling the parental role, guardians, children, and others related by ancestry or marriage. |

## Assurances

| Assurance Name | Yes | No | Comment |
|---|---|---|---|
| Is the total amount of funds transferred from TANF to SSBG equal to the amount reported for the related period in the TANF financial report (ACF196R)? | X | | |
| The grantee certifies that funds transferred from TANF to SSBG comply with the statutory requirements described in Section 404(d) of the Social Security Act. | X | | |
| The grantee certifies that no carryover extends beyond the two year expenditure period outlined in the code Sec.2002 42 U.S.C. 1397a (c) | X | | |
| Was the actual use of funds transferred from TANF to SSBG reflected in the pre-expenditurereport? | X | | |

## Expenditures and Recipients

Source: SSBG Data Collection System
For technical assistance, please contact the SSBG Technical Team at support@ssbgportal.net.

ACF 000258

# SSBG Pre-Expenditure Report

Year: 2026  Group: California

Case 1:26-cv-00172-VSB    Document 85-2    Filed 04/01/26    Page 17 of 186

ACF 000259

| Service Categories | Current Year SSBG and CBG Allocation Expenditures | Carried Over SSBG and CBG Allocation Expenditures | Funds Transferred into SSBG | Carry Over of Funds Transferred into SSBG from Previous FY | Expenditures of All Other Federal, State, and Local Funds | Total Expenditures | Public | Private | Include All | Children | Adults Age 59 Years & Younger | Adults Age 60 years & Older | Adults of Unknown Age | Total Adults | Total Recipients | Actual | Estimated | Sampled | Duplicated | Unduplicated | Eligibility Comment | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1) Adoption Services | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 2) Case Management | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 3) Congregate Meals | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 4) Counseling Services | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |

Source: SSBG Data Collection System
For technical assistance, please contact the SSBG Technical Team at support@ssbgportal.net.

# SSBG Pre-Expenditure Report

Year: 2026  Group: California

Case 1:26-cv-00172-VSB    Document 85-2    Filed 04/01/26    Page 18 of 186

ACF 000260

| Service Categories | Current Year SSBG and CBG Allocation Expenditures | Carried Over SSBG and CBG Allocation Expenditures | Funds Transferred into SSBG | Carry Over of Funds Transferred into SSBG from Previous FY | Expenditures of All Other Federal, State, and Local Funds | Total Expenditures | Public | Private | Include All | Children | Adults Age 59 Years & Younger | Adults Age 60 years & Older | Adults of Unknown Age | Total Adults | Total Recipients | Actual | Estimated | Sampled | Duplicated | Unduplicated | Eligibility Comment | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5) Day Care - Adults | $2,547,541 | $0 | $0 | $0 | $637,120 | $3,184,661 | X | | | 0 | 48,805 | 9,996 | 0 | 58,801 | 58,801 | X | | | | X | The population cared for in facilities licensed by CCLD regional offices and contract counties require care and supervision because of age, physical disability or mental disability. Community Care Facilities provide care and supervision to children and adults that reside or spend a portion of their time in out-of-home care. Facilities licensed by the CCLD must meet minimum licensing standards in order to maintain the privilege of providing care and supervision to children and adults. | |
| 6) Day Care - | $32,624,28 | $0 | $169,059,0 | $0 | $6,714,425, | $6,916,108, | X | | | 1,227,360 | 0 | 0 | 0 | 0 | 1,227,360 | X | | | | X | Childcare | |

Source: SSBG Data Collection System
For technical assistance, please contact the SSBG Technical Team at support@ssbgportal.net.

# SSBG Pre-Expenditure Report

Year: 2026  Group: California

| Service Categories | Current Year SSBG and CBG Allocation Expenditures | Carried Over SSBG and CBG Allocation Expenditures | Funds Transferred into SSBG | Carry Over of Funds Transferred into SSBG from Previous FY | Expenditures of All Other Federal, State, and Local Funds | Total Expenditures | Public | Private | Include All | Children | Adults Age 59 Years & Younger | Adults Age 60 years & Older | Adults of Unknown Age | Total Adults | Total Recipients | Actual | Estimated | Sampled | Duplicated | Unduplicated | Eligibility Comment | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Children | 7 | | 00 | | 706 | 993 | | | | | | | | | | | | | | | | services are available to all CalWORKs recipients that are employed or participating in approved WTW activities. Eligibility for childcare services is based on a family's eligibility for a CalWORKs grant and the family's need for childcare. Employed CalWORKs recipients and Welfare-to-Work participants are eligible for Stage One services. Families are eligible for Stage Two services if their adjusted monthly income is at or below 85 percent of the state median | |

Source: SSBG Data Collection System
For technical assistance, please contact the SSBG Technical Team at support@ssbgportal.net.

Case 1:26-cv-00172-VSB　　Document 85-2　　Filed 04/01/26　　Page 19 of 186

ACF 000261

# SSBG Pre-Expenditure Report

Year: 2026  Group: California

Case 1:26-cv-00172-VSB    Document 85-2    Filed 04/01/26    Page 20 of 186

ACF 000262

| Service Categories | Current Year SSBG and CBG Allocation Expenditures | Carried Over SSBG and CBG Allocation Expenditures | Funds Transferred into SSBG | Carry Over of Funds Transferred into SSBG from Previous FY | Expenditures of All Other Federal, State, and Local Funds | Total Expenditures | Public | Private | Include All | Children | Adults Age 59 Years & Younger | Adults Age 60 years & Older | Adults of Unknown Age | Total Adults | Total Recipients | Actual | Estimated | Sampled | Duplicated | Unduplicated | Eligibility Comment | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | income as adjusted for family size. For all programs eligibility is also based on the family's need for child care. Recipients must be employed, seeking employment or participating in a job training or education program. Children are served to age 13, unless they have exceptional needs, in which case they can be served to age 21. In addition, each program may have eligibility criteria for specific population segments, such as in migrant child care and CalWORKs programs. CalWORKs families are eligible for | |

Source: SSBG Data Collection System
For technical assistance, please contact the SSBG Technical Team at support@ssbgportal.net.

# SSBG Pre-Expenditure Report

Year: 2026  Group: California

Case 1:26-cv-00172-VSB   Document 85-2   Filed 04/01/26   Page 21 of 186

ACF 000263

| Service Categories | Current Year SSBG and CBG Allocation Expenditures | Carried Over SSBG and CBG Allocation Expenditures | Funds Transferred into SSBG | Carry Over of Funds Transferred into SSBG from Previous FY | Expenditures of All Other Federal, State, and Local Funds | Total Expenditures | Public | Private | Include All | Children | Adults Age 59 Years & Younger | Adults Age 60 years & Older | Adults of Unknown Age | Total Adults | Total Recipients | Actual | Estimated | Sampled | Duplicated | Unduplicated | Eligibility Comment | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | child care services in Stage One immediately upon CalWORKs cash aid approval and continuously for 12 months or until the participants are transferred to Stage Two. Families may remain in Stage Two until they have been off cash aid for two years. TANF eligibility is determined using the CalWORKs Information Network (CalWIN). CalWIN is an online web-based resource for eligible clients and providers to obtain a collection of services such as health care, food programs, energy assistance/ housing | |

Source: SSBG Data Collection System
For technical assistance, please contact the SSBG Technical Team at support@ssbgportal.net.

# SSBG Pre-Expenditure Report

Year: 2026  Group: California

| Service Categories | Current Year SSBG and CBG Allocation Expenditures | Carried Over SSBG and CBG Allocation Expenditures | Funds Transferred into SSBG | Carry Over of Funds Transferred into SSBG from Previous FY | Expenditures of All Other Federal, State, and Local Funds | Total Expenditures | Public | Private | Include All | Children | Adults Age 59 Years & Younger | Adults Age 60 years & Older | Adults of Unknown Age | Total Adults | Total Recipients | Actual | Estimated | Sampled | Duplicated | Unduplicated | Eligibility Comment | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | programs, TANF and child care services. |  |
| 7) Education and Training Services | $0 | $0 | $0 | $0 | $0 | $0 |  |  |  | 0 | 0 | 0 | 0 | 0 | 0 |  |  |  |  |  |  |  |
| 8) Employment Services | $0 | $0 | $0 | $0 | $0 | $0 |  |  |  | 0 | 0 | 0 | 0 | 0 | 0 |  |  |  |  |  |  |  |
| 9) Family Planning Services | $0 | $0 | $0 | $0 | $0 | $0 |  |  |  | 0 | 0 | 0 | 0 | 0 | 0 |  |  |  |  |  |  |  |

Source: SSBG Data Collection System
For technical assistance, please contact the SSBG Technical Team at support@ssbgportal.net.

Case 1:26-cv-00172-VSB    Document 85-2    Filed 04/01/26    Page 22 of 186

ACF 000264

# SSBG Pre-Expenditure Report

Year: 2026  Group: California

| Service Categories | Current Year SSBG and CBG Allocation Expenditures | Carried Over SSBG and CBG Allocation Expenditures | Funds Transferred into SSBG | Carry Over of Funds Transferred into SSBG from Previous FY | Expenditures of All Other Federal, State, and Local Funds | Total Expenditures | Public | Private | Include All | Children | Adults Age 59 Years & Younger | Adults Age 60 years & Older | Adults of Unknown Age | Total Adults | Total Recipients | Actual | Estimated | Sampled | Duplicated | Unduplicated | Eligibility Comment | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10) Foster Care Services - Adults | $17,048,927 | $0 | $0 | $0 | $59,565,022 | $76,613,949 | X | | | 0 | 37,268 | 6,577 | 0 | 43,845 | 43,845 | X | | | | X | The population cared for in facilities licensed by CCLD regional offices and contract counties require care and supervision because of age, physical disability or mental disability. Community Care Facilities provide care and supervision to children and adults that reside or spend a portion of their time in out-of-home care. Facilities licensed by the CCLD must meet minimum licensing standards in order to maintain the privilege of providing care and supervision to children and adults. | |
| 11) Foster Care | $0 | $0 | $114,961,6 | $0 | $7,393,982, | $7,508,944, | X | | | 84,050 | 0 | 0 | 0 | 0 | 84,050 | X | | | | X | In | |

Source: SSBG Data Collection System
For technical assistance, please contact the SSBG Technical Team at support@ssbgportal.net.

Case 1:26-cv-00172-VSB    Document 85-2    Filed 04/01/26    Page 23 of 186

ACF 000265

# SSBG Pre-Expenditure Report

Year: 2026  Group: California

Case 1:26-cv-00172-VSB    Document 85-2    Filed 04/01/26    Page 24 of 186

ACF 000266

| Service Categories | Current Year SSBG and CBG Allocation Expenditures | Carried Over SSBG and CBG Allocation Expenditures | Funds Transferred into SSBG | Carry Over of Funds Transferred into SSBG from Previous FY | Expenditures of All Other Federal, State, and Local Funds | Total Expenditures | Public | Private | Include All | Children | Adults Age 59 Years & Younger | Adults Age 60 years & Older | Adults of Unknown Age | Total Adults | Total Recipients | Actual | Estimated | Sampled | Duplicated | Unduplicated | Eligibility Comment | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Services - Children | | | 31 | 373 | 004 | | | | | | | | | | | | | | | | | California, children and young adults under the age of 21 placed in out-of-home care may be eligible for either the federal or state Aid to Families with Dependent Children-Foster Care (AFDC-FC) Program. In order for a child or youth to be eligible for the federal program, the requirements under the 1996 AFDC-FC eligibility rules must be met. In regard to the CWS program, all children and young adults who are adjudged court dependents or who are voluntarily placed by their families receive | |

Source: SSBG Data Collection System
For technical assistance, please contact the SSBG Technical Team at support@ssbgportal.net.

# SSBG Pre-Expenditure Report

### Year: 2026  Group: California

| Service Categories | Current Year SSBG and CBG Allocation Expenditures | Carried Over SSBG and CBG Allocation Expenditures | Funds Transferred into SSBG | Carry Over of Funds Transferred into SSBG from Previous FY | Expenditures of All Other Federal, State, and Local Funds | Total Expenditures | Public | Private | Include All | Children | Adults Age 59 Years & Younger | Adults Age 60 years & Older | Adults of Unknown Age | Total Adults | Total Recipients | Actual | Estimated | Sampled | Duplicated | Unduplicated | Eligibility Comment | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | services under CWS. Children or youth with more intensive needs may be placed in a Short-Term Residential Treatment Program (STRTP). STRTPs provide short-term, specialized, and intensive therapeutic and 24-hour care and supervision to children/youth. A STRTP must provide culturally relevant, trauma-informed, and age and developmentally appropriate for the population(s) being served. In order to provide enhanced services and support to youth the | |

Source: SSBG Data Collection System
For technical assistance, please contact the SSBG Technical Team at support@ssbgportal.net.

ACF 000267

# SSBG Pre-Expenditure Report

Year: 2026  Group: California

Case 1:26-cv-00172-VSB    Document 85-2    Filed 04/01/26    Page 26 of 186

ACF 000268

| Service Categories | Current Year SSBG and CBG Allocation Expenditures | Carried Over SSBG and CBG Allocation Expenditures | Funds Transferred into SSBG | Carry Over of Funds Transferred into SSBG from Previous FY | Expenditures of All Other Federal, State, and Local Funds | Total Expenditures | Public | Private | Include All | Children | Adults Age 59 Years & Younger | Adults Age 60 years & Older | Adults of Unknown Age | Total Adults | Total Recipients | Actual | Estimated | Sampled | Duplicated | Unduplicated | Eligibility Comment | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | STRTP category requires providers to obtain national accreditation, meet Department of Health Care Services (DHCS) mental health standards, procure a contract with a County Mental Health Plan (MHP), and implement trauma-informed care. | |
| 12) Health-Related Services | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 13) Home-Based Services | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 14) Home-Delivered Meals | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 15) Housing Services | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 16) Independent/Transitional Living Services | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 17) Information and Referral | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 18) Legal Services | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 19) Pregnancy and Parenting | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |

Source: SSBG Data Collection System
For technical assistance, please contact the SSBG Technical Team at support@ssbgportal.net.

# SSBG Pre-Expenditure Report

Year: 2026  Group: California

| Service Categories | Current Year SSBG and CBG Allocation Expenditures | Carried Over SSBG and CBG Allocation Expenditures | Funds Transferred into SSBG | Carry Over of Funds Transferred into SSBG from Previous FY | Expenditures of All Other Federal, State, and Local Funds | Total Expenditures | Public | Private | Include All | Children | Adults Age 59 Years & Younger | Adults Age 60 years & Older | Adults of Unknown Age | Total Adults | Total Recipients | Actual | Estimated | Sampled | Duplicated | Unduplicated | Eligibility Comment | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20) Prevention and Intervention | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 21) Protective Services - Adults | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 22) Protective Services - Children | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 23) Recreation Services | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 24) Residential Treatment | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 25) Special Services - Disabled | $138,513,000 | $0 | $77,157,000 | $0 | $17,957,364,580 | $18,173,034,580 | X | | | 275,289 | 196,438 | 21,846 | 64,647 | 282,931 | 558,220 | X | | | | X | To be eligible for services, a person must have a disability that begins before the person's 18th birthday, be expected to continue indefinitely and present a substantial disability as defined in W&IC Section 4512. Eligibility is established through diagnosis and assessment performed by regional centers. If a consumer is between 3 and 18 years of age, is Medi-Cal | |

Source: SSBG Data Collection System
For technical assistance, please contact the SSBG Technical Team at support@ssbgportal.net.

Case 1:26-cv-00172-VSB   Document 85-2   Filed 04/01/26   Page 27 of 186

ACF 000269

# SSBG Pre-Expenditure Report

Year: 2026  Group: California

| Service Categories | Current Year SSBG and CBG Allocation Expenditures | Carried Over SSBG and CBG Allocation Expenditures | Funds Transferred into SSBG | Carry Over of Funds Transferred into SSBG from Previous FY | Expenditures of All Other Federal, State, and Local Funds | Total Expenditures | Public | Private | Include All | Children | Adults Age 59 Years & Younger | Adults Age 60 years & Older | Adults of Unknown Age | Total Adults | Total Recipients | Actual | Estimated | Sampled | Duplicated | Unduplicated | Eligibility Comment | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | eligible and receives a service that is not a waiver, 1915(i) or EPSDT service, those services are eligible for TANF funding. Infants and toddlers (age 0 to 36 months) who are at risk of having developmental disabilities or who have a developmental delay may also qualify for services. The criteria for determining the eligibility of infants and toddlers is specified in Section 95014 of the California Government Code. In addition, individuals at risk of having a child with a developmental | |

Source: SSBG Data Collection System
For technical assistance, please contact the SSBG Technical Team at support@ssbgportal.net.

Case 1:26-cv-00172-VSB    Document 85-2    Filed 04/01/26    Page 28 of 186

ACF 000270

# SSBG Pre-Expenditure Report

Year: 2026  Group: California

Case 1:26-cv-00172-VSB    Document 85-2    Filed 04/01/26    Page 29 of 186

ACF 000271

| Service Categories | Current Year SSBG and CBG Allocation Expenditures | Carried Over SSBG and CBG Allocation Expenditures | Funds Transferred into SSBG | Carry Over of Funds Transferred into SSBG from Previous FY | Expenditures of All Other Federal, State, and Local Funds | Total Expenditures | Public | Private | Include All | Children | Adults Age 59 Years & Younger | Adults Age 60 years & Older | Adults of Unknown Age | Total Adults | Total Recipients | Actual | Estimated | Sampled | Duplicated | Unduplicated | Eligibility Comment | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | disability may be eligible for genetic diagnosis, counseling and other prevention services. | |
| 26) Special Services - Youth at Risk | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 27) Substance Abuse Services | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 28) Transportation | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 29) Other Services | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 30) SUM OF EXPENDITURES FOR SERVICES | $190,733,755 | $0 | $361,177,631 | $0 | $32,125,974,801 | $32,677,886,187 | | | | 1,586,699 | 282,511 | 38,419 | 64,647 | 385,577 | 1,972,276 | X | | | X | | | |
| 31) Administrative Costs | $0 | $0 | $0 | $0 | | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 32) SUM OF EXPENDITURES FOR SERVICES AND ADMINISTRATIVE COSTS | $190,733,755 | $0 | $361,177,631 | $0 | $32,125,974,801 | $32,677,886,187 | | | | 1,586,699 | 282,511 | 38,419 | 64,647 | 385,577 | 1,972,276 | X | | | X | | | |
| 33) Total SSBG Expenditures | $551,911,386 | | | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 34) Remaining funds to be carried over into the next fiscal year | $0 | $0 | | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |

Comments

Source: SSBG Data Collection System
For technical assistance, please contact the SSBG Technical Team at support@ssbgportal.net.

# SSBG Pre-Expenditure Report

Year: 2026  Group: California

| From which block grant(s) were these funds transferred: | TANF |
|---|---|
| **Please list the sources of these funds: | TANF |
| ***Please list other services: | N/A |

**Additional Comments**

Case 1:26-cv-00172-VSB    Document 85-2    Filed 04/01/26    Page 30 of 186

ACF 000272

Source: SSBG Data Collection System
For technical assistance, please contact the SSBG Technical Team at support@ssbgportal.net.



OMB #0970-0234
Exp. Date:

# Division of Social Services
# Social Services Block Grant
## *Intended Use Plan*

The Paperwork Reduction Act of 1995 (Pub. L. 104-13). STATEMENT OF PUBLIC BURDEN: Through this information collection, ACF is identifying plans for State use of Social Services Bock Grant (SSBG) Funding. The purpose of this information is to identify estimated SSBG expenditures and recipients, as well as the intended geographic location and eligibility considerations for planned services. Information will be used to gain insight on the administration of the SSBG program and to provide support to grantees related to the administration of their SSBG program. Public reporting burden for this collection of information is estimated to average 40 hours per response, including the time for reviewing instructions, gathering and maintaining the data needed, and reviewing the collection of information. This is a mandatory collection of information and is required to retain a benefit [45 C.F.R. §96.74.]. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information subject to the requirements of the Paperwork Reduction Act of 1995, unless it displays a currently valid OMB control number. The OMB # is 0970-0234 and the expiration date is _____. If you have any comments on this collection of information, please contact the Office of Community Services, Social Services Block Grant Program via email: SSBG@acf.hhs.gov.

ACF 000273

**I.  General Information**

1.  **State** California      2.  **Fiscal Year** FY2026

3.  **State Official Contact Information**

Title XX Coordinator - Jerome Zapanta, Jerome.Zapanta@dss.ca.gov

4.  **SSBG Contact Information**

Title XX Coordinator - Jerome Zapanta, Jerome.Zapanta@dss.ca.gov

5.  **SSBG Award from Previous Year**     $ 185,771,252.00

6.  **SSBG Expenditures Planned for Current Year**     $ 190,733,755.00

7.  **TANF Funds Transferred into SSBG**     $ 361,177,631.00

8.  **Consolidate Block Grant Funds Included in SSBG Budget: YES     NO**
    *Provide the amount of funding for each applicable funding source for the consolidated block grant.*

| a.  Funding Source(s) for the Consolidated Block Grant | b.  Amount of Funding from Each Program |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

ACF 000274

9.  **SSBG Carryover Funding from the Previous Year:  YES          NO**

| a.   Source(s) of Carryover Funding | b. Amount of Carryover from Each Source |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

ACF 000275

## II. Administrative Operations

1. **Administering Agency** California Department of Social Services (CDSS)

2. **Location** 744 P Street, Sacramento, CA 95814

3. **Mission/Goals of Agency**

The mission of the California Department of Social Services is to serve, aid, and protect needy and vulnerable children and adults in ways that strengthen and preserve families, encourage personal responsibility, and foster independence.

The public social services system in California is administered locally by 58 counties and is supervised by the California Department of Social Services (CDSS). This state-county system addresses  five federal service goals under Title XX through an array of social services administered by four divisions within the Department. These divisions are the Children and Family Services Division, Community Care Licensing Division, Child Care and Development Division, and the Office of Equity. Specific social services programs supervised by these divisions include Child Welfare Services (CWS), Foster Care, Community Care Licensing, Deaf Access, and the California Work Opportunity and Responsibility to Kids (CalWORKs) Child Care Program.  In addition to the aforementioned programs within the CDSS, the California Department of Developmental Services (DDS) addresses goals under Title XX by providing services directly through seven state developmental centers and indirectly through a statewide network of 21 private, nonprofit Regional Centers.

4. **Description of Financial Operations Systems**

The Pre-Expenditure Reporting Form contains a fiscal display detailing intended expenditures of the Title XX Social Services Block Grant (SSBG) funds by program as well as program funding from other sources. It also contains projected caseloads for all Title XX program areas.

The CDSS' development of the budget is a 16-month process which begins in the spring and concludes in July of the following year. The May Revision to the Governor's Budget, presents the plans of the Executive Branch to the Legislature for consideration. After passage by the Legislature and signature by the Governor, the Budget Act authorizes a plan of expenditure for the State of California.

The CDSS employs a State-supervised-County-operated public assistance system. The CDSS Cost Allocation Plan (CAP) for Direct and Indirect Costs sets forth the methods that the State will use to identify and allocate State level costs to appropriate programs in order to properly claim Federal Financial Participation (FFP) funds. Likewise, the County Welfare Department Cost Allocation Plan describes the allocation basis and direct charge rationale for those same programs/projects operated by counties and supported by federal fund sources identified in the CDSS CAP.

## III. Program Planning

1. **Planning for Distribution and Use of Funds**

   *Describe the planning process for determining the State's use and distribution of SSBG funds.*

   It is the state's intent to use the Title XX SSBG funds to assist in funding benefits during the Fiscal Year (FY) beginning July 1, 2025 and ending June 30, 2026 for the following programs: Foster Care, Community Care Licensing, Deaf Access, CalWORKs Child Care Stages One and Two, and Department of Developmental services (DDS) Regional Center Program.

   This proposal outlines state SSBG services consistent with the five statutory goals:
   Achieving or maintaining economic self-support to prevent, reduce or eliminate dependency; Achieving or maintaining self-sufficiency, including reduction or prevention of dependency; Preventing or remedying neglect, abuse or exploitation of children and adults unable to protect their own interests or preserving, rehabilitating or reuniting families; Preventing or reducing inappropriate institutional care by providing for community-based care, home-based care or other forms of less intensive care; and Securing referral or admission for institutional care, when other forms of care are not appropriate for providing services to individuals in institutions.

2. **Describe the Characteristics of Individuals to be Served**

   *Include definitions for child, adult, and family; eligibility criteria; and income guidelines.*

   The definition of "family" means parents or adults fulfilling the parental role, guardians, children, and others related by ancestry or marriage.

   The definition of "adult" is a person who is eighteen years of age or older.

   The definition of "child" for most programs is a person who is under eighteen years of age. For the purposes of foster care services to children, "child" also includes the following: A "non-minor" dependent who is a foster child between the ages of 18 and 21 and meets the criteria in subdivision (v) of Section 11400 of the Welfare and Institutions Code (W&IC); A "child with special health needs," who is a child or a person who is 22 years of age or younger and meets the criteria specified in subdivision (a) of Section 17710 of the W&IC.

3. **Public Inspection of Pre-Expenditure Report**

   *Describe how the State made available for public inspection and comment the current Pre-Expenditure Report or revision to the report. Supporting documentation for public inspection is also required. (See V. Appendices, Appendix A: Documentation of public Hearing).*

   The report can be obtained by going to the CDSS Budget and Fiscal News page at
   https://www.cdss.ca.gov/inforesources/fiscal-financial/budget-and-fiscal-news.

   Comments concerning this report are welcome and may be addressed to:

   Jerome.Zapanta@dss.ca.gov
   Budget Analyst
   California Department of Social Services Budget Bureau
   744 P Street, M.S. 8-14-601
   Sacramento, California 95814

ACF 000277

**5.  Program Operations –** Day Care Services – Adults

| |
|---|
| **a.  Service Category (use uniform definition)** – Day Care Services – Adults |
| **b.  SSBG Goal** |
| Goal 3: Preventing or remedying neglect, abuse or exploitation of children and adults unable to protect their own interest or preserving, rehabilitating or reuniting families.<br>Goal 4: Preventing or reducing inappropriate institutional care by providing for community-based care, home-based care or other forms of less intensive care. |
| **c.  Description of Services** |
| Day care services for adults are those services or activities provided to adults who require care and supervision in a protective setting for a portion of a 24-hour day. Component services or activities may include opportunity for social interaction, companionship and self-education; health support or assistance in obtaining health services; counseling; recreation and general leisure time activities; meals; personal care services; plan development, and transportation. |
| **d.  Description of Recipients (eligibility considerations)** |
| The population cared for in facilities licensed by CCLD include Californian's who require care and supervision because of age, physical disability, or mental disability. Additionally, CCLD license day care facilities that provide care and supervision to children and adults that reside or spend a portion of their time in out-of-home care. Facilities licensed by the CCLD must meet minimum licensing standards in order to maintain the privilege of providing care and supervision to children and adults. |
| **e.  Method of Delivery and Geographic Area** |
| CCLD licensing categories within 58 counties in California include:<br><br>Adult and Senior Care Program Licensed Facilities<br>(Day Care and Foster Care for Adults)<br>• Adult Day Programs (ADP) |
| **f.  Partnering State Agency** |
| N/A |
| **g.  Subgrantee / Service Providers** |
| N/A |

ACF 000278

**6.  Program Operations – Day Care Services – Children**

| |
|---|
| **a.  Service Category (use uniform definition)** – Day Care Services – Children |
| **b.  SSBG Goal** |
| Goal 1: Achieving or maintaining economic self-support to prevent, reduce or eliminate dependency.<br>Goal 2: Achieving or maintaining self-sufficiency, including reduction of prevention of dependency.<br>Goal 3: Preventing or remedying neglect, abuse or exploitation of children and adults unable to to protect their own interest or preserving, rehabilitating or reuniting families. |
| **c.  Description of Services** |
| Public Law 104-193, enacted in August 1996, replaced the AFDC and the Job Opportunity and Basic Skills programs with the Temporary Assistance for Needy Families (TANF) program and provided the TANF Block Grant to fund the program at the state and local level. Assembly Bill 1542 instituted the CalWORKs program on January 1, 1998. An integral component of the CalWORKs program is the three-stage child care system that was developed to assist CalWORKs recipients with attaining self-sufficiency by ensuring the provision of child care services for employment or participation in Welfare-to-Work (WTW) activities. Welfare and |
| **d.  Description of Recipients (eligibility considerations)** |
| Immediate and continuous Stage One Child Care is authorized for 12 months or until CalWORKs recipients are transferred to Stage Two. The term "immediate child care" is defined as the concurrent approval of CalWORKs cash aid and authorization for full-time CalWORKs Stage One Child Care services. Immediate and continuous Stage One Child Care begins the date the child care authorization is provided or the first day child care is used, whichever is later. Families are eligible for Stage Two services if their adjusted monthly income is at or below 85 percent of the state median income as adjusted for family size. For all programs, eligibility |
| **e.  Method of Delivery and Geographic Area** |
| Child care and development programs are administered by the CDSS to deliver services through several major programs in both center-based care and voucher/certificate programs. The CDSS contracts with approximately 700 private and public agencies to deliver services to families that meet each program's eligibility and need criteria. Specific modes of delivery include contracted child care centers, family child care home education networks and voucher/certificate programs administered by Alternative Payment Program (APP) agencies. |
| **f.  Partnering State Agency** |
| N/A |
| **g.  Subgrantee / Service Providers** |
| N/A |

ACF 000279

**10. Program Operations – Foster Care Services for Adults**

| |
|---|
| **a.   Service Category (use uniform definition)** – Foster Care Services for Adults |
| **b.   SSBG Goal** |
| Goal 3: Preventing or remedying neglect, abuse or exploitation of children and adults unable to protect their own interest or preserving, rehabilitating or reuniting families.<br>Goal 4: Preventing or reducing inappropriate institutional care by providing for community-based care, home-based care or other forms of less intensive care. |
| **c.   Description of Services** |
| Foster care services for adults are those services or activities that assess the need and arrange for the substitute care and alternate living situation of adults in a setting suitable to the individual's needs. Individuals may need such services because of social, physical, or mental disabilities, or as a consequence of abuse or neglect. Care may be provided in a community-based setting, or such services may arrange for institutionalization when necessary. Component services or activities include assessment of the individual's needs; case planning and case management to assure that the individual receives proper care in the |
| **d.   Description of Recipients (eligibility considerations)** |
| The population cared for in facilities licensed by CCLD include Californian's who require care and supervision because of age, physical disability, or mental disability. Additionally, CCLD license day care facilities that provide care and supervision to children and adults that reside or spend a portion of their time in out-of-home care. Facilities licensed by the CCLD must meet minimum licensing standards in order to maintain the privilege of providing care and supervision to children and adults. |
| **e.   Method of Delivery and Geographic Area** |
| Adult and Senior Care Program Licensed Facilities<br>(Foster Care for Adults)<br><br>• Adult Residential Facilities (ARF)<br>• Adult Residential Facilities for Persons with Special Health Care Needs (ARFPSHN)<br>• Adult Residential Facilities – Community Crisis Home (CCH-ARF) |
| **f.   Partnering State Agency** |
| N/A |
| **g.   Subgrantee / Service Providers** |
| N/A |

ACF 000280

**11. Program Operations – Foster Care Services for Children**

| |
|---|
| **a.   Service Category (use uniform definition)** – Prevention and Intervention Services |
| **b.   SSBG Goal** |
| Goal 3: Preventing or remedying neglect, abuse or exploitation of children and adults unable to protect their own interest or preserving, rehabilitating or reuniting families. <br> Goal 4: Preventing or reducing inappropriate institutional care by providing for community-based care, home-based care or other forms of less intensive care. <br> Goal 5: Securing referral or admission for institutional care, when other forms of care are not appropriate or providing services to individuals in institutions. |
| **c.   Description of Services** |
| Child Welfare Services (CWS) provided by Child Welfare Agencies include social work services, foster parent training, and transportation. <br><br> CWS are specified in California W&IC section 16501. Services are provided to Family Maintenance (FM), Family Reunification (FR), Permanency Planning (PP), and Supported Transition (ST) cases to achieve the goals specified in the child's case plan. FR cases receive services to enable a child and family to ameliorate |
| **d.   Description of Recipients (eligibility considerations)** |
| Child Welfare: <br> From November 2023 through October 2024, a monthly average of 42,150 children received services as part of FR or PP cases. The majority of the children receiving these services were removed from their families because of child abuse or neglect. <br><br> Foster Care Services: |
| **e.   Method of Delivery and Geographic Area** |
| Foster Care rates pay for the care and supervision costs of such items like food, clothing, shelter, personal incidentals, transportation, and the care and supervision of a child or young adult in out-of-home care. Title IV-E also reimburses the "administrative" and "training" expenses necessary to support this population. <br><br> Services for family reunification and permanency planning cases are provided to a child and family based on an assessment of the child's and family's needs and specified in a case plan. This case plan results from a |
| **f.   Partnering State Agency** |
| N/A |
| **g.   Subgrantee / Service Providers** |
| N/A |

ACF 000281

**25. Program Operations – Special Services for Persons with Developmental or Physical**

| | |
|---|---|
| **a. Service Category (use uniform definition)** – | Special Services for Persons with Developmental or Physical |

**b. SSBG Goal**

Goal 1: Achieving or maintaining economic self-support to prevent, reduce or eliminate dependency.

