**20. Program Operations – Prevention and Intervention Services**

| |
|---|
| **a.   Service Category (use uniform definition)** – Prevention and Intervention Services |
| **b.   SSBG Goal** |
| **c.   Description of Services** |
| **d.   Description of Recipients (eligibility considerations)** |
| **e.   Method of Delivery and Geographic Area** |
| **f.   Partnering State Agency** |
| **g.   Subgrantee / Service Providers** |

ACF 000429

**21. Program Operations – Protective Services for Adults**

| |
|---|
| **a.  Service Category (use uniform definition)** – Protective Services for Adults |
| **b.  SSBG Goal** |
| **c.  Description of Services** |
| **d.  Description of Recipients (eligibility considerations)** |
| **e.  Method of Delivery and Geographic Area** |
| **f.  Partnering State Agency** |
| **g.  Subgrantee / Service Providers** |

ACF 000430

**22. Program Operations – Protective Services for Children**

| |
|---|
| **a.  Service Category (use uniform definition)** – Protective Services for Children |
| **b.  SSBG Goal** |
| **c.  Description of Services** |
| **d.  Description of Recipients (eligibility considerations)** |
| **e.  Method of Delivery and Geographic Area** |
| **f.  Partnering State Agency** |
| **g.  Subgrantee / Service Providers** |

ACF 000431

**23. Program Operations – Recreational Services**

| |
|---|
| a. **Service Category (use uniform definition)** – Recreational Services |
| b. **SSBG Goal** |
| c. **Description of Services** |
| d. **Description of Recipients (eligibility considerations)** |
| e. **Method of Delivery and Geographic Area** |
| f. **Partnering State Agency** |
| g. **Subgrantee / Service Providers** |

ACF 000432

**24. Program Operations – Residential Treatment Services**

| |
|---|
| **a.  Service Category (use uniform definition)** – Residential Treatment Services |
| **b.  SSBG Goal** |
| **c.  Description of Services** |
| **d.  Description of Recipients (eligibility considerations)** |
| **e.  Method of Delivery and Geographic Area** |
| **f.  Partnering State Agency** |
| **g.  Subgrantee / Service Providers** |

ACF 000433

**25. Program Operations – Special Services for Persons with Developmental or Physical**

| | |
|---|---|
| **a. Service Category (use uniform definition)** – | Special Services for Persons with Developmental or Physical |
| **b. SSBG Goal** | |
| **c. Description of Services** | |
| **d. Description of Recipients (eligibility considerations)** | |
| **e. Method of Delivery and Geographic Area** | |
| **f. Partnering State Agency** | |
| **g. Subgrantee / Service Providers** | |

ACF 000434

**26. Program Operations –**  **Special Services for Youth Involved in or at Risk of Involvement with Criminal Activity**

| | |
|---|---|
| **a.** **Service Category (use uniform definition)** – | Special Services for Youth Involved in or at Risk of Involvement with Criminal Activity |
| **b.** **SSBG Goal** | |
| **c.** **Description of Services** | |
| **d.** **Description of Recipients (eligibility considerations)** | |
| **e.** **Method of Delivery and Geographic Area** | |
| **f.** **Partnering State Agency** | |
| **g.** **Subgrantee / Service Providers** | |

**27. Program Operations – Substance Abuse Services**

| |
|---|
| a.  **Service Category (use uniform definition)** – Substance Abuse Services |
| b.  **SSBG Goal** |
| c.  **Description of Services** |
| d.  **Description of Recipients (eligibility considerations)** |
| e.  **Method of Delivery and Geographic Area** |
| f.  **Partnering State Agency** |
| g.  **Subgrantee / Service Providers** |

ACF 000436

**28. Program Operations – Transportation Services**

| | |
|---|---|
| **a.** | **Service Category (use uniform definition)** – Transportation Services |
| **b.** | **SSBG Goal** |
| **c.** | **Description of Services** |
| **d.** | **Description of Recipients (eligibility considerations)** |
| **e.** | **Method of Delivery and Geographic Area** |
| **f.** | **Partnering State Agency** |
| **g.** | **Subgrantee / Service Providers** |

ACF 000437

**29. Program Operations – Other Services**

| | |
|---|---|
| **a.** | **Service Category (use uniform definition)** – Other Services |
| **b.** | **SSBG Goal** |
| **c.** | **Description of Services** |
| **d.** | **Description of Recipients (eligibility considerations)** |
| **e.** | **Method of Delivery and Geographic Area** |
| **f.** | **Partnering State Agency** |
| **g.** | **Subgrantee / Service Providers** |

ACF 000438

## V.  Appendices

**Appendix A: Documentation of Public Hearing**
*Attach documentation of public hearing, such as public hearing notices, websites, electronic correspondence, letters, newspaper articles, etc.*

**Appendix B: Certifications**
*Attach signed copies of the following certifications*

1. Drug-Free Workplace Requirements
2. Environmental Tobacco Smoke
3. Lobbying
4. Debarment, Suspension and Other Responsibility Matters

**Appendix C: Proof of Audit**
Federal regulations state that: "Each State shall, not less often than every two years, audit its expenditures from amounts received (or transferred for use) under this title…Within 30 days following the completion of each audit, the State shall submit a copy of that audit to the legislature of the State and to the Secretary." (Sec. 2006 [42 U.S.C. 1397a, Sec. 2006]).

*Provide a copy or link to the most recent audit, or a description of the audit that specifies when the audit occurred and summarizes the results of the audit.*

**Appendix D: SF 424M**
*Scanned copy must be uploaded with application*

**Appendix E: Federal Financial Report (FFR) For SF-425 Federal Financial Reporting (FFR) Form SF-425**
*Scanned copy must be uploaded with the Intended Use Plan*

**Appendix F: TANF ACF-196R form**
*Scanned copy must be uploaded with the Intended Use Plan*

ACF 000439

OMB Control No: 0970-0114

Expiration date: 03/31/2027

THE PAPERWORK REDUCTION ACT OF 1995 (Pub. L. 104–13)

The purpose of this information collection is the application for CCDF funds and provides ACF and the public with a description of, and assurance about, the States' and Territories' child care programs. Public reporting burden for this collection of information is estimated to average 150 hours per response, including the time for reviewing instructions, gathering, and maintaining the data needed, and completing the form. This is a mandatory collection of information (Pub. L. 113–186), and 42 U.S.C. 9858.

An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information subject to the requirements of the Paperwork Reduction Act of 1995, unless it displays a currently valid OMB control number. The OMB # is 0970-0114 and the expiration date is 03/31/2027. If you have any comments on this collection of information, please contact ACF's Office of Child Care.



**Appendix 1: Lead Agency Implementation Plan**
**for**
**State/Territory Colorado**

**FFY 2025 – 2027**

**Version: Initial Plan**

**Plan Status:  Approved as of 2024-11-09 00:34:15 GMT**

For each non-compliance, Lead Agencies must describe the following:

- Action Steps: List the action steps needed to correct the finding (e.g., update policy manual, legislative approval, IT system changes, etc.). For each action step list the:
  o  Expected Completion Date: List the expected completion date for the action step.
- Overall Target Date for Compliance: List date Lead Agency anticipates completing implementation, achieving full compliance with all aspects of the findings. (Note: Compliance will not be determined until the FFY 2025-2027 CCDF Plan is amended and approved).

ACF 000440

ELIGIBILITY AND ENROLLMENT:CONTINUITY OF CARE (12-MONTH ELIGIBILITY)

Reason(s) for non-compliance:

• The Lead Agency does not always provide a minimum 12-month eligibility period for each child, as required by 98.21(a)(1). (Plan Questions 2.5.2a and 2.5.2c)

Overall Target Completion Date: 07/01/2026

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | CDEC will complete Colorado's rulemaking process with changes to 12-month eligibility to come into compliance. | 12/19/2024 |
| 2 | CDEC will send the rule language to OCC for review. | 12/20/2024 |
| 3 | As of January 1, 2025, CDEC will provide a minimum 12-month eligibility for each child as required by 98.21(a)(1) by doing the following: Upon notification that a new child who is eligible for CCCAP has been added to the household, the case redetermination date will be aligned with the month in which the child was added to the household. The household re-determination date must not occur any earlier than twelve (12) months from the date the child was added to the home. Households whose cases close due to a voluntary withdrawal must not be required to provide additional documentation if they withdraw and request services again within the same twelve (12) month eligibility period. Eligibility shall be determined based on information provided at the most recent application or redetermination, and the family will receive the remainder of their twelve (12) month eligibility period as of the date the services are requested again. | 01/01/2025 |

ACF 000441

| 4 | CDEC will submit a plan amendment with the newly promulgated rules language as appropriate evidence for compliance | 01/01/2025 |
|---|---|---|

## EQUAL ACCESS:AFFORDABILITY

Reason(s) for non-compliance:

• The Lead Agency does not limit all family co-payments to seven percent or less of family income, as required by 98.45(l)(3). (Plan Question 3.1.1a). Please note the Lead Agency has an approved waiver for this requirement through August 1, 2026.

Overall Target Completion Date: 08/01/2026

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | The waiver was approved to provide CDEC with the appropriate time to work with all relevant partners (counties, providers, families) on how best to implement a new family co-payment formula to ensure it did not exceed 7% of a family's income. This additional time also allows CDEC to build the changes needed in our data system. | 08/01/2026 |
| 2 | CDEC will work with our partners to develop draft rules and practices to come into compliance. | 06/01/2026 |
| 3 | CDEC will share the draft rule with OCC for review. | 06/01/2026 |
| 4 | CDEC will promulgate the needed rule. | 06/01/2026 |
| 5 | CDEC will deploy the changes needed to our CCCAP data system, CHATS. | 06/01/2026 |
| 6 | CDEC will submit a plan amendment. | 07/01/2026 |

## EQUAL ACCESS:PAYMENT PRACTICES

Reason(s) for non-compliance:

• The Lead Agency does not pay all provider types prospectively or alternatively does not demonstrate that it is not a generally-accepted practice for all provider types, as required by 98.45(m)(1). (Plan Question 4.4.1a). Please note the Lead Agency has an approved waiver for this requirement through August 1, 2026.

