**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STATE OF NEW YORK; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF ILLINOIS; AND STATE OF MINNESOTA,<br><br>Plaintiffs,<br><br>v.<br><br>ADMINISTRATION FOR CHILDREN AND FAMILIES; ALEX J. ADAMS, in his official capacity as the ASSISTANT SECRETARY OF THE ADMINISTRATION FOR CHILDREN AND FAMILIES; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; and ROBERT F. KENNEDY, JR., in his official Capacity as the SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendants. | No. 26-cv-172 (VSB) |

**<u>CERTIFICATION</u>**

I, Reese Cody Inman, am Principal Deputy Assistant Secretary for the Administration for Children and Families.  Previous to that position, I served as the Deputy Assistant Secretary for Management of the Administration for Children and Families, a position I held as of December 3, 2025.

As part of my duties as Principal Deputy Assistant Secretary and Deputy Assistant Secretary for Management of the Administration for Children and Families, I have been provided with information regarding the compilation of the Administrative Record in the above-captioned matter and the documents herein.

Based on information provided to me as part of my official duties, I hereby certify that, to the best of my knowledge, the attached documents constitute the administrative record related to the issuance of letters of January 5 and 6, 2026, to the plaintiff states concerning temporary restricted drawdowns at issue in the above-captioned case.  The records have been organized as they are maintained in the agency's files.

Date:  April 1, 2026

Reese Cody Inman,
Principal Deputy Assistant Secretary