

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

April 17, 2026

Honorable Vernon S. Broderick
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *New York v. Administration for Children and Families, Case No. 26-cv-00172*

Dear Judge Broderick,

I write on behalf of all Parties to provide a joint status report pursuant to the Court's March 9, 2026 Order. ECF No. 79.

As directed by that Order, ECF No. 79, Defendants produced the Administrative Record on April 1, 2026. On April 9, Plaintiffs sent a letter to Defendants stating Plaintiffs' position that the Administrative Record is substantially incomplete, asserting that it does not contain information regarding the key aspects of the Agency's decision, including nine categories of information identified in the letter. Plaintiffs asked Defendants to review their records and produce a revised Administrative Record by April 27, along with a privilege log of any materials in the Record over which Defendants assert any privilege.

On April 16 and again on April 17, the Parties met and conferred. Defendants' position is that the agency conducted a reasonable and appropriate search for the relevant materials and that the Administrative Record as produced on April 1 is complete. Nevertheless, in an abundance of caution, Defendants agreed to conduct further searches for relevant materials, including the nine specific categories of information Plaintiffs identified in their April 9 letter, to the extent not previously searched. Defendants have agreed to amend the Administrative Record with any additional relevant materials on or before May 1. Defendants also agreed to provide a privilege log identifying any documents withheld for privilege on or before May 1.

The Parties agree to further confer the week of April 20 regarding outstanding issues identified in their recent conferrals and to provide an additional status letter to the Court by May 11, 2026.

We appreciate the Court's attention to this matter.

Sincerely,

Jessica Ranucci
*Attorney for Plaintiff State of New York*