**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STATE OF NEW YORK; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF ILLINOIS; and STATE OF MINNESOTA<br><br>Plaintiffs,<br><br>v.<br><br>ADMINISTRATION FOR CHILDREN AND FAMILIES, *et al.,*<br><br>Defendants. | **[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD**<br><br>Case No. 26-cv-172-VSB |

Based on the state of the record, applicable law, and all relevant papers and material before the Court, the Court finds that James R. Bowen, counsel to Plaintiff the State of California, has shown good cause for the request to withdraw. Accordingly, counsel's motion to withdraw is **GRANTED** and **IT IS HEREBY ORDERED** that the withdrawal of James R. Bowen as attorney of record for Plaintiff the State of California is hereby approved.

Dated: ..................................

_____

Hon. Vernon S. Broderick

United States District Judge

# CERTIFICATE OF SERVICE

Case Name:    State of New York, et al. v.    Case No.    **1:26-cv-00172-VSB**
              Administration for Children and Families, et al.

I hereby certify that on <u>April 30, 2026</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **[Proposed] Order Granting Motion to Withdraw as Counsel of Record**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.

I further certify that on <u>April 30, 2026</u>, I electronically served the aforementioned document[s] by emailing them to the following individual[s]:

Anna Ferrari                                Email:  <u>Anna.Ferrari@doj.ca.gov</u>
Supervising Deputy Attorney General
State of California
Office of the Attorney General

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>April 30, 2026</u>, at Los Angeles, California.

| L. Zamora | /s/ L. Zamora |
|:---:|:---:|
| Declarant | Signature |

SA2026600051