**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

<table>
<tr><td>

STATE OF NEW YORK; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF ILLINOIS; and STATE OF MINNESOTA

      Plaintiffs,

      v.

ADMINISTRATION FOR CHILDREN AND FAMILIES, *et al.,*

      Defendants.

</td><td>

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Case No. 26-cv-172-VSB

</td></tr>
</table>

Based on the state of the record, applicable law, and all relevant papers and material before the Court, the Court finds that James R. Bowen, counsel to Plaintiff the State of California, has shown good cause for the request to withdraw. Accordingly, counsel's motion to withdraw is **GRANTED** and **IT IS HEREBY ORDERED** that the withdrawal of James R. Bowen as attorney of record for Plaintiff the State of California is hereby approved.

Dated: May 1, 2026

                               Hon. Vernon S. Broderick

                               United States District Judge