# EXHIBIT 1

**From:** Inman, Cody (ACF)
**To:** Polich, Jeffrey (HHS/OGC)
**Subject:** FW: Update on Child Care and SSBG
**Date:** Wednesday, April 15, 2026 6:34:50 PM
**Attachments:** image001.png

---

### Cody Inman

**Principal Deputy Assistant Secretary**
**Commissioner, Administration for Children, Youth & Families  - Delegated**
Office of the Assistant Secretary
Administration for Children and Families

███████████

Help us achieve **A Home for Every Child.**
Learn more about fostering here.

---

**From:** Adams, Alex (ACF) ███████████████
**Sent:** Wednesday, April 15, 2026 2:55 PM
**To:** Inman, Cody (ACF) ████████████████
**Subject:** FW: Update on Child Care and SSBG

### Alex J. Adams

**Assistant Secretary**
Immediate Office of the Assistant Secretary
Administration for Children and Families

████████████

Help us achieve **A Home for Every Child.**
Learn more about fostering here.

---

**From:** DeCesaro, Anne M. EOP/OMB ██████████████████
**Sent:** Monday, January 5, 2026 2:06 PM
**To:** Adams, Alex (ACF) ████████████████; Paoletta, Mark R. EOP/OMB ██████████████████; Duncan, Hal P. EOP/OMB ████████████████████; Cauley, Rachel K. EOP/OMB █████████████████Decker, Paige (HHS/ASL)██████████████
**Cc:** Stumpf, Kaitlin J. EOP/OMB ████████████████; Mimnaugh, Emily (HHS/OGC) ███████████████ Verno, Martha (ACF)██████████████; Boyens, Chantel M. EOP/OMB ████████████████ melissa_benton_bomberger (eop.gov)█████████████Griffin, Robin J. EOP/OMB ████████████████; mariarosaria_sciannameo (eop.gov)████████████████; Cooper, LaTiesha B. EOP/OMB ████████████████; Kuncaitis-Wall, Sara E. EOP/OMB ██████████████
**Subject:** RE: Update on Child Care and SSBG

California's Department of Education is responsible for child care and contractors. They publish the number of counties that indicate various fraud indicators, such as a child has perfect attendance or claims exceeding need. Further, the San Francisco District Attorney brought a child care and Section 8 housing fraud case in March 2025 where a state employee and individual were receiving $30,000 per month in childcare subsidies from a nonprofit contractor stewarding public dollars to childcare and early education services for alleged child care they were providing.  California is also considered a "sanctuary state" for non-citizens.

Illinois has had their system under investigation by the US Attorney. In 2024, a child care business owner in Chicago was sentenced to four years for defrauding Illinois of $3.3 million in subsidies. In 2023. DCFS daycare manager charged with stealing

AFC 000738

millions from child care. There are also reports from the OIG going back to 2020.  Illinois is also considered a "sanctuary state" for non-citizens.

New York had five defendants indicted in the Southern District of New York, with the help of HHS OIG and the FBI in 2023. New York is also considered a "sanctuary state" for non-citizens.

<mark>Update: We will be including Colorado for child care.</mark>

███████████████████████████

Anne DeCesaro
OMB EIML PAD
Cell: ████████████

---

**From:** Adams, Alex (ACF) ██████████████████
**Sent:** Monday, January 5, 2026 1:01 PM
**To:** DeCesaro, Anne M. EOP/OMB ████████████████████████; Paoletta, Mark R. EOP/OMB ████████████████████████; Duncan, Hal P. EOP/OMB ██████████████████████; Cauley, Rachel K. EOP/OMB ████████████████████; Decker, Paige (HHS/ASL) ██████████████████
**Cc:** Stumpf, Kaitlin J. EOP/OMB ██████████████████ Mimnaugh, Emily (HHS/OGC) ██████████████████
Verno, Martha (ACF) ████████████████
**Subject:** RE: Update on Child Care and SSBG

Thanks Anne.  Copying in Paige as well for Hill notice

**Alex J. Adams**

**Assistant Secretary**
Immediate Office of the Assistant Secretary
Administration for Children and Families
██████████████████

Help us achieve **A Home for Every Child.**
Learn more about fostering here.

