# EXHIBIT 2

*State of New York, et. al., v. Administration for Children and Families, et al.*
**Case No. 26 Civ. 172 (VSB)**

**PRIVILEGE LOG**

| Document | Date | Bates Number | Privilege Type | Privilege Description | Attorney(s) contributing to the privilege |
|---|---|---|---|---|---|
| E-mail chain dated January 5, 2026 with subject line "RE: Update on Child Care and SSBG" | January 5, 2026 | ACF 000738 through ACF 000741 | Attorney Work Product; Deliberative Process Privilege | Portion of emails reflecting (1) the mental impressions, conclusions, and opinions of attorneys from the Department of Health and Humans Services regarding draft correspondence related to the drawdown restrictions placed on California, New York, Colorado, Minnesota, and Illinois with respect to three funding programs (Temporary Assistance for Needy Families, Social Services Block Grant, and Child Care Development Fund), prepared in the anticipation of litigation; and (2) internal deliberation concerning approach to decision regarding drawdown restrictions not reflecting final decisions on how to implement drawdown restrictions. | Attorneys from the Department of Health and Human Services. |