UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                             :

State of New York, et al.,          :

                           :

                 Plaintiffs,   :

                           :           26-cv-172 (VSB)

          -against-    :

                           :      **ORDER OF REFERENCE**

Administration for Children and Families, et  :
al.,                             :

                Defendants.  :

                           :
-------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

        The above-entitled action is referred to the designated Magistrate Judge for the following purposes:

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositive Motion/Dispute: | ____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ____ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ____ | Habeas Corpus |
| ____ | Settlement | ____ | Social Security |
| ____ | Inquest After Default/Damages Hearing | ____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: |

SO ORDERED.
Dated:      June 3, 2026
           New York, New York

                                Vernon S. Broderick
                                United States District Judge