UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STATE OF NEW YORK, et. al.,

                  Plaintiff,

    -against-

ADMINISTRATION FOR CHILDREN AND
FAMILIES, et. al.

                 Defendant.

26-CV-00172 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

       A telephonic discovery conference is scheduled for **Tuesday, June 9, 2026 at 2:00 PM**.

Counsel should be prepared to discuss the status of discovery and the parties' joint letter at ECF

91. Counsel for all parties are directed to join the conference at the scheduled time. The dial-in

number is (646) 453-4442, Access Code: 570 189 351#.

DATED:  June 4, 2026
       New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**