## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF ILLINOIS; and STATE OF MINNESOTA<br><br>Plaintiffs,<br><br>v.<br><br>ADMINISTRATION FOR CHILDREN AND FAMILIES, *et al.,*<br><br>Defendants. | Case No. 26-cv-172<br><br><br>**AFFIDAVIT OF**<br>**LINDSEY MIDDLECAMP** |

I, Lindsey Middlecamp, being duly sworn, hereby depose and says as follows:

1.      I serve as Special Counsel  with the Office of the Minnesota Attorney General. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

2.      As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the State of Minnesota. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

3.      Wherefore, your affiant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in the  above-captioned action for the State of Minnesota.

*Further your affiant sayeth not.*

Dated: June 8, 2026

**State of Minnesota**
**County of Hennepin**
Signed or attested before me on 6/8/2046 (date)
By _Lindsey   Middlecamp_
(name(s) of individual(s))
**Title:** Notary Public:
My commission expires: 1/31/2027

ANDREW T. CHIAL
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan 31, 2027

Respectfully Submitted,

Applicant Signature: _Lindsey E. Mity_

Applicant's Name: Lindsey Middlecamp

Firm Name: Minnesota Attorney General's Office

Address: 445 Minnesota Street, Suite 600

City/State/Zip: St. Paul, MN 55101-2125

Telephone/Fax: 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; Fax: 651-282-5832

Email: lindsey.middlecamp@ag.state.mn.us

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing

LINDSEY ELISE MIDDLECAMP

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

November 16, 2011

Given under my hand and seal of this court on

June 08, 2026



Emily J. Eschweiler, Director
Office of Lawyer Registration