**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| STATE OF NEW YORK; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF ILLINOIS; and STATE OF MINNESOTA<br><br>Plaintiffs,<br><br>v.<br><br>ADMINISTRATION FOR CHILDREN AND FAMILIES, *et al.,*<br><br>Defendants. | Case No. 26-cv-172<br><br><br>**MOTION TO APPEAR PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Lindsey Middlecamp hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for State of Minnesota in the above-captioned action.

I am in good standing of the bar of the State of Minnesota and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit and certificate of good standing pursuant to Local Rule 1.3.

Dated: June 8, 2026

Respectfully Submitted,

Applicant Signature: *Lindsey Middlecamp*

Applicant's Name: Lindsey Middlecamp

Firm Name: Minnesota Attorney General's Office

Address:  445 Minnesota Street, Suite 600

City/State/Zip: St. Paul, MN 55101-2125

Telephone/Fax: 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; Fax: 651-282-5832

 Email: lindsey.middlecamp@ag.state.mn.us