**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STATE OF NEW YORK; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF ILLINOIS; and STATE OF MINNESOTA<br><br>Plaintiffs,<br><br>v.<br><br>ADMINISTRATION FOR CHILDREN AND FAMILIES, *et al.,*<br><br>Defendants. | Case No. 26-cv-172<br><br><br>**AFFIDAVIT OF LINDSEY MIDDLECAMP** |

I, Lindsey Middlecamp, being duly sworn, hereby depose and says as follows:

1.      I serve as Special Counsel  with the Office of the Minnesota Attorney General. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

2.      As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the State of Minnesota. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

3.      Wherefore, your affiant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in the  above-captioned action for the State of Minnesota.

*Further your affiant sayeth not.*

Dated: June 8, 2026

**State of Minnesota**
**County of Hennepin**
Signed or attested before me on 6/8/2046 (day)

By Lindsey Middlecamp
(name(s) of individual(s))

Title: Notary Public:

My commission expires: 1/31/2027

ANDREW T. CHIAL
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan 31, 2027

Respectfully Submitted,

Applicant Signature: _Lindsey E. Miy_

Applicant's Name: Lindsey Middlecamp

Firm Name: Minnesota Attorney General's Office

Address: 445 Minnesota Street, Suite 600

City/State/Zip: St. Paul, MN 55101-2125

Telephone/Fax: 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; Fax: 651-282-5832

Email: lindsey.middlecamp@ag.state.mn.us

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing

LINDSEY ELISE MIDDLECAMP

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

November 16, 2011

Given under my hand and seal of this court on

June 08, 2026

*Emily J. Eschweiler*

Emily J. Eschweiler, Director
Office of Lawyer Registration