**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STATE OF NEW YORK; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF ILLINOIS; and STATE OF MINNESOTA<br><br>Plaintiffs,<br><br>v.<br><br>ADMINISTRATION FOR CHILDREN AND FAMILIES, *et al.,*<br><br>Defendants. | Case No. 26-cv-172<br><br>**[PROPOSED] ORDER** |

The motion of Lindsey Middlecamp for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of Minnesota; and that her contact information is as follows (please print):

Applicant's Name:  Lindsey Middlecamp

Firm Name: Minnesota Attorney General's Office

Address: 445 Minnesota Street, Suite 600

City/ State/ Zip:  St. Paul, MN  55101-2125

Telephone/ Fax:  (651) 300-0711; Fax:  (651) 282-5832

Applicant having requested admission Pro Hae Vice to appear for all purposes as counsel for the State of Minnesota in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:...............................

_____
U.S District/ Magistrate Judge