UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et. al.,<br><br>                  Plaintiff,<br><br>  -against-<br><br>ADMINISTRATION FOR CHILDREN AND<br>FAMILIES, et. al.<br><br>               Defendant. | 26-CV-00172 (VSB) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the conference on June 9, 2026, by **June 11, 2026**, Defendants shall provide the documents in question to my chambers by email for in camera review. The parties' next joint letter on the status of discovery is due on **June 12, 2026**. Thereafter, joint letters on the status of discovery will be due on the first and 15th business day of each month, beginning on **July 1, 2026**, and continuing until all discovery is complete.

DATED:  June 9, 2026
       New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**