

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 11, 2026

**Via ECF**
Honorable Robyn F. Tarnofsky
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:    *State of New York et al v. Administration for Children and Families et al*, 26
>        **Civ. 172 (VSB)**

Dear Judge Tarnofsky:

This Office represents Defendants in the above-referenced action. We write respectfully in connection with the Court's *in camera* review of the document that was the subject of the conference held on June 9, 2026.  To the extent that the Court may wish to issue a ruling on the Government's privilege assertions with respect to this document, the Government respectfully requests leave to submit a factual record for the Court's consideration.  Because the parties have filed only a joint letter outlining their dispute and there are no facts before the Court at this time, the Government wishes to submit supporting declarations from agency personnel, as well as some additional briefing to put this factual information in context.  Accordingly, to avoid any potential prejudice to the Government, we would like to ensure that a complete factual record has been presented to the Court.  The Government proposes letter briefs of no more than five single-spaced pages with the Government's papers due on June 25, 2026, and Plaintiffs' response due on July 9, 2026.

Plaintiffs do not consent to this request because they believe briefing is unnecessary and will cause undue delay.  Yet, as explained above, the Government merely seeks to avoid any unfair prejudice resulting from the absence of a factual record on the issues before the Court.  Further, the Government has proposed a briefing schedule consistent with the Local Rules and no expedited consideration is warranted, as limited discovery has just begun and there is a preliminary injunction in place preventing any harm to Plaintiffs.

We thank the Court for its attention to this matter.

Respectfully submitted,

JAY CLAYTON
United States Attorney
Southern District of New York
*Attorney for Defendants*

By:    <u>  /s/ *Kamika S. Shaw*  </u>
KAMIKA S. SHAW
MALLIKA BALACHANDRAN
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: 212-637-2768/2781
Email:Kamika.shaw@usdoj.gov
      mallika.balachandran@usdoj.gov

cc: All counsel of record (via ECF)