**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

---

June 12, 2026
Honorable Vernon S. Broderick
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Honorable Robyn F. Tarnofsky
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

Re: *New York v. Administration for Children and Families, Case No. 26-cv-00172*

Dear Judge Broderick and Judge Tarnofsky,

I write on behalf of all Parties to provide a joint status report, *see* ECF Nos. 90, 98.

The Parties' prior status report explained that on May 12, Defendants produced one additional document in the Administrative Record to Plaintiffs with redactions, along with a privilege log. *See* ECF Nos. 91-1, 91-2. On June 1, the Parties filed a joint letter regarding their dispute about the application of the asserted privileges to that document. ECF No. 91. On June 9, the Parties appeared before Judge Tarnofsky regarding this dispute. Following the conference, Defendants submitted an unredacted version of this document to Judge Tarnofsky for *in camera* review. Defendants also submitted a request for leave to file briefing and declarations regarding the asserted privileges. ECF No. 99. Plaintiffs intend to submit a response later today.

On May 15, Plaintiffs served Defendants with Requests for Production and Interrogatories. Pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure, the Government's responses and objections to these discovery requests are due on June 15.  On May 26, the Parties met and conferred regarding the scope of the requests.  Defendants took the position that the following requests are outside of the scope of permissible discovery in this APA case:  (a) three requests and one definition, to the extent they each seek documents and communications after January 6, 2026; and (b) Plaintiffs' instruction that Defendants search documents within the possession, custody, or control of the Office of Management and Budget. With respect to the remaining requests, Defendants stated during the meet and confer that they would respond or object pursuant to the Federal Rules of Civil Procedure and would not object on the basis that they are outside of the scope of discovery in this case. Defendants reserved the right to assert any other objections and

---

intend to serve their responses and objections by the June 15 deadline. The Parties are scheduled to confer on June 17 regarding Defendants' responses and objections and these two scope issues.

On June 11, the Parties conferred again regarding a potential protective order in this action. While the Parties maintain a difference of opinion as to the applicability of a protective order to this case, as a next step, Defendants will propose modifications to Judge Tarnofsky's model protective order that are consistent with the protective order the Government typically proposes in civil cases in which it is a defendant.

Finally, as ordered by Judge Tarnofsky, going forward the Parties will submit joint status reports on the 1st and 15th of each month (or the following business day), beginning on July 1, 2026, and continuing until all discovery is complete. *See* ECF No. 98.

Sincerely,

Jessica Ranucci
*Attorney for Plaintiff State of New York*

2