UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STATE OF NEW YORK, et. al.,

                Plaintiff,

    -against-

ADMINISTRATION FOR CHILDREN AND
FAMILIES, et. al.

                Defendant.

26-CV-00172 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

I have received for in camera review an unredacted version of the email chain with Bates numbers ACF_000738-741 (the "Email Chain") for which Plaintiffs challenge Defendants' claims of privilege, as well as a version of the Email Chain with revised redactions that Defendants also provided to Plaintiffs. Both versions of the Email Chain reference draft document attachments that Plaintiffs say Defendants have not produced nor withheld on any privilege grounds. (*See* ECF 108.) Plaintiffs assert that these draft document attachments should be produced and that no privilege should shield them. (*See id.*)

Defendants are ORDERED to provide all draft document attachments referenced in the Email Chain to my chambers by email for in camera review by **June 26, 2026**.

DATED:  June 24, 2026
        New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**