UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et. al., <br><br>                Plaintiff, <br><br>    -against- <br><br> ADMINISTRATION FOR CHILDREN AND FAMILIES, et. al. <br><br>                Defendant. | 26-CV-00172 (VSB) (RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      I have received the draft document attachments referenced in the Email Chain at bates numbers ACF_000739 to ACF-000740 that I ordered Defendants to email to my chambers by June 26, 2026 for in camera review. (*See* ECF 109.) Defendants are further ordered to file on the docket by **July 6, 2026** a supplemental letter explaining their basis for withholding these draft document attachments.

DATED:  June 29, 2026
       New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**