

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

July 1, 2026

Honorable Vernon S. Broderick
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Honorable Robyn F. Tarnofsky
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

Re: *New York v. Administration for Children and Families, Case No. 26-cv-00172*

Dear Judge Broderick and Judge Tarnofsky,

I write on behalf of all Parties to provide a joint status report as directed by the Court.

Since the Parties' last status report, ECF No. 100, the Parties have continued to engage in discovery. Specifically, on June 15, the Government served responses and objections to Plaintiffs' First Requests for Production and Interrogatories. The Parties conferred regarding these responses and objections on June 17. Plaintiffs provided follow-up written correspondence to Defendants on June 22, and Defendants provided a written response on June 29. The Parties conferred again earlier today.

Plaintiffs' position is that following the Parties' conferrals and exchange of letters, many of the discovery issues have been crystalized and that Plaintiffs will be in a position to raise certain discovery disputes with the Court shortly. Defendants' position is that it is premature to raise these disputes to the Court at this point in the discovery process.

Further, since the Parties' last status report, the Parties have provided additional submissions to Judge Tarnofsky relating to certain privilege issues before the Court. *See* ECF Nos. 102-105, 108-110.

Finally, on June 29, Defendants provided Plaintiffs with a draft protective order, and Plaintiffs expect to provide a responsive draft  this week.

Sincerely,

Jessica Ranucci
*Attorney for Plaintiff State of New York*