

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 9, 2026

**<u>Via ECF</u>**
Honorable Robyn F. Tarnofsky
United States Magistrate Judge
500 Pearl Street
New York, New York 10007

  **Re:** *State of New York et al v. Administration for Children and Families et al*, 26 Civ. 172 (VSB)

Dear Judge Tarnofsky:

  This Office represents Defendants in the above-referenced action. We write respectfully to respond to the Court's Order dated July 7, 2026, scheduling a discovery conference for July 10, 2026 at 3:00 p.m. ECF No. 113. On July 8, 2026, Defendants sent a letter to Plaintiff states rescinding the January 5 and January 6, 2026 letters setting forth the agency action challenged by Plaintiffs in this lawsuit.  The Letters also notified Plaintiffs that any future actions by the agency with respect to the programs at issue would be in compliance with the preliminary injunction issued by the Court in this case.  In light of this development, Defendants' position is that this lawsuit is now moot, as Plaintiffs have received the relief they could obtain through their claims.  Defendants have asked Plaintiffs to engage in discussions to resolve this matter without further litigation.  If those discussions are not successful, Defendants will promptly move to dismiss this action on mootness grounds and to stay further discovery while the motion is pending. Accordingly, Defendants respectfully request that the Court adjourn the conference *sine die* and hold the pending motion to compel in abeyance, while the parties attempt to reach a settlement, or during the pendency of Defendants' anticipated motion to dismiss.  Plaintiffs do not consent to this request, as they take the position the case is not moot.

  Defendants apologize for the lateness of their request.  We thank the Court for its attention to this matter.

       Respectfully submitted,

       JAY CLAYTON
       United States Attorney
       Southern District of New York
       *Attorney for Defendants*

By:      */s/ Kamika S. Shaw*

KAMIKA S. SHAW
MALLIKA BALACHANDRAN
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: 212-637-2768/2781
Email:kamika.shaw@usdoj.gov
      mallika.balachandran@usdoj.gov

cc: All counsel of record (via ECF)