

**Office of the New York State**
**Attorney General**

**Letitia James**
**Attorney General**

July 9, 2026

Honorable Robyn F. Tarnofsky
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

Re: *New York v. Administration for Children and Families, Case No. 26-cv-00172*

Dear Judge Tarnofsky,

I write on behalf of Plaintiffs to oppose Defendants' motion to adjourn tomorrow's discovery conference. There is no pending motion before the Court regarding mootness. While Plaintiffs will consider any settlement offer made by Defendants in good faith, no settlement negotiations have begun in this action and none are scheduled. There is therefore no reason to adjourn tomorrow's conference.

Yesterday afternoon, ACF sent each Plaintiff State's benefits agency a letter substantially similar to the attached. But this letter does not moot this case nor does it create any reason for delay. Among other things, Judge Broderick's relief appears to be broader than what is contained in Defendants' letters, as it enjoined "ACF's funding policy at issue." Moreover, a defendant's voluntary cessation of the challenged conduct does not render a case moot unless it is "absolutely clear that the allegedly wrongful behavior could not reasonably be expected to recur," *Trinity Lutheran Church of Columbia, Inc. v. Comer*, 582 U.S. 449, 457 n.1 (2017), and Defendants' letters claim that ACF will "continue" to administer its programs in accordance with statutes and regulations, including the very same statutes and regulations ACF has argued provided legal justification for the Freeze. *See, e.g.*, ECF No. 53 at 11. In fact, Defendants have made no clear commitment to cease the same or similar action in the future.

Sincerely,

Jessica Ranucci
*Attorney for Plaintiff State of New York*