

**ADMINISTRATION FOR**
**CHILDREN & FAMILIES**
Office of the Assistant Secretary | 330 C Street, S.W., Suite 4034
Washington, DC 20201 | www.acf.gov

July 8, 2026

Dear Program Director,

The U.S. Department of Health and Human Services (HHS), through the Administration for Children and Families (ACF), is committed to working in partnership with states to ensure the effective administration of federal human services programs. As part of that commitment, HHS and ACF have long partnered with states to strengthen program integrity, promote responsible stewardship of federal funds, and support the effective administration of federally funded programs in accordance with applicable statutory and regulatory requirements.

ACF is writing to notify you that it hereby rescinds its January 5, 2026, and January 6, 2026, letters to the state of New York, including all data requests and information requirements associated with those letters. The mechanism that HHS used to enforce the temporary restricted drawdowns, as laid out in the January 5 and 6 letters, Defend the Spend, has been terminated.

Accordingly, New York is no longer subject to the temporary restricted drawdown requirements communicated in the January 5 and January 6, 2026 letters. ACF is not freezing or otherwise restricting New York's access or draw down any funds under the Child Care and Development Fund (CCDF), Temporary Assistance for Needy Families (TANF), or Social Services Block Grant (SSBG) programs. Further, ACF hereby withdraws all data and information requests set forth in the January 5 and January 6 letters.

Please note that nothing in this letter in any way affects New York's obligations to comply with all applicable statutory, regulatory, award, and programmatic requirements governing the CCDF, TANF, and SSBG programs. ACF will continue to administer these programs and exercise its monitoring, oversight, and enforcement authorities in accordance with applicable statutes and regulations including procedures specified in 42 U.S.C. § 9858g and 45 C.F.R. part 98 with respect to the CCDF program, in 42 U.S.C. §§ 609, 610, and 617 and 45 C.F.R. parts 262 and 263 with respect to the TANF program, or in 42 U.S.C. § 1397e and 45 C.F.R. part 96 with respect to the SSBG program.

For the avoidance of doubt, this letter rescinds the alleged funding decisions at issue in *New York v. ACF, et al.*, 26 Civ. 172 (SDNY).  To the extent that ACF takes any monitoring, oversight, or enforcement action in the future with respect to New York, any such action will comply with the Preliminary Injunction Order entered by the Court in that litigation. ECF No. 71.

Sincerely,

Wendy Horman
Director, Office of Child Care
Administration for Children and Families
U.S. Department of Health and Human Services

David Swegle
Director, Office of Family Assistance
Administration for Children and Families
U.S. Department of Health and Human Services

Corine Frank
Acting Director, Office of Community Services
Administration for Children and Families
U.S. Department of Health and Human Services