UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et. al., | |
| Plaintiff, | 26-CV-00172 (VSB) (RFT) |
| -against- | **ORDER** |
| ADMINISTRATION FOR CHILDREN AND FAMILIES, et. al. | |
| Defendant. | |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the discovery conference held on July 10, 2026:

1.  The application to adjourn the conference (ECF 114) was denied.

2.  The parties shall meet and confer on a briefing schedule on Defendants' anticipated motion to dismiss on the ground that this case is now moot.

3.  In view of Plaintiffs' disagreement that this case is now moot, I decline to grant a stay of discovery at this time. Defendants may make a letter-motion for a stay after filing a motion to dismiss.

4.  The motion for discovery (ECF 91) is GRANTED, in that Defendants are directed to produce the emails at issue in unredacted form. As I explained at the conference, the remaining redactions do not have sufficient substantive content to be appropriately withheld on the basis of any privilege. However, I decline at this time to order Defendants to produce the memoranda attached to the emails, based on the representation that those memoranda are not part of the administrative record. It is my understanding that the parties have agreed on production of certain documents outside the administrative record. To the extent that the memoranda fall within the scope of

that production but are withheld on the ground of privilege, Plaintiffs may move to

compel by letter-motion.

The Clerk of Court is respectfully requested to terminate ECF 91 and 114.


DATED:  July 10, 2026                                SO ORDERED.
           New York, NY

                                                    _____
                                                    **ROBYN F. TARNOFSKY**
                                                    **United States Magistrate Judge**