**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| STATE OF NEW YORK; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF ILLINOIS; and STATE OF MINNESOTA,<br><br>     Plaintiffs,<br><br>v.<br><br>ADMINISTRATION FOR CHILDREN AND FAMILIES; ALEX J. ADAMS, in his official capacity as the ASSISTANT SECRETARY OF THE ADMINISTRATION FOR CHILDREN AND FAMILIES; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; and ROBERT F. KENNEDY, JR., in his official capacity as the SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES;<br><br>     Defendants. | 26 Civ. 172 (VSB)<br><br>**[PROPOSED] ORDER** |

VERNON S. BRODERICK, United States District Judge:

For the reasons stated in the Court's Opinion and Order dated March 10, 2026 (ECF No. 80), it is hereby ordered that Defendants are:

1. Permanently enjoined from implementing ACF's funding policy at issue in this action, which restricted or cut off federal funding for the Child Care Development Fund, Temporary Assistance to Needy Families, and Social Services Block Grants programs to Plaintiff States, including the entirety of the letters sent to Plaintiffs on January 5, 2026 and January 6, 2026;

2. Permanently enjoined from implementing any restrictions, outside of permitted statutory authority, on Plaintiffs' ability to draw down funds under the Child Care Development Fund, Temporary Assistance to Needy Families, and Social Services Block Grants programs; and they are further enjoined and stayed from reimposing such restrictions.

Defendants shall provide notice of this Order to all Defendants, their employees, and anyone acting in concert with them.

SO ORDERED.

Dated: July __, 2026

     New York, New York

                                             _____

Vernon S. Broderick

United States District Judge