UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                  :

State of New York, et al.,               :

                                              :

                       Plaintiffs,   :                        26-cv-172 (VSB)

                             -against-       :

                                              :                     **ORDER**

Administration for Children and Families, et  :
al.,                                         :

                       Defendants.  :

                                              :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

On July 13, 2026, Defendants filed a letter motion requesting that I enter a proposed permanent injunction order resolving the matter or schedule a conference regarding the same, because the Administration for Children and Families ("ACF") rescinded the letters "implementing the agency action that forms the basis of Plaintiffs' lawsuit." (Doc. 119 at 1.) Defendants argue that because of this, "Plaintiffs' lawsuit is now moot." (*Id.*) In response, Plaintiffs contend that Defendants "dropp[ed] a motion for a permanent injunction on just hours' notice, without any good faith effort to resolve the concerns raised by Plaintiffs when they first learned of this effort earlier [that day]." (Doc. 120 at 2.) Moreover, Plaintiffs argue that any permanent injunction must include the Office of Management and Budget in addition to Defendants and "any permanent injunction must include factual specificity regarding actions that Defendants may not take in the future." (*Id.* at 1–2.) In light of this, Plaintiffs request that I order the parties to confer regarding this motion and allow them to file a response to Defendants' motion. (*Id.* at 1.)

Accordingly, I hereby ORDER the parties to confer regarding the proposed permanent injunction and issue of mootness by July 24, 2026. Subsequently, Plaintiff shall file a letter response regarding their views on these issues no later than August 7, 2026.

SO ORDERED.

Dated:    July 14, 2026
          New York, New York

Vernon S. Broderick
United States District Judge

2