**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| STATE OF NEW YORK, et al.<br><br>       Plaintiffs,<br><br>v.<br><br>ADMINISTRATION FOR CHILDREN<br>AND FAMILIES, et al.<br><br>       Defendants. | Case No. 26-cv-00172 |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned hereby appears in this action on behalf of Plaintiff State of New York. Please serve all papers and direct all further correspondence and/or electronic notices to the undersigned.

Dated: New York, New York
     July 14, 2026

LETITIA JAMES
Attorney General
State of New York

By: */s/ Victoria Ochoa*
Victoria Ochoa
Assistant Attorney General
28 Liberty Street
New York, NY 10005
(212) 416-8724
Victoria.Ochoa@ag.ny.gov

*Attorney for Plaintiff State of New York*