# EXHIBIT 2

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| STATE OF NEW YORK; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF ILLINOIS; and STATE OF MINNESOTA,<br><br>    Plaintiffs,<br>v.<br><br>ADMINISTRATION FOR CHILDREN AND FAMILIES; ALEX J. ADAMS, in his official capacity as the ASSISTANT SECRETARY OF THE ADMINISTRATION FOR CHILDREN AND FAMILIES; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; and ROBERT F. KENNEDY, JR., in his official capacity as the SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES;<br><br>    Defendants. | Case No. 26-cv-00172 |

## PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANTS

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and Rules 26.3 and 33.3 of the Local Rules of the United States District Court for the Southern District of New York, Plaintiffs request that Defendants answer the following interrogatories under oath, separately and fully in writing, within thirty (30) days of service hereof, or such shorter time as the Court orders or the parties stipulate.

## DEFINITIONS

1. The term "ACF Funding Freeze" means any decision made between December 26, 2025 and January 6, 2026, to alter the normal course of TANF, CCDF, or SSBG payments to any Plaintiff State, including, but not limited to, any decision to implement any "temporary restricted drawdown"; any decision to implement any "enhanced defend the spend" procedures; and any

1

decision to restrict or "fr[ee]ze access to" any of these funds.

2.    The term "ACF Funding Freeze Payment Instruction" means any instruction, direction or guidance sent or received by any person regarding the processing of any Plaintiff State's TANF, CCDF, or SSBG payment between December 26, 2025, and January 20, 2026.

3.    The term "CCDF" means Child Care and Development Fund, *see* 42 U.S.C. § 9857 *et seq.*

4.    The term "Data Demands" means the requests included within the January 5 and 6 Letters for Plaintiff States to produce certain data or information concerning their administration of TANF, CCDF and SSBG programs.

5.    The term "January 5 and 6 Letters" means the letters sent to the Governors of Plaintiff States by Defendants Alex J. Adams on January 5 and 6, 2026 (ACF000001-000032).

6.    The term "SSBG" means the Social Services Block Grant, *see* 42 U.S.C. § 1397 *et seq.*

7.    The term "TANF" means Temporary Assistance for Needy Families, *see* 42 U.S.C. §§ 601-619.

## INSTRUCTIONS

1.    Unless otherwise indicated, the relevant time period for purposes of these Interrogatories is from December 26, 2025, to January 9, 2026.

2.    Any request for the identification of an individual should be construed to include Defendants and persons acting on their behalf or in concert with them, including, at a minimum individuals in: The White House; Office of Management and Budget; Office of Education, Income Maintenance, and Labor (EIML) within the Office of Management and Budget; Office of the HHS Secretary; Immediate Office of the Assistant Secretary (IOAS); Office of the Assistant Secretary

2

for Financial Resources (ASFR); Office of the Deputy Assistant Secretary for Management; Office

of the Assistant Secretary for Administration; and The Program Support Center (PSC).

3.      Each interrogatory operates and shall be responded to independently, and unless

otherwise indicated, no interrogatory limits the scope of any other interrogatory.

4.      If an objection is made to any part of an interrogatory, the response shall state that

there is an objection to the interrogatory and the legal and factual basis for such objection. No

part of an interrogatory shall be left unanswered merely because an objection is made to another

part of the interrogatory.

5.      If any interrogatory demands an answer that the Defendants claim may be withheld

due to privilege, work product or any other privilege or immunity from disclosure, Defendants

shall answer any portion of the interrogatory that is not subject to such a claim, and shall indicate

with specificity and particularity the basis of said withholding, including:

(a)     the identity of the person(s) having knowledge of the information;
(b)     the identity of all persons to whom the information was communicated or otherwise made available;
(c)     the job title or position of every person identified in response to subparagraphs (a) and (b);
(d)     the date(s) on which the information was received or became known by each person having knowledge of its existence;
(e)     a brief description of the nature and subject matter of the information; and
(f)     the statute, rule or decision that is claimed to give rise to the privilege.

