**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| STATE OF NEW YORK, *et al*.,<br><br>       Plaintiffs,<br><br>       v.<br><br>ADMINISTRATION FOR CHILDREN AND FAMILIES, *et al*.,<br><br>       Defendants. |

Case No. 26 Civ. 172 (VSB)(RFT)

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law,

Defendants, by their attorney, Jay Clayton, United States Attorney for the Southern District of

New York, hereby move this Court for an Order pursuant to Federal Rule of Civil Procedure

12(b)(1) and 12(b)(6), dismissing the Plaintiffs' claims in this action in their entirety, and

granting such other and further relief as the Court may deem just and proper.

Dated: July 27, 2026
     New York, New York

                         JAY CLAYTON
                         United States Attorney for the
                         Southern District of New York

By:   */s/ Kamika S. Shaw*
         KAMIKA S. SHAW
         MALLIKA BALACHANDRAN
         86 Chambers St., 3rd Floor
         New York, New York 10007
         Tel.: (212) 637-2768/2781
         Email: kamika.shaw@usdoj.gov
                mallika.balachandran@usdoj.gov