UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et. al., <br><br>                    Plaintiff, <br><br>        -against- <br><br> ADMINISTRATION FOR CHILDREN AND FAMILIES, et. al. <br><br>                    Defendant. | |

26-CV-00172 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the conference held on July 28, 2026:

1.      Plaintiffs shall file their opposition to the motion to stay discovery (ECF 130) by **August 4, 2026**.

2.      Plaintiff shall file their opposition to the motion to dismiss (ECF 128) by **August 25, 2026.**

3.      The parties were ordered to meet and confer on the proposed permanent injunction (ECF 119-1) and the issue of mootness by July 24, 2026, and Plaintiffs were ordered to file a letter response by August 7, 2026. (*See* ECF 122.) The parties reported that they have been unable to reach agreement on the proposed permanent injunction. Plaintiffs stated that it would be more efficient for them to respond to the motion to dismiss (ECF 128) and the proposed permanent injunction (ECF 119-1) in one filing. Accordingly, Plaintiffs' time to provide the Court with its written position on the proposed permanent injunction and mootness is extended until **August 25, 2026,** and shall be included in Plaintiffs' brief opposing the motion to dismiss.

4.      Defendants' reply in further support of the motion to dismiss and the

preliminary injunction (ECF 130, 119-1) shall be due by **September 15, 2025.**

DATED:  July 28, 2026                          SO ORDERED.
             New York, NY

_____
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**