UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STATE OF NEW YORK, et. al.,

Plaintiff,

-against-

ADMINISTRATION FOR CHILDREN AND FAMILIES, et. al.

Defendant.

26-CV-00172 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the conference held on August 26, 2026, by **September 9, 2026,** the parties shall file a proposed case management order and proposed confidentiality agreement, and, if necessary, Plaintiffs shall file a motion to compel. If Plaintiffs files a motion to compel, Defendants' opposition shall be filed by **September 14, 2026**.

A conference will be held on **September 15, 2026 at 10:30 AM** by video conference, at which the parties should be prepared to discuss Plaintiffs' motion to compel. Counsel are requested to appear on camera for the conference. The Courtroom Deputy will send counsel the video link by email. The public may observe by calling (646) 453-4442 and entering access code: 831 210 822#. If Plaintiffs do not file a motion to compel or if I rule on the papers, the conference will be cancelled.

DATED: August 27, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**