**Office of the New York State Attorney General**

**Letitia James**
**Attorney General**

September 1, 2026

Honorable Vernon S. Broderick
Honorable Robyn Tarnofsky
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *New York v. Administration for Children and Families, Case No. 26-cv-00172*

Dear Judge Broderick and Judge Tarnofsky,

I write on behalf of all Parties to provide a joint status report pursuant to the Court's June 9, 2026 Order. ECF No. 98.

The Parties have provided the latest case updates in the August 26 conference before Judge Tarnofsky. *See* ECF 139. The Parties thus believe that the Court has the latest information on the status of the case. Should the Court require any additional information, the Parties are at the Court's service.

We appreciate the Court's attention to this matter.

Sincerely,

*/s/Rabia Muqaddam*
Rabia Muqaddam
*Attorney for Plaintiff State of New York*

The Capitol, Albany NY 12224 / 1-800-771-7755 / Fax 518-650-9401 / ag.ny.gov