UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STATE OF NEW YORK, et. al.,

Plaintiff,

-against-

ADMINISTRATION FOR CHILDREN AND FAMILIES, et. al.

Defendant.

26-CV-00172 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The conference scheduled for September 15, 2026 at 10:30 AM Eastern shall proceed as scheduled. The public may observe by calling (646) 453-4442 and entering access code: 831 210 822#.

The Clerk of Court is requested to strike ECF 146.

DATED: September 11, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**