**Office of the New York State Attorney General**

**Letitia James**
**Attorney General**

September 15, 2026

Honorable Vernon S. Broderick
Honorable Robyn Tarnofsky
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *New York v. Administration for Children and Families,* Case No. 26-cv-00172

Dear Judge Broderick and Judge Tarnofsky,

I write on behalf of all Parties to provide a joint status report pursuant to the Court's June 9, 2026 Order. ECF No. 98.

The Parties believe they have provided the latest case updates at the conference earlier today, September 15, before Judge Tarnofsky. *See* ECF 147. At the conclusion of that conference, the Parties agreed to provide the Court with a proposed order on Tuesday, September 22 (or separate orders if an agreement cannot be reached) regarding discovery to be produced in response to Plaintiffs' motion to compel discovery. The Parties thus believe that the Court has the latest information on the status of the case. Should the Court require any additional information, the Parties are at the Court's service.

We appreciate the Court's attention to this matter.

Sincerely,

*/s/Rabia Muqaddam*
Rabia Muqaddam
*Attorney for Plaintiff State of New York*