**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 16, 2026

**Via ECF**
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:** ***State of New York et al v. Administration for Children and Families et al*, 26 Civ. 172 (VSB)**

Dear Judge Broderick:

This Office represents Defendants in the above-referenced action brought by the five Plaintiff States under the Administrative Procedure Act ("APA"). We write respectfully to respond to Plaintiffs' opposition to Defendants letter motion requesting a conference and requesting a week to respond. ECF No. 151. The Court should deny Plaintiffs' request to submit a third round of briefing on virtually the same proposed Order and further delay the Court from considering this issue.

Defendants' proposed permanent injunction attached to the September 14, 2026 Letter includes the same language Defendants proposed in its initial request for a conference on July 13, 2026. ECF No. 119. As indicated in Defendants' September 14 letter motion, the only change to the proposed permanent injunction is that it would also apply to newly-added defendants the Office of Budget and Management and its Director, Russell Vought, as Plaintiffs have argued any injunction would need to apply to these defendants to provide complete relief.

Plaintiffs have already responded to the proposed permanent injunction on two occasions. First, Plaintiffs laid out their objections to the proposed permanent injunction in their August 3, 2026 opposition to Defendant's motion to stay discovery. ECF No. 132. In that filing, the parties submitted a proposed permanent injunction order of their own. ECF No. 132-1. The Plaintiffs had a second opportunity to articulate their objections to Defendants' proposed permanent injunction on August 25, 2026, and did so when they submitted their opposition to Defendants' motion to dismiss.[1] ECF No. 138 at 23. Plaintiffs now should not need yet a third opportunity to respond to the same proposed permanent injunction, or require a full week to do so. The parties have now met and conferred on multiple occasions, and Defendants have, in an attempt to have substantive discussions about a consensual agreement to resolve this case, provided proposed revisions om two occasions. Plaintiffs have provided none, other than the version submitted to the Court on August 3. In light of the foregoing, and Plaintiffs' concurrent speedy efforts to obtain discovery

[1] The Court initially ordered the parties to meet and confer regarding the proposed permanent injunction and for Plaintiffs to submit their response by August 7, 2026. ECF No. 122. Plaintiffs received additional time to consider and articulate their views when this deadline was consolidated with briefing on Defendants' motion to dismiss. ECF No. 131.

before this Court can address the proposed permanent injunction resolving this otherwise moot litigation, Defendants believe a conference is appropriate without further delay.

We thank the Court for considering this submission.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney
Southern District of New York
*Attorney for Defendants*

By: /s/ *Mallika Balachandran*
KAMIKA S. SHAW
MALLIKA BALACHANDRAN
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: 212-637-2768/2781
Email:Kamika.shaw@usdoj.gov
mallika.balachandran@usdoj.gov

cc: All counsel of record (via ECF)