UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| State of New York, et al., Plaintiffs, -against- Administration for Children and Families, et al., Defendants. | 26-cv-172 (VSB) **ORDER** |

VERNON S. BRODERICK, United States District Judge:

On September 14, 2026, Defendants filed a letter motion requesting that I enter their updated proposed permanent injunction order resolving the matter or schedule a conference regarding the same. (Doc. 149.) In their letter, Defendants state that "[t]he proposed order also covers the new defendants named in the Amended Complaint, resolving the principal objection Plaintiffs [previously] raised to its entry." (*Id.* at 1.) In response, Plaintiffs argue that "Defendants' motion insists that the Court essentially force a settlement and render this case moot—all while their similar motion to dismiss on mootness grounds and earlier motion for a permanent injunction remain pending." (Doc. 151 at 1.) "In the event the Court wishes to entertain this improper filing, Plaintiffs request a reasonable opportunity to fully respond by September 21." (*Id.*) I am also in receipt of Defendants' response letter filed on September 16, 2026. (Doc. 154.)

Because the parties are proceeding with discovery, (*see* Doc. 155 (partially granting Plaintiffs' motion to compel discovery)), and both the contents of Defendants' proposed permanent injunction and the posture of the case have changed since the parties each filed their

previous proposed permanent injunction orders, I hereby ORDER Plaintiff to file a response regarding their views on these issues no later than September 23, 2026.

SO ORDERED.

Dated: September 17, 2026
New York, New York

Vernon S. Broderick
United States District Judge