**OFFICE OF THE ATTORNEY GENERAL**
STATE OF ILLINOIS

**KWAME RAOUL**
ATTORNEY GENERAL

September 21, 2026

Magistrate Judge Robyn Tarnofsky
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *New York v. Administration for Children and Families, Case No. 26-cv-00172*

Dear Judge Tarnofsky,

Filed with this letter is the exhibit, labeled Exhibit MTC Hearing 1, that Plaintiffs presented at the September 15, 2026 hearing on Plaintiffs' Motion to Compel.

Respectfully,

KWAME RAOUL
Attorney General of the State of Illinois

By: s/ Sherief Gaber
Assistant Attorney General
Special Litigation Bureau
115 South Lasalle St.
Chicago, Illinois 60603
Phone: (773) 519 - 3015
Email: Sherief.Gaber@ilag.gov