EXHIBIT
tabbies
MTC Hearing
1

**From:** [Inman, Cody (ACF)](#)
**To:** [Polich, Jeffrey (HHS/OGC)](#)
**Subject:** FW: Update on Child Care and SSBG
**Date:** Wednesday, April 15, 2026 6:34:50 PM
**Attachments:** [image001.png](#)

---

**Cody Inman**
**Principal Deputy Assistant Secretary**
**Commissioner, Administration for Children, Youth & Families - Delegated**
Office of the Assistant Secretary
Administration for Children and Families
[redacted]
Help us achieve **A Home for Every Child.**
Learn more about fostering [here](#).

---

**From:** Adams, Alex (ACF) [redacted]
**Sent:** Wednesday, April 15, 2026 2:55 PM
**To:** Inman, Cody (ACF) [redacted]
**Subject:** FW: Update on Child Care and SSBG

**Alex J. Adams**

**Assistant Secretary**
Immediate Office of the Assistant Secretary
Administration for Children and Families
[redacted]

Help us achieve **A Home for Every Child.**
Learn more about fostering [here](#).

---

**From:** DeCesaro, Anne M. EOP/OMB <[redacted]>
**Sent:** Monday, January 5, 2026 2:06 PM
**To:** Adams, Alex (ACF) <[redacted]>; Paoletta, Mark R. EOP/OMB <[redacted]>; Duncan, Hal P. EOP/OMB <[redacted]>; Cauley, Rachel K. EOP/OMB <[redacted]>; Decker, Paige (HHS/ASL) <[redacted]>
**Cc:** Stumpf, Kaitlin J. EOP/OMB <[redacted]; Mimnaugh, Emily (HHS/OGC) [redacted]; Verno, Martha (ACF) [redacted]; Boyens, Chantel M. EOP/OMB [redacted] melissa_benton_bomberger (eop.gov) <[redacted]; Griffin, Robin J. EOP/OMB [redacted]; mariarosaria_sciannameo (eop.gov) [redacted]; Cooper, LaTiesha B. EOP/OMB [redacted]; Kuncaitis-Wall, Sara E. EOP/OMB [redacted]
**Subject:** RE: Update on Child Care and SSBG

California's Department of Education is responsible for child care and contractors. They publish the [number of counties that indicate various fraud indicators](#), such as a child has perfect attendance or claims exceeding need. Further, the [San Francisco District Attorney](#) brought a child care and Section 8 housing fraud case in March 2025 where a state employee and individual were receiving $30,000 per month in childcare subsidies from a nonprofit contractor stewarding public dollars to childcare and early education services for alleged child care they were providing. California is also considered a "sanctuary state" for non-citizens.

Illinois has had their system under investigation by the US Attorney. In 2024, [a child care business owner in Chicago](#) was sentenced to four years for defrauding Illinois of $3.3 million in subsidies. In 2023. [DCFS daycare manager charged with stealing](#)

millions from child care. There are also reports from the OIG going back to 2020. Illinois is also considered a "sanctuary state" for non-citizens.

New York had five defendants indicted in the Southern District of New York, with the help of HHS OIG and the FBI in 2023. New York is also considered a "sanctuary state" for non-citizens.

Update: We will be including Colorado for child care.

Letters are still under review, but moving quickly.

Anne DeCesaro
OMB EIML PAD
Cell: [redacted]

---

**From:** Adams, Alex (ACF) [redacted]
**Sent:** Monday, January 5, 2026 1:01 PM
**To:** DeCesaro, Anne M. EOP/OMB [redacted]; Paoletta, Mark R. EOP/OMB <[redacted]>; Duncan, Hal P. EOP/OMB [redacted]>; Cauley, Rachel K. EOP/OMB [redacted]; Decker, Paige (HHS/ASL) [redacted]
**Cc:** Stumpf, Kaitlin J. EOP/OMB [redacted]; Mimnaugh, Emily (HHS/OGC) [redacted]; Verno, Martha (ACF) [redacted]
**Subject:** RE: Update on Child Care and SSBG

Thanks Anne. Copying in Paige as well for Hill notice

**Alex J. Adams**

**Assistant Secretary**
Immediate Office of the Assistant Secretary
Administration for Children and Families
[redacted]

Help us achieve **A Home for Every Child.**
Learn more about fostering here.

