*New York v. Administration for Children and Families*

Case No. 26-cv-00172

**Exhibit A**

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STATE OF NEW YORK; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF ILLINOIS; and STATE OF MINNESOTA,<br>Plaintiffs,<br><br>v.<br><br>ADMINISTRATION FOR CHILDREN AND FAMILIES; ALEX J. ADAMS, in his official capacity as the ASSISTANT SECRETARY OF THE ADMINISTRATION FOR CHILDREN AND FAMILIES; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; and ROBERT F. KENNEDY, JR., in his official capacity as the SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; OFFICE OF MANAGEMENT AND BUDGET; RUSSELL VOUGHT, in his official capacity as the DIRECTOR OF THE OFFICE OF MANAGEMENT AND BUDGET,<br>Defendants. | Case No. 26-cv-00172-VSB-RFT<br><br>**JOINT PROPOSED ORDER REGARDING THE SCOPE OF DISCOVERY** |

WHEREAS, Plaintiffs moved to compel certain discovery in this APA action, ECF No. 143, and Defendants opposed, ECF No. 150;

WHEREAS, On September 16, 2026, the Court granted in part, Plaintiffs' motion to compel and directed the parties to propose an agreeable scope of discovery or if no agreement could be reached, to present their respective proposed scopes, ECF No. 155;

WHEREAS, Defendants maintain that extra-record discovery in this APA case is inappropriate and preserve all objections to the Court's ruling on this issue;

WHEREAS, Plaintiffs maintain that the Administrative Record produced by the HHS Defendants is incomplete and requires supplementation;

WHEREAS, the OMB Defendants have not produced an Administrative Record; and

WHEREAS, pursuant to the Court's decision that some limited discovery is warranted in this case and the Court's order to submit a proposed order specifying the scope of discovery, the parties have proposed the following discovery plan;

WHEREAS, Defendants maintain that although pre-payment documentation requirements were implemented, funds were not frozen.

It is hereby ORDERED that:

1. No later than _______________ days after the entry of this Order, Defendants shall produce all non-privileged documents responsive to the following requests for the production of documents issued by Plaintiffs, which shall be identified by running searches of the electronic records of the following custodians using the search terms proposed by Plaintiffs, set forth below: Alex Adams, Cody Inman, Martha Verno, Jim O'Neill, and Anne DeCesaro. Each request shall be limited to the time period of December 26, 2025 to January 6, 2026.

**SEARCH TERMS**

| |
|---|
| Freeze |
| pay |
| Shirley |
| Video |
| Youtube |
| Somali |
| sanctuary |
| Daycare OR day care |

| |
|---|
| Child care OR childcare |
| Blue states |
| Democratic States |
| Democrat States |
| SSBG |
| CCDF |
| TANF |
| Drawdown |
| President |
| Trump |

2. Defendants shall produce a privilege log no later than ______________ days after the entry of this Order.

3. Each request shall be limited to the time period of December 26, 2025 to January 6, 2026.

**DOCUMENT REQUESTS**

**Document Request No. 1.** The document previously identified in the Parties' May 11, 2026 Status Letter, ECF No. 89, as "one additional document that . . . Defendants would agree to produce . . . pursuant to a discovery request."

**Document Request No. 2.** The draft document attachments referenced in the Email Chain at bates numbers ACF_000739 -000740**.**

**Document Request No. 3.** All documents, electronically stored information, and communications relating to any decision made to freeze, restrict, or condition, and issue data demands for, CCDF, TANF, or SSBG funds to only Plaintiff States as implemented through the January 5 and 6, 2026 letters..

**Document Request No. 4**. All documents, electronically stored information, and communications showing how the YouTube video (which was produced as part of the Administrative Record as ACF000737) was considered, and by whom, in connection to any decision to freeze, restrict, or condition, and issue the data demands for, CCDF, TANF, and SSBG funding as implemented through the January 5 and 6, 2026 letters.

**Document Request No. 5.** All documents, electronically stored information, and communications showing when any decision to freeze, restrict, or condition, and issue the data demands for, CCDF, TANF, and SSBG funding as implemented through the January 5 and 6, 2026 letters was made as to:

- California

- Colorado
- Illinois
- Minnesota
- New York

**Document Request No. 6.** All documents, electronically stored information, and communications showing on what basis any decision to freeze, restrict, or condition, and issue the data demands for, CCDF, TANF, and SSBG funding as implemented through the January 5 and 6, 2026 letters was made as to:

- California
- Colorado
- Illinois
- Minnesota
- New York

**Document Request No. 7.** All documents, electronically stored information, and communications showing the identity of the decisionmaker or decisionmakers for any decision to freeze, restrict, or condition, and issue the data demands for CCDF, TANF, and SSBG funding as implemented through the January 5 and 6, 2026 letters as to:

- California
- Colorado
- Illinois
- Minnesota
- New York

**Document Request No. 8.** All documents, electronically stored information, and communications relied upon by the decisionmakers identified in response to Document Request No. 7.

**Document Request No. 9.** All documents, electronically stored information, and communications showing "what kind of documentation the states would have to submit with their payment requests in order to draw down payments." PI Tr. 9:4-7, 18-19.

SO ORDERED

Dated: September _____, 2026
New York, NY

ROBYN F. TARNOFSKY
United States Magistrate Judge