*New York v. Administration for Children and Families*

Case No. 26-cv-00172

**Exhibit B**

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STATE OF NEW YORK; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF ILLINOIS; and STATE OF MINNESOTA,<br>Plaintiffs,<br><br>v.<br><br>ADMINISTRATION FOR CHILDREN AND FAMILIES; ALEX J. ADAMS, in his official capacity as the ASSISTANT SECRETARY OF THE ADMINISTRATION FOR CHILDREN AND FAMILIES; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; and ROBERT F. KENNEDY, JR., in his official capacity as the SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; OFFICE OF MANAGEMENT AND BUDGET; RUSSELL VOUGHT, in his official capacity as the DIRECTOR OF THE OFFICE OF MANAGEMENT AND BUDGET,<br>Defendants. | Case No. 26-cv-00172-VSB-RFT<br><br>**PLAINTIFFS' PROPOSED ORDER REGARDING DISCOVERY** |

WHEREAS, on September 16, 2026, the Court granted in part Plaintiffs' motion to compel and directed the parties to "submit a joint proposed order covering areas of agreement over the scope of discovery along with separate proposed orders addressing areas of disagreement," ECF No. 155;

WHEREAS, the Parties have conferred and agreed upon certain discovery as proposed in the Parties' Joint Proposed Order;

WHEREAS, the Parties have not agreed on the timing for the agreed-upon discovery as proposed in the Parties' Joint Proposed Order;

WHEREAS, Plaintiffs seek the following additional discovery,

It is hereby ORDERED that:

1. Defendants shall produce all non-privileged documents responsive to the requests in the Parties' Joint Proposed Order, and shall produce a privilege log, no later than 30 days after the entry of this Order.
2. Defendants Office of Management and Budget and Russell Vought shall produce the Administrative Record within 30 days; and
3. Defendant Russell Vought, who was listed in Defendants' Interrogatory Responses as an individual "who held a decision-making role and /or directly participated in HHS' deliberations with respect to HHS' decision to implement prepayment documentation requirements," ECF No. 125-4 at 5-6, shall be added to the list of custodians in the Parties' Joint Proposed Order;
4. In addition to the Requests in the Parties' Joint Proposed Order, Defendants shall produce documents responsive to the following request, and shall produce a privilege log, on the same timeframe, in the same manner, and using the same search terms and custodians, as the requests in the Parties' Joint Proposed Order:

**DOCUMENT REQUEST**

**Document Request No. 10.** All documents, electronically stored information, and communications relating to any decision made on or before December 31, 2025 to freeze, restrict or condition, and issue data demands for, CCDF, TANF, or SSBG funds for any state.

SO ORDERED

Dated: September ____, 2026
New York, NY

ROBYN F. TARNOFSKY
United States Magistrate Judge