**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ADMINISTRATION FOR CHILDREN AND FAMILIES, *et al.*,<br><br>Defendants. | Case No. 26 Civ. 172 (VSB)(RFT) |

PLEASE TAKE NOTICE that, Defendants the Administration for Children and Families ("ACF"), Alex J. Adams, in his official capacity as Assistant Secretary of ACF, the U.S. Department of Health and Human Services ("HHS"), Robert F. Kennedy Jr., in his official capacity as Secretary of HHS, the Office of Management and Budget ("OMB") and Russell Vought, in his official capacity as Director of OMB (collectively, "Defendants" or the "Government") by their attorney, James M. McDonald, United States Attorney for the Southern District of New York, hereby move this Court for an order sustaining their objection to Magistrate Judge Robyn F. Tarnofsky's September 16, 2026 Opinion and Order (Dkt. 155) granting Plaintiffs' motion to compel in part. Defendants' objection is based upon Federal Rule of Civil Procedure 72(a), Local Rule 72.1 of the Southern District of New York, the Memorandum of Law in Support filed concurrently herewith, all papers and pleadings in this case, and any argument presented in connection with the hearing of the motion.

Dated: September 30, 2026

New York, New York

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: */s/ Kamika Shaw*
KAMIKA S. SHAW
MALLIKA BALACHANDRAN
86 Chambers St., 3rd Floor
New York, New York 10007
Tel.: (212) 637-2768/2781
Email: kamika.shaw@usdoj.gov
mallika.balachandran@usdoj.gov