**Office of the New York State Attorney General**

**Letitia James**
**Attorney General**

October 1, 2026

Honorable Vernon S. Broderick
Honorable Robyn Tarnofsky
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *New York v. Administration for Children and Families,* Case No. 26-cv-00172

Dear Judge Broderick and Judge Tarnofsky,

I write on behalf of all Parties to provide a joint status report pursuant to the Court's June 9, 2026 Order. ECF No. 98.

Following the conference held on September 15 and the submission of joint and separate proposed discovery orders, *see* ECF Nos. 160, 161, Judge Tarnofsky entered an order deciding the scope of discovery on September 23, and directing Defendants to produce non-privileged responsive documents no later than November 23. ECF No. 163.

On September 30, 2026, Defendants filed an objection to Judge Tarnofsky's order dated September 16, 2026, ECF No. 155, granting in part Plaintiffs' motion to compel. ECF Nos. 165, 166. With respect to Judge Tarnofsky's order regarding the scope of discovery dated September 23, ECF No. 163, Defendants expect to file a motion for reconsideration or objection within the time allowed under Federal Rule of Civil Procedure 72(a) and Local Rule 72.1(b)(1).

Should the Court require any additional information, the Parties are at the Court's service.

We appreciate the Court's attention to this matter.

Sincerely,

Molly Thomas-Jensen
*Attorney for Plaintiff State of New York*