**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 10/2/2026

Both Defendants' memorandum of law in support of their objection and Plaintiffs' response brief are permitted to be up to 5,409 words.

October 1, 2026

**BY ECF**
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:** ***State of New York et al v. Administration for Children and Families et al*, 26 Civ. 172 (VSB)**

Dear Judge Broderick:

This Office represents Defendants in the above-referenced action brought by the five Plaintiff States under the Administrative Procedure Act ("APA"). Pursuant to Section 4.B of Your Honor's Individual Rules and Practices, I write respectfully to request an increase in the word count limit nunc pro tunc for Defendants' Memorandum of Law in Support of their Objection to Magistrate Judge Tarnofsky's Order granting in part Plaintiffs' motion to compel. ECF Nos. 165, 166. We apologize for the delay in making this request; the undersigned realized only today that the brief filed on September 30, 2026 was not in compliance with the Local Rules or this Court's Individual Rules and Practices. Our submission of an oversized brief was an inadvertent oversight.

Local Civil Rule 6.3—and this Court's Individual Rules and Practices—permits 3,500 words for memorandum of law in connection with an objection to a Magistrate Judge's order. In light of the complicated procedural history in this case and the length of the parties' briefing in connection with Plaintiffs' motion to compel, Defendants respectfully request an enlargement of the word count limit of up to 5,409 words for Defendants' memorandum of law in support of their objection. Defendants make this request to ensure that Defendants are able to sufficiently address the relevant factual and legal background and arguments. Defendants would consent to a similar enlargement for Plaintiffs' response brief. Should the Court deny this request, Defendants request leave to file a revised brief that complies with the Local Rules and this Court's Individual Rules and Practices within two days. Plaintiffs oppose this request.

We thank the Court for its consideration of this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: *__/s/ Mallika Balachandran__*
KAMIKA S. SHAW
MALLIKA BALACHANDRAN
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel: (212) 637-2768/2781
Email:kamika.shaw@usdoj.gov
mallika.balachandran@usdoj.gov

cc: Counsel of Record (by ECF)