**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br>Plaintiffs,<br>v.<br>ADMINISTRATION FOR CHILDREN AND FAMILIES, *et al.*,<br>Defendants. | Case No. 26 Civ. 172 (VSB)(RFT) |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Motion for Reconsideration, dated October 7, 2026, Defendants the Administration for Children and Families ("ACF"), Alex J. Adams, in his official capacity as Assistant Secretary of ACF, the U.S. Department of Health and Human Services ("HHS"), Robert F. Kennedy Jr., in his official capacity as Secretary of HHS, the Office of Management and Budget ("OMB") and Russell Vought, in his official capacity as Director of OMB, by their attorney, James M. McDonald, United States Attorney for the Southern District of New York, hereby move this Court to reconsider two components of its September 23, 2026 Discovery Order, ECF No. 163.

Dated: October 7, 2026
New York, New York

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: */s/ Mallika Balachandran*
KAMIKA S. SHAW
MALLIKA BALACHANDRAN
86 Chambers St., 3rd Floor
New York, New York 10007
Tel.: (212) 637-2768/2781
Email: kamika.shaw@usdoj.gov
mallika.balachandran@usdoj.gov