UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STATE OF NEW YORK, et. al.,

Plaintiffs,

-against-

ADMINISTRATION FOR CHILDREN AND FAMILIES, et. al.

Defendants.

26-CV-00172 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Before me is Defendants' motion for reconsideration of my order regarding the scope of discovery. (ECF 170.) Plaintiffs' deadline to file their opposition, if any, to the motion for reconsideration is **October 16, 2026**. Defendants' deadline to file a reply, if any, in further support of their motion for reconsideration is **October 23, 2026**.

DATED: October 9, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**