**Office of the New York State Attorney General**

**Letitia James**
**Attorney General**

October 15, 2026

Honorable Vernon S. Broderick
Honorable Robyn Tarnofsky
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *New York v. Administration for Children and Families,* Case No. 26-cv-00172

Dear Judge Broderick and Judge Tarnofsky,

I write on behalf of all Parties to provide a joint status report pursuant to the Court's June 9, 2026 Order. ECF No. 98.

Following Judge Tarnofsky's order granting in part Plaintiffs' motion to compel (ECF No. 155), Defendants filed an objection to that order (ECF No. 165) and Plaintiffs have filed their opposition to those objections (ECF No. 175). Defendants have also filed a motion for reconsideration (ECF No. 170) of Judge Tarnofsky's order regarding the scope of discovery (ECF No. 163). Judge Tarnofsky set a deadline of October 16, 2026 for Plaintiffs' response and a deadline of October 23, 2026 for Defendants' reply. Defendants have been ordered to produce all discovery required by the Court's September 23, 2026 Order by November 23, 2026. That deadline remains in effect.

Defendants are in the process of collecting and reviewing documents.

Should the Court require any additional information, the Parties are at the Court's service.

We appreciate the Court's attention to this matter.

Sincerely,

Molly Thomas-Jensen
*Attorney for Plaintiff State of New York*