**Office of the New York State Attorney General**

**Letitia James**
**Attorney General**

November 2, 2026

Honorable Vernon S. Broderick
Honorable Robyn Tarnofsky
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *New York v. Administration for Children and Families,* Case No. 26-cv-00172

Dear Judge Broderick and Judge Tarnofsky,

I write on behalf of all Parties to provide a joint status report pursuant to the Court's June 9, 2026 Order. ECF No. 98.

Following Judge Tarnofsky's order granting in part Plaintiffs' motion to compel (ECF No. 155), Defendants filed an objection to that order (ECF No. 165) and Plaintiffs have filed their opposition to those objections (ECF No. 175). Defendants have been ordered to produce all discovery required by the Court's September 23, 2026 Order by November 23, 2026. That deadline remains in effect. On October 28, 2026, Judge Tarnofsky issued an Opinion and Order (ECF No. 179) denying Defendants' motion for reconsideration of the Order Regarding the Scope of Discovery (ECF No. 163), which, among other things, ordered production of an administrative record by the Office of Management and Budget (OMB) and a search of OMB Director Russell Vought's custodial documents.

On October 27, Plaintiffs requested a meet and confer with Defendants, or in the alternative, a written response containing details of the progress as to six specific discovery topics that could otherwise delay discovery. Defendants replied in writing to confirm that they are on track to meet the Court's deadline and that they had not identified any issues but would raise any issues, should they arise, with Plaintiffs.

Should the Court require any additional information, the Parties are at the Court's service. We appreciate the Court's attention to this matter.

Sincerely,

Molly Thomas-Jensen
*Attorney for Plaintiff State of New York*