# INDEX TO THE ADMINISTRATIVE RECORD DOCUMENTS PRODUCED ON NOVEMBER 23, 2026

*State of New York, et. al., v. Administration for Children and Families, et al.*,
Case No. 26 Civ. 172 SDNY

| Number | Document Description | Begin Bates Number | End Bates Number |
|---|---|---|---|
| 1 | Memorandum sent January 4, 2026 to Director Russell Vought concerning policy responses to fraud in CCDF, TANF, and SSB programs in certain states | OMB 000001 | OMB 000006 |
| 2 | "Child Care Fraud Indicators, Table 1 of 5," California Department of Education, https://web.archive.org/web/20200812044141/https:/www.cde.ca.gov/sp/cd/ci/bptable3.asp ("Last Reviewed: Monday, July 15, 2019") (archived website) | OMB 000007 | OMB 000008 |
| 3 | Press release, "Woman and City Employee Charged in Connection to Section 8 and Childcare Fraud Scheme," Office of Inspector General, U.S. Department of Housing and Urban Development (Mar. 13, 2025) | OMB 000009 | OMB 000012 |
| 4 | Gabriela Vidal, "Following arrest of former employee, Colorado State documents and a parent reveal other concerns with child care program, CBS News (Mar. 20, 2025) | OMB 000013 | OMB 000022 |
| 5 | Press release, "Owner of Chicago-Area Child Care Centers Sentenced to Four Years in Prison for Fraudulently Obtaining More Than $3.3 Million in State Subsidies, U.S. Attorney's Office, Northern District of Illinois (Apr. 8, 2024) | OMB 000023 | OMB 000026 |
| 6 | Jason Meisner, "DCFS day care manager charged with stealing more than a million meant for child care, blowing it at casino," Chicago Tribune (May 24, 2023) | OMB 000027 | OMB 000033 |
| 7 | Press Release, "Four Chicago Women Indicted for Allegedly Defrauding Child Care Subsidy Program of More Than $1 Million," Office of Inspector General, U.S. Department of Health and Human Services (Oct. 13, 2020) | OMB 000034 | OMB 000034 |
| 8 | Press release, "Five Defendants Arrested for Stealing Millions From Government-Funded Childcare Programs for Low Income Families, U.S. Attorney's Office for the Southern District of New York, U.S. Department of Justice (Jan. 11, 2023) | OMB 000035 | OMB 000041 |
| 10 | Press release, "Four Charged in Multi-Million-Dollar Childcare Benefits Fraud Ring That Bilked California Welfare and Benefits Programs for Years," U.S. Attorney's Office for the Southern District of California, U.S. Department of Justice (May 2, 2023) | OMB 000042 | OMB 000046 |

**State Options-Welfare**

General Note on Funding: The non-USDA programs are currently under a CR, [redacted] Following the signing of a full year bill, states receive notice of their full year allocations and in some cases, receive them. Even the notice of a decreased allocation can have an effect because state budgets are often in the process of being locked. This includes the Community Services Block Grant, Low Income Home Energy Assistance Program, and all formula education funding.

**Child Care Development Fund:** CCDF is the ultimate vessel of policy that states funnel their child care money through and dictates overall policy. It is made up of several federal funding sources that vary by state based on their own preferences.

Discretionary Child Care Development Block Grant (CCDBG) funds provided annually are integrated with mandatory funds from the Child Care Entitlement to States (CCES). The CCES is permanently authorized in Section 418 of the Social Security Act. States may also transfer in Temporary Assistance for Needy Families (TANF) and the Social Services Black grant (SSBG) bringing the total to four programs, all administered by the Administration for Children and Families (ACF) at the Department of Health and Human Services (HHS).

**Total Annual Funding:** $12B ($9B in CCDBG Discretionary that is direct as a grant and then matching; $4B in Mandatory CCES; and then as much as $2.5 billion in TANF transfers, see below; and up to $1.8B in Social Services Block Grant). This doesn't include all the other sources of child care, such as Head Start or pre-school IDEA, which bring the total to about $24B in federal annual "early learning" funding.

**State Funding:**

| States | Total in $millions | Avg per month in $millions | State Plan Expires |
|---|---|---|---|
| California | 1,072 | 89 | 9/30/27 |
| Colorado | 138 | 11 | 9/30/27 |
| Illinois | 404 | 34 | 9/30/27 |
| Minnesota | 181 | 15 | 9/30/27 |
| New York | 627 | 52 | 9/30/27 |

**How the Money Flows:** States are required to spend at least as much as they did in 1996 as their Maintenance of Effort (MOE). Funds are divided among states annually using population-based factors, and then provided for draw down on a flow basis from the quarterly increments.

**Rationale:** [redacted]

[redacted]

**Options:** On December 30, HHS sent a letter to MN indicating they would be slowing the pace of funds given the potential existence of fraud using their "Defend the Spend" tool. That letter also indicated that by January 5, there would be additional communication about the parameters for additional actions. A draft of this January 5 letter is currently pending with OMB (policy and OGC). HHS has also stood up a tip line on the HHS website.

- [redacted]
- [redacted]

**Forthcoming Action:** [redacted]

**Outstanding Questions (GC to edit):**

[redacted]

**Temporary Assistance for Needy Families:** This is the block grant to replace cash welfare. States only use 25 percent of funds to provide cash to families with children. The remainder is transferred to child care, child welfare, or other holes in state budgets. It is also administered by HHS/ACF.

**Total Annual Funding:** $16.5B plus $608M in Contingency Fund that goes out every year with NY being the largest and most consistent claimer.