Goal 2: Achieving or maintaining self-sufficiency, including reduction of prevention of dependency

Goal 3: Preventing or remedying neglect, abuse or exploitation of children and adults unable to protect their own interest or preserving, rehabilitating or reuniting families.

Goal 4:  Preventing or reducing inappropriate institutional care by providing for community-based care, home-based care or other forms of less intensive care.

**c. Description of Services**

Regional Centers are non-profit private agencies that contract with DDS to provide or coordinate services and supports for individuals with developmental disabilities and their families as specified in the Lanterman Developmental Disabilities Act (Welfare &Institutions Code [W&IC], Division 4.5, section 4602, et al.).

Regional Centers provide diagnosis and assessment of eligibility and help plan, access, coordinate, and monitor the needed services and supports. Special Services for persons with developmental or physical

**d. Description of Recipients (eligibility considerations)**

The total Regional Center community population for the 2024-25 fiscal year as of February 2025 was 461,517. 2025-26 is estimated to be 491,080 and is broken out by age in the input form below.

Program Eligibility:

To be eligible for services, a person must have a disability that begins before the person's 18th birthday, be expected to continue indefinitely, and present a substantial disability as defined in W&IC Section 4512.

**e. Method of Delivery and Geographic Area**

There are 21 Regional Centers with more than 80 offices located throughout the state to provide local points of contact. The catchment areas for the Regional Centers conform to county boundaries or groups of counties, except in Los Angeles County. There are seven Regional Centers that serve Los Angeles County.

**f. Partnering State Agency**

Partnering State Agency – Department of Developmental Services

**g. Subgrantee / Service Providers**

N/A

ACF 000282

## V.  Appendices

**Appendix A: Documentation of Public Hearing**
*Attach documentation of public hearing, such as public hearing notices, websites, electronic correspondence, letters, newspaper articles, etc.*

**Appendix B: Certifications**
*Attach signed copies of the following certifications*

1. Drug-Free Workplace Requirements
2. Environmental Tobacco Smoke
3. Lobbying
4. Debarment, Suspension and Other Responsibility Matters

**Appendix C: Proof of Audit**
Federal regulations state that: "Each State shall, not less often than every two years, audit its expenditures from amounts received (or transferred for use) under this title…Within 30 days following the completion of each audit, the State shall submit a copy of that audit to the legislature of the State and to the Secretary." (Sec. 2006 [42 U.S.C. 1397a, Sec. 2006]).

*Provide a copy or link to the most recent audit, or a description of the audit that specifies when the audit occurred and summarizes the results of the audit.*

**Appendix D: SF 424M**
*Scanned copy must be uploaded with application*

**Appendix E: Federal Financial Report (FFR) For SF-425 Federal Financial Reporting (FFR) Form SF-425**
*Scanned copy must be uploaded with the Intended Use Plan*

**Appendix F: TANF ACF-196R form**
*Scanned copy must be uploaded with the Intended Use Plan*

ACF 000283

STATE PLAN FOR PROVISION OF

PUBLIC ASSISTANCE UNDER

THE PERSONAL RESPONSIBILITY

AND WORK OPPORTUNITY

RECONCILIATION ACT OF 1996

Effective October 1, 2022

STATE OF CALIFORNIA
Gavin Newsom, Governor

HEALTH AND HUMAN SERVICES AGENCY
Mark Ghaly, Secretary

CALIFORNIA DEPARTMENT OF SOCIAL SERVICES
Kim Johnson, Director

1

ACF 000284

# CERTIFICATION

California will operate a program to provide temporary assistance for needy families so that children may be cared for in their own homes or in the homes of relatives; to support parents' self-sufficiency by promoting job preparation, work, and marriage; to prevent and reduce the incidence of out-of-wedlock pregnancies and establish annual numerical goals for preventing and reducing the incidence of these pregnancies; and to encourage the formation and maintenance of two-parent families.
This program is known as the California Work Opportunity and Responsibility to Kids (CalWORKs) Program.

Executive Officer of the State: Gavin Newsom, Governor

The California Department of Social Services (CDSS) is the responsible administering agency for the state's Temporary Assistance for Needy Families (TANF) program. At the state level, CDSS collaborates with the Department of Child Support Services, the Department of Public Health and the California Department of Health Care Services. CDSS also provides for supervision of local political subdivisions in the administration of the TANF Program. California's 58 local health and human services agencies directly administer the TANF Program locally.  CDSS has authority under state law to make rules and regulations that are binding on such political subdivisions.  This state plan will be binding on the subdivisions and will be in effect throughout the state.

In administering and operating a program that provides temporary assistance for needy families with minor children under Title IV-A of the Social Security Act, the State:

1.  Assures that local governments and private sector organizations:

   (A)  have been consulted regarding the plan and design of welfare services in the state so that services are provided in a manner appropriate to local populations, and

   (B)  have had at least 45 days to submit comments on the plan and the design of such services through the Office of Administrative Law.

2.  Operates a Child Support Enforcement program under the state plan approved under Title IV, part D of the Social Security Act.

3.  Operates a foster care and adoption assistance program under the State plan approved under Title IV part E of the Social Security Act, and the State takes such actions as are necessary to ensure that children receiving assistance under such part are eligible for medical assistance under the State plan under Title XIX of the Social Security Act.

1

ACF 000285

4. Provides each member of an Indian tribe, who is domiciled in the state and is not eligible for assistance under a tribal family assistance plan approved under section 412, with equitable access to assistance under the state program funded under this part attributable to funds provided by the federal government.

5. Establishes and enforces standards and procedures to ensure against program fraud and abuse, including standards and procedures concerning nepotism, conflicts of interest among individuals responsible for the administration and supervision of state programs, kickbacks, and the use of political patronage.

6. Made available to the public a summary of the state plan.

7. Exercises the Family Violence Option (FVO) in accordance with Title 42 USC 602 (a)(7) and (a)(8).  Californreia has established and is enforcing standards and procedures to:

(A)    screen and identify individuals receiving TANF and Maintenance of Effort (MOE) assistance with a history of domestic violence, while maintaining the confidentiality of such individuals;

(B)    refer such individuals to counseling and supportive services;

(C)    provide waivers, pursuant to a determination of good cause, of normal program requirements to such individuals for so long as necessary in cases where compliance would make it more difficult for such individuals to escape domestic violence, unfairly penalize those who are or have been victimized by such violence, or who are at risk of further domestic violence;

(D)    certify that it has established and is enforcing standards and procedures to ensure that applicants and potential applicants for TANF are notified of assistance made available by the state to victims of sexual harassment and survivors of domestic violence, sexual assault, or stalking;

(E)    ensure that case workers and other agency personnel responsible for administering the TANF program are trained in: the nature and dynamics of sexual harassment and domestic violence, sexual assault, and stalking; state standards and procedures relating to the prevention of, and assistance for, individuals who are victims of sexual harassment or survivors of domestic violence, sexual assault, or stalking; and methods of ascertaining and ensuring the confidentiality of personal information and documentation related to applicants for assistance and their children who have provided notice about their experiences of sexual harassment, domestic violence, sexual assault, or stalking; and

(F)    provide information about the options available to current and potential beneficiaries of the Family Violence Option and ensure that case workers

2

ACF 000286

3



In accordance with Title 42 of the United States Code, Section 602, Subsection (a), paragraph (4), I certify that the State of California will administer and supervise the CalWORKs program as outlined in this plan as submitted on this date:

CERTIFIED BY THE CHIEF EXECUTIVE OFFICER OF THE STATE:

December 20, 2022
DATE

Gavin Newsom, Governor

ACF 000287

A.    **GENERAL PROVISIONS**

i.    **Outline how the state intends to conduct a program designed to serve all political subdivisions in the state (not necessarily in a uniform manner), that provides assistance to needy families with (or expecting) children and provides parents with job preparation, work and support services to enable them to leave the program and become self-sufficient.**

Effective January 1, 1998, California enacted its welfare reform program; California Work Opportunity and Responsibility to Kids (CalWORKs). The CalWORKs program is California's version of the federal Temporary Assistance for Needy Families (TANF) program. CalWORKs serves all political subdivisions (counties) in the state. This program is supervised by the California Department of Social Services (CDSS) and administered by county welfare departments (counties) in accordance with a statewide system of regulations that ensure universal access as well as consistent and uniform eligibility criteria. The program provides temporary cash assistance to meet basic family needs, as well as education, employment, training programs, and supportive services designed to assist the family's move toward self-sufficiency.

**Key Features of CalWORKs**

CalWORKs seeks to address poverty through an array of services. CalWORKs provides families with basic means of living through services such as cash assistance, immediate needs intervention, and housing support. A "work focused" approach is fostered through the Welfare-to-Work (WTW) aspect of the program, which requires adults, unless exempt, to participate in appropriate WTW activities as a condition of receiving assistance. A work incentive is provided through an initial $450 earned income disregard and an additional 50 percent (50%) earned income disregard. CalWORKs endeavors to protect children from deep poverty through continued assistance to children when adults are not eligible for the program, fail to meet program requirements or reach the maximum 60-month time limit for cash assistance, as well as by offering a disability-based unearned income disregard of $600.

CalWORKs is built upon the core concept of local control. As a state-supervised and county-administered program, the 58 counties can tailor their programs to serve their unique and diverse populations. The state allocates block grant funding to counties to help achieve local control through what is known as "The Single Allocation" (the SA).

**Eligibility**

Upon application for CalWORKs, the parent(s) or caretaker relative of the needy applicant family must complete and sign a statement of facts (SOF) supporting eligibility and attend an eligibility interview either in-person, electronically or telephonically.

1

ACF 000288

Families must meet income and asset tests and children must be deprived of parental support and care due to the incapacity, death, or absence of a parent.  If both parents live in the home, the children may also be considered deprived when the principal wage earner is either unemployed or underemployed.

For purposes of CalWORKs, a 'family' is a group of related adults and children living in the same home, whose income and resources are considered when determining eligibility for benefits.  A 'family' may consist of a Pregnant Person Only (PPO), meaning a person who is in any stage of their pregnancy, who has no other eligible children living in the home, and whose pregnancy has been verified. PPO applicants may initially satisfy the pregnancy verification requirement by means of a sworn statement or verbal attestation.  Applicants who provide a sworn statement or verbal attestation are required to provide medical verification of pregnancy within 30 working days following submittal of the sworn statement/verbal attestation. Family members eligible to receive assistance at the time of application, subject to time limits and program requirements, are considered the Assistance Unit (AU).  An AU is defined as a group of related persons living in the home who have been determined eligible for CalWORKs and for whom cash assistance has been authorized.  A PPO age 19 or older is eligible to receive assistance at any stage during their pregnancy.  PPO teens under the age of 19 and participating in the Cal-Learn Program, which is designed to encourage pregnant and parenting teens to return to and/or stay in high school or its equivalent, are eligible upon verification of pregnancy.

Counties may also elect to provide CalWORKs employment services to Non-custodial parents (NCPs) using existing funds from their SA and the Expanded Subsidized Employment allocation.  An NCP is a parent of a minor child who lives in the same state as the minor child but does not reside in the same household as the minor child (45 Code of Federal Regulations (CFR) section 260.30).  For NCPs to be eligible for CalWORKs WTW employment services, the NCP must have established legal parentage for a child who is: 1) receiving aid in a CalWORKs AU; or 2) ineligible for aid (e.g., due to receipt of Supplemental Security Income/State Supplementary Payment [SSI/SSP]) and living with a parent or caretaker receiving CalWORKs assistance.

With the onset of the coronavirus (COVID-19) public health emergency declaration, CalWORKs adopted flexibilities designed to keep county welfare department operations and the public safe while still addressing the needs of our families.  These flexibilities were initially enacted through Executive Orders signed by the Governor of California and were later made permanent, effective July 1, 2021:

1.  An applicant may complete the affirmation statement on the SOF by means of an oral attestation in lieu of a written attestation when the eligibility interview is completed telephonically and the county welfare department does not have the capability of capturing the telephonic

ACF 000289

signature.  County eligibility staff may approve the application if the family is otherwise eligible and must document in the case file that an oral attestation by the applicant was made. The county must send the completed SOF to the applicant for review and signature.  The applicant must return the signed SOF to the county welfare department within 30 days for assistance to continue.

2. Upon approval for CalWORKs, all aided adults must provide a government issued photo identification to the county.  An aided adult may choose to provide the photo identification by virtual methods, such as videoconferencing.

**Time Limited Cash Assistance**

Effective May 1, 2022, the CalWORKs program implemented a cumulative 60-month lifetime limit on the receipt of cash assistance for aided adults.  From July 1, 2011 to April 30, 2022, the CalWORKs time limit was 48-months.  Any assistance received from CalWORKs, another state's TANF program, or a separately administered Tribal TANF program after January 1, 1998 counts toward the CalWORKs time limit.  There are exemptions and exceptions to the time limit which may provide additional months of CalWORKs cash assistance to adults.

The time limit does not apply to children. Children of adults who exhaust the 60-month CalWORKs time limit may continue to receive cash assistance up to age 18, if otherwise eligible.  There are exceptions to this rule, which allow a child to remain aided past age 18. One example of those exceptions is if a child that is less than 19 years of age is attending high school or the equivalent level of vocational or technical training on a full-time basis and is reasonably expected to complete the educational or training program on or before their 19th birthday.

**Work Requirements**

CalWORKs provides a wide array of services and supports for families to enter and remain in the workforce.  Parents and caretaker adults, unless exempt from work requirements, are required to participate in WTW activities as a condition of receiving assistance.

CalWORKs Hourly Participation Requirements apply to adults required to participate in WTW activities, and the number of required hours is based on the number of adults and the age of children in the AU.  An adult in a one-parent AU is required to participate in WTW activities for an average of 30 hours per week, or 20 hours per week each month if they have a child under the age of 6.

An AU comprised of a PPO, is required to participate in WTW activities for an average of 20 hours per week.  In a two-parent AU, one or both adults must participate in WTW activities for a combined average of 35 hours per week.

3

ACF 000290

During their 60 months of receiving aid, adults may receive CalWORKs services and have access to the full array of available activities to address barriers to and prepare for employment.

CalWORKs has a "universal engagement" requirement for counties to ensure recipients are participating in appropriate WTW activities as soon as possible. Recipients are required to participate in "initial engagement activities" following the date that the recipient begins receiving cash assistance, and before the WTW plan is developed.

These initial engagement activities are limited to four consecutive weeks and to those activities defined as "job readiness assistance" in California's Work Verification Plan.  Counties are required to develop WTW plans with a recipient within 90 days from the date an individual begins receiving cash assistance.   However, when initial engagement activities would not be appropriate for the recipient, the county must immediately develop a WTW plan, regardless of time since cash assistance was first received.  Certain recipients failing or refusing to comply with program requirements relating to employment or workforce preparation are required to participate in community services activities. The community service criteria are outlined in state law and individual county plans.

Clients who meet certain criteria will qualify for an exemption from WTW requirements. Qualifying exemption criteria include age 60 and over, disability, pregnancy, and parenting a young child. CalWORKs also provides good cause for more short-term conditions preventing the client from participation, such as lack of transportation, temporary injury, lack of supportive services, and other temporary circumstances that prevent participation.

Failure to participate in WTW activities, unless exempt from WTW, can result in a financial sanction in the form of an aid reduction equal to the adult's(s') portion of the family grant.

Note: clients found to be meeting federal TANF participation requirements are not subject to sanction under CalWORKs.

**Supportive Services**

Supportive services, including child care, transportation, diaper assistance payments (for AUs caring for children under 36 months of age), ancillary expenses (such as books for students, clothes or equipment needed for a job), and personal counseling such as mental health, domestic violence, housing search, or other barrier removal services, are available for families participating in WTW activities.  Additionally, WTW participants enrolled in publicly funded postsecondary educational institutions are entitled to receive an advance standard payment (ASP) for required books and supplies prior to the start of the

4

school session.  If needed supportive services are not available, the recipient has good cause for not participating.

Child care vouchers are available to current or former cash assistance recipients who are eligible to receive assistance with paying for child care with a provider of their choice.  Child care services in CalWORKs ensure that access to stable child care is never a barrier to fully engaging in the CalWORKs program. Child care vouchers are provided for children through the age of 12, and for children with exceptional needs and severely disabled children up to age 21.  Child care payments are paid directly to the child care provider or the parent in specific situations without the use of income disregards.

CalWORKs Stage One Child Care may be authorized immediately and continuously for 12 months upon cash aid approval, or until participants are transferred to Stage Two.  This applies to every WTW eligible participant, including a sanctioned participant who indicates an intent to cure their sanction by participating in a program activity or employment, or who expresses a need for child care in order to successfully engage.  Child care shall be authorized on a full-time basis unless the participant requests part-time care.

Counties must verify that child care has been secured before mandating any early engagement activities.  In addition, counties shall inform participants of the availability of paid child care at several times throughout their time in CalWORKs.

Special supportive services and intensive case management services are also available for pregnant and parenting teens.  These services are provided through the Cal-Learn Program, which is designed to encourage pregnant and parenting teens to complete high school or its equivalent.  Participation in Cal-Learn is mandatory for pregnant or parenting teens who have not completed high school or its equivalent and are ages 18 and under and is voluntary for specified 19-year old's receiving CalWORKs.  Cal-Learn teens may earn a $100 bonus up to four times a year for making satisfactory grades on their report card.  A $500 graduation bonus is given to each Cal-Learn teen upon earning a high school diploma or equivalent.  A Cal-Learn teen who is non-participatory, fails to demonstrate adequate grades, or does not have a good cause determination will be sanctioned $100 up to four times in a twelve-month period.  The sanction will be applied to the Cal-Learn teen's AU.  A county must determine the Cal-Learn teen's progress four times in a twelve-month period.  At any given reporting time a Cal-Learn teen will receive a bonus for satisfactory progress, a sanction for failing to demonstrate adequate progress or will receive neither a sanction nor bonus for achieving adequate progress.

## CalWORKs Home Visiting Program (HVP)

This county-optional voluntary program serves pregnant individuals and parents or caretaker relatives with a child under the age of 24 months at the time of enrollment.  Individuals must also be a member of a CalWORKs assistance unit,

5

ACF 000292

a parent or caretaker relative of a child-only case, or apparently eligible for CalWORKs aid.  Counties may serve additional parenting individuals with departmental approval.

The purpose of the HVP is to support positive health, development and well-being outcomes for pregnant and parenting people, families, and infants born into poverty. By helping families achieve stability and keep their children in the home while participating in the HVP, the program hopes to lay the foundation for other long-term goals such as future educational opportunities, economic progress, and greater financial stability – all while providing the tools necessary to end their time on government aid and achieve self-sufficiency. This two-generational service delivery approach will improve family engagement practices, support healthy development of young children living in poverty, and prepare parents for robust engagement in WTW activities and employment.

Home visitors with pre-service training in an evidence-based home visiting model, the CalWORKs program, cultural competency, and implicit bias refer clients to a multitude of resources.

Resources include prenatal, infant and toddler care; infant and child nutrition; child developmental screening and assessments; parent education, and training in parent/child interaction; child development and child care referral; job readiness and barrier removal; domestic violence and sexual assault services; and mental health and substance abuse treatment and support.

CalWORKs clients may choose to participate in the HVP who are:
- a pregnant individual,
- a member of an assistance unit with a child under 24 months old,
- a parent or caretaker relative, or
- are apparently eligible for CalWORKs cash aid but their application has not yet been approved.

However, the HVP participant does not need to be eligible for, nor are they required to participate in, the CalWORKs WTW program.

If a client participates in the CalWORKs WTW program, then some of the activities spent directly with the home visitor may count towards federally allowable work activities, in alignment with federal activity definitions, time limits, and California's Work Verification Plan.

For example, job search and job readiness (JS/JR) is a federally countable activity for 120 hours up to 180 hours total in a 12-month period.  While the entire duration of a Home Visit may not count as JS/JR, some components of that Home Visit may count.  For example, one of the home visiting models used in California includes a component known as *Family Goal Planning.*  This component of the home visit is individualized goal setting with the client,

6

including a plan for the family to become self-sufficient.  In the case of a two-hour Home Visit in which one hour was spent doing individualized goal planning for self-sufficiency, California would only count one hour towards JS/JR.

Other examples of home visiting case management components that may count towards JS/JR include:

- Pregnancy health and education, which reduce instances of out-of-wedlock pregnancy and offer better health outcomes for pregnant people.
- Referrals to community resources, including career development and education services.

In addition to JS/JR, some components of California's home visiting models may count toward other federally allowable activities, only to the extent that they can be counted according to federal guidelines.  For example, the HVP program includes volunteer hours in an early learning setting which may be counted as community service, work experience, or job readiness.

**Family Stabilization**

CalWORKs also provides intensive supportive services to families in crisis, known as family stabilization (FS) services.  FS services include intensive case management services to address immediate crisis situations and needs, such as housing instability or family safety issues.  These services ensure a basic level of stability within the family so that future participation in WTW activities that lead to self-sufficiency may be more successful.

**CalWORKs Housing & Homelessness Programs**

CalWORKs Housing Support Program (HSP)

CalWORKs offers HSP to assist eligible families in the CalWORKs program who are experiencing or at-risk of homelessness, including participants who have not yet received an eviction notice and for whom housing instability would be a barrier to self-sufficiency or child well-being.

Counties that elect to operate HSP are awarded HSP funds and given the flexibility to design their own county specific HSP plan to serve the needs of their unique populations. Among CalWORKs participants identified as eligible for HSP, counties are advised to prioritize serving participants experiencing homelessness and those with the greatest vulnerabilities and risk factors for homelessness, including households with multiple risk factors.

7

Counties are required to use evidenced-based models. HSP funding must be used to support projects that follow evidence-based housing interventions, including homelessness prevention services and/or the core components of rapid rehousing. Further, all state-funded housing programs, including HSP, operate in accordance with the core components of Housing First as enumerated in WIC Section 8255.

CalWORKs HSP can provide housing supports to obtain or maintain permanent housing, and can provide temporary shelter, help with moving costs, short to medium term rental subsidies, and wraparound case management. Services that may be provided by the county may include, but are not limited to case management, housing relocation and stabilization services, landlord engagement, credit repair and legal services. Financial assistance provided to families includes but is not limited to rental assistance, moving costs, deposits, and utilities.

CalWORKs Homeless Assistance (HA)

The CalWORKs HA Program was established to help eligible families in the CalWORKs program meet the costs of securing or maintaining permanent housing when at risk of homelessness or to provide emergency shelter when a family is experiencing homelessness. The CalWORKs HA program serves eligible CalWORKs recipients or apparently eligible CalWORKs applicants, who are homeless, or at risk of homelessness. CalWORKs families receiving Family Reunification services are also eligible if the county determines that these benefits are necessary for reunification to occur. CalWORKs HA can provide payments for temporary shelter for up to 16 days, as well as payments to secure or maintain housing, including a security deposit and last month's rent, or up to two months of rent arrearages.

Eligible families may receive HA benefits once every 12 months with exceptions due to domestic abuse, illness, uninhabitability of the home, or declared natural disaster.

The expanded temporary HA program is also available for CalWORKs applicants who are fleeing domestic abuse. Expanded HA for Victims of Domestic Abuse requires that a CalWORKs applicant who provides a sworn statement of past or present domestic abuse and who is fleeing their abuser shall be deemed to be experiencing homelessness and shall be eligible for up to 32 days of temporary HA, if determined apparently eligible for CalWORKs, disregarding any income or assets attributable to the alleged abuser. Expanded HA for Victims of Domestic Abuse is available in two 16-day increments once in a lifetime.

**Parental Responsibility**

CalWORKs encourages parental responsibility by requiring parents to immunize their assisted children under the age of six and cooperate with the child-support

8

ACF 000295

enforcement process.  Failure to meet these requirements results in a reduction of the adult's portion of the grant.  If a child age 16 or older does not attend school and is deemed a chronic truant, this may result in a reduction of the child's portion of the grant unless certain conditions apply.

**Benefit Levels**

Grant levels and amounts vary according to AU size, exempt status, and geographic location.  Families in high cost-of-living areas (Region 1) receive slightly more money than families in other areas (Region 2).  A family in which all adults are disabled or otherwise exempt from work requirements is eligible for the higher exempt grant amount.

**Post-Assistance and Post-Time Limit Families**

Former CalWORKs clients may receive child care for a minimum of 24 months after leaving assistance if they are employed or participating in another approved activity, have an age eligible child, and remain at or below 85% of the state median income (SMI).

At county option, employed former recipients may continue to receive work supports and other job retention services offered by the county for up to 12 months.  Also, at county option, individuals who exceed CalWORKs time limits and continue to receive state-only benefits for their eligible children may continue to receive post-assistance services.

Services for employed former recipients and individuals that exceed CalWORKs time limit may include, but are not limited to, substance abuse services, domestic abuse services, parenting classes, vocational education and training, and transportation and ancillary work supports.

**Commitment to Child Well Being**

California provides TANF benefits to children in need even after their adult caregiver reaches the 60-month time limit for receipt of cash assistance; as well, California continues to provide assistance to children when adults fail to meet program requirements and are sanctioned.

**Program Administration**

The CalWORKs Program is administered by Counties under supervision, guidance, and direction of the CDSS.  Although eligibility requirements and grant levels are uniform throughout the state, counties are given considerable latitude to design WTW programs that best meet the needs of their diverse populations, local economic and environmental context, and culture.

9

ACF 000296

Each county must have a CalWORKs county plan describing specific program outcome goals and how those outcomes are to be achieved.

Many California County Welfare Departments are partnered with American Job Centers under the federally funded Workforce Innovation and Opportunity Act (WIOA) to provide services to CalWORKs participants.

**Legal Authority**

Assembly Bill (AB) 1542 (Ducheny, Chapter 270, Statutes of 1997), the Welfare to Work Act of 1997, established the CalWORKs Program in California.  AB 1542 eliminated the Aid to Families with Dependent Children (AFDC) program and the Greater Avenues for Independence (GAIN) program and replaced them with the CalWORKs program.

ii. **Outline how the state intends to require a parent or caretaker receiving assistance under the program to engage in work (as defined by the state) once the state determines the parent or caretaker is ready to engage in work.**

California's WTW program is designed to assist CalWORKs recipients in finding employment and/or acquiring the necessary job or workforce skills to obtain employment. To reach that goal, the CalWORKs program established mandatory work participation requirements for assisted parents and caretakers as follows:

- At the time of application, the County may determine that the individual meets specified criteria for exemption from participation in employment preparation or work activities.  Otherwise, the County will determine an individual's ability to engage in work upon their entry into the CalWORKs WTW Program.

- After assistance has been granted, recipients who are not exempt are required to participate in an appraisal.

- If the client does not possess a high school diploma or its equivalent, then earning a high school diploma or equivalent shall be the primary activity unless the client opts out in writing.  Clients are generally assigned to job search for four weeks as their first work activity upon completion of the appraisal.

- If the appraisal indicates that the recipient should participate in mental health, substance abuse, or domestic abuse services in lieu of or in addition to job search, or adult basic education activities, then those activities are assigned. The four-week period may be shortened if the County determines that the recipient would not benefit from the activity or time in job search may be lengthened if additional time would result in employment.

10

ACF 000297

- Recipients with more significant barriers may be assigned to initial engagement activities including FS services for those in crisis, or more intense substance abuse or mental health treatment and other barrier removal activities in preparation for participation in WTW.

- If the recipient is unable to find unsubsidized employment through job search, or if initial engagement or barrier removal activities would last longer than four weeks, the individual is referred for an assessment.  Based upon the assessment, the County and the recipient must develop and agree upon a WTW plan, which covers the activities and services that will be provided to an individual, as appropriate and as resources permit.

- The WTW plan for recipients receiving cash assistance who are required to participate in WTW specifies the supportive services, which may include child care, transportation, diaper assistance payments (for AUs caring for children under 36 months of age),  necessary books and supplies for students, clothes or equipment needed for a job,  and personal counseling, such as mental health, domestic violence, housing search, or other barrier removal services, are available for families participating in WTW activities.  Payments for these services are made separate from any monthly income support payment and may or may not be in the form of cash to the recipient.

- If necessary supportive services are unavailable, the participant has good cause for not participating in their assigned WTW plan activities.

- All current CalWORKs services and WTW activities are available to clients, without restriction of activity time limits or a core hourly requirement. Aligned with TANF, CalWORKs standards require adults to participate a total of 20 hours per week for single-parents with a child under six years old; 30 hours per week for single parents with children six years old and older; and 35 hours per week, combined, for two parents.  The appropriate activities and services are incorporated into a WTW plan designed to meet the CalWORKs hourly participation requirements and agreed upon by the client and county worker.  The WTW activities offered by the County may include, but are not limited to the following:

  (1) Unsubsidized employment – employment in the public or private sector for which the welfare-to-work participant's employer is not reimbursed for wages and/or training costs by the County Welfare Department (CWD), or via any other entity

  (2) Subsidized private or public sector employment – employment in which the participant's employer is partially or wholly reimbursed for wages and/or training costs

  (3) Work experience – a WTW training activity in the public or private sector that is performed under close supervision and helps provide basic

11

job skills, enhance existing skills, or provide a needed community service that will lead to unsubsidized employment

(4) On-the-Job Training (OJT) – training in the private or public sector that is given to a paid participant while the participant is engaged in productive work.  The employer is subsidized to offset training costs.  This activity may also include paid classroom instruction as required by the participant's employer

(5) Grant-based OJT – a voluntary WTW activity that is performed in the public or private sector in which a recipient's cash grant, or portion thereof, or the assistance grant savings resulting from employment, or both is diverted to the employer as a subsidy to wholly or partially offset the payment of wages.  The total amount diverted does not exceed the family's maximum assistance payment.  The wage derived from the diverted cash grant and/or grant savings is considered nonexempt income and is not subject to the earned income disregard specified in Section B iii

(6) Supported work or transitional employment – both are voluntary WTW activities that are forms of grant-based OJT in which a recipient's cash grant, or portion thereof, or the assistance grant savings resulting from employment, is diverted to an intermediary service provider to totally or partially offset the payment of wages to the recipient.

(7) Work study – means a type of subsidized employment as described in 42-701.2(s)(2) in which the subsidized employment placements are made through a college where a welfare-to-work participant is enrolled and making satisfactory progress

(8) Self-employment –means employment by means of earning a living by working as a sole proprietor or other business entity and not as an employee of another.  Self-employment must include compensation as defined under "employment" in Section 42-701.2(e)(2).

(9) Community service – a WTW training activity that is temporary and transitional, which is performed in the public or private nonprofit sector under close supervision, and provides participants with job skills that can lead to employment while also meeting a community need

(10)  Adult basic education – a WTW activity needed by the individual to become employed and may include instruction in reading, writing, arithmetic, high school proficiency, or general educational development (GED) certificate instruction, and English as a second language

(11) Job skills training directly related to employment –training or education for job skills required by an employer to provide an individual with the

12

ACF 000299

ability to obtain employment or to advance or adapt to the changing demands of the workplace.

(12) Vocational education and training – programs including but not limited to those offered through colleges, community colleges, adult education, and regional occupation centers

(13) Job search/job readiness – training in basic job seeking and interviewing skills and understanding employer expectations and employee obligations

(14) Education directly related to employment – education related to a specific occupation, job, or job offer.  The activity is primarily for adult education leading to a General Education Development (GED) credential or high school equivalency diploma, where required as a prerequisite for employment.

(15) Programs leading to a GED certificate or satisfactory progress in secondary school as needed by an individual to become employed

(16) Non-medical mental health counseling, treatment, and rehabilitation activities necessary to obtain and retain employment

(17) Non-medical substance abuse counseling, treatment, and rehabilitation activities necessary to obtain and retain employment

(18) Domestic violence services necessary to obtain and retain employment

(19) In addition, an individual's WTW activity may include the parent's participation required by a school to ensure that a child in the AU attends school as required; and

(20) Other activities necessary to assist an individual in obtaining unsubsidized employment.

iii.    **Outline how the state intends to ensure that parents and caretakers receiving assistance under the program engage in work activities in accordance with Section 407.**

California has designed a program that provides parents and caretakers receiving CalWORKs cash assistance the opportunity to participate in employment and training activities that will assist them to become economically self-sufficient (See Section A ii. above).  To ensure participants engage in work activities, the state's program also provides necessary supportive services such as assistance with transportation, ancillary, postsecondary ASPs, diaper assistance payments to AUs with children under 36 months of age, child care expenses, and personal counseling for the participant to successfully participate in work or their assigned WTW activities. In addition, all WTW participants have

13

ACF 000300

access to remote learning opportunities which increase accessibility for parents and caretakers.

However, as another measure to encourage compliance with work requirements, the program also provides for financial penalties for failing or refusing to participate in the program as required.