• The Lead Agency does not pay based on enrollment or alternatively does not provide justification that this is impracticable or is not a generally-accepted practice, as required by 98.45(m)(2). (Plan Question 4.4.1b). Please note the Lead Agency has an approved waiver for this requirement through August 1, 2026.

Overall Target Completion Date: 08/01/2026

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | The waiver was approved to provide CDEC the appropriate time to work with all relevant partners (counties, providers, families) on how best to implement prospective pay and payment based on enrollment. This additional time also allows CDEC to build the changes needed in our data system. | 08/01/2026 |
| 2 | CDEC will work with our partners to develop draft rules and practices to come into compliance. | 06/01/2026 |
| 3 | CDEC will share the draft rule with OCC for review. | 06/01/2026 |
| 4 | CDEC will promulgate the needed rule. | 06/01/2026 |
| 5 | CDEC will deploy the changes needed to our CCCAP data system, CHATS. | 06/01/2026 |
| 6 | CDEC will submit a plan amendment. | 07/01/2026 |

EQUAL ACCESS:PAYMENT RATES

Reason(s) for non-compliance:

• The Lead Agency's payment rates for infants in center-based care, infants in family child care homes, preschoolers in center-based care, and preschoolers in family child

ACF 000443

care homes are not sufficient to ensure equal access, as required by 98.45(a). (Plan Question 4.3.2a)

Overall Target Completion Date: 10/01/2026

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | As of 10/1/2024, CDEC has implemented the first phase of an alternative methodology that supports the cost of care. The rates will be implemented over a 3 year period at 33% per year to close the gap between costs of care and the previous state-established rate for all licensed providers in family child care and center-based care.<br>Operational Memo:<br>https://drive.google.com/file/d/1uTkDYcRXuCX3dIbnzfyC5vtomzCNkWbR/view<br>State-Established Daily Licensed Provider Reimbursement Rates 10/1/2024:<br>Final CCCAP State-Established Daily Licensed Reimbursement Rates Effective 10.1.2024 can be found at:<br>https://drive.google.com/file/d/1j9wqebwdFbZqNIpwuLcYEXgKqKvXagUf/view<br>Alternative Rate Methodology Final Report: CDEC Alternative Rate Setting Methodology Final Report 6.9.24 can be found at:<br>https://drive.google.com/file/d/1T8ziwcumuavBMVfFuVpPsfNmq--RsESR/view | 10/01/2026 |

EQUAL ACCESS:PROVIDER OPTIONS FOR PARENTS

Reason(s) for non-compliance:

• The Lead Agency does not provide sufficient grants or contracts for direct services for infants and toddlers, for children in underserved geographic areas, and for children with disabilities, as required by 98.30(b)(1). (Plan Questions 4.1.1c and 4.5.1i). Please note the Lead Agency has an approved waiver for this requirement through August 1, 2026.

Overall Target Completion Date: 08/01/2026

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | The waiver was approved to provide CDEC the appropriate time to work with all relevant partners (counties, providers, families) on how best to | 08/01/2026 |

ACF 000444

| | implement the grants or contracts for direct services for infants and toddlers, for children in underserved geographic areas, and for children with disabilities, as required by 98.30(b)(1). (Plan Questions 4.1.1c and 4.5.1i) | |
|---|---|---|
| 2 | CDEC will work with our partners to develop draft rules and practices to come into compliance. | 06/01/2026 |
| 3 | CDEC will share the draft rule with OCC for review. | 06/01/2026 |
| 4 | CDEC will promulgate the needed rule. | 06/01/2026 |
| 5 | CDEC will deploy the changes needed to our CCCAP data system, CHATS. | 06/01/2026 |
| 6 | CDEC will submit a plan amendment. | 07/01/2026 |

## HEALTH AND SAFETY:PEDIATRIC FIRST AID AND PEDIATRIC CPR

Reason(s) for non-compliance:

• The Lead Agency does not require pre-service or orientation training on pediatric CPR for licensed centers, licensed family child care homes, license-exempt family child care homes, or license-exempt in-home providers, as required by 98.44(b)(1)(i). (Plan Question 5.4.1j)
• The Lead Agency does not require an annual unannounced inspection for licensed centers or licensed family child care homes, and an annual inspection for license-exempt family child care homes for compliance with pre-service or orientation training requirements related to pediatric CPR, as required by 98.42(b)(2)(i)(B) and 98.43(b)(2)(ii). (Plan Questions 5.5.1aii, 5.5.1bii, and 5.5.2bi)

Overall Target Completion Date: 01/31/2025

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | CDEC will update the Introduction to First Aid and CPR and Introduccion a Primeros Auxilios y RCP courses and publish them on the Professional Development Information System (PDIS) to support the Federal monitoring request to add content on the steps of CPR to be added. | 10/01/2024 |

ACF 000445

| 2 | CDEC will provide evidence of compliance by sharing the course link: Link to review updated course (Note: some links within the course may not work in this Review link, but they do work in the published course on the PDIS):<br>Introduction to First Aid and CPR can be found at: https://360.articulate.com/review/content/07f6c0ea-e93e-44f9-8223-5aa411908a2d/review | 12/31/2024 |
| 3 | CDEC will amend the 2024-2027 State Plan with updated information showing compliance with 98.44(b)(1)(i). (Plan Question 5.4.1j) and 98.42(b)(2)(i)(B) and 98.43(b)(2)(ii). (Plan Questions 5.5.1aii, 5.5.1bii, and 5.5.2bi) | 01/31/2025 |

## HEALTH AND SAFETY:POSTING INSPECTION REPORTS

Reason(s) for non-compliance:

• The Lead Agency does not post full monitoring and inspection reports that include all areas of compliance and non-compliance for all provider types, as required by 98.33(a)(4). (Plan Question 5.5.4aii). Please note the Lead Agency has an approved waiver for portions of this requirement through August 1, 2026.

Overall Target Completion Date: 07/01/2026

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | CDEC will consult with the Child Care State Capacity Building Center (SCBC) and CCDF Data and Information System Consultation Center (DISCC) to obtain technical assistance in developing a plan to comply with 98.33(a)(4) | 01/31/2025 |
| 2 | CDEC will meet with internal and external subject matter experts to define the requirements for the proposed solution based on information received from federal technical assistance. | 06/30/2025 |

ACF 000446

| 3 | CDEC will complete the requirements for the determined solution. | 12/31/2025 |
| 4 | CDEC will deploy and implement the determined solution. | 06/01/2026 |
| 5 | CDEC will provide evidence of compliance and amend the 2024-2027 State Plan. | 07/01/2026 |

PROGRAM INTEGRITY:FRAUD INVESTIGATION, PAYMENT RECOVERY, AND SANCTIONS

Reason(s) for non-compliance:

• The Lead Agency does not include the results of the activities to investigate and recover fraudulent payments, as required by 98.68(b)(2). (Plan Question 10.2.2b)
• The Lead Agency does not include the results of the activities to impose sanctions on clients or providers in response to fraud, as required by 98.68(b)(2). (Plan Question 10.2.2e)

Overall Target Completion Date: 01/31/2025

| Action Step Number | Action Step Description | Target Completion Date |
|---|---|---|
| 1 | CDEC is gathering the results to share for 10.2.2b and 10.2.2e to be submitted into the CARS System. | 01/15/2025 |
| 2 | CDEC will provide evidence of the results in 10.2.2b and 10.2.2e for review. | 01/21/2025 |
| 3 | CDEC will add the results information to the next amendment to the state plan. | 01/31/2025 |

ACF 000447

1/5/2026 3:02:28 PM (GMT)                                                                                                   Page 1 of 5

# SSBG Pre-Expenditure Report

Year: 2026  Group: Illinois

## Contacts

| Contact Type Name | First Name | Last Name | Title | Agency | Street1 | Street2 | City | State Name | Zip | Phone Number | Fax Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| State CFO Contact Info | Robert | Brock | Chief Fiscal Officer | Illinois Department of Human Services | 100 South Grand Avenue East | | Springfield | Illinois | 62762 | 2177827522 | 2175248920 |
| State SSBG Contact Info | Bryan | Clow | Program Manager | Illinois Department of Human Services | 823 East Monroe Street | | Springfield | Illinois | 62701 | 2177821428 | 2175246248 |
| State Official Contact Info | Dulce | Quintero | Secretary of Human Services | Illinois Department of Human Services | 401 S. Clinton Street, 7th Floor | | Chicago | Illinois | 60607 | 3127931547 | 3127932060 |

## Definitions

| | |
|---|---|
| Child | Persona under the age of 18 or between 18 and 21 under parental or guardian supervision. |
| Adult | Persons released from parent and are age 18 or older |
| Family | Illinois, Definition of Family, from the TANF State Plan for TANF Eligibility |

## Assurances

| Assurance Name | Yes | No | Comment |
|---|---|---|---|
| Is the total amount of funds transferred from TANF to SSBG equal to the amount reported for the related period in the TANF financial report (ACF196R)? | | X | FY26, there were no TANF Funds xferred to SSBG |
| The grantee certifies that funds transferred from TANF to SSBG comply with the statutory requirements described in Section 404(d) of the Social Security Act. | X | | |
| The grantee certifies that no carryover extends beyond the two year expenditure period outlined in the code Sec.2002 42 U.S.C. 1397a (c) | X | | |
| Was the actual use of funds transferred from TANF to SSBG reflected in the pre-expenditurereport? | | X | FY26, there were no TANF Funds xferred to SSBG |

## Expenditures and Recipients

| Service Categories | Current Year SSBG and CBG Allocation Expenditures | Carried Over SSBG and CBG Allocation Expenditures | Funds Transferred into SSBG | Carry Over of Funds Transferred into SSBG from Previous FY | Expenditures of All Other Federal, State, and Local Funds | Total Expenditures | Public | Private | Include All | Children | Adults Age 59 Years & Younger | Adults Age 60 years & Older | Adults of Unknown Age | Total Adults | Total Recipients | Actual | Estimated | Sampled | Duplicated | Unduplicated | Eligibility Comment | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1) Adoption Services | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |

Source: SSBG Data Collection System
For technical assistance, please contact the SSBG Technical Team at support@ssbgportal.net.