---

**From:** DeCesaro, Anne M. EOP/OMB ████████████████████
**Sent:** Monday, January 5, 2026 12:58 PM
**To:** Adams, Alex (ACF) ████████████████; Paoletta, Mark R. EOP/OMB ████████████████████████ Duncan, Hal P. EOP/OMB ██████████████████████ Cauley, Rachel K. EOP/OMB ██████████████████
**Cc:** Stumpf, Kaitlin J. EOP/OMB ██████████████████ Mimnaugh, Emily (HHS/OGC) ██████████████████
Verno, Martha (ACF) ████████████████
**Subject:** RE: Update on Child Care and SSBG

████████████████████

As with Press, HHS should also handle the Hill notification. Martha, can we connect with you on that?

Anne DeCesaro
OMB EIML PAD
Cell: ████████████

---

**From:** Adams, Alex (ACF) ██████████████████
**Sent:** Monday, January 5, 2026 12:15 PM
**To:** DeCesaro, Anne M. EOP/OMB ██████████████████████
**Cc:** Stumpf, Kaitlin J. EOP/OMB ████████████████████; Mimnaugh, Emily (HHS/OGC) ████████████████████
Verno, Martha (ACF) ██████████████████

**Subject:** RE: Update on Child Care and SSBG

████████████████

████████████████████████████████████████████████████
███

████████████████████████████████

████████████████████████████

Alex

**Alex J. Adams**

**Assistant Secretary**
Immediate Office of the Assistant Secretary
Administration for Children and Families
████████████████

Help us achieve **A Home for Every Child.**
Learn more about fostering here.

---

**From:** DeCesaro, Anne M. EOP/OMB██████████████████
**Sent:** Monday, January 5, 2026 11:25 AM
**To:** Adams, Alex (ACF)████████████
**Cc:** Stumpf, Kaitlin J. EOP/OMB████████████████
**Subject:** RE: Update on Child Care and SSBG

████████████████████████████████████████████████████

████████████████████████████████████████████

Thank!

Anne DeCesaro
OMB EIML PAD
Cell:████████████

---

**From:** Adams, Alex (ACF)████████████
**Sent:** Monday, January 5, 2026 11:23 AM
**To:** DeCesaro, Anne M. EOP/OMB████████████████
**Subject:** RE: Update on Child Care and SSBG

████████████████████████████████████████████████████
████████

Alex

**Alex J. Adams**

**Assistant Secretary**
Immediate Office of the Assistant Secretary
Administration for Children and Families

AFC 000740



Help us achieve **A Home for Every Child.**

Learn more about fostering [here](here).

---

**From:** Adams, Alex (ACF)
**Sent:** Monday, January 5, 2026 9:14 AM
**To:** 'DeCesaro, Anne M. EOP/OMB' ████████████████; Chiarello, Gustav (ASFR) ████████████████ Mimnaugh, Emily (HHS/OGC) ████████████████
**Cc:** Shuy, Caitrin (HHS/ASFR) ████████████████; Stumpf, Kaitlin J. EOP/OMB ████████████████ Cauley, Rachel K. EOP/OMB ████████████████ melissa_benton_bomberger (eop.gov) ████████████████ Boyens, Chantel M. EOP/OMB ████████████████
**Subject:** RE: Update on Child Care and SSBG

Works for me



**Alex J. Adams**

**Assistant Secretary**
Immediate Office of the Assistant Secretary
Administration for Children and Families
████████████████

Help us achieve **A Home for Every Child.**

Learn more about fostering [here](here).

---

**From:** DeCesaro, Anne M. EOP/OMB ████████████████
**Sent:** Monday, January 5, 2026 9:13 AM
**To:** Chiarello, Gustav (ASFR) ████████████████; Mimnaugh, Emily (HHS/OGC) ████████████████; Adams, Alex (ACF) ████████████████
**Cc:** Shuy, Caitrin (HHS/ASFR) ████████████████ Stumpf, Kaitlin J. EOP/OMB <████████████████ Cauley, Rachel K. EOP/OMB ████████████████; melissa_benton_bomberger (eop.gov) ████████████████; Boyens, Chantel M. EOP/OMB ████████████████
**Subject:** Update on Child Care and SSBG

Can we please talk at 10am? I am including Press from my side.

Please forward to include any necessary individuals.

Thanks,
Anne

Anne DeCesaro
Associate Director
Education, Income Maintenance, and Labor
Office of Management and Budget
Cell ████████████