6.      If the response to any interrogatory consists in whole or in part of an objection

based upon undue burden, then with respect to such response:

(a)     provide such information as can be ascertained without undue burden; and
(b)     state with particularity the basis for such objection, including a description of the process or method required to obtain the response to the interrogatory and the estimated cost and time required to obtain the response to the interrogatory.

7.      If the Defendants cannot answer any interrogatory in full after exercising due

3

diligence to secure the information to do so, please so state and answer the interrogatory to the extent possible, explaining any inability to answer the remainder of any such interrogatory and stating all information or knowledge presently available to Defendants concerning the unanswered portion of said interrogatory.

8.    The interrogatories are continuing in nature.  In accordance with Rule 26(e) of the Federal Rules of Civil Procedure, Defendants are required promptly to serve supplementary responses and produce additional documents if the Defendants obtain further or different information.

## INTERROGATORIES

### Interrogatory No. 1

Identify all individuals who were involved in making the decision to implement the **ACF Funding Freeze** or witnessed any portion of this decision.

### Interrogatory No. 2

Identify all individuals who were involved in the process of drafting, reviewing, revising, sending, or receiving any **ACF Funding Freeze Payment Instruction** or witnessed any portion of this process.

### Interrogatory No. 3

Identify all individuals who were involved in the process of drafting, reviewing, revising, or sending any of the **January 5 and 6 Letters** or witnessed any portion of this process.

### Interrogatory No. 4

Identify all individuals who were involved in the process of drafting, reviewing, revising, or

4

sending any of the **Data Demands** or witnessed any portion of this process.

**Interrogatory No. 5**

Identify the custodian, location, and general description of all documents and communications relating to the **ACF Funding Freeze**, the **ACF Funding Freeze Payment Instructions**, the **January 5 and 6 Letters**, and the **Data Demands**.

Dated: May 15, 2026

**LETITIA JAMES**
Attorney General for the State of New York

By: /s/ *Jessica Ranucci*
Rabia Muqaddam
*Chief Counsel for Federal Initiatives*
Jessica Ranucci
Molly Thomas-Jensen
*Special Counsel*
28 Liberty St.
New York, NY 10005
(212) 416-8333
rabia.muqaddam@ag.ny.gov
jessica.ranucci@ag.ny.gov
molly.thomas-jensen@ag.ny.gov

*Attorneys for the State of New York*

**ROB BONTA**
Attorney General for the State of California

By: /s/ *Daniel C. Sheehan*
Daniel C. Sheehan*
*Deputy Attorney General*
Paul Stein*
Christine Chuang
Nicholas R. Green*
*Supervising Deputy Attorneys General*

**PHILIP J. WEISER**
Attorney General for the State of Colorado

By: /s/ *David Moskowitz*
David Moskowitz*
*Deputy Solicitor General*
Nora Passamaneck
*Senior Assistant Attorney General*
Colorado Department of Law
1300 Broadway, #10

5

Jesse Basbaum*
Alexis Piazza*
Harald Kirn*
*Deputy Attorneys General*
California Department of Justice
300 South Spring Street, Los Angeles, CA 90013
(213) 269-6078
Daniel.Sheehan@doj.ca.gov

*Attorneys for the State of California*


**KWAME RAOUL**
Attorney General of Illinois


By: */s/ Vikas Didwania*
Vikas Didwania*
*Complex Litigation Counsel*
Sherief Gaber*
Michael Tresnowski*
*Assistant Attorneys General*
Office of the Illinois Attorney General
115 South LaSalle Street
31st Floor
Chicago, Illinois 60603
(312) 814-3000
Vikas.Didwania@ilag.gov
Sherief.Gaber@ilag.gov
Michael.Tresnowski@ilag.gov

*Attorneys for the State of Illinois*

Denver, CO 80203
(720) 508-6000
david.moskowitz@coag.gov

*Attorneys for the State of Colorado*


**KEITH ELLISON**
Attorney General of the State of Minnesota
By: */s/ Lindsey E. Middlecamp*
Lindsey E. Middlecamp*
*Special Counsel, Rule of Law*
445 Minnesota Street, Suite 600
St. Paul, Minnesota, 55101
(651) 300-0711
Lindsey.middlecamp@ag.state.mn.us

*Attorneys for the State of Minnesota*