---

**From:** DeCesaro, Anne M. EOP/OMB [redacted]
**Sent:** Monday, January 5, 2026 12:58 PM
**To:** Adams, Alex (ACF) [redacted]; Paoletta, Mark R. EOP/OMB [redacted]; Duncan, Hal P. EOP/OMB [redacted]; Cauley, Rachel K. EOP/OMB [redacted]
**Cc:** Stumpf, Kaitlin J. EOP/OMB [redacted]; Mimnaugh, Emily (HHS/OGC) [redacted]; Verno, Martha (ACF) [redacted]
**Subject:** RE: Update on Child Care and SSBG

We're working through now.

As with Press, HHS should also handle the Hill notification. Martha, can we connect with you on that?

Anne DeCesaro
OMB EIML PAD
Cell: [redacted]

---

**From:** Adams, Alex (ACF) [redacted]
**Sent:** Monday, January 5, 2026 12:15 PM
**To:** DeCesaro, Anne M. EOP/OMB [redacted]
**Cc:** Stumpf, Kaitlin J. EOP/OMB [redacted] Mimnaugh, Emily (HHS/OGC) [redacted]
Verno, Martha (ACF) [redacted]

**Subject:** RE: Update on Child Care and SSBG

Anne – drafts for your review.

They're still going through OGC, but Emily told me she expects minimal changes and that I should send in the interest of time.

These are drafted for Cali, but we'll adapt for the other states.

Let us know if any concerns/edits/feedback. Call if easier!

Alex

**Alex J. Adams**

**Assistant Secretary**
Immediate Office of the Assistant Secretary
Administration for Children and Families
[redacted]

Help us achieve **A Home for Every Child.**
Learn more about fostering here.

---

**From:** DeCesaro, Anne M. EOP/OMB [redacted]
**Sent:** Monday, January 5, 2026 11:25 AM
**To:** Adams, Alex (ACF) [redacted]
**Cc:** Stumpf, Kaitlin J. EOP/OMB [redacted]
**Subject:** RE: Update on Child Care and SSBG

Thank you. I might be in meetings so please include Kaitlin when they come over. I have everyone standing by.

Also, could you please, for our records, send the December MN letters on CC, TANF, and SSBG?

Thank!

Anne DeCesaro
OMB EIML PAD
Cell [redacted]

---

**From:** Adams, Alex (ACF) [redacted]
**Sent:** Monday, January 5, 2026 11:23 AM
**To:** DeCesaro, Anne M. EOP/OMB [redacted]
**Subject:** RE: Update on Child Care and SSBG

I just circulated draft letters for Cali to OGC for their first pass. Hoping to have them to you here shortly for edits/feedback

Alex

**Alex J. Adams**

**Assistant Secretary**
Immediate Office of the Assistant Secretary
Administration for Children and Families

[redacted] **for Every Child.**
Learn more about fostering here.

---

**From:** Adams, Alex (ACF)
**Sent:** Monday, January 5, 2026 9:14 AM
**To:** 'DeCesaro, Anne M. EOP/OMB' [redacted]; Chiarello, Gustav (ASFR) [redacted]; Mimnaugh, Emily (HHS/OGC) [redacted]
**Cc:** Shuy, Caitrin (HHS/ASFR) [redacted]; Stumpf, Kaitlin J. EOP/OMB [redacted]; Cauley, Rachel K. EOP/OMB [redacted]; melissa_benton_bomberger (eop.gov) [redacted]; Boyens, Chantel M. EOP/OMB [redacted]
**Subject:** RE: Update on Child Care and SSBG

Works for me

**Alex J. Adams**

**Assistant Secretary**
Immediate Office of the Assistant Secretary
Administration for Children and Families
[redacted]

Help us achieve **A Home for Every Child.**
Learn more about fostering here.

---

**From:** DeCesaro, Anne M. EOP/OMB [redacted]
**Sent:** Monday, January 5, 2026 9:13 AM
**To:** Chiarello, Gustav (ASFR) [redacted]; Mimnaugh, Emily (HHS/OGC) [redacted]; Adams, Alex (ACF) [redacted]
**Cc:** Shuy, Caitrin (HHS/ASFR) [redacted]; Stumpf, Kaitlin J. EOP/OMB [redacted]; Cauley, Rachel K. EOP/OMB [redacted]; melissa_benton_bomberger (eop.gov) [redacted]; Boyens, Chantel M. EOP/OMB [redacted]
**Subject:** Update on Child Care and SSBG

Can we please talk at 10am? I am including Press from my side.

Please forward to include any necessary individuals.

Thanks,
Anne

Anne DeCesaro
Associate Director
Education, Income Maintenance, and Labor
Office of Management and Budget
Cell: [redacted]