**State Funding:**

| State | Total in $millions | State Plan Expires |
|---|---|---|
| CA | 3,634 | 10/18/26 |
| CO | 152 | 11/22/26 |
| IL | 584 | 11/15/26 |
| MN | 260 | 10/18/26 |
| NY | 2,721 | 8/15/26 |

**How the Money Flows:** States are required to pay an MOE and then funds are customarily provided quarterly on the first day of the quarter, i.e. October, January 1, April 1, and July 1. TANF, while mandatory, has had to ride on the annual appropriations bills to be reauthorize and funded. In the November 2025 CR, two quarters were provided: Q1 of FY26, which was only recently paid in early December, and Q2 which is currently pending. Unlike the other programs, the full amount each quarter is pushed to states immediately upon the funds being released. TANF is not a flow basis drawdown.

**Rationale:** [redacted]

**Options:** [redacted]

**Forthcoming Actions:** [redacted]

**Outstanding Question:** [redacted]

**Social Services Block Grant**

**Description:** A general block grant provided to states to cover a range of social service actions at state discretion. Funds are transferred to child care, child welfare, or other holes in state budgets. It is also administered by HHS/ACF.

**Total Annual Funding:** $1.8B annually, pending appropriation.

**State Funding (in millions):**

| State | Total in $million | State Plan Expires |
|---|---|---|
| CA | 546 | 3/31/27 |
| CO | 27 | 3/31/27 |
| IL | 55 | 3/31/27 |
| MN | 32 | 3/31/27 |
| NY | 209 | 3/31/27 |

**How the Money Flows:** States are NOT required to spend any funds. Funds are divided among states annually using population-based factors, and then provided for draw down on a flow basis from the quarterly increments.

**Rationale:** [redacted]

**Options:**

[redacted]

**Outstanding Questions:** [redacted]

**Supplemental Nutrition Assistance Program (SNAP)**

**Description:** Cash-like benefit to individuals and families that can only be spent on food. This is administered by the Department of Agriculture.

**Total Annual Funding:** $121B in FY2025 for benefits, $6.1B in administrative funds.

**State Funding (in millions):**

| State | SNAP Benefits | SNAP Admin |
|---|---|---|
| CA | 16,966 | 1,322 |
| CO | 1,671 | 91 |
| IL | 6,135 | 168 |
| MN | 1,498 | 83 |
| NY | 10,197 | 399 |

**How the Money Flows:** States submit estimates for both benefits and admin expenses to USDA, which then posts lines of credit for states to drawdown on a monthly basis.

**USDA Plan:** USDA appears [redacted]

**Rationale:** [redacted]

[redacted]

**Options:** [redacted]

The Wayback Machine - https://web.archive.org/web/20200812044141/https://www.cde.ca.gov/sp/cd/ci/bptable3.asp

California DEPARTMENT OF EDUCATION



# Child Care Fraud Indicators, Table 1 of 5

Child care fraud indicators submitted by county departments of social services.[1]

| Fraud Indicators for Both Parents and Providers | Number of Counties Reporting the Indicator |
|---|---|
| Use of indicators or red flags, but not specific | 2 |
| Participant/provider more than 25 miles | 9 |
| Child has perfect attendance | 4 |
| Parent completed sign-in/out sheet at same time | 5 |
| Provider's work hours interferes with care | 6 |
| Presence of older children and exempt care | 6 |
| Parent and provider live together or other links | 6 |
| Parent or provider change addresses often | 6 |
| Shared custody or absent parent in contact with children | 4 |
| Child care claims exceed need | 13 |
| Frequently changing schedules or providers | 6 |

[1] These 21 counties responded to the survey. Butte, Colusa, Contra Costa, Glenn, Imperial, Kern, Lake, Los Angeles, Monterey, Orange, Riverside, Sacramento, San Bernardino, San Diego, San Francisco, Santa Clara, Sonoma, Stanislaus, Tulare, Tuolumne, and Yuba counties.

Related pages

- CalWORKs, Stage 2 and 3 and Alternative Payment Programs, Best Practices for Program Integrity Report
- Table 1: Definition of Child Care Fraud Caused by Parents
- Table 2: Definition of Fraud Caused by Providers or Both Parents and Providers
- Table 3: Fraud Indicators, Parents and Providers
- Table 4: Fraud Indicators, Parents and Providers
- Table 5: Fraud Indicators, Parents and Providers

OMB 000007

- Table 6: Fraud Indicators, Parents and Providers
- Table 7: Fraud Indicators, Parents and Providers

**Questions: Early Education and Support Division | 916-322-6233**

Last Reviewed: Monday, July 15, 2019

---

An official website of the United States government Here's how you know

Report Crime, Fraud, Waste & Abuse

OFFICE of INSPECTOR GENERAL
UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

*Press Release* | March 13, 2025 | San Francisco District Attorney

# WOMAN AND CITY EMPLOYEE CHARGED IN CONNECTION TO SECTION 8 AND CHILDCARE FRAUD SCHEME

San Francisco, CA – Today, San Francisco District Attorney Brooke Jenkins announced that Maggie Pasigan, 49, and Daisy Avalos, 47, both of San Francisco, were charged for defrauding various public benefits providers of over $500,000. They were both arraigned on March 13, 2025, and each pleaded not guilty. Ms. Pasigan and Ms. Avalos are each charged with grand theft, welfare fraud, money laundering, and conspiracy.“I would like to thank the US Department of Housing and Urban Development, the San Francisco Human Services Agency, and the San Francisco Housing Authority for their hard work and collaboration in this case with San Francisco Police and the San Francisco Sheriff’s Office to expose this fraud,” said District Attorney Brooke Jenkins. “My office will take action to ensure the integrity of our benefits systems and seek to hold those accountable who would defraud the system for their own personal gain.”According to court records, in 2023 the San Francisco Human Services Agency began investigating Ms. Pasigan for fraud involving her receipt of public benefits. Specifically, that she had not disclosed that Ms. Avalos was her registered domestic partner, nor Ms. Avalos’ income as a City employee. Such income would have disqualified the household for public benefits, which are intended to assist only low-income families.“The defendants’ fraudulent actions diverted over $375,000 in taxpayer funds from multiple federal programs, including HUD-assisted housing programs designed to provide safe and affordable housing for low-income families,” said Special Agent-in-Charge Robert Lawler, U.S. Department of Housing and Urban Development (OIG), Office of Inspector General (OIG). “HUD OIG remains committed to collaborating with its prosecutorial and law enforcement partners to aggressively pursue individuals who seek to exploit HUD-funded programs for personal gain.”Additionally, investigators learned that Ms. Pasigan and Ms. Avalos were receiving over $30,000 per month in childcare subsidies from a nonprofit contractor stewarding public dollars to childcare and early education services for alleged child care they were providing. Through investigation it was learned that Ms. Pasigan and Ms. Avalos were not, in fact, providing childcare as they claimed. Over months of surveillance, there was no evidence of child drop-offs, pick-ups, or other signs of children even though the women claimed to be providing care for as many as 17 children during the same period.This prosecution is the result of a joint investigation by several agencies including the US Department of Housing and Urban Development Office of the Inspector General, San