Any non-exempt recipient of assistance who refuses to sign their WTW plan, refuses to cooperate in meeting program requirements, or fails to fulfill the terms of their WTW plan without good cause, is removed from the AU and incurs a financial sanction until the individual performs the required WTW activity. Clients failing to meet their CalWORKs WTW requirements are still considered in compliance when they are meeting federal TANF participation requirements. Clients in sanction status found to be meeting TANF requirements will have their sanction cured.

iv.    **Outline how the state intends to take such reasonable steps, as the state deems necessary to restrict the use and disclosure of information about individuals and families receiving assistance under the program attributable to funds provided by the federal government.**

Existing state law specifies that information about individuals and families receiving assistance is to be considered confidential.  Therefore, except as authorized by federal law, the state will continue to enforce existing confidentiality regulations.  These statutes and regulations protect applicants and recipients against identification, exploitation, or embarrassment that could result from the release of information identifying them as having applied for, or having received, public assistance.

The statutes and regulations apply to all records, papers, files, and communications (whether written or oral) pertaining to applicants for, and recipients of, public assistance.  They also outline under what circumstances, and to whom, such information may be released.

All information concerning the circumstances of any individual applying for, or receiving, public assistance is confidential and is safeguarded.  No disclosure of any information obtained by a representative, agent, or employee of the county, while discharging their duties, shall be made directly or indirectly other than in the administration of public social service programs, or as provided under law.  Any disclosure of information that identifies by name or address any applicant or recipient of public social services to federal, state, or local legislative bodies and their committees without the consent of such applicant or recipient is prohibited. Both the release and the possession of confidential information in violation of the rules are misdemeanors.

14

ACF 000301

**v. Outline how the state intends to establish goals and take action to prevent and reduce the incidence of out-of-wedlock pregnancies, with special emphasis on teenage pregnancies.**

California employs a multi-pronged approach to preventing adolescent pregnancy by promoting comprehensive sexual health education, increasing access to reproductive and sexual health services, and supporting reproductive life planning.

For young individuals under the age of 18, strategies include primary and secondary pregnancy prevention, sexual health education, and linkage to clinical services.

The numerical objective is based on the birth rate for individuals aged 15-17 years old. For all individuals of reproductive age, the strategy is promotion of pregnancy planning, healthy relationships and partner involvement.

CDSS and the California Department of Public Health (CDPH) continue to explore various strategies to promote pregnancy planning, prevent adolescent pregnancies and sexually transmitted infections, support formation of healthy relationships, encourage declarations of paternity, and promote healthy co-parenting, including involvement of fathers and same-sex parents.

California programs which may be involved in these efforts include: Cal-Learn; CalWORKs Family Planning Information Project; the Adolescent Family Life Program (AFLP); California Personal Responsibility Education Program (CA PREP); Family Planning, Access, Care, and Treatment (Family PACT) Program; and the Information and Education (I&E) Program.

Highlights from these efforts are embodied in the programs/efforts described below:

- Cal-Learn is a mandatory program that helps pregnant or parenting teens who receive CalWORKs/TANF graduate from high school. Cal-Learn teens receive additional case management and a yearly financial bonus for earning a satisfactory high school report card.

- CA PREP works to promote and improve the sexual and reproductive health of high-need youth populations (10-19 years old) in California through implementation of evidence-based sexual health education curricula and linkage to clinical services. In program year 2016-17, I&E and CA PREP provided comprehensive sexual health education to 17,584 youth in high need areas across the state.

- The I&E program aims to educate young people (12-19 years old) about sexual and reproductive health through evidence-based or evidence-informed

15

ACF 000302

curricula; provide information on eligibility and access to reproductive health care services; and engage local communities to promote adolescent health.

- The AFLP is a strengths-based case management program with integrated life planning for expectant and parenting youth under 19 years of age. The program supports youth in building resilience strengths and skills to thrive. The goals are to improve pregnancy planning and spacing and increase educational and vocational attainment, access to and utilization of needed services, and social and emotional support.

- The Family PACT Program, administered by the California Department of Health Care Services' Office of Family Planning, is a statewide comprehensive family planning and reproductive health services program aimed to reduce unintended pregnancy through expanded access to family planning and reproductive health services for low-income Californians, including adolescents.  Some of the services covered under Family PACT include all Food and Drug Administration approved contraceptive methods and client-centered reproductive health education and contraceptive counseling.

- California has a stated goal of reducing the incidence of pregnancies and sexually transmitted infections (STIs) among individuals aged 17 or younger. CDPH has undertaken this challenge through continuing efforts in adolescent sexual health education, and primary and secondary pregnancy prevention programs in the Maternal, Child and Adolescent Health Division.

- These prevention programs require linkages or referrals to Family PACT enrolled providers.  This helps ensure that young people receiving prevention programming are aware of and can access health services, including information and counseling.

vi. **Outline how the state intends to conduct a program designed to reach state and local law enforcement officials, the education system, and relevant counseling services, that provides education and training on the problem of statutory rape so that teenage pregnancy prevention programs may be expanded in scope to include men.**

The CDPH currently funds 23 local rape crisis centers to implement population-based sexual violence prevention programs through the federally funded Rape Prevention and Education (RPE) Program, which is designed to change social norms that perpetuate sexual violence.  The RPE Program targets individuals of all ages, races, and circumstances.  Most of the RPE program contractors are working in schools and communities to offer educational activities that are aimed at promoting healthy relationships and consent.

Many of the California local RPE Program contractors work with law enforcement, community-based organizations, and educational institutions to

16

ACF 000303

conduct outreach and prevention education within their communities.  Local rape crisis centers address the spectrum of sexual violence, including statutory rape, during their prevention education activities targeting adolescents.

The local rape crisis centers also provide direct client services, including counseling services to their clients, through federal Violence Against Women Act funds, which are administered in California by the Governor's Office of Emergency Services.

## B.  SPECIAL PROVISIONS

i.      **Indicate whether the state intends to treat families moving into the state from another state differently than other families under the program, and if so, how the state intends to treat such families under the program.**

California does not treat families moving into the state from another state differently from other families under the program.

ii.     **Indicate whether the state intends to provide assistance under the program to individuals who are not citizens of the United States, and if so, include an overview of such assistance.**

California uses TANF funds to serve qualified noncitizens in accordance with TANF provisions.  California also assists some legal noncitizens who are not eligible for TANF. This assistance aligns with TANF but is funded with state-only general funds.

These noncitizens must meet the same financial criteria and are subject to the same work requirements as CalWORKs recipients.

iii.    **Set forth objective criteria for the delivery of benefits and the determination of eligibility and for fair and equitable treatment, including an explanation of how the state will provide opportunities for recipients who have been adversely affected to be heard in a state administrative or appeal process.**

CalWORKs establishes uniform objective criteria for determination of eligibility for cash assistance, diversion services and supportive services to families with (or expecting) a needy child.  Eligibility is based upon need as indicated by age, citizenship, deprivation, income, resources, and residency.  In addition, continued eligibility is based on compliance with work requirements, as applicable, and the reporting of specific information, and is limited to 60 months.  Exemptions to work requirements and time limits are defined.  Fleeing felons are ineligible for benefits under this program.

17

ACF 000304

A parent or caretaker relative of a child in a CalWORKs AU can elect to receive full child support payments for a stepsibling or half-sibling of an eligible child in the AU in lieu of cash assistance for the step/half-sibling and exempts those child support payments from consideration in determining CalWORKs eligibility or grant amounts. The step/half-sibling would remain eligible for other cash-linked programs and services (CalFresh and Medi-Cal) provided they continue to meet all other eligibility requirements.

An applicant family shall not be eligible for CalWORKs unless the family's income, exclusive of the first four hundred and fifty dollars ($450) of earned income for each employed person, is less than the minimum basic standard of adequate care (MBSAC) as specified in Welfare & Institutions Code (WIC) Section 11452.

A recipient family shall remain eligible when a needy child or adult is temporarily absent from the home. Per state regulations, the time period for these initial temporary absences from the home is one full calendar month of at least 30 days. Seven exceptions to this policy are defined in state regulations due to changes in household circumstances. State regulations also requires that the basis for the temporary absence be documented in the case file.

Changes in household circumstances that result in an exception to the temporary absence policy include:
- confinement to a correctional facility,
- hospitalization,
- employment,
- attending educational and vocational training school,
- child with special needs,
- child in a group home, and
- children receiving out-of-home care.

Detailed explanation of these exceptions are in the state's Manual of Policies and Procedures (MPP) Section 82-812.6. Each exception is subject to specific timeframes based on the household circumstance.

**Family Reunification**
In a CalWORKs Family Reunification (FR) case, the eligible children are considered temporarily absent from the home and the CalWORKs case remains open. Family Reunification cases can receive CalWORKs temporary homeless assistance payments, and WTW services. To be eligible for FR, the family must have been receiving CalWORKs assistance when the child was removed, and the county has determined that the provision of CalWORKs services is necessary for reunification. Counties have the option to provide services to FR cases for up to six-months, with an additional option to extend services where reunification happens more than six-months from the date of the child's removal from the home. These extended services can be continued until termination of the family reunification plan (MPP Section 82-812.679(b)). California's FR policy is federally

18

ACF 000305

permissible pursuant to section 408(a)(10)(B) of the Social Security Act and is found in CA statute under WIC Section 11203(b).

Depending on if the case meets all TANF eligibility requirements (e.g., does not exceed time on aid limits, citizenship, etc.), FR cases are funded with either TANF or State General Fund. Homeless assistance is considered a non-recurring short-term benefit and is provided for a total of 16 days.

### Income Reporting Threshold
A recipient family shall not be eligible for CalWORKs if income, exclusive of amounts considered exempt, exceeds an income reporting threshold (IRT) specified in WIC Sections 11265.3 and 11265.47.

### Child Care
Child care services will be made available to every cash assistance recipient who is working or participating in program activities.  Child care payments are paid to the provider of services or the parent in specific situations without the use of income disregards.

### Diversion
California's lump-sum diversion program is designed to assist applicants who are apparently eligible to receive CalWORKs cash assistance and would likely avoid the need for extended assistance beyond the diversion period if the family was provided one-time assistance.  The county shall determine eligibility for the diversion program at its sole discretion.  The applicant may either participate in the diversion program or decline participation.  If the applicant chooses to participate, the county denies the CalWORKs application but continues to determine eligibility for Medi-Cal and CalFresh if also requested from the multiprogram application.  State law requires that if an individual applies for cash assistance during the diversion period that the individual must pay back the diversion.

### Annual Reporting Child Only (AR/CO)
Most child-only CalWORKs cases in which there is no aided adult in the home, including cases where the adult has reached the 60-month CalWORKs time limit report certain changes annually via an annual redetermination. Annual Reporting Child Only (AR/CO) cases must report certain changes within 10 days, including household composition changes and certain changes in income.  However, if no mandatory mid-year changes occur, such cases only complete an annual redetermination.  Other examples of child-only cases include cases in which:

- The adult(s) is a non-needy relative;
- The adult(s) does not qualify for CalWORKs due to immigration status;
- The adult(s) is sanctioned (other than WTW sanctions);
- The adult(s) is excluded due to being a fleeing felon or due to being found by a court to be in violation of probation or parole;

19

ACF 000306

- The adult(s) is receiving Supplemental Security Income;
- The adult(s) has been convicted of an Intentional Program Violation prior to July 1998;
- The adult(s) does not qualify for CalWORKs because they do not have a Social Security Number from the Social Security Administration and refuse assistance from the county to obtain one; or
- The adult(s) is participating in a labor strike.

This list is not all-inclusive.  CalWORKs AUs that include either an adult receiving cash assistance for themselves or an adult that has been sanctioned due to non-compliance with WTW requirements are subject to Semi-Annual Report (SAR) requirements, as specified below.  AUs that include either an assisted adult or an adult sanctioned due to non-compliance with WTW requirements are not ARCO cases.

**Semi Annual Reporting (SAR)**
AUs that include an adult receiving cash assistance for themselves or an adult sanctioned due to noncompliance with WTW requirements are subject to SAR reporting requirements.  Under SAR, the counties budget prospectively using reasonably anticipated income.   Grants may be decreased or discontinued based on a report of income over an income reporting threshold that is based on the AUs last reported income.

**Nonrecurring Emergency Assistance**
Nonrecurring, emergency assistance benefits may be provided to eligible families to meet extraordinary needs that arise as a result of an emergency, natural disaster, crisis situation, or episode of need.  As per the provisions at 45 CFR Section 260.31(b)(1), non-recurring, short-terms benefits must: Be designed to deal with a specific crisis situation (such as government declared disasters, mandatory evacuation, etc.) or episode of needs; are not intended to meet recurrent or ongoing needs; and non-recurring emergency assistance will not exceed 4 months from the start of the crisis situation.

**Job Retention**
To the extent that services are not available from other sources, counties have the option to provide former recipients with job retention services, such as case management services and supportive services, in order to assist the individual in retaining employment.  These services can be provided for up to 12 months for former recipients who received assistance within the previous 12 months. Recipients who leave assistance may be eligible for up to 12 months of transitional Medi-Cal and/or a minimum of 24 months of child care.

**The Emergency Assistance Program**

The Emergency Assistance Program provides benefits and services to children and families in emergency situations. Individuals may be provided services that were previously funded through Title IV-A on September 30, 1995.  The same eligibility

20

criteria are applied to this population that was in effect at that time.  Federal requirements state that an emergency must exist within the family in order for the child to be considered eligible for assistance.  For EA Program purposes, a family is defined as head of household and anyone living with the head of household.  An emergency is defined as "…a child who is at risk of abuse, neglect, abandonment or exploitation."

The following federal eligibility criteria must be met before a family can be determined eligible for assistance:

- The child is (or, within six months prior to the month in which assistance is requested, has been) living with any of the specified relatives: their father, mother, brother, sister, half-brother, half-sister, uncle, aunt, first cousin, nephew, niece, stepfather, stepmother, stepbrother, stepsister, adoptive parent, or any such person of a preceding generation denoted by the prefixes grand, great, or great-great. This can include the spouse of any person named above, even after the marriage has been terminated by death or dissolution.
- The family has not been authorized for EA during the previous 12 months in California. If the family had received EA during the previous 12 months, the next eligibility period begins 12 months after the beginning date of the previous period.
- When determining a child's income eligibility only the child's income is considered. The child's income cannot exceed 200 percent of California's Median Family Income, as certified by the applicant. For more information on the median income, you may wish to visit the HUD website at: http://www.huduser.org/search/search.asp.
- The emergency did not arise because an adult family member refused without good cause to accept employment or training.

The EA-Child Welfare Services component provides a continuum of services which fall under Emergency Assistance and are at least partially funded by TANF. These services, which were previously funded through Title IV-A, include:

- Payment for emergency shelter care;
- Case management;
- Counseling;
- Information and referral; and
- Transportation related to the above.
- 

The above assistance is limited within any twelve (12) month period to a single episode per family with a maximum duration of twelve months or less as necessary to resolve the emergency situation. This assistance must be authorized within a single 30 day period beginning no less than twelve months after the start of the family's last Emergency Assistance authorization period and must be in response to a new emergency.

21

ACF 000308

The above services were authorized solely under prior law and are reported in California's 196R Financial Report under the expenditure category 7(c).

In addition to CalWORKs recipients, this section details additional programs that meet one or more of the four purposes of TANF and are funded with federal TANF funds and/or qualify as state MOE expenditures.  TANF MOE-funded services include, but are not limited to:

- **State-Subsidized Child Care and Development Programs**: Programs serve children and families meeting specific eligibility criteria including families who are very low income, are homeless or whose children are at risk of being abused, neglected or exploited.  As provided in the state's annual Budget Act, exclusively for the purposes of determining qualified MOE expenditures in CDSS' subsidized child care and development programs, an "eligible family" is one with a child(ren) living with a parent or other adult caretaker relative who is financially needy under the CalWORKs income standards established by the State.  A family is eligible for CDSS State Subsidized Child Care if their adjusted monthly income based upon the family size is at or below 70 percent of the state median income (SMI).  This program meets purpose numbers #1 and #2 of TANF.

- **The California Community Colleges Chancellor's Office:** Offers Institution-Based Student Aid to low-income students attending any of the state's Community Colleges to further purpose number two of the TANF Program to reduce the dependency of parents in need by promoting job preparation, work and marriage.  The aid, called the California College Promise Grant (CCPG) (formerly known as the Board of Governors (BOG) fee waivers) permits enrollment fees to be waived.  Assistance for the purchase of books and supplies must be applied for separately.  These state funds can be countable, if eligible, toward the TANF MOE requirement as the assistance is provided to needy students.  The financial eligibility requirements for the CCPG are as follows: Fee waiver part A: student or parents that receive benefits in one of these programs: TANF/CalWORKs; SSI/SSP; General Assistance (GA). Fee Waiver Part B: Student or parents with low-income.  The income levels are adjusted annually and are based upon the federal poverty guidelines. Student or student's family must have a total income in the base year, that is equal to or less than 150% of the U.S. Department of Health and Human Services Poverty Guidelines based on family size.  The base year is defined as the income year used for the determination of an expected family contribution (EFC) for federal Title IV student financial aid. Fee Waiver Part C: Student has financial need of greater than $1,104, based on an EFC from the Free Application for Federal Student Aid (FAFSA) or the California Dream Act Application (CADAA). Fee Waiver Part D: Student is homeless, student has received the Congressional Medal of Honor or is the dependent of a recipient; student is a dependent of a September 11, 2001 terrorist attack

22

ACF 000309

victim; student is a dependent of a deceased law enforcement/fire suppression personnel killed in the line of duty; student has been exonerated of a crime, student is a dependent, spouse, or Registered Domestic Partnership of a deceased physician, nurse, or first responder who died of COVID-19 during the COVID-19 pandemic in California.

- **The California Food Assistance Program (CFAP):** The CFAP provides state funded nutrition assistance benefits for certain qualified non-citizens who are ineligible for federally funded Supplemental Nutrition Assistance Program (SNAP), known as CalFresh in California. Except for the funding mechanism, CFAP is like CalFresh which provides nutrition assistance benefits on a monthly basis via Electronic Benefits Transfer (EBT).

  CFAP households must meet the CalFresh eligibility criteria, including gross income below 200% of federal poverty level (FPL) and net income test. In line with CalFresh, each household's unique circumstances, including household size, income, and expenses are taken into consideration when determining CFAP eligibility. Only administrative and issuance expenditures made on behalf of CFAP recipients eligible for CalWORKs are counted toward MOE.  The CFAP provides critical nutrition assistance and furthers the TANF goal to aid needy families so that children may be cared for in their own homes or in the homes of relatives.

- **The Kinship Guardianship Assistance Payment (Kin-GAP) Program**: The Kin-GAP program has two components – a federally funded component for children eligible for Title IV-E foster care (Fed-GAP), and a state-funded component funded under the CalWORKs program for federally ineligible children.

-

  Kin-GAP serves those children exiting the foster care system to enter a guardianship with an approved relative caregiver.  The state-only Kin-GAP program is available for those cases that are not eligible for the Fed-GAP program but meet the criteria for Kin-GAP.  State and county expenditures are counted toward the state's TANF MOE requirement.   To be eligible for Kin-GAP, all of the following must occur:

  - The child was removed from their home pursuant to a voluntary placement agreement or the result of a judicial determination.
  - The child has resided in the home of an approved relative caregiver for at least six months.
  - The prospective relative guardian and county agency enter in a written binding agreement prior to the establishment of the guardianship.
  - Dependency or wardship is terminated.
  - The child has not turned 18 years of age.

23

ACF 000310

Effective January 1, 2011, the State exercised its option to claim Title IV-E funds for kinship guardianship assistance benefits in accordance with Public Law (P.L.) 110-351.  The Kin-GAP program has two components – a federally funded component for children eligible for Title IV-E foster care, and a state-funded component funded under the CalWORKs program for federally ineligible children.

In addition, effective January 1, 2012, eligibility for CalWORKs benefits extended to these eligible youth, referred to as non-minor dependents, up to age 21.  Non-minor dependents meeting the eligibility criteria for extended benefits after age 18 are served under the CalWORKs state-only program.

- **CalWORKs Home Visiting Program (HVP):** Home visiting is an evidence-based, voluntary program model that pairs new parents with a nurse, or trained professional who makes regular visits in the participant's home to provide guidance, coaching, access to prenatal and postnatal care, and other health and social services.

  The purpose of the home visiting program is to support positive health, development, and well-being outcomes for pregnant and parenting people, families, and infants born into poverty, expanding their future educational, economic, and financial capability opportunities, and improving the likelihood that they will exit poverty.  This service meets purpose #1 and #2 of TANF.  The HVP is funded consistent with the recipient's eligibility for the CalWORKs program, including TANF, TANF/MOE and non-MOE General Funds.

- **Tribal TANF**: State funds matching approximately 95% of the federal TANF grant funds are allocated across the 18 for each Tribal TANF Programs in California. California Tribal TANF programs apply self-defined financial eligibility criterion for receipt of state-MOE and federally funded Tribal TANF assistance and services.

  The state is adopting by reference the federally approved financial eligibility criteria established by each tribal TANF program as the state's financial eligibility criteria when determining eligibility for state-funded services provided by tribal TANF programs.  The state ensures that the Tribal TANF programs are following the federally approved eligibility criteria included in the Tribal Family Assistance Plan (TFAP) by requiring each Tribal TANF program to:

  - Provide a copy of the federally approved TFAP.

24

- The TFAP must include details of the service delivery area, population to be served, income and resource eligibility standards, and a specific list of the services to be provided.

- Comply with the Single Audit Act of 1984, as amended in 1996, including, but not limited to, 42 USC Section 609(a)(7), 45 CFR Section 263.2, 45 CFR Section 286, 2 CFR Part 220, Subpart F, and other applicable regulations or regulatory provisions.

- Provide to the state a copy of their Single Audit Report required by the federal government (45 CFR Section 287.60(b) and .65) on an annual basis. As a result of audit findings or other issues of non-compliance, CDSS will request a copy of the audit report to identify resolutions taken by the grantee and take appropriate action.

- This meets purposes #1 - #4 of TANF.

- **The Work Incentive Nutritional Supplement (WINS) Program:** The WINS program provides a ten-dollar ($10) supplemental food assistance benefit to working families who are receiving Supplemental Nutrition Assistance Program (SNAP) benefits, called CalFresh in California, but not receiving CalWORKs cash assistance. Eligibility criteria for the WINS program include a net income of less than 100% of the FPL, at least one work-eligible individual who is working enough hours in subsidized or unsubsidized employment to meet TANF work requirements, and a child under age 18 in the household. The WINS benefit meets purpose #2 and #4 of TANF.  WINS is a TANF/MOE/Non-MOE state funded food supplement benefit.  WINS is not a cash payment. Two-parent cases, as well as Transitional CalFresh cases, are non-MOE funded.

- **CalWORKs Non-Custodial Parent (NCP) Services –** CalWORKs provides WTW services to non-custodial parents of aided children who wish to receive WTW services and engage in activities.  To be eligible for CalWORKs WTW employment services, the NCP must have established legal parentage for a child who is: 1) receiving aid in a CalWORKs Assistance Unit (AU); or 2) ineligible for aid (e.g., due to receipt of Supplemental Security Income/State Supplementary Payment [SSI/SSP]) and living with a parent or caretaker receiving CalWORKs assistance.  NCPs are treated the same as exempt volunteer participants for purposes of assignment of WTW activities and services.  NCP employment services are funded with non-maintenance-of-effort (non-MOE) State General Fund from the Single Allocation (SA) and they will not be included in the calculation of the TANF work participation rate (WPR).

- **The Approved Relative Caregiver (ARC) Funding Program:** Foster children/nonminor dependents (NMD) who are ineligible for federal foster care payments can receive ARC funding when living with an approved relative.

25

ACF 000312

ARC payments are equal to the basic amount paid for a federally eligible foster child.

*Funding*

Historically, because a non-federally eligible foster child/NMD living with an approved relative could not receive foster care payments, the relative could apply to receive CalWORKs assistance for the child.  Unlike foster care payments, typical CalWORKs grants are not a per-child payment but are based on the size of the family as a whole and are less than the foster care rate. The purpose of the ARC program is to increase the CalWORKs grant to be on par with the foster care rate.

Funding for ARC depends on whether the children are eligible for state CalWORKs (state funded only) or federal TANF (state/federally funded). Children or NMDs who are not eligible for federal foster care while placed with the approved relative caregiver are eligible for ARC.  ARC-eligible foster children/NMDs who are not eligible for federally funded TANF, are funded with state-only CalWORKs or SGF.  When designing and implementing the ARC program, attention was focused on ensuring there were no duplicate aid issues.

The determination of how an ARC case is funded is based on the status of the child at the time of removal. If a child was receiving CalWORKs (either state only funded or federal/TANF funded) at the time of removal, or; is eligible for CalWORKs (determined by information provided on the ARC 1 application form), the ARC payment for that child is met by a combination of the CalWORKs grant for an Assistance Unit of one (either state only funded or federal/TANF funded, depending on how the CalWORKs case was being funded  at the time of removal) plus a State General Fund amount that would make the payment equal to what the child would receive if eligible for the foster care rate.

If the child was not receiving CalWORKs or is no longer CalWORKs eligible, the ARC payment would consist solely of State General Funds.

*Application Process for ARC*

The ARC and CalWORKs Programs established a simplified CalWORKs application for relative foster children/NMDs placed with non-needy caretaker relatives.  The shortened application includes questions specific to the child/NMD only, and clearly identifies the family as a non-needy caretaker relative.  The simplified process improves access to CalWORKs and increases placement stability for this vulnerable population while they wait for approval or denial of foster care or ARC funding.

26

ACF 000313

*Additional Eligibility Criteria*

Other than being a foster child/NMD placed with an approved relative and who are not eligible for Federal or state foster care payments, additional eligibility conditions are based on the combined income and resources of the child.  The child may have up to $10,000 in combined income and resources to be eligible for ARC.  Additionally, the traditional Minimum Basic Standards of Adequate Care (MBSAC) rules are not used to determine initial eligibility and, the approved relative's income and assets are not used.

To the extent that services are not available from other sources, counties have the option to provide former recipients with job retention services, such as case management services and supportive services, in order to assist the individual in retaining employment.  These services can be provided for up to 12 months for former recipients who received assistance within the previous 12 months.  Recipients who leave assistance may be eligible for up to 12 months of transitional Medi-Cal and/or a minimum of 24 months of child care.

Timed out, Ineligible, and Long-Term Sanction-Cases: Non-MOE State General Fund (GF) outside of the federal TANF and state MOE funding structure is used to fund CalWORKs assistance, services, child care and administration costs for current work-eligible cases where (1) the adult in a single-parent family or both adults in a two-parent family has/have reached the 60-month CalWORKs limit for cash assistance (Safety Net cases), (2) the adult(s) is a fleeing felon, or (3) the adult(s) is in long-term sanction status of 12 or more months, and the adult(s) resides with an eligible child that continues to receive assistance.

All programs or activities claimed by the State for MOE purposes are outlined in this State TANF Program Plan and are in alignment with the MOE programs and activities reported in the State's ACF-204.

Applications for CalWORKs are made on a state-supplied application form that elicits the same information in every case.  Applications are processed promptly by Counties under a system of statewide regulations that ensure fair and humane treatment free of discrimination.

The following policies and principles are in state statutes and/or regulations and govern the delivery of public assistance:

- Assistance is to be administered promptly and humanely, with due regard to the preservation of family life and without discrimination on account of race, color, national origin, religion, political affiliation, sex, gender identity, sexual orientation, disability or marital status and age.

- Assistance is to be administered so as to encourage self-respect, self-reliance and the desire to be a good citizen useful to society.

27

- It is the responsibility of all who are concerned with the administration of assistance to do so with courtesy, consideration, and respect toward applicants and recipients and without attempting to elicit any unnecessary information.  Administrative duties should be performed in such a manner as to secure for every applicant and recipient the amount of assistance to which they are entitled under the law.

- The provisions of the law relating to public assistance are to be fairly and equitably construed.

- There are to be no questions, inquiry, or recommendation relating to the political or religious opinions or affiliations of an applicant or recipient.

Existing state law provides that applicants and recipients are guaranteed a state fair hearing before an administrative law judge.  Applicants and recipients have 90 days to request a state hearing if they disagree with an action taken by the County Welfare Department.  Applicants and recipients can request such a hearing by calling a toll-free number in Sacramento, emailing a request to SHDCSU@DSS.ca.gov, filing online or by facsimile, or by delivering a written request with the county. For more information, go to CDSS' state hearings request webpage.

Hearing procedures are publicized on the State agency website and the hearing regulations are available on-line. The procedures provide for a face-to-face hearing, and a hearing by telephone or videoconference when the applicant or recipient agrees.

Every applicant or recipient is informed in writing at the time of application and at the time of any action affecting their claim of the right to a hearing, the method by which to obtain a hearing; and that they may be represented by an authorized representative, such as legal counsel, relative, friend, or other spokesperson, or they may represent themself.

CalWORKs provides a grievance procedure for regular employees and their representatives to resolve complaints of displacement by WTW participants. However, any existing grievance procedure that is part of a collective bargaining agreement will be used in lieu of the state's grievance process.

In addition, counties are required to notify the appropriate labor union of the assignment of WTW participants to a worksite covered by a collective bargaining agreement.  Posters informing employees of the displacement grievance process are to be posted at non-union work sites in which WTW participants are placed. The state's grievance process consists of an informal procedure that may be followed with a formal hearing conducted by the State Hearings Division of the California Department of Social Services, if the informal procedure fails to resolve the complaint.

28

Complaints of displacement are to be made in writing and filed with the county.

The county is responsible for the informal resolution process and notifying the complainant in writing of any offer made by an employer to informally resolve the complaint, the right to request a formal hearing, and the process for filing a request for a formal hearing.

iv.    **Indicate whether the state intends to assist individuals to train for, seek, and maintain employment providing direct care in a long-term care facility or in other occupations related to elder care for which the state identifies an unmet need.**

California intends to assist CalWORKs recipients to train for, seek, and maintain employment in the health care industry.  This includes, but is not limited to, training for the provision of direct care in a long-term care facility and other occupations related to elder care.  Such training may be provided as part of an individual's WTW plan, in accordance with Section (A). (ii)., based on an assessment of the individual's skills and abilities and based on labor market need in the local community.

Counties will coordinate and collaborate with other agencies, such as the Department of Education, the Employment Development Department, American Job Centers, and local Workforce Development Boards, as well as local health care providers, to put clients in programs with training that lead to certifications and licenses that will allow the client to be employed in various healthcare occupations, including at long-term care facilities and in the elder care field.

These trainings will occur at community colleges, Regional Occupational Programs, adult vocational schools, private career colleges, the American Red Cross, local hospitals, county health departments, and other training providers. For example, some CalWORKs participants are in an "Earn-As-You Learn" program that is offered directly through local long-term care facilities.  Some counties provide mentors, internships, and job placements services.

v.    **Outline how the state intends to meet requirements specified in the Middle-Class Tax Relief and Job Creation Act of 2012, the Welfare Integrity and Data Improvement Act, which requires all states to maintain policies and practices as necessary to prevent TANF assistance from being used in any electronic benefit transfer transaction in (1) liquor stores; (2) casinos, gambling casinos, or gaming establishments; and (3) adult-oriented entertainment establishments.  States must report to Health and Human Services the steps they have taken to implement such policies and practices by February 22, 2014.**

Executive Order (EO) S-09-10, issued June 24, 2010, directed CDSS, in part, to take all necessary steps to ensure that CalWORKs recipients may not access

29

ACF 000316

state-provided cash benefits from automated teller machines (ATMs) in gambling establishments.

Subsequent to the signing of EO S-09-10, California implemented policies and procedures to prevent access to cash assistance benefits via ATMs located in fourteen different business categories as per the statute.  These categories include casinos, liquor stores, retail establishments which provide adult-oriented entertainment, bail bonds, bingo halls, cruise ships, smoke shops, cannabis shops, ammunition stores, night clubs/saloons/taverns, psychic reader, racetracks, spa/massage salons and tattoo/piercing shops.  Additionally, the state has worked with third party processors (TPPs) and the California Department of Justice (Bureau of Gambling Control) to ensure that deactivations occurred at casinos located on Indian reservations. The state has worked with FNS to permit access in FNS-authorized establishments because SNAP and TANF benefits are issued on the same EBT card.

In addition to the deactivation processes, the state implemented other efforts to inform EBT cardholders about restricted locations and the intended purpose of their cash assistance benefits.  A letter was mailed to all EBT cardholders (in ten languages) in January 2011, informing cardholders of the types of establishments where ATM and point-of-sale (POS) deactivation would occur.  The EBT Client website was also revised to include a message about restricted locations.

The CalWORKs Rights and Responsibilities (SAWS 2A SAR) form was revised to require recipients to sign an acknowledgement that CalWORKs benefits are intended to help meet the basic needs of the family, i.e., shelter, food, and clothing.