ACF 000448

# SSBG Pre-Expenditure Report

Year: 2026  Group: Illinois

| Service Categories | Current Year SSBG and CBG Allocation Expenditures | Carried Over SSBG and CBG Allocation Expenditures | Funds Transferred into SSBG | Carry Over of Funds Transferred into SSBG from Previous FY | Expenditures of All Other Federal, State, and Local Funds | Total Expenditures | Public | Private | Include All | Children | Adults Age 59 Years & Younger | Adults Age 60 years & Older | Adults of Unknown Age | Total Adults | Total Recipients | Actual | Estimated | Sampled | Duplicated | Unduplicated | Eligibility Comment | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2) Case Management | $202,877 | $0 | $0 | $0 | $0 | $202,877 | X | X | | 79 | 580 | 27 | 0 | 607 | 686 | X | | | | X | Eligibility is based on the need for service and ability to benefit from the service. | |
| 3) Congregate Meals | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 4) Counseling Services | $5,605,577 | $0 | $0 | $0 | $0 | $5,605,577 | X | X | | 8,253 | 3,510 | 1,054 | 0 | 4,564 | 12,817 | X | | | | X | Eligibility is based on the need for service and ability to benefit from the service. | |
| 5) Day Care - Adults | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 6) Day Care - Children | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 7) Education and Training Services | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 8) Employment Services | $5,448,902 | $0 | $0 | $0 | $0 | $5,448,902 | X | X | | 0 | 3,739 | 302 | 0 | 4,041 | 4,041 | X | | | | X | Eligibility is based on the need for service and ability to benefit from the service. | |
| 9) Family Planning Services | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 10) Foster Care Services - Adults | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 11) Foster Care Services - Children | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |

Source: SSBG Data Collection System
For technical assistance, please contact the SSBG Technical Team at support@ssbgportal.net.

ACF 000449

1/5/2026 3:02:28 PM (GMT)

# SSBG Pre-Expenditure Report

Year: 2026  Group: Illinois

| Service Categories | Current Year SSBG and CBG Allocation Expenditures | Carried Over SSBG and CBG Allocation Expenditures | Funds Transferred into SSBG | Carry Over of Funds Transferred into SSBG from Previous FY | Expenditures of All Other Federal, State, and Local Funds | Total Expenditures | Public | Private | Include All | Children | Adults Age 59 Years & Younger | Adults Age 60 years & Older | Adults of Unknown Age | Total Adults | Total Recipients | Actual | Estimated | Sampled | Duplicated | Unduplicated | Eligibility Comment | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12) Health-Related Services | $7,492,475 | $0 | $0 | $0 | $0 | $7,492,475 | X | X | X | 103 | 74,144 | 0 | 0 | 74,144 | 74,247 | | X | | | X | Eligibility is based on the need for service and ability to benefit from the service. | |
| 13) Home-Based Services | $16,618,453 | $0 | $0 | $0 | $0 | $16,618,453 | | X | X | 0 | 576 | 0 | 0 | 576 | 576 | | X | | | X | Eligibility is based on the need for service and ability to benefit from the service. | |
| 14) Home-Delivered Meals | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 15) Housing Services | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 16) Independent/Transitional Living Services | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 17) Information and Referral | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 18) Legal Services | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 19) Pregnancy and Parenting | $2,242,935 | $0 | $0 | $0 | $0 | $2,242,935 | | X | X | 1,275 | 1,194 | 0 | 0 | 1,194 | 2,469 | | X | | | X | Eligibility is based on the need for service and ability to benefit from the service. | |
| 20) Prevention and Intervention | $1,946,460 | $0 | $0 | $0 | $0 | $1,946,460 | | X | X | 210 | 1,116 | 0 | 0 | 1,116 | 1,326 | | X | | | X | Eligibility is based on the need for service and ability to benefit from the service. | |

Source: SSBG Data Collection System
For technical assistance, please contact the SSBG Technical Team at support@ssbgportal.net.

ACF 000450

1/5/2026 3:02:28 PM (GMT)

# SSBG Pre-Expenditure Report

Year: 2026  Group: Illinois

| Service Categories | Current Year SSBG and CBG Allocation Expenditures | Carried Over SSBG and CBG Allocation Expenditures | Funds Transferred into SSBG | Carry Over of Funds Transferred into SSBG from Previous FY | Expenditures of All Other Federal, State, and Local Funds | Total Expenditures | Public | Private | Include All | Children | Adults Age 59 Years & Younger | Adults Age 60 years & Older | Adults of Unknown Age | Total Adults | Total Recipients | Actual | Estimated | Sampled | Duplicated | Unduplicated | Eligibility Comment | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21) Protective Services - Adults | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 22) Protective Services - Children | $77,339 | $0 | $0 | $0 | $0 | $77,339 | X | X | | 447 | 459 | 0 | 0 | 459 | 906 | X | | | | X | Eligibility is based on the need for service and ability to benefit from the service. | |
| 23) Recreation Services | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 24) Residential Treatment | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 25) Special Services - Disabled | $4,914,244 | $0 | $0 | $0 | $0 | $4,914,244 | X | X | | 525 | 21,138 | 1,617 | 0 | 22,755 | 23,280 | X | | | | X | Eligibility is based on the need for service and ability to benefit from the service | |
| 26) Special Services - Youth at Risk | $14,878,080 | $0 | $0 | $0 | $0 | $14,878,080 | X | X | | 3,822 | 0 | 0 | 0 | 0 | 3,822 | X | | | | X | Eligibility is based on the need for service and ability to benefit from the service. | |
| 27) Substance Abuse Services | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 28) Transportation | $822,780 | $0 | $0 | $0 | $0 | $822,780 | X | X | | 0 | 0 | 5,369 | 0 | 5,369 | 5,369 | X | | | | X | Eligibility is based on the need for service and ability to benefit from the service | |
| 29) Other Services | $0 | $0 | $0 | $0 | $0 | $0 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| 30) SUM OF EXPENDITURES FOR SERVICES | $60,250,122 | $0 | $0 | $0 | $0 | $60,250,122 | | | | 14,714 | 106,456 | 8,369 | 0 | 114,825 | 129,539 | | | | | | | |

Source: SSBG Data Collection System
For technical assistance, please contact the SSBG Technical Team at support@ssbgportal.net.

ACF 000451

# SSBG Pre-Expenditure Report

Year: 2026  Group: Illinois

| Service Categories | Current Year SSBG and CBG Allocation Expenditures | Carried Over SSBG and CBG Allocation Expenditures | Funds Transferred into SSBG | Carry Over of Funds Transferred into SSBG from Previous FY | Expenditures of All Other Federal, State, and Local Funds | Total Expenditures | Public | Private | Include All | Children | Adults Age 59 Years & Younger | Adults Age 60 years & Older | Adults of Unknown Age | Total Adults | Total Recipients | Actual | Estimated | Sampled | Duplicated | Unduplicated | Eligibility Comment | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **31) Administrative Costs** | $2,538,800 | $0 | $0 | $0 | | $2,538,800 | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| **32) SUM OF EXPENDITURES FOR SERVICES AND ADMINISTRATIVE COSTS** | $62,788,922 | $0 | $0 | $0 | $0 | $62,788,922 | | | | 14,714 | 106,456 | 8,369 | 0 | 114,825 | 129,539 | | | | | | | |
| **33) Total SSBG Expenditures** | $62,788,922 | | | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| **34) Remaining funds to be carried over into the next fiscal year** | $0 | $0 | | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |

## Comments

| | |
|---|---|
| **From which block grant(s) were these funds transferred:** | None |
| **\*\*Please list the sources of these funds:** | |
| **\*\*\*Please list other services:** | |
| **Additional Comments** | |

Source: SSBG Data Collection System
For technical assistance, please contact the SSBG Technical Team at support@ssbgportal.net.

ACF 000452



OMB #0970-0234
Exp. Date:

# Division of Social Services
# Social Services Block Grant
## *Intended Use Plan*

The Paperwork Reduction Act of 1995 (Pub. L. 104-13). STATEMENT OF PUBLIC BURDEN: Through this information collection, ACF is identifying plans for State use of Social Services Bock Grant (SSBG) Funding. The purpose of this information is to identify estimated SSBG expenditures and recipients, as well as the intended geographic location and eligibility considerations for planned services. Information will be used to gain insight on the administration of the SSBG program and to provide support to grantees related to the administration of their SSBG program. Public reporting burden for this collection of information is estimated to average 40 hours per response, including the time for reviewing instructions, gathering and maintaining the data needed, and reviewing the collection of information. This is a mandatory collection of information and is required to retain a benefit [45 C.F.R. §96.74.]. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information subject to the requirements of the Paperwork Reduction Act of 1995, unless it displays a currently valid OMB control number. The OMB # is 0970-0234 and the expiration date is _____. If you have any comments on this collection of information, please contact the Office of Community Services, Social Services Block Grant Program via email: SSBG@acf.hhs.gov.