Francisco Human Services Agency, and San Francisco Housing Authority. The San Francisco Police Department and San Francisco Sheriff's Office also provided considerable and critical support to investigators throughout the two-year investigation.The next court date for Ms. Pasigan and Ms. Avalos is April 22, 2025, to set a date for the preliminary hearing in this matter.Although charges have been filed, this remains an active investigation. To make a report that someone may be receiving public benefits to which they are not entitled to, contact SFHSA's Welfare Fraud Hotline at (415) 557-5771.


## Stay Informed

Sign up to receive updates, reports, and news from the HUD Office of Inspector General.

Enter your email address

**Subscribe Now**


Return to top


OFFICE of INSPECTOR GENERAL
UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

HUD OIG's independent oversight safeguards HUD's programs from fraud, waste, abuse, and mismanagement so they reach the people they are intended to serve.

**Resources**

FAQs

Recommendations FAQs

Toolkits

Fraud Risk Management Resources

AI Compliance Plan

Budget & Appropriations

Contact OIG

Sitemap

**Related Sites**

HUD.gov

Oversight.gov

USA.gov

**Policies**

Accessibility Statement

Plain Writing Act

Vulnerability Disclosure Policy

FOIA

No FEAR Act

Website Policies

Privacy

## Follow HUD OIG

© 2026 HUD Office of Inspector General

CBS NEWS

Colorado | News Weather Sports Video Your Reporters ••• 40°

State documents & a parent reveal concerns about child care program (04:54)

Local News

# Following arrest of former employee, Colorado state documents and a parent reveal other concerns with child care program

By Gabriela Vidal

Updated on: March 20, 2025 / 7:00 AM MDT / CBS Colorado

Add CBS News on Google

A startling discovery about a day care center employee in Colorado left parents like Sara Flater in disbelief.

"Heartbroken, and sick, sick to our stomachs," said Flater. "We know that there's a child care crisis out here in Colorado, we know how difficult it is to find child care. We know that there are businesses that are not well intentioned, but is this the cost."




The Nest Schools in Centennial

CBS

Last month, the Arapahoe County Sheriff's Office arrested 32-year-old Brandon Vigil, a former day care employee at the Nest Schools in Centennial. He is currently facing 51 charges, including 28 counts of child abuse and 23 counts of harassment. The investigation began after a teacher's aide reported an incident involving Vigil from Sept. 5, 2024, where he was throwing things inside a classroom. According to the aide, Vigil allegedly struck a child with an open hand and used a racial slur towards the child.

Watch CBS News



Brandon Vigil

Arapahoe County

Investigators reviewed day care evidence and say Vigil was involved in many more instances of harmful and degrading actions towards the children in his care, most of which were 2 years old.

"I did not suspect that, but then I was not surprised," said Flater.

Flater's own two children were placed into Nest schools in the summer of 2024, after their day care center in Highlands Ranch was bought out by the Nest Schools, a growing national chain backed by a private equity firm.

Watch CBS News

"My 5-year-old [daughter] was sent to the Nest in Centennial, and when we picked her up that day, I did view a teacher kind of harshly talking to a child and I just unenrolled her for the next day," said Flater.

Flater decided to keep her daughter out of day care, since she was aging out of the program, but she did keep her son at the Nest Schools location in Littleton.

While Flater says her children never interacted with Vigil, she did email the Nest School's leadership on Aug. 15 expressing concerns about the company's communication with families over other safety concerns and wanting answers as to why 12 staff members quit at her son's location in Littleton.

When the CEO of the Nest Schools responded a couple hours later, an email indicated her son would be terminated from the program.

"After careful consideration, we have concluded that our programs are not the best match for your needs. Effective immediately, we will no longer provide services to your family," the email stated.




Sara Flater

CBS

"You would want to comfort them and have them know, your child's safe here," said Flater.

A spokesperson for the Colorado Department of Early Childhood tells CBS Colorado it was aware of the county and law enforcement investigations at the Nest School in Centennial, and Vigil was immediately terminated once allegations against him came to light. However, parents like Flater say there needs to be more accountability in how child care programs are run.

Watch CBS News
In the case of Nest Schools, allegations against Vigil have not been the only issue documented, according to public reports from Colorado Department of Early Childhood's website.

Multiple violation reports dating back to Jan. 21, 2025, document a history of violations by Vigil as well as staff members ignoring some of the abuse that was committed. Vigil allegedly dragged a child by the arm, spanked a child, yelled at children, and used racial slurs around children.

In one document, it states that other staff members witnessed the abuse and the director of the facility was also aware of the incidents.

"There are other adults that clearly witnessed this. There were cameras, it was recorded. How did other adults allow this to happen and where are those adults now?" said Flater.

Other Nest Schools also reported similar licensing violations that were founded by the Colorado Department of Early Childhood. This includes a 2024 report of video footage at the Littleton location showing a staff member pull a child's leg and drag them across the floor. Then, child was picked up by the arm, resulting in medical attention.