California implemented a new POS and ATM deactivation procedure that resulted in over 17,000 POS devices and ATMs being deactivated from processing EBT transactions at inappropriate locations from January 2014 to present.

California reviews its counties' cash access plans to ensure that the areas affected by the EO mandate continue to have adequate access points for cash assistance recipients.  Moreover, California on a regular basis continues to monitor establishments and remove access to those businesses that meet the criteria for removal.

The state ensures that recipients of assistance have access to their benefits with minimal fees or charges.  Here are some ways that recipients are provided information about surcharge free access to their cash benefits:

- Recipients can access surcharge free information on the EBT client website at www.ebt.ca.gov.

30

ACF 000317

- The EBT card sleeve has been redesigned to state, "To find a free ATM location, visit the California EBT Client Website at www.ebt.ca.gov."

- The EBT card mailer, which arrives with every new EBT card, has been redesigned to assist cardholders in finding surcharge free ATMs, including stating, "To find a complete list of free ATMs, go to the California EBT Client Website at www.ebt.ca.gov, or contact your county worker." The definition of "surcharge" also is listed on the new EBT card mailer.

- Counties are encouraged to provide surcharge-free information to cash assistance recipients and post this information in their county offices.

The State of California works with Fidelity Information Systems (FIS) to ensure that ATM and POS deactivation does not prohibit cash-assistance recipients in the state from being able to access their benefits at locations near their homes, and where possible, without paying a surcharge fee.

31

ACF 000318



330 C Street, S.W., Washington, DC 20201   www.acf.hhs.gov

July 18, 2024

Ms. Kim Johnson
Director
California Department of Social Services
744 P Street, MS 17-08
Sacramento, CA 95814

Dear Ms. Johnson:

In accordance with section 402(a) of the Social Security Act, California must periodically renew its Temporary Assistance for Needy Families (TANF) program plan to continue to be eligible to receive federal funds under the TANF program.  This renewal process requires the state to submit a TANF plan that contains all of the required elements listed in section 402 of the Social Security Act, including the certifications specified under sections 402(a)(2)-(8).  I am pleased to inform you that, as of October 1, 2022, California continues to qualify as an eligible state under the TANF program.  Accordingly, California is entitled to an annual state family assistance grant of $3,634,115,206, subject to the availability of funds.

Under section 402 of the Social Security Act, the Secretary of Health and Human Services has authority to determine completeness of a state's TANF plan but lacks the authority to approve or disapprove a plan.  Therefore, the determination of completeness should not be construed as an approval of any particular activity, or as a determination that any particular expenditure is an allowable use of federal TANF or state maintenance-of-effort funds.

If you have any questions about the information in this letter, please contact Ms. Julie Fong, the TANF Program Manager for Region IX, at 415-437-7579.

Sincerely,

Julie L.
Siegel -S

Digitally signed by
Julie L. Siegel -S
Date: 2024.07.18
16:14:56 -04'00'

Julie L. Siegel
Director
Division of State TANF Policy

ACF 000319

FFY 2025-2027 CCDF Plan for States and Territories

**Appendix 1: Lead Agency Implementation Plan**

**COVER SHEET**

**CALIFORNIA**

Appendix 1 reflects non-compliances as of October 1, 2024. The Office of Child Care has not made compliance decisions for the following pending items in California's Appendix to their FFY 2025-2027 CCDF Plan. Therefore, the absence of a non-compliant finding in this Appendix for the CCDF requirement at 98.45(a), 98.45(c)(2), and 98.45(f) related to Equal Access and Consumer Education does not indicate the Lead Agency is in compliance with this CCDF requirement.

- Since California was provided additional timeline flexibility to complete the data collection, analyses, and detailed report for a pre-approved alternative methodology, the OCC will not issue compliance decisions on the following Equal Access and Consumer Education elements until after July 1, 2025:
  4.2.1, 4.2.2a-e, 4.2.3, 4.3.2a-b, and 4.3.4a-e

ACF 000320

OMB Control No: 0970-0114

Expiration date: 03/31/2027

THE PAPERWORK REDUCTION ACT OF 1995 (Pub. L. 104–13)

The purpose of this information collection is the application for CCDF funds and provides ACF and the public with a description of, and assurance about, the States' and Territories' child care programs. Public reporting burden for this collection of information is estimated to average 150 hours per response, including the time for reviewing instructions, gathering, and maintaining the data needed, and completing the form. This is a mandatory collection of information (Pub. L. 113–186), and 42 U.S.C. 9858.

An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information subject to the requirements of the Paperwork Reduction Act of 1995, unless it displays a currently valid OMB control number. The OMB # is 0970-0114 and the expiration date is 03/31/2027. If you have any comments on this collection of information, please contact ACF's Office of Child Care.



**Appendix 1: Lead Agency Implementation Plan**
**for**
**State/Territory California**
**FFY 2025 – 2027**
**Version: Initial Plan**
**Plan Status:  Approved as of 2024-11-09 00:34:15 GMT**

For each non-compliance, Lead Agencies must describe the following:

- Action Steps: List the action steps needed to correct the finding (e.g., update policy manual, legislative approval, IT system changes, etc.). For each action step list the:
  o   Expected Completion Date: List the expected completion date for the action step.
- Overall Target Date for Compliance: List date Lead Agency anticipates completing implementation, achieving full compliance with all aspects of the findings. (Note: Compliance will not be determined until the FFY 2025-2027 CCDF Plan is amended and approved).

ACF 000321

ELIGIBILITY AND ENROLLMENT:CONTINUITY OF CARE (12-MONTH ELIGIBILITY)

Reason(s) for non-compliance:

• The Lead Agency does not always provide a minimum 12-month eligibility period for each child, as required by 98.21(a)(1). (Plan Question 2.5.2a)
• The Lead Agency does not appropriately allow families the option to reinstate the full authorized level of service within the 12-month eligibility period, as required by 98.21(h)(4)(ii). (Plan Question 2.5.4)

Overall Target Completion Date:

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | | |

ELIGIBILITY AND ENROLLMENT:PRIORITIZATION OF POPULATIONS

Reason(s) for non-compliance:

• The Lead Agency does not have a grace period for children who are in foster care or children experiencing homelessness to receive CCDF assistance in license-exempt centers, license-exempt family child care providers or license-exempt in-home providers while providing their families with a reasonable time to take any necessary actions to comply with immunizations and other health and safety requirements, as required by 94.41(a)(1)(i)(C). (Plan Question 2.3.3bi)

Overall Target Completion Date:

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | | |

EQUAL ACCESS:AFFORDABILITY

ACF 000322

Reason(s) for non-compliance:

   • The Lead Agency does not provide data on the extent to which CCDF providers charge families additional amounts above the required co-payments (including data on the size and frequency of such amounts), as required by 98.45(b)(5). (Plan Question 3.1.2eii)

Overall Target Completion Date:

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | | |

## EQUAL ACCESS:PAYMENT PRACTICES

Reason(s) for non-compliance:

   • The Lead Agency does not pay all provider types prospectively or alternatively does not demonstrate that it is not a generally-accepted practice for each provider type, as required by 98.45(m)(1). (Plan Question 4.4.1a). Please note the Lead Agency has an approved waiver for this requirement through August 1, 2026.

Overall Target Completion Date:

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | | |

## HEALTH AND SAFETY:ADMINISTRATION OF MEDICATION

Reason(s) for non-compliance:

   • The Lead Agency has not established a standard for the administration of medication consistent with standards for parental consent for licensed family child care homes, license-exempt centers, license-exempt family child care homes, or license-exempt in-home care, as required by 98.41(a)(1)(iii). (Plan Questions 5.3.3aii, 5.3.3aiv, 5.3.3av,

ACF 000323

5.3.3avi, 5.3.3bii, 5.3.3biv, 5.3.3bv, and 5.3.3bvi)
• The Lead Agency does not require pre-service or orientation training on administration of medication consistent with standards for parental consent for licensed centers, licensed family child care homes, license-exempt centers, license-exempt family child care homes, or license-exempt in-home providers, as required by 98.44(b)(1)(i). (Plan Question 5.4.1c)
• The Lead Agency does not require an annual unannounced inspection for licensed centers or licensed family child care providers, or an annual inspection for license-exempt centers or license-exempt family child care providers for compliance with a standard for administration of medication consistent with standards for parental consent and with related pre-service or orientation training requirements, as required by 98.42(b)(2)(i)(B) and 98.42(b)(2)(ii). (Plan Questions 5.5.1aii, 5.5.1bii, 5.5.2ai, and 5.5.2bi)

Overall Target Completion Date:

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | | |

## HEALTH AND SAFETY:BUILDING AND PHYSICAL PREMISES SAFETY

Reason(s) for non-compliance:

• The Lead Agency has not established a standard for building and physical premises safety, including the identification of and protection from hazards, bodies of water, and vehicular traffic for license-exempt centers, license-exempt family child care homes, or license-exempt in-home care, as required by 98.41(a)(1)(v). (Plan Questions 5.3.5aiv, 5.3.5av, 5.3.5avi, 5.3.5biv, 5.3.5bv, 5.3.5bvi, 5.3.5civ, 5.3.5cv, and 5.3.5cvi)
• The Lead Agency standard for building and physical premises safety does not include the identification of and protection from vehicular traffic for licensed centers and licensed family child care homes, as required by 98.41(a)(1)(v). (Plan Questions 5.3.5ci and 5.3.5cii)
• The Lead Agency does not require pre-service or orientation training on building and physical premises safety, including identification of and protection from hazards, bodies of water and vehicular traffic for licensed centers, licensed family child care homes, license-exempt centers, license-exempt family child care homes, or license-exempt in-home providers, as required by 98.44(b)(1)(i). (Plan Question 5.4.1e)
• The Lead Agency does not require an unannounced annual inspection for licensed centers or licensed family child care providers or an annual inspection for license-exempt centers or license-exempt family child care providers for compliance with a standard for building and physical premises safety, including the identification of and

protection from hazards, bodies of water, and vehicular traffic, and with related pre-service or orientation training requirements, as required by 98.42(b)(2)(i)(B) and 98.42(b)(2)(ii). (Plan Questions 5.5.1aii, 5.5.1bii, 5.5.2ai, and 5.5.2bi)

Overall Target Completion Date:

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | | |

## HEALTH AND SAFETY:FIRE STANDARDS

Reason(s) for non-compliance:

• The Lead Agency does not require an annual unannounced inspection for licensed centers or licensed family child care providers, or an annual inspection for license-exempt centers and license-exempt family child care providers for compliance with fire standards, as required by 98.42(b)(2)(i)(B) and 98.42(b)(2)(ii). (Plan Questions 5.5.1aii, 5.5.1bii, 5.5.2ai, and 5.5.2bi)

Overall Target Completion Date:

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | | |

## HEALTH AND SAFETY:INSPECTION OF IN-HOME CARE

Reason(s) for non-compliance:

• The Lead Agency does not conduct annual monitoring of license exempt in-home providers, as required by 98.42(b)(2)(iv)(B). (Plan Question 5.5.3a)

Overall Target Completion Date:

ACF 000325

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | | |

## HEALTH AND SAFETY:CHILD DEVELOPMENT

Reason(s) for non-compliance:

• The Lead Agency does not require pre-service or orientation training on child development for licensed centers, licensed family child care homes, license-exempt centers, license-exempt family child care homes, or license-exempt in-home providers, as required by 98.44(b)(1)(iii). (Plan Question 5.4.1l)
• The Lead Agency does not require an unannounced annual inspection for licensed centers or licensed family child care providers or an annual inspection for license-exempt centers or license-exempt family child care providers for compliance with pre-service or orientation training requirements related to child development, as required by 98.42(b)(2)(i)(B) and 98.42(b)(2)(ii). (Plan Questions 5.5.1aii, 5.5.1bii, 5.5.2ai, and 5.5.2bi)

Overall Target Completion Date:

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | | |

## HEALTH AND SAFETY:EMERGENCY PREPAREDNESS AND RESPONSE PLANNING

Reason(s) for non-compliance:

• The Lead Agency has not established a standard for emergency preparedness and response planning for license-exempt centers, license-exempt family child care homes, or license-exempt in-home care, and the standard for licensed centers and licensed family child care providers does not include all required sub-components, as required 98.41(a)(1)(vii). (Plan Questions 5.3.7i-x)
• The Lead Agency does not require pre-service or orientation training on emergency preparedness and response planning for licensed centers, licensed family child care homes, license-exempt centers, license-exempt family child care homes, or license-exempt in-home providers, as required by 98.44(b)(1)(i). (Plan Question 5.4.1g)

ACF 000326

• The Lead Agency does not require an annual unannounced inspection for licensed centers or licensed family child care providers or an annual inspection for license-exempt centers or license-exempt family child care providers for compliance with a standard for emergency preparedness and response planning and with related pre-service or orientation training requirements, as required by 98.42(b)(2)(i)(B) and 98.42(b)(2)(ii). (Plan Questions 5.5.1aii, 5.5.1bii, 5.5.2ai, and 5.5.2bi)

Overall Target Completion Date:

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | | |

## HEALTH AND SAFETY:HANDLING AND STORAGE OF HAZARDOUS MATERIALS AND DISPOSAL OF BIOCONTAMINANTS

Reason(s) for non-compliance:

• The Lead Agency has not established a standard for the handling and storage of hazardous materials or the appropriate disposal of biocontaminants for license-exempt centers, license-exempt family child care homes, or license-exempt in-home care, as required by 98.41(a)(1)(viii). (Plan Questions 5.3.8aiv, 5.3.8av, 5.3.8avi, 5.3.8biv, 5.3.8bv, and 5.3.8bvi)
• The Lead Agency does not require pre-service or orientation training on handling and storage of hazardous materials and disposal of biocontaminants for licensed centers, licensed family child care homes, license-exempt centers, license-exempt family child care homes, or license-exempt in-home providers, as required by 98.44(b)(1)(i). (Plan Question 5.4.1h)
• The Lead Agency does not require an unannounced annual inspection for licensed centers or licensed family child care providers, or an annual inspection for license-exempt centers or license-exempt family child care providers for compliance with a standard for handling and storage of hazardous materials and disposal of biocontaminants and with related pre-service or orientation training requirements, as required by 98.42(b)(2)(i)(B) and 98.42(b)(2)(ii). (Plan Questions 5.5.1aii, 5.5.1bii, 5.5.2ai, and 5.5.2bi)

Overall Target Completion Date:

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|

ACF 000327

| 1 | | |
|---|---|---|

## HEALTH AND SAFETY:RELATIVE EXEMPTIONS

Reason(s) for non-compliance:

• The Lead Agency does not limit exemptions of health and safety requirements to allowable relatives, as required by 98.43(a)(2) and 98.42(c). (Plan Question 5.8.1)

Overall Target Completion Date:

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | | |

## COMPREHENSIVE BACKGROUND CHECK:5 YEAR RENEWAL

Reason(s) for non-compliance:

• The Lead Agency does not conduct all background checks every 5 years, as required by 98.43(d)(2)(ii). (Plan Question 5.7.17)

Overall Target Completion Date:

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | | |

## COMPREHENSIVE BACKGROUND CHECK:NATIONAL FINGERPRINT

Reason(s) for non-compliance:

ACF 000328

• The Lead Agency does not require and conduct FBI criminal history background checks with fingerprints for all child care staff members under age 18 (including prospective staff members), as required by 98.43(b)(1), 98.42(b)(2)(i)(B), and 98.43(a). (Plan Questions 5.7.2a and 5.7.2b)

Overall Target Completion Date:

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | | |

## COMPREHENSIVE BACKGROUND CHECK:PRE-SERVICE CHECK REQUIREMENTS (PROVISIONAL HIRE)

Reason(s) for non-compliance:

• The Lead Agency does not require a qualifying result from an FBI criminal background check or an in-state criminal background check with fingerprints before a prospective staff member under 18 begins work, as required by 98.43(d)(4). (Plan Questions 5.7.12a and 5.7.12b)

Overall Target Completion Date:

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | | |

## HEALTH AND SAFETY:IDENTIFICATION AND REPORTING OF CHILD ABUSE

Reason(s) for non-compliance:

• The Lead Agency has not established a standard for the identification and reporting of child abuse and neglect for licensed centers, licensed family child care homes, license-exempt centers, license-exempt family child care homes, or license-exempt in-home care, as required by 98.41(a)(1)(xi). (Plan Questions 5.3.11ai, 5.3.11aii, 5.3.11aiv, 5.3.11av, 5.3.11avi, 5.3.11biv, 5.3.11bv, and 5.3.11bvi)

ACF 000329

• The Lead Agency does not require pre-service or orientation training on child abuse and neglect recognition and reporting for licensed centers, licensed family child care homes, license-exempt centers, license-exempt family child care homes, or license-exempt in-home providers, as required by 98.44(b)(1)(i). (Plan Question 5.4.1k)

• The Lead Agency does not require an annual annual inspection for licensed centers or licensed family child care providers, or an annual inspection for license-exempt centers or license-exempt family child care providers for compliance with a standard for identification and reporting of child abuse and with related pre-service or orientation training requirements, as required by 98.42(b)(2)(i)(B) and 98.42(b)(2)(ii). (Plan Questions 5.5.1aii, 5.5.1bii, 5.5.2ai, and 5.5.2bi)

Overall Target Completion Date:

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | | |

## HEALTH AND SAFETY:POSTING INSPECTION REPORTS

Reason(s) for non-compliance:

• The Lead Agency does not post full monitoring and inspection reports that include all areas of compliance and non-compliance for licensed centers, licensed family child care providers, license-exempt centers, license-exempt family child care providers, or license-exempt in-home providers as required by 98.33(a)(4)(ii). (Plan Question 5.5.4a). Please note the Lead Agency has an approved waiver for portions of this requirement through August 1, 2026.

Overall Target Completion Date:

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | | |

## HEALTH AND SAFETY:ONGOING TRAINING

Reason(s) for non-compliance:

ACF 000330

• The Lead Agency does not have requirements for ongoing training on health and safety standards for licensed centers, licensed family child care homes, license-exempt centers, license-exempt family child care homes, or license-exempt in-home care, as required by 98.44(b)(2)(i). (Plan Questions 5.6.1a, 5.6.1b, 5.6.1c, 5.6.1d, and 5.6.1f)
• The Lead Agency does not require an annual unannounced inspection for licensed centers or licensed family child care providers, or an annual inspection for license-exempt centers or license-exempt family child care providers for compliance with ongoing training requirements, as required by 98.42(b)(2)(ii) and 98.42(b)(2)(i)(B). (Plan Question 5.5.1aii, 5.5.1bii, 5.5.2ai, and 5.5.2bi)

Overall Target Completion Date:

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | | |

HEALTH AND SAFETY:PEDIATRIC FIRST AID AND PEDIATRIC CPR

Reason(s) for non-compliance:

• The Lead Agency does not have a standard for pediatric first aid or pediatric CPR for all staff in licensed centers, licensed family child care homes, license-exempt centers, license-exempt family child care homes, or license-exempt in-home care, as required by 98.41(a)(1)(x). (Plan Questions 5.3.10ai, 5.3.10aii, 5.3.10aiv, 5.3.10av, 5.3.10avi, 5.3.10bi, 5.3.10bii, 5.3.10biv, 5.3.10bv, 5.3.10bvi)
• The Lead Agency does not require pre-service or orientation training on pediatric first aid and pediatric CPR for licensed centers, licensed family child care homes, license-exempt centers, license-exempt family child care homes, or license-exempt in-home providers, as required by 98.44(b)(1)(i). (Plan Question 5.4.1j)
• The Lead Agency does not require an unannounced annual inspection for licensed centers or licensed family child care providers, or an annual inspection for license-exempt centers or license-exempt family child care providers for compliance with a standard for pediatric first aid and pediatric CPR and with related pre-service or orientation training requirements, as required by 98.42(b)(2)(i)(B) and 98.42(b)(2)(ii). (Plan Questions 5.5.1aii, 5.5.1bii, 5.5.2ai, and 5.5.2bi)

Overall Target Completion Date:

ACF 000331

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | | |

## HEALTH AND SAFETY:PRECAUTIONS IN TRANSPORTING CHILDREN

Reason(s) for non-compliance:

• The Lead Agency has not established a standard for precautions in transporting children for license-exempt centers, license-exempt family child care homes, or license-exempt in-home care, as required by 98.41(a)(1)(ix). (Plan Questions 5.3.9iv, 5.3.9v, and 5.3.9vi)
• The Lead Agency does not require pre-service or orientation training on precautions in transporting children for licensed centers, licensed family child-care homes, license-exempt centers, license-exempt family child care homes, or license-exempt in-home providers, as required by 98.44(b)(1)(i). (Plan Question 5.4.1i)
• The Lead Agency does not require an annual unannounced inspection for licensed centers or licensed family child care providers, or an annual inspection for license-exempt centers or license-exempt family child care providers for compliance with a standard for precautions in transporting children and with related pre-service or orientation training requirements, as required by 98.42(b)(2)(i)(B) and 98.42(b)(2)(ii). (Plan Questions 5.5.1aii, 5.5.1bii, 5.5.2ai, and 5.5.2bi)

Overall Target Completion Date:

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | | |

## HEALTH AND SAFETY:PREVENTION AND CONTROL OF INFECTIOUS DISEASES

Reason(s) for non-compliance:

• The Lead Agency has not established a standard for the prevention and control of infectious diseases (including immunizations) for all licensed-exempt centers, license-exempt family child care homes, or license-exempt in-home care, as required by 98.41(a)(1)(i). (Plan Questions 5.3.1aiv, 5.3.1av, 5.3.1avi, 5.3.1biv, 5.3.1bv, and 5.3.1bvi)

• The Lead Agency does not require pre-service or orientation training on prevention and control of infectious diseases (including immunizations) for licensed centers, licensed family child care homes, license-exempt centers, license-exempt family child care homes, or license-exempt in-home providers, as required by 98.44(b)(1)(i). (Plan Question 5.4.1a)

• The Lead Agency does not require an unannounced annual inspection for licensed centers or licensed family child care providers, or an annual inspection for license-exempt centers or license-exempt family child care providers for compliance with a standard for prevention and control of infectious diseases (including immunizations) and with related pre-service or orientation training requirements, as required by 98.42(b)(2)(i)(B) and 98.42(b)(2)(ii). (Plan Questions 5.5.1aii, 5.5.1bii, 5.5.2ai and 5.5.2bi)

Overall Target Completion Date:

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | | |

## COMPREHENSIVE BACKGROUND CHECK:IN-STATE

Reason(s) for non-compliance:

• The Lead Agency does not require and conduct in-state criminal history background checks with fingerprint, in-state sex offender registry checks, or in-state child abuse and neglect registry checks for all child care staff members under age 18 (including prospective staff members), as required by 98.43(b)(3)(i), 98.43(b)(3)(ii), 98.43(b)(3)(iii), 98.42(b)(2)(i)(B), and 98.43(a). (Plan Questions 5.7.1a, 5.7.1b, 5.7.4a, 5.7.4b, 5.7.5a, and 5.7.5b)

Overall Target Completion Date:

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | | |

ACF 000333

HEALTH AND SAFETY:PREVENTION AND RESPONSE TO EMERGENCIES FROM FOOD AND ALLERGIC REACTIONS

Reason(s) for non-compliance:

• The Lead Agency has not established a standard for the response to emergencies due to food and allergic reactions for licensed centers, or for the prevention and response of emergencies due to food and allergic reactions for licensed family child care homes, license-exempt centers, license-exempt family child care homes, or license-exempt in-home care, as required by 98.41(a)(1)(iv). (Plan Questions 5.3.4aii, 5.3.4aiv, 5.3.4av, 5.3.4avi, 5.3.4bi, 5.3.4bii, 5.3.4biv, 5.3.4bv, and 5.3.4bvi)
• The Lead Agency does not require pre-service or orientation training on the prevention and response to emergencies from food and allergic reactions for licensed centers, licensed family child care homes, license-exempt centers, license-exempt family child care homes, or license-exempt in-home providers, as required by 98.44(b)(1)(i). (Plan Question 5.4.1d)
• The Lead Agency does not require an annual unannounced inspection for licensed centers or licensed family child care providers, or an annual inspection for license-exempt centers or license-exempt family child care providers for compliance with a standard for the prevention and response to emergencies from food and allergic reactions and with related pre-service or orientation training requirements, as required by 98.42(b)(2)(ii) and 98.42(b)(2)(i)(B). (Plan Questions 5.5.1aii, 5.5.1bii, 5.5.2ai, and 5.5.2bi)

Overall Target Completion Date:

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | | |

HEALTH AND SAFETY:PREVENTION OF SHAKEN BABY SYNDROME, ABUSIVE HEAD TRAUMA, AND CHILD MALTREATMENT

Reason(s) for non-compliance:

• The Lead Agency has not established a standard for the prevention of shaken baby syndrome and abusive head trauma for licensed centers, licensed family child care homes, license-exempt centers, license-exempt family child care homes, or license-exempt in-home care and has not established a standard for the prevention of child maltreatment for license-exempt centers, license-exempt family child care homes, or license-exempt in-home care, as required by 98.41(a)(1)(vi). (Plan Questions 5.3.6ai,

ACF 000334

5.3.6aii, 5.3.6aiv, 5.3.6av, 5.3.6avi, 5.3.6biv, 5.3.6bv, and 5.3.6bvi)
• The Lead Agency does not require pre-service or orientation training on prevention of shaken baby syndrome, abusive head trauma, and child maltreatment for licensed centers, licensed family child care homes, license-exempt centers, license-exempt family child care homes, or license-exempt in-home providers, as required by 98.44(b)(1)(i). (Plan Question 5.4.1f)
• The Lead Agency does not require an unannounced annual inspection for licensed centers or licensed family child care providers, or an annual inspection for license-exempt centers or license-exempt family child care providers for compliance with a standard for the prevention of shaken baby syndrome, abusive head trauma, and child maltreatment and with related pre-service or orientation training requirements, as required by 98.42(b)(2)(i)(B) and 98.42(b)(2)(ii). (Plan Questions 5.5.1aii, 5.5.1bii, 5.5.2ai, and 5.5.2bi)

Overall Target Completion Date:

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | | |

## HEALTH AND SAFETY:RATIOS AND GROUP SIZE FOR CCDF PROVIDERS

Reason(s) for non-compliance:

• The Lead Agency has not established a group size for infants, toddlers, preschoolers, school-age children, or mixed age groups in licensed centers, as required by 98.41(d)(1). (Plan Questions 5.2.2ai, 5.2.2.aii, 5.2.2aiii, 5.2.2aiv, and 5.2.2av)
• The Lead Agency has not established a ratio or group size for infants, toddlers, preschoolers, school-age children, or mixed age groups in license-exempt centers or license-exempt family child care providers, as required by 98.41(d)(1) and 98.41(d)(2). (Plan Questions 5.2.2bi, 5.2.2bii, 5.2.2biii, 5.2.2biv, 5.2.2bv, and 5.2.2d)
• The Lead Agency does not require an annual unannounced inspection for licensed centers or licensed family child care providers, or an annual inspection for license-exempt centers or license-exempt family child care providers for compliance with standards for group size or child-staff ratios, as required by 98.42(b)(2)(ii) and 98.42(b)(2)(i)(B). (Plan Questions 5.5.1aii, 5.5.1bii, 5.5.2aii, and 5.5.2bii)

Overall Target Completion Date:

ACF 000335

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | | |

## QUALITY IMPROVEMENT AND SUPPORT FOR CHILD CARE WORKFORCE:PROFESSIONAL DEVELOPMENT

Reason(s) for non-compliance:

• The Lead Agency does not have an annual requirement for a minimum number of hours of ongoing professional development for licensed centers, licensed family child care homes, license-exempt child care centers, license-exempt family child care homes, or license-exempt in-home providers, as required by 98.44(b)(2). (Plan Questions 6.3.1a, 6.3.1b, 6.3.1c, 6.3.1d, and 6.3.1f)

Overall Target Completion Date:

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | | |

## HEALTH AND SAFETY:SUDDEN INFANT DEATH SYNDROME AND SAFE SLEEP

Reason(s) for non-compliance:

• The Lead Agency has not established a standard for the prevention of sudden infant death syndrome and use of safe sleep practices for license-exempt centers, license-exempt family child care homes, or license-exempt in-home care, as required by 98.41(a)(1)(ii). (Plan Questions 5.3.2iv, 5.3.2v, and 5.3.2vi)
• The Lead Agency does not require pre-service or orientation training on prevention of sudden infant death syndrome and use of safe sleep practices for licensed centers, licensed family child care homes, license-exempt centers, license-exempt family child care homes, or license-exempt in-home providers, as required by 98.44(b)(1)(i). (Plan Question 5.4.1b)
• The Lead Agency does not require an annual unannounced inspection for licensed centers or licensed family child care providers, or an annual inspection for license-exempt centers or license-exempt family child care providers for compliance with a standard for sudden infant death syndrome and safe sleep practices and with related

ACF 000336

pre-service and orientation training requirements, as required by 98.42(b)(2)(ii) and 98.42(b)(2)(i)(B). (Plan Questions 5.5.1aii, 5.5.1bii, 5.5.2ai, and 5.5.2bi)

Overall Target Completion Date:

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | | |

## COMPREHENSIVE BACKGROUND CHECK:BACKGROUND CHECK PROCESSES

Reason(s) for non-compliance:

• The Lead Agency does not provide the affected child care staff member with clear instructions about how to complete the appeals process, as required by 98.43(e)(3)(ii). (Plan Question 5.7.11ii)
• The Lead Agency does not ensure background checks are completed within 45 days of the request, as required by 98.43(e)(1). (Plan Question 5.7.13a)
• The Lead Agency does not provide enough information on how to determine the State policies and procedures for responding to interstate criminal history, Sex Offender Registry, and Child Abuse and Neglect Registry background check requests from another state, as required by 98.43(a)(1)(iii). (Plan Question 5.7.14b)
• The Lead Agency does not post all the required information related to the interstate criminal background check or the interstate Child Abuse and Neglect Registry check on the consumer education website, as required by 98.33(a)(1)(iii) and 98.43(g). (Plan Questions 5.7.15b and 5.7.15d)
• The Lead Agency does not conduct background checks when a provider is separated from employment for more than 180 consecutive days, as required by 98.43(d)(3)(iii). (Plan Question 5.7.17)

Overall Target Completion Date:

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | | |

## COMPREHENSIVE BACKGROUND CHECK:INTER-STATE

ACF 000337

Reason(s) for non-compliance:

• The Lead Agency does not require and conduct interstate criminal history background checks for all staff members (or prospective staff members) who resided in other state(s) in the past 5 years, as required by 98.43(b)(3)(i)(B), 98.42(b)(2)(i)(B), and 98.43(a). (Plan Questions 5.7.6a and 5.7.6b)
• The Lead Agency does not require and conduct interstate criminal history background checks for all individuals age 18 or older who reside in a family child care home and resided in other state(s) in the past 5 years, as required by 98.43(b)(3)(i)(B), 98.42(b)(2)(i)(B), and 98.43(a). (Plan Question 5.7.6c)
• The Lead Agency does not require and conduct interstate sex offender registry checks for all staff members (or prospective staff members) who resided in other state(s) in the past 5 years, as required by 98.43(b)(3)(ii), 98.42(b)(2)(i)(B), and 98.43(a). (Plan Questions 5.7.7a and 5.7.7b)
• The Lead Agency does not require and conduct interstate sex offender registry checks for all individuals age 18 or older who reside in a family child care home and resided in other state(s) in the past 5 years, as required by 98.43(b)(3)(ii), 98.42(b)(2)(i)(B), and 98.43(a). (Plan Question 5.7.7c)
• The Lead Agency does not require and conduct interstate CAN registry checks for all staff members (or prospective staff members) who resided in other state(s) in the past 5 years, as required by 98.43(b)(3)(iii), 98.42(b)(2)(i)(B), and 98.43(a). (Plan Questions 5.7.8a and 5.7.8b)
• The Lead Agency does not require and conduct the interstate CAN registry checks for all individuals age 18 or older who reside in a family child care home and resided in other state(s) in the past 5 years, as required by 98.43(b)(3)(iii), 98.42(b)(2)(i)(B), and 98.43(a).