ACF 000453

**I. General Information**

1. **State** _____   2. **Fiscal Year** _____

3. **State Official Contact Information**

4. **SSBG Contact Information**

5. **SSBG Award from Previous Year** _____

6. **SSBG Expenditures Planned for Current Year** _____

7. **TANF Funds Transferred into SSBG** _____

8. **Consolidate Block Grant Funds Included in SSBG Budget: YES          NO**
   *Provide the amount of funding for each applicable funding source for the consolidated block grant.*

| a. Funding Source(s) for the Consolidated Block Grant | b. Amount of Funding from Each Program |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

ACF 000454

9.  **SSBG Carryover Funding from the Previous Year:  YES        NO**

| a.  Source(s) of Carryover Funding | b. Amount of Carryover from Each Source |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

ACF 000455

## II.  Administrative Operations

1.  **Administering Agency** _____

2.  **Location** _____

3.  **Mission/Goals of Agency**

4.  **Description of Financial Operations Systems**

ACF 000456

**III. Program Planning**

   **1.  Planning for Distribution and Use of Funds**
   *Describe the planning process for determining the State's use and distribution of SSBG funds.*

   **2.  Describe the Characteristics of Individuals to be Served**
   *Include definitions for child, adult, and family; eligibility criteria; and income guidelines.*

   **3.  Public Inspection of Pre-Expenditure Report**
   *Describe how the State made available for public inspection and comment the current Pre-Expenditure Report or revision to the report. Supporting documentation for public inspection is also required. (See V. Appendices, Appendix A: Documentation of public Hearing).*

ACF 000457

**IV. Program Operations**

*Complete one table for each service category provided by the state during the reporting period.*

    1.   **Program Operations – Adoption Services**

| | |
|---|---|
| **a.  Service Category (use uniform definition)** – Adoption Services | |
| **b.  SSBG Goal** | |
| **c.  Description of Services** | |
| **d.  Description of Recipients (eligibility considerations)** | |
| **e.  Method of Delivery and Geographic Area** | |
| **f.  Partnering State Agency** | |
| **g.  Subgrantee / Service Providers** | |

ACF 000458

**2. Program Operations – Case Management Services**

| |
|---|
| **a.  Service Category (use uniform definition)** – Case Management Services |
| **b.  SSBG Goal** |
| **c.  Description of Services** |
| **d.  Description of Recipients (eligibility considerations)** |
| **e.  Method of Delivery and Geographic Area** |
| **f.  Partnering State Agency** |
| **g.  Subgrantee / Service Providers** |

ACF 000459

3.   **Program Operations – Congregate Meals**

| |
|---|
| a.   **Service Category (use uniform definition)** – Congregate Meals |
| b.   **SSBG Goal** |
| c.   **Description of Services** |
| d.   **Description of Recipients (eligibility considerations)** |
| e.   **Method of Delivery and Geographic Area** |
| f.   **Partnering State Agency** |
| g.   **Subgrantee / Service Providers** |

ACF 000460

4.  **Program Operations – Counseling Services**

| |
|---|
| a.  **Service Category (use uniform definition)** – Counseling Services |
| b.  **SSBG Goal** |
| c.  **Description of Services** |
| d.  **Description of Recipients (eligibility considerations)** |
| e.  **Method of Delivery and Geographic Area** |
| f.  **Partnering State Agency** |
| g.  **Subgrantee / Service Providers** |

ACF 000461

**5.   Program Operations –** Day Care Services – Adults

| |
|---|
| **a.   Service Category (use uniform definition)** – Day Care Services – Adults |
| **b.   SSBG Goal** |
| **c.   Description of Services** |
| **d.   Description of Recipients (eligibility considerations)** |
| **e.   Method of Delivery and Geographic Area** |
| **f.   Partnering State Agency** |
| **g.   Subgrantee / Service Providers** |

**6.  Program Operations – Day Care Services – Children**

| |
|---|
| **a.  Service Category (use uniform definition)** – Day Care Services – Children |
| **b.  SSBG Goal** |
| **c.  Description of Services** |
| **d.  Description of Recipients (eligibility considerations)** |
| **e.  Method of Delivery and Geographic Area** |
| **f.  Partnering State Agency** |
| **g.  Subgrantee / Service Providers** |

ACF 000463

**7.   Program Operations – Education and Training Services**

| |
|---|
| **a.   Service Category (use uniform definition)** – Education and Training Services |
| **b.   SSBG Goal** |
| **c.   Description of Services** |
| **d.   Description of Recipients (eligibility considerations)** |
| **e.   Method of Delivery and Geographic Area** |
| **f.   Partnering State Agency** |
| **g.   Subgrantee / Service Providers** |

ACF 000464

**8.  Program Operations – Employment Services**

| |
|---|
| **a.  Service Category (use uniform definition)** – Employment Services |
| **b.  SSBG Goal** |
| **c.  Description of Services** |
| **d.  Description of Recipients (eligibility considerations)** |
| **e.  Method of Delivery and Geographic Area** |
| **f.  Partnering State Agency** |
| **g.  Subgrantee / Service Providers** |

ACF 000465

9.  **Program Operations – Family Planning Services**

| |
|---|
| **a.  Service Category (use uniform definition)** – Family Planning Services |
| **b.  SSBG Goal** |
| **c.  Description of Services** |
| **d.  Description of Recipients (eligibility considerations)** |
| **e.  Method of Delivery and Geographic Area** |
| **f.  Partnering State Agency** |
| **g.  Subgrantee / Service Providers** |

ACF 000466

**10. Program Operations – Foster Care Services for Adults**

| |
|---|
| **a. Service Category (use uniform definition)** – Foster Care Services for Adults |
| **b. SSBG Goal** |
| **c. Description of Services** |
| **d. Description of Recipients (eligibility considerations)** |
| **e. Method of Delivery and Geographic Area** |
| **f. Partnering State Agency** |
| **g. Subgrantee / Service Providers** |

ACF 000467

**11. Program Operations – Foster Care Services for Children**

| |
|---|
| **a.  Service Category (use uniform definition)** – Prevention and Intervention Services |
| **b.  SSBG Goal** |
| **c.  Description of Services** |
| **d.  Description of Recipients (eligibility considerations)** |
| **e.  Method of Delivery and Geographic Area** |
| **f.  Partnering State Agency** |
| **g.  Subgrantee / Service Providers** |

ACF 000468

**12. Program Operations – Health Related and Home Health Services**

| |
|---|
| **a.  Service Category (use uniform definition)** – Health Related and Home Health Services |
| **b.  SSBG Goal** |
| **c.  Description of Services** |
| **d.  Description of Recipients (eligibility considerations)** |
| **e.  Method of Delivery and Geographic Area** |
| **f.  Partnering State Agency** |
| **g.  Subgrantee / Service Providers** |

ACF 000469

**13.  Program Operations – Home Based Services**

| |
|---|
| **a.  Service Category (use uniform definition)** – Home Based Services |
| **b.  SSBG Goal** |
| **c.  Description of Services** |
| **d.  Description of Recipients (eligibility considerations)** |
| **e.  Method of Delivery and Geographic Area** |
| **f.  Partnering State Agency** |
| **g.  Subgrantee / Service Providers** |

ACF 000470

**14. Program Operations – Home Delivered Meals**

| |
|---|
| a.   **Service Category (use uniform definition)** – Home Delivered Meals |
| b.   **SSBG Goal** |
| c.   **Description of Services** |
| d.   **Description of Recipients (eligibility considerations)** |
| e.   **Method of Delivery and Geographic Area** |
| f.   **Partnering State Agency** |
| g.   **Subgrantee / Service Providers** |

ACF 000471

**15. Program Operations – Housing Services**

| |
|---|
| a.  **Service Category (use uniform definition)** – Housing Services |
| b.  **SSBG Goal** |
| c.  **Description of Services** |
| d.  **Description of Recipients (eligibility considerations)** |
| e.  **Method of Delivery and Geographic Area** |
| f.  **Partnering State Agency** |
| g.  **Subgrantee / Service Providers** |

ACF 000472

**16. Program Operations – Independent and Transitional Living Services**

| |
|---|
| **a.  Service Category (use uniform definition)** – Independent and Transitional Living Services |
| **b.  SSBG Goal** |
| **c.  Description of Services** |
| **d.  Description of Recipients (eligibility considerations)** |
| **e.  Method of Delivery and Geographic Area** |
| **f.  Partnering State Agency** |
| **g.  Subgrantee / Service Providers** |

**17. Program Operations – Information and Referral**

| |
|---|
| **a.  Service Category (use uniform definition)** – Information and Referral |
| **b.  SSBG Goal** |
| **c.  Description of Services** |
| **d.  Description of Recipients (eligibility considerations)** |
| **e.  Method of Delivery and Geographic Area** |
| **f.  Partnering State Agency** |
| **g.  Subgrantee / Service Providers** |

ACF 000474

**18. Program Operations – Legal Services**

| | |
|---|---|
| **a.   Service Category (use uniform definition)** – Legal Services | |
| **b.   SSBG Goal** | |
| **c.   Description of Services** | |
| **d.   Description of Recipients (eligibility considerations)** | |
| **e.   Method of Delivery and Geographic Area** | |
| **f.   Partnering State Agency** | |
| **g.   Subgrantee / Service Providers** | |