In another report from the Nest Schools in Aurora dated Dec. 5, 2024, video footage captured a staff member picking up a child from a lying position, causing an injury.




CBS

The Nest Schools did not respond to CBS Colorado requests for an interview about these documents or concerns about communication and safety at other Nest Schools locations. They did, however, release the following statement about the investigation into vigil:

*Our top priority has been and will always be the safety and well-being of the children in our care. We deeply regret this situation happened, which does not reflect the high standards we hold ourselves to. We are fully cooperating with the ongoing*

Watch CBS News

*investigation and remain committed to providing a safe and nurturing environment for every child.*

While Flater says her children have moved on from Nest schools, she hopes this latest incident is a wakeup call for better oversight of day cares across Colorado.

"I'm worried. I'm worried for my children. Will they have child care one day. Will it be quality child care? Will it be what these kids deserve," said Flater. "Are we compromising quality for quantity."

A spokesperson for the CDEC has not made a determination on the impact Vigil's arrest will have on the Nest Schools in Centennial, but the facility has been recommended for a probationary license and will continue to be monitored until a final decision is made.

The Arapahoe County District Attorneys' Office tells us Vigil's application for a public defender was denied. Information on his legal representation will be provided after his court appearance on April 7. No plea has been entered at this time.

**More from CBS News**

CBS TEXAS
Ex-Teacher of the Year in Lewisville ISD faces child indecency charges



CBS BALTIMORE
Former Baltimore Teacher of the Year convicted in Harford County sex sting



CBS MINNESOTA
Bemidji Area Schools failed to protect students from sexual harassment by staff, state investigation finds



CBS SACRAMENTO
Foresthill cold case breakthrough leads to arrests of victim's wife, daughter more than 4 years later



© 2025 CBS Broadcasting Inc. All Rights Reserved.

Watch CBS News

**Featured**

Politics News

Iran War Latest

NFL Scores

College Football Rankings

**Follow Us On**

YouTube

Facebook

Instagram

TikTok

X

**CBS News Colorado**

Meet the Team

Program Guide

Contests & Promotions

Advertise With Us

Terms & Conditions

Site Map

**Regulation**

Public File for KCNC-TV

Public Inspection File Help

FCC Applications

EEO Report

**Privacy**

Privacy Policy

California Notice
**Watch CBS News**

Your Privacy Choices

Terms of Use

Minors' Privacy Policy

**Company**

About Paramount

Advertise With Paramount

Join Our Talent Community

Help

Feedback

Contact the Ombudsman

©2026 CBS Broadcasting Inc. All Rights Reserved.

PRESS RELEASE

# Owner of Chicago-Area Child Care Centers Sentenced to Four Years in Prison for Fraudulently Obtaining More Than $3.3 Million in State Subsidies

Monday, April 8, 2024

**For Immediate Release**

U.S. Attorney's Office, Northern District of Illinois

CHICAGO — The owner of Chicago-area child care centers has been sentenced to four years in federal prison for scheming to fraudulently obtain more than $3.3 million in State of Illinois subsidies designed to help low-income families afford child care.

ALEESHA McDOWELL owned child care providers A&A Kiddy Kollege Inc. in Calumet City, Ill., A&A Kiddy Kollege 2 in Calumet Park, Ill., and Kreative Kidz Academy Inc., Kreative Kidz Academy II Inc., and Kreative Kidz Academy III Inc. in Chicago. From 2012 to 2020, McDowell schemed with directors of her centers and others to defraud the Illinois Department of Human Services' Child Care Assistance Program by submitting applications containing materially false information, including fraudulent paystubs and income verification letters regarding a parent's eligibility to qualify for state subsidy payments. In many instances, McDowell or the directors falsely represented in the applications that a parent was employed by one of McDowell's child care centers in order to satisfy IDHS's requirement that recipients of the funds either be in school or employed and earning less than a certain income threshold.

As a result of the scheme, McDowell and her co-schemers caused IDHS to pay McDowell's child care centers more than $3.3 million in subsidy payments for services purportedly provided to children who were not eligible to receive such benefits. McDowell spent some of the criminally derived money on a Bentley Bentayga and a house in Mokena, Ill.

McDowell, 44, of Mokena, Ill., pleaded guilty last year to a federal wire fraud charge. In addition to the prison sentence, U.S. District Judge Manish S. Shah on March 27, 2024, ordered McDowell to pay restitution of $3,339,563.

Seven other defendants charged as part of the investigation also pleaded guilty to federal criminal charges.

McDowell's sentence was announced by Morris Pasqual, Acting United States Attorney for the Northern District of Illinois, Robert W. "Wes" Wheeler, Jr., Special Agent-in-Charge of the Chicago Field Office of the FBI, Justin Campbell, Special Agent-in-Charge of the IRS Criminal Investigation Chicago Field Office, and Shantel R. Robinson, Special Agent-in-Charge of the Midwest Region of the U.S. Department of Agriculture, Office of Inspector General. The government was represented by Assistant U.S. Attorneys Kate McClelland and Brian Hayes.

*Updated April 8, 2024*

**Topics**

CYBERCRIME | FINANCIAL FRAUD | IDENTITY THEFT

**Components**

Federal Bureau of Investigation (FBI) | USAO - Illinois, Northern

# Related Content

PRESS RELEASE

## Suburban Chicago Man Charged in Federal Court With Cyberstalking Adult Entertainment Content Creator

JUAN MANUAL GUEVARA LUEVANO allegedly harassed and intimidated the victim for more than two years.

November 17, 2026

PRESS RELEASE

## Former CFO of Chicago-Area Company's Subsidiary Sentenced to Three Years in Federal Prison for Embezzlement

TINA FEUERSTEIN used a company credit card to purchase luxury furniture and designer apparel for herself.