Overall Target Completion Date:

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | | |

COMPREHENSIVE BACKGROUND CHECK:NATIONAL NAME-BASED

Reason(s) for non-compliance:

• The Lead Agency does not require and conduct NCIC NSOR name-based background checks for all child care staff members (including prospective staff members), as required by 98.43(b)(2), 98.42(b)(2)(i)(B), and 98.43(a). (Plan Questions 5.7.3a and 5.7.3b)

ACF 000338

• The Lead Agency does not require and conduct NCIC NSOR name-based checks for all individuals age 18 or older who reside in a family child care home, as required by 98.43(b)(2), 98.42(b)(2)(i)(B), and 98.43(a). (Plan Question 5.7.3c)

Overall Target Completion Date:

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | | |

## CONSUMER EDUCATION:WEBSITE AND RESOURCES FOR PARENTS

Reason(s) for non-compliance:

• The Lead Agency parent complaint process does not establish or designate a hotline or similar reporting process for parents to submit complaints about child care providers, does not demonstrate a process of how complaints are substantiated and responded to, does not maintain a record of substantiated parental complaints for all providers and does not demonstrate how information regarding parental complaints is made available to the public on request, as required by 98.32. (Plan Questions 9.1.1a, 9.1.1d, 9.1.1e, and 9.1.1f)
• The Lead Agency does not provide aggregate data on the number of serious injuries or the total number of children in care by provider category and licensing status, or the number of substantiated child abuse instances that occurred in child care settings, as required by 98.33(a)(5)(ii). (Plan Questions 9.2.5ai, 9.2.5aiii, and 9.2.5aiv)
• The Lead Agency does not identify the designated entity for which child care providers must submit reports of any serious injuries or deaths of children occurring in child care or describe how the Lead Agency obtains the aggregate data from the designated entity, as required by 98.33(a)(5). (Plan Question 9.2.5b)
• The Lead Agency does not provide parents receiving CCDF services with a consumer statement that contains the required information, as required by 98.33(d). (Plan Question 9.3.3)

Overall Target Completion Date:

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | | |

ACF 000339

OMB Control No: 0970-0114

Expiration date: 03/31/2027

THE PAPERWORK REDUCTION ACT OF 1995 (Pub. L. 104–13)

The purpose of this information collection is the application for CCDF funds and provides ACF and the public with a description of, and assurance about, the States' and Territories' child care programs. Public reporting burden for this collection of information is estimated to average 150 hours per response, including the time for reviewing instructions, gathering, and maintaining the data needed, and completing the form. This is a mandatory collection of information (Pub. L. 113–186), and 42 U.S.C. 9858.

An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information subject to the requirements of the Paperwork Reduction Act of 1995, unless it displays a currently valid OMB control number. The OMB # is 0970-0114 and the expiration date is 03/31/2027. If you have any comments on this collection of information, please contact ACF's Office of Child Care.



**Appendix 1: Lead Agency Implementation Plan**
**for**
**State/Territory California**

**FFY 2025 – 2027**

**Version: Initial Plan**

**Plan Status:  Approved as of 2024-11-09 00:34:15 GMT**

For each non-compliance, Lead Agencies must describe the following:

- Action Steps: List the action steps needed to correct the finding (e.g., update policy manual, legislative approval, IT system changes, etc.). For each action step list the:
  o   Expected Completion Date: List the expected completion date for the action step.
- Overall Target Date for Compliance: List date Lead Agency anticipates completing implementation, achieving full compliance with all aspects of the findings. (Note: Compliance will not be determined until the FFY 2025-2027 CCDF Plan is amended and approved).

ELIGIBILITY AND ENROLLMENT:CONTINUITY OF CARE (12-MONTH ELIGIBILITY)

Reason(s) for non-compliance:

• The Lead Agency does not always provide a minimum 12-month eligibility period for each child, as required by 98.21(a)(1). (Plan Question 2.5.2a)
• The Lead Agency does not appropriately allow families the option to reinstate the full authorized level of service within the 12-month eligibility period, as required by 98.21(h)(4)(ii). (Plan Question 2.5.4)

Overall Target Completion Date: 12/31/2025

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | Child Care and Development Division released Child Care Bulletin 24-21 with guidance on both topics to the contractors. | 10/01/2024 |
| 2 | Submit amendment to 2025-27 CCDF State Plan. | 02/28/2025 |

ELIGIBILITY AND ENROLLMENT:PRIORITIZATION OF POPULATIONS

Reason(s) for non-compliance:

• The Lead Agency does not have a grace period for children who are in foster care or children experiencing homelessness to receive CCDF assistance in license-exempt centers, license-exempt family child care providers or license-exempt in-home providers while providing their families with a reasonable time to take any necessary actions to comply with immunizations and other health and safety requirements, as required by 94.41(a)(1)(i)(C). (Plan Question 2.3.3bi)

Overall Target Completion Date: 06/30/2027

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|

| 1 | Research relevant health and safety codes and determine if relevant to License-exempt (LE) providers. | 06/30/2025 |
|---|---|---|
| 2 | Review current CCB and determine if guidance includes direction for permitting grace period for LE providers. | 06/30/2025 |
| 3 | If needed, propose changes to code and/or update CCB to include LE providers for grace period of enrollment of children who are in foster care or children experiencing homelessness. | 06/30/2025 |

## EQUAL ACCESS:AFFORDABILITY

Reason(s) for non-compliance:

• The Lead Agency does not provide data on the extent to which CCDF providers charge families additional amounts above the required co-payments (including data on the size and frequency of such amounts), as required by 98.45(b)(5). (Plan Question 3.1.2eii)

Overall Target Completion Date: 07/31/2029

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | Sample data to assess providers co-payments. To be completed through research partnership with the Public Policy Institute of California. The four-year study is funded with a Child Care Policy Research Grant from the Administration for Children and Families Office of Planning, Research and Evaluation. | 12/31/2028 |
| 2 | Initiate the statewide systems approval process to support the new statewide data system initiative, Child Care data component called California Supporting Providers and Reaching Kids (Cal SPARK) described in the State Plan as part of Brilliant Beginnings. | 09/30/2025 |
| 3 | Subject to appropriation, CalSPARK procurement, development, implementation and provider training process. | 07/31/2029 |

ACF 000342

EQUAL ACCESS:PAYMENT PRACTICES

Reason(s) for non-compliance:

• The Lead Agency does not pay all provider types prospectively or alternatively does not demonstrate that it is not a generally-accepted practice for each provider type, as required by 98.45(m)(1). (Plan Question 4.4.1a). Please note the Lead Agency has an approved waiver for this requirement through August 1, 2026.

Overall Target Completion Date: 08/01/2026

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | Requested waiver from ACF on June 16, 2024. ACF approved the waiver on November 22, 2024. | 11/22/2024 |
| 2 | Request federal technical assistance. | 01/10/2025 |
| 3 | Research budgetary/statutory changes required to effectuate this change. | 05/10/2025 |
| 4 | Engage with Legislature to reach agreement, make statutory changes, and obtain appropriation of funds necessary to support August 2026 effective date. | 06/15/2026 |
| 5 | Release CCB with preliminary guidance on implementation to the field contingent on legislation and appropriation of funds necessary to support August 2026 effective date. | 08/01/2026 |
| 6 | Update contracts, internal payment and reporting procedures, and data systems if the legislature approves and appropriates funds that support August 2026 effective date. | 08/01/2026 |

HEALTH AND SAFETY:ADMINISTRATION OF MEDICATION

Reason(s) for non-compliance:

ACF 000343

• The Lead Agency has not established a standard for the administration of medication consistent with standards for parental consent for licensed family child care homes, license-exempt centers, license-exempt family child care homes, or license-exempt in-home care, as required by 98.41(a)(1)(iii). (Plan Questions 5.3.3aii, 5.3.3aiv, 5.3.3av, 5.3.3avi, 5.3.3bii, 5.3.3biv, 5.3.3bv, and 5.3.3bvi)

• The Lead Agency does not require pre-service or orientation training on administration of medication consistent with standards for parental consent for licensed centers, licensed family child care homes, license-exempt centers, license-exempt family child care homes, or license-exempt in-home providers, as required by 98.44(b)(1)(i). (Plan Question 5.4.1c)

• The Lead Agency does not require an annual unannounced inspection for licensed centers or licensed family child care providers, or an annual inspection for license-exempt centers or license-exempt family child care providers for compliance with a standard for administration of medication consistent with standards for parental consent and with related pre-service or orientation training requirements, as required by 98.42(b)(2)(i)(B) and 98.42(b)(2)(ii). (Plan Questions 5.5.1aii, 5.5.1bii, 5.5.2ai, and 5.5.2bi)

Overall Target Completion Date: 12/31/2028

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | Research budgetary/statutory changes required for licensed and license-exempt provider requirements that establish authority to impose a standard and require pre-service or orientation training and annual inspection for licensed and license-exempt centers and family child care providers, for the administration of medication consistent with standards for parental consent. | 06/01/2025 |
| 2 | Develop monitoring tool for LE providers. | 06/30/2026 |
| 3 | Develop License-exempt (LE) trainings for all H&S topic areas and develop trainings for monitors of LE facilities. | 06/30/2027 |
| 4 | Review current appeals process for licensed programs and adapt for LE providers. | 04/30/2026 |
| 5 | Subject to statutory and budgetary action, begin training and inspection of license-exempt centers and license-exempt family child care providers, for the administration of medication consistent with standards for parental consent. | 07/01/2027 |

ACF 000344

| 6 | Subject to statutory and budgetary action, draft written directives and/or regulations for review and approval. | 12/31/2028 |
|---|---|---|

## HEALTH AND SAFETY:CHILD DEVELOPMENT

Reason(s) for non-compliance:

• The Lead Agency does not require pre-service or orientation training on child development for licensed centers, licensed family child care homes, license-exempt centers, license-exempt family child care homes, or license-exempt in-home providers, as required by 98.44(b)(1)(iii). (Plan Question 5.4.1l)
• The Lead Agency does not require an unannounced annual inspection for licensed centers or licensed family child care providers or an annual inspection for license-exempt centers or license-exempt family child care providers for compliance with pre-service or orientation training requirements related to child development, as required by 98.42(b)(2)(i)(B) and 98.42(b)(2)(ii). (Plan Questions 5.5.1aii, 5.5.1bii, 5.5.2ai, and 5.5.2bi)

Overall Target Completion Date: 12/31/2028

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | Research budgetary/statutory changes required to meet licensed and license-exempt provider requirements. | 06/30/2025 |
| 2 | Develop License-exempt (LE) trainings for knowledge of child development and different domains. | 06/30/2027 |
| 3 | Develop monitoring tool for LE providers. | 02/28/2026 |
| 4 | Review current appeals process for licensed programs and adapt for LE providers. | 04/30/2026 |
| 5 | Subject to statutory and budgetary action, implement pre-service orientation and training and inspections for license-exempt centers and in-home care for child development. | 07/01/2027 |
| 6 | Subject to budgetary and statutory action contract for development and implementation of the | 12/31/2027 |

ACF 000345

| | Facility Management System (FMS) licensing database. | |
|---|---|---|
| 7 | Subject to statutory and budgetary action, draft written directives and or regulations for review and approval. | 12/31/2028 |

HEALTH AND SAFETY:BUILDING AND PHYSICAL PREMISES SAFETY

Reason(s) for non-compliance:

• The Lead Agency has not established a standard for building and physical premises safety, including the identification of and protection from hazards, bodies of water, and vehicular traffic for license-exempt centers, license-exempt family child care homes, or license-exempt in-home care, as required by 98.41(a)(1)(v). (Plan Questions 5.3.5aiv, 5.3.5av, 5.3.5avi, 5.3.5biv, 5.3.5bv, 5.3.5bvi, 5.3.5civ, 5.3.5cv, and 5.3.5cvi)
• The Lead Agency standard for building and physical premises safety does not include the identification of and protection from vehicular traffic for licensed centers and licensed family child care homes, as required by 98.41(a)(1)(v). (Plan Questions 5.3.5ci and 5.3.5cii)
• The Lead Agency does not require pre-service or orientation training on building and physical premises safety, including identification of and protection from hazards, bodies of water and vehicular traffic for licensed centers, licensed family child care homes, license-exempt centers, license-exempt family child care homes, or license-exempt in-home providers, as required by 98.44(b)(1)(i). (Plan Question 5.4.1e)
• The Lead Agency does not require an unannounced annual inspection for licensed centers or licensed family child care providers or an annual inspection for license-exempt centers or license-exempt family child care providers for compliance with a standard for building and physical premises safety, including the identification of and protection from hazards, bodies of water, and vehicular traffic, and with related pre-service or orientation training requirements, as required by 98.42(b)(2)(i)(B) and 98.42(b)(2)(ii). (Plan Questions 5.5.1aii, 5.5.1bii, 5.5.2ai, and 5.5.2bi)

Overall Target Completion Date: 12/31/2028

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | Research budgetary/statutory changes required for licensed and license-exempt provider requirements. | 06/30/2025 |

ACF 000346

| 2 | Develop License-exempt (LE) trainings for all Health & Safety topic areas and develop trainings for monitors of LE facilities. | 06/30/2027 |
|---|---|---|
| 3 | Develop monitoring tool for LE providers. | 02/28/2026 |
| 4 | Review current appeals process for licensed programs and adapt for LE providers. | 04/30/2026 |
| 5 | Subject to statutory and budgetary action, implement pre-service orientation and training and inspections for license-exempt centers and in-home care. | 07/01/2027 |
| 6 | Subject to statutory and budgetary action, draft written directives and or regulations for review and approval. | 12/31/2028 |

HEALTH AND SAFETY:EMERGENCY PREPAREDNESS AND RESPONSE PLANNING

Reason(s) for non-compliance:

• The Lead Agency has not established a standard for emergency preparedness and response planning for license-exempt centers, license-exempt family child care homes, or license-exempt in-home care, and the standard for licensed centers and licensed family child care providers does not include all required sub-components, as required 98.41(a)(1)(vii). (Plan Questions 5.3.7i-x)
• The Lead Agency does not require pre-service or orientation training on emergency preparedness and response planning for licensed centers, licensed family child care homes, license-exempt centers, license-exempt family child care homes, or license-exempt in-home providers, as required by 98.44(b)(1)(i). (Plan Question 5.4.1g)
• The Lead Agency does not require an annual unannounced inspection for licensed centers or licensed family child care providers or an annual inspection for license-exempt centers or license-exempt family child care providers for compliance with a standard for emergency preparedness and response planning and with related pre-service or orientation training requirements, as required by 98.42(b)(2)(i)(B) and 98.42(b)(2)(ii). (Plan Questions 5.5.1aii, 5.5.1bii, 5.5.2ai, and 5.5.2bi)

Overall Target Completion Date: 12/31/2028

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|

ACF 000347

| 1 | Research budgetary/statutory changes required to meet licensed and license-exempt provider requirements. | 06/30/2025 |
|---|---|---|
| 2 | Develop License-exempt (LE) trainings for all Health & Safety topic areas and develop trainings for monitors of LE facilities. | 06/30/2027 |
| 3 | Develop monitoring tool for LE providers. | 02/28/2026 |
| 4 | Review current appeals process for licensed programs and adapt for LE providers. | 04/30/2026 |
| 5 | Subject to statutory and budgetary action, implement pre-service orientation and training and inspections for license-exempt centers and in-home care for emergency preparedness and response planning. | 07/01/2027 |
| 6 | Subject to statutory and budgetary action, draft written directives and or regulations for review and approval. | 12/31/2028 |

## HEALTH AND SAFETY:FIRE STANDARDS

Reason(s) for non-compliance:

• The Lead Agency does not require an annual unannounced inspection for licensed centers or licensed family child care providers, or an annual inspection for license-exempt centers and license-exempt family child care providers for compliance with fire standards, as required by 98.42(b)(2)(i)(B) and 98.42(b)(2)(ii). (Plan Questions 5.5.1aii, 5.5.1bii, 5.5.2ai, and 5.5.2bi)

Overall Target Completion Date: 12/31/2028

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | Research budgetary/statutory changes required for licensed and license-exempt provider requirements that establish authority to impose a standard and require pre-service or orientation training and annual inspection for licensed and license-exempt centers and family child care | 06/30/2025 |

| | | |
|---|---|---|
| | providers, and for the annual unannounced inspection for compliance with fire standards. | |
| 2 | Develop monitoring tool for License-exempt (LE) facilities. | 06/30/2026 |
| 3 | Review current appeals process for licensed programs and adapt for LE providers. | 06/30/2026 |
| 4 | Develop trainings for monitors of LE providers. | 06/30/2027 |
| 5 | Subject to statutory and budgetary action, implement annual inspection for license-exempt centers and family child care providers for compliance with fire standards. | 07/01/2027 |
| 6 | Subject to statutory and budgetary action, draft written directives and or regulations for review and approval. | 12/31/2028 |

HEALTH AND SAFETY:HANDLING AND STORAGE OF HAZARDOUS MATERIALS AND DISPOSAL OF BIOCONTAMINANTS

Reason(s) for non-compliance:


• The Lead Agency has not established a standard for the handling and storage of hazardous materials or the appropriate disposal of biocontaminants for license-exempt centers, license-exempt family child care homes, or license-exempt in-home care, as required by 98.41(a)(1)(viii). (Plan Questions 5.3.8aiv, 5.3.8av, 5.3.8avi, 5.3.8biv, 5.3.8bv, and 5.3.8bvi)
• The Lead Agency does not require pre-service or orientation training on handling and storage of hazardous materials and disposal of biocontaminants for licensed centers, licensed family child care homes, license-exempt centers, license-exempt family child care homes, or license-exempt in-home providers, as required by 98.44(b)(1)(i). (Plan Question 5.4.1h)
• The Lead Agency does not require an unannounced annual inspection for licensed centers or licensed family child care providers, or an annual inspection for license-exempt centers or license-exempt family child care providers for compliance with a standard for handling and storage of hazardous materials and disposal of biocontaminants and with related pre-service or orientation training requirements, as required by 98.42(b)(2)(i)(B) and 98.42(b)(2)(ii). (Plan Questions 5.5.1aii, 5.5.1bii, 5.5.2ai, and 5.5.2bi)


Overall Target Completion Date: 12/31/2028

ACF 000349

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | Research budgetary/statutory changes required for licensed and license-exempt provider requirements for handling and storage of hazardous materials and disposal of biocontaminants. | 06/01/2025 |
| 2 | Develop License-exempt (LE) trainings for all Health & Safety topic areas and develop trainings for monitors of LE facilities. | 06/30/2027 |
| 3 | Develop monitoring tool for LE providers. | 02/28/2026 |
| 4 | Review current appeals process for licensed programs and adapt for LE providers. | 04/30/2026 |
| 5 | Subject to statutory and budgetary action, implement pre-service orientation and training and inspections for license-exempt centers and in-home care for the handling and storage of hazardous materials or the appropriate disposal of biocontaminants. | 07/01/2027 |
| 6 | Subject to statutory and budgetary action, draft written directives and or regulations for review and approval. | 12/31/2028 |

HEALTH AND SAFETY:IDENTIFICATION AND REPORTING OF CHILD ABUSE

Reason(s) for non-compliance:

• The Lead Agency has not established a standard for the identification and reporting of child abuse and neglect for licensed centers, licensed family child care homes, license-exempt centers, license-exempt family child care homes, or license-exempt in-home care, as required by 98.41(a)(1)(xi). (Plan Questions 5.3.11ai, 5.3.11aii, 5.3.11aiv, 5.3.11av, 5.3.11avi, 5.3.11biv, 5.3.11bv, and 5.3.11bvi)
• The Lead Agency does not require pre-service or orientation training on child abuse and neglect recognition and reporting for licensed centers, licensed family child care homes, license-exempt centers, license-exempt family child care homes, or license-exempt in-home providers, as required by 98.44(b)(1)(i). (Plan Question 5.4.1k)
• The Lead Agency does not require an annual annual inspection for licensed centers or licensed family child care providers, or an annual inspection for license-exempt centers or license-exempt family child care providers for compliance with a standard for identification and reporting of child abuse and with related pre-service or orientation

ACF 000350

training requirements, as required by 98.42(b)(2)(i)(B) and 98.42(b)(2)(ii). (Plan Questions 5.5.1aii, 5.5.1bii, 5.5.2ai, and 5.5.2bi)

Overall Target Completion Date: 12/31/2028

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | Research budgetary/statutory changes required for licensed and license-exempt provider requirements identification and reporting of child abuse. | 06/01/2025 |
| 2 | Develop License-exempt (LE) trainings for all Health & Safety topic areas and develop trainings for monitors of LE facilities. | 06/30/2027 |
| 3 | Develop monitoring tool for LE providers. | 02/28/2026 |
| 4 | Review current appeals process for licensed programs and adapt for LE providers. | 04/30/2026 |
| 5 | Subject to statutory and budgetary action, implement pre-service orientation and training and inspections for license-exempt centers and in-home care for the identification and reporting of child abuse and neglect. | 07/01/2027 |
| 6 | Subject to statutory and budgetary action, draft written directives and or regulations for review and approval. | 12/31/2028 |

HEALTH AND SAFETY:INSPECTION OF IN-HOME CARE

Reason(s) for non-compliance:

• The Lead Agency does not conduct annual monitoring of license exempt in-home providers, as required by 98.42(b)(2)(iv)(B). (Plan Question 5.5.3a)

Overall Target Completion Date: 07/01/2028

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|

| 1 | Research budgetary/statutory changes required for license-exempt provider requirements that establish authority to conduct annual monitoring where the care is provided in the child's home. | 06/30/2025 |
|---|---|---|
| 2 | Continue technical assistance with federal partners including research on how other states conduct in-home inspections for family child care providers and the use of differential monitoring. | 06/30/2027 |
| 3 | Develop proposal for leadership for changes based on TA including differential monitoring. | 06/30/2027 |
| 4 | Develop monitoring tool for differential monitoring of in-home providers. | 12/31/2027 |
| 5 | Subject to statutory and budgetary action, implement annual monitoring of license-exempt in-home providers. | 07/01/2028 |

## HEALTH AND SAFETY:ONGOING TRAINING

Reason(s) for non-compliance:

• The Lead Agency does not have requirements for ongoing training on health and safety standards for licensed centers, licensed family child care homes, license-exempt centers, license-exempt family child care homes, or license-exempt in-home care, as required by 98.44(b)(2)(i). (Plan Questions 5.6.1a, 5.6.1b, 5.6.1c, 5.6.1d, and 5.6.1f)
• The Lead Agency does not require an annual unannounced inspection for licensed centers or licensed family child care providers, or an annual inspection for license-exempt centers or license-exempt family child care providers for compliance with ongoing training requirements, as required by 98.42(b)(2)(ii) and 98.42(b)(2)(i)(B). (Plan Question 5.5.1aii, 5.5.1bii, 5.5.2ai, and 5.5.2bi)

Overall Target Completion Date: 12/31/2028

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | Research budgetary/statutory changes required for licensed and license-exempt provider requirements for ongoing trainings on health and safety topics. | 06/01/2025 |

ACF 000352

| 2 | Develop License-exempt (LE) trainings for all Health & Safety topic areas and develop trainings for monitors of LE facilities. | 06/30/2027 |
|---|---|---|
| 3 | Develop monitoring tool for LE providers. | 02/28/2026 |
| 4 | Review current appeals process for licensed programs and adapt for LE providers. | 04/30/2026 |
| 5 | Subject to statutory and budgetary action, implement pre-service orientation and training and inspections for license-exempt centers and in-home care for ongoing training on health and safety standards. | 07/01/2027 |
| 6 | Identify the types of trainings needed. | 04/01/2025 |
| 7 | Subject to statutory and budgetary action, draft written directives and or regulations for review and approval. | 12/31/2028 |

HEALTH AND SAFETY:PEDIATRIC FIRST AID AND PEDIATRIC CPR

Reason(s) for non-compliance:

• The Lead Agency does not have a standard for pediatric first aid or pediatric CPR for all staff in licensed centers, licensed family child care homes, license-exempt centers, license-exempt family child care homes, or license-exempt in-home care, as required by 98.41(a)(1)(x). (Plan Questions 5.3.10ai, 5.3.10aii, 5.3.10aiv, 5.3.10av, 5.3.10avi, 5.3.10bi, 5.3.10bii, 5.3.10biv, 5.3.10bv, 5.3.10bvi)
• The Lead Agency does not require pre-service or orientation training on pediatric first aid and pediatric CPR for licensed centers, licensed family child care homes, license-exempt centers, license-exempt family child care homes, or license-exempt in-home providers, as required by 98.44(b)(1)(i). (Plan Question 5.4.1j)
• The Lead Agency does not require an unannounced annual inspection for licensed centers or licensed family child care providers, or an annual inspection for license-exempt centers or license-exempt family child care providers for compliance with a standard for pediatric first aid and pediatric CPR and with related pre-service or orientation training requirements, as required by 98.42(b)(2)(i)(B) and 98.42(b)(2)(ii). (Plan Questions 5.5.1aii, 5.5.1bii, 5.5.2ai, and 5.5.2bi)

Overall Target Completion Date: 12/31/2028

ACF 000353

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | Research budgetary/statutory changes required for licensed and license-exempt provider requirements for pediatric first aid and pediatric CPR. | 06/01/2025 |
| 2 | Develop License-exempt (LE) trainings for all Health &Safety topic areas and develop trainings for monitors of LE facilities. | 06/30/2027 |
| 3 | Develop monitoring tool for LE providers. | 02/28/2026 |
| 4 | Review current appeals process for licensed programs and adapt for LE providers. | 04/30/2026 |
| 5 | Subject to statutory and budgetary action, implement pre-service orientation and training and inspections for license-exempt centers and in-home care for pediatric first aid or pediatric CPR for all staff. | 07/01/2027 |
| 6 | Subject to statutory and budgetary action, draft written directives and or regulations for review and approval. | 12/31/2028 |

HEALTH AND SAFETY:POSTING INSPECTION REPORTS

Reason(s) for non-compliance:

• The Lead Agency does not post full monitoring and inspection reports that include all areas of compliance and non-compliance for licensed centers, licensed family child care providers, license-exempt centers, license-exempt family child care providers, or license-exempt in-home providers as required by 98.33(a)(4)(ii). (Plan Question 5.5.4a). Please note the Lead Agency has an approved waiver for portions of this requirement through August 1, 2026.

Overall Target Completion Date: 12/31/2027

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|

| 1 | California requested a waiver which was approved. | 11/22/2024 |
|---|---|---|
| 2 | Once determination of where the monitoring reports for LE facilities will be posted, work with appropriate entity to post the information once monitoring has been completed. | 07/01/2027 |
| 3 | Identify all required areas of compliance to be included in a full monitoring and inspection report. | 12/31/2025 |
| 4 | Develop new full monitoring and inspection report to include all required areas of compliance and noncompliance. | 12/31/2026 |
| 5 | Post completed full monitoring and inspection reports for licensed providers on consumer education website as inspections occur. | 12/31/2027 |

HEALTH AND SAFETY:PRECAUTIONS IN TRANSPORTING CHILDREN

Reason(s) for non-compliance:

• The Lead Agency has not established a standard for precautions in transporting children for license-exempt centers, license-exempt family child care homes, or license-exempt in-home care, as required by 98.41(a)(1)(ix). (Plan Questions 5.3.9iv, 5.3.9v, and 5.3.9vi)
• The Lead Agency does not require pre-service or orientation training on precautions in transporting children for licensed centers, licensed family child-care homes, license-exempt centers, license-exempt family child care homes, or license-exempt in-home providers, as required by 98.44(b)(1)(i). (Plan Question 5.4.1i)
• The Lead Agency does not require an annual unannounced inspection for licensed centers or licensed family child care providers, or an annual inspection for license-exempt centers or license-exempt family child care providers for compliance with a standard for precautions in transporting children and with related pre-service or orientation training requirements, as required by 98.42(b)(2)(i)(B) and 98.42(b)(2)(ii). (Plan Questions 5.5.1aii, 5.5.1bii, 5.5.2ai, and 5.5.2bi)

Overall Target Completion Date: 12/31/2028

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|

ACF 000355

| 1 | Research budgetary/statutory changes required for licensed and license-exempt provider requirements for precautions in transporting children. | 06/01/2025 |
| 2 | Develop License-exempt (LE) trainings for all Health & Safety topic areas and develop trainings for monitors of LE facilities. | 06/30/2027 |
| 3 | Develop monitoring tool for LE providers. | 02/28/2026 |
| 4 | Review current appeals process for licensed programs and adapt for LE providers. | 04/30/2026 |
| 5 | Subject to statutory and budgetary action, implement pre-service orientation and training and inspections for license-exempt centers and in-home care for precautions in transporting children. | 07/01/2027 |
| 6 | Subject to statutory and budgetary action, draft written directives and or regulations for review and approval. | 12/31/2028 |

HEALTH AND SAFETY:RATIOS AND GROUP SIZE FOR CCDF PROVIDERS

Reason(s) for non-compliance:

• The Lead Agency has not established a group size for infants, toddlers, preschoolers, school-age children, or mixed age groups in licensed centers, as required by 98.41(d)(1). (Plan Questions 5.2.2ai, 5.2.2.aii, 5.2.2aiii, 5.2.2aiv, and 5.2.2av)
• The Lead Agency has not established a ratio or group size for infants, toddlers, preschoolers, school-age children, or mixed age groups in license-exempt centers or license-exempt family child care providers, as required by 98.41(d)(1) and 98.41(d)(2). (Plan Questions 5.2.2bi, 5.2.2bii, 5.2.2biii, 5.2.2biv, 5.2.2bv, and 5.2.2d)
• The Lead Agency does not require an annual unannounced inspection for licensed centers or licensed family child care providers, or an annual inspection for license-exempt centers or license-exempt family child care providers for compliance with standards for group size or child-staff ratios, as required by 98.42(b)(2)(ii) and 98.42(b)(2)(i)(B). (Plan Questions 5.5.1aii, 5.5.1bii, 5.5.2aii, and 5.5.2bii)

Overall Target Completion Date: 12/31/2028

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|

ACF 000356

| 1 | Research budgetary/statutory changes required for licensed and license-exempt provider requirements for ratios and group size for CCDF providers. | 06/30/2025 |
|---|---|---|
| 2 | Review the Rate & Quality workgroup ratios and group sizes and Title 22 and determine appropriate ratio levels for LE providers. | 12/31/2025 |
| 3 | Subject to statutory and budgetary action, implement a group size for infants, toddlers, preschoolers, school-age children, or mixed age groups in licensed centers; a ratio or group size for infants, toddlers, preschoolers, school-age children, or mixed age groups in license-exempt centers or license-exempt family child care providers; and annual unannounced inspections for the above. | 07/01/2027 |
| 4 | Identify if an IT system change is needed. | 12/31/2027 |
| 5 | Subject to statutory and budgetary action, draft written directives and or regulations for review and approval. | 12/31/2028 |

HEALTH AND SAFETY:PREVENTION AND CONTROL OF INFECTIOUS DISEASES

Reason(s) for non-compliance:

• The Lead Agency has not established a standard for the prevention and control of infectious diseases (including immunizations) for all licensed-exempt centers, license-exempt family child care homes, or license-exempt in-home care, as required by 98.41(a)(1)(i). (Plan Questions 5.3.1aiv, 5.3.1av, 5.3.1avi, 5.3.1biv, 5.3.1bv, and 5.3.1bvi)

• The Lead Agency does not require pre-service or orientation training on prevention and control of infectious diseases (including immunizations) for licensed centers, licensed family child care homes, license-exempt centers, license-exempt family child care homes, or license-exempt in-home providers, as required by 98.44(b)(1)(i). (Plan Question 5.4.1a)

• The Lead Agency does not require an unannounced annual inspection for licensed centers or licensed family child care providers, or an annual inspection for license-exempt centers or license-exempt family child care providers for compliance with a standard for prevention and control of infectious diseases (including immunizations) and with related pre-service or orientation training requirements, as required by

ACF 000357

98.42(b)(2)(i)(B) and 98.42(b)(2)(ii). (Plan Questions 5.5.1aii, 5.5.1bii, 5.5.2ai and 5.5.2bi)

Overall Target Completion Date: 12/31/2028

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | Research budgetary/statutory changes required for licensed and license-exempt provider requirements prevention and control of infectious diseases. | 06/30/2025 |
| 2 | Develop License-exempt (LE) trainings for all H&S topic areas and develop trainings for monitors of LE facilities. | 06/30/2027 |
| 3 | Develop monitoring tool for LE providers. | 02/28/2026 |
| 4 | Review current appeals process for licensed programs and adapt for LE providers. | 04/30/2026 |
| 5 | Subject to statutory and budgetary action, implement pre-service orientation and training and inspections for license-exempt centers and in-home care for the prevention and control of infectious diseases (including immunizations). | 07/01/2027 |
| 6 | Subject to statutory and budgetary action, contract for development and implementation of the Facility Management System (FMS) licensing database. | 12/31/2027 |
| 7 | Subject to statutory and budgetary action, draft written directives and or regulations for review and approval. | 12/31/2028 |

## HEALTH AND SAFETY:RELATIVE EXEMPTIONS

Reason(s) for non-compliance:

• The Lead Agency does not limit exemptions of health and safety requirements to allowable relatives, as required by 98.43(a)(2) and 98.42(c). (Plan Question 5.8.1)

ACF 000358

Overall Target Completion Date: 07/01/2027

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | Continue federal technical assistance. | 06/30/2027 |
| 2 | Research budgetary/statutory changes required to limit relatives based on federal definition. | 06/30/2025 |
| 3 | Subject to statutory and budgetary action, implement new relative exemption policies. | 07/01/2027 |

HEALTH AND SAFETY:SUDDEN INFANT DEATH SYNDROME AND SAFE SLEEP

Reason(s) for non-compliance:

• The Lead Agency has not established a standard for the prevention of sudden infant death syndrome and use of safe sleep practices for license-exempt centers, license-exempt family child care homes, or license-exempt in-home care, as required by 98.41(a)(1)(ii). (Plan Questions 5.3.2iv, 5.3.2v, and 5.3.2vi)
• The Lead Agency does not require pre-service or orientation training on prevention of sudden infant death syndrome and use of safe sleep practices for licensed centers, licensed family child care homes, license-exempt centers, license-exempt family child care homes, or license-exempt in-home providers, as required by 98.44(b)(1)(i). (Plan Question 5.4.1b)
• The Lead Agency does not require an annual unannounced inspection for licensed centers or licensed family child care providers, or an annual inspection for license-exempt centers or license-exempt family child care providers for compliance with a standard for sudden infant death syndrome and safe sleep practices and with related pre-service and orientation training requirements, as required by 98.42(b)(2)(ii) and 98.42(b)(2)(i)(B). (Plan Questions 5.5.1aii, 5.5.1bii, 5.5.2ai, and 5.5.2bi)

Overall Target Completion Date: 12/31/2028

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | Research budgetary/statutory changes required for license and license-exempt provider requirements for sudden infant death syndrome and safe sleep. | 06/30/2025 |

| 2 | Develop License-exempt (LE) trainings for all Health & Safety topic areas and develop trainings for monitors of LE facilities. | 06/30/2027 |
|---|---|---|
| 3 | Develop monitoring tool for LE providers. | 02/28/2026 |
| 4 | Review current appeals process for licensed programs and adapt for LE providers. | 04/30/2026 |
| 5 | Subject to statutory and budgetary action, implement pre-service orientation and training and inspections for license-exempt centers and in-home care for the prevention of sudden infant death syndrome and use of safe sleep practices. | 07/01/2027 |
| 6 | Subject to statutory and budgetary action, draft written directives and or regulations for review and approval. | 12/31/2028 |

## HEALTH AND SAFETY:PREVENTION AND RESPONSE TO EMERGENCIES FROM FOOD AND ALLERGIC REACTIONS

Reason(s) for non-compliance:

• The Lead Agency has not established a standard for the response to emergencies due to food and allergic reactions for licensed centers, or for the prevention and response of emergencies due to food and allergic reactions for licensed family child care homes, license-exempt centers, license-exempt family child care homes, or license-exempt in-home care, as required by 98.41(a)(1)(iv). (Plan Questions 5.3.4aii, 5.3.4aiv, 5.3.4av, 5.3.4avi, 5.3.4bi, 5.3.4bii, 5.3.4biv, 5.3.4bv, and 5.3.4bvi)
• The Lead Agency does not require pre-service or orientation training on the prevention and response to emergencies from food and allergic reactions for licensed centers, licensed family child care homes, license-exempt centers, license-exempt family child care homes, or license-exempt in-home providers, as required by 98.44(b)(1)(i). (Plan Question 5.4.1d)
• The Lead Agency does not require an annual unannounced inspection for licensed centers or licensed family child care providers, or an annual inspection for license-exempt centers or license-exempt family child care providers for compliance with a standard for the prevention and response to emergencies from food and allergic reactions and with related pre-service or orientation training requirements, as required by 98.42(b)(2)(ii) and 98.42(b)(2)(i)(B). (Plan Questions 5.5.1aii, 5.5.1bii, 5.5.2ai, and 5.5.2bi)

Overall Target Completion Date: 12/31/2028

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | Research budgetary/statutory changes required for licensed and license-exempt provider requirements for prevention and response to emergencies form food and allergic reactions. | 06/30/2025 |
| 2 | Develop License-exempt (LE) trainings and monitoring tool for all H&S topic areas and develop trainings for monitors of LE facilities. | 06/30/2027 |
| 3 | Review current appeals process for licensed programs and adapt for LE providers. | 04/30/2026 |
| 4 | Subject to statutory and budgetary action, implement pre-service orientation and training and inspections for license-exempt centers and in-home care for the response to emergencies due to food and allergic reactions. | 07/01/2027 |
| 5 | Develop an anaphylactic policy pursuant to Health and Safety. Code § 1596.7985, publish the anaphylactic policy on the CDSS and CDE websites, and develop rules (written directives) to implement the anaphylactic policy. | 01/01/2028 |
| 6 | Subject to statutory and budgetary action, draft written directives and or regulations for review and approval. | 12/31/2028 |

COMPREHENSIVE BACKGROUND CHECK:5 YEAR RENEWAL

Reason(s) for non-compliance:

    • The Lead Agency does not conduct all background checks every 5 years, as required by 98.43(d)(2)(ii). (Plan Question 5.7.17)

Overall Target Completion Date: 01/01/2029

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|

| 1 | Research budgetary/statutory changes required to gain authority to ask out of state residency question and conduct missing components of the comprehensive CCDGB background check requirements. | 06/30/2025 |
|---|---|---|
| 2 | Subject to statutory and budgetary action, submit regulations package to the Office of Administrative Law for review and approval. | 07/01/2028 |
| 3 | Subject to statutory and budgetary action, provide training and implement the revised regulations. | 01/01/2029 |

COMPREHENSIVE BACKGROUND CHECK:IN-STATE

Reason(s) for non-compliance:

• The Lead Agency does not require and conduct in-state criminal history background checks with fingerprint, in-state sex offender registry checks, or in-state child abuse and neglect registry checks for all child care staff members under age 18 (including prospective staff members), as required by 98.43(b)(3)(i), 98.43(b)(3)(ii), 98.43(b)(3)(iii), 98.42(b)(2)(i)(B), and 98.43(a). (Plan Questions 5.7.1a, 5.7.1b, 5.7.4a, 5.7.4b, 5.7.5a, and 5.7.5b)

Overall Target Completion Date: 01/01/2029

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | Research budgetary/statutory changes required for licensed and license-exempt provider requirements to complete in-state criminal history background checks, sex offender registry checks and child abuse and neglect registry checks for all staff members under the age of 18. | 06/01/2025 |
| 2 | Subject to statutory and budgetary action, implement in-state criminal history background checks, sex offender registry checks and child abuse and neglect registry checks for all staff members under the age of 18. | 01/01/2029 |

ACF 000362

| 3 | Submit regulations package to the Office of Administrative Law for review and approval, subject to legislative approval and appropriation. | 01/01/2029 |
|---|---|---|
| 4 | Training and Implementation. | 01/01/2029 |

## HEALTH AND SAFETY:PREVENTION OF SHAKEN BABY SYNDROME, ABUSIVE HEAD TRAUMA, AND CHILD MALTREATMENT

Reason(s) for non-compliance:

• The Lead Agency has not established a standard for the prevention of shaken baby syndrome and abusive head trauma for licensed centers, licensed family child care homes, license-exempt centers, license-exempt family child care homes, or license-exempt in-home care and has not established a standard for the prevention of child maltreatment for license-exempt centers, license-exempt family child care homes, or license-exempt in-home care, as required by 98.41(a)(1)(vi). (Plan Questions 5.3.6ai, 5.3.6aii, 5.3.6aiv, 5.3.6av, 5.3.6avi, 5.3.6biv, 5.3.6bv, and 5.3.6bvi)
• The Lead Agency does not require pre-service or orientation training on prevention of shaken baby syndrome, abusive head trauma, and child maltreatment for licensed centers, licensed family child care homes, license-exempt centers, license-exempt family child care homes, or license-exempt in-home providers, as required by 98.44(b)(1)(i). (Plan Question 5.4.1f)
• The Lead Agency does not require an unannounced annual inspection for licensed centers or licensed family child care providers, or an annual inspection for license-exempt centers or license-exempt family child care providers for compliance with a standard for the prevention of shaken baby syndrome, abusive head trauma, and child maltreatment and with related pre-service or orientation training requirements, as required by 98.42(b)(2)(i)(B) and 98.42(b)(2)(ii). (Plan Questions 5.5.1aii, 5.5.1bii, 5.5.2ai, and 5.5.2bi)

Overall Target Completion Date: 12/31/2028

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | Research budgetary/statutory changes required for licensed and license-exempt provider requirements for prevention of shaken baby syndrome, abusive head trauma, and child maltreatment. | 06/30/2025 |

| 2 | Develop License-exempt (LE) trainings for all H&S topic areas and develop trainings for monitors of LE facilities. | 06/30/2027 |
|---|---|---|
| 3 | Develop monitoring tool for LE providers. | 02/28/2026 |
| 4 | Review current appeals process for licensed programs and adapt for LE providers. | 04/30/2026 |
| 5 | Subject to statutory and budgetary action, implement pre-service orientation and training and inspections for license-exempt centers and in-home care for the prevention of shaken baby syndrome and abusive head trauma. | 07/01/2027 |
| 6 | Subject to statutory and budgetary action, draft written directives and or regulations for review and approval. | 12/31/2028 |

COMPREHENSIVE BACKGROUND CHECK:INTER-STATE

Reason(s) for non-compliance:

• The Lead Agency does not require and conduct interstate criminal history background checks for all staff members (or prospective staff members) who resided in other state(s) in the past 5 years, as required by 98.43(b)(3)(i)(B), 98.42(b)(2)(i)(B), and 98.43(a). (Plan Questions 5.7.6a and 5.7.6b)
• The Lead Agency does not require and conduct interstate criminal history background checks for all individuals age 18 or older who reside in a family child care home and resided in other state(s) in the past 5 years, as required by 98.43(b)(3)(i)(B), 98.42(b)(2)(i)(B), and 98.43(a). (Plan Question 5.7.6c)
• The Lead Agency does not require and conduct interstate sex offender registry checks for all staff members (or prospective staff members) who resided in other state(s) in the past 5 years, as required by 98.43(b)(3)(ii), 98.42(b)(2)(i)(B), and 98.43(a). (Plan Questions 5.7.7a and 5.7.7b)
• The Lead Agency does not require and conduct interstate sex offender registry checks for all individuals age 18 or older who reside in a family child care home and resided in other state(s) in the past 5 years, as required by 98.43(b)(3)(ii), 98.42(b)(2)(i)(B), and 98.43(a). (Plan Question 5.7.7c)
• The Lead Agency does not require and conduct interstate CAN registry checks for all staff members (or prospective staff members) who resided in other state(s) in the past 5 years, as required by 98.43(b)(3)(iii), 98.42(b)(2)(i)(B), and 98.43(a). (Plan Questions 5.7.8a and 5.7.8b)
• The Lead Agency does not require and conduct the interstate CAN registry checks for all individuals age 18 or older who reside in a family child care home and resided in

ACF 000364

other state(s) in the past 5 years, as required by 98.43(b)(3)(iii), 98.42(b)(2)(i)(B), and 98.43(a).

Overall Target Completion Date: 01/01/2029

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | Research budgetary/statutory changes required for licensed and license-exempt provider requirements of inter-state background checks. | 06/01/2025 |
| 2 | Subject to statutory and budgetary action, implement the requirements of inter-state background checks. | 01/01/2029 |
| 3 | Submit regulations package to the Office of Administrative Law for review and approval, subject to legislative approval and appropriation. | 01/01/2029 |
| 4 | Training and Implementation. | 01/01/2029 |

COMPREHENSIVE BACKGROUND CHECK:BACKGROUND CHECK PROCESSES

Reason(s) for non-compliance:

• The Lead Agency does not provide the affected child care staff member with clear instructions about how to complete the appeals process, as required by 98.43(e)(3)(ii). (Plan Question 5.7.11ii)
• The Lead Agency does not ensure background checks are completed within 45 days of the request, as required by 98.43(e)(1). (Plan Question 5.7.13a)
• The Lead Agency does not provide enough information on how to determine the State policies and procedures for responding to interstate criminal history, Sex Offender Registry, and Child Abuse and Neglect Registry background check requests from another state, as required by 98.43(a)(1)(iii). (Plan Question 5.7.14b)
• The Lead Agency does not post all the required information related to the interstate criminal background check or the interstate Child Abuse and Neglect Registry check on the consumer education website, as required by 98.33(a)(1)(iii) and 98.43(g). (Plan Questions 5.7.15b and 5.7.15d)
• The Lead Agency does not conduct background checks when a provider is separated from employment for more than 180 consecutive days, as required by 98.43(d)(3)(iii). (Plan Question 5.7.17)

ACF 000365

Overall Target Completion Date: 01/01/2029

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | Met with California Department of Justice (CA DOJ) and determined requirement is met via Interstate Identification Index (III) National Fingerprint File (NFF) participation, effective October 25, 2023; therefore, all California criminal history is available via an FBI pull. | 10/20/2023 |
| 2 | Collaborate with CA DOJ on the interstate child abuse check to determine if a legislative change is needed. | 06/30/2025 |
| 3 | Collaborate with CA DOJ on potential response to interstate sex offender check requests. | 06/30/2025 |
| 4 | Research budgetary/statutory changes required for licensed and license-exempt provider requirements to meet all processes required for a comprehensive background check. | 06/30/2025 |
| 5 | Subject to statutory and budgetary action, implement all processes required for a comprehensive background check. | 07/01/2027 |
| 6 | Submit regulations package to the Office of Administrative Law for review and approval, subject to legislative approval and appropriation. | 01/01/2029 |
| 7 | Training and Implementation. | 01/01/2029 |

COMPREHENSIVE BACKGROUND CHECK:NATIONAL FINGERPRINT

Reason(s) for non-compliance:

• The Lead Agency does not require and conduct FBI criminal history background checks with fingerprints for all child care staff members under age 18 (including prospective staff members), as required by 98.43(b)(1), 98.42(b)(2)(i)(B), and 98.43(a). (Plan Questions 5.7.2a and 5.7.2b)

Overall Target Completion Date: 01/01/2029

ACF 000366

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | Identify fiscal impact and state operations fiscal impacts for this change. | 01/30/2025 |
| 2 | Research budgetary/statutory changes required for licensed and license-exempt provider requirements to gain authority to conduct FBI criminal history background check requirements for child care members under the age of 18. | 06/01/2025 |
| 3 | Subject to statutory and budgetary action, implement FBI criminal history background check requirements for child care members under the age of 18. | 07/01/2028 |
| 4 | Submit regulations package to the Office of Administrative Law for review and approval, subject to legislative approval and appropriation. | 01/01/2029 |
| 5 | Training and Implementation. | 01/01/2029 |

COMPREHENSIVE BACKGROUND CHECK:NATIONAL NAME-BASED

Reason(s) for non-compliance:

• The Lead Agency does not require and conduct NCIC NSOR name-based background checks for all child care staff members (including prospective staff members), as required by 98.43(b)(2), 98.42(b)(2)(i)(B), and 98.43(a). (Plan Questions 5.7.3a and 5.7.3b)
• The Lead Agency does not require and conduct NCIC NSOR name-based checks for all individuals age 18 or older who reside in a family child care home, as required by 98.43(b)(2), 98.42(b)(2)(i)(B), and 98.43(a). (Plan Question 5.7.3c)

Overall Target Completion Date: 01/01/2029

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | Research budgetary/statutory changes required for licensed and license-exempt provider requirements for National Childcare Index Check (NCIC), National Sex Offender Registry (NSOR). | 07/01/2028 |

ACF 000367

| 2 | Subject to statutory and budgetary action, implement the requirements of NCIC NSOR name-based background checks. | 01/01/2029 |
|---|---|---|
| 3 | Submit regulations package to the Office of Administrative Law for review and approval, subject to legislative approval and appropriation. | 01/01/2029 |
| 4 | Training and Implementation. | 01/01/2029 |

COMPREHENSIVE BACKGROUND CHECK:PRE-SERVICE CHECK REQUIREMENTS (PROVISIONAL HIRE)

Reason(s) for non-compliance:

• The Lead Agency does not require a qualifying result from an FBI criminal background check or an in-state criminal background check with fingerprints before a prospective staff member under 18 begins work, as required by 98.43(d)(4). (Plan Questions 5.7.12a and 5.7.12b)

Overall Target Completion Date: 01/01/2028

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | Conduct research regarding other states' policies. | 07/01/2027 |
| 2 | Engage Community Partners regarding background check requirement for minors. | 12/31/2027 |
| 3 | Seek federal technical assistance regarding any guidance on background checks for minors. | 01/01/2028 |

QUALITY IMPROVEMENT AND SUPPORT FOR CHILD CARE WORKFORCE:PROFESSIONAL DEVELOPMENT

Reason(s) for non-compliance:

• The Lead Agency does not have an annual requirement for a minimum number of hours of ongoing professional development for licensed centers, licensed family child care homes, license-exempt child care centers, license-exempt family child care homes,

ACF 000368

or license-exempt in-home providers, as required by 98.44(b)(2). (Plan Questions 6.3.1a, 6.3.1b, 6.3.1c, 6.3.1d, and 6.3.1f)

Overall Target Completion Date: 12/31/2028

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | Research budgetary/statutory changes required for licensed and license-exempt provider requirements for professional development of the child care workforce. | 06/01/2025 |
| 2 | Develop License Exempt trainings for all health and safety topic areas. | 06/30/2027 |
| 3 | Provide proposal to leadership describing which trainings are required for ongoing training. | 06/30/2025 |
| 4 | Determine a process for documenting the completion of ongoing training hours. | 12/31/2025 |
| 5 | Subject to statutory and budgetary action, implement an annual requirement for a minimum number of hours of ongoing professional development. | 07/01/2027 |
| 6 | Subject to statutory and budgetary action, draft written directives and or regulations for review and approval. | 12/31/2028 |

CONSUMER EDUCATION:WEBSITE AND RESOURCES FOR PARENTS

Reason(s) for non-compliance:

• The Lead Agency parent complaint process does not establish or designate a hotline or similar reporting process for parents to submit complaints about child care providers, does not demonstrate a process of how complaints are substantiated and responded to, does not maintain a record of substantiated parental complaints for all providers and does not demonstrate how information regarding parental complaints is made available to the public on request, as required by 98.32. (Plan Questions 9.1.1a, 9.1.1d, 9.1.1e, and 9.1.1f)
• The Lead Agency does not provide aggregate data on the number of serious injuries or the total number of children in care by provider category and licensing status, or the number of substantiated child abuse instances that occurred in child care settings, as

ACF 000369

required by 98.33(a)(5)(ii). (Plan Questions 9.2.5ai, 9.2.5aiii, and 9.2.5aiv)
• The Lead Agency does not identify the designated entity for which child care providers must submit reports of any serious injuries or deaths of children occurring in child care or describe how the Lead Agency obtains the aggregate data from the designated entity, as required by 98.33(a)(5). (Plan Question 9.2.5b)
• The Lead Agency does not provide parents receiving CCDF services with a consumer statement that contains the required information, as required by 98.33(d). (Plan Question 9.3.3)

Overall Target Completion Date: 12/31/2027

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | Review the current complaint process for licensed facilities and determine if the same process can be adapted for License-exempt (LE) or if modifications are needed to finalize a process for LE providers. | 06/30/2025 |
| 2 | Determine the entity that will process parental complaints for LE providers. | 12/31/2025 |
| 3 | Determine a process for collecting aggregate data from the LE providers. | 12/31/2025 |
| 4 | Include on the website all the elements in 98.33(a). | 02/28/2027 |
| 5 | Subject to statutory and budgetary action, implement the use of a designated hotline or similar reporting process for parents to submit complaints about child care providers; and the posting of aggregate data on the number of serious injuries and the total number of children in care by provider category and licensing status, and the number of substantiated child abuse instances that occurred in child care settings. | 07/01/2027 |
| 6 | Subject to statutory and budgetary action, contract for development and implementation of the Facility Management System (FMS) licensing database. | 12/31/2027 |
| 7 | Develop required aggregate reports. | 12/31/2027 |
| 8 | Post required aggregate reports on consumer education website. | 12/31/2027 |

ACF 000370



ADMINISTRATION FOR
CHILDREN & FAMILIES
330 C Street, S.W., Washington, DC 20201 | www.acf.hhs.gov

August 22, 2024

The Honorable Jared Polis
Governor of Colorado
State Capitol Building
200 E. Colfax Ave., Rm 136
Denver, CO  80203

Dear Governor Polis:

On March 4, 2024, Colorado submitted a four-year Workforce Innovation and Opportunity Act (WIOA) combined state plan for approval to the U.S. Departments of Labor and Education and combined plan partner agencies, including the Department of Health and Human Services. The state received a joint-agency email on May 30, 2024, informing it that the Departments of Labor and Education had approved their portions of the combined plan.

The email noted that the Department of Health and Human Services would make a separate determination in accordance with section 103(c)(3)(B) of WIOA regarding the program-specific requirements of the combined state plan governing the Temporary Assistance for Needy Families (TANF) program.

You have asked us to consider this submission to be a TANF plan renewal. Although the combined state plan subsumes the TANF state plan, the underlying TANF plan requirements in section 402 of the Social Security Act continue to apply. Thus, to remain eligible for TANF and continue to receive federal funds under the TANF program, Colorado must ensure that its WIOA combined plan submission and amendments meet the time frames established in section 402(a) as well. This requires the state to submit a plan that contains all the necessary elements listed in section 402 of the Social Security Act, including the certifications specified under sections 402(a)(2)-(8).

We notified the state in an email dated June 27, 2024, that the TANF-specific portion of its plan was missing some critical information. On July 23, 2024, the state submitted TANF certifications that have been signed by the Governor for the TANF-portion of the combined plan. We have reviewed the certifications and have determined the plan to be complete. Because the combined state plan subsumes the individual TANF state plan, the state should not submit a separate TANF state plan.

The Secretary of Health and Human Services makes a finding of plan completeness, but does not approve or disapprove a plan. Therefore, you should not construe this determination of completeness as an approval of any particular activity or as a determination that any particular expenditure is an allowable use of TANF/maintenance-of-effort (MOE) funds.

ACF 000371

Page 2 – Governor Polis

I am pleased to inform you as of July 1, 2024, Colorado continues to qualify as an eligible state under the TANF program, per section 402 of the Social Security Act. Accordingly, Colorado is entitled to an annual State Family Assistance Grant (SFAG) of $135,607,703.

If you have any questions about the information in this letter, please contact Kisha Russell, the TANF Program Manager for Regions 6 & 8, at 303-844-1483, or kisha.russell@acf.hhs.gov.

Sincerely,

Ann C. Flagg -S    Digitally signed by Ann C. Flagg -S
Date: 2024.08.22 15:28:25 -04'00'

Ann Flagg
Director
Office of Family Assistance

cc: Ian McMahon, Director, Division of Economic & Workforce Support

ACF 000372

COLORADO PYS 2024-2027 - TEMPORARY ASSISTANCE FOR NEEDY FAMILIES PROGRAM

ACF 000373

# CONTENTS

Colorado PYs 2024-2027 - Temporary Assistance for Needy Families Program ................................... 1

Temporary Assistance for Needy Families (TANF)........................................................................ 4

a. Conduct a program designed to serve all political subdivisions in the State (not necessarily in a uniform manner) that provides assistance to needy families with (or expecting) children and provides parents with job preparation, work, and support services to enable them to leave the program, specifically cash assistance, and become self-sufficient (section 402(a)(1)(A)(i) of the Social Security Act) ...................................................................... 4

b. Require a parent or caretaker receiving assistance to engage in work (defined by the State) once the State determines the parent or caretaker is ready to engage in work, or once he or she has received 24 months of assistance, whichever is earlier, consistent with the child care exception at 407(e)(2) (section 402(a)(1)(A)(ii) of the Social Security Act) .......... 12

c. Ensure that parents and caretakers receiving assistance engage in work in accordance with section 407 (section 402(a)(1)(A)(iii) of the Social Security Act). Consistent with the required strategic elements discussed in section II (a)(2) herein, provide a specific analysis of how the State's workforce development activities are addressing employment and training services for parents or caretakers receiving assistance ....................................... 13

d. Take such reasonable steps as the State deems necessary to restrict the use and disclosure of information about individuals and families receiving assistance under the program attributable to funds provided by the Federal Government (section 402(a)(1)(A)(iv) of the Social Security Act) ................................................................... 14

e. Establish goals and take action to prevent and reduce out-of-wedlock pregnancies, with special emphasis on teenage pregnancies (section 402(a)(1)(A)(v) of the Social Security Act) .................................................................................................................................... 14

f. Conduct a program designed to reach State and local law enforcement officials, the education system, and relevant counseling services, that provides education and training on the problem of statutory rape so that teenage pregnancy prevention programs may be expanded to include men (section 402(a)(1)(A)(vi) of the Social Security Act) ........................ 14

g. Implement policies and procedures as necessary to prevent access to assistance provided under the State program funded under this part through any electronic fund transaction in an automated teller machine or point-of-sale device located in a place described in section 408(a)(12), including a plan to ensure that recipients of the assistance have adequate access to their cash assistance (section 402(a)(1)(A)(vii) of the Social Security Act) ............. 15

h. Ensure that recipients of assistance provided under the State program funded under this part have the ability to use or withdraw assistance with minimal fees or charges, including an opportunity to access assistance with no fee or charges, and are provided information on applicable fees and surcharges that apply to electronic fund transactions involving the assistance, and that such information is made publicly available (section 402(a)(1)(A)(viii) of the Social Security Act) ........................................................................................................... 16

ACF 000374

i. Indicate whether it intends to treat families moving from another State differently from other families under the program, and if so how (section 402(a)(1)(B)(i) of the Social Security Act)...................................................................................................................................... 17

j. Indicate whether it intends to provide assistance to non-citizens, and if so include an overview of the assistance (section 402(a)(1)(B)(ii) of the Social Security Act)........................ 17

k. Set forth objective criteria for the delivery of benefits and the determination of eligibility and for fair and equitable treatment, including an explanation of how it will provide opportunities for recipients who have been adversely affected to be heard in a State administrative or appeal process (section 402(a)(1)(B)(iii) of the Social Security Act)......... 17

l. Indicate whether the State intends to assist individuals to train for, seek, and maintain employment (Section 402(a)(1)(B)(v) of the Social Security Act)— ............................................... 20

m. Provide for all MOE-funded services the following information: the name of the program benefit or service, and the financial eligibility criteria that families must meet in order to receive that benefit or service. In addition, for TANF MOE-funded services (co-mingled or segregated MOE) describe the program benefit provided to eligible families (SSP services do not have to include a description but the Department of Health and Human Services encourages it) (§263.2(b)(3) & §263.2(c) preamble pages 17826-7) ............................................ 20

TANF Certifications....................................................................................................................................... 22

ACF 000375

TEMPORARY ASSISTANCE FOR NEEDY FAMILIES (TANF)

States that include TANF in the Combined State Plan must outline how the State will meet the requirements of section 402 of the Social Security Act including how it will:

(OMB Control Number: 0970-0145)

A. CONDUCT A PROGRAM DESIGNED TO SERVE ALL POLITICAL SUBDIVISIONS IN THE STATE (NOT NECESSARILY IN A UNIFORM MANNER) THAT PROVIDES ASSISTANCE TO NEEDY FAMILIES WITH (OR EXPECTING) CHILDREN AND PROVIDES PARENTS WITH JOB PREPARATION, WORK, AND SUPPORT SERVICES TO ENABLE THEM TO LEAVE THE PROGRAM, SPECIFICALLY CASH ASSISTANCE, AND BECOME SELF-SUFFICIENT (SECTION 402(A)(1)(A)(I) OF THE SOCIAL SECURITY ACT)

The Colorado Combined State Plan is effective July 1, 2024. Colorado's TANF program is known as Colorado Works and is designed to assist families in becoming stable and self-sufficient, reducing the need for the social safety net due to positive outcomes, such as quality credentialing, but particularly employment. The Colorado Works program is administered by the Colorado Department of Human Services, Office of Economic Security, Division of Economic and Workforce Support in a State supervised, county administered system. Colorado Works values engaging low-income families in services and strategies that result in meaningful, self-supporting employment as the best strategy for promoting long-term well-being for those in poverty. In addition to the core function of the safety net, Colorado Works promotes job preparation, successful transition to and progression in work, and develops strategies and policies that ensure clients are engaged in an individualized and outcome-oriented plan that promotes well-being and economic security.

The Colorado Works program, in its design, also promotes capacity building and preventative measures to strengthen families, provide for positive youth development and healthy relationships. The Colorado Works program operates in all counties in Colorado and is administered locally by county departments of human/social services, per State statute. Each county enters into a performance memorandum of understanding with CDHS and has written county policies describing its program. CDHS is responsible for ensuring that all counties comply with the terms of their county policies, as well as with all federal and State statutes and regulations. County departments of human/social services have flexibility in determining the most effective approach for accomplishing the four federal purposes of TANF within their local area and within the parameters established by the State and federal government, including the authority to contract all or part of the program operation to private and/or public providers. Counties develop their program policies to deliver the most appropriate services to eligible clients in their communities. All local program policies must meet federal and State statutory and regulatory requirements.

In addition to the services and investments made by counties through implementation at the local level, CDHS is committed to supporting programs throughout the State that serve low-income families and that are designed to meet one of the four purposes of TANF. CDHS also administers the Colorado Sexual Health Initiative (CoSHI) funded by a Personal Responsibility Education Program (PREP) grant, which provides youth with age-appropriate, medically accurate, inclusive, and evidence-based strategies that are proven to help reduce the risk of unintended pregnancy and sexually transmitted infections (STIs).

ACF 000376

**Eligibility Criteria, Benefit Levels and Services**

Colorado Works statutes state that no individual is entitled to benefits or services under the Colorado Works program. Colorado Works provides fair and equitable treatment to all clients and does not discriminate based on age, physical or mental disability, race, color or national origin, religion, creed, national origin, ancestry, sex/gender, pregnancy, sexual orientation, gender identity, political affiliation, or any other basis prohibited by law.

Basic cash assistance: Colorado Revised Statutes set uniform statewide basic eligibility and minimum benefit levels for basic cash assistance based on Aid to Families with Dependent Children (AFDC) rules that were in effect on July 16, 1996, with the following exceptions:

1. Families do not have to include half siblings in the same assistance unit if at least one of the half siblings is receiving child support;

2. 100 percent of clients new income received at application or received the month prior or the first month of the Redetermination will  be exempt for one certification period

3. Sixty seven percent of a client's income is disregarded for ongoing benefit calculation;

4. All wages earned in subsidized employment are exempted from eligibility determination and grant calculation pursuant to C.R.S. 26-2-706.9 (9) (d) and C.R.S. 26-2-709 (1) (II). Some other types of income such as low income energy assistance, income from WIOA, and income received in a lump sum are also exempt from the eligibility determination;

5. Two parents are treated the same as single parent families however; cash assistance is paid using State-only funds; and,

6. A family's resources are exempt.

Eligibility criteria for cash assistance also include the following:

1. Colorado does not impose a family cap;

2. Colorado does require the client to work with child support services, to ensure child(ren) receive financial support. Colorado does require the assignment of child support rights as a condition of eligibility for Colorado Works;

3. Colorado does not impose different eligibility criteria or benefit levels on families moving into Colorado from other states;

4. Expectant parents that can prove pregnancy are eligible; and,

5. All work eligible individuals must sign and participate in a comprehensive individualized plan, which includes matters relating to securing and maintaining training, education, or work.

The following persons shall be ineligible for all Colorado Works benefits or services:

1. Fugitive or fleeing felons;

2. Assistance units with an adult participating in a strike; and,

Page 5

ACF 000377

3. Qualified legal non-citizens or those who are not federally exempt, who entered the United States on or after August 22, 1996, are ineligible for cash assistance for five (5) years from date of entry into the United States.

In addition to the basic cash assistance grant, county departments of human/social services may provide other assistance in the form of additional non-recurrent short term benefits, services, and incentives to clients above the basic benefit level, as outlined in their county policy.

To receive benefits, an assistance unit may consist of the dependent child, siblings of the dependent child, and a specified caretaker (such as parents or grandparents, etc.). A dependent child is a child under age 18 or between 18 and 19 who is expected to graduate from high school or complete high school equivalency prior to his/her 19th birthday.

Every household receiving TANF assistance is raising a child. There are three primary family types receiving Colorado Works assistance:

- Two parent households or single parent households with at least one child (including pregnant women without other children)

- Child(ren) living with a caretaker where the child(ren) and the caretaker are also receiving benefits

- Child(ren) living with a caretaker whereby benefits are to support the child(ren), but not the adult(s) in the household (referred to as child-only households)

A caretaker is a person who exercises responsibility for the child and may or may not be related to that child. Dependent child(ren) must live with a caretaker; except:

- Child(ren) receiving family preservation services or receiving services as outlined in Colorado's approved Title IV-A State Plan in effect as of September 30, 1995, or

- The child or the caretaker is temporarily absent from the home to receive medical treatment, or

- The child is under the jurisdiction of the court, or

- Legal custody is held by an agency that does not have physical custody of the child, or

- The child is in regular attendance at a school away from home.

Persons living in the household who are financially responsible for members of the assistance unit, but who are not required to be in the unit, will have their income, minus the employment disregard, deemed available to the family unit. The income disregard at initial application is $90; once eligibility has been established, 100% of new income will be disregarded during the first certification period (up to six months). The generous disregard after eligibility has been determined is intended to support a transition to employment for families receiving assistance, allowing access to not only basic cash, but also case management and supportive payments that are critical during early attachment to work. Non-monetary services, such as parenting skills, mediation, workforce development, job training activities, and job search may also be provided to a non-custodial parent according to program rules, as outlined in county policy.