ACF 000475

**19. Program Operations – Pregnancy and Parenting Services for Young Parents**

| | |
|---|---|
| **a.   Service Category (use uniform definition)** – Pregnancy and Parenting Services for Young Parents | |
| **b.   SSBG Goal** | |
| **c.   Description of Services** | |
| **d.   Description of Recipients (eligibility considerations)** | |
| **e.   Method of Delivery and Geographic Area** | |
| **f.   Partnering State Agency** | |
| **g.   Subgrantee / Service Providers** | |

ACF 000476

**20.  Program Operations – Prevention and Intervention Services**

| |
|---|
| a.   **Service Category (use uniform definition)** – Prevention and Intervention Services |
| b.   **SSBG Goal** |
| c.   **Description of Services** |
| d.   **Description of Recipients (eligibility considerations)** |
| e.   **Method of Delivery and Geographic Area** |
| f.   **Partnering State Agency** |
| g.   **Subgrantee / Service Providers** |

ACF 000477

**21. Program Operations – Protective Services for Adults**

| |
|---|
| **a.  Service Category (use uniform definition)** – Protective Services for Adults |
| **b.  SSBG Goal** |
| **c.  Description of Services** |
| **d.  Description of Recipients (eligibility considerations)** |
| **e.  Method of Delivery and Geographic Area** |
| **f.  Partnering State Agency** |
| **g.  Subgrantee / Service Providers** |

ACF 000478

**22. Program Operations – Protective Services for Children**

| |
|---|
| **a.   Service Category (use uniform definition)** – Protective Services for Children |
| **b.   SSBG Goal** |
| **c.   Description of Services** |
| **d.   Description of Recipients (eligibility considerations)** |
| **e.   Method of Delivery and Geographic Area** |
| **f.   Partnering State Agency** |
| **g.   Subgrantee / Service Providers** |

ACF 000479

**23. Program Operations – Recreational Services**

| |
|---|
| **a. Service Category (use uniform definition)** – Recreational Services |
| **b. SSBG Goal** |
| **c. Description of Services** |
| **d. Description of Recipients (eligibility considerations)** |
| **e. Method of Delivery and Geographic Area** |
| **f. Partnering State Agency** |
| **g. Subgrantee / Service Providers** |

ACF 000480

**24. Program Operations – Residential Treatment Services**

| |
|---|
| **a.  Service Category (use uniform definition)** – Residential Treatment Services |
| **b.  SSBG Goal** |
| **c.  Description of Services** |
| **d.  Description of Recipients (eligibility considerations)** |
| **e.  Method of Delivery and Geographic Area** |
| **f.  Partnering State Agency** |
| **g.  Subgrantee / Service Providers** |

ACF 000481

**25. Program Operations – Special Services for Persons with Developmental or Physical**

| | |
|---|---|
| **a.   Service Category (use uniform definition)** – | Special Services for Persons with Developmental or Physical |
| **b.   SSBG Goal** | |
| **c.   Description of Services** | |
| **d.   Description of Recipients (eligibility considerations)** | |
| **e.   Method of Delivery and Geographic Area** | |
| **f.   Partnering State Agency** | |
| **g.   Subgrantee / Service Providers** | |

ACF 000482

**26. Program Operations –  Special Services for Youth Involved in or at Risk of Involvement with Criminal Activity**

| | |
|---|---|
| **a.  Service Category (use uniform definition)** – Special Services for Youth Involved in or at Risk of Involvement with Criminal Activity | |
| **b.  SSBG Goal** | |
| **c.  Description of Services** | |
| **d.  Description of Recipients (eligibility considerations)** | |
| **e.  Method of Delivery and Geographic Area** | |
| **f.  Partnering State Agency** | |
| **g.  Subgrantee / Service Providers** | |

ACF 000483

**27. Program Operations – Substance Abuse Services**

| |
|---|
| **a.  Service Category (use uniform definition)** – Substance Abuse Services |
| **b.  SSBG Goal** |
| **c.  Description of Services** |
| **d.  Description of Recipients (eligibility considerations)** |
| **e.  Method of Delivery and Geographic Area** |
| **f.  Partnering State Agency** |
| **g.  Subgrantee / Service Providers** |

ACF 000484

**28. Program Operations – Transportation Services**

| | |
|---|---|
| **a.** | **Service Category (use uniform definition)** – Transportation Services |
| **b.** | **SSBG Goal** |
| **c.** | **Description of Services** |
| **d.** | **Description of Recipients (eligibility considerations)** |
| **e.** | **Method of Delivery and Geographic Area** |
| **f.** | **Partnering State Agency** |
| **g.** | **Subgrantee / Service Providers** |

ACF 000485

**29. Program Operations – Other Services**

| |
|---|
| a. **Service Category (use uniform definition)** – Other Services |
| b. **SSBG Goal** |
| c. **Description of Services** |
| d. **Description of Recipients (eligibility considerations)** |
| e. **Method of Delivery and Geographic Area** |
| f. **Partnering State Agency** |
| g. **Subgrantee / Service Providers** |

ACF 000486

## V.  Appendices

**Appendix A: Documentation of Public Hearing**
*Attach documentation of public hearing, such as public hearing notices, websites, electronic correspondence, letters, newspaper articles, etc.*

**Appendix B: Certifications**
*Attach signed copies of the following certifications*

1. Drug-Free Workplace Requirements
2. Environmental Tobacco Smoke
3. Lobbying
4. Debarment, Suspension and Other Responsibility Matters

**Appendix C: Proof of Audit**
Federal regulations state that: "Each State shall, not less often than every two years, audit its expenditures from amounts received (or transferred for use) under this title…Within 30 days following the completion of each audit, the State shall submit a copy of that audit to the legislature of the State and to the Secretary." (Sec. 2006 [42 U.S.C. 1397a, Sec. 2006]).

*Provide a copy or link to the most recent audit, or a description of the audit that specifies when the audit occurred and summarizes the results of the audit.*

**Appendix D: SF 424M**
*Scanned copy must be uploaded with application*

**Appendix E: Federal Financial Report (FFR) For SF-425 Federal Financial Reporting (FFR) Form SF-425**
*Scanned copy must be uploaded with the Intended Use Plan*

**Appendix F: TANF ACF-196R form**
*Scanned copy must be uploaded with the Intended Use Plan*

# Appendix A: Documentation of Public Hearing

*Attach documentation of public hearing, such as public hearing notices, websites, electronic correspondence, letters, newspaper articles, etc.*

Please find FY26 link below:

https://www.dhs.state.il.us/page.aspx?item=172758

# Public Notice

The Illinois Department of Human Services (DHS) hereby gives notice of the SSBG Report to the citizens of Illinois for review and comment. The report reflects the Department's plans to expend Social Services Block Grant funds for the 2025 State Fiscal Year, July 1, 2025, through June 30, 2026.

This notice is given pursuant to the requirements of Title XX, Section 2004 of the Social Security Act (as enacted in the Omnibus Budget Reconciliation Act of 1981 [P.L. 97-35] and codified at 42 U.S.C. 1397c). Comments regarding this notice will be accepted through July 1, 2026.

Written comments about the FY 2026 Pre-Expenditure Report may be submitted to:

Illinois Department of Human Services
Bureau of Basic Supports-Title XX
823 E. Monroe Street Springfield, Illinois 62701

---

State of Illinois - J. B. Pritzker, Governor

Department of Human Services - Dulce M. Quintero, Secretary Designate

Social Services Block Grant

Intended Use Plan Pre-Expenditure Report

State Fiscal Year July 2025 - June 2026

ACF 000488

# Appendix B: Certifications

*Attach signed copies of the following certifications*

1. Drug-Free Workplace Requirements
2. Environmental Tobacco Smoke
3. Lobbying
4. Debarment, Suspension and Other Responsibility Matters

ACF 000489

## CERTIFICATION REGARDING DEBARMENT, SUSPENSION AND OTHER RESPONSIBILITY MATTERS

Certification Regarding Debarment, Suspension, and Other Responsibility Matters - - Primary Covered Transactions

Instructions for Certification

1. By signing and submitting this proposal, the prospective primary participant is providing the certification set out below.

2. The inability of a person to provide the certification required below will not necessarily result in denial of participation in this covered transaction. The prospective participant shall submit an explanation of why it cannot provide the certification set out below. The certification or explanation will be considered in connection with the department or agency's determination whether to enter into this transaction. However, failure of the prospective primary participant to furnish a certification or an explanation shall disqualify such person from participation in this transaction.

3. The certification in this clause is a material representation of fact upon which reliance was placed when the department or agency determined to enter into this transaction. If it is later determined that the prospective primary participant knowingly rendered an erroneous certification, in addition to other remedies available to the Federal Government, the department or agency may terminate this transaction for cause or default.

4. The prospective primary participant shall provide immediate written notice to the department or agency to which this proposal is submitted if at any time the prospective primary participant learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

5. The terms covered transaction, debarred, suspended, ineligible, lower tier covered transaction, participant, person, primary covered transaction, principal, proposal, and voluntarily excluded, as used in this clause, have the meanings set out in the Definitions and Coverage sections of the rules implementing Executive Order 12549. You may contact the department or agency to which this proposal is being submitted for assistance in obtaining a copy of those regulations.

6. The prospective primary participant agrees by submitting this proposal that, should the proposed covered transaction be entered into, it shall not knowingly enter into any lower tier covered transaction with a person who is proposed for debarment under 48 CFR part 9, subpart 9.4, debarred, suspended, declared ineligible, or voluntarily excluded from participation in this covered transaction, unless authorized by the department or agency entering into this transaction.