October 28, 2026

PRESS RELEASE

## Owner of Suburban Chicago Counseling Center and Five Others Indicted for Alleged $19 Million Health Care Fraud Scheme

The alleged fraudulent claims caused BlueCross BlueShield of Illinois to issue more than $4.8 million in payments.

October 21, 2026

Northern District of Illinois

Eastern Division

219 S. Dearborn St., 5th Floor

Chicago, IL 60604

Western Division
327 S. Church Street, Room 3300
Rockford, IL 61101

Email USAO-NDIL

Chicago: (312) 353-5300
Rockford: (815) 987-4444

**NEWS**

# DCFS day care manager charged with stealing more than a million meant for child care, blowing it at casino

By **JASON MEISNER** | jmeisner@chicagotribune.com | Chicago Tribune

PUBLISHED: May 24, 2023 at 5:24 PM CDT | UPDATED: May 24, 2023 at 10:44 PM CDT

Getting your **Trinity Audio** player ready...

A former planner for the beleaguered Illinois Department of Children and Family Services has been charged in Chicago's federal court with siphoning more than a million dollars from state funds meant for child care and blowing much of it on slot machines at a local casino.

Shauntelle Pridgeon, 54, of Chicago, was charged with honest-services fraud in a criminal complaint made public last week in U.S. District Court. She was ordered released on her own recognizance by U.S. Magistrate Judge Beth Jantz, court records show.

Her attorney, Quentin Banks, could not immediately be reached Wednesday.

According to the charges, Pridgeon had worked since 2015 as a social service community planner for DCFS, responsible for reviewing and approving day care providers for children under the agency's supervision.



Between 2016 and 2022, the charges alleged, Pridgeon received at least $1.6 million in payments from 14 separate child care providers doing business with DCFS, who deposited the funds in a bank account controlled by Pridgeon and her husband. None of the payments were disclosed to DCFS or the state, as required by law, the complaint alleged.

The investigation showed some of the locations that Pridgeon had claimed were providing care for foster children were either vacant buildings or other businesses. In other instances, Pridgeon overcharged DCFS for child care from legitimate providers who were supposed to be paid at a lower rate, the complaint alleged.

During the same time period, Pridgeon "gambled extensively" at a Chicago-area casino, primarily playing slot machines, according to the complaint. Casino records obtained through a federal grand jury subpoena showed she wagered nearly $4 million over an eight-year period ending last year, with losses totaling $2.2 million, the complaint alleged.

Records showed Pridgeon often paid her gambling expenses with the illicit payments she'd received as a result of the fraud, the complaint stated.

The fraud was detected in August 2022, when Pridgeon's colleague reported to their supervisor that one of the day care providers that Pridgeon had approved was paid by DCFS for child care that was never provided or at rates that were "substantially higher" than what the agency had authorized, according to the complaint.

Another red flag came when the colleague found out the address listed for the provider, identified only as Provider A, contained no child care business at all, according to the complaint.

"Instead, a beauty salon was located at that address, and behind the beauty salon was an apartment above a garage," the charges stated.

On Aug. 16, 2022, Pridgeon's supervisor called a meeting at the DCFS offices on South Indiana Avenue in Chicago. Pridgeon was ordered to bring the files related to Provider A, but instead "excused herself to go to the restroom," then went to the file room and took the files and started wandering the building.

Another DCFS employee told investigators they saw Pridgeon in the elevator holding the stack of files and that she said, "I (expletive) up" according to the complaint.

By the time Pridgeon was eventually escorted back to the supervisor's office, the files she was holding were largely empty of documents. Her boss

When confronted about her approval of Provider A's child care bills, Pridgeon at first tried to claim that it was legitimate, according to the complaint. While Pridgeon was there, however, her boss called the number listed for Provider A and confirmed there was no child care business there.

When the supervisor informed Pridgeon "it appeared as though someone had been committing fraud," Pridgeon started to cry, according to the complaint.

Pridgeon was placed immediately on administrative leave and escorted out of the building by her supervisor, the charges alleged.

In one of the confidential trash bins, the supervisor found documents allegedly tossed there by Pridgeon, including printouts of DCFS care providers that had been "inactivated" by Pridgeon in the computer system that day in an alleged effort to hide the fraud, according to the complaint.

State records show Pridgeon earned $62,000 a year at DCFS.

A DCFS spokeswoman released a written statement Wednesday saying as soon as the "inconsistencies in daycare-related accounting" were recognized, the agency notified authorities "and requested a full investigation into this matter."

"The agency has followed all appropriate steps for putting the employee on leave pending investigation," the statement read.

Now that the charges against Pridgeon have been filed, "the agency will take the next steps in the disciplinary process," the statement read.

Pridgeon, meanwhile, also was granted a $20,000 Paycheck Protection Program loan in 2021 to help pay employees for what she said was a Chicago-based consulting company, federal records show.

**Sign up for Daywatch:** Start each day with Chicago Tribune editors' top story picks, delivered to your inbox.

Email address

SIGN UP

Illinois' long-troubled child welfare agency has come under heavy criticism under Gov. J.B. Pritzker. Last year, a state audit found that DCFS failed to ensure adequate care for children in its charge and has not properly tracked cases referred by people who are legally required to report suspicions of abuse or neglect, the Tribune reported.

Cook County Public Guardian Charles Golbert, whose office represents more than 7,000 children involved in the child welfare system, told the Tribune the agency is "is in the worst shape it's been in 30 years."