ACF 000378

A parent or non-parent caretaker is considered to be living in the home and may continue as a member of the assistance unit/ family needs unit if the individual is temporarily away from home if one of the following occurs:

- Is on active duty in the uniformed service of the United States,

- Is temporarily absent from the home to receive medical treatment

- Is temporarily absent from the home for less than forty-five (45) calendar days and has established an intent to return.

Caretakers are required to notify the agency within normal program reporting requirements if a child has left the home. Good cause exceptions for temporary absence include child(ren) receiving medical care or education that requires him or her to live away from the home.

Applications and redeterminations of eligibility: Applications for Colorado Works benefits must be processed within 45 calendar days. For persons receiving ongoing basic cash assistance, a redetermination of eligibility must be completed at least annually. Redeterminations for Colorado Works benefits must be completed by the last day of the month if submitted prior to the 15th of the redetermination month and must be completed within 30 days of receipt if received after the 16th of the redetermination month.

Method and frequency of basic cash assistance: Assistance units are certified as eligible and receive benefits through a certification period, notwithstanding changes to household composition or income that would render the unit ineligible entirely. Families are required to report changes as they occur, including changes to household composition, income (source or amount, earned or unearned), or residence. Once determined eligible, negative changes (reductions in grant payments) are not acted upon until recertification unless the assistance unit becomes ineligible entirely. Positive changes are acted upon during the certification period so that increases to assistance happen prior to recertification.

Time limits: Adult members of the assistance unit are limited to 60-months of TANF assistance during their lifetime unless an extension is granted. Up to 20% of the statewide caseload may receive an extension of federal TANF assistance beyond the 60-month lifetime limit if their cases meet hardship or domestic violence criteria. No extensions will be formally granted until the adult has received TANF benefits for 60-months. All extensions will be granted by the county department of human/social services based on hardship or domestic violence reasons defined in Colorado Works rules and county policies. Reasons for extensions beyond the 60-month time limitation include the following:

1. Disabled Adult;

2. Disability of the caretaker, his/her spouse, the dependent child(ren), or immediate relative for which the caretaker is the primary caregiver;

3. Involvement in the judicial system because a member of the assistance unit has an existing case;

4. Family instability, including the proven inability to maintain stable employment or inability of the caretaker to care for child(ren) in his or her own home or in the home of a relative;

Page 7

ACF 000379

5. Inadequate or unavailable child care, housing, transportation, or employment opportunities;

6. Families experiencing current or past domestic violence issues; and

7. The head of a single parent household unit and has a child under one year of age;

8. Other hardship reasons specified in the county's policies.

Minor parents: A minor parent is a parent who is under age 18. Minor parents are considered child(ren) for purposes of time limits and budgeting unless they are married, emancipated, divorced, or widowed. Minor parents who are considered children must live with a parent, adult relative or guardian, or in a setting deemed appropriate by the county, with exceptions for good cause. Minor parents who have not completed high school or its equivalent must attend high school, be engaged in steps toward high school equivalency, or be in an alternative education training program approved by the State in order to be eligible for assistance unless receiving benefits paid with segregated State/local funds. Colorado does not require non-custodial, non-supporting minor parents to fulfill community work obligations or attend appropriate parenting classes after school.

Tribal Eligibility: Members of Indian tribes who live in Colorado and are not eligible for assistance under a Tribal Family Assistance plan approved under Section 412 of the Social Security Act could be eligible for Colorado Works. Any month of receipt by an adult while living in Indian Country or a Native Alaskan Village where at least 50 percent of the adults are not employed shall not count towards the 60 cumulative months of assistance. Indian Country is defined in Section 1151 of Title 18, Part 1, Chapter 53, United States Code, as of January 6, 1999.

Sanctions: Sanction means a reduction in Colorado Works grant payments for an established period of time as a result of not participating in the Colorado Works Workforce Development program. Sanctions apply to the full family. Before sanctions take effect, the county office must attempt to gather good cause or re-engage with the client. Benefits will not be sanctioned if the client re-engages or presents good cause for non-participation. If re-engagement is not successful, the sanction process will ensue, as follows:

The reduction for the first level sanction is $1.00, second, and third instances of a sanction shall be 25% of an assistance unit's grant payment. The sanction shall be in effect for one month for each level sanction. A first, second, or third instance of sanction shall progress to the next level of sanction if the client does not re-engage in the Colorado Works Workforce Development program by the end of the month that the sanction is being served.

The reduction for a fourth instance of sanction is 100% and shall result in case closure of the Colorado Works grant payment. The closure shall be in effect for one month. A new application for Colorado Works grant payments is required.

The sanction period is determined by the State Board of Human Services. Once a client reaches the fourth sanction, all subsequent sanctions are at the fourth level.

Disqualifications: Persons who are required members of the assistance unit, but are disqualified from or ineligible to receive Colorado Works basic cash assistance or diversion due to program prohibitions or violations, shall be removed from the assistance unit.

Page 8

1. Individuals who commit fraud, either through a court conviction or determination of an Intentional Program Violation through the administrative process, will be removed from the grant for a 12-month period for the first offense, 24-months for the second offense, and permanently for the third offense.

2. Individuals who misrepresent information in order to receive assistance in two states at the same time will be ineligible for a period of ten years.

3. Individuals who are fugitive or fleeing felons.

4. Individuals who have failed to apply for a Social Security Number, unless good cause exists.

5. Individuals who are non-citizens and do not meet the definition of a qualified legal noncitizen.

Overpayments and recoveries: All overpayments are promptly established as account receivables unless:

1. The household members are without fault in the creation of the overpayment,

2. The change in income or other circumstances were reported timely, and

3. The recovery would deprive the household of income required for ordinary and necessary living expenses or would be against equity and good conscience. The fact that the client is receiving public assistance shall not be the only factor in making a determination that the person would be deprived of income required for ordinary and necessary living expenses or that equity and good conscience exist.

A county will not pursue collection of overpaid benefits from individuals who were dependent child(ren) in the overpaid Colorado Works case.

A. For individuals actively receiving assistance who choose not to repay an overpayment in a lump sum, the monthly recovery amount is as follows:

1. Compute ten percent (10%) of the Colorado Works grant payment. If the resulting percentage amount is less than ten dollars ($10), the deduction from the grant payment shall be ten dollars ($10).

2. Deduct the percentage amount, or ten dollars ($10), whichever is higher, from the grant payment to arrive at the payment amount. This amount shall be rounded to the next lower whole dollar amount, if not already a whole dollar amount. This rounded amount is the final payment amount.

3. When the authorized payment amount is less than ten dollars ($10), the case is considered a "no payment" case and no deduction shall be made and that month is not considered towards the federal TANF time limit.

4. When recovery is due to a fraudulent action on the part of the client and interest may be added thereto, the interest amount shall not be included in the grant deduction unless the client agrees to such inclusion. If the client does not agree, the interest amount shall be collected.

ACF 000381

5. The amount of the grant payment deduction for recovery shall be recorded in the client's case file and collected via the statewide benefit management system.

B. For overpayments to non-active cases, the county shall establish a monthly repayment plan with the family which shall be no more than twenty-five (25) percent of the monthly available income.

Non-recurrent, short-term benefits: Colorado offers non-recurrent, short-term benefits and services to its Colorado Works clients through supportive payments to families receiving Colorado Works and diversion to families not currently receiving Colorado Works.

In order to be eligible for non-recurrent, short-term benefits, a family must:

1. Include child(ren) living with a caretaker or be a parent(s) with unborn child(ren); and,

2. The family's gross income is under the threshold set in the State regulations; and,

3. Be lawfully present.

Notwithstanding the above eligibility requirements, all Colorado residents are eligible to receive services intended to reduce out-of-wedlock pregnancies and/or encourage the formation and maintenance of two-parent families if paid exclusively with federal TANF funds. The federally funded Personal Responsibility Education Program (PREP) intends to decrease teen pregnancies through the implementation of evidence-based comprehensive sexual health education curriculum. The grant requires additional programming to focus on at least three of the six federally outlined Adult Preparation Subjects (APS): healthy life skills, healthy relationships, financial literacy, employment and education goals, adolescent development, and/or adult/child communication. PREP curricula and APS are provided in school settings, juvenile detention facilities and for youth in other out of home placements via partnerships with county departments of child welfare.

Additional Colorado Works benefits and services: Other benefits and services include, but are not limited to, the following:

1. Colorado provides family planning services not available through Health First Colorado, Colorado's Medicaid program.

2. Counties may provide education, employment, achievement, or participation incentives to clients as determined by county policy.

3. Colorado screens for domestic violence and offers the Family Violence Option waivers. Counties implement all three Family Violence Option waivers to include extending the time limits, waiving participation in work requirements, and exemption from referral to Child Support Services when indicated by the assessment. Counties refer domestic violence survivors for needed services. Colorado is meeting the requirements for the federally approved Family Violence Option waiver.

4. Colorado meets the needs of the refugee population through the Colorado Refugee Services Program (CRSP) utilizing Colorado Works funding.

5. Colorado promotes responsible fatherhood through evidence-based responsible parenting and relationship education programs. A state level program, called the

Page 10

ACF 000382

Improved Payments & Child Success Program (IMPACS), is operated by the Colorado Child Support Services Program to support non-custodial parents with work preparation and support.

6.  Colorado offers subsidized employment programs for both custodial and non-custodial parents that are TANF eligible. The Colorado Works Subsidized Employment and Training Program (CW STEP) is one example. The program assists Colorado Works clients to attain living-wage, permanent jobs through employment opportunities with subsidized wages, including apprenticeships, on-the-job training, transitional jobs, and paid internships.

Non-citizens: Qualified non-citizens, who entered the U.S. on or after August 22, 1996 and have been in the country for five or more years, are eligible for Colorado Works in accordance with Section 402(b) of the Act and Title IV of PRWORA. Victims of severe forms of trafficking are eligible for Colorado Works benefits to the same extent as refugees. Counties may assist unexpected qualified aliens who arrived on or after August 22, 1996 and have been in this country less than five years and aliens lawfully present who would be eligible for TANF but for Title IV of PRWORA with segregated State/local funds.

Refugees: Refugees and other eligible populations (45 CFR 400.43) are qualified aliens exempt from the five-year bar. Refugees eligible for assistance through Colorado Works submit an application through their county of residence. The State provides its Refugee-TANF (Colorado Works) population assistance and services by utilizing county departments and CRSP. County departments are charged with the responsibility of the Colorado Works eligibility determination, and CRSP, through its contractors, with case management and service provision responsibilities, which may include workforce development. The model implemented by the State helps ensure all services for refugees are culturally and linguistically appropriate. This model is dependent on the leveraging of TANF funds that support the work of CRSP and its contractors.

Through the assessment process, CRSP determines the most appropriate way to serve refugee families. Consistent with all families accessing Colorado Works benefits, the assessment is used to determine if either a monthly grant or a non-recurrent short term benefit is most appropriate based upon family circumstances.

Family preservation: The Family Preservation Program replaced the IV-A Emergency Assistance Program that was administered by the child welfare. This program utilizes segregated federal TANF funds to provide services to families where the child(ren) are at risk of out-of-home placement. These services are designed to ensure that child(ren) can be cared for in their own homes or in the homes of caretaker relatives, and include case planning, case management, counseling, family support programs, intensive family therapy, day treatment, home-based services, non-medical drug and alcohol treatment, and crisis intervention services.

Eligibility for Family Preservation is as follows:

1.  The family income must be under $75,000 yearly; and,

2.  The child must meet out-of-home placement criteria; and,

3.  The child lived with a specified relative within the last six months.

Page 11

ACF 000383

B. REQUIRE A PARENT OR CARETAKER RECEIVING ASSISTANCE TO ENGAGE IN WORK (DEFINED BY THE STATE) ONCE THE STATE DETERMINES THE PARENT OR CARETAKER IS READY TO ENGAGE IN WORK, OR ONCE HE OR SHE HAS RECEIVED 24 MONTHS OF ASSISTANCE, WHICHEVER IS EARLIER, CONSISTENT WITH THE CHILD CARE EXCEPTION AT 407(E)(2) (SECTION 402(A)(1)(A)(II) OF THE SOCIAL SECURITY ACT)

Assessment and Individualized Plans: All Colorado Works work eligible clients will have a Workforce Development Screening completed within thirty (30) calendar days from the date of application consisting of an evaluation of basic skills, past employment, and employability. Once referred to Workforce Development, all Colorado Works work eligible clients are given a State prescribed workforce assessment that focuses on identifying what services and assistance will best support the family in achieving economic stability and particularly are centered on obtaining meaningful employment. . All workforce assessments, both initial and ongoing, are individualized and include formal and informal evaluations to determine strengths and challenges to obtaining economic stability, such as recent work history and skills, education level, needs of the assistance unit, and other relevant factors. Counties must use the state prescribed workforce assessment tool in order to fully develop a suitable and individualized plan. All individualized plans identify a long-term outcome or goal for lasting economic security, and are intended to support not only the process components of work participation and verification, but specific actions, activities, and supports Strategies and accommodations to address challenges are included in the individualized plan developed from the assessment, and roles are clearly delineated.

Colorado places a strong emphasis on employment as the most likely path to economic stability for families in need of assistance, and as such, works closely with existing agencies at the State and county levels to ensure service integration and innovative practices. This includes partnerships with the State's Division of Vocational Rehabilitation, Workforce Investment Board, Department of Labor and Employment, Department of Higher Education and Community Colleges, and local workforce and education partners.

Work Eligible Individuals: Work eligible individuals are identified through logic in the Colorado Benefits Management System (CBMS), which is the State's eligibility and work program tracking system for Colorado Works clients, as well as other public assistance. Colorado has executed sanctions since PRWORA was signed into law in 1996. Non-recipient parents are not considered work eligible individuals in Colorado for reasons outlined in the TANF Final Rule, such as non-citizen status and minor parents who are not a head of household. Colorado does not include SSI recipients in the work participation rate calculations. CBMS identifies cases where a parent is caring for a disabled family member and should not be categorized as a work eligible individual. County departments are trained and formally advised of the need to document medical verifications in the case file for this purpose. Medical verification will be updated at each redetermination of Colorado Works eligibility, or before, if warranted. A family member for the purpose of this coding is considered to be any person living in the household who is dependent on the work eligible individual(s) for care and receiving financial support.

Colorado employs a separate state program for a domestic violence program, not for programs which provide TANF employment assistance.

ACF 000384

C. ENSURE THAT PARENTS AND CARETAKERS RECEIVING ASSISTANCE ENGAGE IN WORK IN ACCORDANCE WITH SECTION 407 (SECTION 402(A)(1)(A)(III) OF THE SOCIAL SECURITY ACT). CONSISTENT WITH THE REQUIRED STRATEGIC ELEMENTS DISCUSSED IN SECTION II (A)(2) HEREIN, PROVIDE A SPECIFIC ANALYSIS OF HOW THE STATE'S WORKFORCE DEVELOPMENT ACTIVITIES ARE ADDRESSING EMPLOYMENT AND TRAINING SERVICES FOR PARENTS OR CARETAKERS RECEIVING ASSISTANCE

Work participation: All work eligible individuals engage in an individualized plan, and as such, participate in a State or county defined work activity. Exceptions are made for those with a domestic violence waiver or for single parents with a child under age six for whom childcare is unavailable. Single parents with a child under age one are not exempt, unless specified by county policy.

Failure to engage in the individualized plan components and activities without good cause or re-engagement will result in sanction, as described in the sections of this plan on "sanctions" and "disqualifications". Colorado considers childcare unavailable if childcare is inaccessible, unaffordable, or unsuitable as defined in each county policy.

Work activities, good cause for failure to participate and definition of ready to work: Colorado utilizes the federally defined work activities as the building blocks of an individualized plan that is outcome-based. Federally defined work activities are considered a means to an end, but not the end itself. As such, Colorado provides guidance to counties on how to best utilize work activities to support and promote an employment goal. Per the State's Work Verification Plan (WVP), all federally recognized work activities are used in Colorado, for the exception of the provision of childcare for another recipient in community services. Colorado adheres to the federal requirements around work participation and verification, and has consistently met the State's work participation rate since 1996. Please see the WVP for a detailed list of activities, hours, and verification requirements.

Good cause for not engaging in work activities is determined at the county level, in accordance with federal and State guidelines. County departments utilize assessments, interviewing skills, and case management to support families in the goal of self-sufficiency, and determine together with the client what activities best support their individualized plan. Case management is ongoing, allowing for the adaptation of the individualized plan over time and as circumstances change; Colorado employs a model of the program that is strength-based and customer-centered. Counties are encouraged to engage program clients in a manner that stabilizes and supports the family, reserving sanctioning as a final resort after re-engagement is unsuccessful. Counties must contact the client at least once every 90 days to update the individualized plan or assess for supportive payments,  if needed

Colorado has found that being ready to work is fluid and looks different family-to-family, and is committed to working with clients where they are at. Counties are encouraged to think about mid- to long-range planning for economic stability, implementing strategies that protect against recidivism because those who are exiting are truly more economically stable and no longer need the support of the program. In this vein, work ready is considered not only the ability to get work tomorrow, but also the ability to maintain and succeed in employment over the long-term.

Provisions of the Patient Protection and Affordable Care Act (PPACA):

ACF 000385

Other Specialized Training: Colorado assists individuals to train for, seek and maintain employment to provide direct care in a long-term care facility and in other occupations related to elder care determined appropriate by the State for which Colorado identifies an unmet need for service personnel.

### D. TAKE SUCH REASONABLE STEPS AS THE STATE DEEMS NECESSARY TO RESTRICT THE USE AND DISCLOSURE OF INFORMATION ABOUT INDIVIDUALS AND FAMILIES RECEIVING ASSISTANCE UNDER THE PROGRAM ATTRIBUTABLE TO FUNDS PROVIDED BY THE FEDERAL GOVERNMENT (SECTION 402(A)(1)(A)(IV) OF THE SOCIAL SECURITY ACT)

Confidentiality: All client information is confidential and available only for the purposes of the effective administration of the program and will be made available to federal or State agencies as appropriate. Client information is made available to the State Department responsible for voter registration to ensure the opportunity to vote is afforded to all adults participating in the program. All employees are trained to maintain the confidentiality of information. All parties acting on behalf of the county department must be employees or contractual agents. County departments of human/social services contracting for program administration or services are required to include confidentiality requirements in their contracts. County departments of human/social services administering the program are required to include procedures to ensure confidentiality in their policies.

### E. ESTABLISH GOALS AND TAKE ACTION TO PREVENT AND REDUCE OUT-OF-WEDLOCK PREGNANCIES, WITH SPECIAL EMPHASIS ON TEENAGE PREGNANCIES (SECTION 402(A)(1)(A)(V) OF THE SOCIAL SECURITY ACT)

Colorado has established goals and taken action to prevent and reduce the incidence of out-of-wedlock pregnancies, with special emphasis on teenage pregnancies, and established numerical goals for reducing the illegitimacy ratio. Colorado works with county departments of human/social services and educational and health agencies to reduce the out-of-wedlock birth rate, with a special emphasis on teenage pregnancies. Specifically, all Colorado residents are eligible to receive services intended to reduce out-of-wedlock pregnancies and/or encourage the formation and maintenance of two-parent families if paid exclusively with federal TANF funds. The federally funded Personal Responsibility Education Program (PREP) intends to decrease teen pregnancies through the implementation of sexual health education that is evidence-based, age appropriate, trauma informed, and comprehensive. The funding also requires that PREP grantees address at least three of the six federally outlined Adult Preparation Subjects: financial literacy, adolescent development, employment and education goals, healthy life skills, healthy relationships, and/or adult/child communication. These can be addressed via components of the evidence based curricula, or by the implementation of additional curricula designed to address these specific topics. Colorado PREP grantees utilize a two-generational approach to ensure that both the youth involved in PREP curricula, and the trusted adults in their lives receive information and education on the prevention of STIs, HIV and untimely pregnancy. All programming aligns with the requirements outlined in the Colorado Human Sexuality Education legislation, HB19-1032.

### F. CONDUCT A PROGRAM DESIGNED TO REACH STATE AND LOCAL LAW ENFORCEMENT OFFICIALS, THE EDUCATION SYSTEM, AND RELEVANT COUNSELING

Page 14

ACF 000386

SERVICES, THAT PROVIDES EDUCATION AND TRAINING ON THE PROBLEM OF STATUTORY RAPE SO THAT TEENAGE PREGNANCY PREVENTION PROGRAMS MAY BE EXPANDED TO INCLUDE MEN (SECTION 402(A)(1)(A)(VI) OF THE SOCIAL SECURITY ACT)

Colorado's programs and services to prevent and reduce the incidence of out-of-wedlock pregnancies includes coordination and training for and with local law enforcement personnel, including School Resource Officers (SROs), representatives of counseling services in the counties, youth probation and parole officers, staff within the Division of Youth Services, and other juvenile justice professionals, as well as and the Colorado Department of Education. Program staff provide training and education regarding affirmative consent, and Colorado's sexting and age of consent laws. This education includes information around the ages at which sexual contact constitutes statutory rape, and is inclusive of all young people, regardless of sexuality or gender identity. Efforts are made to ensure law enforcement personnel and judicial personnel are aware of the need to enforce the statutory rape laws, and to educate young people on the specific age ranges and details of the age of consent laws in Colorado. Emphasis is also placed on affirmative consent and the components of affirmative consent. Affirmative consent is defined as being freely given (without coercion), reversible, informed, enthusiastic, and specific.

G. IMPLEMENT POLICIES AND PROCEDURES AS NECESSARY TO PREVENT ACCESS TO ASSISTANCE PROVIDED UNDER THE STATE PROGRAM FUNDED UNDER THIS PART THROUGH ANY ELECTRONIC FUND TRANSACTION IN AN AUTOMATED TELLER MACHINE OR POINT-OF-SALE DEVICE LOCATED IN A PLACE DESCRIBED IN SECTION 408(A)(12), INCLUDING A PLAN TO ENSURE THAT RECIPIENTS OF THE ASSISTANCE HAVE ADEQUATE ACCESS TO THEIR CASH ASSISTANCE (SECTION 402(A)(1)(A)(VII) OF THE SOCIAL SECURITY ACT)

*Colorado has policies and procedures to prevent access to assistance through electronic benefit transfer transactions in an automated teller machine or point-of-sale device located in casinos, liquor stores, and retail establishments which provide adult-oriented entertainment.*

(A) *Legislation.* Colorado State Legislature passed a law addressing the Prohibited Uses of Public Assistance Benefit Cards. This law addressed the use of Colorado Works benefits provided to a client on a Colorado EBT card account (Section 26-2-104 (2) (a)). The enacted Statute outlines that: Clients cannot access their EBT cash benefits from an ATM located at licensed gaming establishments; in-state simulcast facilities; commercial bingo facilities; stores that sell firearms; or retail establishments licensed to sell malt, vinous, or spirituous liquors.

(B) *Rule.* Colorado State Regulations have been revised to reflect prohibited locations, and includes increasing penalties when misuse occurs. County departments are required to discuss this information with the client during the eligibility interview and when the EBT card is issued.

(C) *Education.*Clients. Information about establishments where EBT transactions are prohibited is provided to clients at the eligibility interview and when the client requests to receive cash benefits on an EBT card. This information is also posted in County Department Human/Social Service offices. Clients are also given an informational brochure. This brochure informs clients:

- Which types of transactions involve no fees or charges;

Page 15

ACF 000387

- Which types of transactions involve fees and/or surcharges; and

- Where they can access or withdraw their cash benefits (POS terminals at retail locations statewide and ATM machines).

The State requires clients to sign a disclaimer upon issuance of the EBT Card indicating they are aware of and understand the usage restrictions.

Colorado has three options for clients to receive their cash assistance: Colorado EBT card, direct deposit into a bank account, and enrolling in the KeyBank branded debit card. The KeyBank card provides the client more options for accessing cash; including online bill pay, while offering better opportunities for managing their money. The client can obtain their cash anywhere MasterCard is accepted.

County Staff. Caseworkers and county administrators have and will continue to receive information about the law. New and existing caseworkers will be consistently trained in providing accurate information to EBT card recipients. Compliance is monitored during the County Management Evaluations conducted by the State department.

(D) *Monitoring.* Monitoring will consist of running quarterly EBT usage reports to track businesses including marijuana shops allowing this activity. Businesses allowing this activity will be notified that they are out of compliance with Public Law 112-96, Section 4004 and of the specific steps to take to come into compliance.

Individuals' transactions are also examined at least quarterly. Individuals who use prohibited ATMs are contacted by the State department and provided information about the appropriate use of EBT cards. Repeated inappropriate usage will result in disabling the card and requiring personal interaction with the county department for additional assessment, education and/or exploring access issues.

(E) *Automated Prevention*. Colorado's EBT vendor implemented a new automated prevention strategy July 1, 2014. It flags transactions at prohibited businesses based on goods or services it provides using a "merchant category code." When a client attempts an EBT transaction at a point of sale (POS) device or ATM located in one of these businesses, the transaction will be denied.

Fraud: Colorado reviews information from CBMS, interfaces with other systems, and fraud investigations to limit the amount of fraud and abuse in the program. Questionable cases are reviewed through a county investigation to certify the accuracy of the information, and determine if the client committed an Intentional Program Violation (IPV) or fraud. IPVs are processed by the county and are resolved by obtaining a "Waiver of Intentional Program Violation", through an administrative disqualification hearing, or through referral for civil or criminal action in a State or federal court. An IPV is committed when an individual makes a false or misleading statement or fails to disclose any action intending to mislead or conceal any eligibility factor on any application or other written communication. Fraud is subject to criminal action and must be proven beyond a reasonable doubt.

H. ENSURE THAT RECIPIENTS OF ASSISTANCE PROVIDED UNDER THE STATE PROGRAM FUNDED UNDER THIS PART HAVE THE ABILITY TO USE OR WITHDRAW ASSISTANCE WITH MINIMAL FEES OR CHARGES, INCLUDING AN OPPORTUNITY TO

Page 16

ACF 000388

ACCESS ASSISTANCE WITH NO FEE OR CHARGES, AND ARE PROVIDED INFORMATION ON APPLICABLE FEES AND SURCHARGES THAT APPLY TO ELECTRONIC FUND TRANSACTIONS INVOLVING THE ASSISTANCE, AND THAT SUCH INFORMATION IS MADE PUBLICLY AVAILABLE (SECTION 402(A)(1)(A)(VIII) OF THE SOCIAL SECURITY ACT)

Colorado has three options for clients to receive their cash assistance: Colorado EBT card, direct deposit into a bank account, and enrolling in the KeyBank branded debit card. Fidelity Information Services (FIS) is the vendor that processes all EBT transactions for Colorado. The EBT card is the traditional method for clients to receive their cash assistance. There is not a fee for making cash purchases, including getting cash back through a Point of Sale (POS) device. FIS charges a 32-cent ($.32) fee for withdrawing money at an ATM; any additional ATM surcharges may apply. The KeyBank debit card requires the client to complete an enrollment form to request this option. The KeyBank card provides the client more options for accessing cash; including online bill pay, while offering better opportunities for managing their money. The client can obtain their cash anywhere MasterCard is accepted. KeyBank does not charge a fee for withdrawing or accessing money at a; KeyBank branch, KeyBank ATM, AllPoint ATM, or POS terminal including cash back and online purchases. There is a $1.50 ATM processing fee for using a Non-KeyBank or Non-AllPoint ATM; additional ATM surcharges may apply. Information about establishments where EBT transactions are prohibited is provided to clients at the eligibility interview and when the client requests to receive cash benefits on an EBT card. This information is also posted in County Department Human/Social Service offices. Clients are also given an informational brochure. This brochure informs clients:

- Which types of transactions involve no fees or charges;

- Which types of transactions involve fees and/or surcharges; and

- Where they can access or withdraw their cash benefits (POS terminals at retail locations statewide and ATM machines).

I. INDICATE WHETHER IT INTENDS TO TREAT FAMILIES MOVING FROM ANOTHER STATE DIFFERENTLY FROM OTHER FAMILIES UNDER THE PROGRAM, AND IF SO HOW (SECTION 402(A)(1)(B)(I) OF THE SOCIAL SECURITY ACT)

Colorado does not impose different eligibility criteria or benefit levels on families moving into Colorado from other States.

J. INDICATE WHETHER IT INTENDS TO PROVIDE ASSISTANCE TO NON-CITIZENS, AND IF SO INCLUDE AN OVERVIEW OF THE ASSISTANCE (SECTION 402(A)(1)(B)(II) OF THE SOCIAL SECURITY ACT)

Qualified legal non-citizens or those who are not federally exempt, who entered the United States on or after August 22, 1996, are ineligible for cash assistance for five (5) years from date of entry into the United States. Colorado waives this five (5) year bar for refugees and other categories required by the United States Code.

K. SET FORTH OBJECTIVE CRITERIA FOR THE DELIVERY OF BENEFITS AND THE DETERMINATION OF ELIGIBILITY AND FOR FAIR AND EQUITABLE TREATMENT,

Page 17

INCLUDING AN EXPLANATION OF HOW IT WILL PROVIDE OPPORTUNITIES FOR RECIPIENTS WHO HAVE BEEN ADVERSELY AFFECTED TO BE HEARD IN A STATE ADMINISTRATIVE OR APPEAL PROCESS (SECTION 402(A)(1)(B)(III) OF THE SOCIAL SECURITY ACT)

**Eligibility Criteria**

Colorado Revised Statutes set uniform statewide basic eligibility and minimum benefit levels for basic cash assistance based on Aid to Families with Dependent Child(ren) (AFDC) rules that were in effect on July 16, 1996, with the following exceptions:

1. Families do not have to include half siblings in the same assistance unit if at least one of the half siblings is receiving child support;

2. 100 percent of clients new income received at application or received the month prior or the first month of the Redetermination will  be exempt for one certification period

3. Sixty seven percent of a client's income is disregarded for ongoing benefit calculation;

4. All wages earned in subsidized employment are exempted from eligibility determination and grant calculation pursuant to C.R.S. 26-2-706.9 (9) (d) and C.R.S. 26-2-709 (1) (II). Some other types of income such as low income energy assistance, income from WIOA, and income received in a lump sum are also exempt from the eligibility determination;

5. Two parents are treated the same as single parent families, however cash assistance is paid using State-only funds;

6. A family's resources are exempt.

Eligibility criteria for cash assistance also include the following:

1. Colorado does not impose a family cap;

2. Colorado does require the client to work with child support services, to ensure child(ren) receive financial support. Colorado does require the assignment of child support rights as a condition of eligibility for Colorado Works;

3. Colorado does not impose different eligibility criteria or benefit levels on families moving into Colorado from other states;

4. Expectant parents that can prove pregnancy are eligible; and

5. All work eligible individuals must sign and participate in a comprehensive individualized plan, which includes matters relating to securing and maintaining training, education, or work.

The following persons shall be ineligible for all Colorado Works benefits or services:

1. Fugitive or fleeing felons;

2. Assistance units with an adult participating in a strike; and,

Page 18

ACF 000390

3.  Qualified legal non-citizens or those who are not federally exempt, who entered the United States on or after August 22, 1996, are ineligible for cash assistance for five (5) years from date of entry into the United States.

In addition to the basic cash assistance grant, county departments of human/social services may provide other assistance in the form of additional non-recurrent short term benefits, services, and incentives to clients above the basic benefit level, as outlined in their county policy.

To receive benefits, an assistance unit may consist of the dependent child, siblings of the dependent child, and a specified caretaker (such as parents or grandparents, etc.). A dependent child is a child under age 18 or between 18 and 19 who is expected to graduate from high school or complete high school equivalency prior to his/her 19th birthday.

Every household receiving TANF assistance is raising a child. There are three primary family types receiving Colorado Works assistance:

- Two parent households or single parent households with at least one child (including pregnant women without other children)

- Child(ren) living with a caretaker where the child(ren) and the caretaker are also receiving benefits

- Child(ren) living with a caretaker whereby benefits are to support the child(ren), but not the adult(s) in the household (referred to as child-only households)

A caretaker is a person who exercises responsibility for the child and may or may not be related to that child. Dependent child(ren) must live with a caretaker; except:

- Child(ren) receiving family preservation services or receiving services as outlined in Colorado's approved Title IV-A State Plan in effect as of September 30, 1995, or

- The child or the caretaker is temporarily absent from the home to receive medical treatment, or

- The child is under the jurisdiction of the court, or

- Legal custody is held by an agency that does not have physical custody of the child, or

- The child is in regular attendance at a school away from home.

Persons living in the household who are financially responsible for members of the assistance unit, but who are not required to be in the unit, will have their income, minus the employment disregard, deemed available to the family unit. The income disregard at initial application is $90; once eligibility has been established, 100% of new income will be disregarded during the first certification period (up to six months). The generous disregard after eligibility has been determined is intended to support a transition to employment for families receiving assistance, allowing access to not only basic cash, but also case management and supportive payments that are critical during early attachment to work. Non-monetary services may also be provided to a non-custodial parent according to program rules, as outlined in county policy.