7. The prospective primary participant further agrees by submitting this proposal that it will include the clause titled "Certification Regarding Debarment, Suspension, Ineligibility and Voluntary Exclusive-Lower Tier Covered Transaction," provided by the department or agency entering into this covered transaction, without modification, in all lower tier covered transactions and in all solicitations for lower tier covered transactions.

8. A participant in a covered transaction may rely upon a certification of a prospective participant in a lower tier covered transaction that is not proposed for debarment under 48 CFR part 9, subpart 9.4, debarred, suspended, ineligible, or voluntarily excluded from the covered transaction, unless it knows that the certification is erroneous. A participant may decide the method and frequency by which it determines the eligibility of its principals. Each participant

ACF 000490

may, but is not required to, check the List of Parties Excluded from Federal Procurement and Nonprocurement Programs.

9. Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render in good faith the certification required by this clause. The knowledge and information of a participant is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

10. Except for transactions authorized under paragraph 6 of these instructions, if a participant in a covered transaction knowingly enters into a lower tier covered transaction with a person who is proposed for debarment under 48 CFR part 9, subpart 9.4, suspended, debarred, ineligible, or voluntarily excluded from participation in this transaction, in addition to other remedies available to the Federal Government, the department or agency may terminate this transaction for cause or default.

*************

Certification Regarding Debarment, Suspension, and Other Responsibility Matters - - Primary Covered Transactions

(1) The prospective primary participant certifies to the best of its knowledge and belief, that it and its principals:

(a) Are not presently debarred, suspended, proposed for debarment, declared ineligible, or voluntarily excluded by any Federal department or agency;

(b) Have not within a three-year period preceding this proposal been convicted of or had a civil judgment rendered against them for commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, State or local) transaction or contract under a public transaction; violation of Federal or State antitrust statutes or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, or receiving stolen property;

(c) Are not presently indicted for or otherwise criminally or civilly charged by a governmental entity (Federal, State or local) with commission of any of the offenses enumerated in paragraph (1)(b) of this certification; and

(d) Have not within a three-year period preceding this application/proposal had one or more public transactions (Federal, State or local) terminated for cause or default.

(2) Where the prospective primary participant is unable to certify to any of the statements in this certification, such prospective participant shall attach an explanation to this proposal.

Certification Regarding Debarment, Suspension, Ineligibility and Voluntary Exclusion - - Lower Tier Covered Transactions

Instructions for Certification

1. By signing and submitting this proposal, the prospective lower tier participant is providing the certification set out below.

2. The certification in this clause is a material representation of fact upon which reliance was placed when this transaction was entered into. If it is later determined that the prospective lower tier participant knowingly rendered an erroneous certification, in addition to other

ACF 000491

remedies available to the Federal Government the department or agency with which this transaction originated may pursue available remedies, including suspension and/or debarment.

3.  The prospective lower tier participant shall provide immediate written notice to the person to which this proposal is submitted if at any time the prospective lower tier participant learns that its certification was erroneous when submitted or had become erroneous by reason of changed circumstances.

4.  The terms covered transaction, debarred, suspended, ineligible, lower tier covered transaction, participant, person, primary covered transaction, principal, proposal, and voluntarily excluded, as used in this clause, have the meaning set out in the Definitions and Coverage sections of rules implementing Executive Order 12549. You may contact the person to which this proposal is submitted for assistance in obtaining a copy of those regulations.

5.  The prospective lower tier participant agrees by submitting this proposal that, should the proposed covered transaction be entered into, it shall not knowingly enter into any lower tier covered transaction with a person who is proposed for debarment under 48 CFR part 9, subpart 9.4, debarred, suspended, declared ineligible, or voluntarily excluded from participation in this covered transaction, unless authorized by the department or agency with which this transaction originated.

6.  The prospective lower tier participant further agrees by submitting this proposal that it will include this clause titled "Certification Regarding Debarment, Suspension, Ineligibility and Voluntary Exclusion-Lower Tier Covered Transaction," without modification, in all lower tier covered transactions and in all solicitations for lower tier covered transactions.

7.  A participant in a covered transaction may rely upon a certification of a prospective participant in a lower tier covered transaction that it is not proposed for debarment under 48 CFR part 9, subpart 9.4, debarred, suspended, ineligible, or voluntarily excluded from covered transactions, unless it knows that the certification is erroneous. A participant may decide the method and frequency by which it determines the eligibility of its principals. Each participant may, but is not required to, check the List of Parties Excluded from Federal Procurement and Nonprocurement Programs.

8.  Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render in good faith the certification required by this clause. The knowledge and information of a participant is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

9.  Except for transactions authorized under paragraph five of these instructions, if a participant in a covered transaction knowingly enters into a lower tier covered transaction with a person who is proposed for debarment under 48 CFR part 9, subpart 9.4, suspended, debarred, ineligible, or voluntarily excluded from participation in this transaction, in addition to other remedies available to the Federal Government, the department or agency with which this transaction originated may pursue available remedies, including suspension and/or debarment.

************

Certification Regarding Debarment, Suspension, Ineligibility and Voluntary Exclusion - - Lower Tier Covered Transactions

(1) The prospective lower tier participant certifies, by submission of this proposal, that neither it nor its principals is presently debarred, suspended, proposed for debarment, declared

ACF 000492

ineligible, or voluntarily excluded from participation in this transaction by any Federal department or agency.

(2) Where the prospective lower tier participant is unable to certify to any of the statements in this certification, such prospective participant shall attach an explanation to this proposal.


_____    05/21/2025
Signature and Date
Dulce M. Quintero
_____
Printed Name
Secretary
_____
Title
Illinios Department of Human Services
_____
Organization

ACF 000493

## CERTIFICATION REGARDING DRUG-FREE WORKPLACE REQUIREMENTS

This certification is required by the regulations implementing the Drug-Free Workplace Act of 1988: 45 CFR Part 76, Subpart, F. Sections 76.630(c) and (d)(2) and 76.645 (a)(1) and (b) provide that a Federal agency may designate a central receipt point for STATE-WIDE AND STATE AGENCY-WIDE certifications, and for notification of criminal drug convictions. For the Department of Health and Human Services, the central point is: Division of Grants Management and Oversight, Office of Management and Acquisition, Department of Health and Human Services, Room 517-D, 200 Independence Avenue, SW Washington, DC 20201.

Certification Regarding Drug-Free Workplace Requirements (Instructions for Certification)

1.  By signing and/or submitting this application or grant agreement, the grantee is providing the certification set out below.

2.  The certification set out below is a material representation of fact upon which reliance is placed when the agency awards the grant. If it is later determined that the grantee knowingly rendered a false certification, or otherwise violates the requirements of the Drug-Free Workplace Act, the agency, in addition to any other remedies available to the Federal Government, may take action authorized under the Drug-Free Workplace Act.

3.  For grantees other than individuals, Alternate I applies.

4.  For grantees who are individuals, Alternate II applies.

5.  Workplaces under grants, for grantees other than individuals, need to be identified on the certification.  If known, they may be identified in the grant application. If the grantee does not identify the workplaces at the time of application, or upon award, if there is no application, the grantee must keep the identity of the workplace(s) on file in its office and make the information available for Federal inspection. Failure to identify all known workplaces constitutes a violation of the grantee's drug-free workplace requirements.

6.  Workplace identifications must include the actual address of buildings (or parts of buildings) or other sites where work under the grant takes place. Categorical descriptions may be used (e.g., all vehicles of a mass transit authority or State highway department while in operation, State employees in each local unemployment office, performers in concert halls or radio studios).

7.  If the workplace identified to the agency changes during the performance of the grant, the grantee shall inform the agency of the change(s), if it previously identified the workplaces in question (see paragraph five).

8.  Definitions of terms in the Nonprocurement Suspension and Debarment common rule and Drug-Free Workplace common rule apply to this certification. Grantees' attention is called, in particular, to the following definitions from these rules:

ACF 000494

*Controlled substance* means a controlled substance in Schedules I through V of the Controlled Substances Act (21 U.S.C. 812) and as further defined by regulation (21 CFR 1308.11 through 1308.15);

*Conviction* means a finding of guilt (including a plea of nolo contendere) or imposition of sentence, or both, by any judicial body charged with the responsibility to determine violations of the Federal or State criminal drug statutes;

*Criminal drug statute* means a Federal or non-Federal criminal statute involving the manufacture, distribution, dispensing, use, or possession of any controlled substance;

*Employee* means the employee of a grantee directly engaged in the performance of work under a grant, including: (i) All direct charge employees; (ii) All indirect charge employees unless their impact or involvement is insignificant to the performance of the grant; and, (iii) Temporary personnel and consultants who are directly engaged in the performance of work under the grant and who are on the grantee's payroll. This definition does not include workers not on the payroll of the grantee (e.g., volunteers, even if used to meet a matching requirement; consultants or independent contractors not on the grantee's payroll; or employees of subrecipients or subcontractors in covered workplaces).