*jmeisner@chicagotribune.com*

## MORE FROM OUR NEWSROOM



**Restaurant review: Kouklas Greek Eatery by award winning chef Jimmy Bannos J...**

Tuesday, November 17




**Illinois consumers see higher prices and fewer choices for Obamacare health insurance**

Tuesday, November 17



**Micky Horstman: Mr. Mayor, young people want to stay in Chicago. Help us afford it.**

Tuesday, November 17



**Today in Chicago History: Tornado outbreak kills 6 people in Illinois**



**Campton Hills 5-bedroom home with hidden speakeasy: $3M**

Tuesday, November 17



**Montini transfer Brooklynn Alderton believes Marmion's first girls basketball team in ...**

Tuesday, November 17



**RaKayla Spruill, after giving up ballet for basketball, helps Marian Catholic keep Tinley...**

Tuesday, November 17



**Abraham Scarr: It's time to end Peoples Gas' wasteful pipe replacement program**

Tuesday, November 17



**Chicago Bulls head coach Tiago Splitter buys $3.2M Lincoln Park home**

Monday, November 16



**Judge challenges DOJ's privilege claims in 'Broadview Six' case**



**President Trump appeals to state and federal courts to erase hush money conviction**

Monday, November 16



**IHSA football playoffs: Semifinals bring classic matchups — plus a few teams...**

Monday, November 16

**2023 >**
**May >**
**24**

An official website of the United States government Here’s how you know

U.S. Department of Health and Human Services

Office of Inspector General

# Four Chicago Women Indicted for Allegedly Defrauding Child Care Subsidy Program of More Than $1 Million

SPRINGFIELD, Ill. - A grand jury has returned indictments that charge four Chicago women with allegedly defrauding a government child care subsidy program intended to provide affordable child care to eligible parents. Each woman owned and operated a licensed day care in Chicago that allegedly submitted false claims for payment for child care services that were not provided or were not provided to the extent charged. As a result of the alleged schemes, the estimated loss to the government is more than $1 million.

**Read more on www.justice.gov**

## Action Details

Date: Oct. 13, 2020, midnight
Agency: U.S. Attorney's Office, Central District of Illinois
Enforcement Types: Criminal and Civil Actions

PRESS RELEASE

# Five Defendants Arrested For Stealing Millions From Government-Funded Childcare Programs For Low Income Families

Wednesday, January 11, 2023

**For Immediate Release**

U.S. Attorney's Office, Southern District of New York

Damian Williams, the United States Attorney for the Southern District of New York, Michael J. Driscoll, the Assistant Director in Charge of the New York Office of the Federal Bureau of Investigation ("FBI"), and Susan A. Frisco, the Acting Special Agent in Charge of the New York Regional Office of the U.S. Department of Health and Human Services, Office of the Inspector General ("HHS-OIG"), announced the unsealing of a seven-count Indictment today charging five defendants with participating in schemes to steal millions of dollars from government-funded childcare programs for low-income families, including by stealing proceeds from a fake after-school program that received millions in funding and by using funds to purchase private real estate, items at auction, and a luxury vehicle.  Four of the defendants were arrested today and will be presented before U.S. Magistrate Judge Robert W. Lehrburger in federal court in Manhattan.  HAROLD SCHWARTZ was arrested and will be presented in the Southern District of Florida.  The case has been assigned to U.S. District Judge Jennifer H. Rearden.

U.S. Attorney Damian Williams said: "As alleged, the defendants brazenly participated in schemes that stole from programs meant to benefit society's most vulnerable members —

children — and spent the proceeds of their crimes on items like real estate, cars, and to buy items at auction. Their schemes used children as currency, creating a fake afterschool program and 'enrolling' in that program children who never attended it, all so they could line their own pockets. Let me be clear: this Office is committed to rooting out the abuse of government funds intended for the public welfare."

FBI Assistant Director Michael J. Driscoll said: "Today we allege the defendants operated multiple schemes to enrich themselves by defrauding government-funded childcare programs designed to assist needy families. The FBI remains dedicated to uncovering and eliminating the abuse of government-sponsored programs and ensuring those who exploit programs intended to assist low-income families will be held accountable."

HHS-OIG Acting Special Agent in Charge Susan A. Frisco said: "The monies that the defendants are alleged to have stolen were intended to support New York families that greatly need financial assistance in securing safe and quality care for their children. HHS-OIG and our law enforcement partners are fervent in our efforts to detect and investigate individuals believed to defraud federally funded childcare programs and deprive deserving enrollees in an attempt to gain personal wealth."

As alleged in the Indictment unsealed today in Manhattan federal court and statements made in court filings:[1]

MARTIN HANDLER, MENACHEM LIEBERMAN, HAROLD SCHWARTZ, ISIDORE HANDLER, and BEN WERCZBERGER participated in multiple related schemes to steal from and defraud daycares receiving funding from the City of New York's Administration for Children's Services ("ACS") and the U.S. Department of Health and Human Services ("HHS").

Among their schemes, MARTIN HANDLER, LIEBERMAN, SCHWARTZ, and ISIDORE HANDLER participated in a scheme to fraudulently claim reimbursement from ACS for the enrollment of children in a fake after-school program purportedly operated by a non-profit daycare provider ("Daycare Provider-1"), resulting in the theft of more than $1,000,000.

MARTIN HANDLER and LIEBERMAN perpetrated another fraudulent scheme against HHS by concealing their secret ownership of Daycare Provider-1, an ostensible "non-profit" entity without any legal owners that has received in excess of $90 million in federal funding since 2009. MARTIN HANDLER's and LIEBERMAN's secret ownership of Daycare Provider-1 allowed them to circumvent statutory and regulatory restrictions against less-than-arm's length partnerships. MARTIN HANDLER and LIEBERMAN steered Daycare Provider-1 into partnerships with their respective for-profit daycares ("Daycare Provider-2 and Daycare Provider-3"), that resulted in millions of dollars of federal funding for Daycare Provider-2 and Daycare Provider-3.