Appeals: All programs and services under the Colorado Works program are implemented in a fair and equitable manner. This includes ensuring the correct use of any adverse actions towards clients of Colorado Works whose basic cash assistance benefits have been denied,

ACF 000391

reduced or discontinued. A client may appeal such decisions through the appeals process established by CDHS.

All disputes and complaints begin at the county level. Clients are informed of their appeal rights at application and when any adverse action is taken on his/her case. Individuals who believe that an agency decision regarding the receipt of benefits or services is incorrect may appeal the action. A client who disagrees with a proposed action has the right to a local level dispute resolution conference, which must be requested within ninety (90) days from the date the notice of proposed action was mailed. The client may also choose to forego the county local level dispute resolution conference and may request a State level fair hearing before a State Administrative Law Judge. The client may also pursue both methods of appeal simultaneously. If the client chooses to have a local level dispute resolution conference, and is dissatisfied with the outcome of the local dispute resolution conference, a State level fair hearing before a State Administrative Law Judge can take place if a request is received no later than 90 calendar days after the date the notice of proposed action was mailed by the county department/agency. Judicial review of the final agency decision in the appropriate State district court, after exhausting the administrative appeals rights, may be granted.

If the client is receiving Colorado Works and appeals either to the county or to the State prior to the benefits ending (during the prior notice period), the benefits will be continued at the prior amount through recertification or outcome of the appeal/conference. Continued benefits will be authorized unless the client states in writing that the continued benefits are being waived.

## L. INDICATE WHETHER THE STATE INTENDS TO ASSIST INDIVIDUALS TO TRAIN FOR, SEEK, AND MAINTAIN EMPLOYMENT (SECTION 402(A)(1)(B)(V) OF THE SOCIAL SECURITY ACT)—

1. PROVIDING DIRECT CARE IN A LONG-TERM CARE FACILITY (AS SUCH TERMS ARE DEFINED UNDER SECTION 1397J OF THIS TITLE); OR

2. IN OTHER OCCUPATIONS RELATED TO ELDER CARE, HIGH-DEMAND OCCUPATIONS, OR OCCUPATIONS EXPECTED TO EXPERIENCE LABOR SHORTAGES AS, DETERMINED APPROPRIATE BY THE STATE FOR WHICH THE STATE IDENTIFIES AN UNMET NEED FOR SERVICE PERSONNEL, AND, IF SO, SHALL INCLUDE AN OVERVIEW OF SUCH ASSISTANCE.

Colorado intends to assist individuals to train for, seek and maintain employment to provide direct care in a long-term care facility and in other occupations related to elder care determined appropriate by the State of Colorado for which Colorado identifies an unmet need for service personnel.

Colorado supports work based learning initiatives including several subsidized employment programs for high-demand occupations and occupations expected to experience labor shortages. Work based learning is embedded in the framework of the program.

## M. PROVIDE FOR ALL MOE-FUNDED SERVICES THE FOLLOWING INFORMATION: THE NAME OF THE PROGRAM BENEFIT OR SERVICE, AND THE FINANCIAL ELIGIBILITY CRITERIA THAT FAMILIES MUST MEET IN ORDER TO RECEIVE THAT BENEFIT OR SERVICE. IN ADDITION, FOR TANF MOE-FUNDED SERVICES (CO-MINGLED OR SEGREGATED MOE) DESCRIBE THE PROGRAM BENEFIT PROVIDED TO ELIGIBLE

ACF 000392

FAMILIES (SSP SERVICES DO NOT HAVE TO INCLUDE A DESCRIPTION BUT THE DEPARTMENT OF HEALTH AND HUMAN SERVICES ENCOURAGES IT) (§263.2(B)(3) & §263.2(C) PREAMBLE PAGES 17826-7)

The Colorado General Assembly annually appropriates TANF funds for State administration, evaluation, computer system maintenance, funding for specific program needs, with the largest portion going towards a county block grant. The total block grant includes local and federal funds for counties to operate the Colorado Works program. The county block grant is then allocated to individual counties through the statutorily authorized Works Allocation Committee (WAC). The committee applies a formula based on economic and demographic factors to derive individual county allocations.

Counties have primary programmatic flexibility for implementation of the TANF program, and as such are allowed by State statute and program rule to make fiscal and policy decisions based on the amount of funds available to them each year through the county block grant. CDHS monitors and reports expenditures through the County Financial Management System (CFMS). State auditors (both internal to CDHS as well as external) may audit county operations. Colorado segregates State/local maintenance of efforts (MOE) funds from federal TANF funds to increase program flexibility, and ensures that fiscal constraints related to each funding source are applied accurately.

Maintenance of effort: Colorado continues its maintenance of effort based on FFY 1994 expenditures at the level of at least 80 percent unless federal work participation rates are met, in which case Colorado will reduce its MOE expenditures to 75 percent. In order to meet its annual MOE obligation, Colorado may count any qualifying expenditures that are allowed under federal statute and regulation. Qualifying MOE expenditures are any non-federal and otherwise unclaimed expenditure made on behalf of TANF-eligible families with household gross income up to the maximum income limits set in state regulations. The primary sources of qualifying expenditures include:

1. Colorado Works. This includes expenditures made at the county level on benefits and services as well as program administration costs directly related to the provision of these benefits and services.

2. Emergency Assistance to Families with Child(ren). This includes case planning services, case management services, counseling, family support programs, intensive family therapy, day treatment, home-based services, non-medical drug and alcohol treatment, or crisis intervention services.

3. Child Welfare Services. This includes expenditures made at the county level on services for TANF eligible families to protect child(ren) from harm or to assist families in caring for their child(ren).

4. Colorado Child Care Assistance Program (CCCAP). This program serves families consisting of caretaker relatives caring for child(ren) up to 225 percent of the federal poverty level through assistance with payments for child care services. Families receiving services are employed, in training, or looking for a job.

5. Low-income Energy Assistance Program (LEAP). LEAP provides benefits and services to TANF-eligible households for help with winter heating costs. Colorado is aware that it

ACF 000393

may not count toward their TANF MOE requirement any expenditure used to receive Federal LIHEAP Leveraging Incentive Funds.

6. Refundable Tax Credits. The Colorado Earned Income Tax Credit and the Child Care Tax Credit.

7. Education Expenditures from the Colorado Preschool Program. This program provides funding to Colorado schools in an effort to establish quality early childhood education programs, strengthen families, and support them as participants in their child's education. School districts conduct an individualized educational program for the child with family involvement.

8. Nurse Home Visitor Program. This program consists of nurse home visitors who work with women and their families in their homes during pregnancy, and through the first two years of the child's life. The program provides regular visits with new or at-risk mothers to improve parenting skills and child wellbeing and to link mothers to needed social services. This is accomplished through regular home visiting sessions through the child's second birthday.

9. Pro-family healthy marriage and responsible fatherhood activities enumerated in part IV-A of the Act. Colorado is aware that the pro-family MOE spending provision pertains only to the allowable non-assistance healthy marriage and responsible fatherhood activities enumerated in sections 403(a)(2)(A)(iii) and section 403(a)(2)(C)(ii) of the Act, and listed in TANF-ACF-PI-2008-10, e.g., not public education activities.

10. Non-profit and private spending. Colorado receives spending information from non-profits, foundations, and other charitable organizations on TANF eligible families. The services provided fall mainly into the categories of family stability, short term housing assistance, educational and youth development activities, job readiness and transportation.

## TANF CERTIFICATIONS

States that include TANF in the Combined State Plan must provide a certification by the chief executive officer of that State, that during the fiscal year, the State will:

| The State Plan must include | Include |
|---|---|
| 1. Operate a child support enforcement program under the State Plan approved under part D. (section 402(a)(2) of the Social Security Act); | Yes |
| 2. Operate a foster care and adoption assistance program under the State Plan approved under part E, and that the state will take such actions as are necessary to ensure that children receiving assistance under such part are eligible for medical assistance under the State Plan under title XIX. (section 402(a)(3) of the | Yes |

Page 22

ACF 000394

| The State Plan must include | Include |
|---|---|
| Social Security Act); | |
| 3.  Specify which state agency or agencies will administer and supervise the program referred to in paragraph (1) for the fiscal year, which shall include assurances that local governments and private sector organizations (section 402(a)(4) of the Social Security Act)— | |
| 3. (A) have been consulted regarding the plan and design of welfare services in the state so that services are provided in a manner appropriate to local populations; and | Yes |
| 3. (B) have had at least 45 days to submit comments on the plan and the design of such services; | Yes |
| 4. Provide each member of an Indian tribe, who is domiciled in the state and is not eligible for assistance under a tribal family assistance plan approved under section 412, with equitable access to assistance under the state program funded under this part attributable to funds provided by the Federal Government. (section 402(a)(5) of the Social Security Act); | Yes |
| 5. Establish and enforce standards and procedures to ensure against program fraud and abuse, including standards and procedures concerning nepotism, conflicts of interest among individuals responsible for the administration and supervision of the state program, kickbacks, and the use of political patronage. (section 402(a)(6) of the Social Security Act); | Yes |
| 6. (optional) Establish and Enforcing standards and procedures to (section 402(a)(7) of the Social Security Act).— | |
| 6. (A) screen and identify individuals receiving assistance under this part with a history of domestic violence while maintaining the confidentiality of such individuals; | Yes |
| 6. (B) refer such individuals to counseling and | Yes |

Page 23

ACF 000395

| The State Plan must include | Include |
|---|---|
| supportive services; and | |
| 6. (C) waive, pursuant to a determination of good cause, other program requirements such as time limits (for so long as necessary) for individuals receiving assistance, residency requirements, child support cooperation requirements, and family cap provisions, in cases where compliance with such requirements would make it more difficult for individuals receiving assistance under this part to escape domestic violence or unfairly penalize such individuals who are or have been victimized by such violence, or individuals who are at risk of further domestic violence (section 402(a)(7) of the Social Security Act). | Yes |
| 7 Establish and enforce standards and procedures to*— | |
| 7. (A) ensure that applicants and potential applicants for assistance under the state program funded under this part are notified of assistance made available by the state to victims of sexual harassment and survivors of domestic violence, sexual assault, or stalking; | Yes |
| 7. (B) ensure that case workers and other agency personnel responsible for administering the state program funded under this part are trained in— | |
| 7. (B) 1. the nature and dynamics of sexual harassment and domestic violence, sexual assault, and stalking; | Yes |
| 7. (B) 2. state standards and procedures relating to the prevention of, and assistance for, individuals who are victims of sexual harassment or survivors of domestic violence, sexual assault, or stalking; and | Yes |
| 7. (B) 3. methods of ascertaining and ensuring the confidentiality of personal information and documentation related to applicants for | Yes |

Page 24

ACF 000396

| The State Plan must include | Include |
|---|---|
| assistance and their children who have provided notice about their experiences of sexual harassment, domestic violence, sexual assault, or stalking; and | |
| 7. (C) ensure that, if a state has elected to establish and enforce standards and procedures regarding the screening for, and identification of, domestic violence, sexual assault, or stalking pursuant to paragraph (7)— | |
| 7. (C) 1. the state program funded under this part provides information about the options under this part to current and potential beneficiaries; and | Yes |
| 7. (C) 2. case workers and other agency personnel responsible for administering the state programs funder under this part are provided with training regarding state standards and procedures pursuant to paragraph (7). | Yes |

Page 25

ACF 000397

6/26/2025 5:40:43 PM (GMT)                                                                                              Page 1 of 7

# SSBG Pre-Expenditure Report

Year: 2026  Group: Colorado

## Contacts

| Contact Type Name | First Name | Last Name | Title | Agency | Street1 | Street2 | City | State Name | Zip | Phone Number | Fax Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| State CFO Contact Info | Jamison | Lee | Chief Financial Officer | Human Services | 1575 Sherman St. | | Denver | Colorado | 80203 | 303-866-5620 | |
| State SSBG Contact Info | Theresa | Tran | Program Accountant | Human Services | 1575 Sherman St. | | Denver | Colorado | 80203 | 303-866-5641 | |
| State Official Contact Info | Sonja | Orneals | Finance and Policy Supervisor | Human Services | 1575 Sherman St. | | Denver | Colorado | 80203 | 303-866-4266 | |

## Definitions

| | |
|---|---|
| **Child** | Child - means a person under eighteen years of age, based on Colorado revised statute, citation 19-1-103(18) |
| **Adult** | Adult - a person who has attained the age of majority. The age of majority is legally defined age at which a person is considered an adult, with all the attendant rights and responsibilities of adulthood |
| **Family** | Family- one or more person occupying a single dwelling unit, provided that unless all members are related by blood or marriage, no such family shall contain over five person, but further provided the domestic servants employed on the premises may be housed on the premises |

## Assurances

| Assurance Name | Yes | No | Comment |
|---|---|---|---|
| Is the total amount of funds transferred from TANF to SSBG equal to the amount reported for the related period in the TANF financial report (ACF196R)? | | X | Funds have not been transferred for FY26; the amount recorded is an estimate of fund to be received. |
| The grantee certifies that funds transferred from TANF to SSBG comply with the statutory requirements described in Section 404(d) of the Social Security Act. | X | | |
| The grantee certifies that no carryover extends beyond the two year expenditure period outlined in the code Sec.2002 42 U.S.C. 1397a (c) | X | | |
| Was the actual use of funds transferred from TANF to SSBG reflected in the pre-expenditurereport? | | X | Funds have not been transferred for FY26; the amount recorded is an estimate of fund to be received. |

## Expenditures and Recipients

Source: SSBG Data Collection System
For technical assistance, please contact the SSBG Technical Team at support@ssbgportal.net.

ACF 000398

# SSBG Pre-Expenditure Report

Year: 2026  Group: Colorado

| Service Categories | Current Year SSBG and CBG Allocation Expenditures | Carried Over SSBG and CBG Allocation Expenditures | Funds Transferred into SSBG | Carry Over of Funds Transferred into SSBG from Previous FY | Expenditures of All Other Federal, State, and Local Funds | Total Expenditures | Public | Private | Include All | Children | Adults Age 59 Years & Younger | Adults Age 60 years & Older | Adults of Unknown Age | Total Adults | Total Recipients | Actual | Estimated | Sampled | Duplicated | Unduplicated | Eligibility Comment | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1) Adoption Services | $0 | $0 | $0 | $0 | $4,422,711 | $4,422,711 | X | | X | 117 | 0 | 0 | 0 | 0 | 117 | X | | | | X | Children in either an in-home or out-of-home involvement that achieved permanency with an involvement end reason or residence of adoption or placed for adoption | |
| 2) Case Management | $18,548,592 | $0 | $0 | $0 | $175,607,373 | $194,155,965 | X | | X | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | Unable to break these out due to the system | |
| 3) Congregate Meals | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 4) Counseling Services | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 5) Day Care - Adults | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 6) Day Care - Children | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 7) Education and Training Services | $251,180 | $0 | $0 | $0 | $0 | $251,180 | X | | X | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | FTE - no case counts as the employee is training and education | |
| 8) Employment Services | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 9) Family Planning Services | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 10) Foster Care Services - Adults | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |

Source: SSBG Data Collection System
For technical assistance, please contact the SSBG Technical Team at support@ssbgportal.net.

ACF 000399

# SSBG Pre-Expenditure Report

Year: 2026  Group: Colorado

| Service Categories | Current Year SSBG and CBG Allocation Expenditures | Carried Over SSBG and CBG Allocation Expenditures | Funds Transferred into SSBG | Carry Over of Funds Transferred into SSBG from Previous FY | Expenditures of All Other Federal, State, and Local Funds | Total Expenditures | Public | Private | Include All | Children | Adults Age 59 Years & Younger | Adults Age 60 years & Older | Adults of Unknown Age | Total Adults | Total Recipients | Actual | Estimated | Sampled | Duplicated | Unduplicated | Eligibility Comment | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11) Foster Care Services - Children | $0 | $0 | $5,553,973 | $0 | $6,572,697 | $12,126,670 | X | | X | 207 | 0 | 0 | 0 | 0 | 207 | X | | | | X | Total number of children on a Foster Care caseload during the report period | |
| 12) Health-Related Services | $0 | $0 | $0 | $0 | $0 | $0 | | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 13) Home-Based Services | $0 | $0 | $0 | $0 | $0 | $0 | | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 14) Home-Delivered Meals | $0 | $0 | $0 | $0 | $0 | $0 | | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 15) Housing Services | $0 | $0 | $0 | $0 | $0 | $0 | | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 16) Independent/Transitional Living Services | $0 | $0 | $0 | $0 | $0 | $0 | | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 17) Information and Referral | $0 | $0 | $0 | $0 | $0 | $0 | | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 18) Legal Services | $235,385 | $0 | $0 | $0 | $0 | $235,385 | X | | X | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | no case counts as legal services are charged in a lump sum and can't be split by case counts | |
| 19) Pregnancy and Parenting | $0 | $0 | $0 | $0 | $0 | $0 | | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | | |
| 20) Prevention and Intervention | $0 | $0 | $0 | $0 | $27,264,209 | $27,264,209 | X | | X | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | Unable to break these out due to the system | |
| 21) Protective Services - Adults | $2,294,448 | $0 | $0 | $0 | $0 | $2,294,448 | X | | X | 0 | 1,841 | 6,414 | 0 | 8,255 | 8,255 | X | | | | X | APS serves clients who are "at-risk adults", | |

Source: SSBG Data Collection System
For technical assistance, please contact the SSBG Technical Team at support@ssbgportal.net.

ACF 000400

# SSBG Pre-Expenditure Report

### Year: 2026  Group: Colorado

| Service Categories | Current Year SSBG and CBG Allocation Expenditures | Carried Over SSBG and CBG Allocation Expenditures | Funds Transferred into SSBG | Carry Over of Funds Transferred into SSBG from Previous FY | Expenditures of All Other Federal, State, and Local Funds | Total Expenditures | Public | Private | Include All | Children | Adults Age 59 Years & Younger | Adults Age 60 years & Older | Adults of Unknown Age | Total Adults | Total Recipients | Actual | Estimated | Sampled | Duplicated | Unduplicated | Eligibility Comment | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | defined as individuals eighteen years of age or older who are susceptible to mistreatment or self-neglect because they are unable to perform or obtain services necessary for their health, safety, or welfare, or they lack sufficient understanding or capacity to make or communicate responsible decisions concerning their person or affairs. In order for APS to become involved, there needs to be an allegation of mistreatment against, or self-neglect involving, the at-risk adult. |  |

Source: SSBG Data Collection System
For technical assistance, please contact the SSBG Technical Team at support@ssbgportal.net.

ACF 000401

6/26/2025 5:40:43 PM (GMT)

# SSBG Pre-Expenditure Report

Year: 2026  Group: Colorado

| Service Categories | Current Year SSBG and CBG Allocation Expenditures | Carried Over SSBG and CBG Allocation Expenditures | Funds Transferred into SSBG | Carry Over of Funds Transferred into SSBG from Previous FY | Expenditures of All Other Federal, State, and Local Funds | Total Expenditures | Public | Private | Include All | Children | Adults Age 59 Years & Younger | Adults Age 60 years & Older | Adults of Unknown Age | Total Adults | Total Recipients | Actual | Estimated | Sampled | Duplicated | Unduplicated | Eligibility Comment | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | Mistreatment includes allegations of physical abuse, sexual abuse, caretaker neglect, and exploitation (financial and non-financial). | |
| 22) Protective Services - Children | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 23) Recreation Services | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 24) Residential Treatment | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 25) Special Services - Disabled | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 26) Special Services - Youth at Risk | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 27) Substance Abuse Services | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 28) Transportation | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |

Source: SSBG Data Collection System
For technical assistance, please contact the SSBG Technical Team at support@ssbgportal.net.

ACF 000402

# SSBG Pre-Expenditure Report

Year: 2026  Group: Colorado

| Service Categories | Current Year SSBG and CBG Allocation Expenditures | Carried Over SSBG and CBG Allocation Expenditures | Funds Transferred into SSBG | Carry Over of Funds Transferred into SSBG from Previous FY | Expenditures of All Other Federal, State, and Local Funds | Total Expenditures | Public | Private | Include All | Children | Adults Age 59 Years & Younger | Adults Age 60 years & Older | Adults of Unknown Age | Total Adults | Total Recipients | Actual | Estimated | Sampled | Duplicated | Unduplicated | Eligibility Comment | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29) Other Services | $3,813,635 | $0 | $0 | $0 | $22,937 | $3,836,572 | X | | X | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | NO case counts- Other services are Information Technology (IT) based costs that include email, data storage, IT security, deskside support and IT systems. | |
| 30) SUM OF EXPENDITURES FOR SERVICES | $25,143,240 | $0 | $5,553,973 | $0 | $213,889,927 | $244,587,140 | | | | 324 | 1,841 | 6,414 | 0 | 8,255 | 8,579 | | | | | | | |
| 31) Administrative Costs | $2,112,669 | $0 | $0 | $0 | | $2,112,669 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 32) SUM OF EXPENDITURES FOR SERVICES AND ADMINISTRATIVE COSTS | $27,255,909 | $0 | $5,553,973 | $0 | $213,889,927 | $246,699,809 | | | | 324 | 1,841 | 6,414 | 0 | 8,255 | 8,579 | | | | | | | |
| 33) Total SSBG Expenditures | $32,809,882 | | | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 34) Remaining funds to be carried over into the next fiscal year | $667,591 | $0 | | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |

Comments

Source: SSBG Data Collection System
For technical assistance, please contact the SSBG Technical Team at support@ssbgportal.net.

ACF 000403

# SSBG Pre-Expenditure Report

### Year: 2026  Group: Colorado

| | |
|---|---|
| **From which block grant(s) were these funds transferred:** | TANF |
| **\*\*Please list the sources of these funds:** | State and County |
| **\*\*\*Please list other services:** | Other services are Information Technology (IT) based costs that include email, data storage, IT security, desk-site support and IT system. |
| **Additional Comments** | #34-The estimated award is for $27,923,501 while CDHS has appropriated $27,255,910.  The difference is due to CDHS aligning the intended use plan to our funding based on the long bill. CDHS spends based on amounts listed in our long bill; therefore, this may not align with the award received. |

Source: SSBG Data Collection System
For technical assistance, please contact the SSBG Technical Team at support@ssbgportal.net.

ACF 000404



OMB #0970-0234
Exp. Date:

# Division of Social Services
# Social Services Block Grant
## *Intended Use Plan*

The Paperwork Reduction Act of 1995 (Pub. L. 104-13). STATEMENT OF PUBLIC BURDEN: Through this information collection, ACF is identifying plans for State use of Social Services Bock Grant (SSBG) Funding. The purpose of this information is to identify estimated SSBG expenditures and recipients, as well as the intended geographic location and eligibility considerations for planned services. Information will be used to gain insight on the administration of the SSBG program and to provide support to grantees related to the administration of their SSBG program. Public reporting burden for this collection of information is estimated to average 40 hours per response, including the time for reviewing instructions, gathering and maintaining the data needed, and reviewing the collection of information. This is a mandatory collection of information and is required to retain a benefit [45 C.F.R. §96.74.]. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information subject to the requirements of the Paperwork Reduction Act of 1995, unless it displays a currently valid OMB control number. The OMB # is 0970-0234 and the expiration date is _____. If you have any comments on this collection of information, please contact the Office of Community Services, Social Services Block Grant Program via email: SSBG@acf.hhs.gov.

ACF 000405

**I.  General Information**

1.  **State** _____       2.  **Fiscal Year** _____

3.  **State Official Contact Information**

4.  **SSBG Contact Information**

5.  **SSBG Award from Previous Year** _____

6.  **SSBG Expenditures Planned for Current Year** _____

7.  **TANF Funds Transferred into SSBG** _____

8.  **Consolidate Block Grant Funds Included in SSBG Budget: YES         NO**
    *Provide the amount of funding for each applicable funding source for the consolidated block grant.*

| a.  Funding Source(s) for the Consolidated Block Grant | b.  Amount of Funding from Each Program |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

ACF 000406

9. **SSBG Carryover Funding from the Previous Year:  YES        NO**

| a.  Source(s) of Carryover Funding | b. Amount of Carryover from Each Source |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

ACF 000407

**II.  Administrative Operations**

    **1.  Administering Agency** _____

    **2.  Location** _____

    **3.  Mission/Goals of Agency**

    **4.  Description of Financial Operations Systems**

ACF 000408

**III. Program Planning**

**1. Planning for Distribution and Use of Funds**

*Describe the planning process for determining the State's use and distribution of SSBG funds.*

**2. Describe the Characteristics of Individuals to be Served**

*Include definitions for child, adult, and family; eligibility criteria; and income guidelines.*

**3. Public Inspection of Pre-Expenditure Report**

*Describe how the State made available for public inspection and comment the current Pre-Expenditure Report or revision to the report. Supporting documentation for public inspection is also required. (See V. Appendices, Appendix A: Documentation of public Hearing).*

ACF 000409

## IV. Program Operations

*Complete one table for each service category provided by the state during the reporting period.*

### 1. Program Operations – Adoption Services

| | |
|---|---|
| **a. Service Category (use uniform definition)** – Adoption Services | |
| **b. SSBG Goal** | |
| **c. Description of Services** | |
| **d. Description of Recipients (eligibility considerations)** | |
| **e. Method of Delivery and Geographic Area** | |
| **f. Partnering State Agency** | |
| **g. Subgrantee / Service Providers** | |

ACF 000410

**2. Program Operations – Case Management Services**

| |
|---|
| **a. Service Category (use uniform definition)** – Case Management Services |
| **b. SSBG Goal** |
| **c. Description of Services** |
| **d. Description of Recipients (eligibility considerations)** |
| **e. Method of Delivery and Geographic Area** |
| **f. Partnering State Agency** |
| **g. Subgrantee / Service Providers** |

ACF 000411

3.  **Program Operations – Congregate Meals**

| |
|---|
| **a.  Service Category (use uniform definition)** – Congregate Meals |
| **b.  SSBG Goal** |
| **c.  Description of Services** |
| **d.  Description of Recipients (eligibility considerations)** |
| **e.  Method of Delivery and Geographic Area** |
| **f.  Partnering State Agency** |
| **g.  Subgrantee / Service Providers** |

ACF 000412

4.  **Program Operations – Counseling Services**

| |
|---|
| a.  **Service Category (use uniform definition)** – Counseling Services |
| b.  **SSBG Goal** |
| c.  **Description of Services** |
| d.  **Description of Recipients (eligibility considerations)** |
| e.  **Method of Delivery and Geographic Area** |
| f.  **Partnering State Agency** |
| g.  **Subgrantee / Service Providers** |

ACF 000413

**5.** **Program Operations –** Day Care Services – Adults

| |
|---|
| **a.** **Service Category (use uniform definition)** – Day Care Services – Adults |
| **b.** **SSBG Goal** |
| **c.** **Description of Services** |
| **d.** **Description of Recipients (eligibility considerations)** |
| **e.** **Method of Delivery and Geographic Area** |
| **f.** **Partnering State Agency** |
| **g.** **Subgrantee / Service Providers** |

ACF 000414

**6.  Program Operations – Day Care Services – Children**

| |
|---|
| **a.  Service Category (use uniform definition)** – Day Care Services – Children |
| **b.  SSBG Goal** |
| **c.  Description of Services** |
| **d.  Description of Recipients (eligibility considerations)** |
| **e.  Method of Delivery and Geographic Area** |
| **f.  Partnering State Agency** |
| **g.  Subgrantee / Service Providers** |

ACF 000415

7.  **Program Operations – Education and Training Services**

| |
|---|
| a.  **Service Category (use uniform definition)** – Education and Training Services |
| b.  **SSBG Goal** |
| c.  **Description of Services** |
| d.  **Description of Recipients (eligibility considerations)** |
| e.  **Method of Delivery and Geographic Area** |
| f.  **Partnering State Agency** |
| g.  **Subgrantee / Service Providers** |

ACF 000416

**8.  Program Operations – Employment Services**

| |
|---|
| **a.  Service Category (use uniform definition)** – Employment Services |
| **b.  SSBG Goal** |
| **c.  Description of Services** |
| **d.  Description of Recipients (eligibility considerations)** |
| **e.  Method of Delivery and Geographic Area** |
| **f.  Partnering State Agency** |
| **g.  Subgrantee / Service Providers** |

ACF 000417

9. **Program Operations – Family Planning Services**

| |
|---|
| a. **Service Category (use uniform definition)** – Family Planning Services |
| b. **SSBG Goal** |
| c. **Description of Services** |
| d. **Description of Recipients (eligibility considerations)** |
| e. **Method of Delivery and Geographic Area** |
| f. **Partnering State Agency** |
| g. **Subgrantee / Service Providers** |

ACF 000418

**10. Program Operations – Foster Care Services for Adults**

| |
|---|
| **a.  Service Category (use uniform definition)** – Foster Care Services for Adults |
| **b.  SSBG Goal** |
| **c.  Description of Services** |
| **d.  Description of Recipients (eligibility considerations)** |
| **e.  Method of Delivery and Geographic Area** |
| **f.  Partnering State Agency** |
| **g.  Subgrantee / Service Providers** |

ACF 000419

**11. Program Operations – Foster Care Services for Children**

| |
|---|
| **a.   Service Category (use uniform definition)** – Prevention and Intervention Services |
| **b.   SSBG Goal** |
| **c.   Description of Services** |
| **d.   Description of Recipients (eligibility considerations)** |
| **e.   Method of Delivery and Geographic Area** |
| **f.   Partnering State Agency** |
| **g.   Subgrantee / Service Providers** |

ACF 000420

**12. Program Operations – Health Related and Home Health Services**

| |
|---|
| **a.   Service Category (use uniform definition)** – Health Related and Home Health Services |
| **b.   SSBG Goal** |
| **c.   Description of Services** |
| **d.   Description of Recipients (eligibility considerations)** |
| **e.   Method of Delivery and Geographic Area** |
| **f.   Partnering State Agency** |
| **g.   Subgrantee / Service Providers** |

ACF 000421

**13. Program Operations – Home Based Services**

| |
|---|
| a. **Service Category (use uniform definition)** – Home Based Services |
| b. **SSBG Goal** |
| c. **Description of Services** |
| d. **Description of Recipients (eligibility considerations)** |
| e. **Method of Delivery and Geographic Area** |
| f. **Partnering State Agency** |
| g. **Subgrantee / Service Providers** |

ACF 000422

**14. Program Operations – Home Delivered Meals**

| |
|---|
| **a.   Service Category (use uniform definition)** – Home Delivered Meals |
| **b.   SSBG Goal** |
| **c.   Description of Services** |
| **d.   Description of Recipients (eligibility considerations)** |
| **e.   Method of Delivery and Geographic Area** |
| **f.   Partnering State Agency** |
| **g.   Subgrantee / Service Providers** |

ACF 000423

**15. Program Operations – Housing Services**

| |
|---|
| **a.   Service Category (use uniform definition)** – Housing Services |
| **b.   SSBG Goal** |
| **c.   Description of Services** |
| **d.   Description of Recipients (eligibility considerations)** |
| **e.   Method of Delivery and Geographic Area** |
| **f.   Partnering State Agency** |
| **g.   Subgrantee / Service Providers** |

ACF 000424

**16. Program Operations – Independent and Transitional Living Services**

| |
|---|
| **a. Service Category (use uniform definition)** – Independent and Transitional Living Services |
| **b. SSBG Goal** |
| **c. Description of Services** |
| **d. Description of Recipients (eligibility considerations)** |
| **e. Method of Delivery and Geographic Area** |
| **f. Partnering State Agency** |
| **g. Subgrantee / Service Providers** |

ACF 000425

**17. Program Operations – Information and Referral**

| |
|---|
| **a.   Service Category (use uniform definition)** – Information and Referral |
| **b.   SSBG Goal** |
| **c.   Description of Services** |
| **d.   Description of Recipients (eligibility considerations)** |
| **e.   Method of Delivery and Geographic Area** |
| **f.   Partnering State Agency** |
| **g.   Subgrantee / Service Providers** |

ACF 000426

**18. Program Operations – Legal Services**

| |
|---|
| **a.   Service Category (use uniform definition)** – Legal Services |
| **b.   SSBG Goal** |
| **c.   Description of Services** |
| **d.   Description of Recipients (eligibility considerations)** |
| **e.   Method of Delivery and Geographic Area** |
| **f.   Partnering State Agency** |
| **g.   Subgrantee / Service Providers** |

ACF 000427

**19. Program Operations – Pregnancy and Parenting Services for Young Parents**

| | |
|---|---|
| **a.  Service Category (use uniform definition)** – Pregnancy and Parenting Services for Young Parents | |
| **b.  SSBG Goal** | |
| **c.  Description of Services** | |
| **d.  Description of Recipients (eligibility considerations)** | |
| **e.  Method of Delivery and Geographic Area** | |
| **f.  Partnering State Agency** | |
| **g.  Subgrantee / Service Providers** | |

ACF 000428