### Certification Regarding Drug-Free Workplace Requirements

Alternate I. (Grantees Other Than Individuals)

The grantee certifies that it will or will continue to provide a drug-free workplace by:

(a) Publishing a statement notifying employees that the unlawful manufacture, distribution, dispensing, possession, or use of a controlled substance is prohibited in the grantee's workplace and specifying the actions that will be taken against employees for violation of such prohibition;

(b) Establishing an ongoing drug-free awareness program to inform employees about - -

(1) The dangers of drug abuse in the workplace;

(2) The grantee's policy of maintaining a drug-free workplace;

(3) Any available drug counseling, rehabilitation, and employee assistance programs; and

(4) The penalties that may be imposed upon employees for drug abuse violations occurring in the workplace;

(c) Making it a requirement that each employee to be engaged in the performance of the grant be given a copy of the statement required by paragraph (a);

(d) Notifying the employee in the statement required by paragraph (a) that, as a condition of employment under the grant, the employee will - -

(1) Abide by the terms of the statement; and

ACF 000495

(2) Notify the employer in writing of his or her conviction for a violation of a criminal drug statute occurring in the workplace no later than five calendar days after such conviction;

(e) Notifying the agency in writing, within 10 calendar days after receiving notice under paragraph (d)(2) from an employee or otherwise receiving actual notice of such conviction.  Employers of convicted employees must provide notice, including position title, to every grant officer or other designee on whose grant activity the convicted employee was working, unless the Federal agency has designated a central point for the receipt of such notices.  Notice shall include the identification number(s) of each affected grant;

(f)  Taking one of the following actions, within 30 calendar days of receiving notice under paragraph (d)(2), with respect to any employee who is so convicted - -

(1) Taking appropriate personnel action against such an employee, up to and including termination, consistent with the requirements of the Rehabilitation Act of 1973, as amended; or

(2) Requiring such employee to participate satisfactorily in a drug abuse assistance or rehabilitation program approved for such purposes by a Federal, State, or local health, law enforcement, or other appropriate agency;

(g) Making a good faith effort to continue to maintain a drug-free workplace through implementation of paragraphs (a), (b), (c), (d), (e) and (f).

(B)  The grantee may insert in the space provided below the site(s) for the performance of work done in connection with the specific grant:

Place of Performance (Street address, city, county, state, zip code)

Check if there are workplaces on file that are not identified here.

Alternate II.  (Grantees Who Are Individuals)

(a) The grantee certifies that, as a condition of the grant, he or she will not engage in the unlawful manufacture, distribution, dispensing, possession, or use of a controlled substance in conducting any activity with the grant;

(b) If convicted of a criminal drug offense resulting from a violation occurring during the conduct of any grant activity, he or she will report the conviction, in writing, within 10 calendar days of the conviction, to every grant officer or other designee, unless the Federal agency designates a central point for the receipt of such notices. When notice is made to such a central point, it shall include the identification number(s) of each affected grant.

ACF 000496

[55 FR 21690, 21702, May 25, 1990]


Signature and Date                                           05/21/2025
 Dulce M. Quintero

Printed Name
  Secretary

Title
   Illinois Department of Human Services

Organization

ACF 000497

**CERTIFICATION REGARDING ENVIRONMENTAL TOBACCO SMOKE**

Public Law 103227, Part C Environmental Tobacco Smoke, also known as the Pro Children Act of 1994, requires that smoking not be permitted in any portion of any indoor routinely owned or leased or contracted for by an entity and used routinely or regularly for provision of health, day care, education, or library services to children under the age of 18, if the services are funded by Federal programs either directly or through State or local governments, by Federal grant, contract, loan, or loan guarantee. The law does not apply to children's services provided in private residences, facilities funded solely by Medicare or Medicaid funds, and portions of facilities used for inpatient drug or alcohol treatment. Failure to comply with the provisions of the law may result in the imposition of a civil monetary penalty of up to $1000 per day and/or the imposition of an administrative compliance order on the responsible entity by signing and submitting this application the applicant/grantee certifies that it will comply with the requirements of the Act.

The applicant/grantee further agrees that it will require the language of this certification be included in any subawards which contain provisions for the children's services and that all subgrantees shall certify accordingly.

05/21/2025
Signature and Date
Dulce M. Quintero
Printed Name
Secretary
Title
Illinois Department of Human Services
Organization

ACF 000498

# CERTIFICATION REGARDING LOBBYING

Certification for Contracts, Grants, Loans, and Cooperative Agreements

The undersigned certifies, to the best of his or her knowledge and belief, that:

(1)  No  Federal appropriated funds have been paid or will be paid, by or on behalf of the undersigned, to any person for influencing or attempting to influence an officer or employee of an agency, a Member of Congress,  an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any Federal contract, grant, loan, or cooperative agreement.

(2)  If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress or an employee of a Member of Congress in connection with this Federal contract, grant, loan, or cooperative agreement, the undersigned shall complete and submit Standard Form-LLL, "Disclosure Form to Report Lobbying," in accordance with its instructions.

(3)  The undersigned shall require that the language of this certification be included in the award documents for all subawards at all tiers (including subcontracts, subgrants, and contracts under grants, loans, and cooperative agreements) and that all subrecipients shall certify and disclose accordingly. This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

Statement for Loan Guarantees and Loan Insurance

The undersigned states, to the best of his or her knowledge and belief, that:

If any funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this commitment providing for the United States to insure or guarantee a loan, the undersigned shall complete and submit Standard Form-LLL, "Disclosure Form to Report Lobbying," in accordance with its instructions. Submission of this statement is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required statement shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

_____     5/21/2025
Signature and Date
 Dulce M. Quintero
_____
Printed Name
 Secretary
_____
Title
 Illinios Department of Human Services
_____
Organization

# Appendix C: Proof of Audit

Federal regulations state that: "Each State shall, not less often than every two years, audit its expenditures from amounts received (or transferred for use) under this title…Within 30 days following the completion of each audit, the State shall submit a copy of that audit to the legislature of the State and to the Secretary." (Sec. 2006 [42 U.S.C. 1397a, Sec. 2006]). *Provide a copy or link to the most recent audit, or a description of the audit that specifies when the audit occurred and summarizes the results of the audit.*

Link below is the most recent published Single Audit report.
**(The FY23 audit has not been published yet).**

https://www.auditor.illinois.gov/Audit-Reports/Performance-Special-Multi/Statewide-Single-Audit/FY22-Single-Audit-Full.pdf

ACF 000500

# Appendix D: SF 424M

*Scanned copy must be uploaded with application*
*(Scanned copy attached)*

ACF 000501

**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**Administration for Children and Families**

Form Approved
Control No: 4040-0020
Expires:02/08/2026
Version 01.2

## APPLICATION FOR FEDERAL ASSISTANCE
## SF - 424 - MANDATORY

| * 1.a. Type of Submission: <br> ● Plan <br> ○ Funding Request | * 1.b. Frequency: <br> ● Annual <br> ○ Other <br><br> * Other (Specify) | * 1.c. Consolidated Application/Plan/Funding Request? <br><br> Explanation: | * 1.d. Version: <br> ● Initial <br> ○ Resubmission <br> ○ Revision <br> ○ Update |
|---|---|---|---|
| | | 2. Date Received: | State Use Only: |
| | | 3. Applicant Identifier: | |
| | | 4a. Federal Entity Identifier: | 5. Date Received By State: |
| | | 4b. Federal Award Identifier: | 6. State Application Identifier: |

**7. APPLICANT INFORMATION**

* a. Legal Name: ILLINOIS DEPARTMENT OF HUMAN SERVICE

| * b. Employer/Taxpayer Identification Number (EIN/TIN): | 1364163567A1 | | * c. Organizational UEI: | EK7ENJE97829 |
|---|---|---|---|---|

* d. Address:

| * Street 1: | 823 East Monroe Street | Street 2: | |
|---|---|---|---|
| * City: | SPRINGFIELD | County: | SANGAMON |
| * State: | IL | Province: | |
| * Country: | United States | * Zip / Postal Code: | 62701 - |

e. Organizational Unit:

| Department Name: | Division Name: |
|---|---|

f. Name and contact information of person to be contacted on matters involving this application:

| Prefix: | * First Name: Bryan | Middle Name: J | * Last Name: Clow |
|---|---|---|---|
| Suffix: | Title: Program Manager | Organizational Affiliation: | |
| * Telephone Number: (217) 725-6388 | Fax Number | * Email: bryan.j.clow@illinois.gov | |

**8a. TYPE OF APPLICANT:**
A: State Government

b. Additional Description:

**9. Name of Federal Agency:**

Administration for Children and Families, Office of Community Services

| | | Catalog of Federal Domestic Assistance Number: | | CFDA Title: |
|---|---|---|---|---|
| 10. CFDA Numbers and Titles 1 | | | | |

11. Descriptive Title of Applicant's Project

12. Areas Affected by Funding:

**13. CONGRESSIONAL DISTRICTS OF:**

| * a. Applicant <br> 20 | b. Program/Project: |
|---|---|

Attach an additional list of Program/Project Congressional Districts if needed.

| 14. FUNDING PERIOD: | | 15. ESTIMATED FUNDING: | |
|---|---|---|---|
| a. Start Date: <br> 10/01/2025 | b. End Date: <br> 09/30/2026 | * a. Federal ($): <br> $0 | b. Match ($): <br> $0 |

**16. IS SUBMISSION SUBJECT TO REVIEW BY STATE UNDER EXECUTIVE ORDER 12372 PROCESS?**

a. This submission was made available to the State under the Executive Order 12372

Process for Review on :

b. Program is subject to E.O. 12372 but has not been selected by State for review.

c. Program is not covered by E.O. 12372.