MARTIN HANDLER, LIEBERMAN, SCHWARTZ, and ISIDORE HANDLER also submitted false information to HHS to hide their fraudulent schemes. In about December 2021, HHS initiated

an investigation into Daycare Provider-1 and conveyed allegations that had arisen about LIEBERMAN's relationship with Daycare Provider-1. MARTIN HANDLER, LIEBERMAN, SCHWARTZ, and ISIDORE HANDLER then conspired to submit a letter to the regional HHS office responding to these allegations that, among other things, falsely denied LIEBERMAN had a less-than-arm's length relationship with Daycare Provider-1, even though, in fact, LIEBERMAN secretly owned it.

MARTIN HANDLER and BEN WERCZBERGER participated in a scheme to steal, and to launder the proceeds of their theft, from HANDLER's for-profit daycare, Daycare Provider-2. MARTIN HANDLER and WERCZBERGER stole at least $2.8 million in federal funding intended for childcare services for low-income children in the Bronx. They carried out this theft by funneling a portion of HHS's monthly funding to WERCZBERGER, by providing no-show jobs to WERCZBERGER's wife and grandson, and by having Daycare Provider-2 cover the cost of a luxury SUV for WERCZBERGER's wife.

Finally, MARTIN HANDLER himself stole funds from Daycare Provider-2's operating expenses, including to purchase real estate, to repay a $500,000 loan to a business associate, to purchase historical items at auction, and to purchase a luxury vehicle.

*   *   *

A chart containing the names of the defendants who were charged today and the charges and maximum penalties they face is attached. The statutory maximum sentences are prescribed by Congress and are provided here for informational purposes only, as any sentencing of the defendants will be determined by the judge.

| Defendant | Age | Charges | Maximum Penalties |
|---|---|---|---|
| MARTIN HANDLER<br><br>Brooklyn, NY | 48 | Wire Fraud Conspiracy<br><br>Count One | 20 years |
| | | Conspiracy to Defraud the United States<br><br>Count Three | Five years |
| | | Conspiracy to Falsify Documents and Records<br><br>Count Four | Five years |
| | | Theft of Government Funds | 10 years |

| | | | |
|---|---|---|---|
| | | Count Five | 20 years |
| | | Money Laundering Conspiracy | |
| | | Count Six | 10 years |
| | | Theft of Government Funds | |
| | | Count Seven | |
| MENACHEM LIEBERMAN<br><br>Brooklyn, New York | 46 | Wire Fraud Conspiracy<br><br>Count One | 20 years |
| | | Aggravated Identity Theft<br><br>Count Two | Two-year term consecutive to any other prison term |
| | | Conspiracy to Defraud the United States<br><br>Count Three | Five years |
| | | Conspiracy to Falsify Documents and Records<br><br>Count Four | Five years |
| HAROLD SCHWARTZ<br><br>Brooklyn, New York | 67 | Wire Fraud Conspiracy<br><br>Count One | 20 years |
| | | Conspiracy to Falsify Documents and Records<br><br>Count Four | Five years |
| ISIDORE HANDLER<br><br>Brooklyn, New York | 37 | Wire Fraud Conspiracy<br><br>Count One | 20 years |
| | | Conspiracy to Falsify Documents and Records<br><br>Count Four | Five years |

| | | | |
|---|---|---|---|
| BEN WERCZBERGER<br><br>Brooklyn, New York | 70 | Theft of Government Funds<br><br>Count Five<br><br>Money Laundering Conspiracy<br><br>Count Six | 10 years<br><br><br><br>20 years |

Mr. Williams praised the outstanding investigative work of the FBI and HHS-OIG. Mr. Williams also thanked the U.S. Department of Agriculture, Office of the Inspector General for their assistance with this investigation.

This case is being handled by the Office's Public Corruption Unit. Assistant U.S. Attorneys Daniel Wolf and Mollie Bracewell are in charge of the prosecution.

The charges contained in the Indictment are merely accusations, and the defendants are presumed innocent unless and until proven guilty.

[1] As the introductory phrase signifies, the entirety of the text of the Indictment constitutes only allegations, and every fact described herein should be treated as an allegation.

**Contact**

Nicholas Biase
(212) 637-2600

*Updated January 11, 2023*

**Topic**

**FINANCIAL FRAUD**

**Component**

USAO - New York, Southern

Press Release Number: 23-009

## Related Content

PRESS RELEASE

### Colombian National Sentenced To Over Thirteen Years For International Cryptocurrency Money Laundering Scheme Of Drug Trafficking Proceeds

United States Attorney for the Southern District of New York, Jamie McDonald, announced today that LEONARDO DE JESUS ZULUAGA DUQUE, a/k/a "Rey" — who was charged with five other defendants in connection...

October 21, 2026

PRESS RELEASE

### Founder And Former Ceo Of 777 Partners Pleads Guilty To $500 Million Fraud Scheme

United States Attorney for the Southern District of New York, Jamie McDonald, announced today that JOSHUA WANDER, the founder and former CEO of 777 Partners, a Miami-based investment firm, pled...

October 15, 2026

PRESS RELEASE

### Serial Bank Fraudster Sentenced To Over Sixteen Years In Prison

United States Attorney for the Southern District of New York, Jamie McDonald, announced today that LAQUAN WILLIAMS, a/k/a "China Man" was sentenced yesterday afternoon to 200 months in prison by...

October 14, 2026

**Southern District of New York**

26 Federal Plaza, 37th Floor

New York, NY 10278

Main Office & Criminal Division: (212) 637-2200

PRESS RELEASE

# Four Charged in Multi-Million-Dollar Childcare Benefits Fraud Ring that Bilked California Welfare and Benefits Program for Years

Tuesday, May 2, 2023

**For Immediate Release**

U.S. Attorney's Office, Southern District of California

Kelly.Thornton@usdoj.gov

**NEWS RELEASE SUMMARY – May 2, 2023**

SAN DIEGO – Four San Diego residents were charged in federal court today with participating in a childcare-benefits fraud scheme that bilked a California welfare and benefits program of millions of dollars.