**17. Is The Applicant Delinquent On Any Federal Debt?**
○ YES
● NO

Explanation:

18. By signing this application, I certify (1) to the statements contained in the list of certifications** and (2) that the statements herein are true, complete and accurate to the best of my knowledge. I also provide the required assurances** and agree to comply with any resulting terms if I accept an award. I am aware that any false, fictitious, or fraudulent statements or claims may subject me to criminal, civil, or administrative penalties. (U.S. Code, Title 218, Section 1001)

**I Agree ☑

** The list of certifications and assurances, or an internet site where you may obtain this list, is contained in the announcement or agency specific instructions.

| 18a. Typed or Printed Name and Title of Authorized Certifying Official <br> Bryan J. Clow | 18c. Telephone (area code, number and extension) |
|---|---|
| | 18d. Email Address <br> bryan.j.clow@illinois.gov |
| | 18e. Date Report Submitted (Month, Day, Year) <br> 04/16/2025 |
| 18b. Signature of Authorized Certifying Official <br> *Esign* | |

**Attach supporting documents as specified in agency instructions.**

## Appendix E: Federal Financial Report (FFR) For SF-425

*Scanned copy must be uploaded with the Intended Use Plan –*

*(Copy attached)*

ACF 000503

## FEDERAL FINANCIAL REPORT
(Follow form instructions)

| 1. Federal Agency and Organizational Element to Which Report is Submitted | 2. Federal Grant or Other Identifying Number Assigned by Federal Agency (To report multiple grants, use FFR Attachment) |
|---|---|
| **HHS-ADMINISTRATION FOR CHILDREN & FAMILIES** | **2302ILSOSR** |

**3. Recipient Organization (Name and complete address including Zip code)**

**Illinois Department Of Human Service**

**823 East Monroe Street, 4th Floor, SPRINGFIELD, IL 62701  USA**

| 4a. UEI | 4b. EIN | 5. Recipient Account Number or Identifying Number (To report multiple grants, use FFR Attachment) | 6. Report Type | 7. Basis of Accounting |
|---|---|---|---|---|
| **EK7ENJE97829** | **1364163567A1** | **8W36B** | ☐ Quarterly<br>☐ Semi-Annual<br>☒ Annual<br>☐ Final | ☐ Cash<br>☒ Accural |

| 8. Project/Grant Period (Month, Day, Year) | | 9. Reporting Period End Date (Month, Day, Year) |
|---|---|---|
| From:  **October 1, 2022** | To:  **September 30, 2024** | **September 30, 2023** |

| 10. Transactions | Cumulative |
|---|---|
| *(Use lines a-c for single or combined multiple grant reporting)* | |
| **Federal Cash (To report multiple grants separately, also use FFR Attachment):** | |
| a. Cash Receipts | $21,445,000.00 |
| b. Cash Disbursements | $21,445,000.00 |
| c. Cash on Hand (line a minus b) | $0.00 |
| *(Use lines d-o for single grant reporting)* | |
| **Federal Expenditures and Unobligated Balance:** | |
| d. Total Federal funds authorized | $60,180,901.00 |
| e. Federal share of expenditures | $23,966,054.00 |
| f. Federal share of unliquidated obligations | $23,959,298.00 |
| g. Total Federal share (sum of lines e and f) | $47,925,352.00 |
| h. Unobligated balance of Federal funds (line d minus g) | $12,255,549.00 |
| **Recipient Share:** | |
| i. Total recipient share required | $0.00 |
| j. Recipient share of expenditures | $0.00 |
| k. Remaining recipient share to be provided (line i minus j) | $0.00 |
| **Program Income:** | |
| l. Total Federal share of program income earned | $0.00 |
| m. Program income expended in accordance with the deduction alternative | $0.00 |
| n. Program income expended in accordance with the addition alternative | $0.00 |
| o. Unexpended program income (line l minus line m and line n) | $0.00 |

| 11. Indirect Expense | a. Type | b. Rate | c. Period From | Period To | d. Base | e. Amount Charged | f. Federal Share |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | g. Totals: | $0.00 | $0.00 | $0.00 |

*12. Remarks: Attach any explanations deemed necessary or information required by Federal sponsoring agency in compliance with governing legislation:*

**13. Certification: By signing this report, I certify to the best of my knowledge and belief that the report is true, complete, and accurate, and the expenditures, disbursements and cash receipts are for the purposes and intent set forth in the award documents. I am aware that any false, fictitious, or fraudulent information may subject me to criminal, civil, or administrative penalties. (U.S. Code, Title 18, Section 1001)**

| a. Typed or Printed Name and Title of Authorized Certifying Official | c. Telephone (Area code, number, and extension) |
|---|---|
| **Hanlon, Kathryn**<br>**public service administrator** | **+1 (217) 494-7967** |
| | d. Email Address |
| | **kathryn.hanlon@illinois.gov** |
| b. Signature of Authorized Certifying Official | e. Date Report Submitted (Month, Day, Year) |
| **Hanlon, Kathryn** | **November 14, 2023** |

Standard Form 425
OMB Approval Number: 4040-0014
Expiration Date: 02/28/2025

**Paperwork Burden Statement**

According to the Paperwork Reduction Act, as amended, no persons are required to respond to a collection of information unless it displays a valid OMB Control Number. The valid OMB control number for this information collection is 4040-0014. Public reporting burden for this collection of information is estimated to average 1 hours per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: US Department of Health & Human Services, OS/OCIO/PRA, 200 Independence Ave, SW, Suite 336-E, Washington DC 20201. Attention: PRA Reports Clearance Officer

ACF 000504

**FEDERAL FINANCIAL REPORT**

(Additional Page)

| | | |
|---|---|---|
| Federal Agency & Organization | : | HHS-ADMINISTRATION FOR CHILDREN & FAMILIES |
| | | |
| Federal Grant ID | : | 2302ILSOSR |
| Recipient Organization | : | Illinois Department Of Human Service |
| | | 823 East Monroe Street, 4th Floor, SPRINGFIELD, IL 62701  USA |
| UEI | : | EK7ENJE97829 |
| UEI Status when Certified | : | ACTIVE (as of 11/14/2023) |
| EIN | : | 1364163567A1 |
| Reporting Period End Date | : | September 30, 2023 |
| Status | : | Report Certified/Pending Agency Approval |
| Remarks | : | |

**Federal Agency Review**

| | |
|---|---|
| Reviewer Name | : |
| Phone # | : |
| Email | : |
| Review Date | : |
| Review Comments | : |

ACF 000505

# Appendix F: TANF ACF-196R form

*Scanned copy must be uploaded with the Intended Use Plan*

**(Copy attached)**

ACF 000506

**ACF-196R : Part 1: Expenditure Data**

**Program Name:** Temporary Assistance for Needy Families
**Grantee Name:** ILLINOIS
**Report Name:** ACF-196R : Part 1: Expenditure Data
**Funding/Grant Period:** 2501ILTANF
**Report Period:** 01/01/2025 to 03/31/2025
**Report Status:** Submitted

## Department of Health and Human Services
### Administration for Children and Families
Temporary Assistance for Needy Families (TANF) ACF - 196R Financial Report
Part 1: Expenditure Data

| State ILLINOIS | Grant Year 2025 | Fiscal Year 2025 | Report Quarter Ending 03/31/2025 | Next Quarter Ending 09/30/2025 | Report is Submitted as: ◉ New ◯ Revised ◯ Final |
|---|---|---|---|---|---|

|  | ( A ) Federal Funds State Family Assistance Grant | ( B ) State Funds | ( C ) State Funds | ( D ) Federal Funds Contingency Funds Award Reconciliation FS at FMAP Rate of .5138 |
|---|---|---|---|---|
| 1. Awarded | $291,563,136.00 |  |  | $0.00 |
| 2. Transferred to CCDF Discretionary | $0.00 |  |  |  |
| 3. Transfered to SSBG | $0.00 |  |  |  |
| 4. Adjusted Award | $291,563,136.00 |  |  |  |
| 5. Carryover | $0.00 |  |  |  |

| Expenditure Categories | Federal TANF Expenditures | State MOE Expenditures in TANF | MOE Expenditures Separate State Programs | Expenditures with Contigency Funds |
|---|---|---|---|---|
| 6. Basic Assistance | $25,519,085.93 | $5,091,691.43 | $0.00 | $0.00 |
| 6.a. Basic Assistance (excluding Relative Foster Care Maintenance Payments and Adoption and Guardianship Subsidies) | $25,519,085.93 | $5,091,691.43 | $0.00 | $0.00 |
| 6.b. Relative Foster Care Maintenance Payments and Adoption and Guardianship Subsidies | $0.00 | $0.00 | $0.00 | $0.00 |
| 7. Assistance Authorized Solely Under Prior Law | $0.00 |  |  | $0.00 |
| 7.a. Foster Care Payments | $0.00 |  |  | $0.00 |
| 7.b. Juvenile Justice Payments | $0.00 |  |  | $0.00 |
| 7.c. Emergency Assistance Authorized Solely Under Prior Law | $0.00 |  |  | $0.00 |
| 8. Non-Assistance Authorized Solely Under Prior Law | $0.00 |  |  | $0.00 |
| 8.a. Child Welfare or Foster Care Services | $0.00 |  |  | $0.00 |
| 8.b. Juvenile Justice Services | $0.00 |  |  | $0.00 |
| 8.c. Emergency Services Authorized Solely Under Prior Law | $0.00 |  |  | $0.00 |
| 9. Work, Education, and Training Activities | $9,629,444.61 |  |  | $0.00 |
| 9.a. Subsidized Employment | $0.00 | $0.00 | $0.00 | $0.00 |
| 9.b. Education and Training | $6,285,275.18 | $0.00 | $0.00 | $0.00 |
| 9.c. Additional Work Activities | $3,344,169.43 | $111,687.47 | $0.00 | $0.00 |
| 10. Work Supports | $381,588.23 | $2,211,324.90 | $0.00 | $0.00 |
| 11. Early Care and Education | $2,646,026.86 | $626,800,604.56 | $0.00 | $0.00 |
| 11.a. Child Care (Assistance and Non-Assistance) | $2,646,026.86 | $541,949,091.12 | $0.00 | $0.00 |

Page 1 of 2

ACF 000507