Mohamed Muriidi Mohamed, Amina Abdirazak Omar, Osob Abdirazak Omar and Omar Omar were arraigned this afternoon before U.S. Magistrate Judge Barbara L. Major.

According to the indictment, the Department of Health and Human Services (HHS) funds a program known as "Alternative Payment Program/Stage 2 Childcare." This childcare benefits program allows eligible parents to select a licensed childcare provider to provide childcare services that best fit a family's needs. In San Diego, this program is administered by two contractors: Child Development Associates (CDA) and the Young Men's Christian Association (YMCA). CDA and YMCA disburse the funding from HHS and the state of California directly to

the designated childcare providers. In administering the program, CDA and YMCA require verification forms to be completed by the parent, and the employer and/or school.

The indictment alleges that the defendants fraudulently caused CDA and YMCA to pay out millions in childcare benefit program funds by falsely verifying that parents were working at or attending school at the UMI Learning Center, a vocational and language school located on University Avenue, although the parents were not actually participating in classes or employment during the days, and for the hours, claimed. In turn, childcare providers submitted false daily childcare attendance forms claiming that childcare was provided for days and hours when the parents were supposedly at UMI Learning Center for work or school, although no childcare was actually provided. In exchange for these false verification forms, parents were expected to pay $200 to UMI Learning Center, and the childcare providers were expected to split the childcare benefit program funds they received, 50/50, with the parents. The indictment alleges that the defendants' scheme caused CDA and YMCA to pay out over $3.7 million dollars in childcare benefit program funds.

> ***"Childcare benefit programs are designed to help parents who need the assistance of quality childcare service," said U.S. Attorney Randy Grossman. "Fraud takes money away from the very communities those programs are intended to serve." Grossman thanked the prosecution team and Homeland Security Investigations for their hard work on this case.***

"It is unacceptable for individuals to exploit and defraud programs designed to provide basic childcare benefits for hard working families," said Chad Plantz, special agent in charge, HSI San Diego. "This investigation serves as an example of how dedicated we are to working in coordination with our law enforcement partners to support and affect a positive impact on the local community."

| **DEFENDANTS** | **Case Number 23CR0552-RBM** |
|---|---|
| Mohamed Muriidi Mohamed, Spring Valley | Age: 46 |
| Amina Abdirazak Omar, Spring Valley | Age: 40 |
| Osob Abdirazak Omar, San Diego | Age: 32 |
| Omar Omar, San Diego | Age: 22 |

**SUMMARY OF CHARGES**

OMB 000043

Wire Fraud and Theft Conspiracy - Title 18, U.S.C., Section 371

Maximum penalty: Five years in prison and fine of the greater of $250,000, or twice the pecuniary gain or loss

Wire Fraud– Title 18, U.S.C., Section 1343

Maximum penalty: Twenty years in prison and fine of the greater of $250,000, or twice the pecuniary gain or loss

Theft of Government Funds – Title 18, U.S.C., Section 641

Maximum penalty: Ten years in prison and fine of the greater of $250,000, or twice the pecuniary gain or loss

**AGENCIES**

U.S. Department of Homeland Security, Homeland Security Investigations

U.S. Department of Health and Human Services, Office of the Inspector General

U.S. Department of Housing and Urban Development, Office of the Inspector General

*The charges and allegations contained in an indictment or complaint are merely accusations, and the defendants are considered innocent unless and until proven guilty.

### Contact

**Assistant U. S. Attorneys Valerie H. Chu (619) 546-6750 and Lisa J. Sanniti (619) 546-8811**

*Updated May 2, 2023*

### Topic

**FINANCIAL FRAUD**

### Component

USAO - California, Southern

Press Release Number: CAS23-0502-Mohamed

# Related Content

PRESS RELEASE

## Man Sentenced for Defrauding Victims in "ADU" Investment Scheme

SAN DIEGO – Ethan Joseph Sanchez was sentenced in federal court today to 63 months in prison for orchestrating a fraud scheme in which he stole over $8.2 million from...

October 30, 2026

PRESS RELEASE

## Final Defendants Plead Guilty in $65 Million Multinational Fraud Ring Targeting Thousands of Seniors

SAN DIEGO – The last of 25 defendants in a $65 million fraud scheme that preyed on thousands of elderly victims in San Diego and beyond admitted their crimes on Friday...

October 26, 2026

PRESS RELEASE

## Owner of Santee Trucking Company Pleads Guilty to $2 Million Credit Card Fraud and Identity Theft Scheme

SAN DIEGO – Hasan Korkmaz, the owner and operator of San Diego Logistics Group Inc., a Santee trucking company, pleaded guilty in federal court today to all 18 counts of...

October 15, 2026

## Southern District of California

Main Office:

Federal Office Building

880 Front Street, Room 6293

San Diego, California 92101-8807

*To report broken links or technical issues ONLY, email Webmaster.*

*To report a crime please see the Action Center.*

Telephone: (619) 557-5610

Toll Free (800) 544-1106

Fax: (619) 546-0720

TTY: (619) 557-3450

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

*State of New York, et. al., v. Administration for Children and Families, et al.*,
Case No. 26 Civ. 172 SDNY

**CERTIFICATION**

I, Anne M. DeCesaro, am Associate Director for Education, Income Maintenance, and Labor Programs for the Office of Management and Budget. I have served in this position since January 24, 2025.

In performing the duties of this position, I have been provided with information regarding the compilation of the Administrative Record in the above-captioned matter and the documents herein.

Based on information provided to me as part of my official duties, I hereby certify that, to the best of my knowledge, the attached documents constitute the administrative record related to the issuance of letters dated January 5 and 6, 2026 to the plaintiff states concerning temporary restricted drawdowns at issue in the above-captioned case. The records have been organized as they are maintained in the agency's files.

Date: November 23, 2026

Anne M. DeCesaro
Associate Director for Education, Income
Maintenance, and Labor Programs